Generated: Jul 12, 2024 3:35PM

Page 1/1

# U.S. District Court

**FILED**
JUL 12 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## California Southern - San Diego

Receipt Date: Jul 12, 2024 3:35PM

Aynur Baghirzade
1968 S Coast Hwy #2429
Laguna Beach, CA 92651

| Rcpt. No: 154732 | | Trans. Date: Jul 12, 2024 3:35PM | | | Cashier ID: #SN |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #19-631276939 | 07/12/2024 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.