AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

AYNUR BAGHIRZADE, IN PRO SE

FILED

AUG 1 2 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>Defendants | Case No.: **24CV1077 RSH MMP**<br><br>**MOTION REQUESTING LEAVE OF THE COURT TO FILE DOCUMENTS ELECTRONICALLY USING COURT CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM**<br><br>Date of Filing: June 21, 2024<br><br>Presiding Judge: Hon. Robert S. Huie<br><br>Referred Judge: Hon. Michelle M. Petit<br><br>Trial Date: Unassigned |

### MOTION REQUESTING LEAVE OF THE COURT TO FILE DOCUMENTS ELECTRONICALLY USING COURT CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM

Plaintiff hereby requests for the leave of this Court to allow her to file documents electronically in this case. Plaintiff is a licensed attorney in the State of California (State Bar # 332085) and is familiar with the Court's Rules on filing documents electronically using Court's Case Management/ Electronic Case Filing System. Allowing filing documents electronically will significantly reduce time spent on filing motions and other pleadings as well as provide for economy of unnecessary costs.

1

**MOTION REQUESTING LEAVE OF THE COURT TO AMEND NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS IN COMPLAINT AND SUMMONS**

## PRAY FOR RELIEF

1. Plaintiff respectfully requests for the leave of this court to allow her to file documents electronically for the above-captioned case.

Dated: August 12, 2024

By: _____
Aynur Baghirzade
PLAINTIFF

2

MOTION REQUESTING LEAVE OF THE COURT TO AMEND NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS IN COMPLAINT AND SUMMONS