AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

AYNUR BAGHIRZADE, IN PRO SE

FILED

AUG 1 2 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al. <br><br> Defendants | Case No.: **24CV1077 RSH MMP** <br><br> **MOTION REQUESTING LEAVE OF THE COURT TO AMEND NAMES AND/ OR ORGANIZATIONAL STATUS OF THE DEFENDANTS IN COMPLAINT AND SUMMONS** <br><br> Date of Filing: June 21, 2024 <br><br> Presiding Judge: Hon. Robert S. Huie <br><br> Referred Judge: Hon. Michelle M. Petit <br><br> Trial Date: Unassigned |

**MOTION REQUESTING LEAVE OF THE COURT TO AMEND NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS IN COMPLAINT AND SUMMONS**

This Motion is made pursuant to *Rule 4 (2) and 15 (2)* of the *Federal Rules of Civil Procedure*. At the time when complaint was filed Plaintiff was unaware of the true names and/or organizational status of the defendants. Plaintiff is respectfully asking for the leave of this Court to amend the names and/or organizational status of the defendants in Complaint and Summons to ensure proper service of process.

1

1  Plaintiff hereby requests that the name of the Defendant ARMENIAN NATIONAL COMMITTEE OF AMERICA is amended and replaced in complaint and summons with the name ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation.

Plaintiff hereby requests that the name of the Defendant ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION is amended and replaced in complaint and summons with ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Public Benefit Nonprofit Corporation.

Plaintiff hereby requests that the name of the Defendant YELP, Inc., an American Company is amended and replaced in complaint and summons with YELP Inc., a Delaware Stock Corporation.

Plaintiff hereby requests that the name of the Defendant GOOGLE, Inc., an American Company is amended and replaced in complaint and summons with GOOGLE LLC., a Delaware Limited Liability Company.

Plaintiff hereby requests that the name of the Defendant ALPHABET Inc., an American Company is amended and replaced in complaint and summons with ALPHABET Inc., a Delaware Stock Corporation.

Plaintiff hereby requests to dismiss the name of the Defendant ORANGE COUNTY BAR ASSOCIATION LAWYER REFERRAL SERVICE & INFORMATION SERVICE from the complaint and summons and consider all claims against this Defendant to be made against Defendant ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation.

Plaintiff hereby requests that the name of the Defendant LOS ANGELES COUNTY BAR ASSOCIATION SMARTLAW LAWYER REFERRAL SERVICES is dismissed from the complaint and summons and all claims against this Defendant is considered to be made against Defendant LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation.

Plaintiff hereby requests that the name of the Defendant ATTORNEY SEARCH NETWORK, a Lawyer Referral and Information Service is amended and replaced in complaint and summons with ATTORNEY SEARCH NETWORK, a California Stock Corporation.

2

**MOTION REQUESTING LEAVE OF THE COURT TO AMEND NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS IN COMPLAINT AND SUMMONS**

Plaintiff hereby requests to dismiss Defendant MARTINDALE-NOLO, an American company from complaint and summons and replace it with Defendants Nolo, a California Stock Corporation and with MH SUB I, LLC, a Delaware Limited Liability Company and all claims against this Defendant to consider to be made against replaced Defendants accordingly.

Plaintiff hereby requests that the name of the Defendant LEGAL MATCH, an American company is amended and replaced in complaint and summons with LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation.

## PRAY FOR RELIEF

1. Plaintiff respectfully requests for the leave of this court to allow amendment of the names and/or organizational status of the Defendants in complaint and summons in aforementioned manner for the proper service of process as justice requires it.

Dated: August 12, 2024

By: _____
Aynur Baghirzade
PLAINTIFF