AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

AYNUR BAGHIRZADE, IN PRO SE

FILED
AUG 1 2 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>Defendants | Case No.: **24CV1077 RSH MMP**<br><br>**AMENDMENT TO THE COMPLAINT CORRECTING THE NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS**<br><br>Date of Filing: June 21, 2024<br><br>Presiding Judge: Hon. Robert S. Huie<br><br>Referred Judge: Hon. Michelle M. Petit<br><br>Trial Date: Unassigned |

**AMENDMENT TO THE COMPLAINT CORRECTING THE NAMES AND/ OR ORGANIZATIONAL STATUS OF THE DEFENDANTS**

The names of the defendants in Complaint are amended as follows:

ARMENIAN NATIONAL COMMITTEE OF AMERICA is amended and replaced with ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation.

ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION is amended and replaced with ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Public Benefit Nonprofit Corporation.

1

AMENDMENT TO THE COMPLAINT CORRECTING THE NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS

YELP, Inc., an American Company is amended and replaced with YELP Inc., a Delaware Stock Corporation.

GOOGLE, Inc., an American Company is amended and replaced with GOOGLE LLC., a Delaware Limited Liability Company.

ALPHABET Inc., an American Company is amended and replaced with ALPHABET Inc., a Delaware Stock Corporation.

Defendant ORANGE COUNTY BAR ASSOCIATION LAWYER REFERRAL SERVICE & INFORMATION SERVICE is dismissed from the complaint and all claims against this Defendant are considered to be made against Defendant ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation.

Defendant LOS ANGELES COUNTY BAR ASSOCIATION SMARTLAW LAWYER REFERRAL SERVICES is dismissed from the complaint and all claims against this Defendant are considered to be made against Defendant LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation.

ATTORNEY SEARCH NETWORK, a Lawyer Referral and Information Service is amended and replaced with ATTORNEY SEARCH NETWORK, a California Stock Corporation.

Defendant MARTINDALE-NOLO, an American company is dismissed from the complaint and all claims against this Defendant are considered to be made against Nolo, a California Stock Corporation and MH SUB I, LLC, a Delaware Limited Liability Company.

LEGAL MATCH, an American company is amended and replaced with LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation.

Dated: August 12, 2024

By: /s/ Aynur Baghirzade

Aynur Baghirzade

PLAINTIFF

**AMENDMENT TO THE COMPLAINT CORRECTING THE NAMES AND/OR ORGANIZATIONAL STATUS OF THE DEFENDANTS**