UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**ORDER (1) DENYING PLAINTIFF'S MOTIONS TO ELECTRONICALLY FILE AND (2) GRANTING PLAINTIFF'S MOTION TO AMEND**<br><br>[ECF Nos. 9, 10] |

　　　Plaintiff Aynur Baghirzade, a licensed attorney proceeding pro se, filed this action on June 21, 2024. ECF No. 1. Pending before the Court are Plaintiff's motions for leave: (1) to electronically file, ECF No. 9, and (2) to amend the Complaint, ECF No. 10.

　　　As to the first motion, this district's Electronic Case Filing Administrative Policies & Procedures Manual (the "ECF Manual") states that pro se litigants are required to submit and file all documents in paper form, unless the court grants the litigant leave to electronically file. See ECF Manual § 2(b). The ECF Manual states, in relevant part:

> A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their

1

equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual.

*Id.* Here, Plaintiff states that she is familiar with the Court's rules. ECF No. 9 at 1. However, her motion does not address the requirements set forth above. For that reason, the motion to electronically file (ECF No. 9) is **DENIED** without prejudice.

As to the second motion, Plaintiff seeks leave to amend the names of nine of the defendants she has sued. ECF No. 10 at 2-3. Plaintiff cites Rule 15(a)(2), which provides that on a motion for leave to amend, "[t]he Court should freely give leave where justice so requires." Fed. R. Civ. P. 15(a)(2). This standard being met, the Court **GRANTS** Plaintiff's motion for leave to amend (ECF No. 10). Plaintiff must file an Amended Complaint, complete in and of itself, within ***fourteen (14) days of the date of this order***, reflecting the amendments that Plaintiff has proposed.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
Hon. Robert S. Huie
United States District Judge