1 | NATALIE J. MORGAN, State Bar No. 211143
2 | WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3 | 12235 El Camino Real
    San Diego, CA 92130-3002
4 | Telephone: (858) 350-2300
    Facsimile: (866) 974-7329
5 | Email: nmorgan@wsgr.com

6 | NICHOLAS E. HAKUN, (*Pro Hac Vice Pending*)
    WILSON SONSINI GOODRICH & ROSATI
7 | Professional Corporation
    1700 K Street NW, Fifth Floor
8 | Washington, DC 20006-3814
    Telephone: (202) 973-8800
9 | Facsimile: (866) 974-7329
    Email: nhakun@wsgr.com

10 | Attorneys for Defendants
11 | GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AYNUR BAGHIRZADE, | Case No.: 3:24-CV-01077-RSH-MMP |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF NATALIE J. MORGAN FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC.** |
| v. | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | |
| Defendants. | Before: Judge Robert S. Huie |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Natalie J. Morgan of Wilson Sonsini Goodrich & Rosati, PC, 12235 El Camino Real, San Diego, California 92130-3002, member of the State Bar of California and admitted to practice in this Court, hereby enters her appearance as counsel of record for defendants Google LLC and Alphabet Inc., in the above-captioned matter. Effective immediately, all papers and filings in this matter should be served electronically via ECF to nmorgan@wsgr.com.

Dated: September 6, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Natalie J. Morgan*
Natalie J. Morgan
E-mail: nmorgan@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.