NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
Email: nmorgan@wsgr.com

NICHOLAS E. HAKUN, (*Pro Hac Vice Pending*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: nhakun@wsgr.com

Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**CORPORATE DISCLOSURE STATEMENT BY ALPHABET INC. AND GOOGLE LLC**<br><br>Before: Judge Robert S. Huie |

1  Pursuant to Federal Rule of Civil Procedure 7.1, and Local Civil Rule 40.2,
2  Defendants Alphabet Inc. and Google LLC disclose the following:
3      1.    Google LLC is a subsidiary of XXVI Holdings Inc., which is a
4  subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company
5  holds more than 10% of Alphabet Inc.'s stock.
6
7      Respectfully submitted,
8  Dated: September 6, 2024    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
9
10     By: *s/ Natalie J. Morgan*
        Natalie J. Morgan
11         E-mail: nmorgan@wsgr.com
12     Attorney for Defendants
    GOOGLE LLC and ALPHABET INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOGLE LLC AND ALPHABET INC.'S CORPORATE DISCLOSURE STATEMENT    -1-    CASE NO.: 3:24-CV-01077-RSH-MMP