NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
Email: nmorgan@wsgr.com

NICHOLAS E. HAKUN, (*Pro Hac Vice Pending*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: nhakun@wsgr.com

Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST BY ALPHABET INC. AND GOOGLE LLC**<br><br>Before: Judge Robert S. Huie |

Pursuant to Local Civil Rule 40.2, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Respectfully submitted,

Dated: September 6, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Natalie J. Morgan*
Natalie J. Morgan
E-mail: nmorgan@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.