NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
Email: nmorgan@wsgr.com

NICHOLAS E. HAKUN, (*Pro Hac Vice Pending*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: nhakun@wsgr.com

Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>  Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Before: Judge Robert S. Huie |

Pursuant to Local Rules 7.2 and 12.1, Plaintiff Aynur Baghirzade ("Plaintiff") and Defendants Google LLC and Alphabet Inc. (collectively, "Google"),[1] by and through their counsel of record, hereby stipulate and jointly present this motion for an order extending the time for Google to respond to Plaintiff's Amended Complaint filed August 15, 2024 (ECF No. 12) as set forth below:

WHEREAS, on June 21, 2024, Plaintiff filed the Complaint initiating this action against numerous Defendants, including Google. (ECF No. 1);

WHEREAS, on August 15, 2024, Plaintiff filed an Amended Complaint against numerous defendants, including Google. (ECF No. 12);

WHEREAS, Plaintiff served Google with the Amended Complaint on August 22, 2024;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, Google's response to the Amended Complaint is currently due on or before September 12, 2024;

WHEREAS, Google requests a 30-day extension of time in which to respond to the Amended Complaint, and good cause exists for such an extension because (1) Google seeks additional time to assess the allegations in the Amended Complaint; (2) Google has not previously requested any extension of time in this case; and (3) some defendants still have not been served.

WHEREAS, Plaintiff agrees to Google's request.

Accordingly, the parties jointly stipulate to an extension of time for Google to respond to the Amended Complaint until October 11, 2024.

---

[1] Plaintiff named "Google Inc." as a Defendant. Google Inc. is no longer an active business; its successor is Google LLC.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 6, 2024 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |
| 4 | | By: */s/ Natalie J. Morgan* |
| 5 | | Natalie J. Morgan<br>E-mail: nmorgan@wsgr.com |
| 6 | | Attorney for Defendants |
| 7 | | GOOGLE LLC and ALPHABET INC. |
| 8 | Dated: September 6, 2024 | PRO SE PLAINTIFF |
| 9 | | |
| 10 | | By: */s/ Aynur Baghirzade* |
| | | Aynur Baghirzade |

JOINT MOTION AND STIPULATION
TO EXTEND TIME TO RESPOND                   -2-                   CASE NO.: 3:24-CV-01077-RSH-MMP