NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
Email: nmorgan@wsgr.com

NICHOLAS E. HAKUN, (*Pro Hac Vice Pending*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: nhakun@wsgr.com

Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Before: Judge Robert S. Huie |

1   I, Natalie J. Morgan, declare as follows:

2   1.   I am an attorney and partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Google LLC and Alphabet Inc. (collectively, "Google") in this matter. I submit this declaration in support of the parties' Joint Motion and Stipulation to Extend Defendants Google LLC and Alphabet Inc.'s Time to Respond to Plaintiff's Amended Complaint (the "Joint Motion"). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2.   Counsel for Google and *pro se* Plaintiff have conferred and have agreed to the extension of time set forth in the Joint Motion.

3.   The extension of Google's time to respond to the Amended Complaint (ECF No. 12) is warranted to allow Google additional time to assess the allegations in the Amended Complaint, because Google has not previously requested any extension of time in this case, and because some defendants still have not been served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2024 at New York, New York.

*/s/ Natalie J. Morgan*
Natalie J. Morgan
E-mail: nmorgan@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.

MORGAN DECLARATION ISO JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND    -1-    CASE NO.: 3:24-CV-01077-RSH-MMP