NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA  92130-3002
Telephone:  (858) 350-2300
Facsimile:   (866) 974-7329
Email:        nmorgan@wsgr.com

NICHOLAS E. HAKUN, (*Pro Hac Vice Pending*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC  20006-3814
Telephone:  (202) 973-8800
Facsimile:   (866) 974-7329
Email:        nhakun@wsgr.com

Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, | Case No.: 3:24-CV-01077-RSH-MMP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Before: Judge Robert S. Huie |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | |
| Defendants. | |

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **NOTICE OF APPEARANCE OF NATALIE J. MORGAN FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC.**

2. **PRO HAC VICE APPLICATION FOR NICHOLAS N, HAKUN FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC.**

3. **CORPORATE DISCLOSURE STATEMENT BY ALPHABET INC. AND GOOGLE LLC**

4. **NOTICE OF PARTIES WITH FINANCIAL INTEREST BY GOOGLE LLC AND ALPHABET INC.**

5. **JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

6. **DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

7. **[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND DEFENDANT GOOGLE LLC AND ALPHABET INC.'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address(es) listed below:

Aynur Baghirzade        Email: contact@aynurlawyers.com

I am am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

CERTIFICATE OF SERVICE    -1-    CASE NO.: 3:24-CV-01077-RSH-MMP

1  I declare under penalty of perjury under the laws of the United States of
2  America and the State of California that the foregoing is true and correct.
3  Executed at Palo Alto, California on September 6, 2024.

_____
Deborah Grubbs