```
 1  NATALIE J. MORGAN, State Bar No. 211143
    WILSON SONSINI GOODRICH & ROSATI
 2  Professional Corporation
    12235 El Camino Real
 3  San Diego, CA  92130-3002
    Telephone:  (858) 350-2300
 4  Facsimile:   (866) 974-7329
    Email:       nmorgan@wsgr.com
 5
    NICHOLAS E. HAKUN, (Pro Hac Vice Pending)
 6  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 7  1700 K Street NW, Fifth Floor
    Washington, DC  20006-3814
 8  Telephone:  (202) 973-8800
    Facsimile:   (866) 974-7329
 9  Email:       nhakun@wsgr.com

10  Attorneys for Defendants
    GOOGLE LLC AND ALPHABET INC.
11
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AYNUR BAGHIRZADE, | Case No.: 3:24-CV-01077-RSH-MMP |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Before: Judge Robert S. Huie |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | |
| Defendants. | |

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California. I am over the age
3  of 18 years and not a party to the within action. My business address is Wilson
4  Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-
5  1050.

6  On this date, I served:

7  **1.  [CORRECTED] PRO HAC VICE APPLICATION FOR NICHOLAS E. HAKUN FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC.**
8  

9  ☒  By forwarding the document(s) by electronic transmission on this date to the Internet email address(es) listed below:

10  Aynur Baghirzade    Email: contact@aynurlawyers.com

12  I am am readily familiar with Wilson Sonsini Goodrich & Rosati's practice
13  for collection and processing of documents for delivery according to instructions
14  indicated above. In the ordinary course of business, documents would be handled
15  accordingly.

16  I declare under penalty of perjury under the laws of the United States of
17  America and the State of California that the foregoing is true and correct.
18  Executed at Palo Alto, California on September 6, 2024.

_____
Deborah Grubbs

CERTIFICATE OF SERVICE    -1-    CASE NO.: 3:24-CV-01077-RSH-MMP