ADRIANOS FACCHETTI (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI
4444 W. Riverside, Suite 308
Burbank, CA 91505
Telephone: (626) 793-8607
Email:          adrianos@facchettilaw.com


Attorney for Defendant
YELP INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| AYNUR BAGHIRZADE, | CASE NO: 24CV1077 RSH KSC |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF SARAH CURL IN SUPPORT OF DEFENDANT YELP INC.'S MOTION TO DISMISS |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al. | |
| Defendants. | |

# DECLARATION OF SARAH CURL

I, Sarah Curl, declare as follows:

1.    I am Director of User Operations at Yelp Inc. ("Yelp").  I make this declaration based on personal knowledge in support of Yelp Inc.'s Motion to Dismiss filed by Defendant Yelp. Where appropriate, I have relied on records prepared and maintained by Yelp in the normal course of its business.

2.    As part of my job responsibilities, I investigate Yelp accounts for potential Terms of Service violations and enforce Yelp's policies.  This includes investigating the origin of business pages on Yelp, and the information they reflect. This also includes investigating user accounts through Yelp's own internal tools and third-party resources.  I also supervise and train other Yelp User Operations employees on Yelp's internal administrative tools and procedures, including those tools and procedures related to enforcement of Yelp's Terms of Service.

3.    I have been employed at Yelp since February 2018.  Before joining Yelp, I obtained a Bachelor of Science degree in marketing from San Diego State University, and obtained a Master's degree in international relations from San Francisco State University.

***The Yelp Service***

4.    Yelp, founded in 2004, owns and operates Yelp.com, a popular local search website, mobile website, and related mobile applications for users to share information about their communities.  Yelp, among other things, provides and publishes a forum for members of the public to read and write reviews about local businesses, services, and other entities including non-profits and government

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

agencies.  One of Yelp's founding principles is that the best source for information about a local community is the community members themselves.  Yelp helps the public make more informed choices about local businesses and activities.

5.    Yelp is available to the public at no charge and without any registration requirement.  Those who choose to register (by creating an individual consumer account, which requires only providing a first and last name, zip code, and a functional e-mail address, and agreement to Yelp's Terms of Service and Privacy Policy) can write reviews, submit photos, and obtain access to a broader range of features on Yelp, such as message boards, communication tools, and other free services.  For example, Yelp's registered users can write reviews and submit photos about schools, dentists, childcare providers, restaurants, charitable organizations, government offices, parks, and places of worship—to name just a few categories of eligible local establishments.  Yelp does not provide an outlet for users to provide feedback on, and does not publicly feature, private personal or residential information.  Yelp user reviews and photos can be viewed by millions of other users when making a wide range of consumer and other decisions. Registered users can also comment on message boards about a variety of topics and share information about upcoming events in their area.  Yelp does not charge users to register or use a Yelp account.  Yelp is also a local search engine, which allows users to find businesses by entering search queries (like "plumbers" or "delicious chicken tacos" or "Episcopal Church") and specifying a geographic location (such as an address, city, or neighborhood).

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

6.      Reviews and photos on Yelp are linked to the Yelp account profiles of their authors.  A user's profile includes all his or her reviews, photos of businesses that the user has taken and submitted to Yelp, links to the accounts of the user's friends, tips, and detailed statistical information about their reviews, such as the number of reviews written and a breakdown of star ratings given to local businesses.  Thus, when reading reviews provided by others, a user can gauge the credibility and similarity of tastes of the other reviewers.

7.      Yelp operates in the United States and in dozens of other countries. As of December 31, 2023, users had contributed over 287 million cumulative reviews to Yelp.  (Contributed reviews include those that are recommended, not recommended, or removed from Yelp's platform.)  As measured by Google Analytics, Yelp was used on an average of approximately 32 million unique devices per month during 2023.  A fact sheet disclosing these and other statistics, maintained by Yelp in the ordinary course of business, is attached as **Exhibit A**, and is publicly available on Yelp at https://www.yelp-press.com/company/fast-facts/default.aspx.

8.      Yelp users write reviews about businesses by logging in to Yelp and entering their review into a text box.  Along with their reviews, users rate businesses on a scale of one to five stars. Yelp allows other users to vote on reviews as "helpful," "thanks," "love this" and/or "oh no" and displays the vote tallies, if any, below each review.  Yelp also allows users to delete or edit their reviews, or write review updates that appear alongside their original review.

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

9.      Attached as **Exhibit B** are examples of completed reviews visible on a business page on Yelp.  Exhibit B is a copy of the Yelp page, with published reviews, of the San Diego Hall of Justice (available at https://www.yelp.com/biz/hall-of-justice-san-diego).

10.      Reviews and ratings appear on the Yelp page of the reviewed business, as well as on the Yelp profile page of the review author.  Any member of the public with access to the internet can view these reviews, and any registered user can post reviews.  On the page of the business, Yelp combines star ratings provided by users to create an aggregate rating that is assigned to the business.  When a user submits photos about businesses, they are displayed on business pages, including adjacent to any review posted by that user.

11.      Reviews on Yelp are more often positive than negative.  As shown on Exhibit A, as of December 31, 2023, 53% of reviews were five stars, 16% were four stars, 8% were three stars, 6% were two stars, and 18% were one star.

12.      Yelp also offers free accounts to businesses, which allow them to provide additional information about themselves, message reviewers directly or publicly, and view statistics about their Yelp page (such as how many people viewed their Yelp profile or contacted them through Yelp's mobile applications).  To obtain a free business account and link it to a particular business on Yelp, the business user must go through an account registration process and then "claim" the business.  Once a business representative claims a business, he or she may post public responses to reviews on behalf of business, which are displayed directly

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

below the relevant review and are visible to any visitor to Yelp.  Through these features, Yelp encourages dialogue regarding local businesses and consumers.

### *Plaintiff's Yelp Business Account and Relevant Yelp Terms of Service*

13.    I have reviewed Yelp's administrative records relating to Plaintiff, Aynur Baghirzade, and her business "Accura Law Firm" (previously called "Law Offices of Aynur Baghirzade")[1] in San Diego, California.  The Yelp page for that business is publicly available on Yelp's website at https://www.yelp.com/biz/accura-law-firm-san-diego-5.

14.    Plaintiff Aynur Baghirzade created a Yelp business account on August 22, 2021 which uses the pseudonym "Mobi Dick" and the email address of contact@aynurlawyers.com. Also on August 22, 2021, Plaintiff added and claimed the Yelp business page for her business (as noted above, Plaintiff's business was, at the time, called "Law Offices of Aynur Baghirzade"). A true and correct copy of Plaintiff's account history (redacted to protect certain personal information and proprietary business information of Yelp) is attached as **Exhibit C**.

15.    To create a business owner account on Yelp's website, as Plaintiff did, a user goes to https://biz.yelp.com/signup to complete an online registration form and electronically submit the form to Yelp.  A screenshot showing what this looked like on August 22, 2021 is attached as **Exhibit D**. The online registration process for a user creating a business owner account states: "By continuing, you

---

[1] Plaintiff updated the name of her business from Law Offices of Aynur Baghirzade in May 2024.

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

agree to Yelp's Terms of Service and acknowledge our Privacy Policy." The "Terms of Service" text is in blue font and is hyperlinked such that when the user clicks on the text, he or she is taken to the Yelp Terms of Service Agreement. Underneath this text was a red button with the words "Create a free business account" that takes the user to the next step in the registration process. To create a free Yelp business owner account, Plaintiff would have had to click on the button manifesting her agreement to Yelp's Terms of Service. Likewise, when Plaintiff claimed the Yelp business page for her business on August 22, 2021, she again had to agree to Yelp's Terms of Service, and to acknowledge Yelp's Privacy Policy. Creating a business account and claiming the Yelp business page for her business allowed Plaintiff to upload photos and information to the page, update information such as hours and services, and to respond to reviews as the business owner.

16.     A business owner also must agree to the Terms of Service and acknowledge the Privacy Policy each time he or she logs into their account on Yelp. As shown in Exhibit C, Plaintiff last logged into her business owner account three months ago. Similar to the sign up form, the log in form expressly states, "By continuing, you agree to Yelp's Terms of Service and acknowledge our Privacy Policy" and provides links to both policies. A screenshot showing what this looked like on August 22, 2021 is attached as **Exhibit E**. This language has been in effect through the entire period Plaintiff has maintained a Yelp account. As seen in Exhibit E, the "Terms of Service" text is in blue font and is hyperlinked such that when the user clicks on the text, he or she is taken to the Yelp Terms of Service Agreement.

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

17.  Yelp's Terms of Service, applicable at the time of Plaintiff's most recent login, is attached as **Exhibit F** (and publicly available here: https://terms.yelp.com/tos/en_us/20240222_en_us/).

18.  Yelp Terms of Service state, in relevant part:

> These Terms govern your access to and use of our products and services, including those offered through our websites, events, communications (e.g., emails, phone calls, and texts) and mobile applications (collectively, the "**Service**"). By accessing or using the Service, you are agreeing to these Terms[.]

Exhibit F (emphasis in original).

19.  Section 7 of Yelp's Terms of Service provides, in relevant part:

> We are under no obligation to enforce the Terms on your behalf against another user.  While we encourage you to let us know if you believe another user has violated the Terms, **we reserve the right to investigate and take appropriate action at our sole discretion**.

Exhibit F (emphasis supplied).

20.  Section 12(B) of Yelp's Terms of Service provides:

> THE YELP ENTITIES MAKE NO CLAIMS OR PROMISES WITH RESPECT TO ANY THIRD PARTY, SUCH AS THE BUSINESSES OR ADVERTISERS LISTED ON THE SERVICE OR THAT OFFER GOODS OR SERVICES THROUGH THE SERVICE, OR THE SERVICE'S USERS. ACCORDINGLY, **THE YELP ENTITIES ARE NOT LIABLE TO YOU FOR ANY PERSONAL INJURY, LOSS OR DAMAGE THAT MIGHT ARISE FROM ANY SUCH THIRD PARTY'S ACTIONS OR OMISSIONS, INCLUDING, FOR EXAMPLE, IF ANOTHER USER OR BUSINESS MISUSES YOUR CONTENT, IDENTITY OR PERSONAL INFORMATION**, OR IF YOU HAVE A NEGATIVE EXPERIENCE WITH ONE OF THE BUSINESSES OR ADVERTISERS LISTED OR

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

FEATURED ON THE SERVICE. YOUR PURCHASE AND USE OF PRODUCTS OR SERVICES OFFERED BY THIRD PARTIES THROUGH THE SERVICE IS AT YOUR OWN DISCRETION AND RISK.

Exhibit F (bolding supplied).

21.    Section 12(E) of Yelp's Terms of Service states:

**THE YELP ENTITIES' LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE YELP ENTITIES WILL NOT BE LIABLE FOR ANY (i) INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, RELIANCE, OR CONSEQUENTIAL DAMAGES, (ii) LOSS OF PROFITS OR REVENUE, (iii) BUSINESS INTERRUPTION, (iv) REPUTATIONAL HARM,** (v) LOSS OF INFORMATION OR DATA; **OR (vi) LIABILITY WITH RESPECT TO A CONSUMER ALERT POSTED ON ANY YELP BUSINESS PAGES FOR YOUR BUSINESS.** THE WAIVERS AND LIMITATIONS SPECIFIED IN THIS SECTION 12 WILL SURVIVE AND APPLY REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE.

Exhibit F (bolding supplied).

22.    Section 12(C) of Yelp's Terms of Service states:

YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE SERVICE, RELATED SERVICES, OR ANY OTHER GRIEVANCE SHALL BE YOUR TERMINATION AND DISCONTINUATION OF ACCESS TO, OR USE OF THE SERVICE.

Exhibit F.

23.    Section 2 of the Additional Terms for Business Accounts of Yelp's Terms of Service states:

DECLARATION OF SARAH CURL IN SUPPORT OF DEFENDANT YELP INC.'S MOTION TO DISMISS

**DISCLAIMERS AND LIMITATIONS OF LIABILITY**
**PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF THE YELP ENTITIES TO YOU. FOR CLARITY, THE BELOW APPLIES IN ADDITION TO THE DISCLAIMERS AND LIMITATIONS OF LIABILITY DETAILED IN SECTION 12 OF THE TERMS.**
The federal Communications Decency Act (47 U.S. Code § 230) limits the liability of interactive computer services, like Yelp, for their role in publishing third-party Content, including consumer reviews. Additionally, anti-SLAPP laws, such as Cal. Civ. Proc. Code § 425.16 in California, may require you to pay Yelp's attorneys' fees if you attempt to impose such liability on Yelp through legal proceedings.

Exhibit F (bolding and capitalization in original).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2024 at Los Angeles, California.

_____
Sarah Curl

DECLARATION OF SARAH CURL IN SUPPORT OF
DEFENDANT YELP INC.'S MOTION TO DISMISS

# EXHIBIT A



yelp Newsroom

About US    News    Reports ⌄    Company ⌄    Press Releases

## Fast Facts

### Yelp Metrics as of June 30, 2024

**Yelp connects people with great local businesses.** With trusted local business information, photos and review content, Yelp provides a one-stop local platform for consumers to discover, connect and transact with local businesses of all sizes by making it easy to request a quote, join a waitlist or make a reservation, and make an appointment or purchase. Yelp was founded in San Francisco in 2004.

| **531K** | **$357M** | **$38M** |
|---|---|---|
| Paying Advertising Locations (monthly average for Q2 2024) | Q2 2024 Net Revenue | Q2 2024 Net Income |

**Activity on Yelp**

**32M**
App Unique Devices
(monthly average in 2023)

**287M**
Cumulative Reviews
(as of Dec. 31, 2023)

**Advertising Revenue by Category**



■ Services: 65%    ■ Restaurants, Retail & Other: 35%

**Recommended Review Distribution**



■ Recommended: 74%
■ Not Recommended: 17%
■ Removed: 9%

**Reviewed Businesses by Category**



**Distribution of Review Star Ratings**



Percentages may not add up to 100% due to rounding.

**Distribution of Average Business Ratings**



The above chart shows the distribution of average U.S. business ratings across all categories on Yelp for businesses with five or more reviews as of December 31, 2023. Yelp only uses recommended reviews to calculate the average rating of a business.

Percentages may not add up to 100% due to rounding.

**US Demographics of Yelp Users**

Age                    Education                    Income





Source: comScore. Age and income data via Media Metrix Multi-Platform report as of June 2024.
Education data via Plan Metrix report as of May 2024.
Percentages may not add up to 100% due to rounding.

### Yelp's Journey

2004  2005  2007  2008  2009  2010  2011  2012  2013  2015  2016  2017  2018  2019  2020  2021  2022  2023  2024

**January 2024:**
Yelp releases a new visual home feed and search experience, AI-powered business summaries, and review Recognitions

**April 2024:**
Yelp releases AI-powered Yelp Assistant and Yelp Fusion AI API for third-party partners

**July 2024:**
Yelp introduces Request a Quote for Brands with Leads API

**About**
About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Terms of Service
Privacy Policy
Ad Choices

**Discover**
Yelp Project Cost Guides
Collections
Talk
Events
The Local Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business Owners**
Claim your Business Page
Advertise on Yelp
Yelp Reservations
Yelp WiFi
Yelp Waitlist
Business Success Stories
Business Support
Yelp Blog for Business Owners

**Countries**
United States ▲

**Contact Newsroom**
Press@yelp.com

Copyright 2004–2024 Yelp Inc. Yelp, yelp, and related marks are registered trademarks of Yelp.
Powered By Q4 Inc. 5.133.2.5

# EXHIBIT B



# Hall of Justice

3.1 (135 reviews)

Unclaimed • Courthouses

Open 8:30 AM - 11:30 AM See hours

Write a review | Add photo | Share | Save

sdcourt.ca.gov

Get Directions
330 W Broadway San Diego, CA 92101

Suggest an edit

**Is this your business?**

Claim your business to immediately update business information, respond to reviews, and more!

Verify this business

Explore benefits

## Photos & videos

See all 78 photos

## Review Highlights

"day. Here's a list of why I thought jury duty wasn't so bad: -There was a break around 9:15 or so, for about 20 minu" in 71 reviews

"There's free wi-fi (a deputy will provide code during orientation)!" in 2 reviews

"I have never been a fan of the whole abuse of the court system, so I was bummed to be picked as a juror." in 15 reviews

## Location & Hours

Suggest an edit

330 W Broadway
San Diego, CA 92101
Union St & State St
Downtown

Get directions

| | | |
|---|---|---|
| Mon | 8:30 AM - 11:30 AM | |
| Tue | 8:30 AM - 11:30 AM | |
| Wed | 8:30 AM - 11:30 AM | Open now |
| Thu | 8:30 AM - 11:30 AM | |
| Fri | 8:30 AM - 11:30 AM | |
| Sat | Closed | |
| Sun | Closed | |

## Ask the Community

Ask a question

**Q: Where are the best Disabled Parking Spaces to the courthouse?**

A: No answers yet. Answer this question

## People also searched for

To Donate Magazines | Museum | Social Security Office | Things To Do At Night | Public Services & Government | Places To Take Pictures

## Recommended Reviews

**Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. Learn more about reviews.

Username
Location
0 0

Select your rating
Start your review of Hall of Justice

Overall rating
135 reviews

5 stars
4 stars
3 stars
2 stars
1 star

Yelp Sort | Filter by rating | Search reviews

Shayne C. Elite 24
San Diego, CA
977 577 1931

Dec 3, 2019

Is it that time again ?! Time to do my civic duty ! It's a nice break from work life and the usual grind.

Parking/location:

In the heart of downtown, San Diego where parking can be a BISS !! To avoid the hassle, try taking public transportation (ride share service/trolley) or parking at Horton Plaza if it's cheaper. Fortunately, I was able to get a ride from a family member. Woot !

Experience:

Check-in was prompt and on time. A line was already forming outside the courthouse and security checkpoint was ready for us. Everything seemed quick and organized. It's not the cleanest or most spacious jury room inside. Only a few tables were available to grab if you bring a laptop and not enough charging stations. Really? Free wi-fi, but super slowww ! If you aren't lucky enough to get a table seat, grab a chair instead and make sure to bring something to entertain you with the long hours of wait. I made sure to bring a book to keep me company. Restroom had plenty of stalls and was fairly clean and well-stocked.

We were showed a video of how the court system works and that was the start of our looooooong day. We did get a 90 minute lunch break so I had plenty of time to walk over to Jimbo's at the mall to grab a meal and hangout for a bit before heading back. There are other food options nearby such as Subway and other cafes.

Have patience...I've waited for 8 hours and maybe even more at this particular location and I have yet to be called and serve as a juror. Good times !

Pro Tip: Recommend going to the other available courthouses. I've been to the Vista location and was dismissed in less than 3 hours. Yep that's my go-to spot now !

👍 Helpful 8    🎁 Thanks 8    😍 Love this 8    😮 Oh no 0

 **Isabella B.**
San Diego, CA
📋 1424  💬 1357  📷 9132    · · ·

⭐⭐⭐⭐ Apr 28, 2021 · Updated review

📷 1 photo

Follow-up review to Central Courthouse: (https://www.yelp.com/biz/central-courthouse-san-diego?hrid=FfC1l9pasmK-MN6Wo0MyBVA) - aka Jury Duty, part 2.

After ~5 jury duty summons, I guess plaintiff and defense counsel somehow thought I would be a fair and impartial juror during the voir dire/jury selection process. I recently served as a member of a jury of 12 people for a case that went for 6 days including voir dire. (NOTE: I do not wish to speak about the case itself - this review will focus solely on my jury duty experience).

To those that complain about parking: this is true for essentially any downtown SD business during daytime. I offset this by taking public transit (the trolley). With a combination of jury duty pay and PTO the $15/day they give you is sufficient for a $6 daily pass plus some subsidy for lunch.

Screening process is also the same: temp check outside followed by metal detector scanning and putting your items through a X-ray machine. At least you keep your shoes on.

While Central Courthouse is where the jury lounge is located and where voir dire took place, the actual trial took place inside the Hall of Justice. The presiding judge was Judge Wohlfeil of Department 73. He was instrumental in making sure that court was held in an orderly fashion and that the case would be given to the jury as quickly as the process would allow. He had much respect for the judicial process and considering that quite a few of us were serving as trial jurors for the first time, he was also instrumental in making sure that the jury was well-informed on court procedure.

However, the main reason why I had a good jury duty experience was because of Judge Wohlfeil's bailiff, Rachel. Simply put, she.was.AWESOME. She was very grateful to interact with us jurors simply because it was a sign of "normalcy" in a post-COVID world and a break from having to remind people to wear their mask/have their temp taken or any other COVID-related issues. She also made sure that jurors had various drinks and snacks every day during the trial and especially during deliberation. Considering that we weren't allowed to talk to counsel or their witnesses and the judge was there to conduct court Rachel helped humanize the court.

As for COVID precautions the jurors were separated between the box and the back bench for purposes of social distancing. We could sit on any gold-banded chair. The witness stand was sanitized in between persons and the doorknobs were sanitized every recess.

The other deputies (once you get past initial screening) were also quite friendly. If it's obvious to staff that you're a juror they will ensure everything they can to make the juror experience a positive one. I remember at least twice we got to go to the front of the line for the screening process.

Because of my positive jury duty experience I will no longer cringe when I get my summons or try to find ways to "get out of jury duty" if called to a courtroom. If anything I find it to be a mental break from work. Provided that you're not too inconvenienced from work it's nice to get a mental stimulation different from what a regular work day can provide.


From one of my co-jurors. Rachel was an a...

👍 Helpful 5    🎁 Thanks 5    😍 Love this 5    😮 Oh no 0

⭐⭐⭐ Aug 2, 2013 · Previous review
The bane of many people every year: reporting to jury duty as part of your civic duty. At least for this location, they try to make your experience as pleasant as possible....
Read more

 **Ed M.** [Elite 24]
San Diego, CA
📋 474  💬 2090  📷 2739    · · ·

⭐⭐⭐⭐ May 10, 2021 · Updated review

Been a long minute since an update.
-the 4th floor connects you to the NEW criminal courthouse.
-food options inside the building have diminished to two choices...a Mediterranean place and a Mexican take out spot. FYI there is a cafe in the new courthouse also.
-there is still a coffee cart outside in the patio with reasonable prices for coffee and drinks. Pastries are limited to just croissants as of late.
-more coffee places have opened up walking distance from here: Coava and Blue Bottle being the new ones. Starbucks and Coffee Bean are also nearby still.
-if you don't want to walk too far for a lunch spot I recommend Mendocino Farms, Grab and Go Subs, Giovanni's Trattoria, or Kuma Cafe. All a few minutes away.
-with pandemic rules in place I believe jury duty has been limited to a certain number at this building. This building covers civil cases. As for criminal cases across at the new courthouse your guess is as good as mine but I am speculating it may be based on the needs and # of cases being heard.
-plenty of security located out front so this place is pretty safe. Temperature checks (wrist based) and spacing is enforced.

👍 Helpful 2    🎁 Thanks 0    😍 Love this 2    😮 Oh no 0

⭐⭐⭐⭐ Jul 23, 2014 · Previous review
Tips:
-The 4th floor connects you to the other court house across....
Read more

 **Tony T.** [Elite 24]
San Diego, CA
📋 5  💬 100  📷 324

 1 photo

In at 7:45am- out at 2:40pm name wasn't called.

Park at Horton Plaza Mall for $8 as long as you arrive before 9:30 AM and leave 6pm same day and Free Street parking for motorcycles on broadway and second.



 Helpful 7   Thanks 0   Love this 0   Oh no 0

**Erik S.** Elite 24
Del Mar, CA
747   547   521

★★★☆☆   Oct 10, 2018

My review here comes from the perspective of being a trial witness.

It's a courthouse. Probably the only people who actually enjoy the place are the judges, lawyers, and cops, because they get paid to show up. And, of course, Batman, because it really is called The Hall Of Justice.

The building is still fairly new looking inside and not as depressing as many of the older courthouses (the OC Harbor Court comes to mind as a sad example).

Seating in the courtrooms is nice.

But if you're a witness who has to hang out until called in, seating outside the courtrooms is not nice – hard benches are less fun after the first hour of hanging out. Fortunately at the end of the hall in the Designated Media Area I found a couple regular-type chairs. Getting work done on the laptop became more tolerable there. I suppose Batman gets his work done on the roof.

Bailiffs were unnecessarily abrupt and rude to the guests, many of whom were not represented by lawyers and probably don't know the finer points of filling out paperwork and courtrooms work. During the three times I entered the building, they had varying policies on whether a laptop computer had to be removed from a bag for screening. That situation caused bailiffs to be abrupt and rude to each other.

There isn't any official parking here. I feel particularly badly for jurors who get stuck with a $33+ daily bill for that. Best advice would probably be to park somewhere near a trolley line and take that in, or see if the Horton Plaza parking is still cheap.

In the case for which I was a witness, the Hall Of Justice served justice, as it was clear that the fraudster who originated this case did so simply to harass, so it was dismissed (the coward also hid out when the court tried to bring him in to testify). Both of the judges who worked on the case seemed thoughtful, patient, and fair, and I liked hearing how the judge reached his decision to dismiss that frivolous case.

 Helpful 8   Thanks 9   Love this 6   Oh no 0

**Lesley M.** Elite 24
La Mesa, CA
297   676   1455

★★★★☆   Apr 20, 2018

I still have fond memories of hiding out from my lecherous supervisor at HoJ for many an afternoon. I went by a couple months ago to visit my favorite judge and say hello. I counted my blessings as a county worker that I was never assigned to HoJ, the parking situation is a nightmare.

The security situation here is better than other court houses and I've always found the officers to be much more pleasant and courteous, regardless if they know you or not.

Setting aside the older construction and infrastructure, HoJ is fairly straight forward in terms of navigation and the court clerks keep everything up to date if you're there for a trial. You can get the information online before you get to the court house to save time. Even if you're not familiar with how a court calendar works, the website makes it fairly simple to understand for people who are uninitiated.

As I mentioned before, parking is a real hassle around here. You're better off taking a ride share service or the trolley.

Sorry I didn't have time to whine about jury duty and the lack of outlets for charging maybe time...

 Helpful 20   Thanks 0   Love this 24   Oh no 0

**Maria C.** Elite 24
San Diego, CA
1879   3111   9779

★★★☆☆   Jan 8, 2018

My first time attending Jury Duty in downtown San Diego. Luckily my husband works in downtown and was able to drop me off otherwise your choices are to ride share it, find parking somewhere (which can be $20), or take public transportation (trolley/coaster). If you do decide to take public transportation, the station is a only a few blocks away from the courthouse.

I arrived at 7:30am, and there was already a line going inside the courthouse. Dang and I thought I was early. The line was organized and quick. You go through security and the metal detector. You are able to take your laptop/ iPad, phones, food, and water bottles in. I wasn't sure at first what to expect, but I heard to take extra batteries for your phone, iPad, etc, since there are little to no plugs around.

As soon as you walk thru security, head to your right to the juror wait room. By the time I arrived, the room was already 3/4 filled. There is only 1 "quiet" room with tables (already filled), and a few tables in the back (already filled) by the bathroom areas. Otherwise, there are rows and rows of chairs. Note to self - even if it's awkward, head to the front of the room. There are more comfy chairs! You sit at a weird angle but choose a chair where you're not facing anyone and a corner spot! I sat by the little "library" and it was perfect, with the exception of loud mouths who kept talking! Bring a book, magazine, or your iPad. There is wifi and they will give you the password during the speech. The wifi is SLOW. I brought reading material from work, so I was set for the day.

Check in was 7:45am and the staff were pretty timely. The same video shows in terms of how the court system works, etc... Some people speak about the system, and then you wait. I went the day before Thanksgiving, so at 8:30am we were waiting for a cases and we were told to take a break and to be back in an hour. After the hour came up, we waited some more, and by 10:15am, we were excused! YES!!!

My first time in downtown was an OK experience. The jury room is another story. It's old, dirty, dingy, and germ infested. There are so many people in the room that I was feeling a little claustrophobic. Some people were coughing and sneezing and I was getting a little nervous being the same room for the next several hours.

There is a Subway onsite a couple of cafes nearby. I brought my own snacks. My understanding is that you get 90 mins for lunch, so you can indulge in the many lunch selections in downtown.

Happy I did my duty for the year!

Helpful 0    Thanks 0    Love this 6    Oh no 0

**Robb P.**
Carlsbad, CA
28    82    35

⭐⭐⭐☆☆   Jan 30, 2018

📷 2 photos

Ok yelpers, I haven't done jury duty in awhile so I found myself downtown early on a Tuesday morning. One tip for you future jurors is to park in the Horton Plaza structure, if you arrive before 9:30am and are out by 6:30, parking for the day is only $9.00!! Can't beat that, but its maybe a 10 minute walk to the courts. Meanwhile, back at the hall of justice, I an homage to the super friends ) ) If you arrive early the line to go through security isn't too bad, I was through in about 5 minutes flat. Apparently the building is brand new but if you happened to enter through the old section, you have to go up three levels of escalators and cross a footbridge to the new building. There weren't really any signs directing you either.

The jury lounge is nice ( mainly because it's new ). Seats are fairly comfortable. There are tables scattered around the room if you prefer, but very limited plugs for laptops tablets and cell phones. On that note, the day I was here, Jan 31, 2018 the wifi had not yet been installed so no free internet was available either. Total bummer because I only have a signal of 1 bar in this room and I'm on the verizon network.

Overall, it's a nice facility and the staff were informative and helpful, but the lack of wifi and poor cell signal coverage made for a really long day!



Helpful 0    Thanks 0    Love this 0    Oh no 0

**Giena L.** 🏆 Elite 23
Ocean Beach, San Diego, CA
432    755    1301

⭐⭐⭐☆☆   Aug 23, 2017

So, lucky me, got selected for jury duty. I was originally scheduled 6 months ago, but moved it out later- that was actually pretty simple.

Surprisingly not crazy to check in or get through security. Lots of seats. It's pretty quiet, like a library quiet. Free wifi. Vending machines. Mandated breaks, extended lunch.

Ended up only having to wait an hour after we got back from lunch before we were all dismissed.

So doing my civic duty, not bad. You also got a day pass to use on public transport- which I suggest you use to get to and from here. The trolley was pretty convenient.

Downside- the waiting....and the repeating of instructions over and over again at the beginning. Also the waiting.

Helpful 3    Thanks 0    Love this 3    Oh no 0

**Heather T.**
San Diego, CA
8    196    69

⭐⭐⭐☆☆   Aug 18, 2021

California's court system needs to get people that know what they're doing to help the public.

Helpful 0    Thanks 0    Love this 0    Oh no 0

‹   1   2   3   4   5   6   7   8   9   ›                                1 of 14

12 other reviews that are not currently recommended ⌄

## Collections Including Hall of Justice

 📑 94
 📑 27
 📑 11
 📑 79
 📑 6

San Diego
By Charles S.

The Yelp 100 Challenge.
By Angela C.

San Diego misc.
By Lisa S.

San Diego
By Dan D.

Downtown Livin
By Madison B.

## People Also Viewed







East County Regional Cente...
⭐⭐½   27
Courthouses

Superior Court of California
⭐⭐⭐½   38
Courthouses

Superior Court of California, ...
⭐⭐½   24
Courthouses

San Diego Superior Court Ea...
⭐⭐⭐   36
Courthouses

Superior Co
⭐⭐
Courthouses

## Browse Nearby

Coffee

## Other Courthouses Nearby

Find more Courthouses near Hall of Justice

## People found Hall of Justice by searching for...

Restaurants

Civil Ceremony

Social Security Office

Churro Cart

Rubber Stamps

**Trending Searches in San Diego, CA**

Apple Orchards

Apple Picking

Cosmetics & Beauty Supply

Department Stores

Elementary Schools

Eyelash Service

Festivals

Fitness & Instruction

Hair Removal

Middle Schools & High Schools

Mobile Phones

Parks For Kids

Performing Arts

Sporting Goods

Transportation

**Related Searches in San Diego, CA**

24 Hour Library

Birth Certificate

Cemetery

Civic Center

Civil Ceremony

Courthouse Parking

Courthouse Wedding

Dmv Locations

Dmv Offices

Drivers License Renewal

Employment Development Department

Family Court

Fingerprinting

Fire Station

Free Parking

Gospel Choir

Hidden Stairs

Jail

Jury Duty

Jury Duty Parking

Latin Mass

Mansion Tour

Marriage License

Midnight Mass

Military Base

Military Recruiter

Passport

Passport Renewal

Picture Spots

Police Departments

Post Offices

Private Study Rooms

Public Defender

Public Dump

Public Library

Public Parking Lots

Public Services & Government

Sheriff Department

Social Security

Social Security Administration

Social Security Office

Social Security Office Hours

Social Services Office

Statues

Top Attractions

Tourist Spots

Tourists Must See List

Traffic Court

Unemployment Office

Vehicle Registration

Courthouse Wedding San Diego

Jury Duty Parking San Diego

Mlk Memorial San Diego

Parking Lots Near The Court House San Diego

San Diego Court House San Diego

Sd Harbor Police San Diego

**About**

About Yelp

Careers

Press

Investor Relations

Trust & Safety

Content Guidelines

Accessibility Statement

Terms of Service

Privacy Policy

Ad Choices

Your Privacy Choices

**Discover**

Yelp Project Cost Guides

Collections

Talk

Events

Yelp Blog

Support

Yelp Mobile

Developers

RSS

**Yelp for Business**

Yelp for Business

Business Owner Login

Claim your Business Page

Advertise on Yelp

Yelp for Restaurant Owners

Table Management

Business Success Stories

Business Support

Yelp Blog for Business

Yelp Data for B2B

Yelp Data for B2C

**Languages**

English

**Cities**

Explore a City

Copyright © 2004–2024 Yelp Inc. Yelp, and related marks are registered trademarks of Yelp.

# EXHIBIT C

**Business Owner User: Mobi Dick**



**User Information**

| | | |
|---|---|---|
| First Name: | Mobi |
| Last Name: | Dick |
| Email: | contact@aynurlawyers. |
| Phone: | |
| Role/Position: | Owner |



**Stats**

Last Login Biz Site: 3 months ago
Last active on Biz Site: One week ago
Last active on Biz App: One week ago
Acct. Created: 8/22/2021
Acct. Level: Local
Signup IP: ███████
Conversation Count (PMs): 95
Photo: Photo accepted by ███████
███████ on 4/28/2024 (0 rejected photo(s))
Name: Name rejected by ███████
on 6/4/2024 (1 rejected name change(s))

**Location Access:**

| Name | Address | Rating | Program | Edit Account Access |
|---|---|---|---|---|
| Accura Law Firm | San Diego, CA 92101 | ★★☆☆☆ (4 reviews) | Minimal | Law Offices of Aynur Baghirzade Account |

**Account Access:**

Displaying 1 out of 1 total payment accounts below.

| Payment Account |
|---|
| Law Offices of Aynur Baghirzade |

« Accura Law Firm

**Business Owner Claiming History**

| User | Email | Claimed ▼ | Reclaimed? | Unclaimed | Removed during reclaim? | Claim Source | Claiming Method | Edit Account Access |
|------|-------|-----------|------------|-----------|-------------------------|--------------|-----------------|---------------------|
| 🖼 Mobi Dick | contact@aynurlawyers.com | 2021-08-22 10:17:26 | - | - | - | - | Email | Law Offices of Aynur Baghirzade Account |

EXHIBIT D

yelp for business                                          (877) 767-9357

# Create a free account to manage your Yelp page

| First name | Last name |
|---|---|

Email address

Password

By continuing, you agree to Yelp's Terms of Service and acknowledge our Privacy Policy. We may send you marketing emails about Yelp's products, services and local events. Unsubscribe at any time.

**Create a free business account**

or

G    **Sign up with Google**

f    **Sign up with Facebook**

Already have a business account? Log in

# EXHIBIT E

**yelp** for business

(877) 767-9357

# Welcome back

By continuing, you agree to Yelp's Terms of Service and acknowledge our Privacy Policy.

Email address

Password

Forgot password?

Log in

Don't have an account? Claim your business on Yelp.

— or —

G    Log in with Google

Log in with Facebook

Log in with Apple

# EXHIBIT F



**Home**     **Job Openings**     **Who We Are**

# Terms of Service

**Last Updated on February 22, 2024**. These Terms of Service (which, together with the Business Terms below, are the "**Terms**") are effective immediately for users accessing or using the Service without an Account or those registering Accounts on or after December 13, 2019, and will become effective January 31, 2020 for users with pre-existing Accounts. To review the previous terms, please click here.

**PLEASE NOTE: THESE TERMS INCLUDE DISPUTE RESOLUTION PROVISIONS (SEE SECTION 13) THAT, WITH LIMITED EXCEPTIONS, REQUIRE THAT (1) CLAIMS YOU BRING AGAINST YELP BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION, AND (2) YOU WAIVE YOUR RIGHT TO BRING OR PARTICIPATE IN ANY CLASS, GROUP, OR REPRESENTATIVE ACTION OR PROCEEDING.**

These Terms govern your access to and use of our products and services, including those offered through our websites, events, communications (e.g., emails, phone calls, and texts) and mobile applications (collectively, the "**Service**"). By accessing or using the Service, you are agreeing to these Terms, which form a legally binding contract with: (i) Yelp Inc., a Delaware corporation with its headquarters in San Francisco, California, unless you are a resident of a country in the European Economic Area (the "**EEA**") or Switzerland; or (ii) Yelp Ireland Ltd., a limited liability company established and resident under the laws of the Republic of Ireland, if you are a resident of a country in the EEA or Switzerland. "**Yelp**" means Yelp Inc. or Yelp Ireland Ltd., as applicable. Do not access or use the Service if you are unwilling or unable to be bound by the Terms. For more information about our policies and instructions relating to the Service, click here.

1. **DEFINITIONS**

   A. **Parties.** "**You**" and "**your**" refer to you, as a user of the Service. A "**user**" is someone who accesses or in any way uses the Service. "**We**," "**us**," and "**our**" refer to Yelp and its subsidiaries.

   B. **Content.** "**Content**" means text, images, photos, audio, video, and all other forms of data or communication. "**Your Content**" means Content that you submit or transmit to, through, or in connection with the Service, such as ratings, reviews, photos, videos, compliments, invitations, check-ins, votes, friending and following activity, direct messages, and information that you contribute to your user profile or suggest for a business page. "**User Content**" means Content that users submit or transmit to, through, or in connection with the Service. "**Yelp Content**" means Content that we create and make available in connection

with the Service. "**Third Party Content**" means Content that originates from parties other than Yelp or its users, which is made available in connection with the Service. "**Service Content**" means all of the Content that is made available in connection with the Service, including Your Content, User Content, Yelp Content, and Third Party Content.

C.   **Sites and Accounts. "Consumer Site"** means Yelp's consumer website (www.yelp.com and related domains) and mobile applications. **"Consumer Account"** means the account you create to access or use the Consumer Site. "**Business Account**" means the account you create to access or use the Yelp for Business Owners website (biz.yelp.com and related domains) and mobile applications. "**Account**" means any Consumer Account or Business Account.

## 2. CHANGES TO THE TERMS

We may modify the Terms from time to time. The most current version of the Terms will be located here. You understand and agree that your access to or use of the Service is governed by the Terms effective at the time of your access to or use of the Service. If we make material changes to these Terms, we will notify you by email, by posting notice on the Service, and/or by other method prior to the effective date of the changes. We will also indicate at the top of this page the date that such changes were last made. You should revisit these Terms on a regular basis as revised versions will be binding on you. **You understand and agree that your continued access to or use of the Service after the effective date of changes to the Terms represents your acceptance of such changes.**

## 3. TRANSLATION

We may translate these Terms into other languages for your convenience. Nevertheless, the English version governs your relationship with Yelp, and any inconsistencies among the different versions will be resolved in favor of the English version available here.

## 4. USING THE SERVICE

A.   **Eligibility.** To access or use the Service, you must have the requisite power and authority to enter into these Terms. You may not access or use the Service if you are a competitor of Yelp or if we have previously banned you from the Service or closed your Account.

B.   **Permission to Use the Service.** We grant you permission to use the Service subject to these Terms. Your use of the Service is at your own risk, including the risk that you might be exposed to Content that is offensive, indecent, inaccurate, objectionable, incomplete, fails to provide adequate warning about potential risks or hazards, or is otherwise inappropriate.

C.   **Service Availability.** The Service may be modified, updated, interrupted, suspended or discontinued at any time without notice or liability.

D.   **Accounts.** You must create an Account and provide certain information about yourself in order to use some of the features that are offered through the Service. You are responsible for maintaining the confidentiality of your Account password. You are also responsible for all activities that occur in connection with your Account. You agree to notify us immediately of

any unauthorized use of your Account. We reserve the right to close your Account at any time for any or no reason.

Your Consumer Account is for your personal, non-commercial use only, and you may not create or use a Consumer Account for anyone other than yourself. We ask that you provide complete and accurate information about yourself when creating an Account in order to bolster your credibility as a contributor to the Service. You may not impersonate someone else, provide an email address other than your own, create multiple Accounts, or transfer your Consumer Account to another person without Yelp's prior approval.

E. **Communications from Yelp and Others.** By accessing or using the Service, you consent to receive communications from other users and Yelp through the Service, or through any other means such as emails, push notifications, text messages (including SMS and MMS), and phone calls. These communications may promote Yelp or businesses listed on Yelp, and may be initiated by Yelp, businesses listed on Yelp, or other users. You further understand that communications may be sent using an automatic telephone dialing system, and that you may be charged by your phone carrier for certain communications such as SMS messages or phone calls. You agree to notify us immediately if the phone number(s) you have provided to us have been changed or disconnected. Please note that any communications, including phone calls, with Yelp or made through the Service may be monitored and recorded for quality purposes.

You can opt-out of certain communications here.

5. **CONTENT**

A. **Responsibility for Your Content.** You alone are responsible for Your Content, and once posted to Yelp, it cannot always be withdrawn. You assume all risks associated with Your Content, including anyone's reliance on its quality, accuracy, or reliability, and any risks associated with personal information you disclose. You represent that you own or have the necessary permissions to use and authorize the use of Your Content as described herein. You may not imply that Your Content is in any way sponsored or endorsed by Yelp.

You may expose yourself to liability if, for example, Your Content contains material that is false, intentionally misleading, or defamatory; violates any third-party right, including any copyright, trademark, service mark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right; contains material that is unlawful, including illegal hate speech or pornography; exploits or otherwise harms minors; violates or advocates the violation of any law or regulation; or violates these Terms.

B. **Our Right to Use Your Content.** We may use Your Content in a number of different ways, including by publicly displaying it, reformatting it, incorporating it into advertisements and other works, creating derivative works from it, promoting it, distributing it, and allowing others to do the same in connection with their own websites and media platforms ("**Other Media**"). As such, you hereby irrevocably grant us world-wide, perpetual, non-exclusive, royalty-free, assignable, sublicensable, transferable rights to use Your Content for any purpose. Please note that you also irrevocably grant the users of the Service and any Other Media the right to access Your Content in connection with their use of the Service and any

Other Media. Finally, you irrevocably waive, and cause to be waived, against Yelp and its users any claims and assertions of moral rights or attribution with respect to Your Content. By "**use**" we mean use, copy, publicly perform and display, reproduce, distribute, modify, translate, remove, analyze, commercialize, and prepare derivative works of Your Content.

C. **Ownership.** As between you and Yelp, you own Your Content. We own the Yelp Content, including but not limited to visual interfaces, interactive features, graphics, design, compilation (including, but not limited to, our selection, coordination, aggregation, and arrangement of User Content and other Service Content), computer code, products, software, aggregate star ratings, and all other elements and components of the Service excluding Your Content, User Content and Third Party Content. We also own the copyrights, trademarks, service marks, trade names, trade secrets, and other intellectual and proprietary rights throughout the world associated with the Yelp Content and the Service, which are protected by copyright, trade dress, patent, trademark, and trade secret laws and all other applicable intellectual and proprietary rights and laws. As such, you may not sell, license, copy, publish, modify, reproduce, distribute, create derivative works or adaptations of, publicly display or in any way use or exploit any of the Yelp Content in whole or in part except as expressly authorized by us. Except as expressly and unambiguously provided herein, we do not grant you any express or implied rights, and all rights in and to the Service and the Yelp Content are retained by us.

D. **Advertising.** Yelp and its licensees may publicly display advertisements, paid content, and other information nearby or in association with Your Content. You are not entitled to any compensation for such advertisements. The manner, mode and extent of such advertising are subject to change without specific notice to you.

E. **Other.** User Content (including any that may have been created by users employed or contracted by Yelp) does not necessarily reflect the opinion of Yelp. Except as required by law, we have no obligation to retain or provide you with copies of Your Content, and we do not guarantee any confidentiality with respect to Your Content. Except in accordance with Yelp's Verified License program, Yelp does not attempt to verify any licenses a local business or its representatives may have, and consumers should inquire about any such licenses with the business directly. Businesses whose licenses have been verified by Yelp will have a "Verified License" badge displayed on their Yelp business page.

F. **Content Moderation.** Except as required by law, we reserve the right to screen, remove, edit, or reinstate User Content at our sole discretion for any reason or no reason, and without notice to you. For example, we may remove a review if we believe that it violates our Content Guidelines. If you are a resident of the European Union, you can visit here for more information about Yelp's content moderation, appeals, and complaint handling processes, consistent with the Digital Services Act.

6. **BOOKING AND TRANSACTING**

A. **Generally.** You can access features through the Service that allow you to book or transact online with local businesses, such as making restaurant or spa reservations, ordering food

delivery, or scheduling appointments. These features may be provided by Yelp's third-party partners, including through iframes or similar formats, and their use may be governed by different or additional terms presented to you as part of the booking or transaction process. Please note that such third-party partners and/or the transacting local businesses themselves are responsible for fulfilling such bookings and transactions.

B. **Payments and Cancellations.** You may be required to provide your credit card information to confirm a booking, and will be charged any applicable fees, including cancellation or no-show fees in accordance with the transacting local business's cancellation policy provided at the time of booking. You agree that Yelp may facilitate any such payments and charges on behalf of the transacting local business.

C. **Coupons.** Any coupons that Yelp might issue for use in connection with the Service are non-transferable (unless required by law), not redeemable for cash or any other consideration, and automatically expire thirty (30) days after the issue date unless otherwise specified. If your Account is terminated you will not be able to use any unexpired and unused coupons, and any such coupons will automatically terminate and cannot be redeemed unless required by law.

7. **REPRESENTATIONS AND WARRANTIES**

We are under no obligation to enforce the Terms on your behalf against another user. While we encourage you to let us know if you believe another user has violated the Terms, we reserve the right to investigate and take appropriate action at our sole discretion.

A. You represent and warrant that:

   i. You have read and understood our Content Guidelines;

   ii. You have read and understood our Privacy Policy. If you use the Service outside of the United States of America, you consent to having your personal data transferred to and processed in the United States of America; and

   iii. Prior to attending any event listed on the Service, you have read and agree to our Event Terms and Conditions.

B. You also represent and warrant that you will not, and will not assist, encourage, or enable others to use the Service to:

   i. Violate our Terms, including the Content Guidelines and Event Terms and Conditions;

   ii. Post any fake or defamatory review, trade reviews with others, or compensate someone or be compensated to post, refrain from posting, or remove a review;

   iii. Violate any third party's rights, including any breach of confidence, copyright, trademark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right;

   iv. Threaten, stalk, harm, or harass others, or promote bigotry or discrimination;

   v. Promote a business or other commercial venture or event, or otherwise use the Service for commercial purposes, except in connection with a Business Account in accordance

with the Business Terms;

vi. Send bulk emails, surveys, or other mass messaging, whether commercial in nature or not; engage in keyword spamming, or otherwise attempt to manipulate the Service's search results, review Recommendation Software (as defined in the Business Terms below), or any third party website;

vii. Solicit personal information from minors, or submit or transmit pornography;

viii. Violate any applicable law;

ix. Modify, adapt, appropriate, reproduce, distribute, translate, create derivative works or adaptations of, publicly display, sell, trade, or in any way exploit the Service or Service Content (other than Your Content), except as expressly authorized by Yelp;

x. Use any robot, spider, Service search/retrieval application, or other automated device, process or means to access, retrieve, copy, scrape, or index any portion of the Service or any Service Content, except as expressly permitted by Yelp (for example, as described at www.yelp.com/robots.txt);

xi. Reverse engineer any portion of the Service, unless applicable law prohibits this restriction, in which case you agree to provide us with 30 days' prior written notice here;

xii. Remove or modify any copyright, trademark, or other proprietary rights notice that appears on any portion of the Service or on any materials printed or copied from the Service;

xiii. Record, process, or mine information about users;

xiv. Access, retrieve or index any portion of the Service for purposes of constructing or populating a searchable database of business reviews;

xv. Reformat or frame any portion of the Service;

xvi. Take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large load on Yelp's technology infrastructure or otherwise make excessive traffic demands of the Service;

xvii. Attempt to gain unauthorized access to the Service, Accounts, computer systems or networks connected to the Service through hacking, password mining or any other means;

xviii. Use the Service or any Service Content to transmit any computer viruses, worms, defects, Trojan horses, malicious code, spyware, malware or other items of a destructive or harmful nature;

xix. Use any device, software or routine that interferes with the proper working of the Service, or otherwise attempt to interfere with the proper working of the Service;

xx. Use the Service to violate the security of any computer network, crack passwords or security encryption codes; disrupt or interfere with the security of, or otherwise cause harm to, the Service or Service Content; or

xxi. Remove, circumvent, disable, damage or otherwise interfere with any security-related features of the Service, features that prevent or restrict the use or copying of Service Content, or features that enforce limitations on the use of the Service.

8. **ADDITIONAL POLICIES AND TERMS**

   A. **Copyright and Trademark Disputes.** You agree to follow our Infringement Policy in notifying us about copyright and trademark disputes concerning User Content. You agree we may forward any notification sent pursuant to our Infringement Policy to the user who submitted the User Content at issue.

   B. **Additional Terms.** Your use of the Service is subject to any and all additional terms, policies, rules, or guidelines that we may post on or link to from the Service (the "**Additional Terms**"). All such Additional Terms are hereby incorporated by reference into, and made a part of, these Terms. If you have a Business Account, the Business Terms provided below apply to you.

9. **SUGGESTIONS AND IMPROVEMENTS**

   By sending us any ideas, suggestions, documents or proposals ("**Feedback**"), you agree that (i) your Feedback does not contain any third party confidential or proprietary information, (ii) we are under no obligation of confidentiality, express or implied, with respect to the Feedback, (iii) we may have something similar to the Feedback already under consideration or in development, (iv) we have no obligation to review, consider, or implement the Feedback, or to return to you all or part of the Feedback, and (v) you grant us an irrevocable, non-exclusive, royalty-free, perpetual, worldwide, assignable, sublicensable, transferable license to use, modify, prepare derivative works of, publish, distribute and sublicense the Feedback, and you irrevocably waive, and cause to be waived, against Yelp and its users any claims and assertions of any moral rights contained in such Feedback.

10. **THIRD PARTY CONTENT AND SERVICES**

    A. The Service may host Third Party Content, or include links to other websites or applications (each, a "**Third Party Service**"). We do not control or endorse any Third Party Content or Third Party Service. You agree that we are not responsible for the availability, accuracy, or content of any such Third Party Content or Third Party Service. Your use of and reliance on any Third Party Content or Third Party Service is at your own risk.
    Some of the services made available through the Service and Third Party Services may be subject to additional third party terms of service, privacy policies, licensing terms and disclosures, and other terms, conditions, and policies, including without limitation the ones posted here. It is your responsibility to familiarize yourself with any such applicable third party terms.

11. **INDEMNITY**

    You agree to indemnify, defend, and hold harmless Yelp, its parents, subsidiaries, affiliates, any

related companies, suppliers, licensors and partners, and the officers, directors, employees, agents, contractors and representatives of each of them (collectively, the "**Yelp Entities**") from and against any and all third party claims, actions, demands, losses, damages, costs, liabilities and expenses (including but not limited to attorneys' fees and court costs)  arising out of or relating to: (i) your access to or use of the Service, including Your Content, (ii) your violation of the Terms, (iii) your breach of your representations and warranties provided under these Terms, (iv) any products or services purchased or obtained by you in connection with the Service, (v) your products or services, or the marketing or provision thereof to end users, or (vi) the infringement by you, or any third party using your Account, of any intellectual property or other right of any person or entity. Yelp reserves the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us and you agree to cooperate with our defense of these claims. You agree not to settle any such matter without the prior written consent of Yelp. Yelp will use reasonable efforts to notify you of any such claim, action or proceeding upon becoming aware of it.

12. **DISCLAIMERS AND LIMITATIONS OF LIABILITY**

    **PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF THE YELP ENTITIES TO YOU. EACH OF THE SUBSECTIONS BELOW ONLY APPLIES UP TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW. NOTHING HEREIN IS INTENDED TO LIMIT ANY RIGHTS YOU MAY HAVE WHICH MAY NOT BE LAWFULLY LIMITED. BY ACCESSING OR USING THE SERVICE, YOU REPRESENT THAT YOU HAVE READ, UNDERSTOOD, AND AGREE TO THESE TERMS, INCLUDING THIS SECTION. YOU ARE GIVING UP SUBSTANTIAL LEGAL RIGHTS BY AGREEING TO THESE TERMS.**

    A. THE SERVICE AND SERVICE CONTENT ARE MADE AVAILABLE TO YOU ON AN "AS IS", "WITH ALL FAULTS" AND "AS AVAILABLE" BASIS, WITH THE EXPRESS UNDERSTANDING THAT THE YELP ENTITIES MAY NOT MONITOR, CONTROL, OR VET USER CONTENT OR THIRD PARTY CONTENT. AS SUCH, YOUR USE OF THE SERVICE IS AT YOUR OWN DISCRETION AND RISK. THE YELP ENTITIES MAKE NO CLAIMS OR PROMISES ABOUT THE QUALITY, COMPLETENESS, ACCURACY, OR RELIABILITY OF THE SERVICE, ITS SAFETY OR SECURITY, INCLUDING WITHOUT LIMITATION THE SECURITY OF YOUR DATA, OR THE SERVICE CONTENT. ACCORDINGLY, THE YELP ENTITIES ARE NOT LIABLE TO YOU FOR ANY PERSONAL INJURY, LOSS OR DAMAGE THAT MIGHT ARISE, FOR EXAMPLE, FROM THE SERVICE'S INOPERABILITY, DEPLETION OF BATTERY POWER OR OTHER IMPAIRMENT OF DEVICES USED TO ACCESS THE SERVICE, SERVICE UNAVAILABILITY, SECURITY VULNERABILITIES OR FROM YOUR RELIANCE ON THE QUALITY, ACCURACY, OR RELIABILITY OF THE BUSINESS LISTINGS, RATINGS, REVIEWS (INCLUDING THEIR CONTENT OR OMISSION OF CONTENT, ORDER, AND DISPLAY), METRICS OR OTHER CONTENT FOUND ON, USED ON, OR MADE AVAILABLE THROUGH THE SERVICE.

    B. THE YELP ENTITIES MAKE NO CLAIMS OR PROMISES WITH RESPECT TO ANY THIRD PARTY, SUCH AS THE BUSINESSES OR ADVERTISERS LISTED ON THE SERVICE OR THAT OFFER GOODS OR SERVICES THROUGH THE SERVICE, OR THE SERVICE'S USERS. ACCORDINGLY, THE YELP ENTITIES ARE NOT LIABLE TO YOU FOR ANY

PERSONAL INJURY, LOSS OR DAMAGE THAT MIGHT ARISE FROM ANY SUCH THIRD PARTY'S ACTIONS OR OMISSIONS, INCLUDING, FOR EXAMPLE, IF ANOTHER USER OR BUSINESS MISUSES YOUR CONTENT, IDENTITY OR PERSONAL INFORMATION, OR IF YOU HAVE A NEGATIVE EXPERIENCE WITH ONE OF THE BUSINESSES OR ADVERTISERS LISTED OR FEATURED ON THE SERVICE. YOUR PURCHASE AND USE OF PRODUCTS OR SERVICES OFFERED BY THIRD PARTIES THROUGH THE SERVICE IS AT YOUR OWN DISCRETION AND RISK.

C. YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE SERVICE, RELATED SERVICES, OR ANY OTHER GRIEVANCE SHALL BE YOUR TERMINATION AND DISCONTINUATION OF ACCESS TO, OR USE OF THE SERVICE.

D. THE YELP ENTITIES' MAXIMUM AGGREGATE LIABILITY TO YOU FOR LOSSES OR DAMAGES THAT YOU SUFFER IN CONNECTION WITH THE SERVICE OR THESE TERMS IS LIMITED TO THE GREATER OF (i) THE AMOUNT PAID, IF ANY, BY YOU TO THE YELP ENTITIES IN CONNECTION WITH THE SERVICE IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY, OR (ii) $100.

E. THE YELP ENTITIES' LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE YELP ENTITIES WILL NOT BE LIABLE FOR ANY (i) INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, RELIANCE, OR CONSEQUENTIAL DAMAGES, (ii) LOSS OF PROFITS OR REVENUE, (iii) BUSINESS INTERRUPTION, (iv) REPUTATIONAL HARM, (v) LOSS OF INFORMATION OR DATA; OR (vi) LIABILITY WITH RESPECT TO A CONSUMER ALERT POSTED ON ANY YELP BUSINESS PAGES FOR YOUR BUSINESS. THE WAIVERS AND LIMITATIONS SPECIFIED IN THIS SECTION 12 WILL SURVIVE AND APPLY REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE.

13. **ARBITRATION, DISPUTES, AND CHOICE OF LAW**

A. If you are a resident of the United States or Canada:

   i. EXCEPT FOR EXCLUDED CLAIMS: ANY CLAIM, CAUSE OF ACTION, REQUEST FOR RELIEF OR DISPUTE THAT MIGHT ARISE BETWEEN YOU AND YELP ("**CLAIMS**") MUST BE RESOLVED BY ARBITRATION ON AN INDIVIDUAL BASIS; YOU AND WE AGREE THAT EACH MAY BRING OR PARTICIPATE IN CLAIMS AGAINST THE OTHER ONLY IN OUR RESPECTIVE INDIVIDUAL CAPACITIES, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. UNLESS BOTH YOU AND YELP AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS OR PARTIES WHO MAY BE SIMILARLY SITUATED, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. YOU AND YELP EXPRESSLY WAIVE THE RIGHT TO TRIAL BY A JURY.

   ii. "**Excluded Claims**" means: (a) Claims brought by you or Yelp that could be brought in small claims court, if permitted by the rules of that court, or (b) Claims related to intellectual property (like copyrights and trademarks), violations of Yelp's API Terms of

Use (which, for clarity, are governed by those terms), or a breach of Section 7 above (Representations and Warranties). Excluded Claims may be brought in court. Any issues relating to the scope and enforceability of the arbitration provision will be resolved by the arbitrator. If any Claim cannot be arbitrated in accordance with this provision, then only that Claim may be brought in court and all other Claims remain subject to arbitration. Notwithstanding this paragraph, Business Claims, as defined in Section 3 of the Additional Terms for Business Accounts, are governed by that section.

    iii. Excluded Claims and Claims that cannot be arbitrated must be brought in court. California law will govern these Terms (to the extent not preempted or inconsistent with federal law), as well as any such Excluded Claim or Claim that cannot be arbitrated, without regard to conflict of law provisions. You or Yelp may seek relief in any small claims court of competent jurisdiction. All other Excluded Claims and Claims that cannot be arbitrated are subject to the exclusive jurisdiction in, and the exclusive venue of, the state and federal courts located within San Francisco County, California and you consent to the personal jurisdiction of these courts for the purpose of litigating any such Claim.

    iv. Arbitration shall be administered by the American Arbitration Association ("AAA") in accordance with its Consumer Arbitration Rules then in effect. For more information, visit www.adr.org. Arbitration may be conducted in person, through the submission of documents, by phone or online. The arbitrator may award damages to you individually as a court could, including declaratory or injunctive relief, but only to the extent required to satisfy your individual claim.

    v. Unless the arbitrator finds the arbitration was frivolous or brought for an improper purpose, Yelp will pay all filing, AAA, and arbitrator's fees and expenses. We waiveany right to seek an award of attorneys' fees and expenses in connection with any non-frivolous arbitration between you and us.

B. If you are a resident of a country located in the EEA or Switzerland, Irish law will govern these Terms, as well as any dispute that might arise between you and Yelp.

    i. You agree that any subpoena, third-party discovery request, or other third-party process directed to Yelp must issue from, or be domesticated by, the state or federal courts located within San Francisco County, California and you agree to submit to the jurisdiction of each of these courts for any related proceedings.

14. **TERMINATION**

A. You may terminate the Terms at any time by closing your Account, discontinuing any access to or use of the Service, and providing Yelp with a notice of termination here.

B. We may close your Account, suspend your ability to use certain portions of the Service, terminate any license or permission granted to you hereunder, and/or ban you altogether from the Service for any or no reason, and without notice or liability of any kind. Any such action could prevent you from accessing your Account, the Service, Your Content, Service Content, or any other related information.

C. In the event of any termination of these Terms, whether by you or us, Sections 1, 3, 5, 7–15 of the Terms of Service will continue in full force and effect.

15. **GENERAL TERMS**

A. We reserve the right to modify, update, or discontinue the Service at our sole discretion, at any time, for any or no reason, and without notice or liability.

B. Except as otherwise stated in Section 10 above, nothing herein is intended, nor will be deemed, to confer rights or remedies upon any third party.

C. The Terms contain the entire agreement between you and us regarding the use of the Service, and supersede any prior agreement between you and us on such subject matter. The parties acknowledge that no reliance is placed on any representation made but not expressly contained in these Terms.

D. Any failure on Yelp's part to exercise or enforce any right or provision of the Terms does not constitute a waiver of such right or provision. The failure of either party to exercise in any respect any right provided for herein shall not be deemed a waiver of any further rights hereunder. The Terms may not be waived, except pursuant to a writing executed by Yelp.

E. If any provision of the Terms is found to be unenforceable or invalid by an arbitrator or court of competent jurisdiction, then only that provision shall be modified to reflect the parties' intention or eliminated to the minimum extent necessary so that the Terms shall otherwise remain in full force and effect and enforceable.

F. The Terms, and any rights or obligations hereunder, are not assignable, transferable or sublicensable by you except with Yelp's prior written consent, but may be assigned or transferred by us without restriction. Any attempted assignment by you shall violate these Terms and be void.

G. You agree that no joint venture, partnership, employment, agency, special or fiduciary relationship exists between you and Yelp as a result of these Terms or your use of the Service.

H. The section titles in the Terms are for convenience only and have no legal or contractual effect.

Copyright © 2024 Yelp Inc., 350 Mission Street, 10th Floor, San Francisco, CA 94105, U.S.A.

---

**ADDITIONAL TERMS FOR BUSINESS ACCOUNTS**

**Last Updated on December 13, 2019.**

The following terms ("**Business Terms**"), in addition to the Terms of Service above, govern your access to and use of your Business Account. In the event of any conflict between these Business Terms and the Terms of Service, the Business Terms apply. If you have purchased products or

services from Yelp on behalf of your business (e.g., advertising or business tools), the terms of that purchase apply in the event of any conflict with these Business Terms. Capitalized words used but not defined in these Business Terms have the meanings described in the Terms of Service. By creating, accessing, or using your Business Account, you are agreeing to these Business Terms and concluding a legally binding contract with Yelp. You are not authorized to create, access, or use a Business Account if you do not agree to these Business Terms.

**PLEASE READ THESE BUSINESS TERMS CAREFULLY AS THEY REQUIRE THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN TRIALS OR CLASS ACTIONS, AND ALSO LIMIT THE REMEDIES AVAILABLE TO YOU IN THE EVENT OF A DISPUTE**.

In the event of any termination of these Business Terms, whether by you or us, these Business Terms in their entirety will continue in full force and effect.

1. **REQUIREMENTS, REPRESENTATIONS AND WARRANTIES**
    A. In order to access or use the Services, you agree that:
        i. you have the authority to act on behalf of the business or businesses associated with or claimed through your Business Account and bind any such business (including any corresponding business entity) to the Business Terms (such business or businesses, your "**Business**");

        ii. your access to or use of the Business Site will only be in your capacity as an authorized representative of your Business;

        iii. you will not use the Consumer Site for business activities, including but not limited to flagging reviews or messaging people who have reviewed your Business;

        iv. your Business complies with applicable laws and does not offer, advertise, sell, or lease illegal products and/or services;

        v. you grant Yelp a non-transferable, non-exclusive, royalty-free limited license to display your public website on the Services, or allow for its display through iframes or other framing technology;

        vi. you agree that we may contact you, including by phone or email, using the contact information you provide us, make publicly available, or that we have on record for your business, and that our communications (including phone calls) with you may be monitored and recorded for quality purposes;

        vii. you understand that we may display health score information for your Business, and may place a Consumer Alert regarding that health score, on the business page for your Business;

        viii. you understand and agree that we may share certain aggregate or otherwise deidentified information about your responses to Request a Quote leads with other Businesses, for

example, the number of total Businesses responding to the lead and the speed of those responses; and

    ix. you understand and acknowledge that non-disparagement clauses in certain consumer contracts, such as clauses that seek to restrict or prohibit reviews (including provisions that penalize consumers for posting reviews) about your Business, are prohibited under California law (Cal. Civil Code § 1670.8) and under the federal Consumer Review Fairness Act (15 U.S. Code § 45b) and you agree that you will not include such clauses in your consumer contracts, or otherwise attempt to enforce non-disparagement or 'gag' clauses against consumers under any circumstances. You understand that we may publicly notify consumers, including by placing a Consumer Alert on the business page for your Business, if we have a good faith belief that such clauses are used by your Business.

B. You represent and warrant that you will not, and will not authorize or induce any other party, to:

    i. offer incentives of any kind, such as discounts, freebies, refunds, gift cards, contest entries, offers, or deals in exchange for the posting of reviews of your Business, or to prevent or remove reviews, and you understand and acknowledge that Yelp, through its Consumer Alerts, may publicly notify consumers about such incentives and other attempts to obtain, prevent, or remove reviews;

    ii. solicit or ask for reviews from your customers;

    iii. write reviews or vote on Content (e.g., voting user reviews as useful, funny, or cool) for your Business or your Business's competitors;

    iv. pay or induce anyone to post, refrain from posting, or remove reviews, or otherwise attempt to circumvent Yelp's Recommendation Software (defined below) or fraud detection systems;

    v. attempt to generate automated, fraudulent, or otherwise invalid ad impressions, inquiries, conversions, ad clicks, or other actions;

    vi. use any automated means or form of scraping or data extraction to access, query or otherwise collect Yelp data, content and/or reviews from the Consumer Site or the Business Site, except as expressly permitted by Yelp (for example, as described at www.yelp.com/robots.txt);

    vii. use any Yelp trademark or service mark in any manner without Yelp's prior written consent; or

    viii. misrepresent your identity or affiliation to anyone in connection with Yelp.

C. You understand and acknowledge that Yelp allows consumers to post Content about your Business, including photos, ratings, and reviews. You understand and acknowledge that Yelp employs automated software in an effort to showcase the most reliable and useful reviews while displaying other reviews less prominently (**"Recommendation Software"**). You

understand and acknowledge that while Yelp uses its Recommendation Software to identify potentially less helpful reviews, the Recommendation Software may sometimes suppress legitimate reviews or fail to detect illegitimate reviews. You understand and acknowledge that any purchase of advertising or other paid features from Yelp will not influence the Recommendation Software or otherwise allow or enable You, directly or indirectly, to alter reviews or impact whether, where, or how reviews appear on Yelp.

**The following Sections 2 and 3 apply if you are a resident of the United States or Canada only:**

2. **DISCLAIMERS AND LIMITATIONS OF LIABILITY**

   **PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF THE YELP ENTITIES TO YOU. FOR CLARITY, THE BELOW APPLIES IN ADDITION TO THE DISCLAIMERS AND LIMITATIONS OF LIABILITY DETAILED IN SECTION 12 OF THE TERMS.**

   The federal Communications Decency Act (47 U.S. Code § 230) limits the liability of interactive computer services, like Yelp, for their role in publishing third-party Content, including consumer reviews. Additionally, anti-SLAPP laws, such as Cal. Civ. Proc. Code § 425.16 in California, may require you to pay Yelp's attorneys' fees if you attempt to impose such liability on Yelp through legal proceedings.

3. **ARBITRATION, DISPUTES, AND CHOICE OF LAW**

   **FOR CLARITY, THIS SECTION GOVERNS ANY BUSINESS CLAIM BROUGHT BY YOU OR YELP. ANY CLAIM NOT SUBJECT TO THIS SECTION IS INSTEAD GOVERNED BY SECTION 13 OF THE TERMS.**

   Except for Excluded Business Claims, any controversy or claim arising out of or relating to: (a) these Terms, or the breach thereof; or (b) your access to or use of your Business Account Business Site; (each such controversy or claim, a "**Business Claim**"), shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. The arbitrator will issue a reasoned award in writing, including all findings of fact and law upon which the award was made. The arbitrator will not have the power to commit errors of law, and the award may be vacated or corrected through judicial review by a court of competent jurisdiction under the California Arbitration Act for any such error. "**Excluded Business Claims**" means Claims related to intellectual property (like copyrights and trademarks) or violations of Section 7 of the Terms of Service (Representations and Warranties).

   Business Claims shall be heard by a single arbitrator. Arbitrations will be held in San Francisco, California, but the parties may choose for themselves whether to appear in person, by phone, or through the submission of documents. The arbitration shall be governed by the laws of the State of California. The prevailing party shall be entitled to an award of reasonable attorneys' fees.

   NOTWITHSTANDING THE FOREGOING, FOR ANY BUSINESS CLAIM THAT IS NOT SUBJECT TO ARBITRATION, INCLUDING WITHOUT LIMITATION EXCLUDED BUSINESS CLAIMS, YOU AGREE TO SUBMIT AND CONSENT TO THE PERSONAL AND EXCLUSIVE JURISDICTION IN, AND THE EXCLUSIVE VENUE OF, THE STATE AND FEDERAL COURTS LOCATED WITHIN SAN

FRANCISCO COUNTY, CALIFORNIA, WHICH IS THE PLACE OF PERFORMANCE OF THESE BUSINESS TERMS.

YOU AND YELP AGREE THAT EACH MAY BRING OR PARTICIPATE IN BUSINESS CLAIMS AGAINST THE OTHER ONLY IN THEIR RESPECTIVE INDIVIDUAL CAPACITIES, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. UNLESS BOTH YOU AND YELP AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN THE BUSINESS CLAIMS OF OTHER PERSONS OR PARTIES WHO MAY BE SIMILARLY SITUATED, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. IF A BUSINESS CLAIM IMPLICATES THIS SECTION, AND THIS SECTION IS FOUND TO BE INVALID, UNENFORCEABLE OR ILLEGAL BY A COURT, SUCH BUSINESS CLAIM MUST BE ADJUDICATED BY A COURT AND NOT BY AN ARBITRATOR.

Copyright © 2024 Yelp Inc., 350 Mission Street, 10th Floor, San Francisco, CA 94105, U.S.A.

© 2024 Yelp