ADRIANOS FACCHETTI (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI
4444 W. Riverside, Suite 308
Burbank, CA 91505
Telephone: (626) 793-8607
Email: adrianos@facchettilaw.com

Attorney for Defendant
YELP INC. and JEREMY STOPPELMAN

IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>  Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>  Defendants. | CASE NO: 24CV1077 RSH KSC<br><br>DEFENDANT YELP INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2 |

1
2      Pursuant to Civil L.R. 40.2, the undersigned certifies that as of this date, there
3  is no conflict to report.
4      Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Yelp Inc.
5  certifies that it has no parent company, and that the following publicly held
6  corporations own 10% or more of its stock:
7    1. BlackRock, Inc.
8
9    2. The Vanguard Group, Inc.
10     Pursuant to Civil L.R. 40.2, the undersigned certifies that the following listed
11 persons associations of persons, firms, partnerships, corporations (including, but
12 not limited to, parent corporations) or other entities (i) have a financial interest in
13 the subject matter in controversy or in a party to the proceeding, or (ii) have a
14 nonfinancial interest in that subject matter or in a party that could be substantially
15
16 affected by the outcome of this proceeding:
17   1. BlackRock, Inc.
18   2. The Vanguard Group, Inc.
19
20 DATED:    September 9, 2024
21
22                          /s/Adrianos Facchetti
23
                            Adrianos Facchetti (S.B.N. 243213)
24                          Law Offices of Adrianos Facchetti, P.C.
                            4444 W. Riverside Drive, Suite 308,
25                          Burbank, CA 91505
                            Tel: (626) 793-8607
26                          Fax: (818) 860-7951
27                          adrianos@facchettilaw.com
28

-1-

NOTICE OF PARTY WITH FINANCIAL INTEREST

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

/s/Adrianos Facchetti
Adrianos Facchetti (S.B.N. 243213)
Law Offices of Adrianos Facchetti, P.C.
Attorney for Defendants