1  ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
2  LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
   4444 W. Riverside Drive, Suite 308,
3  Burbank, CA 91505
   Telephone: (626) 793-8607
4  Facsimile: (626) 793-7293
5  Email:     adrianos@facchettilaw.com

6  Attorney for Defendants
7  YELP INC. AND JEREMY STOPPELMAN

8           UNITED STATES DISTRICT COURT FOR
9           THE SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 AYNUR BAGHIRZADE, an individual, | CASE NO. 24CV1077 RSH MMP |
|---|---|
| 12  Plaintiff, | YELP INC. AND JEREMY STOPPELMAN'S NOTICE OF MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES |
| 13  v. | |
| 14 ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al. | |
| 15 | |
| 16  Defendants. | [Filed concurrently with Motion; Declarations of Sarah Curl and Adrianos Facchetti; Proposed Order, and Certificate of Interested Parties] |
| 17 | |
| 18 | |
| 19 | Date:  10/14/2024 |
| 20 | Place: 3B-3rd Floor (Rm#: 3142) |
|    | Judge: Hon. Robert S. Huie |
| 21 | |
| 22 | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| 23 | |
| 24 | |

-1-

YELP INC. AND JEREMY STOPPELMAN'S NOTICE OF MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 12(b)(6);

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT ON** October 14, 2024, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Robert S. Huie, located at 221 West Broadway, San Diego, California, Defendants Yelp Inc. and Jeremy Stoppelman will, and hereby does, move this Court pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for an order dismissing Plaintiffs' First Amended Complaint in its entirety with prejudice.

This motion is based upon this notice, Notice of Motion, any other documents that may be filed in connection with this motion, any other matters of which this Court may take judicial notice, all pleadings, files, and records in this action, and upon such other argument as may be received by this Court at the hearing on this motion.

DATED:     September 9, 2024

/s/Adrianos Facchetti

Adrianos Facchetti (S.B.N. 243213)
Law Offices of Adrianos Facchetti, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Tel: (626) 793-8607
Fax: (818) 860-7951
adrianos@facchettilaw.com

YELP INC. AND JEREMY STOPPELMAN'S NOTICE OF MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 12(b)(6);

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

/s/Adrianos Facchetti
Adrianos Facchetti (S.B.N. 243213)
Law Offices of Adrianos Facchetti, P.C.
Attorney for Defendants