1  Suzanne Burke Spencer, Esq. (SBN 188597)
   sspencer@sallspencer.com
2  **SALL SPENCER CALLAS & KRUEGER**
   A Law Corporation
3  32351 Coast Highway
   Laguna Beach, CA 92651
4  Telephone: (949) 499-2942
   Facsimile: (949) 499-7403
5
   Attorneys for Defendants
6  ORANGE COUNTY BAR ASSOCIATION,
   TRUDY LEVINDOFSKE and TERESA VUKI
7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  AYNUR BAGHIRZADE, an individual,          Case No.  24:-cv-1077-RSH-MMP

11          Plaintiff,                        **JOINT MOTION AND
                                              STIPULATION TO EXTEND
12  v.                                        TIME FOR DEFENDANTS
                                              ORANGE COUNTY BAR
13  ARMENIAN NATIONAL COMMITTEE               ASSOCIATION, TRUDY
    OF AMERICA, a Non-Profit Corporation,     LEVINDOSKE AND TERESA
14  et al.                                    VUKI TO RESPOND TO THE
                                              FIRST AMENDED COMPLAINT**
15          Defendants.
                                              [Proposed Order Extending Time to
16                                            Respond Lodged Concurrently
                                              Herewith]
17

18

19          Pursuant to Civ. L.R. 12.1, and at the request of Defendants ORANGE

20  COUNTY BAR ASSOCIATION ("OCBA"), TRUDY LEVINDOSKE and TERESA

21  VIKI ("OCBA Defendants"), by and through their counsel of record, and Plaintiff

22  Aynur Baghirzade, in pro per, hereby stipulate and agree that the time within which the

23  OCBA Defendants must respond to the First Amended Complaint ("Complaint")

24  served on the OCBA on August 19, 2024 may be extended for a period of thirty (30)

25  days, from September 9, 2024 to and including October 9, 2024.

26          Good cause for the requested extension exists in light of the length and

27  complexity of the allegations in the 59-page Complaint, consisting of twelve claims for

28  relief against more than one dozen defendants.  The extension will provide counsel for

                                        1                    (24-cv-1077-RSH-MMP)
**STIPULATION TO EXTEND TIME FOR THE OCBA DEFENDANTS TO RESPOND TO THE
FIRST AMENDED COMPLAINT**

1  the OCBA Defendants with the time necessary to thoroughly analyze and investigate

2  the allegations of the Complaint, confer with their clients and Plaintiff as necessary,

3  and prepare a response to the Complaint.

4       The parties agree that the OCBA Defendants' answer to the Complaint may now

5  be due on or before October 9, 2024.

6  DATED:  September 11, 2024     Respectfully submitted,

7       SALL SPENCER CALLAS & KRUEGER
     A Professional Corporation

8

9       */s/ Suzanne Burke Spencer*
     By: _____
          Suzanne Burke Spencer

10

11       Attorneys for Defendants ORANGE COUNTY
     BAR ASSOCIATION, TRUDY LEVINDOFSKE
     and TERESA VUKI

12

13  DATED:  September 11, 2024

14       */s/Aynur Baghirzade*
     _____

15            Aynur Baghirzade

16       Plaintiff In Pro Per

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME FOR THE OCBA DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**