Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al.<br><br>    Defendants. | Case No. 24:-cv-1077-RSH-MMP<br><br>**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOSKE AND TERESA VUKI TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

I, Suzanne Burke Spencer, declare and state as follows:

1. I am an attorney with Sall Spencer Callas & Krueger, ALC, attorneys for Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki ("OCBA Defendants"). I submit this declaration in support of the parties' Joint Motion and Stipulation to Extend Time for Defendants Orange County Bar Association, Trudy Levindoske and Teresa Vuki to Respond to the First Amended Complaint.  I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I am informed and believe that the First Amended Complaint was served on Defendant the Orange County Bar Association ("OCBA") on or about

August 19, 2024. I am further informed and believe that service of process on the individual defendants Trudy Levindoske (former Executive Director of the OCBA) and Teresa Vuki (an employee of the OCBA) has not yet been effected.

    3. Our firm was recently retained to represent the OCBA, Ms. Levindoske and Ms. Vuki (collectively, the "OCBA Defendants") in this matter and are in the early stages of investigating the allegations against them. On September 5, 2024, we requested that the Plaintiff Aynur Baghirzade agree to extend the OCBA Defendants' time to respond to the complaint for thirty (30) days, to and including October 9, 2024. Ms. Baghirzade graciously agreed to the requested extension on September 6, 2024 and agreed to the terms of the Stipulation filed concurrently herewith.

    4. Good cause for the requested extension exists in light of the length and complexity of the allegations in the 59-page Complaint, consisting of twelve claims for relief against more than one dozen defendants. The extension will provide my office with the time necessary to thoroughly analyze and investigate the allegations of the First Amended Complaint, confer with our clients and with the Plaintiff as necessary, and prepare a response to the complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2024, in Laguna Beach, California.

                                  */s/ Suzanne Burke Spencer*
                                  _____
                                  Suzanne Burke Spencer