Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual., | Case No. 24:-cv-1077-RSH-MMP |
| Plaintiff, | |
| v. | **DEFENDANT ORANGE COUNTY BAR ASSOCIATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, the undersigned counsel certifies that as of this date, Defendant Orange County Bar Association has no parent corporation, and no publicly held company owns 10% or more of its stock.

By filing this Notice of Party With Financial Interest, Defendant Orange County Bar Association does not waive any defenses under Federal Rule of Civil

**DEFENDANT ORANGE COUNTY BAR ASSOCIATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

1    Procedure 12(b) or that it may otherwise raise by a responsive pleading motion.

2

3    DATED:  September 11, 2024              Respectfully submitted,

4                                           SALL SPENCER CALLAS & KRUEGER
                                            A Professional Corporation
5

6                                                   */s/ Suzanne Burke Spencer*
                                            By:  _____
7                                                      Suzanne Burke Spencer

8                                           Attorneys for Defendants
                                            ORANGE COUNTY BAR ASSOCIATION,
9                                           TRUDY LEVINDOFSKE and TERESA VUKI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT ORANGE COUNTY BAR ASSOCIATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST**