Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al,<br><br>Defendants. | Case No. 24CV1077 RSH MMP<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, AND SETH CHAVEZ TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:      Hon. Hon. Robert S. Huie<br>Trial Date: Not Set |

Pursuant to Local Rules 7.2 and 12.1, Plaintiff Aynur Baghirzade, in pro per, and Defendants LOS ANGELES COUNTY BAR ASSOCIATION ("LACBA"), COCO SU, and SETH CHAVEZ (collectively, "the LACBA Defendants"), by and through their counsel of record, hereby stipulate and jointly present this motion for an order extending the time within which the LACBA Defendants must respond to the First Amended Complaint ("Amended Complaint").

LACBA was served with the Amended Complaint on September 4, 2024 and its response to the Amended Complaint is currently due on or before September 25, 2024. (Coco Su and Seth Chavez have not yet been formally served.) The LACBA

Defendants request a 30-extension of time in which to respond to the Amended Complaint, such that its response would be due on or before October 25, 2024. Good cause exists for such an extension in light of the length of the complaint and the fact that Plaintiff has alleged twelve claims for relief against more numerous defendants. The LACBA Defendants need additional time to assess the allegations in the Amended Complaint, confer with Plaintiff as necessary, and prepare a response to the Amended Complaint. The LACBA Defendants have not previously requested an extension of time in this case.

Plaintiff has agreed to the LACBA Defendants' request. As such, the parties jointly stipulate to a thirty (30) day extension for time for the LACBA Defendants to respond to the Complaint, such that the response is now due by October 25, 2024.

KLINEDINST PC

DATED: September 16, 2024   By: ____/s/ *Leah A. Plaskin Lorenz*____
Heather L. Rosing
Leah A. Plaskin Lorenz
Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

DATED: September 16, 2024   By: ____/s/ *Aynur Baghirzade*____
Aynur Baghirzade
Plaintiff In Pro Per

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
2  Policies and Procedures Manual, I hereby certify that the content of this document is
3  accept to Plaintiff and that I have obtained Plaintiff's authorization to affix her
4  electronic signature to this document.

7  DATED:  September 16, 2024     By:     /s/ *Leah A. Plaskin Lorenz*
8  Heather L. Rosing
9  Leah A. Plaskin Lorenz
   Attorneys for Defendant LOS ANGELES
10 COUNTY BAR ASSOCIATION, COCO
   SU, and SETH CHAVEZ

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

3

Case No. 24CV1077 RSH MMP
JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT