Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008 K
LINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES
COUNTY BAR ASSOCIATION, COCO S
U, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al,<br><br>    Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DECLARATION OF LEAH A. PLASKIN LORENZ IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, AND SETH CHAVEZ TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:        Hon. Hon. Robert S. Huie<br>Trial Date:  Not Set |

I, Leah A. Plaskin Lorenz, do hereby declare:

1.  I am an attorney at law duly licensed to appear before all courts in the State of California and am a shareholder with Klinedinst PC, attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION ("LACBA"), COCO SU, and SETH CHAVEZ (collectively, "the LACBA Defendants"), in the above-captioned action. I submit this Declaration in support of the Joint Motion and Stipulation to Extend Time for the LACBA Defendants to Responds to the First Amended Complaint. I have personal knowledge of the facts set forth below, except

where otherwise indicated, and, if called upon as a witness, I could competently testify thereto.

2. I am informed and believe that the First Amended Complaint was served on LACBA on or about September 4, 2024. I am also informed and believe that service of process on the LACBA individual defendants Coco Su and Seth Chavez has not yet been effected.

3. My firm was retained to represent the LACBA Defendants in this matter. We are currently investigating the allegations and causes of action asserted against the LACBA Defendants. As such, we are requesting a 30-day extension to respond to the First Amended Complaint. I reached out to Plaintiff Aynur Baghirzade about the extension and she agreed to extend the LACBA Defendants' time to respond to the complaint for thirty (30) days, such that the LACBA Defendants will have until October 25, 2024 to respond to the Amended Complaint.

4. Good cause for the requested extension exists because of the length of the complaint and the fact that Plaintiff has alleged twelve claims for relief against more than one dozen defendants. The LACBA Defendants need additional time to assess the allegations in the Amended Complaint, confer with Plaintiff as necessary, and prepare a response to the Amended Complaint. The LACBA Defendants have not previously requested an extension of time in this case.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of September, 2024, at San Diego, California.

/s/ *Leah A. Plaskin Lorenz*
Leah A. Plaskin Lorenz