Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al,<br><br>  Defendants. | Case No. 24CV1077 RSH MMP<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST FOR DEFENDANT LOS ANGELES COUNTY BAR ASSOCIATION UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2**<br><br>Judge:  Hon. Hon. Robert S. Huie<br>Trial Date:  Not Set |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil Local Rule 40.2, the undersigned counsel certifies that, as of this date, Defendant LOS ANGELES COUNTY BAR ASSOCIATION has no parent company, and no publicly owned company owns 10% or more of its stock.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1                                                       Case No. 24CV1077 RSH MMP
NOTICE OF PARTY WITH FINANCIAL INTEREST FOR DEFENDANT LOS ANGELES COUNTY BAR ASSOCIATION

By filing this Notice of Party with Financial Interest, Defendant Los Angeles County Bar Association does not waive any defenses under Federal Rule of Civil Procedure 12(b) or that it may otherwise raise by a responsive pleading motion.

KLINEDINST PC

DATED: September 16, 2024    By:    /s/ *Leah A. Plaskin Lorenz*
                                                          Heather L. Rosing
                                                          Leah A. Plaskin Lorenz
                                                          Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ