1  Heather L. Rosing, Bar No. 183986
   Leah A. Plaskin Lorenz, Bar No. 228008
2  KLINEDINST PC
   501 West Broadway, Suite 1100
3  San Diego, California 92101
   (619) 400-8000/FAX (619) 238-8707
4  hrosing@klinedinstlaw.com
   llorenz@klinedinstlaw.com
5
6  Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporatioin; JEREMY STOPPELMAN; an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION; a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a | Case No. 24CV1077 RSH MMP<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Hon. Robert S. Huie<br>Trial Date:   Not Set |

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

| | |
|---|---|
| 1 | Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; DOES 1 THROUGH 300, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 1100, San Diego, California 92101.

On September 16, 2024, I served true copies of the following document(s) described as:

- **JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, AND SETH CHAVEZ TO RESPOND TO THE FIRST AMENDED COMPLAINT;**

- **DECLARATION OF LEAH A. PLASKIN LORENZ IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, AND SETH CHAVEZ TO RESPOND TO THE FIRST AMENDED COMPLAINT; and**

- **NOTICE OF PARTY WITH FINANCIAL INTEREST FOR DEFENDANT LOS ANGELES COUNTY BAR ASSOCIATION UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 16, 2024, at San Diego, California.

          /s/ *Andrea Day Lovell*
          Andrea Day Lovell

KLINEDINST PC<br>501 WEST BROADWAY, SUITE 1100<br>SAN DIEGO, CALIFORNIA 92101

# SERVICE LIST
**Baghirzade v. Armenian National Committee of America, et al.**
**Case No. 24CV1077 RSH MMP**

| | |
|---|---|
| Aynur Baghirzade<br>1968 S. Coast Highway, #2429<br>Laguna Beach, CA 92651 | Telephone: (619) 630-6646<br>Email: contact@aynurlawyers.com<br><br>Plaintiff IN PRO SE |
| Natalie J. Morgan<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real<br>San Diego, CA 92130-3002 | Telephone: (858) 350-2300<br>Facsimile: (866) 974-7329<br>Email: nmorgan@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC AND ALPHABET INC. |
| Nicholas E. Hakun<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3814 | Telephone: (202) 973-8800<br>Facsimile: (866) 974-7329<br>Email: nhakun@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC AND ALPHABET INC. |
| Suzanne Burke Spencer<br>SALL SPENCER CALLAS & KRUEGER<br>32351 Coast Highway<br>Laguna Beach, CA 92651 | Telephone: (949) 499-2942<br>Facsimile: (949) 499-7403<br>Email: sspencer@sallspencer.com<br><br>Attorneys for Defendant ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE and TERESA VUKI |
| Adrianos Facchetti<br>Law offices of Adrianos Facchetti, P.C.<br>4444 W. Riverside Dr., Ste. 308<br>Burbank, CA 91505 | Telephone: (626) 793-8607<br>Facsimile: (626) 793-7293<br>Email: adrianos@facchettilaw.com<br><br>Attorneys for Defendants<br>YELP INC. and JEREMY STOPPELMAN |