AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

FILED

SEP 17 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**MOTION REQUESTING LEAVE OF THE COURT TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT PURSUANT TO RULE 4 (M) OF THE FRCP AS GOOD CAUSE EXISTS**<br><br>Presiding Judge: Hon. Robert Huie<br>Referred Judge: Hon. Michelle M. Petit<br>Date Action Filed: June 21, 2024<br>Trial Date: Unassigned |

**MOTION REQUESTING LEAVE OF THE COURT TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT PURSUANT TO RULE 4 (M) OF THE FRCP AS GOOD CAUSE EXISTS**

Plaintiff hereby requests this Court to grant this motion for extension of time to serve the remaining Defendants as good cause exists:

1

1.      Plaintiff filed the complaint with this Court on June 21, 2024 together with the motion to proceed in forma pauperis. When Plaintiff filed her complaint she didn't receive summons from this court, as her motion to proceed in forma pauperis was under consideration.

2.      On June 27, 2024, Court denied Plaintiff's motion to proceed in forma pauperis, and Plaintiff still didn't have summons issued by this Court to serve them.

3.      On July 2, 2024, Plaintiff filed another motion to proceed in forma pauperis, and as her motion was under consideration, she still didn't have summons issued by this Court.

4.      On July 11, 2024, Plaintiff's second motion to proceed in forma pauperis was denied by this Court.

5.      On July 12, 2024, summons were issued by the Court.

6.      On August 15, 2024, Plaintiff amended her complaint after clarifying the names of the Defendants.

7.      On August 15, 2024, amended summons were issued.

8.      On or around August 20, 2024, Plaintiff discovered that one of the Defendants escaped to Armenia and is not present in the United States anymore. See Declaration of Aynur Baghirzade, ¶ 8, p. 2.

9.      On or around September 9, 2024, Plaintiff contacted Smart Legal Documents process server in Nevada, Reno to do a process service on Defendant Legalmatch California, the process server promised to do it on time, and later became unresponsive and blocked Plaintiff's phone number. See Declaration of Aynur Baghirzade, ¶ 9, p.3.

10.     On or around September 12, 2024, Plaintiff contacted another process server in Nevada, Reno to do a process service on Defendant Legalmatch California, and when she contacted this process server today on September 17, 2024, she got a response that they are unavailable in office, but they will respond to her email as soon as they come back. See Declaration of

Aynur Baghirzade, ¶ 10, p. 3. Plaintiff is still awaiting for the proof of service on Defendant Legalmatch California.

11. On or around September 10, 2024, Plaintiff discovered that another Defendant Trudy Levindofske resigned from her position at Defendant OCBA back in July, 2024, right after she filed this complaint, and according to FRCP service must be made at her residential address, which needs to be found. See Declaration of Aynur Baghirzade, ¶ 11, p. 3.

Based on foregoing Plaintiff believes that good cause exists to extend the time for the service of summons and complaint on remaining Defendants.

### PRAY FOR RELIEF

1. Plaintiff hereby respectfully requests Court to extend the time for the service of summons and complaint on the remaining Defendants.

Dated: September 16, 2024

Aynur Baghirzade, PLAINTIFF