AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

FILED
SEP 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Referred Judge: Hon. Michelle M. Petit<br><br>Date Action Filed: June 21, 2024<br><br>Trial Date: Unassigned |

**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT**

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in this case, a Pro Se litigant;

2. I submit this Declaration in support of my motion requesting leave of this court to extend time to serve summons and complaint.

3. On June 21, 2024, I filed a complaint with this Court.

4. On June 21, 2024, I filed a motion to proceed in forma pauperis. When I filed my complaint I didn't receive summons from this court, as my motion to proceed in forma pauperis was under consideration.

2. On June 27, 2024, Court denied my motion to proceed in forma pauperis, and I still didn't have summons issued by this Court to serve them.

3. On July 2, 2024, I filed another motion to proceed in forma pauperis, and as my motion was under consideration, I still didn't have summons issued by this Court.

4. On July 11, 2024, my second motion to proceed in forma pauperis was denied by this Court.

5. On July 12, 2024, summons were issued by the Court.

6. On August 15, 2024, I amended my complaint after clarifying the names of the Defendants.

7. On August 15, 2024, amended summons were issued.

8. On or around August 20, 2024, I discovered that one of the Defendants escaped to Armenia and is not present in the United States anymore. I recall it very well that when I drafted the complaint I looked at the website address of Defendant ANCAWR, and website had a photo of Defendant Armen Sahakyan as an Executive Director of Defendant ANCAWR. However, when my process server went to their office he informed me that the summons were not accepted by the staff for Defendant Armen Sahakyan, as "he is in Armenia" (Exhibit A), information about Armen Sahakyan as a CEO of Defendant ANCAWR also disappeared from Defendant ANCAWR's website. Moreover, after googling the name of Armen Sahakyan and ANCAWR I discovered information of ANCAWR that Defendant Armen Sahakyan ended a tenure with ANCAWR on November 2, 2021, which I didn't see before I started drafting my complaint.

9. On or around September 9, 2024, Plaintiff contacted Smart Legal Documents process server in Nevada, Reno to do a process service on Defendant Legalmatch California, the process server promised to do it on time, and later became unresponsive and blocked Plaintiff's phone number (Exhibit B).

10. On or around September 12, 2024, Plaintiff contacted another process server in Nevada, Reno to do a process service on Defendant Legalmatch California, and when she contacted this process server today on September 17, 2024, she got a response that they are unavailable in office, but they will respond to her email as soon as they come back. (Exhibt C). Plaintiff is still awaiting for the proof of service on Defendant Legalmatch California.

11. On or around September 10, 2024, I discovered that another Defendant Trudy Levindofske resigned from her position at Defendant OCBA back in July, 2024, right after I filed a complaint with this Court, and since OCBA address was not her workplace at the time of the service, in accordance with FRCP service must be made at her residential address, which needs to be found.

12. Based on foregoing information I need additional time to serve summons and complaint on the remaining Defendants.

I declare under penalty of perjury that foregoing is true and correct.

Executed on September 17, 2024 at San Diego, California.

By: _____
Aynur Baghirzade, the Declarant.