AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al. <br><br> Defendants. | Case No.: 24CV1077 RSH MMP <br><br> **EXHIBITS ATTACHED TO THE MOTION REQUESTING LEAVE OF THE COURT TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT PURSUANT TO RULE 4 (M) OF THE FRCP AS GOOD CAUSE EXISTS** <br><br> Presiding Judge: Hon. Robert Huie <br> Referred Judge: Hon. Michelle M. Petit <br> Date Action Filed: June 21, 2024 <br> Trial Date: Unassigned |

**EXHIBITS ATTACHED TO THE MOTION REQUESTING LEAVE OF THE COURT TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT PURSUANT TO RULE 4 (M) OF THE FRCP AS GOOD CAUSE EXISTS**

1.     EXHIBIT A - RETURNED SUMMONS FOR DEFENDANT ARMEN SAHAKYAN - NUMBER OF PAGES 3

2. EXHIBIT B - EMAIL COMMUNICATION WITH PROCESS SERVER SMART LEGAL DOCUMENTS IN NEVADA, RENO - NUMBER OF PAGES 4

3. EXHIBIT C - EMAIL COMMUNICATION WITH ANOTHER PROCESS SERVER - C&H COURIERS/PROCESS SERVER IN NEVADA, RENO. - NUMBER OF PAGES 6.

Dated: September 16, 2024

_____
Aynur Baghirzade, PLAINTIFF

# EXHIBIT A

A1

AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Aynur Baghirzade, an individual.

*Plaintiff*

V.

Armenian National Committee Of America, A Non-Profit Corporation; Aram Hamparian, An Individual;

CONTINUED - SEE ATTACHMENT

*Defendant*

Civil Action No. 24-cv-1077-RSH-MMP

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Armen Sahakyan, An individual

Address: 104 N. BELMONT STREET, SUITE 200, GLENDALE, CA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aynur Baghirzade
1968 South Coast Highway 2429
Laguna Beach, CA 92651
619-630-6646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   8/15/24



John Morrill
*CLERK OF COURT*
S/                    A. Sudan
*Signature of Clerk or Deputy Clerk*

Exh. A 2

AO 441   Summons in a Civil Action (Page 2)

**Civil Action No.** 24-cv-1077-RSH-MMP                               Date Issued: 8/15/24

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summons for *(name of individual and title, if any)* Armen Sahakyan, An individual

was received by me on *(date)* August 16, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because I was told that Armen Sahakyan is not in the United States ; or

☐ Other *(specify)*:

My fees are $ 00.00 for travel and $ 25.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date:  8/30/24                                        _____
                                                       *Server's Signature*

                                                       ALICIA ZAMBRANO PROCESS SERVER
                                                       *Printed name and title*

                                                       1707 FIRVALE AVE MONTBELLO CA 90640
                                                       *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

Exh. A3

# EXHIBIT B

B1

# Gmail

## Docs for Process Serving

5 messages

**Aynur Baghirzade** <contact@aynurlawyers.com>  Mon, Sep 9, 2024 at 9:13 AM
To: mjack@smartlegaldocs.com

Hi,

As agreed, please, see enclosed documents to serve on Legalmatch California and its employee. Both have to be served at the same address.

Please, let me know in case of any questions.

Respectfully,

--
Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

3 attachments

- **Legalmatch California summons.pdf**  918K
- **Estrella Sanchez summons.pdf**  916K
- **1st Amended Complaint .pdf**  456K

**Michael Jack** <mjack@smartlegaldocs.com>  Tue, Sep 10, 2024 at 10:49 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Exh. B

9/17/24, 12:48 PM
Case 3:24-cv-01077-RSH-MMP   Document 30-2   Filed 09/17/24   PageID.285   Page 8 of 15
Law Offices of Aynur Baghirzade Mail - Docs for Process Serving

What's the address(s)?

[Quoted text hidden]

**Aynur Baghirzade** <contact@aynurlawyers.com>     Tue, Sep 10, 2024 at 10:49 AM
To: Michael Jack <mjack@smartlegaldocs.com>

The address is on summons.

Respectfully,

Aynur Baghirzade, Esq.

[Quoted text hidden]

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>     Thu, Sep 12, 2024 at 9:43 AM
To: Michael Jack <mjack@smartlegaldocs.com>

Hi,

I need information about the status of the process serving ? I didn't hear back from you.

Could you please let me know whether the documents were served or not ? Can I have a POS ?

Respectfully,

Aynur Baghirzade, Esq.

[Quoted text hidden]

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

9/17/24, 12:48 PM  Law Offices of Aynur Baghirzade Mail - Docs for Process Serving

**Aynur Baghirzade** <contact@aynurlawyers.com>  Thu, Sep 12, 2024 at 10:00 AM
To: Michael Jack <mjack@smartlegaldocs.com>

Hi,

I spoke today to your secretary - she couldn't find my email to you, she couldn't find the job which I sent to you, she couldn't answer what is the status of the process of service on the defendant. Also, I believed my phone number was blocked by you.

Please, provide me with the proof of service today till cob or I will have to raise the issue before the court.

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

Exh. B 9

# EXHIBIT C

C1

# M Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## Documents for the process of service
2 messages

**Aynur Baghirzade** <contact@aynurlawyers.com>  Thu, Sep 12, 2024 at 1:30 PM
To: "info@candhcouriers.com" <info@candhcouriers.com>

Hi,

Following our today morning conversation please, see enclosed documents to be served. Let me know in case of any questions. Complaint is the same to be served on both parties.

Respectfully,

—

Aynur Baghirzade, Esq.

---

**3 attachments**

- 📄 **Legalmatch California summons.pdf**
  918K
- 📄 **Estrella Sanchez summons.pdf**
  916K
- 📄 **1st Amended Complaint .pdf**
  456K

**info@candhcouriers.com** <info@candhcouriers.com>  Thu, Sep 12, 2024 at 2:20 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Order received and payment link is on the way.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

Exh. C-2

Take care,

Dawn Calhoun

C & H Couriers/Process Servers

NV PILB LIC #2602

NAPPS Member Since 2021

info@candhcouriers.com

www.candhcouriers.com

Phone: (775) 219-2871





CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or proprietary. If you are not the intended recipient, you are hereby notified that you have received this email in error and that any review, disclosure, dissemination, distribution or copying of it or its content is prohibited. The sender does not waive confidentiality or any privilege due to a transmission error. If you have received this email in error, please immediately advise us by reply email, delete the email and destroy any copies and attachments.

[Quoted text hidden]

Exh. C 3

of it or its content is prohibited. The sender does not waive confidentiality or any privilege due to a transmission error. If you have received this email in error, please immediately advise us by reply email, delete the email and destroy any copies and attachments.

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, September 13, 2024 11:21 AM
**To:** info@candhcouriers.com
**Subject:** Re: Payment Request for CNH Job 2024001273

Hi Dawn,

I've just paid for the service. Could you please proceed with the process of service ?

Thank you,

Aynur

On Thu, Sep 12, 2024 at 3:27 PM <info@candhcouriers.com> wrote:

The invoice is only created once the job is done but it is itemized in the link that was sent.

Brandon Hoagland
C & H Couriers/Process Servers

NV PILB LIC #2602

NAPPS Member Since 2021

info@candhcouriers.com

www.candhcouriers.com

Phone: (775) 219-2871

# Gmail

## Payment Request for CNH Job 2024001273

**info@candhcouriers.com** <info@candhcouriers.com>  
To: Aynur Baghirzade <contact@aynurlawyers.com>

Aynur Baghirzade <contact@aynurlawyers.com>

Fri, Sep 13, 2024 at 12:02 PM

Hi Aynur,

Payment received, we will get these out for service.

Take care,

Dawn

C & H Couriers/Process Servers

NV PILB LIC #2602

NAPPS Member Since 2021

info@candhcouriers.com

www.candhcouriers.com

Phone: (775) 219-2871





CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or proprietary. If you are not the intended recipient, you are hereby notified that you have received this email in error and that any review, disclosure, dissemination, distribution or copying

Exh. C5

9/17/24, 1:26 PM

Law Offices of Aynur Baghirzade Mail - Thank you for contacting C & H Couriers/Process Servers Re: Payment Request for CNH Job 2024001273

# M Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## Thank you for contacting C & H Couriers/Process Servers Re: Payment Request for CNH Job 2024001273

1 message

Dawn Calhoun <info@candhcouriers.com>  Tue, Sep 17, 2024 at 12:10 PM
To: contact@aynurlawyers.com

Thank you for contacting C & H Couriers/Process Servers

Your email has been received, we are currently out of the office and will respond when we return.
Thank you for your business.

Our office hours are Monday through Friday, 8:30 am - 5:00 pm.

--
C & H Couriers/Process Servers
NV PILB LIC #2602
NAPPS Member Since 2021
info@candhcouriers.com
www.candhcouriers.com
Phone: (775) 219-2871

Exh. C6