AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

**FILED**

SEP 1 7 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AYNUR BAGHIRZADE, an individual, | Case No.: 24CV1077 RSH MMP |
| Plaintiff, | **MOTION REQUESTING LEAVE OF THE COURT TO FILE DOCUMENTS ELECTRONICALLY USING COURT CASE MANAGEMENT/ELECTRONIC FILING SYSTEM** |
| vs. | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al. | |
| | Presiding Judge: Hon. Robert Huie |
| Defendants. | Referred Judge: Hon. Michelle M. Petit |
| | Date Action Filed: June 21, 2024 |
| | Trial Date: Unassigned |

## MOTION REQUESTING LEAVE OF THE COURT TO FILE DOCUMENTS ELECTRONICALLY USING COURT CASE MANAGEMENT / ELECTRONIC FILING SYSTEM

Plaintiff filed a similar motion requesting leave of this Court to file documents electronically on August 12, 2024, which was denied by this court on August 13, 2024 for not listing the equipment and software Plaintiff has, as it is required by district's Electronic Case Filing Admin-

1

MOTION REQUESTING LEAVE OF THE COURT TO FILE DOCUMENTS ELECTRONICALLY USING COURT CASE MANAGEMENT/ELECTRONIC FILING SYSTEM          24CV1077 RSH MMP

istrative Policies & Procedures Manual, Section 2 (b). Plaintiff asks reconsideration of this order by granting her a permission to file her documents electronically as she is disclosing now to the court that :

1) She has reviewed Local Rule 5.4 and the instructions available on the Court's website regarding electronic case filing.

2) She will follow all rules of the district' Electronic Case Filing Administrative Policies & Procedures Manual.

3) She has regular access to the technical requirements necessary to e-file successfully: A Computer with internet access; An email account on a daily basis to receive notifications from the Court and notices from the e-filing system; A scanner to convert documents that are only in paper format into electronic files; A printer or copier to create required paper copies such as chambers copies; A word-processing program to create documents; and A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

**PRAY FOR RELIEF**

1.      Plaintiff hereby respectfully requests Court to allow her to file documents electronically.

Dated:  September 15, 2024

_____

Aynur Baghirzade, PLAINTIFF

2

MOTION REQUESTING LEAVE OF THE COURT TO FILE DOCUMENTS ELECTRONICALLY USING COURT CASE MANAGEMENT/ELECTRONIC FILING SYSTEM                    24CV1077 RSH MMP