AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

**FILED**
SEP 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al. <br><br> Defendants. | Case No.: 24CV1077 RSH MMP <br><br> **DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO FILE DOCUMENTS ELECTRONICALLY** <br><br> Presiding Judge: Hon. Robert Huie <br> Referred Judge: Hon. Michelle M. Petit <br> Date Action Filed: June 21, 2024 <br> Trial Date: Unassigned |

**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO FILE DOCUMENTS ELECTRONICALLY**

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in this case, a Pro Se litigant;

1

DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO FILE DOCUMENTS ELECTRONICALLY
24CV1077 RSH MMP

2.      I submit this Declaration in support of my motion requesting leave of this court to file documents electronically by using court case management/ electronic filing system.

3.      On August 12, 2024, I filed a similar motion, but my motion was denied by this Court for not listing in the motion the equipment and software, which are available for me to use, as it is required by the district's Electronic Case Filing Administrative Policies & Procedures Manual, Section 2 (b).

4.      In addition to follow court's rules (Specifically, Local Rule 5.4.) and district's Electronic Case Filing Administrative Policies and Procedures Manual, I have the following equipment and software :A Computer with internet access; An email account on a daily basis to receive notifications from the Court and notices from the e-filing system; A scanner to convert documents that are only in paper format into electronic files; A printer or copier to create required paper copies such as chambers copies; A word-processing program to create documents; and A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

5.      I hereby request this court to grant me an access to file documents electronically and reconsider its previous order on this matter made on August 13, 2024.

I declare under penalty of perjury that foregoing is true and correct.

Executed on September 15, 2024 at San Diego, California.

By: _____
Aynur Baghirzade, the Declarant.

2
DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO FILE DOCUMENTS ELECTRONICALLY                                                    24CV1077 RSH MMP