Civil Action No. 24-cv-1077-RSH-MMP          Date Issued: 8/15/24

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **GOOGLE LLC**
was received by me on *(date)* **8/21/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* **KOY SAECHAO**, who is designated by law to accept service of process on behalf of *(name of organization)* **CSC LAWYERS INCORPORATING SERVICE** on *(date)* **8/22/2024**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ ___/___ for travel and $ ___/___ for services, for a total of $ **45.00**.

I declare under penalty of perjury that this information is true.

Date: **8/22/2024**

*Server's Signature* [signed]

**JOSEPH MAITA - PROCESS SERVER**
*Printed name and title*

**5650 WHITELOCK PKWY STE 130 ELK GROVE CA 95757**
*Server's address*

FILED
SEP 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RC    DEPUTY

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.