AO 441   Summons in a Civil Action                                                                                                           (Page 2)

**Civil Action No.** 24-cv-1077-RSH-MMP                              Date Issued: 8/15/24

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Armenian National Committee of America Western Region, A California Nonprofit Public Benefit Corporation, c/o Armine Der Grigoryan

was received by me on *(date)* August 16, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* Edward Barsoumian, an officer of the corporation, who is designated by law to accept service of process on behalf of *(name of organization)* Armenian National Committee of America Western Region, a California Nonprofit Public Benefit Corporation on *(date)* August 20, 2024; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 00.00 for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 8/30/24

_____
*Server's Signature*

ALICIA ZAMBRANO PROCESS SERVER
*Printed name and title*

1707 FIRVALE AVE MONTEBELLO CA 90640
*Server's address*

FILED
SEP 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AC DEPUTY

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Aynur Baghirzade, an individual.

*Plaintiff*

V.

Armenian National Committee Of America, A Non-Profit Corporation; Aram Hamparian, An Individual;

CONTINUED - SEE ATTACHMENT

*Defendant*

Civil Action No. 24-cv-1077-RSH-MMP

**AMENDED  SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Armenian National Committee of America Western Region, A California Nonprofit Public Benefit Coproration

c/o for Defendant - individual Armine - Der Grigoryan, Address: 104 N. BELMONT STREET, SUITE 200, GLENDALE, CA  91206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aynur Baghirzade
1968 South Coast Highway 2429
Laguna Beach, CA 92651
619-630-6646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 8/15/24



John Morrill
*CLERK OF COURT*

S/        A. Sudan
*Signature of Clerk or Deputy Clerk*