1  Dick A. Semerdjian (SBN 123630)
   Chad M. Thurston (SBN 339151)
2  **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
   101 West Broadway, Suite 810
3  San Diego, CA 92101
   Telephone No. 619.236.8821
4  Facsimile No. 619.236.8827
   Email:        das@sscelaw.com
5                chad@sscelaw.com

6  Attorneys for Defendants
   ARMENIAN NATIONAL COMMITTEE OF AMERICA,
7  ARAM HAMPARIAN, and ARMENIAN NATIONAL
   COMMITTEE OF AMERICA WESTERN REGION
8

9              **UNITED STATES DISTRICT COURT**

10            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, | Case No. 3:24-cv-1077 RSH MMP |
| Plaintiff, | **NOTICE OF MOTION AND DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN, AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC, a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION; a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability | [Fed. R. Civ. P. 12(b)(6)] **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** Date:       October 24, 2024 Judge:      Hon. Robert S. Huie Magistrate: Hon. Michelle M. Pettit |

1

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

1  Company; LEGALMATCH
2  CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; DOES 1 THROUGH 300,
3  inclusive,
4                                    Defendants.

8  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
9  RECORD:
10  PLEASE TAKE NOTICE that on **October 24, 2024** or as soon thereafter as
11  the matter may be heard in Courtroom 3B of the above-entitled Court, Defendants
12  ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN
13  and ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN
14  REGION (collectively "Moving Defendants"), by and through their attorneys,
15  respectfully move to dismiss Plaintiff's First Amended Complaint.
16  Moving Defendants bring this Motion pursuant to Federal Rules of Civil
17  Procedure, rule 12(b)(6) and seek to dismiss Plaintiff's First Amended Complaint on
18  the following grounds:
19  Plaintiff's First Amended Complaint, as alleged against the Moving
20  Defendants, should be dismissed without leave to amend because Plaintiff failed to
21  state a claim upon which relief can be granted.
22  This Motion is based upon this Notice of Motion and Motion, the
23  Memorandum of Points and Authorities and the files and records in this case, and on
24  such other matters which the Court may consider at the time of hearing.
25  This motion is made following the attempted meet and confer of counsel and
26  Plaintiff that took place on September 4, 2024. While Counsel for Moving

2

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants attempted to meet and confer on the merits of the Motion, Plaintiff declined to meet and confer and stated she would be filing an opposition.

Dated:  September 19, 2024

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: */s/ Dick A. Semerdjian*
Dick A. Semerdjian
Chad M. Thurston
Attorneys for Defendants
ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN and ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION

3

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT