1  Dick A. Semerdjian (SBN 123630)
   Chad M. Thurston (SBN 339151)
2  **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
   101 West Broadway, Suite 810
3  San Diego, CA 92101
   Telephone No. 619.236.8821
4  Facsimile No. 619.236.8827
   Email:     das@sscelaw.com
5              chad@sscelaw.com

6  Attorneys for Defendants
   ARMENIAN NATIONAL COMMITTEE OF AMERICA,
7  ARAM HAMPARIAN and ARMENIAN NATIONAL
   COMMITTEE OF AMERICA WESTERN REGION
8

9  **UNITED STATES DISTRICT COURT**

10 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  AYNUR BAGHIRZADE, an individual, | Case No. 3:24-cv-1077 RSH MMP |
| 12              Plaintiff, | **NOTICE OF MOTION AND DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S SPECIAL MOTION TO STRIKE PLAINTIFF'S CAUSES OF ACTION** |
| 13  v. | |
| 14  ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC, a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION; a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic | |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
| | Date:     October 24, 2024
Judge:    Hon. Robert S. Huie |
| | Magistrate:    Hon. Michelle M. Pettit |

1

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS'
SPECIAL MOTION TO STRIKE PLAINTIFFS' CAUSES OF ACTION

1  Corporation; ESTRELLA SANCHEZ, an individual; DOES 1 THROUGH 300,
2  inclusive,
3                 Defendants.
4

5  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

6        PLEASE TAKE NOTICE that on October 24, 2024, in Courtroom 3B of the
7  United States District Court for the Southern District of California, located in the
8  Edward J. Schwartz Courthouse at 221 West Broadway, San Diego, CA 92101,
9  Defendants Armenian National Committee of America, Aram Hamparian and
10 Armenian National Committee of America Western Region (collectively
11 "Defendants") will and hereby do move this Court, pursuant to California Code of
12 Civil Procedure § 425.16, for an order striking the causes of action in Plaintiff
13 Aynur Baghirzade's ("Plaintiff") First Amended Complaint ("FAC").
14       As set forth in more detail in the attached Memorandum of Points and
15 Authorities, the Court should strike Plaintiff's claims against the Moving
16 Defendants because:
17      1.    California Code of Civil Procedure § 425.16 (the "anti-SLAPP statute")
18 applies to Plaintiff's claims against Moving Defendants because they indisputably
19 arise out of a matter concerning public interest. *See* Code Civ. Proc., § 425.16(e)(4).
20      2.    Because the anti-SLAPP statute applies to Plaintiff's claims against
21 Moving Defendants, the burden shifts to Plaintiff to establish a probability that she
22 will prevail as to each claim. Code Civ. Proc., § 425.16(b)(1). Because Moving
23 Defendants challenge the legal sufficiency of Plaintiff's claims, Plaintiff must show
24 that she has alleged sufficient facts to raise a right to relief above the speculative
25 level. *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 890 F.3d
26 828, 834 (9th Cir. 2018); *Ashcroft v. Iqbal*, 556 U.S. 662, 680 (2009). Plaintiff
27 cannot meet her burden:
28

2

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS'
SPECIAL MOTION TO STRIKE PLAINTIFFS' CAUSES OF ACTION

          a.      Plaintiff's claims are unintelligible and fail to satisfy Federal Rule of Civil Procedure, rule 8.

          b.      Plaintiff fails to state a claim for defamation because: (1) Plaintiff fails to identify any defamatory statements; (2) Plaintiff fails to allege the falsity of any statement; and (3) Plaintiff fails to allege that any alleged defamatory statement was not privileged.

Accordingly, this Court should grant Moving Defendants' anti-SLAPP motion, and strike Plaintiff's defamation cause of action. See Code Civ. Proc., § 425.16(b)(1). Moving Defendants also request that they be awarded their attorneys' fees and costs incurred in defending against this meritless lawsuit, pursuant to Code of Civil Procedure § 425.16(c)(1), in an amount to be determined by subsequent motion. Should the Court decline to apply the anti-SLAPP statute to any of Plaintiff's claims against Moving Defendants, the Court should alternately dismiss the deficient claims pursuant to Federal Rules of Civil Procedure, rule 12(b)(6).

This Motion is based on this Notice, the Memorandum of Points and Authorities, the concurrently filed Motion to Dismiss, all pleadings, files, and records in this action and such other argument as this Court may receive at this Motion's hearing.

Dated:  September 19, 2024

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: */s/ Dick A. Semerdjian*
    Dick A. Semerdjian
    Chad M. Thurston
    Attorneys for Defendants
    ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN and ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION

3

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFFS' CAUSES OF ACTION