AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>    Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF OPPOSITION TO DEFENDANTS YELP INC. AND JEREMY STOPPELMAN'S MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 12(B)(6)**<br><br>[Filed concurrently with Declaration of Aynur Baghirzade; Exhibits; Proposed Order, and Certificate of Service]<br><br>Date: 10/14/2024<br>Place: 3B-3rd Floor (Rm# 3142)<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1
DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF OPPOSITION TO DEFENDANTS YELP INC. AND JEREMY STOPPELMAN'S MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 12(B)(6)
24CV1077 RSH MMP

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. I received a letter from the counsel of record for Defendants Yelp Inc. and Jeremy Stoppelman on or around July 5, 2024, after I filed the present complaint. The complaint has not yet been served on Defendants when I received a letter from Defendants' counsel, which I believe was due to the fact that I posted information about filed complaint in my Twitter account, which immediately was made into news by Defendant ANCA. Counsel could get these news only from Defendant ANCA unless he does not regularly monitors ANCA's news.

3. The letter sent by the counsel was an attempt to harass me not to go forward with the complaint and had a threat that I will be responsible for attorney's fees if I go.

4. Defendants' counsel contacted me before filing a motion, but his speech was mostly about that his client is innocent and they are protected by Section 230 of CDA. As he was not willing to listen to my arguments, I advised him to file a motion, which he did.

5.     On or around July 19, 2024, I had a personal meeting with Fakhri Mirzaguliyev, who previously worked as an officer in Los Angeles County Police Department. He told me how he became a victim of the smear compaign after he literally saved lives of Azerbaijanis, who gathered around Consulate General of the Republic of Azerbaijan in July 21, 2020 in LA. He informed me that many people who sent complaints to Los Angeles County Police Department were not even present at the incident.

6.     Fakhri Mirzaguliyev also informed me that he has an evidence how Armenians in an organized manner shelled Yelp business page of Sacramento business owner after he publicly declared that he does not believe in Armenian genocide and how they declared a ransom to everyone who will report them Turkish and Azerbajani Californians' residential addresses. Screenshots are added here as an Exhibit C.

7.     On or around May 30, 2023, I had a phone conversation with Khuraman Armstrong, an Azerbaijani who lives in Australia. She told me her story how Armenians shelled her Facebook business advertisement pages and literally destroyed her business, and how she was forced to go to court. Decision of court on defamation is added here as an Exhibit D.

8.     In 2022, I personally observed in my Twitter account how Defendant ANCA several times tagged account of Dr. Mehmet Oz during his election compaign, asking him whether he recognizes Armenian Genocide or not. After getting no response Defendant ANCA launched a compaign against Dr. Oz by asking dif-

ferent community members to vote for another candidate. Some publications about this campaign are added here as an Exhibit E.

9. During months May - June, 2023 I was personally asked many times in my Twitter account by account @Melmouth1 whether I recognize Armenian genocide or not. I also got a phone call from the person, who refused to identify himself, asking me whether I recognize Armenian genocide or not. Some conversation on this topic is added here as an Exhibit F.

10. Account @Melmouth1 also informed me that "they know what to do with me - to expose me as a racist and disbar me". See Exhibit F.

11. Around June 16 -17, 2023 I had a communication with someone @raydar07 in Twitter, after my Yelp business account was shelled by negative reviews, proposing me a deal - to close my Yelp account or delete the tweets he wants in exchange on taking down negative Yelp reviews. The person also informed me that Yelp is just a beginning, and I will get a special treatment. Communication with the person is added here as an Exhibit G.

12. The person under similar name Ray D. later posted a negative review in my Yelp account claiming that he visited my office and was greeted with obscenities. I didn't have a physical address. This review is added here as an Exhibit H.

13. In early 2024, after Defendant ANCA's announcements about me my profile picture at Yelp was manipulated and completely inappropriate picture was

placed there, which I couldn't remove. My complaints to Defendant Yelp Inc. about the picture were completely ignored. Defendants removed this picture after keeping it at their platform for at least two months. The picture is added here as an Exhibit I.

14. At least two times I noticed how previously deleted negative reviews appeared back in my Yelp account with my past dated comments under them, which could be impossible unless someone from Yelp's staff did it. Those reviews are added here as an Exhibit J.

15. In or around August 1, 2024, someone under name Alex K. placed another review in my account with threat of coming after me. This review was kept at Yelp's platform for at least 2 months despite my protests in the similar way as my manipulated profile picture. Picture of Alex K. resembles the Instagram picture of the person, who called to shell Yelp account of Sacramento business owner for denying genocide and Iranian Azerbaijani doctor - Frank Aryan because of his patriotic videos. The review is added here as an Exhibit K.

16. In May 26, 2023, someone under name E. Kerimli posted a fake review in my Yelp account alleging that he was my client and I didn't provide him with a service. This review was kept by Yelp Inc. despite my numerous complaints back in 2023 and then in 2024. The person registered to place a review on Yelp in May 2023, placed the only review about my business and wasn't active anymore. The same review was immediately deleted by AVVO and BBB. All information about the incident, including emails, is added here as an Exhibit L.

17. Defendants Yelp Inc. and Jeremy Stoppelman were diligently removing all positive reviews about my business while keeping the most fake and vicious ones. Email communications about this factor are added here as an Exhibit M.

18. In or around January 17, 2024, I requested Defendants officially to close my account. Defendants refused from doing so while extorting from me money for the past advertisement, at the same time they didn't send me any invoice. After Defendants refused to close my account two another negative reviews were placed in my Yelp account. Communications with Defendants to close my account are added here as an Exhibit N.

I declare under penalty of perjury that foregoing is true and correct. Executed on September 25, 2024 in San Diego, California.

        By: Aynur Baghirzade, the Declarant

*Aynur Baghirzade*
_____