## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

Adrianos Facchetti
Law Offices of Adrianos Facchetti, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Tel: (626) 793-8607
Fax: (818) 860-7951
adrianos@facchettilaw.com
Attorney for Defendants

AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com
Plaintiff, IN PRO SE