AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, <br> *Plaintiff* <br> v. <br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:24-cv-1077 RSH MMP <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Armenian National Committee Of America, Aram Hamparian and Armenian National Committee Of America Western Region

Date: September 26, 2024

*/s/ Chad M. Thurston*
*Attorney's signature*

Chad M. Thurston 339151
*Printed name and bar number*

SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
101 West Broadway, Suite 810
San Diego, CA 92101
*Address*

chad@sscelaw.com
*E-mail address*

619.236.8821
*Telephone number*

619.236.8827
*FAX number*

