# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Aynur Baghirzade | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:24-cv-01077-RSH-MMP |
| Armenian National Committee of America, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki    .

Date:   09/30/2024

*/s/ Michael A. Sall*
*Attorney's signature*

Michael A. Sall (SBN 287981)
*Printed name and bar number*

Sall Spencer Callas & Krueger
32351 Coast Highway
Laguna Beach, CA 92651
*Address*

msall@sallspencer.com
*E-mail address*

(949) 499-2942
*Telephone number*

(949) 499-7403
*FAX number*