| | |
|---|---|
| 1 | **Jeffrey W. Cowan, Esq., SBN 157474** |
| 2 | The Cowan Law Firm<br>9301 Wilshire Boulevard, Suite 609 |
| 3 | Beverly Hills, California 90210-6190<br>jeffrey@cowan-law.com |
| 4 | Tel: (310) 394-1420; Fax: (310) 394-1430 |
| 5 | Attorneys for Defendants<br>**Attorney Search Network, Inc. and Jake Baloian** |

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AYNUR BAGHIRZADE, an individual, | ) | Case No. 24CV1077 RSH MMP |
| Plaintiff, | ) ) ) | [Assigned to Hon. Robert S. Huie; Action filed on August 15, 2024] |
| vs. | ) ) | **Defendants Attorney Search Network, Inc.'s and Jake Baloian's Notice of Motion and Motion to Dismiss** |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; APLHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a ) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Date: November 4, 2024<br><br>Place: Courtroom 3B; Edward J Schwartz United States Courthouse, San Diego; (619) 557-5405<br><br>**Per Chambers Rules, No Oral Argument Unless Separately Ordered By The Court** |

i

| | |
|---|---|
| 1 | Domestic Corporation; ESTRELLA ) |
| 2 | SANCHEZ, an individual; DOES 1 ) THROUGH 300, inclusive ) |
| 3 | )  Defendants ) |
| 4 | _____ ) |

**TO THIS HONORABLE COURT AND *PRO SE* PLAINTIFF AYNUR BAGHIRZADE AND ALL OTHER PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that pursuant to F.R.C.P. Rule 12(b)(1), (3) and (6), Defendants Attorney Search Network, Inc. and Jake Baloian will and hereby do move and petition the Court to dismiss this Action as to them on November 4, 2024 in Department 3B of the above entitled court, located a 880 Front St, San Diego, CA 92101. This motion is made following the telephonic conference of Plaintiff and defense counsel that took place on September 11 and 18, 2024.

The grounds for this motion, as set forth further in the concurrently filed memorandum of points and authorities and declarations of Jake Baloian and Jeffrey W. Cowan, are that (1) the Court lacks jurisdiction to adjudicate Plaintiff's claims and venue is improper because her membership agreement with Attorney Search Network requires her to arbitrate all claims in Los Angeles with JAMS or other arbitration service (and the Court also has authority to dismiss the action pursuant to 9 U.S.C § 4); and (2) *in the alternative*, if the Court declines to compel arbitration, that Plaintiff's complaint fails to state a cause of action as to these moving defendants because there are no alleged facts showing bias or motive or specific conduct that would satisfying the "plausibility test" that the

United States Supreme Court has established for federal pleading purposes (with Plaintiff alleging only that Mr. Baloian, the person who accepted her application, was biased against her due to his having a name of Armenian origin and she being from Azerbaijan. The moving defendants also base their motion on the fact that their counsel has conferred telephonically and in writing with Plaintiff multiple times but has been unable to resolve these issues even though Plaintiff has provided no authority showing that Mr. Baloian's and Attorney Search Network's legal analysis and authority do not support the claimed propositions.

This motion is supported by this Notice of Motion and Motion to Dismiss, the concurrently filed memorandum of points and authorities and declaration of Jake Baloian and Jeffrey W. Cowan, the concurrently served [Proposed] Order; all the other records, pleadings, and papers filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

Respectfully submitted,

**THE COWAN LAW FIRM**

DATED: September 30, 2024

By: ___*Jeffrey W. Cowan*_____
Jeffrey W. Cowan
Attorney for **Defendants Attorney Search Network, Inc. and Jake Baloian**