1 **Jeffrey W. Cowan, Esq., SBN 157474**
The Cowan Law Firm
2 9301 Wilshire Boulevard, Suite 609
Beverly Hills, California 90210-6190
3 Email: jeffrey@cowan-law.com
Tel: (310) 394-1420; Fax: (310) 394-1430
4
Attorneys for Defendants
5 **Attorney Search Network, Inc. and Jake Baloian**

## United States District Court For The
## Southern District of California

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; APLHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a | Case No. 24CV1077 RSH MMP<br><br>[Assigned to Hon. Robert S. Huie; Action filed on August 15, 2024]<br><br>**Declaration of Jake Baloian in Support of Defendants Jake Baloian and Attorney Search Network, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1),(3) & (6)**<br><br>Date: November 4, 2024<br><br>Place: Courtroom 3B<br>      Edward J. Schwartz U.S. Courthouse, San Diego |

i

Domestic Corporation; ESTRELLA SANCHEZ, an individual; DOES 1 THROUGH 300, inclusive )
)
)
)
)
          Defendants )
)
_____ )

1. My name is Jake Baloian. I am a defendant in this action and am also the executive director of Defendant Attorney Search Network, Inc. ("ASN"). I have personal knowledge and if called upon to do so would and could competently testify to the following:

2. Attorney Search Network is a California corporation with physical offices in Los Angeles, California (on Ventura Boulevard in Sherman Oaks). It operates a lawyer referral service and is certified by the State Bar of California. I have been employed as ASN's executive director for over 15 years; and have always lived and worked in Los Angeles County.

### My duties as ASN's executive director

3. As the executive director of ASN, I am in charge of the daily operations of its business. My duties include recruiting and reviewing and approving applications from lawyers who want to join ASN's referral network – as well as trying to supervise (on a high level) the many customer representatives ASN employs to interview prospective clients who contact us and then try to match them with suitable lawyers in our network.

4. My duties also include being in charge of (a) ASN's record keeping for its participating lawyers and (b) maintaining its business records that include

2

Declaration of Jake Baloian in Support of Defendants Jake Baloian and Attorney Search Network's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1),(3) & (6)

condition of joining its network and then receiving referrals as suitable and as opportunity permits.

**Aynur Baghirzade's signed membership agreement with ASN**

5. I interacted with Plaintiff Aynur Baghirzade when she applied to join the ASN referral network, and I am the person who later made the decision to accept her application. Attached hereto as **Exhibit 1** is a true and correct copy of the membership agreement that Ms. Baghirzade signed and returned to ASN with an execution date of February 10, 2023.

6. My last name ("Baloian") is Armenian. Although my heritage is Armenian, I was born and raised in the USA, attended college in California, earned my MBA at Pepperdine University, and have no active connection to or involvement with the politics of Armenia.

**Lack of either personal or subservice of process in this lawsuit**

7. Last, I note that no one has ever served me in person with the complaint and summons in the lawsuit (*i.e.*, no process server or other person has handed me such documents), I have received no copies of these documents in the mail at my home, and no copies of them have been received in the mail at the Attorney Search Network to the best of my knowledge despite my having specified to my colleagues that they be brought to my immediate attention if they did show up in the mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on September 28, 2024.



Jake Baloian

Declaration of Jake Baloian in Support of Defendants Jake Baloian and Attorney Search Network's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1),(3) & (6)