

# Attorney Search Network
### Find the Right Lawyer

## Membership Agreement

(THIS AGREEMENT MUST BE SIGNED AND DATED)

This agreement is made by and between the Attorney Search Network ("the Service") and _Aynur Baghirzade_ ("the Member"), in order to set forth the respective rights and obligations of the parties in connection with the member's participation in the Service. As a condition of participating in the Service, the Member agrees to the following conditions and covenants.

1. The Member represents that he or she has read the Attorney Search Network Rules and agrees to abide by them and by those that may be later adopted. The Attorney Search Network Rules are incorporated into this Agreement by reference. The Member further represents that he or she has read the State Bar of California Rules of professional conduct and agrees to abide by them.

2. For each person or entity ("the Client") referred to the Member, the Member shall personally conduct the initial consultation, up to half an hour without charge. For legal services rendered beyond the initial consultation, the Member shall establish with the Client in advance in a written retainer agreement the fees to be paid by the Client for the legal services to be rendered.

3. The Member shall pay to the Service percentage fees according to the schedule set for in Paragraph 6, below. These fees are based on the total attorney's fees, as defined in Paragraph 5, below, received for matters that arise from the subject matter of the original referral. If the Member provides further legal services for a Client received through the Service within three years of the initial consultation, there shall be an irrebuttable presumption that the matter that is the subject of the legal services arose from the subject matter of the original referral.

4. The Member understands and agrees that any referral(s) that the Member receives from the Service that result(s), directly or indirectly, in a single, multi-plaintiff and/or class action lawsuit, shall be considered a referral from the Service. All parties represented by the Member in the legal proceeding, including parties not initially referred by the Service but who subsequently retain the Member in connection with the legal proceeding, shall be considered as arising from the subject matter of the original referral and shall be included in the calculation of total attorneys' fees, as defined in Paragraph 5, below. The percentage fees payable to the Service shall be based on the total attorneys' fees collected in the legal proceeding, including attorneys' fees collected by any lawyer(s) or firm(s) with whom the Member associates in the case. In the event that the Member associates other lawyer(s) and/or Law firms to perform legal services for a client referred to the member by the Service, the member shall notify the service in writing within 15 days of such association.

5. "Total Attorneys' Fees" Defined

"Total attorneys' fees" are fees received by the Member, partners, or associates, or by any attorney to whom the case has been transferred, with or without the Service's consent. If the Member refers a Client referred from the Service to another attorney, the Member continues to be responsible for all percentage fees due to the Service. The percentage fees for which the Member is responsible are based upon the total attorneys' fees received by the Member and/or by any attorney(s) or law firm(s) to whom the Member has referred the Client ("the Member's Assignee(s)"), even if the Member receives no fees itself. The Member shall not pass percentage fees on to any Client, ether directly or indirectly, through an increase in the rate that would ordinarily be charged for the matter, or in any other manner. The Service shall have earned its percentage fees when it refers a Client to the Member. If, subsequent to that referral, the Client pays attorneys' fees, and the language of this Agreement shall be construed to reflect that intent.

6. Percentage Fee Schedule

The Member shall pay the following percentage fees:



PERCENTAGE FEES BY PANEL OF LAW

**15%**
Bankruptcy
Class Action Lawsuits (certified)
Consumer Law
Intellectual Property
Immigration
Landlord/Tenant
Tax Law
Wills & Estate Planning

**20%**
Arbitration & Mediation
Business Law
Class Action Lawsuits
Criminal Law
Family Law
General Law
Juvenile Law
Labor Law
Malpractice (Legal, Dental, Medical)
PI/Torts Defense
Probate
Real Property
Social Security
Workers' Compensation
*Any other area of law not listed

**25%**
Personal Injury /Torts
Mitigation

**0%**
Modest Means
(Must be pre-approved by service)

1 ASN Membership Agreement

### 7. Payment of Percentage Fees

All percentage fees are to be paid to the Service within 20 days of receipt and/or at the time the quarterly report is due by the member and/or Member's Assignee(s) of the applicable attorneys' fees and are due whether or not the Member is participating in the Service at the time the attorneys' fees are received. An interest charge at the then maximum legal rate may be assessed on any fees not received by the Service within 60 days after receipt by the Member and/or the Member's Assignee(s) of attorneys' fees, such as interest accruing monthly from the date of such receipt of the attorneys' fees. Upon request, the Member shall provide the Service with copies of any retainer and/or fee agreements pertaining to a referral from the Service.

### 8. Confidentiality Agreements

Any confidentiality agreement entered into between a Client referred through the Service to the Member and an opposing party in connection with the settlement of a case referred to the Member shall make provision for disclosure of the settlement terms to the Service, which shall hold the terms of the settlement confidential.

### 9. Auditing of Member Records

The Member shall allow the Service or its agents to examine and audit the Member's financial or accounting records as they pertain to cases referred from the Service, and the legal files pertaining to referred Clients. If a question arises between the member and the Service with respect to fees owed to the Service, the Member shall make the files available in his or her office for review by the Service or its agents within 5 business days of notice from the Service of such an audit. The Member understands that the audit may include, but is not limited tom, chart of accounts, general ledger trial balance records, court filing records, calendars, appointment records, time sheets, docket sheets, engagement letters, fee agreements and contracts with Clients from the Service. All documents, files, communications and materials reviewed during an audit shall be considered and treated as confidential and shall be available for inspection only by the Service or its agents.

### 10. Reporting Requirements

The Member shall complete and return to the Service all reports required by the Service within 15 business days of receipt, including, but not limited to, Quarterly Case Status Reports and disposition reports, whether or not the member is still participating in the Service when the reports are due. In the event that the Member fails to return one or more reports pertaining to Clients referred by the Service within 60 days of receipt, the member agrees to compensate the Service at the rate of $100 per person-per-hour to the extent that the Service deems it necessary and spends to audit and/or investigate the outcome of each referred case and to collect any fees that may be owing by the Member to the Service. This fee shall be due in addition to any other percentage fees and shall be subject to the interest provision of Paragraph 7, above.

11. The Member shall immediately notify the Service should the Member become ineligible or unable to accept referrals. The Member shall notify the Service within 10 days of actual notice that a complaint has been filed against the Member with the State Bar of California, or like-licensing authority in any State, or that any complaint criminal in nature has been filed anywhere against the Member. The Member waives confidentiality for the State Bar of California to notify the Service of the status of any disciplinary proceeding pending against the Member. The Member understands that any disciplinary action taken against the member by the State Bar of California, or like-licensing agency in another State, whether public or private, shall result in the Member's immediate and permanent removal from the Service. If the Service becomes aware of a complaint or other notice pertaining to the Member that may adversely affect prospective Clients' perception of the Service if publicly known, the Executive Director or his or her designee may in his or her sole discretion suspend or remove the Member from the Service.

12. The Service and the Member shall submit any dispute between themselves, including disputes regarding fees owed to the Service, regardless of when the dispute arises, to binding arbitration by JAMS/Endispute, or such other independent arbitration service. The claimant first filing for arbitration shall select the independent arbitration service provided in this Agreement, arbitration will be conducted according to the rules and regulations of the arbitration service provider. Each party shall waive the statute of limitations as a defense in the arbitration proceeding if the commencement date of the arbitration is prior to the expiration of the statute of limitations.

13. The prevailing party in any proceeding or action arising out of or relating to this Agreement shall be entitled to receive its reasonable attorneys' fees and costs in connection with such proceeding or action.

14. The Member agrees to maintain errors and omissions insurance in the amount of not less than $100,000.00 for each occurrence and $300,000.00 aggregate per year. The Member further agrees to continue to maintain such coverage throughout representation of Clients referred by the Service to the Member. It is the Member's obligation to inform the Service of any changes to the Member's insurance policy, including termination or cancellation, during the Member's participation in the Service.

15. The Member represents that he or she is an active member of the State Bar of California, has not been previously removed from a panel of the Service, and maintains a law office in the county(ies) that he or she is applying for. The Member, represents that he or she is not the subject of any disciplinary proceedings by the State Bar of California or like-licensing authority in any state, has no criminal convictions or charges pending in any state, and has had no disciplinary proceedings adversely resolved against him or her which has or have resulted in public or private discipline by the State Bar of California or like-licensing authority in any state.

16. The Member represents that he or she will perform all services on behalf of the Client, and in the Member's relations with the Service, in compliance with the laws of and in the State of California, the Rules of Professional Conduct of the California State Bar Association, and the Rules of the Service. The Member agrees to indemnify, hold harmless, and defend the Service, its officers, directors, members, committees, and employees from any claim, demand, action, liability, expense, or loss resulting in while or in part from the Member's handling of any referral from the Service or by the Member's failure to comply with any provision of this Agreement.

17. The Member waives all claims against the Service, its officers, directors, members, committee and employees for any liability or loss arising out of the operation of the Service.

### 18. Choice of Forum

This agreement shall be governed by and construed in accordance with the laws of the State of California. Any arbitration proceeding and/or any other action arising out of this Agreement shall take place in Los Angeles County, California.

**2 ASN Membership Agreement**

**19. Entire Agreement; Severability, Section Headings**

This document constitutes the entire agreement between the parties. If any provision of this Agreement is unlawful, void or unenforceable, then that provision shall be deemed severable from the remaining provisions and shall not affect the validity and enforceability of the remaining provisions of the Agreement. Section headings of this Agreement are to facilitate reference, and do not convey legal meaning. Member acknowledges that has not received any type of promise, representation or guarantee regarding the referral(s) made by Service.

**20. Term of Agreement and Renewal of Membership**

The term of this Agreement shall commence on the effective date of this Agreement and shall continue until terminated by the Member or the Service. Annually, the Member may initiate renewal of his or her membership in the Service by timely remitting the Service's required annual membership fee. In deciding whether to renew the Member's membership for the next membership year, the Service may consider the Member's record with the Service including, but not limited to, the Member's willingness to meet with clients referred to his or her office, compliance with Service Rules, client survey responses, and other relevant information. The Member understands that renewal of his or her membership in the Service shall be in the sole discretion of the Executive Director of the Service or his or her designee.

**21. Ratings**

Member understands that in order to maintain the high quality of its membership and the confidence of the general public in the service, the Service rates its members based on the level of satisfaction reported in surveys by its referred customers as to the service provided by the members, and member understands that he/she will be so rated and agrees to such rating. The Service reserves the right to cancel the membership of any attorney who is not performing to the expectations of the service. Member understands that by signing this agreement he/she agrees to allow the service t share the surveys relating to him/her, and their results, with members of the general public who contact the Service in search of an attorney.

_AB_
Your Initials

**22. Effective Date**

Once approved by the Service, this Agreement shall be effective on the date signed by the Member below.

I certify under penalty of perjury that the information provided in the application form is true and correct with the laws governing the State of California.

_[signature]_          02.10.2023
Signature              Date

Aynuk Baghiesack          Law Offices of Aynuk Baghiesack
Print Name                Firm Name

**3 ASN Membership Agreement**