**Jeffrey W. Cowan, Esq., SBN 157474**
The Cowan Law Firm
9301 Wilshire Boulevard, Suite 609
Beverly Hills, California 90210-6190
Email: jeffrey@cowan-law.com
Tel: (310) 394-1420; Fax: (310) 394-1430

Attorney for Defendants
**Attorney Search Network, Inc. and Jake Baloian**

# United States District Court For The

# Southern District of California

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, | Case No. 24CV1077 RSH MMP |
| Plaintiff, | [Assigned to Hon. Robert S. Huie; Action filed on August 15, 2024] |
| vs. | **Declaration of Jeffrey W. Cowan in Support of Defendants Jake Baloian's and Attorney Search Network, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1),(3) & (6)** |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; APLHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a | Date: November 4, 2024<br><br>Place: Courtroom 3B<br>Edward J. Schwartz U.S. Courthouse<br>880 Front Street<br>San Diego, CA 92101 |

| | |
|---|---|
| 1 | Domestic Corporation; ESTRELLA ) |
| 2 | SANCHEZ, an individual; DOES 1 ) THROUGH 300, inclusive ) |
| 3 | ) Defendants ) |
| 4 | _____ ) |

1. I Jeffrey W. Cowan declare that I am licensed to practice law in the State of California and am admitted to practice in the federal courts of the Southern District and Central District of California. I am trial counsel for Defendants Jake Baloian and Attorney Search Network, Inc. ("ASN") in this lawsuit. I have personal knowledge and if called upon to do so would and could testify to the following:

2. Attached hereto as **Exhibit 2** is a true and correct copy of my September 6, 2024 email to *pro se* Plaintiff Aynur Baghirzade.

3. Attached hereto as **Exhibit 3** is a true and correct copy of my September 9, 2024 emailed letter to Ms. Baghirzade (and emails that we exchanged thereafter on September 9 and 10 as part of my meet-and-confer efforts). My September 9 letter included a copy of her Attorney Search Membership Agreement providing that all disputes would be arbitrated with JAMS in Los Angeles, California. Her email reply does not dispute authenticity.

4. Attached hereto as **Exhibit 4** is a true and correct copy of my September 11, 2024 email to Ms. Baghirzade.

5. Attached hereto as **Exhibit 5** is a true and correct copy of my September 19, 2024 letter to Ms. Baghirzade (including the transmittal email).

6. Ms. Baghirzade did not answer when I again phoned her at our agreed-upon time on the morning of September 23, 2024 to discuss whatever authorities she might have to show that my legal analysis was wrong about not only her obligation to arbitrate her claims but also her complaint's

2

Declaration of Jeffrey W. Cowan in Support of Defendants Jake Baloian's and Attorney Search Network's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1),(3) & (6)

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

failure to allege facts that meet the "plausibility" test. Nor did Ms. Baghirzade ever return my calls or respond to the follow-up emails I sent. When I tried phoning her late in the week, I got a recording stating that her number was out of service.

7. Attached hereto as **Exhibit 6** is a true copy of an email thread containing my September 23 and September 25, 2024 emails to Ms. Baghirzade.

8. Despite her agreement to research my issues and advise/discuss if she had any authority to show I was wrong, Ms. Baghirzade sent nothing (no cases, no law review articles, no statutes, etc.) supporting her assertions during our phone calls that she "believed" her arbitration agreement with Attorney Search Network was unenforceable.

9. Ms. Baghirzade also never sent me anything supporting her assertion that my client Jake Baloian had been sub-served.

10. Ms. Baghirzade also never gave me any authority or analysis to show plausibility as to her conspiracy allegations *vis a vis* ASN and Mr. Baloian: *i.e.,* its alleged actions were supposedly motivated by a bias arising from Mr. Baloian's Armenian last name/ancestry and her being from Azerbaijan) even though Mr. Baloian was the person who accepted her into the program.

11. Ms. Baghirzade did tell me, however, in at least two different conversations (one confirmed in **Exhibit 5** above) that she is busy if not overwhelmed with this lawsuit and was focused on deadlines tied to Defendant Google's motion challenging her lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2024.

___*Jeffrey W. Cowan*___
**Jeffrey W. Cowan**

3

Declaration of Jeffrey W. Cowan in Support of Defendants Jake Baloian's and Attorney Search Network's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(1),(3) & (6)