Outlook

## your lawsuit in S.D. federal court against (inter alia) Attorney Search Network and Jake Baloian (disregard earlier email sent accidentally too soon)

**From** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Date** Fri 9/6/2024 3:30 PM
**To** abaghirzada@yahoo.com <abaghirzada@yahoo.com>; contact@aynurlawyers.com <contact@aynurlawyers.com>

Dear Aynur Baghirzade,

I tried calling you a few minutes ago to discuss your *pro se* lawsuit but got a recording (several times) stating that Verizon Wireless has "calling restrictions that have prevented the completion of your call. Announcement 19." Each time, the call then disconnected.

The Attorney Search Network and Mr. Baloian are in the process of retaining me, and I want to discuss some preliminary matters – including (a) resolving what I believe was a defective attempt at serving my clients by having me accept service on their behalf with a stipulated time to respond; and (b) some pleading issues in your complaint.

You're welcome to call me back today, or let me know when you're free to talk on Monday.

Thanks.

-Jeffrey Cowan
www.cowan-law.com

**Jeffrey W. Cowan | The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California 90210| Phone: (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. This message may be an attorney client communication and/or attorney work product which is privileged and confidential. If the reader is not the intended recipient, you are notified that you have received this message in error and that any review, dissemination, copying or distribution is prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete or destroy the original message and all copies. Thank you.

Please be sure to communicate with us only via secure email that no one else has the right to access. If you are an employee seeking to communicate with us on your own behalf (as opposed to the behalf of your employer), please use only your personal email and not the email of your employer, and ***do not*** write to us using an internet based email account (like Gmail or Yahoo) ***from an employer's computer***.