# The Cowan Law Firm

9301 Wilshire Blvd., Suite 609
Beverly Hills, CA 90210
Telephone: (310) 394-1420
Facsimile: (310) 394-1430
www.cowan-law.com

September 9, 2024

Jeffrey W. Cowan
Email: jeffrey@cowan-law.com

**Via email to contact@aynurlawyers.com & abaghirzada@yahoo.com**

Aynur Baghirzade, Esq.
1968 South Coast Highway, PMB #2429
Laguna Beach, CA  92651

Re:   *Baghirzade v. Armenian National Committee of America et al*, U.S. District Court Case # 24-cv-1077-RSH-MMP

Dear Ms. Baghirzade,

You have not responded to my email last week (and attempted phone call) to discuss (a) service issues (now *vis a vis* Jake Baloian) and (b) certain substantive and procedural issues with your lawsuit and the complaint's allegations.

Perhaps most importantly now, you improperly sued my clients in San Diego federal court. Aside from the fact that your relationship with my clients had little involvement with that county (as opposed to Orange County, which is in the Central District of California), you agreed in the Attorney Search Network membership agreement – enclosed – that any disputes will be arbitrated in Los Angeles County, where my clients reside.  See §§ 12 & 18 therein.

Please advise when you are available to talk tomorrow to discuss stipulating to arbitration (and dismissing without prejudice my clients from your lawsuit), along with the complaint's lack of facts (as opposed to legal conclusions) that support the asserted claims against my clients.

Very truly yours,

Jeffrey W. Cowan

Enclosure

cc:   Jake Baloian



## Attorney Search Network
*Find the Right Lawyer*

**Membership Agreement**

(THIS AGREEMENT MUST BE SIGNED AND DATED)

This agreement is made by and between the Attorney Search Network ("the Service") and ___Aynur Baghirzade___ ("the Member"), in order to set forth the respective rights and obligations of the parties in connection with the member's participation in the Service. As a condition of participating in the Service, the Member agrees to the following conditions and covenants.

1. The Member represents that he or she has read the Attorney Search Network Rules and agrees to abide by them and by those that may be later adopted. The Attorney Search Network Rules are incorporated into this Agreement by reference. The Member further represents that he or she has read the State Bar of California Rules of professional conduct and agrees to abide by them.

2. For each person or entity ("the Client") referred to the Member, the Member shall personally conduct the initial consultation, up to half an hour without charge. For legal services rendered beyond the initial consultation, the Member shall establish with the Client in advance in a written retainer agreement the fees to be paid by the Client for the legal services to be rendered.

3. The Member shall pay to the Service percentage fees according to the schedule set for in Paragraph 6, below. These fees are based on the total attorney's fees, as defined in Paragraph 5, below, received for matters that arise from the subject matter of the original referral. If the Member provides further legal services for a Client received through the Service within three years of the initial consultation, there shall be an irrebuttable presumption that the matter that is the subject of the legal services arose from the subject matter of the original referral.

4. The Member understands and agrees that any referral(s) that the Member receives from the Service that result(s), directly or indirectly, in a single, multi-plaintiff and/or class action lawsuit, shall be considered a referral from the Service. All parties represented by the Member in the legal proceeding, including parties not initially referred by the Service but who subsequently retain the Member in connection with the legal proceeding, shall be considered as arising from the subject matter of the original referral and shall be included in the calculation of total attorneys' fees, as defined in Paragraph 5, below. The percentage fees payable to the Service shall be based on the total attorneys' fees collected in the legal proceeding, including attorneys' fees collected by any lawyer(s) or firm(s) with whom the Member associates in the case. In the event that the Member associates other lawyer(s) and/or Law firms to perform legal services for a client referred to the member by the Service, the member shall notify the service in writing within 15 days of such association.

5. "Total Attorneys' Fees" Defined

"Total attorneys' fees" are fees received by the Member, partners, or associates, or by any attorney to whom the case has been transferred, with or without the Service's consent. If the Member refers a Client referred from the Service to another attorney, the Member continues to be responsible for all percentage fees due to the Service. The percentage fees for which the Member is responsible are based upon the total attorneys' fees received by the Member and/or by any attorney(s) or law firm(s) to whom the Member has referred the Client ("the Member's Assignee(s)"), even if the Member receives no fees itself. The Member shall not pass percentage fees on to any Client, ether directly or indirectly, through an increase in the rate that would ordinarily be charged for the matter, or in any other manner. The Service shall have earned its percentage fees when it refers a Client to the Member. If, subsequent to that referral, the Client pays attorneys' fees, and the language of this Agreement shall be construed to reflect that intent.

6. Percentage Fee Schedule

The Member shall pay the following percentage fees:



**PERCENTAGE FEES BY PANEL OF LAW**

**15%**
- Bankruptcy
- Class Action Lawsuits (certified)
- Consumer Law
- Intellectual Property
- Immigration
- Landlord/Tenant
- Tax Law
- Wills & Estate Planning

**20%**
- Arbitration & Mediation
- Business Law
- Class Action Lawsuits
- Criminal Law
- Family Law
- General Law
- Juvenile Law
- Labor Law
- Malpractice (Legal, Dental, Medical)
- PI/Torts Defense
- Probate
- Real Property
- Social Security
- Workers' Compensation
- *Any other area of law not listed

**25%**
- Personal Injury /Torts
- Mitigation

**0%**
- Modest Means (Must be pre-approved by service)

**1 ASN Membership Agreement**

### 7. Payment of Percentage Fees

All percentage fees are to be paid to the Service within 20 days of receipt and/or at the time the quarterly report is due by the member and/or Member's Assignee(s) of the applicable attorneys' fees and are due whether or not the Member is participating in the Service at the time the attorneys' fees are received. An interest charge at the then maximum legal rate may be assessed on any fees not received by the Service within 60 days after receipt by the Member and/or the Member's Assignee(s) of attorneys' fees, such as interest accruing monthly from the date of such receipt of the attorneys' fees. Upon request, the Member shall provide the Service with copies of any retainer and/or fee agreements pertaining to a referral from the Service.

### 8. Confidentiality Agreements

Any confidentiality agreement entered into between a Client referred through the Service to the Member and an opposing party in connection with the settlement of a case referred to the Member shall make provision for disclosure of the settlement terms to the Service, which shall hold the terms of the settlement confidential.

### 9. Auditing of Member Records

The Member shall allow the Service or its agents to examine and audit the Member's financial or accounting records as they pertain to cases referred from the Service, and the legal files pertaining to referred Clients. If a question arises between the member and the Service with respect to fees owed to the Service, the Member shall make the files available in his or her office for review by the Service or its agents within 5 business days of notice from the Service of such an audit. The Member understands that the audit may include, but is not limited tom, chart of accounts, general ledger trial balance records, court filing records, calendars, appointment records, time sheets, docket sheets, engagement letters, fee agreements and contracts with Clients from the Service. All documents, files, communications and materials reviewed during an audit shall be considered and treated as confidential and shall be available for inspection only by the Service or its agents.

### 10. Reporting Requirements

The Member shall complete and return to the Service all reports required by the Service within 15 business days of receipt, including, but not limited to, Quarterly Case Status Reports and disposition reports, whether or not the member is still participating in the Service when the reports are due. In the event that the Member fails to return one or more reports pertaining to Clients referred by the Service within 60 days of receipt, the member agrees to compensate the Service at the rate of $100 per person-per-hour to the extent that the Service deems it necessary and spends to audit and/or investigate the outcome of each referred case and to collect any fees that may be owing by the Member to the Service. This fee shall be due in addition to any other percentage fees and shall be subject to the interest provision of Paragraph 7, above.

11. The Member shall immediately notify the Service should the Member become ineligible or unable to accept referrals. The Member shall notify the Service within 10 days of actual notice that a complaint has been filed against the Member with the State Bar of California, or like-licensing authority in any State, or that any complaint criminal in nature has been filed anywhere against the Member. The Member waives confidentiality for the State Bar of California to notify the Service of the status of any disciplinary proceeding pending against the Member. The Member understands that any disciplinary action taken against the member by the State Bar of California, or like-licensing agency in another State, whether public or private, shall result in the Member's immediate and permanent removal from the Service. If the Service becomes aware of a complaint or other notice pertaining to the Member that may adversely affect prospective Clients' perception of the Service if publicly known, the Executive Director or his or her designee may in his or her sole discretion suspend or remove the Member from the Service.

12. The Service and the Member shall submit any dispute between themselves, including disputes regarding fees owed to the Service, regardless of when the dispute arises, to binding arbitration by JAMS/Endispute, or such other independent arbitration service. The claimant first filing for arbitration shall select the independent arbitration service provided in this Agreement, arbitration will be conducted according to the rules and regulations of the arbitration service provider. Each party shall waive the statute of limitations as a defense in the arbitration proceeding if the commencement date of the arbitration is prior to the expiration of the statute of limitations.

13. The prevailing party in any proceeding or action arising out of or relating to this Agreement shall be entitled to receive its reasonable attorneys' fees and costs in connection with such proceeding or action.

14. The Member agrees to maintain errors and omissions insurance in the amount of not less than $100,000.00 for each occurrence and $300,000.00 aggregate per year. The Member further agrees to continue to maintain such coverage throughout representation of Clients referred by the Service to the Member. It is the Member's obligation to inform the Service of any changes to the Member's insurance policy, including termination or cancellation, during the Member's participation in the Service.

15. The Member represents that he or she is an active member of the State Bar of California, has not been previously removed from a panel of the Service, and maintains a law office in the county(ies) that he or she is applying for. The Member, represents that he or she is not the subject of any disciplinary proceedings by the State Bar of California or like-licensing authority in any state, has no criminal convictions or charges pending in any state, and has had no disciplinary proceedings adversely resolved against him or her which has or have resulted in public or private discipline by the State Bar of California or like-licensing authority in any state.

16. The Member represents that he or she will perform all services on behalf of the Client, and in the Member's relations with the Service, in compliance with the laws of and in the State of California, the Rules of Professional Conduct of the California State Bar Association, and the Rules of the Service. The Member agrees to indemnity, hold harmless, and defend the Service, its officers, directors, members, committees, and employees from any claim, demand, action, liability, expense, or loss resulting in while or in part from the Member's handling of any referral from the Service or by the Member's failure to comply with any provision of this Agreement.

17. The Member waives all claims against the Service, its officers, directors, members, committee and employees for any liability or loss arising out of the operation of the Service.

### 18. Choice of Forum

This agreement shall be governed by and construed in accordance with the laws of the State of California. Any arbitration proceeding and/or any other action arising out of this Agreement shall take place in Los Angeles County, California.

**2 ASN Membership Agreement**

**19. Entire Agreement; Severability, Section Headings**

This document constitutes the entire agreement between the parties. If any provision of this Agreement is unlawful, void or unenforceable, then that provision shall be deemed severable from the remaining provisions and shall not affect the validity and enforceability of the remaining provisions of the Agreement. Section headings of this Agreement are to facilitate reference, and do not convey legal meaning. Member acknowledges that has not received any type of promise, representation or guarantee regarding the referral(s) made by Service.

**20. Term of Agreement and Renewal of Membership**

The term of this Agreement shall commence on the effective date of this Agreement and shall continue until terminated by the Member or the Service. Annually, the Member may initiate renewal of his or her membership in the Service by timely remitting the Service's required annual membership fee. In deciding whether to renew the Member's membership for the next membership year, the Service may consider the Member's record with the Service including, but not limited to, the Member's willingness to meet with clients referred to his or her office, compliance with Service Rules, client survey responses, and other relevant information. The Member understands that renewal of his or her membership in the Service shall be in the sole discretion of the Executive Director of the Service or his or her designee.

**21. Ratings**

Member understands that in order to maintain the high quality of its membership and the confidence of the general public in the service, the Service rates its members based on the level of satisfaction reported in surveys by its referred customers as to the service provided by the members, and member understands that he/she will be so rated and agrees to such rating. The Service reserves the right to cancel the membership of any attorney who is not performing to the expectations of the service. Member understands that by signing this agreement he/she agrees to allow the service t share the surveys relating to him/her, and their results, with members of the general public who contact the Service in search of an attorney.

_AB_
Your Initials

**22. Effective Date**

Once approved by the Service, this Agreement shall be effective on the date signed by the Member below.

I certify under penalty of perjury that the information provided in the application form is true and correct with the laws governing the State of California.

_[Signature]_            02.10.2023
Signature                Date

Aynuck Baghi'eraoke        Law Offices of Aynuck Baghi'eraoke
Print Name                 Firm Name

**3 ASN Membership Agreement**

 Outlook

**RE: conferring about arbitration and other pleading issues in Baghirzade v Armendian National Committee of America (& Zoom link)**

**From** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Date** Tue 9/10/2024 3:18 PM
**To** Aynur Baghirzade <contact@aynurlawyers.com>

Thanks.
Let's plan on 9:30 a.m. tomorrow morning.
If for whatever reason I experience a problem with your phone number (it wasn't working when I tried calling you last week), here is a Zoom link we can use:

Jeffrey Cowan is inviting you to a scheduled Zoom meeting.

Topic: Zoom link re meet & confer with Aynur Baghirzade
Time: Sep 11, 2024 09:30 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/86969980820?pwd=z1kmZqfjNAOXOiuGm487AvoEUDcuSF.1

Meeting ID: 869 6998 0820
Passcode: 447670

---

One tap mobile
+16694449171,,86969980820#,,,,*447670# US
+12532050468,,86969980820#,,,,*447670# US

---

Dial by your location
• +1 669 444 9171 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 719 359 4580 US
• +1 720 707 2699 US (Denver)
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 646 558 8656 US (New York)
• +1 646 931 3860 US
• +1 689 278 1000 US
• +1 301 715 8592 US (Washington DC)

• +1 305 224 1968 US
• +1 309 205 3325 US

Meeting ID: 869 6998 0820
Passcode: 447670

Find your local number: https://us06web.zoom.us/u/kcPR77Cq4s


**Jeffrey W. Cowan  |  The Cowan Law Firm |** **www.cowan-law.com** **| 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. This message may be an attorney client communication and/or attorney work product which is privileged and confidential. If the reader is not the intended recipient, you are notified that you have received this message in error and that any review, dissemination, copying or distribution is prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete or destroy the original message and all copies. Thank you.

Please be sure to communicate with us only via secure email that no one else has the right to access.  If you are an employee seeking to communicate with us on your own behalf (as opposed to the behalf of your employer), please use only your personal email and <u>not</u> the email of your employer, and ***do not*** write to us using an internet based email account (like Gmail or Yahoo) *<u>from an employer's computer</u>*.

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, September 10, 2024 2:08 PM
**To:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Subject:** Re: conferring about arbitration and other pleading issues in Baghirzade v Armendian National Committee of America

Hello Jeffrey,


Please, call early in the morning between 9 to 10 a.m.

I am ok with extension of time to file your answer.

I am still researching case law.

Thanks,

Aynur

On Mon, Sep 9, 2024 at 8:40 PM jeffrey cowan-law.com <jeffrey@cowan-law.com> wrote:

> Sure.  Thanks.  What time is best for you on Wednesday?
>
> On a related point, are you OK with extending Attorney Search Network's deadline to respond to the complaint to next week?   Say September 18?

Also, if you can send me whatever case law you have to support your position, it would be helpful.

Thanks much.

**Jeffrey W. Cowan  |  The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, September 9, 2024 8:37 PM
**To:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Subject:** Re: conferring about arbitration and other pleading issues in Baghirzade v Armendian National Committee of America

I appreciate your time explaining to me arbitration clause, but this is not even a tort, RICO applies to organized crime meaning that the conduct of your client was criminal. I don't think that any arbitration clause may go so far to reach and arbitrate criminal conduct.

Your client was put on notice that his conduct is inappropriate and he will be sued.

I appreciate your attempts to save your client from federal court, and move it to the court more convenient for him, but I do not think that LA courts are best venue for the federal RICO case, especially in the case of your client, I have no desire to move the case to any court except the court it is now.

However, if you are ready to discuss it - I am open for it. Please call me the day after tomorrow in the morning to discuss your case. My phone number is 619-630-6646.


Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


On Mon, Sep 9, 2024 at 6:06 PM jeffrey cowan-law.com <jeffrey@cowan-law.com> wrote:

> PS:      You should also review Section III of our judge's chamber rules.  He too expects the parties to confer seriously before a motion is filed (and the rule includes pro se litigants who are lawyers).
>
> **Jeffrey W. Cowan  |  The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-**

mail: jeffrey@cowan-law.com

---

**From:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Sent:** Monday, September 9, 2024 5:53 PM
**To:** contact@aynurlawyers.com
**Cc:** Jake Baloian <Jake@attorneysearchnetwork.com>
**Subject:** RE: conferring about arbitration and other pleading issues in Baghirzade v Armendian National Committee of America

Dear Ms. Baghirzade:

You filed a civil case against my client Attorney Search Network (and its employee Mr. Baloian). Your dispute turns on the quality and quantity of referrals you received from ASN. That is a dispute between you and my clients regardless of the theory of liability that you are asserting (which entail more common law and state statutory claims ranging from infliction of emotional distress to B&P Section 17200 et seq violations). Your membership agreement specifically says that "**any dispute between themselves** [the parties]" will be arbitrated. (emphasis added) It also says that venue is to be in Los Angeles.

As you may know, the Federal Arbitration Act (the "FAA") states in relevant part that "[a] written provision in any ... contract evidencing a transaction involving commerce to settle by arbitration a controversy thereafter arising out of such contract ... shall be valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. Section 2.

Such broad language means that you are required to arbitrate your disputes as to Attorney Search Network and Mr. Baloian. California courts are clear that arbitration clauses with "broad" language such as "*any claim* arising from or *related to* this agreement" or ' "arising in connection with" the agreement not only are enforceable but also extend to tort claims that may arise under or from the contractual relationship. A cause of action arising out of a contractual dispute need not itself contractual. "At most, the requirement is that *the dispute* must arise out of the contract." *Howard v. Goldbloom,* 30 Cal.App.5th 659, 664 (2018) (citing *Rice v. Downs,* 248 Cal.App.4th 175, 186 (2016). The bottom line is, as one court has put it, "Broad arbitration clauses such as this one are consistently interpreted as applying to extracontractual disputes between the contracting parties." *Khalatian v. Prime Time Shuttle, Inc.*, 237 Cal.App.4th 651, 660 (2015). Because you agreed to arbitrate "any dispute" here in Los Angeles, your lawsuit is procedurally barred as to my clients.

Second and separately, I have asked you to confer about the purported service on Jake Baloian, which we contend is defective because he was neither personally served nor sub-served.

Third, I also have advised that the pleadings lack facts (as opposed to the asserted

conclusions) to justify suing my clients.

May we discuss these issues either today or tomorrow? The parties are supposed to confer fully and in good faith before engaging in motion practice (see Local Civil Rule 2.1(2)(f)("We expect lawyers to attempt to resolve disputes promptly, fairly and reasonably, with resort to the Court for judicial relief only if necessary") and subpart (g) "We expect lawyers to discourage and refuse to accept a role in litigation that is meritless or designed primarily to harass or drain the financial resources of the opposing party.")

Thanks.

-Jeffrey Cowan

**Jeffrey W. Cowan  |  The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210**| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, September 9, 2024 4:42 PM
**To:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Subject:** Re: conferring about arbitration and other pleading issues in Baghirzade v Armendian National Committee of America

Hi,

This is not a dispute arising out of the agreement. I brought a RICO case, which basically means that I am suing a group of people and/or organizations for organized crime. It has nothing to do with the agreement you sent to me. You've been served and you can raise any issues you think are important in the court.


Aynur

On Mon, Sep 9, 2024 at 3:49 PM jeffrey cowan-law.com <jeffrey@cowan-law.com> wrote:

> Dear Ms. Baghirzade,
>
> Please see my attached letter to you – and let me know asap when you are available to talk tomorrow (or even today after 4:30 pm PST).
>
> -Jeffrey Cowan
>
>
>
> **Jeffrey W. Cowan  |  The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210**| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. This message may be an attorney client communication and/or attorney work product which is privileged and confidential. If the reader is not the intended recipient, you are notified that you have received this message in error and that any review, dissemination, copying or distribution is prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete or destroy the original message and all copies. Thank you.

Please be sure to communicate with us only via secure email that no one else has the right to access.  If you are an employee seeking to communicate with us on your own behalf (as opposed to the behalf of your employer), please use only your personal email and not the email of your employer, and ***do not*** write to us using an internet based email account (like Gmail or Yahoo) *from an employer's computer*.