Outlook

**new pleading deadline and further conferring in Baghirzade v Armenian National Committee of America et al**

**From** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Date** Wed 9/11/2024 11:11 AM
**To** contact@aynurlawyers.com <contact@aynurlawyers.com>

Dear Ms. Baghirzade,

During this morning's phone call, you advised that you have not yet had enough time to research the issue I raised (and the citations I provided) about the enforceability of the arbitration agreement you signed with my client Attorney Search Network.   You asked to resume our conversation on Monday September 16, and further agreed to extend my pleading deadline to Monday September 23.  We later agreed to speak at 9:30 am. on Monday September 16.

You also said you would send me any proof of service you have showing that Jake Baloian has been sub-served.  As I said, no mail has arrived for him to complete any attempts at service, but we are willing to negotiate a joint pleading deadline so that you do not have to waste money/time/effort on serving him.

Last, you rejected my discussion that your complaint fails to allege enough facts to show that my clients acted unlawfully (and with the intent needed to create liability under your various theories of liability) – as opposed to mere mistakes by staff being the basis for you receiving some referrals that were not suitable to your skills and licensed jurisdiction.  Given that you said you do not have access to the Rutter practice guide on federal civil procedure before trial, I suggest that you review the U.S. Supreme Court's 2009 decisions in  *Bell Atlantic Corp. v. Twombly,*    550 U.S. 544 (2007) and *Ashcroft v Iqbal*, 556 U.S. 662 (2009).  They set forth the modern "plausibility" rule for notice pleading in federal court.  We respectfully submit that your complaint lacks the needed facts to show that my clients acted either unlawfully or as part of a grand conspiracy.   If you decline to amend your complaint voluntarily (or stipulate to arbitration), any motion we file will seek in the alternative to dismiss per FRCP 12(b)(6) or for lack of jurisdiction or improper venue per FRCP 12(b)(1) or 12(b)(3).

Thanks for the dialogue and for reviewing the authorities I am providing.  Talk with you next week.


Best,
Jeffrey Cowan



**Jeffrey W. Cowan  |  The Cowan Law Firm | [www.cowan-law.com](http://www.cowan-law.com) | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey[@cowan-law.com](mailto:@cowan-law.com)**