# The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, CA 90210
Telephone: (310) 394-1420
Facsimile: (310) 394-1430
www.cowan-law.com

September 19, 2024

Jeffrey W. Cowan
Email: jeffrey@cowan-law.com

**Via email to contact@aynurlawyers.com & abaghirzada@yahoo.com**
Aynur Baghirzade, Esq.
1968 South Coast Highway, PMB #2429
Laguna Beach, CA 92651

Re:   *Baghirzade v. Armenian National Committee of America et al*, S.D. CA U.S. District Court Case # 24-cv-1077-RSH-MMP

Dear Ms. Baghirzade,

    I'm writing to confirm our phone call last evening (September 18), which I placed after not hearing from you in response to my earlier emails this week.

    During our conversation, you said that you had not yet reviewed the legal authorities I have given you because you have been busy dealing with motions that Defendants Google and Yelp have filed. You also said that (a) your process server did mail a copy of the complaint and summons to Mr. Baloian as part of substituted service, (b) you will email me a copy of the proof of service, and (c) you will extend my deadline to respond to the complaint on behalf of my clients to Monday September 30 so that you and I can confer further on September 23 about the issues I have raised: the lack of jurisdiction due to you having agreed to arbitrate <u>all</u> disputes with Attorney Search Service, and insufficient facts to state causes of action against my clients.

    At one point, you said that you are filing an amended complaint to address pleading defects that other defendants (*e.g.*, Google) have raised. At minimum, I renew my request that you defer my deadline to respond to after you have filed an amended complaint (and that it allege more facts to address the challenges I have raised informally about (a) arbitration, and (b) the absence of facts that satisfy the "plausibility" test that the Supreme Court has established.

    I look forward to talking with you next Monday morning.

Very truly yours,

Jeffrey W. Cowan

cc:   Jake Baloian

 Outlook

## letter re pleading issues in Baghirzade v. Armenian National Committee of America et al,

| | |
|---|---|
| **From** | jeffrey cowan-law.com <jeffrey@cowan-law.com> |
| **Date** | Fri 9/20/2024 12:18 AM |
| **To** | contact@aynurlawyers.com <contact@aynurlawyers.com> |
| **Cc** | abaghirzada@yahoo.com <abaghirzada@yahoo.com> |
| **Bcc** | jeffrey cowan-law.com <jeffrey@cowan-law.com> |

📎 1 attachments (282 KB)
Baghirzade_09-19-24_signed.pdf;

Dear Ms. Baghirzade,

Please see the attached letter confirming our conversation from last/Wednesday night.  Let me  know asap, please, if you think I have inaccurately stated anything.  Thanks; talk to you Monday.

-Jeffrey Cowan


**Jeffrey W. Cowan  |  The Cowan Law Firm** | **www.cowan-law.com** | **9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. This message may be an attorney client communication and/or attorney work product which is privileged and confidential. If the reader is not the intended recipient, you are notified that you have received this message in error and that any review, dissemination, copying or distribution is prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete or destroy the original message and all copies. Thank you.

Please be sure to communicate with us only via secure email that no one else has the right to access.  If you are an employee seeking to communicate with us on your own behalf (as opposed to the behalf of your employer), please use only your personal email and <u>not</u> the email of your employer, and ***do not*** write to us using an internet based email account (like Gmail or Yahoo) ***from an employer's computer***.