Outlook

**Re: talking about pleading issues & service in Baghirzade v. Armenian National Committee of America et al,**

| | |
|---|---|
| **From** | jeffrey cowan-law.com <jeffrey@cowan-law.com> |
| **Date** | Wed 9/25/2024 4:54 PM |
| **To** | contact@aynurlawyers.com <contact@aynurlawyers.com> |
| **Cc** | abaghirzada@yahoo.com <abaghirzada@yahoo.com>; assistant cowan-law.com <assistant@cowan-law.com> |
| **Bcc** | jeffrey cowan-law.com <jeffrey@cowan-law.com> |

Dear Ms. Baghirzade,

I have not heard from you this week, and got recording that your voicemail is full when I again tried reaching you a minute ago.

Hope all is OK with you; please let me know if you have researched my authorities as agreed and intend to confer with me this week.  Also, I still have not received the promised proof of service showing completed sub-service on Mr. Baloian.  Please send it to me and my assistant.

Thanks.

-Jeffrey Cowan


**Jeffrey W. Cowan  |  The Cowan Law Firm | [www.cowan-law.com](http://www.cowan-law.com) | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey[@cowan-law.com](mailto:jeffrey@cowan-law.com)**

---

**From:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Sent:** Monday, September 23, 2024 10:17 AM
**To:** contact@aynurlawyers.com <contact@aynurlawyers.com>
**Cc:** abaghirzada@yahoo.com <abaghirzada@yahoo.com>
**Subject:** Re: talking about pleading issues & service in Baghirzade v. Armenian National Committee of America et al,

Just tried again; but got voicemail again.   Please give me some new proposed times to talk today or tomorrow.  Thanks.


**Jeffrey W. Cowan  |  The Cowan Law Firm | [www.cowan-law.com](http://www.cowan-law.com) | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail:**

jeffrey@cowan-law.com

---

**From:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Sent:** Monday, September 23, 2024 10:07 AM
**To:** contact@aynurlawyers.com <contact@aynurlawyers.com>
**Cc:** abaghirzada@yahoo.com <abaghirzada@yahoo.com>
**Subject:** talking about pleading issues & service in Baghirzade v. Armenian National Committee of America et al,

I phoned a minute ago for our scheduled 10 am phone call, but got your voicemail.  Will try again in a few minutes.  Please let me know if something has come up and you need to reschedule our discussion about the jurisdictional and pleading issues I have raised.   Also, I never received the promised proof of service showing that Jake Baloian was sub-served.

Thanks.


**Jeffrey W. Cowan  |  The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

---

**From:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Sent:** Friday, September 20, 2024 12:18 AM
**To:** contact@aynurlawyers.com <contact@aynurlawyers.com>
**Cc:** abaghirzada@yahoo.com <abaghirzada@yahoo.com>
**Subject:** letter re pleading issues in Baghirzade v. Armenian National Committee of America et al,

Dear Ms. Baghirzade,

Please see the attached letter confirming our conversation from last/Wednesday night.  Let me  know asap, please, if you think I have inaccurately stated anything.  Thanks; talk to you Monday.

-Jeffrey Cowan


**Jeffrey W. Cowan  |  The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California  90210| Phone:  (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**


The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. This message may be an attorney client communication and/or attorney work product which is privileged and confidential. If the reader is not the intended recipient, you are notified that you have received this message in error and that any review, dissemination, copying or distribution is prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete or destroy the original message and all copies. Thank

you.

Please be sure to communicate with us only via secure email that no one else has the right to access.  If you are an employee seeking to communicate with us on your own behalf (as opposed to the behalf of your employer), please use only your personal email and <u>not</u> the email of your employer, and ***<u>do not</u>*** write to us using an internet based email account (like Gmail or Yahoo) ***<u>from an employer's computer</u>***.