AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S NOTICED MOTION HEARING DATE SCHEDULED FOR OCTOBER 24, 2024**<br><br>Date: 10/24/2024<br>Place: 3B-3rd Floor (Rm# 3142)<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

Pursuant to Local Rule Rules 7.1. and 7.2., Plaintiff Aynur Baghirzade ("Plaintiff") and Defendants Armenian National Committee of America ("ANCA"), Aram Hamparian and Armenian National Committee of America Western Region ("ANCAWR"), by and through their counsel of record, hereby stipulate and jointly present this motion for continuance of the hearing date of the noticed motion of the Defendants ANCA, Aram Hamparian and ANCAWR scheduled before this Court on October 24, 2024 as set forth below:

WHEREAS, Defendants ANCA, Aram Hamparian, ANCAWR by and through their counsel of record filed two motions - Motion to dismiss for failure to state a claim (Docket No. 50) and Special Motion to Strike (Docket # 51) - both set to be heard on October 24, 2024;

WHEREAS, Plaintiff AYNUR BAGHIRZADE has to file her opposition 14 days before the hearing date of the motions in accordance with Local Rule 7.1;

WHEREAS, Plaintiff requests continuance of the motions' hearing date for 14 days (to be heard on November 4, 20024 or any other available date thereafter) to research and file her opposition;

WHEREAS, Defendants agree to Plaintiff's request.

Accordingly, the parties jointly stipulate to continuance of the hearing date for the Defendants' motions till November 4, 2024 or any other date available on the Court's calendar.

Respectfully submitted,

Dated: September 30, 2024    Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: September 30, 2024 | Schwartz Semerdjian Cauley Schena & Bush LLP |
| 4 | | |
| 5 | | *By: /s/ Dick A. Semirdjian* |
| 6 | | Dick A. Semirdjian |
| 7 | | Email:das@sscelaw.com |

Dated: September 30, 2024          Schwartz Semerdjian Cauley Schena & Bush LLP

*By: /s/ Chad M. Thurston*
Chad M. Thurston
Email:chad@sscelaw.com