AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>     v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S NOTICED MOTION HEARING DATE SCHEDULED FOR OCTOBER 24, 2024**<br><br>Date: 10/24/2024<br>Place: 3B-3rd Floor (Rm# 3142)<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

I, Aynur Baghirzade, declare as follows:

1.    I am a Plaintiff in the underlined case. I submit this Declaration in support of the parties Joint Motion and Stipulation for Continuance of Defendants Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region's noticed motions hearing date scheduled for October 24, 2024.  I have personal knowledge of the facts set forth herein except  where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2.    Counsels on the records for Defendants Armenian National Committee of America, Aram Hamparian, and Armenian National Committee of America Western Region conferred and have agreed to the continuance of  the motions' hearing date for the time stipulated in the motion.

3.    The continuance is warranted to allow Plaintiff the time to respond to the motions submitted by the Defendants, as Defendants submitted two motions to be considered at the same date, and as Plaintiff submitted her opposition to another Defendant's motion on September 25, 2024, and has a hearing date scheduled for October 14, 2024. Plaintiff also has not previously requested any continuance.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on October 2, 2024, in San Diego, California.

By: *Aynur Baghirzade*

*Aynur Baghirzade, Plaintiff*

*Email: contact@aynurlawyers.com*