AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT**<br><br>/Filed concurrently with Declaration of Aynur Baghirzade, 1. Copy of the proposed SAC and 2. Copy of SAC with all changes/<br><br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

Pursuant to Local Rule Rule 15.1. and 15(2) of F.R.C.P. , Plaintiff Aynur Baghirzade ("Plaintiff") requests for the amendment of First Amended Complaint (FAC) for the reasons as set forth below:

WHEREAS, Plaintiff filed her complaint on June 21, 2024;

WHEREAS, Plaintiff filed her First Amended Complaint (FAC) on August 15, 2024;

WHEREAS, Plaintiff after research discovered new facts not known to her before filing her FAC, justifying addition of new facts and new causes of actions to the Complaint;

WHEREAS, after filing initial and FAC new facts and circumstances justify addition of new Defendants to the Complaint as Doe Defendants.

Plaintiff respectfully asks for the leave of this Court to file Second Amended Complaint and enclose with this Motion a copy of the proposed SAC and a copy showing what changes have been made.

Dated: October 2, 2024                    Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com