AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION IN SUPPORT OF THE MOTION FOR LEAVE OF THE COURT TO FILE SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. On June 21, 2024, I filed my Complaint for Damages and injunction Relief in this Court;

3. On August 15, 2024, I filed my First Amended Complaint (FAC) in this Court;

4. After filing my FAC I did a research and discovered that following Defendants shall be added to the Complaint: ZARTONK MEDIA LLC, a California Limited Liability Company; ZAVEN KOUROGHLIAN, an individual; VAN DER MEGERDICHIAN, an individual; HAIRENIK ASSOCIATION, a Nonprofit Corporation; ANI TCHAGHLASIAN, an individual; LEGALSHIELD, Domestic For Profit Business Corporation; PARKER - STANBURY LLP, a California Limited Liability Partnership; GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation; KIA AMERICA Inc., a California Stock Corporation; YOUTUBE LLC, a Delaware Limited Liability Company; SUNDAR PICHAI, an individual.

5. After researching new facts I also discovered that new causes of actions shall be also added to the complaint and some of the previous causes of actions revised.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on October 2, 2024 in San Diego, California.

Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade

Email: contact@aynurlawyers.com
