UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**<br><br>[ECF Nos. 56, 58] |

Before the Court is the Parties' "Joint Motion to Continue Hearing Date" on Defendants Armenian National Committee of America, Aram Hamparian, and Armenian National Committee of America Western Region (the "Moving Defendants'") Motion to Dismiss [ECF No. 50] and Motion to Strike [ECF No. 51] (the "Motions"). ECF Nos. 56, 58.[1] Plaintiff requests a continuance of her deadline to respond to the Motions. ECF No. 58 at 2. The Moving Defendants do not oppose. *Id.*

///

---

[1] ECF Nos. 56 and 58 are substantively identical, except that the Motion filed under ECF No. 58 includes Plaintiff's declaration in support.

1

The Parties' Joint Motion is **GRANTED** as follows:

1. Plaintiff shall file any response to the Motions by **October 21, 2024**.
2. Defendants shall file any reply to the Motions by **October 28, 2024**.
3. No oral argument will be held unless separately ordered by the Court.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
Hon. Robert S. Huie
United States District Judge