Civil Action No. 24-cv-1077-RSH-MMP                                    Date Issued: ___08/15/2024___

## PROOF OF SERVICE

This Summons for Estrella Sanchez was received by me on 09/12/2024.

I served the summons on Estrella Sanchez on the **18th** day of **September, 2024** at **2:00**_____ p.m. by personally delivering and leaving a copy with **Julie Moore, Legal Assistant (Description: Age: 46, Sex: F, Race: Caucasian, Height: 5'4", Weight: 150, Hair: Blonde, Glasses: N) at LegalMatch California, 300 E 2nd Street, Suite 1410, Reno, NV 89501**. Ms. Moore indicated she could accept the documents for Estrella Sanchez an employee. The documents were then sent via United States Postal Service, First Class, postage prepaid to Estrella Sanchez.

My fees are $ 0.00 for travel and $ 30.00 for services, for a total of $30.00.

I declare under penalty of perjury that this information is true.

Dated: 09/20/2024                           _____*Tyler Hoagland*_____
                                                             Server's Signature

                                            Tyler Hoagland, Process Server R-2021-07571
                                                      *Printed name and title*

                                            _____
                                            C & H COURIERS/PROCESS SERVERS
                                            75 McCabe Drive #19208
                                            Reno, NV 89511
                                            (775) 219-2871
                                                      *Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE
IN ACCORDANCE WITH THE PROVISIONS OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRIC MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOME THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDTGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OFAPPELLATE PROCEDURES.