Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al.<br><br>    Defendants. | Case No. 24:-cv-1077-RSH-MMP<br><br>**JOINT MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOSKE AND TERESA VUKI TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>[Proposed Order Extending Time to Respond Lodged Concurrently Herewith] |

WHEREAS, the time for Defendants ORANGE COUNTY BAR ASSOCIATION ("OCBA"), TRUDY LEVINDOSKE and TERESA VIKI ("OCBA Defendants") to respond to the First Amended Complaint ("FAC") was previously extended on the interested parties' Joint Motion from September 9, 2024 to including October 10, 2024 (Dkt #27);

WHEREAS, on October 2, 2024, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (Dkt #59) ("Leave Motion"). That Motion is set to be heard on November 4, 2024;

WHEREAS, to avoid the time and expenses of preparing and filing a response to the FAC when there is pending a motion for leave to file a Second Amended

Complaint which, if granted, would entirely supersede the FAC and render the OCBA Defendants' response to the FAC moot, the OCBA Defendants requested that Plaintiff extend the time for them to respond to the FAC until after the Leave Motion is heard. If the Leave Motion if granted, the need to file a response to the FAC would be obviated. Plaintiff agreed to the requested extension, subject to an order on this Joint Motion;

Good cause for the requested extension exists in that the OCBA Defendants intend to respond to the FAC via motion to dismiss, but that motion could not be heard before the Leave Motion. An extension of the OCBA Defendants' response date could avoid an unnecessary expenditure of the parties' and Court's resources because if the Leave Motion is granted, the FAC will be superseded and the OCBA Defendants' response to it mooted before the motion to dismiss could be heard. Good cause exists for the requested extension so that the OCBA Defendants can respond to the operative complaint, once the parties and their counsel know whether that will be the FAC or the Second Amended Complaint that Plaintiff seeks leave to file. If the Leave Motion is denied, extending the deadline to respond to the FAC for two weeks after the hearing on that Motion, will allow the OCBA Defendants sufficient time to complete and file their response to the FAC.

The parties agree that the OCBA Defendants' answer to the FAC may now be due on or before November 18, 2024.

DATED: October 7, 2024    Respectfully submitted,

SALL SPENCER CALLAS & KRUEGER
A Professional Corporation

By: */s/ Suzanne Burke Spencer*
     Suzanne Burke Spencer

Attorneys for Defendants ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE and TERESA VUKI

**STIPULATION TO FURTHER EXTEND TIME FOR THE OCBA DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**

DATED: October 7, 2024

*/s/ Aynur Baghirzade*

Aynur Baghirzade

Plaintiff In Pro Per

**STIPULATION TO FURTHER EXTEND TIME FOR THE OCBA DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**