Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al.<br><br>    Defendants. | Case No. 24:-cv-1077-RSH-MMP<br><br>**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF JOINT MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOSKE AND TERESA VUKI TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

I, Suzanne Burke Spencer, declare and state as follows:

1.    I am an attorney with Sall Spencer Callas & Krueger, ALC, attorneys for Defendants Orange County Bar Association ("OCBA"), Trudy Levindofske and Teresa Vuki ("OCBA Defendants"). I submit this declaration in support of the parties' Joint Motion and Stipulation to Extend Time for Defendants Orange County Bar Association, Trudy Levindoske and Teresa Vuki to Respond to the First Amended Complaint.  I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

1

2.  The time for the OCBA Defendants to respond to the First Amended Complaint ("FAC") was previously extended on the interested parties' Joint Motion from September 9, 2024 to including October 10, 2024 (Dkt #27) to allow my office additional to familiar ourselves with the extensive allegations of the FAC and investigate the matters alleged therein.

3.  Approximately one week before our response to the FAC was due, on October 2, 2024, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (Dkt #59) ("Leave Motion").  That Motion is now set to be heard on November 4, 2024.  If granted the Leave Motion would supersede the FAC in its entirety.  The OCBA Defendants intend to move to dismiss the Plaintiff's complaint.

4.  On October 3, 2024, I reached out to Plaintiff to request that she further extend the time for the OCBA Defendants to respond to the FAC until after the Leave Motion is heard, so that we could avoid the potentially unnecessary exercise of preparing and filing a motion to dismiss the FAC.  On October 7, 2024, Plaintiff graciously agreed to the further extend the time to respond to the FAC for two weeks after the Leave Motion is set to be heard.

5.  Good cause for the requested extension exists in that the requested extension of the OCBA Defendants' response date could avoid an unnecessary expenditure of the parties' and Court's resources because if the Leave Motion is granted, the FAC will be superseded and the OCBA Defendants' response to it mooted before a motion to dismiss could be heard.  Good cause exists for the requested extension so that the OCBA Defendants can respond to the operative complaint, once the parties and their counsel know whether that will be the FAC or the Second Amended Complaint that Plaintiff seeks leave to file.  If the Leave Motion is denied, extending the deadline to respond to the FAC for two weeks after the hearing on that Motion, will allow the OCBA Defendants sufficient time to complete and file their response to the FAC.

**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO FAC**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2024, in Laguna Beach, California.

/s/ Suzanne Burke Spencer

_____

Suzanne Burke Spencer

**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO FAC**