1 | NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
2 | Professional Corporation
12235 El Camino Real
3 | San Diego, CA  92130-3002
Telephone:  (858) 350-2300
4 | Facsimile:   (866) 974-7329
Email:         nmorgan@wsgr.com
5
NICHOLAS E. HAKUN, (Admitted *Pro Hac Vice*)
6 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
7 | 1700 K Street NW, Fifth Floor
Washington, DC  20006-3814
8 | Telephone:  (202) 973-8800
Facsimile:   (866) 974-7329
9 | Email:    nhakun@wsgr.com

10 | Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**JOINT MOTION AND STIPULATION TO FURTHER EXTEND DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Before: Judge Robert S. Huie |

1  WHEREAS, the time for Defendants GOOGLE LLC and ALPHABET INC. ("Google Defendants") to respond to the First Amended Complaint ("FAC") was previously extended on the interested parties' Joint Motion from September 9, 2024 to October 11, 2024 (Dkt #23);

WHEREAS, on October 2, 2024, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (Dkt #59) ("Leave Motion"). That Motion is set to be heard on November 4, 2024;

WHEREAS, because there is pending a motion by Plaintiff for leave to file a Second Amended Complaint which, if granted, would entirely supersede the FAC and render the Google Defendants' response to the FAC moot, the Google Defendants requested that Plaintiff extend the time for them to respond to the FAC until after the Leave Motion is heard. If the Leave Motion is granted, the need to file a response to the FAC would be obviated.

Good cause for the requested extension exists in that the Google Defendants intend to respond to the FAC via motion to dismiss, but that motion could not be heard before the Leave Motion is decided. An extension of the Google Defendants' response date could avoid an unnecessary expenditure of the parties' and the Court's resources because if the Leave Motion is granted, the FAC will be superseded and the Google Defendants' response to it mooted before the motion to dismiss could be heard. If the Leave Motion is denied, extending the deadline to respond to the FAC for two weeks after the hearing on the motion will allow the Google Defendants sufficient time to complete and file their response to the FAC.

The Google Defendants thus request—and Plaintiff agrees—that their answer to the FAC now be due on or before November 18, 2024 and that the October 11, 2024 response date be vacated.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | Respectfully submitted, |
| 3 | Dated: October 10, 2024 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: */s/ Nicholas E. Hakun*
Nicholas E. Hakun
E-mail: nhakun@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.

Dated: October 10, 2024

By: */s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com

Plaintiff *Pro Se*