NATALIE J. MORGAN, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
Email: nmorgan@wsgr.com

NICHOLAS E. HAKUN, (Admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: nhakun@wsgr.com

Attorneys for Defendants
GOOGLE LLC AND ALPHABET INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF NICHOLAS E. HAKUN IN SUPPORT OF JOINT MOTION AND STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Before: Judge Robert S. Huie |

I, Nicholas E. Hakun, declare and state as follows:

1. I am an attorney with Wilson Sonsini Goodrich & Rosati, P.C., attorneys for Defendants Google LLC and Alphabet Inc. ("Google Defendants"). I submit this declaration in support of the parties' Joint Motion and Stipulation to Further Extend Time for Google LLC and Alphabet Inc. to Respond to the First Amended Complaint. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. The time for the Google Defendants to respond to the First Amended Complaint ("FAC") was previously extended on the interested parties' Joint Motion from September 12, 2024 to including October 11, 2024 (Dkt #23) to allow my office additional time to familiar ourselves with the extensive allegations of the FAC and investigate the matters alleged therein.

3. Approximately one week before our response to the FAC was due, on October 2, 2024, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (Dkt #59) ("Leave Motion"). That Motion is now set to be heard on November 4, 2024. If granted the Leave Motion would supersede the FAC in its entirety. The Google Defendants intend to move to dismiss the Plaintiff's complaint.

4. On October 8, 2024, I reached out to Plaintiff to request that she further extend the time for the Google Defendants to respond to the FAC until after the Leave Motion is heard, so that we could avoid the potentially unnecessary exercise of preparing and filing a motion to dismiss the FAC. On October 9, 2024, Plaintiff graciously agreed to the further extend the time to respond to the FAC for two weeks after the Leave Motion is set to be heard.

5. Good cause for the requested extension exists in that the Google Defendants intend to respond to the FAC via motion to dismiss, but that motion could not be heard before the Leave Motion is decided. An extension of the Google Defendants' response date could avoid an unnecessary expenditure of the parties'

1  and the Court's resources because if the Leave Motion is granted, the FAC will be
2  superseded and the Google Defendants' response to it mooted before the motion to
3  dismiss could be heard. If the Leave Motion is denied, extending the deadline to
4  respond to the FAC for two weeks after the hearing on the motion will allow the
5  Google Defendants sufficient time to complete and file their response to the FAC.
6      I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct. Executed on October 10, 2024, in
8  Wallingford, Pennsylvania.

*/s/ Nicholas E. Hakun*
Nicholas E. Hakun
E-mail: nhakun@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.