# EXHIBIT D



**OFFICE OF PROFESSIONAL COMPETENCE**

180 Howard Street, San Francisco, CA 94105

lrs@calbar.ca.gov

November 16, 2022

Teresa Vuki
Orange County Bar Association Lawyer Referral & Information Service
P.O. Box 6130
Newport Beach, CA 92658

**RE: RECERTIFICATION AS A CERTIFIED LAWYER REFERRAL SERVICE (LRS) (EFFECTIVE FROM 11/15/2022 THROUGH 11/15/2023)**

Dear Ms. Vuki:

In accordance with Business and Professions Code section 6155 and Rules of the State Bar, **Orange County Bar Association Lawyer Referral & Information Service** has been approved for recertification in the following county: **Orange**. This certification is effective from 11/15/2022 through 11/15/2023.

This recertification is based on the information provided in your recertification application dated October 31, 2022.

Enclosed is your Certificate of Compliance. It is your duty to ensure continued compliance of all certification requirements.

Thank you for your commitment to providing access to affordable legal services and protecting the public.

Sincerely,

Office of Professional Competence

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

Exhibit D
Page 7

# CERTIFICATE OF COMPLIANCE

The State Bar of California
hereby authorizes

## Orange County Bar Association
## Lawyer Referral & Information Service

to operate as a Lawyer Referral Service in

## Orange County

Effective from November 15, 2022 through November 15, 2023

This lawyer referral service is certified with the State Bar of California and conforms with Business and Professions Code section 6155 and Rules of the State Bar of California.

_____

**Leah Wilson**
*Executive Director*
*The State Bar of California*

**Certification #033**

Exhibit D
Page 8