Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al.,<br><br>Defendants. | Case No. 3:24-cv-01077-RSH-MMP<br><br>**DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [DKT #66]** |

1  PLEASE TAKE NOTICE that, in light of the court's order of October 11,
2  2024 (Dkt #67) and Plaintiff's pending Motion for Leave to File a Second Amended
3  Complaint (Dkt #59), Defendants Orange County Bar Association, Trudy
4  Levindofske and Teresa Vuki (collectively, "OCBA Defendants") hereby withdraw
5  their Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. #66) without
6  prejudice to re-filing the motion should the Motion for Leave be denied.
7  Accordingly, OCBA Defendants respectfully request that the Court remove the
8  hearing on the Motion, currently set for November 14, 2024, from the Court's
9  calendar.

DATED: October 11, 2024        Respectfully submitted,

SALL SPENCER CALLAS & KRUEGER
A Professional Corporation

By: _____
     Michael A. Sall

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI