Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al,<br><br>Defendants. | Case No. 24CV1077 RSH MMP<br><br>**JOINT MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU AND SETH CHAVEZ TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Hon. Robert S. Huie<br>Trial Date:   Not Set |

Pursuant to Local Rules 7.2 and 12.1, Plaintiff Aynur Baghirzade, in pro per, and Defendants Los Angeles County Bar Association, Coco Su, and Seth Chavez ("LACBA Defendants"), by and through their counsel of record, hereby agree and request, pursuant to this motion and Plaintiff's pending motion for leave to file a Second Amended Complaint ("SAC"), to further extend the time within which the LACBA Defendants must respond to the First Amended Complaint ("FAC").

The LACBA Defendants' time to respond to the FAC was previously extended to October 25, 2024. (Dkt Nos. 28-29.) Thereafter, on October 2, 2024, Plaintiff filed a Motion for Leave to File a SAC, which is set to be heard on

November 4, 2024. (Dkt. No. 59.) As such, the LACBA Defendants' deadline to respond to the FAC is due during the time that Plaintiff's motion for leave to file her SAC is pending. If Plaintiff's motion is granted, the LACBA Defendants' response to the FAC, which will be a motion to dismiss, would be rendered moot shortly after it is filed. To avoid the time and expense of preparing and filing a response to the FAC, which may be quickly rendered moot, while the motion for leave to file the SAC is pending, the LACBA Defendants requested that Plaintiff extend the time for them to respond to the FAC until after the motion for leave to amend is heard. If the motion for leave to file the SAC is granted, the need to file a response to the FAC would be obviated. Plaintiff agreed to the requested extension.

     Good cause for the requested extension exists in that the LACBA Defendants intend to respond to the FAC via a motion to dismiss, but that motion could not be heard before Plaintiff's motion for leave to file the SAC is heard. An extension of the LACBA Defendants' response date could avoid an unnecessary expenditure of the parties' and Court's resources because the FAC will be superseded if the motion for leave to file the SAC is granted, and the LACBA Defendants' response to the FAC will be mooted shortly after it is filed and before it will be heard. Good cause exists for the requested extension so that the LACBA Defendants can respond to the operative complaint, whether it is the FAC or the SAC that Plaintiff has requested leave to file. If the motion for leave to file the SAC is denied, the LACBA Defendants request that their deadline to respond to the FAC be extended for two weeks after the hearing on that Motion, which will allow the LACBA Defendants sufficient time to complete and file their response to the FAC. If Plaintiff's motion for leave to file the SAC is granted, the LACBA Defendants will respond to the SAC within its statutory time to do so.

/ / /

1  The parties agree that the LACBA Defendants' response to the FAC may now
2  be due on or before November 18, 2024.

4  KLINEDINST PC

6  DATED: October 11, 2024    By: ____/s/ *Leah A. Plaskin Lorenz*____
7  Heather L. Rosing
   Leah A. Plaskin Lorenz
8  Attorneys for Defendants LOS ANGELES
   COUNTY BAR ASSOCIATION, COCO
9  SU, and SETH CHAVEZ

12 DATED: October 11, 2024    By: ____/s/ *Aynur Baghirzade*____
13 Aynur Baghirzade
   Plaintiff In Pro Per

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

3                                        Case No. 24CV1077 RSH MMP
JOINT MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT