Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al,<br><br>Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DECLARATION OF LEAH LORENZ IN SUPPORT OF JOINT MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU AND SETH CHAVEZ TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:      Hon. Hon. Robert S. Huie<br>Trial Date:  Not Set |

I, Leah A. Plaskin Lorenz, do hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and am a shareholder with Klinedinst PC, attorneys of record for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ (collectively, "the LACBA Defendants"), in the above-captioned action. I submit this Declaration in support of the Joint Motion to Further Extend Time for the LACBA Defendants to Respond to the First Amended Complaint. I have personal knowledge of the facts set forth below, except where otherwise indicated, and, if called upon as a witness, I could competently testify thereto.

///

2. The LACBA Defendants' time to respond to the FAC was previously extended to October 25, 2024. (Dkt Nos. 28-29.)

3. Thereafter, on October 2, 2024, Plaintiff filed a Motion for Leave to File a SAC, which is set to be heard on November 4, 2024. (Dkt. No. 59.) As such, the LACBA Defendants' deadline to respond to the FAC is due during the time that Plaintiff's motion for leave to file her SAC is pending. If the motion is granted, the LACBA Defendants' response to the FAC, which is likely to be a motion to dismiss, would be rendered moot shortly after it is filed.

4. To avoid the time and expense of preparing and filing a response to the FAC, which may be quickly rendered moot, while the motion for leave to file the SAC is pending, the LACBA Defendants requested that Plaintiff extend the time for them to respond to the FAC until after the motion for leave to amend is heard. If the motion for leave to file the SAC is granted, the need to file a response to the FAC would be obviated. Plaintiff agreed to the requested extension.

5. On October 10, 2024, I reached out to Plaintiff to request that she agree to extend the time for the LACBA Defendants to respond to the FAC. On October 11, 2024, Plaintiff agreed to extend the LACBA Defendants' deadline to respond to the FAC until November 18, 2024.

6. An extension of the LACBA Defendants' response date could avoid an unnecessary expenditure of the parties' and Court's resources because the FAC will be superseded if the motion for leave to file the SAC is granted, and the LACBA Defendants' response to the FAC will be mooted shortly after it is filed and before it will be heard.

7. As such, if the motion for leave to file the SAC is denied, the LACBA Defendants request that their deadline to respond to the FAC be extended for two weeks after the hearing on that Motion, or until November 18, 2024, which will allow the LACBA Defendants sufficient time to complete and file their response to

/ / /

the FAC. If Plaintiff's motion for leave to file the SAC is granted, the LACBA Defendants will respond to the SAC within its statutory time to do so.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of October, 2024, at San Diego, California.

/s/ *Leah A. Plaskin Lorenz*
Leah A. Plaskin Lorenz

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

3    Case No. 24CV1077 RSH MMP
JOINT MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT