AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S NOTICED MOTION DATE AND REQUEST TO DEEM DEFENDANT'S MOTION TO DISMISS TO BE APPLICABLE TO EITHER PLAINTIFF'S FIRST AMENDED COMPLIANT OR SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

Pursuant to Local Rules 7.1 and 7.2, Plaintiff AYNUR BAGHIRZADE ("Plaintiff") and Defendants ATTORNEY SEARCH NETWORK ("ASN") and JAKE BALOIAN ( the latter through their counsel of record), hereby stipulate and jointly present this motion for an order a) to continue date on Defendants' pending FRCP Rule 12(b) motion to dismiss (Docket # 57) from November 4, 20024 to November 18, 2024 and b) to deem Defendants' pending Motion to Dismiss (Docket # 57) to apply to either Plaintiff's First Amended Compliant (FAC) or, if applicable, and her Second Amended Complaint (SAC). The parties so stipulate and move based on the following facts:

Defendants Attorney Search Network, Inc. and Mr. Baloian filed their Rule 12 (b) motion on September 30, 2024.;

Plaintiff now has an October 21, 2024 deadline to oppose to Defendants' Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region's motion to dismiss and motion to strike (Docket # 50 and 51), which coincides with her deadline to respond to Defendants Attorney Search Network and Jake Baloian's motion;

On October 2, 2024, Plaintiff filed a motion seeking leave to file her 2nd amended complaint (Docket #59). The new proposed complaint, however, adds no new allegations as to ASN or Mr. Baloian;

If Plaintiff's motion for a leave of court to file SAC is granted, FAC will become moot;

To promote judicial and private economy, the parties therefore agree to continue the hearing date and to have the Court deem Defendants' pending Rule 12(b) motion to be applicable to either the 1st amended or 2nd amended complaint (depending on which is operative) when the Court rules on it.

Accordingly, the parties jointly stipulate to continue the hearing date for Defendants' Attorney Search Network and Jake Baloian's motion to dismiss from November 4, 2024 to November 18, 2024 and to have Court to deem Defendants' pending Rule 12(b) motion to dismiss to be applicable to either FAC or SAC (depending on which is operative) when the Court rules on it.

Respectfully submitted,

Dated: October 16, 2024                    Plaintiff, Aynur Baghirzade

By: /s/ Aynur Baghirzade

Aynur Baghirzade

Email: contact@aynurlawyers.com

Dated: October 16, 2024                    The Cowan Law Firm

By: /s/ Jeffrey W. Cowan

Jeffrey W. Cowan

Email: jeffrey@cowan-law.com