AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S NOTICED MOTION HEARING DATE**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

　　　I, Aynur Baghirzade, declare as follows:

　　　1.　　I am a Plaintiff in the underlined case. I submit this Declaration in support of the parties Joint Motion and Stipulation for Continuance of Defendants

1

Attorney Search Network and Jake Baloian's noticed motions hearing date and Defendants' request to deem their motion to dismiss to be applicable to either my First Amended Complaint or Second Amended Complaint depending on which one is operative. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2.  Counsels on the records for Defendants Attorney Search Network and Jake Baloian conferred and have agreed to the continuance of the motions' hearing date for the time stipulated in the motion.

3.  The continuance is warranted to allow Plaintiff time to respond to the motions submitted by the Defendants, as the deadline to oppose to Defendants Attorney Search Network and Jake Baloian's motion to dismiss coincides with the deadline to respond to Defendants Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region's motion to dismiss and motion to strike.

4.  Defendants' request to deem their motion to dismiss to be applicable to either Plaintiff's First Amended Complaint or Second Amended Complaint depending on which one is operative is warranted to reduce judicial and attorney's time and expenses.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on October 17, 2024, in San Diego, California.

By: *Aynur Baghirzade*

*Aynur Baghirzade, Plaintiff*

*Email: contact@aynurlawyers.com*