AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF OPPOSITION TO DEFENDANTS' ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO DISMISS**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants' Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region's Motion to Dismiss. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I was approached by the Counsels for the Defendants before they filed their motion to dismiss only once, and their position was so firm that they are going to file a motion to dismiss that I responded to them that if they file it, I will file my opposition, which they did without any other further discussion and communication with me. No single email was sent to me from their side with the attempt to discuss the issues before filing this motion.

3. In approximately early 2021, when I tweeted in my personal Twitter account, I was approached by several of my community members and explained that it's better for me to tweet under a different name, using fake names and photos. When I asked for the reason, I was explained that I could be targeted by the Armenians for my speech. I was also explained that all our community members get profiled by Defendants and their career, licenses, places of residence become a "legitimate" target for them once Defendants decide that any of us is a threat. So, I had to go into a shadow in America in order to "survive" - I refused.

3. On or around July 19, 2024, I had a personal meeting with Fakhri Mirzaguliyev, who previously worked as an officer in Los Angeles County Police Department. He told me how he became a victim of the smear compaign after he literally saved lives of Azerbaijanis, who gathered around Consulate General of the Republic of Azerbaijan in July 21, 2020 in LA. He informed me that many people who sent complaints to Los Angeles County Police Department were not even

1. present at the incident. Later, from the news I discovered that the meeting around LA Consulate was organized by ANCAWR and AYF - all according to the evidence having close ties with ARF.

4. On or around May 30, 2023, I had a phone conversation with Khuraman Armstrong, an Azerbaijani who lives in Australia. She told me her story how Armenians shelled her Facebook business advertisement pages and literally destroyed her business, and how she was forced to go to court. Later, I discovered that Defendants have their offices all over the world, including in Australia.

5. On or around February, 2022, I was first time massively attacked in Twitter by a person named Simon Maghakyan, who didn't like my tweets, tagged State Bar Twitter account, placed information from my profile at the State Bar of California's website, which included my residential address, publicly in Twitter, and complained on me. The person also didn't like the sign of a wolf in my Twitter profile. Later, when I researched the person's name and his LinkedIn profile, I discovered that he works as a Community Development Coordinator for Defendants and has close ties with them.

6. Immediately after Simon Maghkyan's tweet, I received two threats - one of them was that "if I open again my cockroach mouth another Khojali will happen, and this time in Irvine.", which in fact was a death threat.

7. On or around February 20, 2022, I received another message in my phone stating that "The Armenians have put your information everyone all over the night please change your profile, pictures and number take your info off your bio I don't want you losing the license. Armenians in California have a lot of influence."

8. Approximately from January 8 to the end of February, 2024, Defendants made multiple tweets about me in Twitter by tagging my account and account of the State Bar of California, using my distorted pictures they took without my permission from the internet, blaming me in calling for genocide, and presenting for this reason my manipulated tweets to the public. One tweet they

3

used was presented to the public without its second part where I tweeted that "we have to think how to jon Armenia to us",  thus leaving only first part of it, and even first part was presented without the tweet on which I responded, where the person blamed Azerbaijan in commission of Khojali genocide which is officially recognized as committed by Armenian terror groups and CIS # 366 (Russian) regiment in Karabakh.

9. While Defendants were nonstop tagging my and State Bar of California's accounts and demanding my disbarment, my social accounts, emails, phone numbers were flooded with death threats, coming mostly from the names of well known terrorists from operation Nemesis (which according to the evidence was initiated and promoted by ARF ) and terrorists, who took part in first Karabakh war (like Monte Melkonyan). At the same time my Yelp business page was flooded with fake negative reviews claiming that people were my clients and I cheated them.

10. My requests to Defendant Yelp Inc. to remove negative reviews were ignored, and they eventually blocked my phone number. Defendant Yelp Inc. till today keeps negative reviews in my profile. Later, the same was done by Defendants  Google LLC and Alphabet Inc.

11. Approximately from 2023, I started noticing that my name in Google Search results comes under pictures of  different criminals or I am getting messages with threats.  Also, I  started noticing that all Defendants' news appear under my name in Google search results from the exact time when they were published as if my entire life was about Defendants.

12. From approximately 2022, I started experiencing difficulties with getting cases in all referral organizations I was a member of and I was subjected to continuous harassment in all of them.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on October 20, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*