AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date: November 25, 2024<br><br>Courtroom: 3B<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendants Armenian National Committee of America, Aram Hamparian, Armenian National Committee of America Western Region's Motion to Dismiss and Motion to Strike Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents:

1. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is attached hereto as an Exhibit A;

2. A research paper prepared by the Terrorism Analysis branch in coordination with FBI in 1984 titled "Global Terrorism: The Justice Commandos of the Armenian Genocide", a true and correct copy of which was submitted to Court as an Exhibit A to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 53, ESF page No. 429-450);

3. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants being inseparable part of ARF, a true and correct copy of which was submitted to Court as an Exhibit B to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 53, ESF page No. 451- 45);

4. A case USA v. Stepanyan (2:21-cr-00188);

5. A Judgment by Australian court in case Khuraman Armstrong v. Yulia Assatryan, et al. (Case No. Cl-21-01623), a true and correct copy of which was submitted to Court as an Exhibit D to Plaintiff's Opposition to Defendants' Yelp

Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 53, ESF page No. 466 - 510);

6. Case USA v. Mourad Topalian (Case No. 1: 99CR358);
7. Case USA v. Karnig Sarkissian, et al. (841 F.2d 959 (9th Cir. 1988).

Dated: October 20, 2024

Respectfully submitted,

By: *Aynur Baghirzade*

*Aynur Baghirzade, Plaintiff*

*Email: contact@aynurlawyers.com*