# EXHIBIT A

but freedom of the press does not mean license to spread falsehoods and malicious rumors. I think Members of Congress should be extremely careful in verifying any statements that are placed in the CONGRESSIONAL RECORD, and not lend themselves as unconscious agents of the spreading of false and libelous statements.

## John R. Flynn and the Dashnags

EXTENSION OF REMARKS
OF
## HON. FRANK E. HOOK
OF MICHIGAN
IN THE HOUSE OF REPRESENTATIVES
*Friday, May 4, 1945*

Mr. HOOK. Mr. Speaker, under leave to extend my remarks in the RECORD, I include the following article:

### JOHN T. FLYNN AND THE DASHNAGS

Frantically trying to sabotage the sedition trial and smear witnesses, the McCormick-Patterson press axis has now resorted to the use of lies lifted direct from Fascist files. Writing in the Washington Times-Herald, John T. Flynn, ex-America Firster, has attacked John Roy Carlson, Armenian-born author of Under Cover, and prospective Government witness in the sedition trial. Flynn seems to have based his article almost exclusively on the time-worn web of lies concocted by the Armenian Revolutionary Federation, also known as Dashnag, with headquarters in Boston. This revolutionary gang with a long record of terrorist-fascist activity, is negligible in number but well organized. It is thoroughly discredited in the eyes of Americans of Armenian origin, the overwhelming majority of whom are loyal and law-abiding citizens grateful to the United States of America.

Flynn's masterpiece of distortion is proving popular with native Fascists. It is being circulated widely in Chicago at meetings of We, the Mothers Mobilize and other defeatist groups identified with the Bund, Silver Shirt, and Coughlinite mentality. Flynn's smear-piece has been picked up by Gerald L. K. Smith, boosted in the Chicago Tribune and the Brooklyn Tablet in a futile attempt to offset the searing effects of Under Cover. And the bulk of Flynn's "facts"—flimsy, picayune, irrelevant half-truths, distortions, and outright lies—have been inspired by Armenian Fascist circles in Boston.

In accepting the usual trash from the Dashnag kitchens of journalistic rot, Flynn has insulted all American Armenians (except the criminally minded Dashnag) and committed the sacrilege of terming their martyred Prelate a "Communist agent." Flynn has whitewashed the sordid Dashnag record and called it "patriotic." Dashnags' Nazi sympathies are clearly shown in this sample quotation from the September 17, 1936, issue of their Armenian-language organ, Hairenik, edited daily by propaganda chief, Reuben Darbinian:

"Italy has not only become regenerated by fascism, but has become an empire nation, and today is reckoned as a military power in international politics. Germany has not only become regenerated by Hitlerism, but has turned her face to the east, and displays her fist to Moscow. * * * Hitlerism and fascism, which are the stepsons of bolshevism, and begotten by it, are its gift to mankind, know where they are going. Germany has found her element, Russia has lost it (translation)."

In order to understand the role of the Armenian Revolutionary Federation (ARF), it is necessary briefly to review Armenian history, for ARF misdeeds in America are rooted in the ideologies it fostered in the stormy, feud-infested underworld of the Near East.

### DASHNAGS AS REVOLUTIONISTS

The Dashnags are a secret political society of self-styled socialist-revolutionists, founded in 1890 in the Caucasus in order to liberate Armenians from Turkish oppression. Its form was (and is) oligarchic and its members subject to strict militaristic discipline. Instead of resorting to the ballot or constitutional methods, the ARF determined to "achieve political and economic freedom by means of rebellion," and "terrorize Government officials, betrayers, and all sorts of oppressors." According to official Dashnag publications (from which these excerpts have faithfully been made, it proceeded to "form fighting bands" and "use every means to arm the people." Droshag, official ARF organ, reporting on a party congress at Geneva, summed it up as follows:

"Expressions of revolutionary tactics—general rebellion, armed resistance to the forces of government, wide political terrorism, projects of revolutionary demonstrations, armed popular self-defense, political and economic strikes, peasant and labor movements—all of these, cultivated and unified in their minutest details, shall constitute the totality of the system of a modus operandi by which the party is to achieve its program in life (translation)."

### DASHNAGS AS POLITICAL TERRORISTS

"Should we continue terrorism or not?" party leaders asked in an official booklet, and answered the query: "After a few successful operations, thanks to the terroristic disposition of the leading elements, the party eventually completely adopted terrorism." Terror and intimidation were used in instruments indispensable to political warfare precisely as later used by Nazi brownshirts. Terrorism was directed mainly against Armenians, and few who opposed the ARF were spared, whether laymen or holy priests. Dashnags—as did Russian nihilists of the time—lived in a world of total hate and revenge.

I. Jamharian was a wealthy Armenian who refused to contribute. He "fell under the blows of a dagger * * * in broad daylight in the courtyard of the Armenian church, in the presence of a great throng," wrote M. Varandyan, Dashnag historian. Death sentences were decreed by the central committee and were detailed to the "terroristic body of the ARF experts in political murder regionally located. A dagger (Dashnag, which is the abbreviation for the Armenian word federation, itself means dagger) was the most frequent instrument used. Droshag widely publicized acts of terrorism and triumphantly ended its reports with "The terrorists are at large." In one instance a killer was caught and executed; Droshag lamented the death of "that noble soul." In September 16, 1933, Hairenik, Dashnag mouthpiece of Boston, reaffirmed the traditional policy of terror:

"Another effected practice was the intimidation of prominent men in order to obtain financial support. Those who refused were 'put on the spot.' In fact, it was very similar to the underground methods of modern racketeering, except that its goal was noble."

By a curious twist of diplomacy the ARF became rulers for about 2 years (1918–20) of the territory now comprising Soviet Armenia. Being used to revolutionary methods, however, they failed as administrators. They engaged in a series of expansionist wars which ended disastrously. Torn by dissension, famished, decimated, and also threatened by Turkey, the populace welcomed Bolshevist rule, which promised bread and peace. After purloining the national treasury Dashnag leaders were ousted from power.

### TERRORISM IN AMERICA

Armenians in America, while not gratified with Soviet rule, are content to see age-long massacres ended and Turkey, the dread Mohammedan enemy, held at bay. A degree of religious tolerance has been granted to the Holy See of the Armenian Church in St. Etchmiadzin in the shadow of Mt. Ararat, enabling it to hold elections, appoint bishops and keep alive the flame of Christianity "in the hope," as expressed by Bishop Mazloumian of Greece, "that tomorrow may have something better in store for us."

Since their ousting, exiled Dashnag leaders have entered into a web of intrigue with any power which promised to place them in the saddle again. In 1933 Hitler lavishly promised everything to everybody, and looked with particular favor on any disgruntled clique which could pave the way for his drang nach osten policy of reaching the Caucasian oil fields. Early in 1933 Dashnags suddenly revived their cult of the tricolor—its red, orange, and blue party flag. In mass revivalist meetings, marked with wild religious frenzy, they worshipped the defunct flag of a defunct regime.

On July 1, 1933, Archbishop Leon Tourian, Primate of the Armenian Church in North and South America, refused to speak at Armenian Day at the Chicago Fair unless the Dashnag tricolor was removed. He demanded that only the American flag appear; the audience voted overwhelmingly in his favor. From then on the infuriated ARF press denounced the archbishop as a traitor and a Soviet agent.

At an outing in August 1933, he was attacked by seven Dashnag hoodlums while blessing parishioners of the Worcester Church of Our Saviour. Hairenik began to print letters threatening his life. Four samples follow. "Archbishop Tourian will be punished sooner or later. The day of reckoning will come." * * * "He is going to be sorry for it, and very sorry." * * * "He will get his share, I am sure." * * * "Until Tourian is punished ruthlessly, the bones of our martyrs will not rest in their places." Hairenik stepped up its tempo by printing a letter which offered a reward: "I will gladly give $100 if something is done to teach Tourian a lesson." When the Archbishop asked for police protection Hairenik denounced him for seeking the protection of "alien (American) police."

In December 1933 while celebrating Christmas mass in the Holy Cross Church in New York, the Archbishop was murdered by a gang of Dashnag assassins in the favorite Dashnag manner; a butcher knife plunged deep into his groin. Two ARF officials were convicted of first-degree murder, seven other Dashnags were convicted of first-degree manslaughter. The convictions were sustained in successive courts while the ARF press (under Darbinian's complete charge) spoke of "ignorant jurymen," "false witnesses" and slurred the American judiciary. It referred to its nine cutthroats as "our blameless comrades." On March 26, 1935, the Honorable Thomas E. Dewey, now Governor of New York, who had been engaged by Armenian democratic forces in the United States to help prepare the case against the Dashnag, wrote to the Honorable Herbert Lehman, then Governor:

"For many years a very small group of fanatic zealots among the American people have perpetrated murders and assaults upon the duly constituted authorities, in a campaign of terrorism * * * for the purpose of imposing the will of the few, upon the many. I believe it is correct to say that this group, the Dashnags, does not constitute more than 5 percent of the Armenian population. Nine murders of those in high authority are attributed to this group within

the past 10 years and the murder of Archbishop Leon Tourian * * * is the most shocking of these crimes and the first conspicuous invasion by this group into the field of terroristic murder in the United States."

### WHO WAS ARCHBISHOP TOURIAN?

He was descendant of a distinguished family of clerics, scholars, and statesmen. The former patriarch of Jerusalem was his cousin. He was a linguist, author of four books, including a translation of the beautiful Armenian liturgy into English. He served as bishop of Bulgaria, primate of Smyrna, vice patriarch of Constantinople and Armenian archbishop of England. He was a friend of Right Rev. William J. Manning Episcopal Bishop of New York, who participated in the burial services in the Cathedral of St. John the Divine and recited a special prayer for the martyred prelate. A tall, stately figure, the prelate gave hope to and glorified the democratic aspirations of Americans of Armenian origin. By obeying the dictum of the Holy See to keep partisan and political strife out of the church, he gained the undying enmity of the Dashnag gang.

Preceding the trial, the ARF had called the archbishop a "Soviet agent." Then they changed their tune and called his murder a "Bolshevik plot." Dashnag attorneys failed completely to produce a shred of evidence to support these Nazi inspired charges.

### DASHNAGS AS PRO-NAZIS

Following the murder, the Dashnag press showed marked Nazi leanings. Here are sample excerpts from the September 17, 1936, issue:

"The former Germany, defeated in the Great War, lacking popular unity, conducted an uncertain, confused, day-by-day policy which got her nowhere * * * And came Adolf Hitler, after Herculean struggles. He spoke to the racial heart string of the German, opened the fountain of his national genius, struck down the spirit of defeatism.

"Now, there is a Germany, strong, united, aggressive, proud, and self-reliant. She has torn and given to the winds the principal restrictions of the Versailles Treaty, and is now a national power, equal to, if not higher, than the great at the green tables of Europe and the world. Internally organized, externally impressive, the German people have come to occupy the place which was theirs before the war. * * *

"At no period since the World War had Berlin conducted so realistic, well-organized, and planned policy as now, since Hitler's assumption of power. At no time the German thought had been so explicit, clear, and rich as now. * * * And whatever outsiders may think concerning Hitlerism and fascism, as a system of government, it is proved that they have revitalized and regenerated the two states, Germany and Italy."

### DASHNAGS AND ANTISEMITES

Flynn's "patriots" have published some notorious anti-Jewish lines. A series of three lengthy front-page articles written by a Dashnag just returned from Germany, were published in the August 19, 20, 21, 1936, issues of Hairenik, extolling the Nazi regime, the myth of Aryan culture, and whitewashing Nazi persecution:

"Jews of all people being the most fanatical nationalists and race worshippers, wherever they go they are compelled to create an atmosphere and the rites and customs of internationalism and world citizenship in order to preserve their race exalation pure. * * * As the British use battleships to occupy lands and to protect their fatherland, in this same way the Jew uses internationalism or communism as a weapon. * * *

"Sometimes it is difficult to eradicate these poisonous elements when they have already struck deep root like a chronic disease. And when it becomes necessary for a people to eradicate them in an uncommon method, these attempts and methods are regarded revolutionary. During a surgical operation the flow of blood is a natural thing. * * * Under such conditions dictatorship seems to have the role of a savior" (translation).

Hairenik Weekly is the English language organ of the Dashnag, edited in Boston by James Mandalian. The Weekly voiced the political sentiments of the mother publication but exercised greater restraint. The August 9, 1935, issue started off with a reference to the Jewish controlled film industry, then ascribed Armenian massacres to the Turkish Jews of Salonika because of the Jewish love of gain. The May 10, 1935, issue quoted the vice mayor of Bucharest as saying: "The Armenians [meaning Dashnags only] have helped us Rumanians not to become slaves of the Jewish elements." An article in the September 25, 1936, issue of the Weekly denounced Zionist aims, and adopting a strong Arab nationalist view concluded with:

"And the type of Jew who is imported to Palestine is not anything to be proud about. Their loose morals, and other vices which were unknown to the Arabs prior to the Balfour Declaration, on top of all communistic activities, were the cause of most of the Arab criticism."

### DASHNAGS AS ANTI-CHRISTIAN

Flynn's patriots also have a record of anti-Christian utterance. The archbishop's heinous murder had its roots in Dashnag disrespect for church and clergy. It was common practice for ARF chiefs to burst into a church, fling open the doors and using the altar and chancel as platform hold political meetings. In at least two instances Armenians who tried to protect the Church of Smyrna from being desecrated were shot on the spot by Flynn's patriots. Dashnag leaders have always tried to seize political control of the church and reduce it to an instrument of Dashnag ideology.

They carried their cancerous feud even to America, but thanks to the devotion of a flock loyal to a historic church founded in 301 A. D., the ARF plan has failed. Hairenik Weekly evidently tried to poison the American-born Dashnag generation with a dose of anti-Christian hate and published two astonishing letters (March 29, 1935), headlined "Better off without Christianity." Excerpts follow:

"I. By accepting Christianity as our national religion we lost more than we gained as a people. There is nothing we as a people should thank Christianity for * * * and plenty we should regret on account of it.

"II. The Armenian cause suffered by the adoption of Christianity. The new venture was not particularly beneficial nor reassuring. * * * We lost much of our virility as a militant race. Before Christianity Armenia was a powerful state capable of more than holding her own. * * * We possessed national unity, solidarity, and virility."

### DASHNAGS AS RACE WORSHIPPERS

Just as the myth of an Aryan superrace was conceived by the Nazis to rekindle hope among the defeatist and frustrated German masses, Flynn's friends added race worship to the cult of flag worship. A few months before the murder, Hairenik (September 27, 1933) published an article on racial religionism explaining the need for "racial convulsions" in order to achieve "racial awakening":

"The racial-religious believes in his racial blood as a deity. Race above everything and before everything. Race comes first. Everything for the race. * * * We hear the racial religious orders have their own general creed, their leadership, and political emblem. They are also going to have their own uniforms, their own hymn, their rites, their holidays (translation)."

The organizer of the Racial Religious Orders was military hack named Gen. K. Nejdeh. "Today Germany and Italy are strong," he croaked, "because as a nation they live and breathe in the terms of race" (Weekly, April 10, 1936). Adapting the slogan "Youth, heart, and iron," Nejdeh generally modeled Dashnag youth upon the Hitler youth pattern. At first called racial patriots, later they become known as Tzeghagrons—composed of two words: tzegh (race) and gron (religion): race worshippers.

From this point on the dope of decadent race worship, dead-hero worship and defunct-flag worship was injected into young Tzeghagron minds. Whipped into strict discipline, urged never to marry non-Armenians lest it "pollute" the "purity of the Armenian race," Dashnag leaders pursued the nationalist credo that Armenianism and Armenian race-nationalism be retained at all costs. Otherwise, they cried out in alarm, its youth would "disintegrate into the melting pot and be lost to Armenia." It urged political activity as a means of keeping the new generation anchored to its race. Listen to the drivel drilled into American-born Tzeghagrons (Hairenik Weekly, January 11, 1935) by Mandalian, Darbinian, Nejdeh & Co.:

"I am preaching to you the Tzeghagron creed, worship of the race. * * * To me the highest act of individualism and of freedom is to follow the voice of my race. I am a Tzeghagron. That means: I know my race. I believe in my race. I worship my race. I know that my race is great; that my race has given more to humanity than it has received from it. I am a believer in my race and, behold, I worship another deity, the blood of my race, in whose unspotted purity lies the future of our people. * * * The deification of the will of the race—that is what the Tzeghagron is fighting for."

### DASHNAGS AND NAZI GERMANY

The question arises: were Flynn's friends subsidized by the Nazis or, as in the case of countless American Fascists, did Dashnags themselves bear all carrying charges? This issue of Propaganda Battlefront presents only the documented evidence and will draw no conclusions. But it is significant that in its editorial of November 1, 1936, Hairenik observed:

"Who can guarantee that Germany and Italy with their Polish and Hungarian and other allies, or independent of them, would not try to infiltrate beyond Transcaucasia as the Germans did in 1918. Therefore, instead of binding our fate to the 'undefeatable' army of the Soviet Union, isn't it wiser for the Armenian to think also of the day when that army is crushed, deserts our motherland, and leaves defenseless our people of the homeland (translation)."

Equally significant is an item in News Week of November 12, 1941, entitled "Armenian Puppet State:"

"As the Near East crisis develops, look for evidence of Nazi fifth-column activity by Armenians in Turkey and Syria. The Nazis have picked out the Armenian Revolutionary Federation or 'Dashnag' party to do the fifth-column work. This intensely nationalist organization has recently moved its headquarters from Switzerland to Paris in Berlin. * * * The Nazis have promised the Dashnags an autonomous state similar to Croatia in return for their cooperation."

Pages of Hairenik Weekly contained references to intercourse with Nazi Germany. The November 29, 1935, issue recorded that Frau H. Winkler was shipping to Tzeghagrons 200 copies of her book entitled "In the World of the Dragons." Formation of a Tzeghagron chapter in Berlin received repeated mention. The May 3, 1935, issue carried a letter from Hellmut Lange, a Nazi at Chemnitz, Germany, answering the query of a Tzeghagron on the Reich's attitude toward ARF aims:

"We Germans stand for the principles of self-determination not only for our German countrymen living under foreign oppression but also in favor of any other nation suffering in the same way. * * * National socialism is the mainstay of the national idea and the determined opponent of thraldom.

\* \* \* We Germans cannot but recognize your claims as thoroughly legitimate. \* \* \* Your aim is and must be Armenian rebirth to Armenian liberty in the Armenian spirit. We Germans want to have our countrymen free from foreign yoke. You as an Armenian patriot want to have Armenia free again. Can we both have a finer aim than this?

### DASHNAGS AS COMMUNISTS

With the turning of the Nazi tide and the triumph of Soviet Armies, Dashnag policy in the past 6 months has completely reversed itself. The Dashnags have now seemingly turned Communist. The Mandalian-Darbinian enterprises regularly reprint from Lraper, Armenian organ they once denounced as Communist, from Sovetakan Hayastan, official organ of Soviet Armenia, and the Weekly (Mar. 29, 1944) published a panegyric on Soviet Armenia and the Patriotic War issued by the Soviet Embassy in Washington. Dashnags have already made subtle overtures to leftist Armenian elements. On May 19, 1944, a Weekly editorial (translated from the Hairenik) ignored its defamation of the Soviet regime and adulation of Nazi theory, and begged anti-ARF factions to forget the past and effect a merger, explaining:

"The attitude of the Federation toward the Soviet Government in relation to the practical Armenian national policy is no different from theirs. Like them the Federation too looks to the Soviet Government \* \* \* and is willing to make all possible sacrifices for the realization of that national aim. The Federation, too, like them, admits that Soviet Armenia is the rightful political trustee of the Armenian cause."

### DASHNAGS AS POLITICAL CHAMELEONS

Flynn's pals began as Socialists and Social-Revolutionists, turned into Nazi sympathizers and are now seeking favor with Soviet interests, while also courting Brother Flynn's brand of America First politicians. The fact is that a corrupt, self-seeking Dashnag leadership has always followed an opportunistic policy, becoming all things to all men—whatever was most lucrative for the moment.

But it's had business now to write pro-Nazi columns, and it's bad business to peddle anti-Jew hate. Hence Simon Vratzian, member of the Dashnag central committee in Boston, shed crocodile tears (Weekly, September 22, 1943) in an article entitled "The Jewish Tragedy." In hypocritical contrast to previous ARF sentiments, Vratzian bemoaned the "terrible fate" of Jewry and called Jews the "allies of civilization." Reversing its former anti-Zionist and pro-Arab nationalist views, the Weekly (March 22, 1944) devoted an editorial to the jubilee birthday of Rabbi Stephen Wise, chief exponent of Zionism, referred to him as one of Jewry's "noblest sons" and wished him the attainment of Zionist aims. But although the Dashnags have professed internationalist views on world collaboration, they are currently serving as informants for the ultra-isolationist, nationalistic McCormick-Patterson interests.

Dashnag leaders have tried to be everything to anybody—whether Communist, Nazi, Social-Democrat, Socialist, isolationist, or native Fascist. In order to survive they must be nourished by outside sources for they are shunned by those who know the truth about them.

But John T. Flynn insists on calling them "patriots." Dashnags have hoodwinked many with their wily chameleon politics, perverted patriotism, hypocritical professions of faith, employment of defrocked priests, glib flattery and bribery of the gullible and naive. But the prize catch in the ARF suckers' net has been John T. Flynn who, in the absence of any evidence against the author of Under Cover, has swallowed as truth the sewer-spawned lies of a disreputable Armenian terrorist-fascist gang completely unrepresentative of Americans of Armenian origin and ostracized by them.

As to John T. Flynn, what are his qualifications for posing as an expert in the machinations of wily Old World politicians now plying their trade in America? What are Flynn's motives in becoming involved in the nationalist-isolationist politicos of the Washington Times-Herald and the Chicago Tribune? Has Mr. Flynn always been a member of their camp and only now bared his apparent affiliation?

---

## Source Material Which Shows FEPC To Be a Concentration Camp

### EXTENSION OF REMARKS
### OF
### HON. JOE W. ERVIN
### OF NORTH CAROLINA
### IN THE HOUSE OF REPRESENTATIVES

*Friday, May 4, 1945*

Mr. ERVIN. Mr. Speaker, it is my opinion that a permanent FEPC, which is proposed in certain legislation now pending in Congress, would create a concentration camp for all Americans. It is my purpose to discuss that question in the House today.

In order that everyone may read the source material upon which I am to base my argument on that question, I am including in this extension of remarks three documents, as follows:

Exhibit 1: A copy of H. R. 2232, which is the bill referred to;

Exhibit 2: A copy of portions of a little booklet entitled "FEPC—How It Operates"; and

Exhibit 3: A copy of the proceedings before the temporary FEPC in Case No. 65 against the United States Cartridge Co., of St. Louis, Mo.

These exhibits are as follows:

### EXHIBIT I
### H. R. 2232

A bill to prohibit discrimination in employment because of race, creed, color, national origin, or ancestry

*Be it enacted, etc.,* That this act may be cited as the Fair Employment Practice Act.

#### FINDINGS AND DECLARATION OF POLICY

SEC. 2. (a) The Congress hereby finds—
(1) that the practice of discriminating in the matter of employment, and in matters relating thereto, against properly qualified persons because of their race, creed, color, national origin, or ancestry leads to domestic and industrial strife and unrest and forces large segments of the population permanently into substandard conditions of living, thereby creating a drain upon the resources of the Nation and a constant threat to the maintenance of industrial peace and of the standard of living necessary to the health, efficiency, and well-being of workers; and
(2) that the existence of such practices in industries engaged in commerce or in the production of goods for commerce causes the means and instrumentalities of commerce to be used to spread and perpetuate such conditions throughout the several States and causes diminution of employment and wages in such volume as substantially to impair and disrupt the market for goods in commerce, and burdens, hinders, and obstructs commerce.

(b) Individuals shall have the right to work without discrimination against them because of their race, creed, color, national origin, or ancestry.

(c) It is hereby declared to be the policy of the Congress to protect such right and to eliminate all such discriminations to the fullest extent permitted by the Constitution. This act shall be construed to effectuate such policy.

#### DEFINITIONS

SEC. 3. As used in this act—
(a) The term "person" means an individual, partnership, association, corporation, legal representative, trustee, trustee in bankruptcy, receiver, or any organized group of persons, and includes any agency or instrumentality of the United States or of any Territory or possession thereof.
(b) The term "employer" means a person having in his employ six or more individuals, or any other person acting in the interest of such an employer, directly or indirectly.
(c) The term "labor union" means any organization, having six or more members, in which employees participate and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, or terms or conditions of employment.
(d) The term "commerce" means trade, traffic, commerce, transportation, or communication among the several States; or between any State or Territory, or the District of Columbia, and any place outside thereof; or within the District of Columbia or any Territory; or between points in the same State but through any point outside thereof.
(e) The term "affecting commerce" means in commerce, or burdening or obstructing commerce or the free flow of commerce, or having led or tending to lead to a labor dispute burdening or obstructing commerce or the free flow of commerce.
(f) The term "Commission" means the Fair Employment Practice Commission created by section 6.

#### RIGHT TO FREEDOM FROM DISCRIMINATION IN EMPLOYMENT

SEC. 4. The right to work and to seek work without discrimination because of race, creed, color, national origin, or ancestry is declared to be an immunity of all citizens of the United States, which shall not be abridged by any State or by an instrumentality or creature of the United States or of any State.

#### UNFAIR EMPLOYMENT PRACTICES DEFINED

SEC. 5. (a) It shall be an unfair employment practice for the purposes of this act for any employer—
(1) to refuse to hire any individual because of such individual's race, creed, color, national origin, or ancestry;
(2) to discharge any individual from employment because of such individual's race, creed, color, national origin, or ancestry;
(3) to discriminate against any individual in the matter of compensation with respect to, or in other terms or conditions of, employment because of such individual's race, creed, color, national origin, or ancestry; or
(4) to confine or limit recruitment or hiring of individuals for employment to any employment agency, placement service, training school or center, labor union or organization, or any other source that discriminates against individuals because of their race, color, creed, national origin, or ancestry.

(b) It shall be an unfair employment practice for the purposes of this act for any labor union—
(1) to deny full membership rights and privileges to any individual because of such individual's race, creed, color, national origin, or ancestry;
(2) to expel from membership any individual because of such individual's race, creed, color, national origin, or ancestry; or
(3) to discriminate against any member, employer, employee, or individual seeking