1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
3  Phone: 619-630-6646
   Email: contact@aynurlawyers.com
4  
   *AYNUR BAGHIRZADE, IN PRO SE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>             Plaintiff,<br><br>       v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF OPPOSITION TO DEFENDANTS' ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO STRIKE**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants' Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region's Motion to Strike. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. In or around January 7, 2024, I posted in my personal Twitter account a thread of around three tweets. The tweet was in response to another person's post that Azerbaijan committed Khojali genocide which is officially recognized as committed by Armenian terror groups such as ARF and ASALA together with CIS 366 regiment in Karabakh region of Azerbaijan. The entire thread was about thinking "how to join Armenia to us" as I couldn't see any other way how the conflict could be stopped and I believed that bloodshed and hostility will continue anyway. To my recollection, I specifically talked about it in the second part of my range of tweets, which was omitted by Defendants when they placed their news about me that I allegedly "called for the genocide of Armenians".

2. When Defendants tweeted the series of their accusations in my address the tweet of the person, who blamed Azerbaijan in committing Khojali genocide disappeared as well.

3. All my other tweets also were manipulated by Defendants - where I talked about deleting Armenian project they presented it as "deleting Armenia" or "deleting Armenians", where I talked about "Armenia as a carcinoma to be reformed", they presented it as naming "Armenians a cancer".

4. In or around June 21, 2024, when I placed in my Twitter account information about filing this lawsuit, multiple other defamatory news were published - all of them from the date of their publication appear under my name in

2

1. Google search results, one of them is published by Armenian Weekly which belongs to ARF (Dashnaksutyun), closely affiliated with Defendants.

5. After publication of the news about this lawsuit my Google business account was shelled with negative reviews which Defendants Google LLC and Alphabet Inc. keep to this date despite my protests.

6. Approximately in the middle of July, 2024, when I opened my laptop it started screaming loudly that my computer is locked and that I need to call to Apple in order to unlock it. There was a phone number on the screen as well. The number was a DC number. The person on another side of the line advised me to download the program. I started downloading it but then paused and told to the person that I need a time to think whether I need this program or not.

7. After checking Settings in my computer I discovered that the program was a program for the remote access to my computer, which would have given to the person an opportunity to see my files and even manipulate, delete them, if I downloaded it completely, I also discovered that the number was not an Apple Service number.

8. Approximately in the beginning of September, 2024, I switched to another internet provider and ordered equipment for the home internet. In couple of days, I couldn't connect to the Internet other devices in my apartment by using the password on the back of my equipment. I called to Verizon and asked them what is gong on. Verizon informed me that somebody in my apartment changed my password. I was shocked as I lived alone and nobody could access my internet device except me unless my landlord gave an access to my apartment to someone else.

9. When I called again next day to Verizon, I was informed that the password on the back of my equipment is wrong and that I can use another password to use internet, and Verizon representative gave me a new password. The

3

new password worked perfectly well, but it was strange that Verizon was giving to me a password for my home internet.

10. When next time I tried to register for my Verizon account, I couldn't do that, it gave me an error message. At the same time I could see that someone was apparently registered for my account as the only option I had was to get a permission from the manager of the account to use it. On my question to Verizon who is managing my account I received an answer that nobody, that there was a registration mistake.

11. Approximately in the middle of September, 2024, I called to Verizon again and demanded them to maintain my registration for my own account, when I tried to change password the system didn't allow me to do so, and I was advised that I will get my password in mail. When I got a new password in mail for my account it didn't work again. At the same time my printer stopped printing for no reason.

12. After several days of battle with Verizon, I registered for my Verizon home account and changed the password - printer started working. However, I have the same problem with my prepaid Verizon account for my Iphone - I can't register for my Verizon account and for unknown reasons it gives me error message whenever I try to register for it.

13. Approximately at the beginning of October, 2024, and then in the middle of October, 2024, I requested my account information from Twitter, both times I couldn't download the zip files despite the fact that I had enough space at my computer.

14. In the middle of October, 2024, before requesting second time my account information from the Twitter, I downloaded "unzip application' to my Iphone from Apple Store.

15. In the middle of October, 2024, when I second time requested my account information from Twitter, I received only a file which can be downloaded only on desktop.

16. In October 17, 2024, when I tried to download "unzip application' from Apple store to my Mac all my efforts were futile, I received an error message for every unzip application I was trying to download.

17. Currently, I need only the second part of my thread of tweets I posted in my Twitter account on or around January 7, 2024 where I was speaking on Armenia joining Azerbaijan as this part of the tweet was deliberately omitted by Defendants when they blamed me in calling for genocide, and if I can't obtain it from Twitter, I will subpoena it.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on October 20, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*