1 | AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
2 | Laguna Beach, CA 92651
Phone: 619-630-6646
3 | Email: contact@aynurlawyers.com

4 | *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7 | **UNITED STATES DISTRICT COURT**
8 | **SOUTHERN DISTRICT OF CALIFORNIA**

9

10 | AYNUR BAGHIRZADE, | Case No.: 3:24-CV-01077-RSH-MMP

11 | Plaintiff, | **EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ARMENIAN**

12 | v. | **NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN**

13 | ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | **AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO**

14 | | **STRIKE**

15

16

17

18 | Date: November 4, 2024
Place: 3B-3rd Floor (Rm# 3142)

19

20

21 | Presiding Judge: Hon. Robert Huie

22

23 | Magistrate Judge : Hon. Michelle M. Petit

24

25

26

27

28

1

Exhibits in Support of Plaintiff's Opposition            Case No.: 3:24-CV-01077-RSH-MMP

1    **1.**    **EXHIBIT A** - FIRST PART OF THE ORIGINAL TWEET POSTED BY

2  PLAINTIFF ON JANUARY 7, 2024, IN HER PERSONAL ACCOUNT IN RESPONSE TO

3  CLAIM THAT AZERBAIJAN COMMITTED KHOJALI GENOCIDE, PUBLISHED BY

4  ARMENIAN REPORT AND LATER RETWEETED BY ANOTHER ACCOUNT - PAGES: 4-6

5  (A1 -A3)

6

7    **2.**    **EXHIBIT B -** FIRST PART OF PLAINTIFF'S TWEET WITHOUT POSTING

8  OF ANOTHER ACCOUNT, WHERE AZERBAIJAN WAS BLAMED IN COMMISSION OF

9  KHOJALI GENOCIDE, RETWEETED BY DEFENDANT ANCA - PAGES: 7-8 (B1 - B2)

10

11    **3.**    **EXHIBIT C -** DEFENDANTS' LATER PUBLICATIONS ABOUT PLAINTIFF

12  SHOWING HOW THEY MANIPULATED HER TWEETS. THEY CLAIMED THAT SHE

13  NAMED ARMENIA A CARCINOMA, WHICH MUST BE DELETED, WHILE IN HER

14  TWEET SHE CALLED FOR ARMENIA TO BE REFORMED - PAGES: 9-11 (C1-C3)

15

16    **4.**    **EXHIBIT D -** SOME OF DEFENDANTS' NEWS ABOUT PLAINTIFF

17  APPEARING UNDER PLAINTIFF'S NAME RIGHT AWAY SINCE THE DATE OF THEIR

18  PUBLICATIONS - PAGES: 12-24 (D1-D13)

19

20    **5.**    **EXHIBIT E -** DEFENDANTS' TWEETS MADE AT DIFFERENT TIMES, ALL

21  BLAMING PLAINTIFF IN CALLING FOR GENOCIDE AND ASSAULTING HER IN HER

22  PROFESSIONAL CAPACITY, ALL OMITTING THE TWEET WHERE AZERBAIJAN WAS

23  BLAMED IN COMMISSION OF KHOJALI GENOCIDE AS WELL AS SECOND PART OF

24  PLANTFF'S TWEET WHERE SHE PUBLISHED THAT "WE HAVE TO THINK HOW TO

25  JOIN ARMENIA TO US" - PAGES: 25-27 (E1- E3)

26

27

28

Exhibits in Support of Plaintiff's Opposition                Case No.: 3:24-CV-01077-RSH-MMP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      **6.**     **EXHIBIT F -** SOME OF THE THREATS, INCLUDING DEATH THREATS, PLAINTIFF STARTED GETTING IMMEDIATELY AFTER DEFENDANTS' PUBLICATIONS IN THEIR TWITTER ACCOUNTS AND OTHER SOCIAL MEDIA - PAGES: 28 - 43 (F1-F16)

Exhibits in Support of Plaintiff's Opposition        Case No.: 3:24-CV-01077-RSH-MMP

# EXHIBIT A

...tney-sparks-outrage-with-calls-for-genocide-against-armenians



# THE
# ARMENIAN
# REPORT

NEWS    WATCH    SHOP    SUBSCRIBE    ADVERTISE    ABOUT    CONTACT

**Aynur Baghirzade**
@BaghirzadeAynur

I think it's clear that we have to delete 🇦🇿 project as soon as possible.

They are incapable to accept their own crimes and to apologize, the only language they understand is the language of force.

🇦🇿 has always bogged down the region, we have to get rid of it to move forward

> 🟣 **Anushik Mkhitar** 🏴‍☠️ @Haybaji · Jan 7
> This is why Azerbaijan must be condemned for slaughtering and mutilating the civilians of Khojaly. This "smile to the camera" photoshoot moment makes it worse. Absolute disgrace. twitter.com/oflu1970/statu...

3:29 PM · Jan 7, 2024 · **36.6K** Views

💬 80          🔁 40          ♡ 57          🔖 12          ⬆️

Exh. A2

cookies on our website to see how you interact with it. By accepting, you agree to our use of such cookies. **Privacy Policy**

7:30

misfortune.. Ara, America, Europe … help us to defeat goat lovers.. we are so weak that we can't even stand them… , they even invaded our land .. 😂



**Observatoire d'armenophobie** @… · 2h  •••

An #armenophobic Azeri attorney (in California) calling for the eradication of an entire nation.
@StateBarCA would think about that?
Aynur Qafar Baghirzade
State Bar No. #332085
Address: 1968 S Coast Hwy # 2429, Laguna Beach, CA 92651-3681
Phone: 619-630-6646
@ANCA_WR



Vaqif Sadıqov and PeoplePower follow
**Aynur Baghirzade**
@BaghirzadeAynur                                        •••

I think it's clear that we have to delete 🇦🇲 project as soon as possible.

They are incapable to accept their own crimes and to apologize, the only language they understand is the language of force.

🇦🇲 has always bogged down the region, we have to get rid of it to move forward

> 🟢 **Anushik Mkhitar** 🕊️  @Haybaji · 21h
> This is why Azerbaijan must be condemned for slaughtering and mutilating the civilians of Khojaly. This "smile to the camera" photoshoot moment makes it worse. Absolute disgrace. twitter.com/oflu1970/statu…

12:29 AM · Jan 8, 2024 · **6,089** Views



🌑 **Aynur Baghirzade** @Baghirza… · 16h

I think it's clear that we have to delete 🇦🇲 project as soon as possible.

They are incapable to accept their own…

♡          ↻ 7          ♡ 9          ⅰⅼⅰ 181          🔖          ⬆️

↻   

**Bayraktar Kaan** reposted a reply to you
Sözünüzə qüvvət

🏠          🔍          ⬜          🔔          ✉️

Exh. A3

youtu.be/Q_inIDPQx_A?si…



7

# EXHIBIT B



# EXHIBIT C

◀ Safari

← **Post**

 **ANCA**
@ANCA_DC                                          ...

Aynur Baghirzade, the CA lawyer who publicly
called Armenians a **"cancer"** and says it's time to
**"delete"** the Armenian project, is suing the ANCA
for not less than $500,000,000.

Her 58-page filing in the US District Court for the
Southern District of California is worth reading.

9:39 AM · 6/24/24 From Earth · **14K** Views

**27** Reposts  **7** Quotes  **128** Likes  **12** Bookmarks

💬          ⟲          ♡          🔖          ↑

**Most relevant replies** ⌄

. @anzuralhaqiqa · 6/24/24                         ...
1. Not only ANCA but google as well, which is
especially funny
2. She will eventually make a fool of herself.
PLEASE PLEASE PLEASE share the lulz!

💬 1          ⟲          ♡ 6          ᶦᶅᶦ 394          🔖          ↑

**Levon** @levdem24 · 6/24/24                      ...
Link to article please?

♡          ⟲          ♡ 1          .ᶦᶅ 469          🔖          ↑

Post your reply

🏠          🔍          ▱          👥          🔔          ✉

Exh. C2

# California attorney Aynur Baghirzade files $500,000,000 lawsuit against ANCA

**BAGHIRZADE HAS PUBLICLY CALLED FOR ARMENIA TO BE "DELETED"**

🕐 June 24, 2024    👤 The Armenian Weekly    💬 14



SAN DIEGO, Calif.—California attorney Aynur Baghirzade — who came to prominence earlier this year for publicly calling Armenia a "**carcinoma**" that needed to be "**deleted**" — has filed a lawsuit seeking half a billion dollars in damages from the Armenian National Committee of America (ANCA) and others that she claimed have misrepresented views and damaged her professional reputation. Her 58-page filing was submitted to the United States District Court for the Southern District of California on June 21.

Baghirzade's filing is available **here.**

# EXHIBIT D



11:27

← **Post**



**ANCA** ✔ @ANCA_DC · 7m
The most compelling argument for:

1) **The** @StateBarCA **disbarring**
@BaghirzadeAynur**, 2)** @X **banning this CA
licensed immigration lawyer**

Right here - her **one-hour genocidal rant**
today on @XSpaces, raging against the very
existence of #Armenia.





59:25

💬 1          🔁 3          ♡ 2          📊 188          🔖          📤

**Aynur Baghirzade**          ···
@BaghirzadeAynur

I have a right under 1st amendment to express
my opinion - and @StateBarCA cannot punish
me for expressing my opinion. As to your



Post your reply

🏠          🔍          ▢          🔔          ✉

Exh. D3



← **Post**

**ANCA** ✓
@ANCA_DC

## A genocidal call to "get rid of" Armenia.

By a California lawyer licensed by @StateBarCA.

On a platform that prohibits incitement to violence.

**Not challenging this sort of venom normalizes the demonization of Armenians**, setting the stage for renewed anti-Armenian violence.



Aynur Baghirzade
@BaghirzadeAynur

+ for future attacks. Armenia today is the only obstacle on our way to join the entire Turkic 🌍 and unite, we have to get rid of it. All these loud talks, their toxic diaspora, peace games - it will bring nothing to us except repetition of the same cycle of abuse and bloodshed.

6:49 PM · 1/7/24 From Earth · **10K** Views

1 Repost  14 Quotes  **29** Likes  **4** Bookmarks

Post your reply

Exh. D4



**Posts**     **Replies**     **Highlights**     **Media**     **Likes**

↻ ANCA reposted

⭐ **Amy Tarkanian** ⭐ ✓ @Mrs... · 1/8/24  ···
Hey @X and @StateBarCA this vile person is calling for #Genocide of Armenians. Her account should be removed and her law license revoked.

🌐 **ANCA** ✓ @ANCA_DC · 1/8/24

In response to US-based attorney @BaghirzadeAynur (licensed in CA) openly calling for #genocide of Armenians.

1) Twitter should ban her for inciting genocide
2) California State Bar should investigate her

Tweet:
x.com/BaghirzadeAynu...

Bio:
aynurimmigrationlaw.com/about-us
x.com/BaghirzadeAynu...



𝕏

**Aynur Baghirzade**
@BaghirzadeAynur

I think it's clear that we have to delete 🟥 project as soon as possible.

They are incapable to accept their own crimes and to apologize, the only language they understand is the language of force.

🟥 has always bogged down the region, we have to get rid of it to move forward

6:29 PM · Jan 7, 2024 · **13.5K** Views

💬 10      ↻ 19      ♡ 58      📊 4.5K      🔖      ↑

Exh. D5

**ANCA** ✓ @ANCA_DC · 1/8/24
Congress can save Christian Armenians –

1:25



**ANCA** ✔
@ANCA_DC

Having repeatedly incited #genocide against Armenians – then doubled down on her calls to "delete" and "get rid of" Armenia – @BaghirzadeAynur is now ranting about some sort of great satanic replacement theory.

FYI: @StateBarCA

Background: x.com/ANCA_DC/status...



👤 ANCA and Armenian Bar Association

| This Post is from an account you blocked. | **View** |
|---|---|

11:34 AM · 1/11/24 From Earth · **2.8K** Views

**12** Reposts  **1** Quote  **43** Likes  **2** Bookmarks



Post your reply

Exh. D6


**@ANCA_DC**

The most compelling argument for:

1) **The @StateBarCA disbarring @BaghirzadeAynur**, 2) **@X banning this CA licensed immigration lawyer**

Right here - her **one-hour genocidal rant** today on @XSpaces, raging against the very existence of #Armenia.



11:20 AM · 1/19/24 From Earth · **28K** Views

**54** Reposts  **14** Quotes  **174** Likes  **14** Bookmarks



Exh. D7

1:22    LTE

← **Post**


@ANCA_DC

A lawyer licensed in California - @BaghirzadeAynur - taking a break from calling for the genocide of Armenians (an act of moral turpitude punishable by @StateBarCA) - to host a Twitter talk (Jan 19th: 9:00 AM PST) to attack the @ANCA_DC.

Link: twitter.com/i/spaces/1RDGI...



Aynur Baghirzade @BaghirzadeAynur · 10h
By corrupting organisations, politicians, state agencies ANCA is trying to turn America into totalitarian state where it can dictates its rules.

That's why Yelp is important ... Yelp can silence businesses... All of them...

♡ 20      ⟲ 3      ♡ 31      �ᵢₗᵢ 1.2K      ⊓ ↑

Aynur Baghirzade @BaghirzadeAynur · 12h
Set a reminder for my upcoming Space! twitter.com/i/spaces/1RDGI....

Hi, we will talk on January 19, 9:00 a.m. California time on ANCA, my experience, resources and network for help. It will be evening time for those who are in Turkey and Azerbaijan. Please join me this Friday.

🌑 **Aynur Baghirzade** Host

**ANCA's actions – resources, network, materials and etc.**

Tomorrow at 12:00 PM

✓ **Reminder set**

♡ 1      ⟲ 4      ♡ 14      ᵢₗᵢ 454      ⊓ ↑

👤 ANCA


Post your reply

🏠    🔍    ⊡    🔔¹    ✉

Exh. D8

1:22 · LTE

← **Post**



## @ANCA_DC

A lawyer licensed in California - @BaghirzadeAynur - taking a break from calling for the genocide of Armenians (an act of moral turpitude punishable by @StateBarCA) - to host a Twitter talk (Jan 19th: 9:00 AM PST) to attack the @ANCA_DC.

Link: twitter.com/i/spaces/1RDGl...



**Aynur Baghirzade** @BaghirzadeAynur · 10h
By corrupting organisations, politicians, state agencies ANCA is trying to turn America into totalitarian state where it can dictates its rules.

That's why Yelp is important ... Yelp can silence businesses... All of them...

○ 20      ⟲ 3      ♡ 31      ılı 1.2K      🔖  ⬆

**Aynur Baghirzade** @BaghirzadeAynur · 12h
Set a reminder for my upcoming Space! twitter.com/i/spaces/1RDGl....

Hi, we will talk on January 19, 9:00 a.m. California time on ANCA, my experience, resources and network for help. It will be evening time for those who are in Turkey and Azerbaijan. Please join me this Friday.

🌐 **Aynur Baghirzade** Host
**ANCA's actions – resources, network, materials and etc.**
Tomorrow at 12:00 PM

✓ **Reminder set**

○ 1      ⟲ 4      ♡ 14      ılı 454      🔖  ⬆

👤 ANCA



Post your reply

🏠      🔍      ▱      🔔¹      ✉

Exh. D9

9:09

# Post



**ANCA** ✓ @ANCA_DC · 19h                    ...
NEW RULE:

Lawyers licensed by the California State Bar
are permitted to publicly call for the
genocide of Armenians.

- See listing of Aynur Baghirzade's
(@BaghirzadeAynur) genocidal tweets
(below).

- See @StateBarCA response to complaint
(graphic).



State Bar of California permits **genocidal threats** by licensed lawyer against Armenians

ANCA



🛑 **ANCA** ✓ @ANCA_DC · 1/26/24

The growing wave of
online anti-Armenian hate
- if not confronted
aggressivel... Show more

💬 14          🔁 14          ♡ 40          ᴵₗᵢ 4.6K          🔖     ⬆️



**Dr Hyelander** 🇦🇲 🖊️ @Helioprog... · 16h
It's simple, Armenians are not a group the
@StateBarCA cares enough for to limit

Exh. D10

1:26    LTE

← **Post**



**ANCA** ✓
@ANCA_DC

Three points:

1) Calling out genocidal incitement is not a
threat. Just the opposite

2) Genocidal threats represents rightful
grounds for a @StateBarCA moral turpitude
investigation

3) Her doubling down on genocidal threats
(see screenshot) simply adds to the case for
action



**Aynur Baghirzade**
@BaghirzadeAynur

Armenians threatening me with disbarment.

Once again Armenian project must be deleted. Now, go and complain..

4:19 PM · Jan 8, 2024 · **15.4K** Views

💬 81    🔁 14    ♡ 122    🔖 8    ⬆



🔴 **ANCA** ✓ @ANCA_DC · 1/9/24

Calling on @StateBarCA to investigate whether

Post your reply

Exh. D11

1:30    LTE



**ANCA** ✔
@ANCA_DC

One more reason to call on @StateBarCA to investigate whether a CA licensed lawyer @BaghirzadeAynur publicly calling to "delete" & "get rid of" Armenians (or any nation or ethnicity) represents an act of moral turpitude meriting formal disciplinary action. #retweet

---

**U.S. Azerbaijanis Network** @USA... · 1/9/24

#ArmenianLobby in U.S. & worldwide is known for attempts to intimidate, harass & resort even to physical actions, such as bombing of a #Jewish professor Shaw, hitting #Turkish diplomats at @USC, burning an annual Turkish students party, etc. Here they try the same with 🇦🇿 lady.

---

@BaghirzadeAynur (licensed in CA) openly calling for #genocide of Armenians.

1) Twitter should ban her for inciting genocide
2) California State Bar should investigate her

Tweet:
x.com/BaghirzadeAynu...

---

 Post your reply

             1    

Exh. D12

1:30



**ANCA** ✔
@ANCA_DC

Calling on @StateBarCA to investigate whether a CA licensed lawyer @BaghirzadeAynur publicly calling to **"delete" & "get rid of" Armenians** (or any nation or ethnicity) represents an act of moral turpitude meriting formal disciplinary action.

Link:
x.com/ANCA_DC/status...



🔴 **ANCA** ✔ @ANCA_DC · 1/8/24

In response to US-based attorney @BaghirzadeAynur (licensed in CA) openly calling for #genocide of Armenians.

1) Twitter should ban her for inciting genocide
2) California State Bar should investigate her

Tweet:
x.com/BaghirzadeAynu...

Bio:
aynurimmigrationlaw.com/about-us x.com/BaghirzadeAynu...

𝕏

Aynur Baghirzade
@BaghirzadeAynur

I think it's clear that we have to delete 🏳️‍🌈 project as soon as possible.

Post your reply

Exh. D13

# EXHIBIT E




Google    aynur baghirzade

President and Minister of Foreign Affairs in one helicopter within one day... Karma is a b@tch...



Instagram · armenian_national_committee
310+ likes · 4 months ago

## ANCA | The most compelling argument for: 1) The the State ...



59:27

... : 1) The the State Bar of California disbarring **Aynur Baghirzade**, and 2) Twitter banning this CA licensed...".



The Armenian Report
https://www.thearmenianreport.com › post › california-...

## California Attorney Sparks Outrage with Calls for Genocide ...

Jan 8, 2024 — Licensed California attorney **Aynur Baghirzade** has posted a disturbing call for genocide against Armenians on her personal X account. The ...



Instagram · aynurbaghirzade
20+ followers

## Aynur Baghirzade (@aynurbaghirzade)

29 Followers, 14 Following, 3 Posts - See Instagram photos and videos from **Aynur Baghirzade**

Exh. E2

8:16

BAGHIRZADE. Tel: 619-630-6646 ·
attorney@aynurimmigrationlaw.com. Instagram.
Facebook · Twitter ...



 Instagram · armenian_national_committee
310+ likes · 4 months ago

## ANCA | The most compelling argument for: 1) The the State Bar of California disbarring Aynur ...



... : 1) The the State Bar of California
disbarring Aynur Baghirzade, and 2)
Twitter banning this CA licensed...".

 Instagram · armenian_national_committee
740+ likes · 4 months ago

## California attorney Aynur Baghirzade tweeted an open call for #genocide ...

748 likes, 83 comments - armenian_national_committee on January 8,
2024: "California attorney Aynur Baghirzade tweeted an open call for ...

 The Armenian Report
Jan 8, 2024 · www.thearmenianreport.com

## California Attorney Sparks Outrage with Calls for Genocide Against ...

Licensed California attorney Aynur Baghirzade has
posted a disturbing call for genocide against
Armenians on her personal X account. The ...



 Instagram · aynurbaghirzade
20+ followers



🔒 Q aynur baghirzade

Exh. E3

# EXHIBIT F



**6:26**

Edit    | All | Missed |

**+1 49618228389**
🄿 Junk
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

**No Caller ID**
🄿 unknown
Monday ⓘ

★ Favorites | Recents | Contacts | Keypad | Voicemail  8

F2

6:14

# [Immigrationservices] Contacts - new submission  `Inbox`

 **Death To Aynur**  6:13 PM

to me ⌄

**Death To Aynur** just submitted your form: Contacts
to [Immigrationservices](Immigrationservices)

### Message Details:

Message: Rip

First Name: Death

Last Name: To Aynur

Email: [Deathtoaynur@gmail.com](mailto:Deathtoaynur@gmail.com)

Subject: Rip your career

Reply to this email directly or via Wix inbox:

[ **Respond Now** ]

If you think this submission is spam, [report it as spam](report it as spam).



Exh. F3

6:35

< **Todd's review**



**Todd H.**
⌂ 0   ★ 3   ▱ 0

★★★★★   1/8/24

• • •

I will be in the area to give this law office a visit soon
with rest of the Armenians. You gonna learn real soon
not to mess with Armenians.  Artsakh is Armenia.

[ Comment ]   [ Direct message ]



Add a public comment                                    5,000   ➤

🏠        📢         🏪         ✉1         🔔              ≡
Home   Yelp Ads   Biz Info    Inbox   Notifications   **More**

Exh. F4

← **Post**

**VtotheG**
@GVtothe

**Follow**   ...

Calm down twitter fingers, you are eventually gonna run into an armenian living in cali and meet your faith. Karma is real and your name is on her list, be ready

1:53 AM · 1/9/24 From Earth · **9** Views

Post your reply

Exh. F5

3:17

# [Immigrationservices] Contacts - new submission Inbox

 **Monte Melkonyan** 3:09 AM

to me ⌄

**Monte Melkonyan** just submitted your form:
Contacts
to Immigrationservices

### Message Details:

Message: Stop crying like a jew on twitter

First Name: Monte

Last Name: Melkonyan

Email: monte@melkonyan.com

Subject: You know me ?

Reply to this email directly or via Wix inbox:

Respond Now

If you think this submission is spam, report it as spam.



Exh. F6

7:17

← **Post**



**Vov'na**
@vov_na

Follow   ...

Don't worry, when you become homeless in the states, you can go back to your totalitarian region filled with caspian turks called "azeri". Your ruler will feed you some caviar and pet you in the head for being a racist cunt against Armenians. You'll get a mini Safarov treatment.

5:07 AM · 1/9/24 From Earth · **31** Views

**2** Reposts **2** Likes

            

Post your reply



Exh. F7



← **Post**

**Financial Penguin** ✓
@FinancialPeng

**Follow** ···

Everyone, her State Bar of California
@StateBarCA license number is 332085.
Please file a complaint at calbar.ca.gov/
Portals/0/docu...

7:49 AM · 1/9/24 From Earth · **2** Views



Post your reply

    

Exh. F8



# Post

**Chelsea Hart** ✔
@chelseahartisme

**Follow**

If you'd like ask the California bar how to file a misconduct complaint, here is the number.

Ask them if genocide glorification disqualifies someone from overseeing  the needs of vulnerable refugees and political asylum seekers.

> How to file an attorney misconduct complaint: Call 800-843-9053 for help

8:21 AM · 1/9/24 From Earth · **80** Views

**1** Like

Post your reply



Exh. F9

3:39

‹ **Voicemail**

To retrieve a voicemail first set a password and greeting.

Business

**+1 (818) 930-6026**
 Agoura Hills, CA
January 9, 2024 at 2:53 PM

0:00                                    −0:24



### Transcription

" Yeah, I wanna call say I saw what you tweeted on Twitter You can't tweet that kind of stuff people will come after you Good luck Do you think that you think that since you guys killed a lot of people you can just say whatever you want and no one 's gonna come after you think again..."

Was this transcription useful or not useful?


Favorites


Recents


Contacts


Keypad


Voicemail

Exh. F10

3:39

< Voicemail

To retrieve a voicemail first set a password and greeting.

Business

**+1 (805) 399-5767**
P San Miguel, CA
January 9, 2024 at 1:57 PM

0:00                                    −0:10



**Transcription**
" Fucking Nager We're gonna tell you your entire family…"

Was this transcription useful or not useful?

Favorites    Recents    Contacts    Keypad    Voicemail

Exh. F11

3:40

< **Voicemail**

To retrieve a voicemail first set a
password and greeting.

Business

**+1 (213) 810-5625**
[P] Los Angeles, CA
January 8, 2024 at 11:53 PM

0:00                                    −0:13

            

**Transcription**
" You a pic Police Piece of shit…"

Was this transcription useful or not useful?

                         
Favorites      Recents      Contacts      Keypad      Voicemail

Exh. F12

8:00

← **Post**



**Alen**
@SenorAlenn                                          **Follow**    ...

Google operating NEMESIS...work of art. We're
working on a new list, dont worry, washed up
attorneys arent on it.

9:20 AM · 1/18/24 · **3.6K** Views

**3** Quotes  **6** Likes

💬        ⟲        ♡        🔖        ⬆️

**This post has been deleted.**



Post your reply

🏠        🔍        ▱        🔔        ✉️

Exh. F13



Shoot in the breeze, 9 in the boot, full of trees
1 in the morning, catch me with a gun on the corner
Let you know it's all real and you can front if you wanna
I understand, fuck it dog, die in the can
I say you pussy, you won't die for your right-hand man
As well as your left, niggas trip, fell into death
They touch you, only thing else to say is fuck you

A-yo, y'all niggas ain't hardcore, all my niggas is homicide
What you know about getting shot, letting the drip dry
Letting the spit fly, seeing sparks whiz by
Putting a M*A*S*H on niggas like Klinger and Horgi
So soft you smushy, I blast 'til your shit is gushy
Should be the head Cat in the Broadway play, you pussy
Fuck with Sheek, Ouija board spell "Death"

You can talk that beef shit, I hope that deep shit
Be as deep as you inside the fucking cement
Or you can deep sea dive, with no scuba gear
I'll drown you with your snorkel on, bitch, breathe out of
there
Whole team rich, never seen a summer like this
Baking hot, and you can sled ride down my wrist, neck,
and hand
When it comes to coke, I can make a snowman, shit
Play in this shit make a angel with it

You got a gut feeling about shit, nigga, that means you
shot.

I'll tell you in your face, fuck you
Pull it off my waist, hit you up, fuck you
And watch you die on the street, fuck you
Whoever feel sad at the funeral, fuck them too





Exh. F14

8:02

← 🔍 Edwin Mirzayans



# Edwin Mirzayans · 2nd

Helping B2B Companies Generate High-quality Leads I Lead Generation I Email Marketing I Content Creation I Data Licensing I Display Ads I Telemarketing

PMG360 - B2B marketing services in the USA · University of Maryland College Park

Yerevan, Armenia

**500+ connections**

 **Dilya Abdusamedova** is a mutual connection

**[ 👤+ Connect ]**   **[ Message ]**   **( ••• )**

Providing services
Lead Generation, Content Marketing, Email Marketing,...
**Show details**

## About

I'm Edwin, husband, father, and passionate about helping companies grow their sales pipelines. I am part of the great team at PMG360, a leading digital marketing and media company that helps B2B companies generate higl...see more

Exh. F15

 Home    My Network    Post    Notifications    Jobs



**new submission** Inbox

S   **Solomon Tehlirian** 2:48 PM

to me ⌄

**Solomon Tehlirian** just submitted your form: Contacts

to Immigrationservices

### Message Details:

Message: messagge

First Name: Solomon

Last Name: Tehlirian

Email: operation.nemesis@
deathtoazzeris.org

Subject: subject

Reply to this email directly or via Wix inbox:

Respond Now

If you think this submission is spam, report it as spam.

To edit your email settings, go to your Inbox on desktop.

Exh. F16