AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

AYNUR BAGHIRZADE,

                  Plaintiff,

    vs.

ARMENIAN NATIONAL
COMMITTEE OF AMERICA, A
NON-PROFIT CORPORATION, et
al.

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 24CV1077 RSH MMP

**PLAINTIFF'S REQUEST FOR THE ENTRANCE OF DEFAULT IN REGARDS TO DEFENDANTS LEGALMATCH CALIFORNIA, A NEVADA DOMESTIC CORPORATION, AND ESTRELLA SANCHEZ, AN NDIVIDUAL**

Presiding Judge: Hon. Robert Huie

Magistrate Judge : Hon. Michelle M. Petit

1

PLAINTIFF'S REQUEST FOR THE ENTRANCE OF DEFAULT

24CV1077 RSH MMP

Pursuant to Rule 55 (a) of F.R.C.P. Plaintiff submits this Request for the entrance of default in regards to Defendants Legalmatch California, a Nevada Domestic Corporation, and Estrella Sanchez, an Individual, based on the facts set below:

Plaintiff fled her Complaint on June 21, 2024;

Plaintiff thereafter filed her First Amended Complaint (FAC) on August 15, 2024;

Plaintiff served her First Amended Complaint (FAC) on Defendants LegalMatch California, a Nevada Domestic Corporation, and Estrella Sanchez, an individual, on  September 18, 2024 (Docket # 76 and 62 ).

Defendants in accordance with Rule 12 (a)(1)(A)(i) of Federal Rules of Civil Procedure must have submitted their answer within 21 days of the serving of FAC which expired on October 9, 2024.

Defendants had enough time to submit their answers but they failed to do so.

Accordingly, Plaintiff respectfully asks Court to enter default in regards to Defendants Legalmatch California, a Nevada Domestic Corporation, and Estrella Sanchez, an individual.

Respectfully submitted,

Dated: October 22, 2024                    Plaintiff, Aynur Baghirzade

By: /s/ Aynur Baghirzade

Aynur Baghirzade

Email: contact@aynurlawyers.com

2