AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                              Plaintiff,<br><br>        vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br><br>                              Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE REQUEST FOR THE ENTRANCE OF DEFAULT IN REGARDS TO DEFENDANTS LEGALMATCH CALIFORNIA, A NEVADA DOMESTIC CORPORATION, AND ESTRELLA SANCHEZ, AN INDIVIDUAL**<br><br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1.      I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2.      I filed a complaint on June 21, 2024 against numerous Defendants, including Defendants Legalmatch California, a Nevada Domestic Corporation, and Estrella Sanchez, an individual.

3.      On August 15, 2024, I filed a First Amended Complaint (FAC).

4.      According to the process servers both Defendant Legalmatch California, a Nevada Domestic Corporation, and Estrella Sanchez, an individual, were served on September 18, 2024 (Docket # 62 and 76).

5.      According to Rule 12 (a) (1) (A) (i) of F.R.C.P. Defendants must have responded till October 9, 2024, but failed to do so.

I declare under penalty of perjury and under the Laws of the United States that foregoing is true and correct. Executed on October 22, 2024 in San Diego, California.


By:  Aynur Baghirzade, the Declarant

*Aynur Baghirzade*
_____

DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE REQUEST FOR THE ENTRANCE OF DEFAULT

24CV1077 RSH MMP