Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al.,<br><br>Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, AND SETH CHAVEZ'S NOTICE OF NON-OPPOSITION RE: PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:        November 4, 2024<br><br>Judge:       Hon. Hon. Robert S. Huie<br>Trial Date:  Not Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Los Angeles County Bar Association, Coco Su, and Seth Chavez ("the LACBA Defendants") hereby file this notice of non-opposition to Plaintiff's Motion for Leave of Court to file [a] Second Amended Complaint.

KLINEDINST PC

DATED: October 30, 2024      By:    /s/ *Leah A. Plaskin Lorenz*
Heather L. Rosing
Leah A. Plaskin Lorenz
Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ