Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES
COUNTY BAR ASSOCIATION, COCO
SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

AYNUR BAGHIRZADE, an individual,

      Plaintiff,

v.

ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non - Profit Corporation; et al.,

      Defendants.

Case No. 24CV1077 RSH MMP

**PROOF OF SERVICE**

Judge:     Hon. Hon. Robert S. Huie
Trial Date:  Not Set

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 1100, San Diego, California 92101.

On October 30, 2024, I served true copies of the following document(s) described as **DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, AND SETH CHAVEZ'S NOTICE OF NON-OPPOSITION RE: PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT** on the interested parties in this action as follows:

1                           **SEE ATTACHED SERVICE LIST**

2          **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed

3 the document(s) with the Clerk of the Court by using the CM/ECF system.

4 Participants in the case who are registered CM/ECF users will be served by the

5 CM/ECF system. Participants in the case who are not registered CM/ECF users will

6 be served by mail or by other means permitted by the court rules.

7          I declare under penalty of perjury under the laws of the State of California

8 that the foregoing is true and correct.

9          Executed on October 30, 2024, at Payson, Arizona.

10

11                                /s/ Andrea Day Lovell

12                              Andrea Day Lovell

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

**SERVICE LIST**
*Baghirzade v. Armenian National Committee of America, et al.*
**USDC SD CA Case No. 24CV1077 RSH MMP**

| | |
|---|---|
| Aynur Baghirzade<br>1968 S. Coast Highway, #2429<br>Laguna Beach, CA 92651 | Telephone: (619) 630-6646<br>Email: contact@aynurlawyers.com<br><br>Plaintiff IN PRO SE |
| Natalie J. Morgan<br>WILSON SONSINI GOODRICH<br> & ROSATI<br>12235 El Camino Real<br>San Diego, CA  92130-3002 | Telephone:  (858) 350-2300<br>Facsimile:   (866) 974-7329<br>Email: nmorgan@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC AND ALPHABET INC. |
| Nicholas E. Hakun<br>WILSON SONSINI GOODRICH<br> & ROSATI<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3814 | Telephone: (202) 973-8800<br>Facsimile:   (866) 974-7329<br>Email:  nhakun@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC AND ALPHABET INC. |
| Suzanne Burke Spencer<br>Michael A. Sall<br>SALL SPENCER CALLAS<br> & KRUEGER<br>32351 Coast Highway<br>Laguna Beach, CA 92651 | Telephone: (949) 499-2942<br>Facsimile: (949) 499-7403<br>Email: sspencer@sallspencer.com<br>msall@sallspencer.com<br><br>Attorneys for Defendant ORANGE<br>COUNTY BAR ASSOCIATION, TRUDY<br>LEVINDOFSKE andTERESA VUKI |
| Adrianos Facchetti<br>Law offices of Adrianos Facchetti,<br>P.C.<br>4444 W. Riverside Dr., Ste. 308<br>Burbank, CA 91505 | Telephone: (626) 793-8607<br>Facsimile: (626) 793-7293<br>Email: adrianos@facchettilaw.com<br><br>Attorneys for Defendants<br>YELP INC. and JEREMY STOPPELMAN |
| Chad M. Thurston<br>SCHWARTZ SEMERDJIAN<br>CAULEY<br>SCHENA & BUSH, LLP<br>101 West Broadway, Suite 810<br>San Diego, CA 92101 | Telephone: (619) 236-8821<br>Facsimile: (619) 236-8827<br>Email: chad@sscelaw.com<br><br>Attorneys for Defendants ARMENIAN<br>NATIONAL COMMITTEE OF<br>AMERICA; ARAM HAMPARIAN AND<br>ARMENIAN NATIONAL COMMITTEE<br>OF AMERICA WESTERN REGION |

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101