AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>             Plaintiff,<br><br>      vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>             Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE MOTION REQUESTING COURT TO INVESTIGATE INSTANCES OF INTERFERENCE TO PLAINTIFF'S PACER ACCOUNT, SPECIFICALLY PLAINTIFF'S PACER ELECTRONIC FILING SYSTEM TO OBSTRUCT JUSTICE, AND UNDERTAKE NECESSARY ACTIONS TO MAINTAIN PLAINTIFF'S NORMAL ACCESS AND USE OF THE ELECTRONIC FILING SYSTEM**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. On September 23, 2024, Court made an order allowing me to file my documents electronically, however the order was not granted. When I fulfilled all requirements to join the filing system at PACER, I discovered that I still can't file electronically. I called first to Pacer staff, which referred me to Court. I was explained that the court order will not be granted because there is a court rule requiring all attorneys, even those who are pro se to register and pay for the Pacer account in order to be able to file electronically - this was right before the deadline to file opposition to Defendants' Yelp Inc. and Jeremy Stoppelman's motion to dismiss for failure to state the claim.

3. On October 7, 2024, by using electronic filing system I filed executed summons for Defendants LegalMatch California and Estrella Sanchez (Docket # 61 and 62). When on or around October 22, 2024, I checked those Docket numbers, I discovered that all two dockets are for the summons in the name of Estrella Sanchez. To my recollection, I filed summons for both LegalMatch California and Estrella Sanchez.

4. On or around October 16, 2024 - just couple of days before the deadline to oppose to Defendants Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region's motion to dismiss, my draft of opposition disappeared from my computer, I wrote a

2
DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE MOTION
24CV1077 RSH MMP

letter to my landlord asking who entered my apartment and received a response that nobody did.

5. On November 4, 2024, just couple of days before responding to Defendants Armenian National Committee or America, Aram Hamparian, Armenian National Committee of America Western Region and Defendants Yelp Inc. and Jeremy Stoppelman's opposition to my Motion for Leave to File SAC, Verizon cut off my internet alleging non-payment (while I had disagreement with provider as to the excessive amount charged to me and Verizon refused to reconsider the bill), at the same time hot spot on my prepaid phone with Verizon (duly paid) suddenly didn't work, but I recall it very well that it perfectly worked before. I also couldn't join to my landlord's network on fifth floor - freely available to all residents. My connection to landlord's wife was showing Self-Assigned IP.

6. Finally, on November 6, 2024, when I was trying to file my response to Defendants Armenian National Committee of America, Aram Hamparian, Armenian National Committee of America Western Region and Defendants Yelp Inc. and Jeremy Stoppelman's opposition to my Motion for Leave to file SAC, I couldn't do that using Response to Motion or Reply to Motion functions - Docket numbers 83 and 84 were missing from the system, and there was a red inscription DEFAULT at the head of the filing system. I was not in default to file the reply as according to Court's oder I had to do that on or before November 6, 2024 (Docket # 72).

I declare under penalty of perjury and under the Laws of the United States that foregoing is true and correct. Executed by me on November 6, 2024, in San Diego, California.

By: Aynur Baghirzade, the Declarant

*Aynur Baghirzade*

---

4
DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE MOTION        24CV1077 RSH MMP