AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF WITHDRAWAL OF THE DOCUMENT UNDER DOCKET # 85 AS NOT BEING DULY SIGNED AND REPLACING IT WITH THE DOCUMENT UNDER DOCKET # 86 AS WELL AS CONSIDERING DOCUMENTS FILED UNDER DOCKET # 86 AND 87 AS PLAINTIFF'S RESPONSES TO DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN, ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, YELP INC., AND JEREMY STOPPELMAN'S OPPOSITIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1
2
3   **Notice** is hereby given that document filed by the Plaintiff under Docket #
4   85 is withdrawn as not being duly signed and is replaced by the document under
5   Docket # 86 - Plaintiff's Response to Defendant Armenian National Committee of
6   America, Aram Hamparian, and Armenian National Committee of America
7   Western Region's Opposition to Plaintiff's Motion for Leave to file Second
8   Amended Complaint, duly signed and filed on November 6, 2024.
9       In lieu of the fact that Plaintiff couldn't find in her Pacer account
10  Oppositions of Defendants Armenian National Committee of America, Aram
11  Hamparian, Armenian National Committee of America Western Region, Yelp Inc.,
12  and Jeremy Stoppelman to respond to them in due way, consider Plaintiff's replies
13  filed under Docket # 86 and 87 as Responses to Defendants Armenian National
14  Committee of America, Aram Hamparian, Armenian National Committee of
15  America Western Region, Yelp Inc., and Jeremy Stoppelman's oppositions to
    Plaintiff's Motion for Leave to File Second Amended Complaint accordingly.
16
17
18      Dated: November 13, 2024
19
20
21                          Respectfully submitted,
22
23
24                          By: *Aynur Baghirzade*
25                          *Aynur Baghirzade, Plaintiff*
26                          *Email: contact@aynurlawyers.com*
27
28