AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**MOTION REQUESTING COURT'S CLARIFICATION TO ITS ORDER (DOCKET # 75) AND CONSIDERING DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S PREVIOUSLY FILED MOTION TO DISMISS FOR LACK OF JURISDICTION TO BE FILED ON NOVEMBER 18, 2024, OR ALTERNATIVELY GIVE PLAINTIFF TIME TO RESPOND TO THIS MOTION ON OR BEFORE NOVEMBER 25, 2024.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

On September 30, 2024, Defendants ATTORNEY SEARCH NETWORK (ATN) and JAKE BALOIAN filed a motion to dismiss Plaintiff's First Amended Complaint (FAC) for lack of jurisdiction. (Docket # 57).

On October 17, 2024, pursuant to Local Rule Rules 7.1. and 7.2., Plaintiff Aynur Baghirzade ("Plaintiff") and Defendants ATN and JAKE BALOIAN, by and through their counsel of record, stipulated and presented their joint motion to Court, asking to continue the hearing date for the Defendants's motion to dismiss for lack of jurisdiction from November 4, 2024, till November 18, 2024. (Docket # 71).

Further, Court issued an order on October 21, 2024, (Docket # 75) on Plaintiff and Defendants' joint motion and stipulation where granted the extension and ordered Defendants to file their responses to Plaintiff's First Amended Complaint by no later than November 18, 2024, while the Defendants filed their motion to dismiss to Plaintiff's FAC on September 30, 2024 (Docket # 57). The order also didn't set any new deadlines for the Plaintiff to respond to Defendants' motion while it was Plaintiff who needed and requested the extension.

Considering an ambiguity and obvious mistake in Court's order, Plaintiff talked and emailed to Defendants' counsel on record on November 12, 2024, and November, 13, 2024, asking for new stipulation to clarify Court order with new deadline for the Plaintiff to answer. In both cases she was promised to be contacted, but was either not contacted or contacted later of the agreed time. On November 12, 2024, Plaintiff had a phone conversation with Defendants' counsel on record, during which counsel agreed to refile the motion on or before November 18, 2024, but refused to confirm this in writing.

Considering that Plaintiff was a person who asked for extension, and the order erroneously directs Defendants to file their motion to FAC on or before November 18, 2024, and no new deadlines were set for Plaintiff to respond to

Defendants' previously filed motion as well as to avoid the risk of Court's possible ruling on Defendants' previously filed motion, Plaintiff hereby respectfully asks Court to clarify its previous order (Docket # 75) and grant Plaintiff extension to respond to Defendants' motion to dismiss for lack of jurisdiction (Docket # 57) and either consider Defendants' motion to be filed on November 18, 2024, or extend Plaintiff's right to file her answer to this motion till November 25, 2024.

Respectfully submitted,

Dated: November 13, 2024             Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com