1 | AYNUR BAGHIRZADE
2 | 1968 S. Coast Highway #2429
  | Laguna Beach, CA 92651
  | Phone: 619-630-6646
3 | Email: contact@aynurlawyers.com

4 | *AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, <br><br> Plaintiff, <br><br> v. <br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP <br><br> **DECLARATION IN SUPPORT OF THE PLAINTIFF'S MOTION REQUESTING COURT'S CLARIFICATION TO ITS ORDER (DOCKET # 75) AND CONSIDERING DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S PREVIOUSLY FILED MOTION TO DISMISS FOR LACK OF JURISDICTION TO BE FILED ON NOVEMBER 18, 2024, OR ALTERNATIVELY GIVE PLAINTIFF TIME TO RESPOND TO THIS MOTION ON OR BEFORE NOVEMBER 25, 2024.** <br><br> Presiding Judge: Hon. Robert Huie <br> Magistrate Judge : Hon. Michelle M. Petit |

1    I, AYNUR BAGHIRZADE, declare:

2

3        1.    I am a Plaintiff in the underlined case. I have a personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

    2.    On October 17, 2024, I stipulated and conferred with the counsel on record for Defendants Attorney Search Network (ATN) and Jake Baloian to continue the hearing date for their previously filed motion to dismiss for lack of jurisdiction from November 4, 2024 till November 18, 2024.

    3.    On October 21, 2024, Court issued a minute order, which granted the joint motion for extension but ordered Defendants to file their response to Plaintiff's First Amended Complaint (FAC) on November 18, 2024, at the same time order didn't set up new deadlines for the Plaintiff to respond to Defendants' motion.

    4.    Considering ambiguity and obvious mistake in Court's order, I contacted Defendants' counsel on record on November 12, 2024, and November 13, 2024, asking counsel for new stipulation to clarify court's order and get extension to respond to their motion. Defendant's counsel both time set up the time to call me and either didn't call or call later.

    5.    On November 13, 2024, during a phone conversation, Defendants' counsel agreed to refile their motion on or before November 18, 2024, but refused to confirm it by email or writing.

    I declare under penalty of perjury and under the laws of the United States that foregoing is true and correct. Executed by me on November 13, 2024, in San Diego, California.

                                      *By: /s/ Aynur Baghirzade*
                                      Aynur Baghirzade, declarant