AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF WITHDRAWAL OF THE DOCUMENT UNDER DOCKET # 94 (SECOND AMENDED COMPLAINT)**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

**Notice** is hereby given that the document filed by the Plaintiff under Docket # 94 (Second Amended Complaint) is withdrawn as there is a mistake in its heading for eighth cause of action (since it contradicts its highlighted version of the Second Amended Complaint when it was filed with the motion for leave to file SAC). A new document replacing the withdrawn SAC will be filed accordingly.

Dated: November 16, 2024

Respectfully submitted,

By: *Aynur Baghirzade*

*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*