1  NATALIE J. MORGAN, State Bar No. 211143
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real
3  San Diego, CA 92130-3002
   Telephone: (858) 350-2300
4  Facsimile: (866) 974-7329
   Email:     nmorgan@wsgr.com
5
   NICHOLAS E. HAKUN, (Admitted *Pro Hac Vice*)
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  1700 K Street NW, Fifth Floor
   Washington, DC 20006-3814
8  Telephone: (202) 973-8800
   Facsimile: (866) 974-7329
9  Email:     nhakun@wsgr.com

10 Attorneys for Defendants
   GOOGLE LLC AND ALPHABET INC.
11
                UNITED STATES DISTRICT COURT
12
              SOUTHERN DISTRICT OF CALIFORNIA
13
                     SAN DIEGO DIVISION
14

15 | AYNUR BAGHIRZADE,                        ) Case No.: 3:24-CV-01077-RSH-MMP
                                              )
16 |         Plaintiff,                       ) **NOTICE OF MOTION TO**
                                              ) **DISMISS PLAINTIFF'S SECOND**
17 |    v.                                    ) **AMENDED COMPLAINT BY**
                                              ) **DEFENDANTS GOOGLE LLC**
18 | ARMENIAN NATIONAL                        ) **AND ALPHABET INC.**
     COMMITTEE OF AMERICA, et al.,            )
19 |                                          ) Date: December 30, 2024
             Defendants.                      ) Time: TBD
20 |                                          )
                                              ) Before: Before: Judge Robert S. Huie
21                                            )
                                              )
22                                            )

---

GOOGLE LLC AND ALPHABET INC.'S NOTICE OF                    CASE NO.: 3:24-CV-01077-RSH-MMP
MOTION TO DISMISS SECOND AMENDED COMPLAINT

1  PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Google LLC and Alphabet Inc. (together, "Google") hereby move the Court for an order dismissing Plaintiff's Second Amended Complaint (ECF No. 96) against them. This motion is set for December 30, 2024, for purposes of calculating reply and opposition deadlines; however, per Chambers rules, no oral argument will be held on the Motion unless separately ordered by the Court.

This motion is made on the grounds that the Second Amended Complaint fails to state a claim on which relief can be granted against Google, as discussed in the attached Memorandum of Points and Authorities.

Dated: November 25, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Nicholas E. Hakun*
Nicholas E. Hakun
(Admitted *Pro Hac Vice*)
E-mail: nhakun@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.