Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al.,<br><br>Defendants. | Case No.  3:24-cv-01077-RSH-MMP<br><br>**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:         December 30, 2024<br>Judge:       Hon. Robert S. Huie<br>Courtroom: 3B |

I, Suzanne Burke Spencer, declare and state as follows:

1.  I am an attorney with Sall Spencer Callas & Krueger, ALC, attorneys for Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki ("OCBA Defendants").

2.  I am admitted to practice before this Court and the courts of the State of California.  I have personal knowledge of the statements made herein and could competently testify thereto.

**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

3.   Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's application to the Orange County Bar Association Lawyer Referral & Information Service (**"OCBA LRIS"**) dated January 17, 2023.

4.   Attached hereto as **Exhibit B** for the Court's convenience is a true and correct copy of the Rules of the OCBA LRIS adopted August 26, 2020, which were in effect in 2023.

5.   As a courtesy to the Court, attached hereto as **Exhibit E** is a true and correct copy of the State Bar Rules related to Lawyer Referral Services.

6.   Attached hereto as **Exhibit F** is a true and correct copy of Plaintiff's application to the OCBA Mentoring Program dated May 27, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2024, in Laguna Beach, California.

_____
Suzanne Burke Spencer