# EXHIBIT A

**OCBA LRIS**
LAWYER REFERRAL & INFORMATION SERVICE

# ORANGE COUNTY BAR ASSOCIATION
## LAWYER REFERRAL & INFORMATION SERVICE (LRIS) APPLICATION

### 2023 NEW MEMBER

Baghikzade _____ Aynur
Last Name ___ First Name ___ MI

332085 _____ 2020
State Bar No. ___ Year Admitted to State Bar

Law Offices of Aynur Baghikzade
Firm Name

949-670-8088
Business Phone ___ Fax

4120 Archway
Street Address ___ Suite #

Irvine, CA, 92618
City/State/Zip

www.aynurlawyers.com; aynurimmigration
Website address (if available)

contact@aynurlawyers.com
Email Address

*(By providing your email address, you agree to allow the LRIS to email you regarding relevant LRIS information.)*

law.com was a member in 2021.
How did you hear about us?

☒ I am a **member** of the Orange County Bar Association, and have enclosed my check in the sum of **$225.00** for annual LRIS membership dues. *(Please note that dues are based on the calendar year and are not pro-rated.)*

☐ I am **not** a member of the Orange County Bar Association, and have enclosed my check in the sum of **$450.00** for annual LRIS membership dues. *(To obtain OCBA membership information, please contact the Membership Department at 949/440-6700.)*

☐ I am a member of the OCBA and interested in renewing/joining the Modest Means panel **_only,_** and have enclosed my check in the sum of **$75.00.** LRIS membership fee is waived for the Immigration Law panel.

TOTAL FEES ENCLOSED $_____

#### MEMBERSHIP DUES ARE NON-REFUNDABLE

Please _check_ that you have read the following:

☒ I have read LRIS Rule 8.3 and agree to pay to the Lawyer Referral & Information Service a forwarding fee of 15% of any and all fees collected (except for Modest Means referrals) from all clients referred to me by the Lawyer Referral & Information Service.

☒ I maintain an office in Orange County, California as described in LRIS Rule 5.1.

Please _check_ all that apply:

☒ I have attached proof of my current Errors and Omissions insurance policy (Certificate of Insurance or Declarations Page only).

☒ I am willing to travel to other Court Jurisdictions: ☒ Los Angeles ☒ Riverside ☒ San Bernardino ☒ San Diego

☐ I am interested in receiving bilingual referrals. ☐ Staff is bilingual ☒ Attorney is bilingual ☐ Both
Language(s): Russian, Turkish, Azerbaijane

☐ I am licensed to practice in another State. Bar # _____ State: _____

I have read, understand and agree to be bound by all the Rules of the Orange County Bar Association Lawyer Referral & Information Service as of the date hereof, or as amended hereafter as provided for by such Rules. I have read and agree to be bound by the Rules of Professional Conduct governing attorneys in the State of California. I will be responsible for compliance with all rules, regulations and requirements which are implemented subsequent to the date of this application by the Lawyer Referral & Information Service Committee, Lawyer Referral & Information Service Administrator, or the Orange County Bar Association.

_____
(Signature)

January 17, 2023
(Date)

***THIS FORM IS REQUIRED AND MUST BE SUBMITTED AT TIME OF APPLICATION.***

## DECLARATION RE: DISCIPLINARY STATUS

This declaration is submitted to enable the Lawyer Referral & Information Service of the Orange County Bar Association to comply with the provisions of the California Civil Code Section 43.95.

**DECLARANT INFORMATION:**

**NAME:** *Aynur Baghirzade*

**FIRM NAME:** *Law Offices of Aynur Baghirzade*

**ADDRESS:** *4120 Birchway*

(Street Address, Suite No.)

*Irvine, CA, 92618*

(City, State and Zip Code)

**TELEPHONE:** *(949) 670 - 8088*

**YEAR OF ADMISSION TO THE STATE BAR:** *2020*

**Declaration:**

1. Have you ever been refused admission to practice, disbarred, suspended from practice or formally reprimanded by any state licensing or administrative agency, are any such proceedings in progress, or have you been notified that filing of any such proceeding may be imminent? **If yes, explain on a separate sheet.** — Yes ☐ No ☒

2. Have you had any judgments entered against you, or have you entered into any settlements involving any monetary payments by you to the claimant, relating to any claims or actions filed against you alleging any liability arising from the performance of professional legal services? **If yes, explain on a separate sheet.** — Yes ☐ No ☒

3. Have you ever been declined, canceled or refused renewal for any policy of professional liability insurance for reasons other than non-payment or poor credit? **If yes, explain on a separate sheet.** — Yes ☐ No ☒

4. Have you ever been convicted of a criminal offense? **If yes, explain on a separate sheet.** — Yes ☐ No ☒

5. Have you been declined, refused renewal or expelled from any other referral service, or is any such action pending**? If yes, explain on a separate sheet**. — Yes ☐ No ☒

6. Has any Court imposed sanctions against you (other than discovery related sanctions) in excess of $1,000? — Yes ☐ No ☒

By signing below, I agree to hold LRIS harmless from material misrepresentations or omissions concerning the above and understand that the same or failure to provide LRIS with true and complete information may result in my immediate exclusion from the LRIS panels. I also agree to inform the LRIS under penalty of perjury, that the foregoing information, including any supplementary information is true and correct to the best of my knowledge.

_____
(Signature of Declarant)

*January 17, 2023.*
(Date)

# ORANGE COUNTY BAR ASSOCIATION
## LAWYER REFERRAL & INFORMATION SERVICE PANEL BREAKDOWN

Please select from the following list of main panels (limit 6) and sub-categories (no limit) the Lawyer Referral & Information Service uses to make referrals. The $25.00 administrative fee is not charged to a client for Panels indicated with "(NO FEE FOR CLIENT)".

**Modest Means Program:** (See attached **Modest Means Program Guidelines**)
The panel members on this program agree to provide reduced fee services to callers who meet the eligibility requirements. The 15% forwarding fee is waived for all Modest Means referrals. Referrals under this program will be in addition to all other referrals and will not in any way affect your rotation on any other panel.

### YOU MAY JOIN A MAXIMUM OF 6 MAIN PANELS

**Please note that all panels require a Statement of Qualifications to be completed in order to place your name in rotation to receive referrals for those panels. Statement of Qualifications are available online at _www.lrisoc.org_**

☐ **ADMINISTRATIVE**

- ☐ DMV hearings/license suspension
- ☐ Education of the handicapped/Special Ed IEP
- ☐ Federal agencies
- ☐ Federal Trade Commission
- ☐ Government - complaints against the "system"
- ☐ Gun permits
- ☐ Interstate Commerce Commission
- ☐ Liquor license/Alcohol Beverage Control
- ☐ Problems with schools – students re: Discipline
- ☐ Professional discipline/license
- ☐ Restaurant & other business licenses
- ☐ Student Loans / Wage Garnishment
- ☐ Unemployment benefits
- ☐ Utilities

☐ **ADMIRALTY**

- ☐ Injuries
- ☐ Jones Act
- ☐ Marina problems/contracts

☐ **ADOPTIONS**

- ☐ Adult Adoptions
- ☐ Defending rights of birth parents
- ☐ Kinship, foster care
- ☐ Termination of Parental Rights
- ☐ Marital adoptions
- ☐ Private adoptions
- ☐ Step Parent Adoptions

☐ **BANKRUPTCY**

- ☐ I would like to receive Modest Means referrals for this panel.

- ☐ Asset Protection
- ☐ Adversary Proceeding
- ☐ Business Chapter 11/Plan of Reorganization
- ☐ Business bankruptcy (other)
- ☐ Creditors' Rights
- ☐ Chapter 7, Personal Bankruptcy
- ☐ Chapter 13, Business Bankruptcy
- ☐ Chapter 13, Personal Bankruptcy
- ☐ Receivership
- ☐ Straight bankruptcy involving professional practice

☒ **BUSINESS LITIGATION**

- ☒ Intellectual Property Litigation (for the Intellectual Property transactional panel, see Intellectual Property panel)
- ☒ Anti-trust
- ☒ Fraud
- ☒ Trade secrets
- ☒ Unfair competition

☐ **CIVIL APPELLATE** (not considered as a main panel)
Corresponding panel (s) _____

☐ **CONDEMNATION**

- ☐ Eminent Domain

Revised May 2022
Exhibit A
Page 6

☐ **CONSUMER**

☐ I would like to receive Modest Means referrals for this panel.

☐ Auto repair contracts
☐ Car Dealers/Auto contracts
☐ Clean up credit
☐ Collections – Creditor / Plaintiff
☐ Collections – Debtor / Defendant
☐ Collections – Personal non creditor related
☐ Consumer Fraud
☐ Contracts for purchase of goods and services
☐ Credit & bank problems

☐ Contests / Gaming
☐ Home improvement & repair
☐ Identity theft
☐ Internet purchases / fraud
☐ Judgment – Creditor
☐ Lemon Law
☐ Small Claims Court
☐ Warranties
☐ Repossessions

☒ **CORPORATE & BUSINESS**

☒ Business dissolutions
☒ Business disputes (e.g. breach of contract)
☒ Business formations
☒ Buying & selling businesses
☒ Contracts
☐ Collections
☐ Franchises
☒ Incorporation
☒ Transactional

☒ International
☒ Litigation
☒ Mechanics liens
☒ Non-profit organizations
☒ Partnerships
☒ Securities & Commodities
☐ Structured Settlements
☒ LLC Formation

☐ **CRIMINAL (NO FEE FOR CLIENT)**

☐ I would like to receive After Hours referrals for this panel.

<u>Misdemeanors</u>

☐ Battery
☐ Domestic Violence
☐ DUI
☐ Grand Theft (under $950)
☐ Violation of Restraining Order
☐ Sex Crimes
☐ Victim/Witness
☐ Other Misdemeanors

<u>Low Grade Felonies</u>

☐ Commercial Burglary
☐ Drug—Intent to Sell
☐ Drug—Possession
☐ Firearms—Possession
☐ Grand Theft (over $950)
☐ Assault
☐ DUI with Injury
☐ Child Abuse/Neglect/Endangerment
☐ Victim/Witness
☐ Other Low Grade Felonies

<u>Military</u>

☐ Military

<u>Post-Conviction</u>

☐ Criminal Appeals
☐ Habeas Corpus
☐ Parole/Probation Violations
☐ Expungements

<u>Serious/Violent Felonies (Strikable Charges)</u>

☐ Kidnapping
☐ Arson
☐ Drug-Intent to sell, firearms present
☐ Residential Burglary
☐ Aggravated Assault
☐ Homicide
☐ Carjacking
☐ Robbery
☐ Sex Crimes
☐ Child Molestation
☐ Child Abuse
☐ Gang Crimes
☐ Victim/Witness

<u>Federal Crimes</u>

☐ RICO
☐ Conspiracy
☐ Drug Offenses
☐ Federal White Collar (mail fraud, wire fraud, securities fraud)
☐ Weapons
☐ Internet Crimes
☐ Victim/Witness

<u>White Collar/Fraud</u>

☐ Embezzlement
☐ Fraud (insurance, welfare, real estate, bank, etc.)
☐ Victim/Witness

Revised May 2022

## ☐ DISCRIMINATION & CIVIL RIGHTS

☐ Age discrimination
☐ AIDS discrimination
☐ Americans with Disabilities Act
☐ Discrimination in housing
☐ False arrest/imprisonment

☐ Police misconduct/discrimination
☐ Racial
☐ Sexual harassment
☐ Police brutality
☐ Violation of constitutional rights

## ☐ ELDER LAW

☐ I would like to receive Modest Means referrals for this panel.
☐ I am interested in receiving Adult Protective Services (APS) referrals for this panel. (NO FEE)
☐ I am interested in receiving Ombudsman referrals for this panel.  (NO FEE)
☐ I would be willing to make home/facility visits.

### Public Benefits (Age 65 and over)

☐ Appealing denials of eligibility for public benefits and entitlements
☐ Fiduciary Abuse
☐ Medical liens and estate claims
☐ Medicare advocacy and appeals
☐ Rights of long term care residents
☐ SSI

### Planning for Incapacity

☐ Durable powers of attorney for long term care (health and financial)
☐ Estate Planning (long term care)
☐ Long-term care insurance

### Nursing Home Abuse and Other Elder Abuse Litigation

☐ Actions Against Skilled Nursing Facilities
☐ Consumer Fraud
☐ Elder Abuse Litigation under EADACPA
☐ Protection from Physical Abuse: Injunctive Actions

## ☐ ENTERTAINMENT

☐ Art
☐ Film
☐ Modeling
☐ Music/Recording

☐ Publishing
☐ Sports Contracts
☐ Television
☐ Theater

## ☐ ENVIRONMENTAL

☐ Land use
☐ Mining & Mineral
☐ Mold
☐ Oil & Gas

☐ Pollution
☐ Toxic Wastes
☐ Natural Resources

## ☐ FAMILY (NO FEE FOR CLIENT)

☐ I would like to receive Modest Means referrals for this panel.
☐ I would like to receive Limited Scope referrals for this panel.
☐ I would like to receive After Hours referrals for this panel.

☐ Annulments
☐ Collaborative Law
☐ Divorce
☐ Domestic Partnerships
☐ Interstate
☐ International
☐ Legal separations
☐ Mediation
☐ Military Divorce

☐ Name change
☐ Non Income Spouse
☐ Prenuptial agreements
☐ Post-Divorce
☐ Qualified Domestic Relations Orders (QDRO's)
☐ Restraining order
☐ Spousal abuse
☐ Spousal support

**Child Custody Issues…**

☐ Child support collection
☐ Child support modification
☐ Child support Defense
☐ Contested custody
☐ Divorce with children involved

☐ Grandparents rights
☐ Guardianship
☐ Paternity
☐ Visitation
☐ Domestic disputes involving children

☐ **HOUSING**

    ☐ I would like to receive Modest Means referrals for this panel.

       ☐ Commercial
       ☐ Evictions
       ☐ Landlord
       ☐ Lease / Rental Agreements
       ☐ Mobile home – Property Rental

       ☐ Tenant
       ☐ Public housing – Section 8/HUD
       ☐ Residential

☒ **IMMIGRATION & NATURALIZATION (NO FEE FOR CLIENT)**

    ☒ I would like to receive Modest Means referrals for this panel.

       ☒ Adjustment of Status
       ☒ Administrative Appeals
       ☒ Asylum/Withholding/CAT
       ☒ Bond Hearings
       ☒ Consultation for Detainees
       ☒ Deferred Action
       ☒ Employment Authorization
       ☒ Employment Based Immigrant Petitions
       ☒ Family Petitions

       ☒ Naturalization
       ☒ Nonimmigrant Visas
       ☒ Post-Conviction Relief
       ☒ Removal Defense
       ☒ Special Immigrant Juvenile Status
       ☒ T Nonimmigrant Visas
       ☒ U Nonimmigrant Visas
       ☒ VAWA

☐ **INSURANCE**

       ☐ Accident
       ☐ Annuities
       ☐ Arbitration between insurance companies
       ☐ Bad Faith
       ☐ COBRA
       ☐ Disability Insurance
       ☐ Health / HMO
       ☐ Homeowner's / Fire/Property / Casualty

       ☐ HIPAA
       ☐ Life/Waiver of Premiums/Death Benefits
       ☐ Medical Payments
       ☐ Obligation of Defense & Indemnity
       ☐ Private Policy
       ☐ Punitive Damage Issues
       ☐ Settlements

☒ **INTELLECTUAL PROPERTY (For Intellectual Property Litigation, see Business Litigation panel)**

    ☐ To receive referrals for **Patents** please include your Patent & Trademark Office Registration No._____

       ☒ Anti-trust
       ☐ Computer software licensing
       ☒ Copyrights
       ☒ Internet Law

       ☐ Starting or establishing Patent
       ☒ Starting or establishing Trademarks
       ☒ Trade secrets
       ☒ Unfair competition

☐ **INTERNATIONAL**

       ☐ Chemicals
       ☐ Currency violations
       ☐ Customs & tariffs
       ☐ Electric
       ☐ Failure to declare

       ☐ International trade agreements
       ☐ Licensed to practice/affiliated office in other counties
       ☐ Reparations
       ☐ Smuggling

☐ **JUVENILE**

       ☐ Abuse or neglect by parents
       ☐ Criminal matters involving juveniles
       ☐ Delinquency

       ☐ Dependency / Emancipation of a minor
       ☐ Termination of parental rights

☐ **LABOR**

       ☐ COBRA
       ☐ Civil service / Government employees
       ☐ Disciplinary action by employer
       ☐ Discrimination on the job
       ☐ Employee contract/breach of contract
       ☐ Employee representation
       ☐ Employer representation
       ☐ ERISA
       ☐ Family and Medical Leave Act
       ☐ Federal Employees

       ☐ Labor Board Appeals
       ☐ Pension / Profit Sharing
       ☐ Severance Package
       ☐ Severance Package - Executive
       ☐ Union Disputes
       ☐ Union – Education Professionals
       ☐ Wage and Hour Claims
       ☐ Wage garnishment
       ☐ Whistleblower
       ☐ Wrongful/abusive termination
       ☐ Workers' Compensation Retaliation

Revised May 2022

☐ **LEGAL MALPRACTICE**

    ☐ Defense
    ☐ Fee Arbitration for Client / Attorney Disputes

    ☐ Plaintiff
    ☐ State Bar Discipline Hearings

☐ **MEDICAL MALPRACTICE (NO FEE FOR CLIENT)**

    ☐ Arbitration
    ☐ Breast Implant Litigation
    ☐ Cosmetic / Plastic Surgery
    ☐ Chiropractic
    ☐ Defense
    ☐ Dental malpractice
    ☐ Laser Eye Surgery
    ☐ Mental Health Facility

    ☐ Medications
    ☐ Misdiagnosis / Improper Treatment
    ☐ Paralysis
    ☐ Psychiatric
    ☐ Surgery
    ☐ Wrongful Death

☐ **MENTAL HEALTH**

    ☐ Caregivers Assistance
    ☐ Familiar with assistance for Alzheimer
    ☐ Discrimination based on mental health

    ☐ In-competency
    ☐ Mental Health Facility - Releases

☐ **MILITARY**

    ☐ Active Status
    ☐ Court Martial
    ☐ Criminal Matters
    ☐ Reservists

    ☐ Medical Malpractice (against VA)
    ☐ Veterans
    ☐ Administrative Separations

☐ **PERSONAL INJURY & PROPERTY DAMAGE (NO FEE FOR CLIENT)**

    ☐    I would like to receive After Hours referrals for this panel.

    ☐ Asbestos / Chemicals
    ☐ Abuse of process/Government entities
    ☐ Animal bites & attacks
    ☐ Assault and Battery
    ☐ Auto Accidents
    ☐ Aviation Accidents
    ☐ Class Action
    ☐ Defamation
    ☐ Defense
    ☐ Injured animals
    ☐ Invasion of privacy
    ☐ Libel
    ☐ Malicious prosecution
    ☐ Medications

    ☐ Mass disasters
    ☐ Mold
    ☐ Non Domestic Restraining Order
    ☐ Premises liability
    ☐ Product liability
    ☐ Slander
    ☐ Slip and Fall
    ☐ Structured Settlements
    ☐ Tavern owner's liability
    ☐ Torts/Negligence
    ☐ Veterinary malpractice
    ☐ Wrongful Death
    ☐ Paralysis

☐ **REAL PROPERTY**

    ☐ Agricultural/livestock
    ☐ Broker/Agent/Escrow company problems
    ☐ Commercial
    ☐ Condominiums
    ☐ Construction issues
    ☐ Co-op conversions
    ☐ Easements
    ☐ Financing / Mortgages / ARM Loan / Reverse
    ☐ Foreclosure
    ☐ Homeowner's association
    ☐ Homesteading
    ☐ Land
    ☐ Loan Modifications
    ☐ Mechanical Lien
    ☐ Mobile homes
    ☐ Mortgage Fraud

    ☐ Neighbor disputes
    ☐ Preparation of deeds
    ☐ Property purchases, sales, leases
    ☐ Property line dispute with neighbor
    ☐ Public Housing / HUD
    ☐ Rescission
    ☐ Residential
    ☐ Short Sale
    ☐ Subdivisions
    ☐ Time Shares
    ☐ Transfer of business
    ☐ Transfer of Interest / Quit Claim
    ☐ Variances
    ☐ Water Issues
    ☐ Zoning and permits

Revised May 2022
Exhibit A
Page 10

☐ **SOCIAL SECURITY (NO FEE FOR CLIENT)**

☐ Appeals
☐ Foreign social security/pensions
☐ Medical-Cal / Medicaid
☐ Medicare
☐ Overpayment

☐ Social Security Disability
☐ SSI
☐ State disability
☐ Welfare

☐ **TAXATION**

☐ Audits - IRS
☐ Business & large personal
☐ Corporate planning
☐ ERISA
☐ Federal, State & local personal

☐ Individual planning
☐ Interstate/international
☐ Offer & Compromise
☐ Tax litigation
☐ Trust & estate income taxes

☐ **WILLS, TRUSTS & ESTATES**

☐ Assistance for caregiver's
☐ Complex litigation
☐ Conservatorship
☐ Death of a tenant
☐ Death transfers
☐ Durable power of attorney

☐ Estate & trust planning
☐ Guardianship
☐ Probate & Estate Administration
☐ Special needs trust
☐ Will drafting & review
☐ Will contests

☐ **WORKERS' COMPENSATION (NO FEE FOR CLIENT)**

☐ All injuries suffered during course of employment
☐ Appeals
☐ Chemicals
☐ Defense
☐ Federal
☐ Harassment (stress related)
☐ Insurance settlements
☐ State

_Aynur Bagkiesade_          _January 17, 2023_    (949) 670-8088
Name (Please print)                    Date                Phone


**Please return to:**          ORANGE COUNTY BAR ASSOCIATION
                                *Lawyer Referral & Information Service*
                                P.O. Box 6130
                                Newport Beach, CA  92658

                                Or upload to: www.ocbar.org/LRISportal


**(MUST RETURN ALL PAGES OF PANEL BREAKDOWN)**

Revised May 2022
Exhibit A
Page 11

# TYPES OF MATTERS REFERRED UNDER MODEST MEANS (MM)
15% forwarding fee and $25 administrative fee is waived for all Modest Means referrals

*Please note that all panels require a Statement of Qualifications to be completed and kept on file with the Service in order to place your name in rotation to receive referrals for those panels.*

## MM BANKRUPTCY (NO FEE FOR CLIENT)
- ☐ Adversary Proceeding
- ☐ Business Chapter 11/Plan of Reorganization
- ☐ Creditor's rights
- ☐ Chapter 7, Personal Bankruptcy
- ☐ Chapter 13, Personal Bankruptcy
- ☐ Chapter 13, Business Bankruptcy
- ☐ Receivership
- ☐ Straight bankruptcy involving professional practice

## MM CONSUMER (NO FEE FOR CLIENT)
- ☐ Auto repair contracts
- ☐ Car Dealers/Auto contracts
- ☐ Clean up credit
- ☐ Collections
- ☐ Consumer Fraud
- ☐ Contracts for purchase of goods and services
- ☐ Credit & bank problems
- ☐ Contests / Gaming
- ☐ Home improvement & repair
- ☐ Identity theft
- ☐ Internet purchases / fraud
- ☐ Lemon Law
- ☐ Repossessions
- ☐ Small Claims Court
- ☐ Warranties
- ☐ Judgment-Creditor

## MM ELDER LAW (NO FEE FOR CLIENT)

Public Benefits (Age 65 and over)
- ☐ Appealing denials of eligibility for public benefits and entitlements
- ☐ Fiduciary Abuse
- ☐ Medical liens and estate claims
- ☐ Medicare advocacy and appeals
- ☐ Rights of long term care residents
- ☐ SSI

Nursing Home Abuse and Other Elder Abuse Litigation
- ☐ Actions Against Skilled Nursing Facilities
- ☐ Consumer Fraud
- ☐ Protection from Physical Abuse: Injunctive Actions

Planning for Incapacity
- ☐ Durable powers of attorney for long term care (health and financial)
- ☐ Estate Planning (long term care)
- ☐ Long-term care insurance
- ☐ Special Needs Trust-personal injury & disabled

## MM FAMILY (NO FEE FOR CLIENT)
- ☐ Annulments
- ☐ Divorce
- ☐ Domestic Partnerships
- ☐ Interstate
- ☐ International
- ☐ Legal separations
- ☐ Mediation
- ☐ Military Divorce
- ☐ Name change
- ☐ Non Income Spouse
- ☐ Prenuptial agreements
- ☐ Post Divorce
- ☐ QDRO's
- ☐ Restraining order
- ☐ Spousal abuse
- ☐ Spousal support

**Child Custody Issues**
- ☐ Child support collection
- ☐ Child support modification
- ☐ Child support Defense
- ☐ Contested custody
- ☐ Divorce with children involved
- ☐ Domestic disputes involving children
- ☐ Grandparents rights
- ☐ Guardianship
- ☐ Paternity
- ☐ Visitation

## MM HOUSING (NO FEE FOR CLIENT)
- ☐ Commercial
- ☐ Evictions
- ☐ Residential
- ☐ Landlord
- ☐ Tenant
- ☐ Mobile Homes
- ☐ Lease/rental agreements
- ☐ Public housing

## MM IMMIGRATION & NATURALIZATION (NO FEE FOR CLIENT)
- ☒ Adjustment of Status
- ☒ Administrative Appeals
- ☒ Asylum/Withholding/CAT
- ☒ Bond Hearings
- ☒ Consultation for Detainees
- ☒ Deferred Action
- ☒ Employment Authorization
- ☒ Employment Based Immigrant Petitions
- ☒ Family Petitions
- ☒ Naturalization
- ☒ Nonimmigrant Visas
- ☒ Post-Conviction Relief
- ☒ Removal Defense
- ☒ Special Immigrant Juvenile Status
- ☒ T Nonimmigrant Visas
- ☒ U Nonimmigrant Visas
- ☒ VAWA

Revised May 2022
Exhibit A
Page 12



**ORANGE COUNTY BAR ASSOCIATION**
**LAWYER REFFERRAL AND INFORMATION SERVICE**

**PANEL MEMBER AGREEMENT**

Reporting and Fee-sharing:

- Member agrees to remit required fee-sharing to the Service equal to 15% of each fee received from any referred matter and any other matter which involves the same client and is undertaken within three years of the date of the referral or initial retention, whichever is later, unless otherwise provided by law or the by-laws of the Service; provided, however, that if a referral is for general representation (such as general corporate work) rather than a specific matter, the aforesaid obligation for fee-sharing shall apply only to fees earned for the services performed within the first year after the referral.

- Member agrees to report to the Service, in forms to be furnished by the Service, the disposition or status of referred matters within ten (10) days of the date of the request and fees received for service in connection therewith.

- Member agrees to remit required fee-sharing within ten (10) days after receipt of payment of each such fee from the referred client. Failure to remit the required fee-sharing in a timely manner may result in your account being turned over to a collections agency.

- Member agrees to report all fees received, the date fees were paid, and submit the final client billing or settlement statement and submit payment in order for the Service to close and process a final status on a referred case.

Accepting Referrals:

- Member agrees to grant a free initial consultation of up to thirty minutes to any client referred to him/her by the Service unless otherwise provided by law.

- Any charge for legal services beyond the initial consultation will reflect a reasonable attorney's fee, in keeping with the goal of increased access and service to the public. Panel members are not obligated to accept employment beyond the initial consultation.

- Member agrees to notify the Service of unavailability in writing. Referrals to a panel member will be suspended for the duration of the attorney's vacation, illness or other non-availability.

- Member are encouraged to maintain a professional website, and the practice areas in which they are signed up to receive referrals must appear on their website. Referral clients routinely view an attorney's website before calling to schedule the consultation and have requested a referral to a different attorney if the attorney's practice areas on the website do not match the area in which they are seeking assistance.

- **A member shall not refer a matter referred by the Service to another lawyer**. If he/she is not able to assist that client the member will refer the client back to the Service to receive another referral. However, a member may permit a law firm associate, partner, or professional association member to

3/22/2022



**ORANGE COUNTY BAR ASSOCIATION
LAWYER REFFERRAL AND INFORMATION SERVICE**

**PANEL MEMBER AGREEMENT**

conduct the necessary legal services under such member's guidance. If a panel member refers the client to another attorney, the panel member will continue to be responsible for the quality of the services performed, for all reports to the Service and for the 15% remittance on the entire attorney's fees realized in the case. The panel member is responsible for informing associated counsel of this provision and for protecting the interest of the OCBA in all attorney's fees.

- If a member leaves a firm and leaves the referred case with the firm after his/her departure, the firm will be responsible for ensuring that the status of all cases is reported to the Service and any fees due to the Service are remitted in a timely manner.

- Member agrees to arbitrate fee disputes before the Fee Arbitration Program of The Florida Bar if the fee disputes arising between the Service and its members cannot be resolved through intervention by the Executive Director of the OCBA or the LRIS Committee. The Service may require members to open for inspection any financial or accounting records and the legal files regarding referral clients. The audit may include, but is not limited to, chart of accounts, general account records, court filing records, calendars, appointment records, time sheets, docket sheets, engagement letters, fee agreements, and contracts with LRIS clients.

- Member agrees to specifically abide by The Florida Bar Rules of Professional Conduct. The member agrees to not engage in unethical or offensive conduct, engage in conduct that is detrimental to the legal profession or the OCBA, or that is inconsistent with the stated mission of the OCBA, or engage in conduct that is unbecoming of a member or conduct prejudicial to the interests of the OCBA or the legal profession.

- Member agrees to maintain professional liability insurance in the minimum amounts as required by the bylaws, to furnish a copy of the insurance policy or a certificate of insurance to the Service upon request, and to hold the Orange County Bar Association harmless from any claim made against it by a referred client on account of the member's alleged negligence or mistake.

- Member agrees to abide by The Florida Bar rules regarding solicitation, Rule 4-7.18. The lawyer will await initial contact by the prospective client.

The Service may survey all or a portion of the LRIS-referred clients to determine their satisfaction with the LRIS and with the services provided by panel members. Survey results may be shared with panel members, and reports may be compiled from survey results for use by the OCBA.

**Failure to abide by these rules may result in suspension or removal from the LRIS. Please review the bylaws for additional information.**

3/22/2022



**ORANGE COUNTY BAR ASSOCIATION**
**LAWYER REFFERRAL AND INFORMATION SERVICE**

**PANEL MEMBER AGREEMENT**

**Removal, suspension, or withdrawal from the Service does not relieve a panel member of his/her obligations to report on and remit funds for pending LRIS cases, nor will any portion of the panel member's registration fees be refunded.**

_____ I certify I have read and agree to the above mentioned rules and procedures for the OCBA LRIS panel members. By signing below, I am binding my firm to the above mentioned rules and procedures for all LRIS clients.

Date _January 17, 2023_    Signature _____

3/22/2022



OCBA LRIS
LAWYER REFERRAL & INFORMATION SERVICE

## SUBJECT MATTER PANEL APPLICATION
## MISCELLANEOUS/GENERAL:

(Please check all areas that apply)

☐ Administrative
☐ Adoptions
☐ Admiralty
☐ Condemnation
☐ Elder Law
☐ Entertainment
☐ Environmental

☐ Housing
☐ International
☒ Intellectual Property
☐ Legal Malpractice
☐ Medical Malpractice
☐ Mental Health
☐ Military

Other (please specify): _____

An applicant who is currently certified as a legal specialist by the California Board of Legal Specialization will automatically meet the experience requirements. Otherwise, applicant must certify experience requirements as indicated below.

**CRITERIA:** Applicant must have handled, within the last three years, not fewer than three cases in the subject matter area through final resolution.

**EDUCATION REQUIREMENTS:** An applicant practicing law for less than three years must certify that s/he has completed not less than four hours of State Bar approved MCLE credits in the subject area of the panel for each year of practice.

An applicant practicing law for three or more years must certify that s/he has completed not less than six hours of State Bar approved MCLE credits in the subject area of the panel during the three years preceding the application.

**LIBRARY REQUIREMENTS:** Applicant must have access to annotated codes and case reporters for all relevant authorities in the subject matter of the panel.

Applicant must have access to all treatises and practitioner manuals in the subject area of the panel (e.g., those published by CEB and The Rutter Group).

**EXPERIENCE REQUIREMENTS:** Applicant must have successfully performed to completion all legal work, including the preparation or supervising of the preparation of all legal documents, in not less than three client matters similar to the matters included in the panel subject areas checked above.

*I hereby certify under penalty of perjury that I have met the above criteria and requirements, and that I am competent to handle Miscellaneous Law referral matters in the panel subject areas checked above.*

Attorney's Name ___Aynur    Bashirova___.

Attorney's Signature _____ Date _January 17, 202__

Revised 11/2022



**OCBA LRIS**
**LAWYER REFERRAL & INFORMATION SERVICE**

## SUBJECT MATTER PANEL APPLICATION
## MISCELLANEOUS/GENERAL:

(Please check all areas that apply)

| | |
|---|---|
| ☐ Administrative | ☐ Housing |
| ☐ Adoptions | ☐ International |
| ☐ Admiralty | ☒ Intellectual Property |
| ☐ Condemnation | ☐ Legal Malpractice |
| ☐ Elder Law | ☐ Medical Malpractice |
| ☐ Entertainment | ☐ Mental Health |
| ☐ Environmental | ☐ Military |

Other (please specify): _____

An applicant who is currently certified as a legal specialist by the California Board of Legal Specialization will automatically meet the experience requirements. Otherwise, applicant must certify experience requirements as indicated below.

**CRITERIA:** Applicant must have handled, within the last three years, not fewer than three cases in the subject matter area through final resolution.

**EDUCATION REQUIREMENTS:** An applicant practicing law for less than three years must certify that s/he has completed not less than four hours of State Bar approved MCLE credits in the subject area of the panel for each year of practice.

An applicant practicing law for three or more years must certify that s/he has completed not less than six hours of State Bar approved MCLE credits in the subject area of the panel during the three years preceding the application.

**LIBRARY REQUIREMENTS:** Applicant must have access to annotated codes and case reporters for all relevant authorities in the subject matter of the panel.

Applicant must have access to all treatises and practitioner manuals in the subject area of the panel (e.g., those published by CEB and The Rutter Group).

**EXPERIENCE REQUIREMENTS:** Applicant must have successfully performed to completion all legal work, including the preparation or supervising of the preparation of all legal documents, in not less than three client matters similar to the matters included in the panel subject areas checked above.

*I hereby certify under penalty of perjury that I have met the above criteria and requirements, and that I am competent to handle Miscellaneous Law referral matters in the panel subject areas checked above.*

— please see attached

Attorney's Name _____.

Attorney's Signature _____ Date _____

Revised 11/2022

I completed my L.L.M. degree from the University of Connecticut School of law with specialization in Intellectual Property - Please, see attached a certificate. Most of the courses I took during my education were re IP law: Trademarks, Patent laws, Copyright. I was also awarded for my best anti-counterfeiting work for Procter & Gamble in Azerbaijan. Please, see it attached.

In US I took one seminar (sponsored by SBA) re Patent foreign filing - see it attached. In terms of practicing law I consulted 2 clients into their problems re trademarks, but they decided not to litigate their matters.

I ask you to consider me for this panel.

Tyncer Baghirzade           - [signature]

January 17, 2023.



# University of Connecticut
## School of Law

### AYNUR QAFAR BAGHIRZADE

HAS COMPLETED THE REQUIREMENTS FOR

**THE CERTIFICATE OF SPECIALIZATION IN INTELLECTUAL PROPERTY**

AS PART OF THE LL.M. DEGREE IN U.S. LEGAL STUDIES

_Jeremy Paul, Dean_

Date



# P&G

P&G Azerbaijan recognizes and confirms leadership qualities and very valuable contribution of AYNUR BAGHIRZADE who represented interests of the company in courts in the frameworks of ANTI COUNTERFEITING campaign.

Murat Akyildiz

Regional Manager

Irakli Mariamidze

External Relations Manager

From Azerbaijani into English translated by: Heydarov Elchin Ali





# Certificate of Attendance for California MCLE

**Title:** Practical Patent Foreign Filing Tips

**Presented By:** San Diego County Bar Association

**Date:** 04/26/2018

**Time:** 12:00 p.m. – 1:00 p.m.

**Location:** San Diego, California

**MCLE Credit:** 1.0 GEN

---

**Complete bottom portion after participation in the above referenced activity and retain for your records.**

*By signing below, I certify that I participated in all, or some\*, of the activity described above and am therefore entitled to the following MCLE credit hours:* _1.00_

Name ___Aynne Backstrom___

CA State Bar# _____

Signature _____

The San Diego County Bar Association is a State Bar of California approved MCLE provider – Provider #2816.
VERY IMPORTANT: Please keep this record for 4 years. In the event you are audited you may be required to provide this record of attendance.
\*Partial participation hours must be pro-rated.

# Aynur Baghirzade

**Irvine, CA, USA ● cell phone: 619 630 6646 ● contact@aynurlawyers.com**

## EDUCATION

**THE UNIVERSITY OF CONNECTICUT SCHOOL OF LAW,** Hartford, USA,
L.L.M., U.S. Legal Studies, graduated on May 2007, additional certificate on IP Law
**HONORS:** E. Muskie program alumna, promoted by the Bureau of Educational and Cultural Affairs of the U.S. Department of State

**BAKU STATE UNIVERSITY, LAW DEPARTMENT,**
Baku, Azerbaijan
J.D. received on July 1998
**HONORS:** Graduated with Honors
Note: Degree is evaluated and accepted as equivalent to J.D. in California

**UN DIPLOMA ON REFUGEES RIGHTS**

Awarded as a result of participation at United Nations' full course on refugees' rights.

## AWARDS

Awarded as a best attorney in anti-counterfeiting work by Procter & Gamble

## BAR ADMISSION

**Member of the State Bar of California**

## EXPERIENCE

**LAW OFFICES OF AYNUR BAGHIRZADE**
**Attorney, June 2021 till now**
Advise clients on different aspects of Business & Immigration Law, Employment Law, do legal research, draft court complaints, demand letters, memos, oppositions, appear in court hearings, negotiate and mediate claims, draft various USCIS forms, appear in Immigration courts in removal defense cases and do other relevant work.

**SLATE LAW GROUP**
**Associate, Legal Counsel May 2021 till July 2021**
Prepared pleadings, did legal research, drafted complaints, memos, motions for summary judgments, oppositions, did discovery, drafted discovery requests, prepared demand letters, handled depositions on varios civil litigation cases (Employment Law, Business Law, Personal Injury and etc.) in courts, participated at court hearings and conferences, and did other relevant job.

**LEX GLOBAL (Azerbaijan)**
**Managing Partner, Consultant** April 2015 - May 2021
Coordinated activity of the law firm, managed legal staff, conducted due-diligence, evaluated and approved various types of commercial agreements, drafted commercial contracts, including contracts on use of IP products, provided registration of IP products, filed suits in courts, represented clients' interests in courts, including on the disputes on IP ownership and licenses,   drafted legal opinions,  provided consultations and solutions to the clients' questions and requests, and did other relevant job.

**UNION GRAND ENERGY (SOCAR)**
**Legal Counsel, December 2011 – March, 2015**
Resolved complex legal issues on international trade, drafted and revised international contracts, consulted on use of INCOTERMS rules and other conditions, supported Procurement department in its work, coordinated and ensured reduction of the legal and business risks, reviewed drafts of tender documents and ensured their compliance to Law, ensured compliance of the internal documents to Law, provided legal advice on procurement, insurance, trade and other issues, participated in preparation of the company's vital documents and standards.

**CASPIAN INVESTMENT & DEVELOPMENT CORPORATION (Azerbaijan)**
**General Counsel, April 2011 – December 2011**
Provided legal analysis of the international trade agreements, negotiated INCOTERMS and other terms of the trade agreements with stakeholders, supervised and coordinated legal issues of the plant construction, provided legal opinions on tax, customs, trademarks and goods' certification issues, led legal disputes for the company, represented company's rights in state bodies and did other relevant work.

**NATIONAL DEPOSITORY CENTER / STATE SECURITIES COMMITTEE (Azerbaijan)**
**General Counsel, Member of the Management Board, July 2010 – April 2011**
Participated at Board's meeting and consulted management on legal matters concerning issue of the international securities, enlargement of the national securities market, tax issues, international investments, conclusion of the contracts, conducted compliance review of the company business, coordinated activity of the Legal  Department and HR, led international projects of the Committee, participated at the important negotiations with stakeholders, coordinated reforms on securities market and did other relevant work.

**BOOZ ALLEN HAMILTON (Azerbaijan)**
**Regulatory Advisor (Senior Consultant), December 2008- December 2009**
Consulted on various legal issues of Biological Threat Reduction Project (BTRP), construction of the medical and veterinary labs in Baku and regions, tax and customs law, labor law, delivery of highly dangerous pathogens, health security, environmental approvals and licenses, provided compliance of the company business with current health and safety legislation, prepared memos, law briefs, legal opinions, contracts, road maps and other documents, held meetings with US and Azeri governments on mentioned issues and did other relevant job

**COUNCIL OF THE EUROPEAN UNION / THE MINISTRY OF ECONOMIC DEVELOP-
MENT**
**Legal Expert, March 2008-  December, 2008**
Advised on legal approximation matters of the local legislation to the EU standards, participated in drafting important laws and regulations, provided comparative analysis of EU and Azerbaijan Law ( IP Law,  Competition Law and some others), worked on legislative amendments to IP Laws and regula-

**BAKU STATE UNIVERSITY AND KHAZAR UNIVERSITY (Azerbaijan)**
Adjunct Professor of Law, September 2007 – September 2010
Prepared and taught lectures on International Banking Law, Financial Law, International Private Law
(Conflict of Laws) , conducted workshops, seminars and case study, led examinations, and did other
relevant job.
*Note: The program is organized in co-operation with American Bar Association and taught in English
with emphasis on national and international legislation as well as principles of Anglo-American Law.*

**PERMANENT MISSION OF THE AZERBAIJAN REPUBLIC TO THE UNITED NATIONS**
Advisor (Internship) June 2007 – August 2007, New York, USA
Participated at the meetings of the General Assembly of the UN and other UN agencies, prepared notes,
briefs and legal opinions on human rights, refugees' rights of UN and their influence on the legislation
of the Azerbaijan Republic, worked with different conventions and treaties of UN in connection with
human rights' protection in Azerbaijan, and did other relevant job.

**UNIBANK COMMERCIAL BANK OPEN JOINT STOCK COMPANY (Azerbaijan)**
General Counsel, April 2004 – July 2006
Supervised Legal Department, managed activity of 10 lawyers, prepared legal  drafts for financial and
other banking activities, resolved different legal matters including on tax matters in bank, prepared le-
gal drafts and opinions for important investment projects (with  EBRD, ICD, DEG and other in-
ternational and foreign investors), conducted compliance of the bank activities to the existing legisla-
tion, prepared essential corporate documents such as Regulation on Supervisory Board, Executive
Board, on Audit Committee and others, supervised the process of bank's share acquisitions, corporate
mergers and break, creation of new subsidiaries and branches, revised legal matters and did other relat-
ed work.

**PROCTER & GAMBLE EASTERN EUROPE INC (Azerbaijan)**
Legal Counsel, April 2002 – October 2003
Proposed and led legal campaign to protect the Company's Intellectual Property rights,  drafted some
legal opinions (on VAT reduction, on anti-counterfeiting legislation of Azerbaijan and some other relat-
ed issues), resolved some crucial Intellectual Property and Tax withholding problems and successfully
represented the company in local state and international agencies, negotiated amendments to the legis-
lation to improve IP protection with governmental bodies and officials as well international organiza-
tions such as EU, EC and others, did other relevant job.
**HONORS:** Awarded for leading best legal campaign in Company's Intellectual Property rights protec-
tion.

**INTERNATIONAL CENTER FOR NON-PROFIT LAW (Azerbaijan)**
Lawyer, May 2001 - March 2002
Supported work of the non-governmental organizations, helped their registration process, advised on
statutory and other documents, conducted research of the relevant legislation, filed suits in courts for
non-profit organizations, advised on fund-raising issues, conducted seminars and conferences on vari-
ous topics for representatives of the non-governmental organizations, government and media.

**LEGAL EDUCATION SOCIETY (Azerbaijan)**
Lawyer, May 2000 - May 2001
Worked as a volunteer to help disadvantaged people to file claims and suits in courts (childr...

on refugees', women's and children's rights, participated in organization of seminars and conferences on various human rights topics for them, and did other relevant work.

**MINISTRY OF INTERNAL AFFAIRS (Azerbaijan)**
Inspector, July 1995 – April 2000
Led the registration of passports and visas, supported investigation process by finding the criminals in the address list of the Ministry and notifying on the committed crimes on their behalf,  did other relevant job.


# CERTIFICATIONS

Have numerous certifications in human rights, women's rights, refugees' rights and etc. as a result of participation at many seminars, courses and conferences.


# LANGUAGES

English (fluent), Russian (fluent), Azeri (fluent), Turkish (fluent), Spanish (very basic, still learning)

# PUBLICATIONS

Trademarks and the Likelihood of Confusion, Partnership and Cooperation Journal, Issue # 4, Baku, Azerbaijan, 2009; "Political Parties as a Way to Promote the Citizens' Rights to Assembly according to the Constitution of the Azerbaijan Republic ", Journal "Actual Problems of the State and Law", Baku, Azerbaijan, May 2006; "Is leasing a necessity or a new institution?" Journal "Advocate +", Baku, Azerbaijan, April 2002; "Why we need a jury system?" Journal "Advocate +", Baku, Azerbaijan, March 2002;  "May NGO be engaged in commercial activity?", Journal on Non-Governmental Organizations" "Faith" Pluralism Center, Baku, Azerbaijan, April 2002; "Main Human Rights Problems in the Legislation of the Azerbaijan Republic, Journal on East European Law, Columbia School  of Law, USA, August 2001; "Going Global" Business Time Journal, 03 (87), 2016, pp. 16-17; Doctrine of Commercial Impracticability of the Contract under US and Azerbaijan Law and its Application (Comparative Review), Business Time Journal, 05 (89), 2016, pp. 48-49; Top Reasons to Protect your Mark, Impact Azerbaijan Journal issued by AMCHAM of Azerbaijan, issue 22, 2016, pp.12-13 and some others.

BUSINESS LITIGATION PANEL



# BUSINESS LITIGATION PANEL
## STATEMENT OF QUALIFICATIONS

APPLICANT INFORMATION:

NAME:    **Aynur Baghirzade**

I.    **MINIMUM QUALIFICATIONS:**

Minimum qualifications to receive referrals require that the panel attorney, within the five (5) years immediately preceding, have handled to conclusion at least seven (7) cases, including at least one (1) trial through verdict or decision, two (2) cases through empaneling of a jury, and one (1) arbitration. Three (3) of the cases must have included pleading through discovery stages. Finally, at least one (1) mandatory settlement conference must have been held.

MINIMUM QUALIFICATION INFORMATION:

| Court/Jurisdiction | Case No. | Trial Through Verdict (√1) | Trial Through Empaneling of a jury (√2) | Pleading Through Discovery Stages (√3) | Settlement or Arbitration (√1) | MSC Held (√1) | Date of Conclusion |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |

BUSINESS LITIGATION PANEL

II. <u>ALTERNATE QUALIFICATIONS:</u> (Check all that apply)

A participating attorney not meeting the Minimum Qualifications for the Business Litigation Panel may alternatively qualify to receive referrals after having submitted the following statement to the Lawyer Referral & Information Service Committee of completion of the following procedures:

☑ A. I have within the last seven (7) years, either:

    ☑ 1. attended the Orange County Bar College of Trial Advocacy course or an equivalent course (Certificate of Completion must be provided):

    Title: Introductory TAP (I-TAP)    Date: August 10-25, 2021

    Sponsored by: LACBA and Trial Advocacy Program

    ☑ 2. handled at least five (5) business litigation initial client interviews;

    ☒ 3. ~~filed at least three (3) business litigation complaints~~ and handled the matters through discovery, including at least one deposition as follows:

    Court/Jurisdiction: Orange County Superior Court    Case #: 30-2020-01140328-CU-NP-CJC

    Name of Supervising Attorney (if any):

    Type of Case: 3rd Party Deposition

    What has been completed: Deposition, review of the transcript, comments sent to CR

    Date concluded and status at conclusion: 12/15/2022, transcript was erroneously transcribed, we sent our objections to CR and counsels.

☑ B. I have observed at least two full Civil Law calendars.

☑ C. I have observed and/or participated in at least one mandatory settlement conference involving a business litigation case.

☑ D. I have read and understand the local Rules of the Orange County Superior Court.

☑ E. I have read and understand the Code of Civil Procedure Sections on discovery proceedings (§2016 through §2036).

☒ F. I have attended one seminar or seminars of a total duration of at least six (6) hours, in the area of business litigation and practice as follows (please attach additional pages if necessary):

    Title: The Wife vs Wrongfully Sent    Date: October 18, 2022

    Sponsored by: OCBA Banking & Lending Hours: 12.00 pm - 1.00 pm.
Business Litigation Section

    Title: California Deposition    Date: July 19, 2022

    Sponsored by: Iranian American Bar Hours: 12.00 pm - 2 p.m.
Association

see attached.

3) Title: Telephonic Navigating the Elements of Competency In Basic Online Legal Research.

Date: 4/29/2021

Sponsored by: LexisNexis

Hours: 12:00 pm – 1:00 pm.

4) Introductory TAP (I-TAP).

Date: August, 10, 12, 17, 19, 24 & 25, 2021

Sponsored by: LACBA and Trial Advocacy Program.

Hours: 15 hours.

5) Title: How to Utilize Family and Bankruptcy Court Documents In Conducting Valuable Discovery

Date: November 23, 2022

Sponsored by: OCBA Business Litigation Section

Hours: 1:00 pm – 2:00 pm. (1 hour).

6) Title: How to outsource Legal Work, Ethically

Date: May 25, 2022

Sponsored by: OCBA Business Litigation Section

Hours: 1:00 pm. – 2:00 pm. (1 hour).

7) Title: Pro-Bono Bankruptcy Training

Date: October 10, 2022

Sponsored by: OCBA

Hours: 5:00 pm – 7:30 pm (2.50 hours).

8) Title: Exploration of research

Date: August 10, 2022

Sponsored by: OCBA YLD, Winyard Morris LLP and others

Hours: 5:30 p.m. – 6:30 p.m. (1 hour)

9) Title: Privacy OC: Legal Data Privacy Deep Dive – Federal, State & Local Updates

Date: August 11, 2022 (5-6 p.m.)

Sponsored by: Squire Patton Boggs (US) LLP

Hours: 5 p.m. – 6 p.m. (1 hour)

10) Title: Practical Patent Foreign Filing Tips

Sponsored by: San Diego County Bar Association

Date: April 26, 2018

Time: 12:00 p.m. – 1:00 p.m. (1 hour)

11) Title: Stock Exchange System Promotion

Date: October 14 – October 30, 2010.

Sponsored by: Korea International Cooperation Agency, Korea Securities Depository, held in South Korea, Seoul.

Hours: Many (not specified). – certificate is attached

12) Certificate of Specialization in Intellectual Property (attached). Sponsored by: Part of LLM program at University of Connecticut School of Law., Date: May 7, 2007.

representative before you leave. The LACBA representative will give you the pink copy for your records. In order to comply with State Bar of California standards, LACBA cannot accept completed forms at any other time (whether by mail, electronically, or in person), or provide CLE credit under such circumstances.

**STEP 1:** PROVIDE YOUR INFORMATION

| | |
|---|---|
| PRINT NAME | Aymen Baghirzade |
| ADDRESS | 9160 Archway |
| PHONE | 619-630-6696 |
| FAX | |
| FIRM | Law Office of Aymen Baghirzade |
| CITY, STATE, ZIP | Irvine, CA, 92618 |
| CALIFORNIA STATE BAR NUMBER | 338285 |
| E-MAIL ADDRESS | abaghirzada@yahoo.com |

**STEP 2:** CLE PROGRAMS/BREAK-OUTS ATTENDED

PROGRAM:     INTRODUCTORY TAP (I-TAP)
DATE:     August 10, 12, 17, 19, 24 & 25
LOCATION:     VIA ZOOM CONFERENCE
PROGRAM CODE:     081021TAP
CLE HOURS:     PROGRAM OFFERS A MAXIMUM OF 15 HOURS OF CLE CREDIT,
INCLUDING 1 HOUR OF LEGAL ETHICS

| ✓ | CLASS | Day | CLE HOURS |
|---|---|---|---|
| ☒ | Class 1 | August 10, 2021 | 2.5 hrs CLE credit |
| ☒ | Class 2 | August 12, 2021 | 2.5 hrs CLE credit, incl .25 hr ethics |
| ☒ | Class 3 | August 17, 2021 | 2.5 hrs CLE credit, incl .25 hr ethics |
| ☒ | Class 4 | August 19, 2021 | 2.5 hrs CLE credit, incl .50 hr ethics |
| ☒ | Class 5 | August 24, 2021 | 2.5 hrs CLE credit |
| ☒ | Class 6 | August 25, 2021 | 2.5 hrs CLE credit |

TOTAL ETHICS HOURS  1.0.
TOTAL CLE HOURS  15.0

**STEP 3:** SIGN YOUR FORM

I certify that I participated in the MCLE activity described above and am entitled to claim the above-stated MCLE hours in California. It is my responsibility to check with the state bar of other jurisdictions in order to claim MCLE hours under their respective guidelines.

_____     September 2 2, 2021
Signature     Date

Danielle M. Jones
_____

**Step 4:** TURN IN YOUR FORM AT THE END OF THE PROGRAM
Received by Los Angeles County Bar Association representative.

# Certificate

*This is to certify that*

## Ms. Aynur Baghirzade

*has successfully completed the course on*

*Stock Exchange System Promotion (Azerbaijan)*

*from October 14 to October 30, 2010,*

*organized by*

*the Korea International Cooperation Agency*

*and Korea Securities Depository*

*under the International Cooperation Program of the Government of Korea.*

*October 29, 2010*

Park Dae-won
President
Korea International
Cooperation Agency

Lee, Soo-Hwa
Chairman & CEO
Korea Securities Depository

**KOICA**

**KSD**



# *List of Participants*

Mr. Ilkin Aliyev

Mr. Farid Rahimli

Ms. Farida Mehmanova

Mr. Fariz Azizov

Mr. Elvin Huseynov

Mr. Shahin Huseynov

Ms. Aynur Baghirzade

Mr. Vugar Namazov

Mr. Nazim Mammadov

Ms. Inji Huseynova

Ms. Aliya Isayeva



# American Bar Association
## Section of Business Law

Certifies that

## Aynur Qafar Baghirzade

is a Member of this Section which is dedicated to serving the public, the profession and its members by furthering the development and improvement of business law.



Defending Liberty
Pursuing Justice



ABA Section of
BUSINESS LAW
*Practical Resources for the Business Lawyer*

Linda Hayman, Chair
2006-2007



*The United States Department of State*
*extends congratulations to*

# *Aynur Baghirzade*

*for the successful completion of the*

## *Edmund S. Muskie Graduate Fellowship Program*

*in the field of Law at*
*University of Connecticut*

*May 2007*
*Washington, D.C.*

_____
*Rosalind L. Swenson,*
*Director*
*Office of Academic Exchange Programs*
*Bureau of Educational and Cultural Affairs*



University of Connecticut
School of Law

AYNUR QAFAR BAGHIRZADE
HAS COMPLETED THE REQUIREMENTS FOR

THE CERTIFICATE OF SPECIALIZATION IN
INTELLECTUAL PROPERTY

AS PART OF THE LL.M. DEGREE IN U.S. LEGAL STUDIES

Jeremy Paul, Dean

Date

Exhibit A
Page 37

Avropa İnsan Hüquqları Konvensiyası üzrə
Gənc Hüquqşünaslar və QHT-lar üçün Seminar



## İŞTİRAK HAQQINDA
## ŞƏHADƏTNAMƏ

*Şəhadətnamə verilir*

Cənab/Xanım _____Əhməd Bəşirzadə_____

Ona görə ki, o, Azərbaycan Gənc Hüquqşünaslar Birliyinin
Avropa Şurası İnsan Hüquqları üzrə Direktorluğu ilə birlikdə
2003-cü ilin iyun ayının 25-26-da təşkil etdiyi Avropa İnsan
Hüquqları Konvensiyası üzrə Gənc Hüquqşünaslar və QHT-lar
üçün iki günlük nəzəri və praktik seminarlarda iştirak etmişdir.

Nadir Adilov
*Azərbaycan Gənc Hüquqşünaslar Birliyinin Sədri*
*Chairman of AYLU*

25.06.2003 Baku

---

Seminar on The European Convention on
Human Rights for young lawyers and NGOs



## CERTIFICATE
## OF ATTENDANCE

*This certifies that*

Mr/Ms _____Əhməd Bəşirzadə_____

Has successfully completed a two-day seminar on the European Convention
on Human Rights organised by the Azerbaijan Young Lawyers' Union
in co-operation with the Directorate General of Human Rights
of the Council of Europe June 25-26, 2003. Student attended
lectures and participated in practical case study exercises.

Krzysztof Zyman
*Human Rights Co-operation and Awareness Division
Directorate General of Human Rights – DG II
Council of Europe*

25.06.2003 Baku



# CERTIFICATE OF ACHIEVEMENT

FOR PARTICIPATION IN THE SEMINAR:

## "PRACTICAL ASPECTS OF AZERBAIJAN COMMERCIAL LAW"

BAKU
April 13- 14, 2001

American Bar Association/ Central and East European Law Initiative



HEREBY CONFERS UPON:

*Aygun Bagirzade*

*[signature]*
Jamila Mamedova
Commercial Law Program Coordinator,
ABA CEELI



P&G Azərbaycan
məhsul... də veril edilmiş
AYNUR BAĞIRZADƏNİN
"Saxtalaşma əleyhinə" kampaniyanın
keçirildiyi üzrə... nin liderlik qabiliyyətini
və çox də... ... zəhmətini ətraf
eda... təsdiqləyir.

RECİONAL MENECER                     XARİCİ ƏLAQƏLƏR
                                      ÜZRƏ MENECER
MURAT AKYILDIZ                        İRAKLİ ŞARİAMİDZE

Exhibit A
Page 40

# P&G

P&G Azerbaijan recognizes and confirms leadership qualities and very valuable contribution of AYNUR BAGHIRZADE who represented interests of the company in courts in the frameworks of ANTI COUNTERFEITING campaign.

Murat Akyildiz

Regional Manager

Irakli Mariamidze

External Relations Manager

From Azerbaijani into English translated by: Heydarov Elchin Ali



# Aynur Baghirzade

**Irvine, CA, USA ● cell phone: 619 630 6646 ● contact@aynurlawyers.com**

## EDUCATION

**THE UNIVERSITY OF CONNECTICUT SCHOOL OF LAW,** Hartford, USA,
L.L.M., U.S. Legal Studies, graduated on May 2007, additional certificate on IP Law
**HONORS:** E. Muskie program alumna, promoted by the Bureau of Educational and Cultural Affairs of the U.S. Department of State

**BAKU STATE UNIVERSITY, LAW DEPARTMENT,**
Baku, Azerbaijan
J.D. received on July 1998
**HONORS:** Graduated with Honors
Note: Degree is evaluated and accepted as equivalent to J.D. in California

**UN DIPLOMA ON REFUGEES RIGHTS**

Awarded as a result of participation at United Nations' full course on refugees' rights.

## AWARDS

Awarded as a best attorney in anti-counterfeiting work by Procter & Gamble

## BAR ADMISSION

**Member of the State Bar of California**

## EXPERIENCE

**LAW OFFICES OF AYNUR BAGHIRZADE**
**Attorney, June 2021 till now**
Advise clients on different aspects of Business & Immigration Law, Employment Law, do legal research, draft court complaints, demand letters, memos, oppositions, appear in court hearings, negotiate and mediate claims, draft various USCIS forms, appear in Immigration courts in removal defense cases and do other relevant work.

**SLATE LAW GROUP**
**Associate, Legal Counsel May 2021 till July 2021**
Prepared pleadings, did legal research, drafted complaints, memos, motions for summary judgments, oppositions, did discovery, drafted discovery requests, prepared demand letters, handled depositions on varios civil litigation cases (Employment Law, Business Law, Personal Injury and etc.) in courts, participated at court hearings and conferences, and did other relevant job.

**LEX GLOBAL (Azerbaijan)**
**Managing Partner, Consultant** April 2015 - May 2021
Coordinated activity of the law firm, managed legal staff, conducted due-diligence, evaluated and approved various types of commercial agreements, drafted commercial contracts, including contracts on use of IP products, provided registration of IP products, filed suits in courts, represented clients' interests in courts, including on the disputes on IP ownership and licenses, drafted legal opinions, provided consultations and solutions to the clients' questions and requests, and did other relevant job.

**UNION GRAND ENERGY (SOCAR)**
**Legal Counsel, December 2011 – March, 2015**
Resolved complex legal issues on international trade, drafted and revised international contracts, consulted on use of INCOTERMS rules and other conditions, supported Procurement department in its work, coordinated and ensured reduction of the legal and business risks, reviewed drafts of tender documents and ensured their compliance to Law, ensured compliance of the internal documents to Law, provided legal advice on procurement, insurance, trade and other issues, participated in preparation of the company's vital documents and standards.

**CASPIAN INVESTMENT & DEVELOPMENT CORPORATION (Azerbaijan)**
**General Counsel, April 2011 – December 2011**
Provided legal analysis of the international trade agreements, negotiated INCOTERMS and other terms of the trade agreements with stakeholders, supervised and coordinated legal issues of the plant construction, provided legal opinions on tax, customs, trademarks and goods' certification issues, led legal disputes for the company, represented company's rights in state bodies and did other relevant work.

**NATIONAL DEPOSITORY CENTER / STATE SECURITIES COMMITTEE (Azerbaijan)**
**General Counsel, Member of the Management Board, July 2010 – April 2011**
Participated at Board's meeting and consulted management on legal matters concerning issue of the international securities, enlargement of the national securities market, tax issues, international investments, conclusion of the contracts, conducted compliance review of the company business, coordinated activity of the Legal Department and HR, led international projects of the Committee, participated at the important negotiations with stakeholders, coordinated reforms on securities market and did other relevant work.

**BOOZ ALLEN HAMILTON (Azerbaijan)**
**Regulatory Advisor (Senior Consultant), December 2008- December 2009**
Consulted on various legal issues of Biological Threat Reduction Project (BTRP), construction of the medical and veterinary labs in Baku and regions, tax and customs law, labor law, delivery of highly dangerous pathogens, health security, environmental approvals and licenses, provided compliance of the company business with current health and safety legislation, prepared memos, law briefs, legal opinions, contracts, road maps and other documents, held meetings with US and Azeri governments on mentioned issues and did other relevant job

**COUNCIL OF THE EUROPEAN UNION / THE MINISTRY OF ECONOMIC DEVELOPMENT**
**Legal Expert, March 2008- December, 2008**
Advised on legal approximation matters of the local legislation to the EU standards, participated in drafting important laws and regulations, provided comparative analysis of EU and Azerbaijan Law ( IP Law, Competition Law and some others), worked on legislative amendments to IP Laws and regula-

**BAKU STATE UNIVERSITY AND KHAZAR UNIVERSITY (Azerbaijan)**
<u>Adjunct Professor of Law, September 2007 – September 2010</u>
Prepared and taught lectures on International Banking Law,  Financial Law, International Private Law
(Conflict of Laws) , conducted workshops, seminars and case study, led examinations, and did other
relevant job.
*Note: The program is organized in co-operation with American Bar Association and taught in English
with emphasis on national and international legislation as well as principles of Anglo-American Law.*

**PERMANENT MISSION OF THE AZERBAIJAN REPUBLIC TO THE UNITED NATIONS**
<u>Advisor (Internship) June 2007 – August 2007, New York, USA</u>
Participated at the meetings of the General Assembly of the UN and other UN agencies, prepared notes,
briefs and legal opinions on human rights, refugees' rights of UN and their influence on the legislation
of the Azerbaijan Republic, worked with different conventions and treaties of UN in connection with
human rights' protection in Azerbaijan, and did other relevant job.

**UNIBANK COMMERCIAL BANK OPEN JOINT STOCK COMPANY (Azerbaijan)**
<u>General Counsel, April 2004 – July 2006</u>
Supervised Legal Department, managed activity of 10 lawyers, prepared legal  drafts for financial and
other banking activities, resolved different legal matters including on tax matters in bank, prepared le-
gal drafts and opinions for important investment projects (with   EBRD, ICD, DEG and other in-
ternational and foreign investors), conducted compliance of the bank activities to the existing legisla-
tion, prepared essential corporate documents such as Regulation on Supervisory Board, Executive
Board, on Audit Committee and others, supervised the process of bank's share acquisitions, corporate
mergers and break, creation of new subsidiaries and branches, revised legal matters and did other relat-
ed work.

**PROCTER & GAMBLE EASTERN EUROPE INC (Azerbaijan)**
<u>Legal Counsel, April 2002 – October 2003</u>
Proposed and led legal campaign to protect the Company's Intellectual Property rights,  drafted some
legal opinions (on VAT reduction, on anti-counterfeiting legislation of Azerbaijan and some other relat-
ed issues), resolved some crucial Intellectual Property and Tax withholding problems and successfully
represented the company in local state and international agencies, negotiated amendments to the legis-
lation to improve IP protection with governmental bodies and officials as well international organiza-
tions such as EU, EC and others, did other relevant job.
**HONORS:** Awarded for leading best legal campaign in Company's Intellectual Property rights protec-
tion.

**INTERNATIONAL CENTER FOR NON-PROFIT LAW (Azerbaijan)**
<u>Lawyer, May 2001 - March 2002</u>
Supported work of the non-governmental organizations, helped their registration process, advised on
statutory and other documents, conducted research of the relevant legislation, filed suits in courts for
non-profit organizations, advised on fund-raising issues, conducted seminars and conferences on vari-
ous topics for representatives of the non-governmental organizations, government and media.

**LEGAL EDUCATION SOCIETY (Azerbaijan)**
<u>Lawyer, May 2000 - May 2001</u>
Worked as a volunteer to help disadvantaged people to file claims and suits in courts (children

on refugees', women's and children's rights, participated in organization of seminars and conferences on various human rights topics for them, and did other relevant work.

## MINISTRY OF INTERNAL AFFAIRS (Azerbaijan)
Inspector, July 1995 – April 2000
Led the registration of passports and visas, supported investigation process by finding the criminals in the address list of the Ministry and notifying on the committed crimes on their behalf, did other relevant job.

# CERTIFICATIONS

Have numerous certifications in human rights, women's rights, refugees' rights and etc. as a result of participation at many seminars, courses and conferences.

# LANGUAGES

English (fluent), Russian (fluent), Azeri (fluent), Turkish (fluent), Spanish (very basic, still learning)

# PUBLICATIONS

Trademarks and the Likelihood of Confusion, Partnership and Cooperation Journal, Issue # 4, Baku, Azerbaijan, 2009; "Political Parties as a Way to Promote the Citizens' Rights to Assembly according to the Constitution of the Azerbaijan Republic ", Journal "Actual Problems of the State and Law", Baku, Azerbaijan, May 2006; "Is leasing a necessity or a new institution?" Journal "Advocate +", Baku, Azerbaijan, April 2002; "Why we need a jury system?" Journal "Advocate +", Baku, Azerbaijan, March 2002; "May NGO be engaged in commercial activity?", Journal on Non-Governmental Organizations" "Faith" Pluralism Center, Baku, Azerbaijan, April 2002; "Main Human Rights Problems in the Legislation of the Azerbaijan Republic, Journal on East European Law, Columbia School  of Law, USA, August 2001; "Going Global" Business Time Journal, 03 (87), 2016, pp. 16-17; Doctrine of Commercial Impracticability of the Contract under US and Azerbaijan Law and its Application (Comparative Review), Business Time Journal, 05 (89), 2016, pp. 48-49; Top Reasons to Protect your Mark, Impact Azerbaijan Journal issued by AMCHAM of Azerbaijan, issue 22, 2016, pp.12-13 and some others.

BUSINESS LITIGATION PANEL

APPLICATION FOR SPECIAL CONSIDERATION:

      In lieu of, or in addition to, the above provisions, a panel attorney may make application to the Lawyer Referral & Information Service Committee, in person or in writing, for consideration of the attorney's legal education, experience and special qualifications for participation on the Business Litigation Panel.

I submit this Statement of (☐) Minimum (☑) Alternate Qualifications or other evidence of my eligibility to participate on the Business Litigation Panel of the Orange County Bar Association Lawyer Referral & Information Service. I understand that the information contained herein is subject to reasonable verification and I agree to cooperate with the Lawyer Referral & Information Service Committee and its designees in the process of evaluating my qualifications. I declare, under penalty of perjury, that the foregoing is true and correct.

_____     _____
SIGNATURE OF APPLICANT                DATE

Amended 12/13



## SUBJECT MATTER PANEL APPLICATION

## CORPORATE & BUSINESS

An applicant who is currently certified as a legal specialist by the California Board of Legal Specialization will automatically meet the experience requirements. Otherwise, applicant must certify experience requirements as indicated below.

**CRITERIA:** Applicant must have handled, within the last three years, not fewer than three cases in the subject matter area through final resolution.

**EDUCATION REQUIREMENTS:** An applicant practicing law for less than three years must certify that s/he has completed not less than four hours of State Bar approved MCLE credits in the subject area of the panel for each year of practice.

An applicant practicing law for three or more years must certify that s/he has completed not less than six hours of State Bar approved MCLE credits in the subject area of the panel during the three years preceding the application.

**LIBRARY REQUIREMENTS:** Applicant must have access to annotated codes and case reporters for all relevant authorities in the subject matter of the panel.

Applicant must have access to all treatises and practitioner manuals in the subject area of the panel (e.g., those published by CEB and The Rutter Group).

**EXPERIENCE REQUIREMENTS:** Applicant must have successfully performed to completion all legal work, including the preparation or supervising of the preparation of all legal documents, in not less than three client matters similar to the matters included in the panel subject areas checked above.

*I hereby certify under penalty of perjury that I have met the above criteria and requirements, and that I am competent to handle Corporate & Business referral matters in the panel subject areas checked above.*

Attorney's Name ___Aynor  Bagherzade___.

Attorney's Signature _____ Date _January 19, 2023_

  
# IMMIGRATION & NATURALIZATION PANEL
## STATEMENT OF QUALIFICATIONS

**OCBA LRIS**
LAWYER REFERRAL & INFORMATION SERVICE

APPLICANT INFORMATION:

NAME: **Aynur Baghirzade**

YEAR OF ADMISSION TO THE STATE BAR    2020

I.    CERTIFIED SPECIALIST  (Certification qualifies the holder to join the Panel.)

☐ I am currently certified as a Specialist in Immigration and Nationality Law by the State Bar.

II.    MINIMUM QUALIFICATIONS (If not a certified specialist)

☑ A. Within the two (2) years immediately preceding, have attended and completed at least ~~12~~ *#50* hours of MCLE in the area of Immigration Law, which are  approved by the California State Bar Continuing Legal Education as follows (attach an additional sheet if necessary):

Title: *Asylum for Afghans*                    Date: *September 6, 2022*

Sponsored by: *OCBA Immigration Section*        Hours: *1 hour*

Title *J-1 Waivers and Overview of Nonimmigrant*  Date: *May 3, 2022*

Sponsored by: *OCBA Immigration Section*        Hours: *1 hour*

*see attached*

☑ B.    Personally handled all legal work in connection with at least ~~15~~ *5* cases from the following categories (no more than 3 cases may be counted in any one category):

- ☑ Family Based Immigrant Petitions (including Adjustment of Status)
- ☐ Employment Based Immigrant Petitions (including Adjustment of Status)
- ☐ Stateside Provisional Waivers
- ☑ Asylum/Withholding of Removal/Convention Against Torture
- ☑ Removal Defense
- ☐ Post-Conviction Relief
- ☐ Naturalization
- ☐ U Visa/T Visa/Violence Against Women Act
- ☐ Special Immigrant Juvenile Status
- ☐ Deferred Action
- ☐ Administrative Appeals
- ☑ Nonimmigrant Visas  *— GK renewal, travel document*

3) EB-5 Reform and Integrity Act, 2022 (RIA)

Date: June 4, 2022

Sponsored by: OCBA Immigration Section

hours: 1 hour

4) Title: Life after Prosecutorial Discretion

Date: October 4, 2022

Sponsored by: OCBA Immigration Section

hours: 1 hour

5) Title: Uniting for Ukraine: How U.S. Immigration can help Ukrainians.

Date: July 12, 2022

Sponsored by: OCBA Immigration Section

6) Title: Unreasonable Delay: When need how to sue

Date: May 10, 2022

Sponsored by: LACBA

hours: 1 hour

7) Title: Protecting Clients In Immigration Courts

Date: April 26, 2021

Sponsored by: LACBA

hours: 1.50 hours (CCLE)

Have a diploma on Refugees' Rights as a result of my participation at the extensive seminar on Refugees Rights. Program was sponsored by United Nations.

Symier Baghdasarie.

IMMIGRATION & NATURALIZATION
Page 2

☑   C.   To be completed annually as a condition of remaining on the Modest Means panel:  Attorneys with <u>less than five years</u> of immigration experience are <u>required</u> to attend an ethics training in immigration law offered by the OCBA Immigration Law Section, American Immigration Lawyers Association <u>or</u> comparable provider.  Attorneys with <u>more than five years</u> of immigration experience are encouraged, but not required, to attend an ethics training in immigration law.

All attorneys are required to take a *pro bono* case or volunteer at a community clinic (i.e., naturalization, DACA, know your rights, etc).

☑   D.   Presently <u>own</u> or subscribe to an updated and current treatise on Immigration Law (i.e. <u>Kurzban</u>, Matthew Bender, <u>West Law</u>, etc.).


## APPLICATION FOR SPECIAL CONSIDERATION

In lieu of the above provisions, a panel attorney may make application to the Lawyer Referral & Information Service Committee, in person or in writing, for consideration of the attorney's legal education, experience and/or special qualifications for participation on the Immigration Panel.

*4,50 CLE in IL and 5 individual cases handled by me*

I submit this Statement of certification of (  ) Minimum Qualifications of my eligibility to participate on the Immigration Law Panel of the Orange County Bar Association Lawyer Referral & Information Service.  I understand that the information contained herein is subject to reasonable verification and I agree to cooperate with the Lawyer Referral & Information Service Committee and its designees in the process of evaluating my qualifications.  I declare, under penalty of perjury, that the foregoing is true and correct.

_____          _____
SIGNATURE OF APPLICANT                                                    DATE

Amended 10/2016