Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al.,<br><br>Defendants. | Case No. 3:24-cv-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:      December 30, 2024<br>Judge:    Hon. Robert S. Huie<br>Courtroom:   3B |

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of their Motion to Dismiss Plaintiff's Second Amended Complaint, Defendants ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI respectfully request this Court to take judicial notice of the following documents:

1. Orange County Bar Association Lawyer Referral & Information Service Certificate of Compliance from the State Bar of California effective November 15, 2023 through November 15, 2024, and accompanying

correspondence to Teresa Vuki dated December 13, 2023, a true and correct copy of which is attached hereto as **Exhibit C.**

2. Orange County Bar Association Lawyer Referral & Information Service Certificate of Compliance from the State Bar of California effective November 15, 2022 through November 15, 2023, and accompanying correspondence to Teresa Vuki dated November 16, 2022, a true and correct copy of which is attached hereto as **Exhibit D.**

DATED: November 25, 2024         Respectfully submitted,

SALL SPENCER CALLAS & KRUEGER
A Professional Corporation

By: _____
        Suzanne Burke Spencer

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**