AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>          Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL<br>COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br><br><br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1.    **EXHIBIT A** - MEMBERSHIP FEE PAID BY PLAINTIFF TO DEFENDANT LEGALMATCH CALIFORNIA - PAGES: 3-4 (A1 -A2)

2.    **EXHIBIT B -** SCREENSHOT OF GOOGLE SEARCH RESULTS SHOWING THAT PLAINTIFF'S ADDRESS IS LISTED IN RANCHO CUCAMONGA FOR HER LEGALMATCH CALIFORNIA PROFILE, IT ALSO SHOWS COMPLETELY DIFFERENT AREA OF PRACTICE WHICH PLAINTIFF DOES NOT DO - PAGES: 5-6 (B1 - B2)

3.    **EXHIBIT C -** PLAINTIFF'S EMAILS TO DEFENDANTS COMPLAINING ABOUT QUALITY OF REFERRALS - PAGES: 7-17 (C1-C11)

4.    **EXHIBIT D -** SOME OF THE REFERRALS PLAINTIFF RECEIVED FROM DEFENDANTS  - PAGES: 18-39 (D1-D22)

# EXHIBIT A



**4**

Aynur Baghirzade <contact@aynurlawyers.com>

---

## LEGALMATCH.COM Transaction Receipt - Reference Number 590010061

1 message

---

**LEGALMATCH.COM** <notifications@paytrace.com>
Reply-To: accountsreceivable@legalmatch.com
To: contact@aynurlawyers.com

Tue, May 28, 2024 at 1:05 PM

LEGALMATCH.COM
300 E 2ND ST UNIT 1410
RENO, NV 89501
415-946-0800
5/28/2024 1:04:18 PM

| | |
|---|---|
| Reference Number: | 590010061 |
| Total: | $600.00 |
| Transaction Type: | Sale |
| Transaction Status: | Pending Settlement |
| Card Brand: | Visa |
| Card Number: | xxxxxxxxxxxx2590 |
| Entry Method: | Keyed |
| Approval Code: | 120547 |
| Approval Message: | EXACT MATCH |
| AVS Result: | Full Exact Match |
| CSC Result: | Match |
| Customer Reference ID: | 590010061 |
| Customer Name: | Aynur Baghirzade |
| Invoice: | 590010061 |

X_____
Please sign here to agree to payment.

**Exh. A 2**

# EXHIBIT B

**Exh. B1**

Law Offices of Aynur Baghirzade. 5. I've had the privilege of collaborating with Aynur Baghirzade on multiple occasions and can attest to their exceptional ...



MapQuest
https://www.mapquest.com › oc-p...

## Oc Paralegal Service, 34061 Granada Dr, Dana Point, CA

Find Related Places ... See a problem? Let us know. You might also like. Law Offices of Aynur Baghirzade.



LegalMatch
https://www.legalmatch.com › find

## Rancho Cucamonga CA Rideshare Accident Lawyers Near You

Personal Injury. Rancho Cucamonga, CA, 91730. Website. Aynur Baghirzade. Personal Injury. Rancho Cucamonga, CA, 91701. Website. Eric Esteban. Personal Injury.



Sotwe
https://www.sotwe.com › Baghirza...

## Aynur Baghirzade @BaghirzadeAynur - Twitter Profil

... Aynur Baghirzade @BaghirzadeAynur. dalam waktu sekitar 7 jam. I have a question - what Aliyev would do if like in famous movie The Toy Putin would ask him to ...



aynurlawyers.com
https://www.aynurlawyers.com › b...

## Business Lawyers | ACCURA LAW FIRM

Aug 1, 2021 — Aynur Baghirzade. Sep 1, 2021; 3 min. 11 THINGS TO DO TO SECURE YOUR LEGAL CLAIM IF YOU HAD AN ACCIDENT. First thing you have to do if you got ...

AA    🔒 Q aynur baghirzade    🎤

Exh. B2

# EXHIBIT C



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Aynur B & Star PO

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Wed, May 29, 2024 at 10:39 AM
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Hello Estrella,

I am now reviewing the leads you provided to me and many of them have fake phone numbers. May I know the reason why most of the leads you provided to me are simply unavailable due to the phone number issues ?

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**Exh. C2**

**M** Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

## Follow-up to your voice mails

**Estrella Sanchez** <estrella.sanchez@legalmatch.com>                    Fri, May 31, 2024 at 11:06 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello,

In response to your voicemail, I must reiterate that lead volume is not within our direct control, apart from adjusting marketing efforts based on feedback such as the ratings from you and the reasons you provide for cases deemed non-viable. This feedback helps inform our marketing team directly, and the execution falls under a separate department.

To ensure your concerns are addressed promptly, I recommend utilizing the rating system for all the cases that don't meet your criteria as I showed you during the product orientation. In addition, you can report any cases that are miscategorized which will alert the marketing team.

The leads provided to you are from genuine clients who have completed the intake process manually. Once again, there is absolutely no reason why LegalMatch would intentionally withhold leads from you or accurate contact information. Your concerns are out of my direct control. You can use the tools available to inform the marketing team which is responsible for adjusting their approach if the leads aren't viable in your eyes. They can't do anything if you're not submitting the feedback on your profile which goes to them directly.


Warm Regards,
**Star Sanchez**
 Book an appointment



**Key Account Manager**
(775)618-0125
300 E 2nd St., Suite 1410
Reno, NV  89501
www.legalmatch.com
California Only:
www.legalmatchca.com

---

**Exh. C3**





Aynur Baghirzade <contact@aynurlawyers.com>

## Follow-up to your voice mails

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Fri, May 31, 2024 at 12:29 PM

Hello Estrella,

I submitted my concerns before to you and I alerted your marketing team by providing the rating.

So far I do not see any change. If the volume and everything else are out of your control I'll be looking for alternative ways to fix the problem as well as find out the answers to my questions why your team sends me cases with wrong numbers ( while yes, the clients are genuine as I see that they open my responses ) and sends me cases where I may have no business ( two last cases). Waiting time for the Green cards for siblings is 10-15 years, and parolee wanting to get a working visa needs to have a job offer, which I suspect she doesn't have.


Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

## Exh. C4

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

## Follow-up to your voice mails

**Aynur Baghirzade** <contact@aynurlawyers.com>                                Sun, Jun 2, 2024 at 6:54 PM
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Hello Estrella,

Hope this email finds you well.

I am still getting useless leads from you. 2 out of 3 leads you sent to me for the last couple of days are absolutely useless - one asks to deport her ( I can't), and another is from the person who is out of country and needs assistance with asylum - and the person must be in the country so that I can help him.

Why do you continue sending me trash ? What is the purpose to send me leads which will bring me no business ?

I would appreciate your response.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**Exh. C5**

11/25/24, 9:08 PM    Case 3:24-cv-01077-RSH-MMP    Law Offices of Aynur Baghirzade - Filed 11/26/24: Languages    PageID.1480    Page
12 of 39

12

 Gmail                                    Aynur Baghirzade <contact@aynurlawyers.com>

---

# Automatic reply: Languages

**Estrella Sanchez** <estrella.sanchez@legalmatch.com>              Wed, Jun 5, 2024 at 12:02 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello,

I am currently out of the office, I will respond to your inquiry as soon as possible upon my return.

If you need immediate assistance please contact

Aubrey Banks

aubrey.banks@legalmatch.com
(775)406-7744

or

Lindsey Combs
lindsey.combs@legalmatch.com
(775) 335-1066

Thank you,

Star Sanchez,

Key Account Manager

---

**Exh. C6**

 **Gmail**

Aynur Baghirzade <contact@aynurlawyers.com>

## Quality of the leads

**Aynur Baghirzade** <contact@aynurlawyers.com>                        Fri, Jun 7, 2024 at 10:51 AM
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Good morning Estrella,


Do you at least ask people about their readiness to pay to the attorney? I had a client today telling me that she wants the service for free. Another client asked for the contract and then stopped returning my calls, one arranged for the meeting and didn't come - I am sorry I have an impression that I am getting fake leads from you and people simply want to take my time with no intention to retain me.

I don't know why I have to pay you if am literally getting trash from you.



Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. C7**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Useless cases

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Sat, Jun 8, 2024 at 11:54 PM
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Hello Estrella,

I am still getting useless cases or very difficult cases where the client has been deported and committed a deportable crime again upon his return - the cases where I can't really do a lot. I've rated them poorly, but I just need to know why you continue sending me trash, so that I can't retain any clients? I have an impression that you do it intentionally. May I know the reason? I got three cases today - two of them are trash, and one of them is outside of the country and I couldn't reach the client over the phone.

--
Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. C8**

15



Aynur Baghirzade <contact@aynurlawyers.com>

## Request for political asylum from the person outside of the United States

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Mon, Jun 10, 2024 at 8:55 PM

Hello Estrella,

Looks like my complaints to you do not count. Please, note that you will be served with the complaint for deliberately sending me useless cases and committing wire fraud.

I've just received a case for political asylum from the person outside of the United States with the US number, which is unresponsive.

I explained to you before that for the asylum the person must be in the United States. It's very interesting that you keep sending me cases where I'll have no profit.

I will deactivate my card so that you get 0 money from me and add your company to my complaint to get treble of damages for fraud and harassment.

Looks like this is the only way to explain you how you have to treat your members.

Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. C9**

11/25/24, 3:43 PM    Case 3:24-cv-01077-RSH-MMP    Document 99-1    Stop sending me cases of the people deported for felonies    Filed 11/26/24    PageID.1484    Page 16 of 39

16



Aynur Baghirzade <contact@aynurlawyers.com>

## Stop sending me cases of the people deported for felonies

**Aynur Baghirzade** <contact@aynurlawyers.com>                                  Thu, Jun 13, 2024 at 8:52 AM
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

Hello Estrella,

Though I can take deportation cases of those who currently face it and in a removal proceeding, I do not handle cases of those who have been already deported for multiple felonies. I wrote about it to you before and provided to your team a star rating clearly indicating that I do not want such cases to be sent to me but you keep sending them to me anyway. Any other case of the same type you'll forward me again after this email will be counted as harassment. Hope on your understanding.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. C10**

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Mon, Jun 24, 2024 at 6:33 PM
To: Estrella Sanchez <estrella.sanchez@legalmatch.com>

The case you sent to me is not showing in the system. If you think that your harassment has any effect on me you are in great mistake.

I don't care anymore. Complaint is filed and will served on you shortly.

Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Exh. C11**

# EXHIBIT D



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Sun, Jun 2, 2024 at 6:12 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCK9N2NZMIGA |
| Case summary | Assistance with Immigration Matters and U.S. Citizenship Eligibility for Greencard Holders |
| Case description | The individual is from Syria and seeking asylum in the United States due to economic and other crises in their home country. They require language assistance when meeting with an attorney. They are not currently in the U.S. but are eligible for U.S. citizenship due to good moral character and English proficiency. There is no hearing scheduled at this time, and they are seeking a temporary visa for unspecified purposes. |
| Case location | I R S, CA |
| Categories | Citizenship<br>Temporary Visas |

View Case

Thank you!

**Exh. D2**

 **Gmail**

Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Sun, Jun 2, 2024 at 10:22 AM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCJZNFSO7Z9Z |
| Case summary | I want to go home I'm depressed and i need my fami |
| Case description | I just want to be with my family and I.ve been very depress Not being with them |
| Case location | Los Angeles, CA |
| Categories | Deportation |

View Case

Thank you!

- LegalMatch Support

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this email

LegalMatch, 300 E 2nd St, Suite 1410 Reno, NV 89501

## Exh. D3

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Mon, Jun 3, 2024 at 4:21 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCL1WZYGJHHL |
| Case summary | Individual Requires Translator for Attorney; Deportation Due to Illegal Entry |
| Case description | The individual entered the U.S. seeking asylum but was denied after multiple interviews and by an immigration judge. They require a translator or language assistance when meeting with an attorney and are currently facing deportation for being in the country illegally. The individual is in deportation or removal proceedings, highlighting the urgency and complexity of their immigration situation. |
| Case location | Calexico, CA |
| Categories | Deportation |

View Case

Thank you!

- LegalMatch Support

**Exh. D4**

11/25/24, 8:58 PM Case 3:24-cv-01077-RSH-MMP    Document 99-1    Gmail - You Have a Case Filed 11/26/24    PageID.1490    Page 22 of 39

**22**

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>                    Tue, Jun 4, 2024 at 11:29 PM
To: contact@aynurlawyers.com



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCM5N6548CW1 |
| Case summary | Need for translator in asylum proceedings for deportation case in US. |
| Case description | The individual has submitted asylum applications to immigration court and DHS, including supporting evidence and biometric information, seeking representation for the upcoming court hearing due to language barriers preventing them from defending themselves effectively. The individual requires a translator for meetings with an attorney, as they are facing deportation for being in the United States illegally and are currently in deportation/removal proceedings. |
| Case location | La Tijera, CA |
| Categories | Deportation |

View Case

Thank you!

- LegalMatch Support

**Exh. D5**

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## You Have a Case.

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Wed, Jun 5, 2024 at 11:36 AM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCBUT82158IK |
| Case summary | Asylum Seeker Needs Language Assistance for Immigration Deportation Case |
| Case description | I entered the United States seeking political asylum but was only granted one year to apply, I also want to request a work permit. I require a translator or language assistance when meeting with an attorney. I am in the U.S. illegally and facing deportation. No hearing has been scheduled yet. |
| Case location | Santa Paula, CA |
| Categories | Deportation |

View Case

Thank you!
- LegalMatch Support

## Exh. D6





Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>    Fri, Jun 7, 2024 at 12:02 PM
To: contact@aynurlawyers.com



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCOAWHM1C401 |
| Case summary | Detainee release request in immigration deportation proceedings. |
| Case description | The individual is not eligible for parole due to a prior criminal record and an order for removal by an immigration judge. To get the individual released pending a hearing, we can explore alternatives such as requesting a bond hearing or exploring other forms of relief, such as asylum or withholding of removal. The individual's language assistance needs will need to be addressed during the legal proceedings. |
| Case location | San Diego, CA |
| Categories | Deportation |

View Case

Thank you!
- LegalMatch Support

**Exh. D7**

11/25/24, 9:03 PM Case 3:24-cv-01077-RSH-MMP Document 99-1 Gmail - You Have a Case Filed 11/26/24 PageID.1493 Page 25 of 39

25



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Sat, Jun 8, 2024 at 12:30 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCP64M9W7461 |
| Case summary | Need for Legal Representation for Immigrant Facing Deportation from U.S. |
| Case description | The individual was deported 23 years ago for transporting marijuana without all required licenses, which is now a misdemeanor. Having not returned to the U.S. since, they have established themselves in Mexico as a musician. Originally from Encinitas, California, they have family in San Diego and are eager to reunite with loved ones. The person does not require a translator and there is currently no hearing set for their deportation case. |
| Case location | San Diego, CA |
| Categories | Deportation |

View Case

Thank you!

- LegalMatch Support

**Exh. D8**

Gmail - You Have a Case.

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## You Have a Case.

**LegalMatch** <attorneysupport@legalmatch.net>                                                   Sun, Jun 9, 2024 at 8:38 AM
To: contact@aynurlawyers.com

 **LegalMatch**
CALIFORNIA

Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCPVU5Q4NX1X |
| Case summary | California |
| Case description | If i never been to prison and got deported can i still be able to try to fix my papers again? |
| Case location | Terra Bella, CA |
| Categories | Deportation |

View Case

Thank you!

- LegalMatch Support

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this email
LegalMatch, 300 E 2nd St, Suite 1410 Reno, NV 89501

**Exh. D9**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Mon, Jun 10, 2024 at 8:58 AM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCQQVSTW1V46 |
| Case summary | Legal Assistance Needed for Non-US Citizen Facing Deportation Proceedings |
| Case description | The individual's case was denied, leading to deportation to Mexico. The immigration lawyer failed to communicate important case updates, leaving the individual unaware of the proceedings. Additionally, a previous judge granted bail with the condition of fulfilling requirements for staying in the country, but communication was lost thereafter. Facing deportation due to a drug-related conviction in 2017, the individual questions if they can still fight the immigration case. No future hearing is scheduled, and language assistance is not needed for meetings with an attorney. |
| Case location | Terra Bella, CA |
| Categories | Deportation |

View Case

**Exh. D10**

11/25/24, 8:09 PM Case 3:24-cv-01077-RSH-MMP Document 99-1 Aynur Baghirzade Mail - You Have a Case Filed 11/26/24 PageID.1496 Page 28 of 39

28

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

**You Have a Case.**

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Wed, Jun 12, 2024 at 9:57 PM

 LegalMatch
CALIFORNIA

Dear Aynur,

A case has been posted in your area.

| Case number | CCSWOHW1DIH3 |
|---|---|
| Case summary | Need for Translator for Individual Facing Deportation Due to Crime |
| Case description | In 2012, I was deported for possession of a controlled substance and had my permanent resident card revoked. Now in 2024, I am seeking to return to the U.S. with my family. The individual does not need a translator when meeting with an attorney, but personal information like age, sex, marital status, and country of origin is not provided. The individual is facing deportation for being convicted of a crime, but is currently not within the United States and does not have a hearing set at this time. |
| Case location | Hanford, CA |
| Categories | Deportation |

View Case

Thank you!

**Exh. D11**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

**LegalMatch** <attorneysupport@legalmatch.net>                          Mon, Jun 17, 2024 at 10:55 PM
To: contact@aynurlawyers.com



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CCX71Q0YRI99 |
| Case summary | Individual's Immigration Process for Marriage Green Card: Criminal Conviction Issue |
| Case description | I was deported 7 years ago for a misdemeanor offense but without serving any jail time. I am now facing deportation for entering the country illegally. I do not need a translator when meeting with an attorney, and I am seeking a green card through marriage. There is no hearing scheduled at this time, as I was convicted of a crime that is the reason for my deportation. |
| Case location | Chula Vista, CA |
| Categories | Deportation<br>Permanent Visas or Green Cards |

View Case

Thank you!
- LegalMatch Support

**Exh. D12**

11/25/24, 9:38 PM Case 3:24-cv-01077-RSH-MMP Document 99-1 Aynur Baghirzade Mail - You Have a Case Filed 11/26/24 PageID.1498 Page 30 of 39

30



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Fri, Jun 21, 2024 at 1:43 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC109SHJ37S6F |
| Case summary | Usman Goni Seeking Translator for Immigration Hearing in USA |
| Case description | The individual, a student and visitor, wishes to travel to Canada for a two-month observation. They have expressed a strong desire to visit solely Canada and return to Bangladesh for their studies and family. The individual seeks assistance as an inspiration and hopes to gain support regarding their visa application. They require language assistance and a translator for legal proceedings as they navigate their immigration matter for tourism purposes. |
| Case location | Ontario, CA |
| Categories | Temporary Visas |

View Case

Thank you!
- LegalMatch Support

**Exh. D13**

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Mon, Jun 24, 2024 at 5:40 PM

 LegalMatch
CALIFORNIA

Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC12YQB3QX3K0 |
| Case summary | California Individual Data Employment Immigration Business Visa Application |
| Case description | I have been running my U.S. company since 2017, paying taxes every year, and visiting the U.S. occasionally. I got married in the U.S. to my wife, who is on DACA status. Despite applying for an L1A visa, it was denied due to insufficient evidence provided by my attorney. Seeking guidance to obtain a visa enabling me to manage my business effectively and reunite with my wife, whom I haven't seen since 2019 due to visa issues. I am in need of an attorney who can provide assistance at an affordable or pro bono rate. |
| Case location | Anaheim, CA |
| Categories | Permanent Visas or Green Cards Temporary Visas |

**Exh. D14**

11/25/24, 8:33 PM Case 3:24-cv-01077-RSH-MMP Document 99-1 Gmail - You Have a Case. Filed 11/26/24 PageID.1500 Page 32 of 39

32

 Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Thu, Jun 27, 2024 at 3:20 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC15FNHLVKO5D |
| Case summary | Individual on Tourist Visa Seeking Temporary Visa for Tourism in US |
| Case description | My friend is currently in the United States on a tourist visa and is working illegally. She is seeking a temporary visa for tourism purposes. As of now, there is no hearing scheduled for her case. She does not require translation or language assistance when meeting with an attorney. |
| Case location | Northridge, CA |
| Categories | Temporary Visas |

View Case

Thank you!
- LegalMatch Support

## Exh. D15

Want to change how you receive these emails?

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 5:12 PM


CALIFORNIA

Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC16CN7N56W6G |
| Case summary | Individual Needs Translator for Attorney Meeting: Yes; Language Needed: [insert] |
| Case description | The individual entered the US illegally and is now in deportation proceedings. Recently, she had a credible fear interview which yielded a positive result. Currently, she seeks legal representation for her defense. She requires a translator for communication with an attorney, details of which include her age, sex, education level, occupation, marital status, and country of origin. The person is facing deportation due to being in the US illegally, with a hearing date pending. |
| Case location | Calexico, CA |
| Categories | Deportation |

View Case

Thank you!
- LegalMatch Support

**Exh. D16**



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 3:36 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC16ALS4WHDYB |
| Case summary | Father's Document Assistance for Long-Term Resident Green Card in the US |
| Case description | My father was detained by law enforcement for a minor traffic violation and subsequently deported to Mexico after serving a sentence for past crimes. He is now seeking a long term resident visa to reunite with his family in the United States. No translator or language assistance is needed, and no hearing is currently scheduled. |
| Case location | Barstow, CA |
| Categories | Deportation Permanent Visas or Green Cards |

View Case

Thank you!
- LegalMatch Support

**Exh. D17**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 3:28 AM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC15V1EMJUJN4 |
| Case summary | Request for Legal Advice Regarding Refugee Green Card Application Abroad |
| Case description | The individual is seeking political asylum in Uganda due to persecution in their country. As a doctor, they face threats from militia groups and fear for their safety as a female in a war-torn region. They have relocated within their country multiple times but still feel unsafe. They are now seeking refuge in Uganda and are applying for refugee status to escape the ongoing violence and persecution they face in their home country. |
| Case location | California City, CA |
| Categories | Permanent Visas or Green Cards |

View Case

Thank you!
- LegalMatch Support

**Exh. D18**

11/25/24, 8:35 PM Case 3:24-cv-01077-RSH-MMP Document 99-1 Gmail - You Have a Case. Filed 11/26/24 PageID.1504 Page 36 of 39

36



Aynur Baghirzade <contact@aynurlawyers.com>

## You Have a Case.

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 11:48 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC16L0DPEDM1Q |
| Case summary | Dealing with marriage fraud leading to deportation outside the US. |
| Case description | The individual is an Indian citizen who got married in the US and returned to India in 2009, leaving behind a husband and two children who are US citizens. They are facing deportation due to marriage fraud and seek a long-term resident visa to reunite with their family. No hearing is currently scheduled, and they do not require a translator or language assistance when meeting with an attorney. |
| Case location | Tulare, CA |
| Categories | Deportation |
| | Permanent Visas or Green Cards |

View Case

Thank you!
- LegalMatch Support

**Exh. D19**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>
To: contact@aynurlawyers.com

Sun, Jun 30, 2024 at 4:07 PM



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC180IKRNSDTV |
| Case summary | Assistance needed for fiancee visa and translator for attorney meeting |
| Case description | The submission involves the individual's need for a visa and passport for their fiancee to marry in her home country and bring her to the United States. They require a translator or language assistance when meeting with an attorney. The individual is seeking a permanent visa for marriage and a temporary visa for their fiancee. |
| Case location | San Diego, CA |
| Categories | Permanent Visas or Green Cards Temporary Visas |

View Case

Thank you!
- LegalMatch Support

**Exh. D20**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>                          Mon, Jul 1, 2024 at 1:00 AM
To: contact@aynurlawyers.com



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC18BVA7VAG8A |
| Case summary | Reunification case for individual facing deportation for criminal conviction. |
| Case description | ARVINDER KAUR SAINI, an Indian citizen, has faced multiple rejections for various visas to the USA due to bans imposed on her. She initially crossed the border to be with her in-laws, after being unable to obtain a US visa through her marriage. Confusion surrounded the bans, with one involving crossing the border and the other possibly related to marriage fraud. Despite multiple attempts to reunite with her family in the USA, through different visa applications, she remains banned and seeks help to understand the bans and find a solution as her husband's health deteriorates. |
| Case location | Tulare, CA |
| Categories | Deportation<br>Permanent Visas or Green Cards |

**Exh. D21**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## You Have a Case.

---

**LegalMatch** <attorneysupport@legalmatch.net>                                    Wed, Jul 17, 2024 at 11:46 AM
To: contact@aynurlawyers.com



Dear Aynur,

A case has been posted in your area.

| | |
|---|---|
| Case number | CC1MBMQ6DQ8R9 |
| Case summary | U visa |
| Case description | I filed for the u visa. I need help with my case. I'm looking for a pro Bono lawyer. |
| Case location | Long Beach, CA |
| Categories | Temporary Visas |

View Case

Thank you!
- LegalMatch Support

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this email
LegalMatch, 300 E 2nd St, Suite 1410 Reno, NV 89501

**Exh. D22**