1 | AYNUR BAGHIRZADE
2 | 1968 S. Coast Highway #2429
  | Laguna Beach, CA 92651
3 | Phone: 619-630-6646
  | Email: contact@aynurlawyers.com
4 | *AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION IN SUPPORT OF THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LEGALMATCH CALIFORNIA, A NEVADA DOMESTIC CORPORATION, AND ESTRELLA SANCHEZ, AN INDIVIDUAL**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have a personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. On June 21, 2024, I filed a complaint in this court for damages and injunctive relief against several defendants, including Defendants Legalmatch California and Estrella Sanchez.

3. On August 15, 2024, the complaint was amended and I submitted it to the process servers in Nevada to serve the summons and complaint on Defendants.

4. According to the proof of service provided to me by the process servers Defendants were served on September 18, 2024. (ECF No. 76 and 61).

5. Defendants failed to plead, answer or otherwise respond to the complaint till the deadline, which was on October 9, 2024.

6. On October 23, 2024, Clerk entered a default with regard to Defendants Legalmatch California and Estrella Sanchez. (ECF No. 78).

7. To the best of my knowledge, Defendants are not minors or incompetent persons. Legalmatch California is a Nevada Domestic Corporation and Estrella Sanchez is an individual who was an Account Manager responsible for the referrals I was getting from Defendant Legalmatch California.

8. According to the information I have Defendants are not in military service and Service Members Civil Relief Act, 50 App. U.S.C. § 521, does not apply.

9. Defendants do not need to be served with notice of hearing since they failed to appear in the present case.

10. I signed up for the referral services of the Defendants on May 28, 2024.

11. Since the time I joined the referral service till now I couldn't retain any client via Defendants. I believe that Defendants provided me with fake referrals or deliberately changed their phone numbers so that I can't reach them.

12. After my numerous complaints to the Defendants that I can't reach the clients they started sending me hopeless cases for the immigration lawyer (cases where people were deported multiple times, committed several felonies, illegally crossed the border, were engaged in visa fraud or marriage fraud and etc).

13. Among the referrals Defendants sent to me were a lot of people who didn't speak the languages I spoke, which was in direct violation of the Rules of the State Bar of California. My numerous complaints that it is inappropriate were not answered and mostly ignored by Defendants.

14. Defendants also sent me a lot of people who asked for pro-bono services which, I believe, was also in a breach of the contract I signed with Defendants as they had to screen the potential clients and eliminate those who can't pay.

15. Part of the referrals Defendants sent to me included people who needed immigration services in Canada and other foreign countries, which again was in direct violation of the Rules of the State Bar of California.

16. Estrella Sanchez, to the best of my knowledge, was a person who was responsible for the quality of the leads sent to me. Later, she was replaced by another person.

17. Defendants continued sending to me useless and hopeless referrals despite my numerous complaints, emails and phone calls, thus proving that they did it intentionally, with the purpose not only to dry me out financially but also emotionally and at the same time to subject me to constant and daily harassment.

18. As a result of Defendants' actions I was forced to give up their services. I also suffered tremendous stress and anxiety. I also believe that as a

result of the Enterprise's actions starting from 2021 I developed panic attacks which I have never had before.

    19.    Defendants' actions also caused me significant financial losses.

I declare under penalty of perjury and under the Laws of the United States that foregoing in true and correct. Executed by me on November 25, 2024 in San Diego, California.

                                    *By: /s/ Aynur Baghirzade*
                                    Aynur Baghirzade, declarant