Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
llorenz@klinedinstlaw.com

Attorneys for Defendant LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, and COCO SU

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al.<br><br>Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, AND COCO SU'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:       January 6, 2025<br>Judge:      Hon. Robert S. Huie<br>Courtroom: 3B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, and COCO SU ("LACBA Defendants") will, and hereby do, move, on January 6, 2025, before the Honorable Robert S. Huie in Courtroom 3B of the United States District Court – Southern District of California, located at 221 West Broadway, San Diego, California 92101, for an order dismissing Plaintiff AYNUR BAGHIRZADE's Second Amended Complaint (Dkt. 96), and each claim for relief alleged therein against the LACBA Defendants pursuant to Fed. R. Civ. Proc.

12(b)(1) and 12(b)(6). This motion is set for January 6, 2025 for purposes of calculating opposition and reply deadlines, however, per Chambers Rules, no oral argument will be held unless separately ordered by the Court.

This Motion is made on the grounds that the Second Amended Complaint fails to state a claim on which relief can be granted against the LACBA Defendants, and the Court lacks subject matter jurisdiction over the claims for injunctive relief because Plaintiff lacks Article III standing to pursue such relief.

This motion is made following the conference of counsel that took place on October 11, 2024 as to a Motion to Dismiss the First Amended Complaint or the Second Amended Complaint (whichever would be operative as of the time of the filing of the Motion to Dismiss since the allegations against the LACBA Defendants were substantively identical in both complaints and Plaintiff had filed a motion for leave to file the Second Amended Complaint at that time) and, again, on November 19, 2024 with respect to the Second Amended Complaint.

This Motion is based on this Motion and Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Stanley Bissey and Leah Lorenz, the Request for Judicial Notice and exhibits attached thereto, the pleadings and records on file in this action, and any further briefs, evidence, authorities, and oral argument, if any, deemed appropriate by the Court. The LACBA Defendants respectfully request an Order dismissing the Second Amended Complaint, in its entirety and with prejudice, against them for failure to state a claim and due to a lack of subject matter jurisdiction regarding the requests for injunctive relief.

DATED: December 2, 2024

KLINEDINST PC

By: _____
Leah A. Plaskin Lorenz
Attorneys for Defendant LOS ANGELES COUNTY BAR ASSOCIATION