Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES
COUNTY BAR ASSOCIATION, SETH
CHAVEZ, and COCO SU

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non - Profit Corporation; et al.<br><br>   Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, AND COCO SU'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:   January 6, 2025<br>Judge:  Hon. Robert S. Huie<br>Courtroom: 3B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Defendants LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, and COCO SU hereby request that this Court consider and take judicial notice of the following documents in support of their Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), which are attached as exhibits to this Request for Judicial Notice:

  1.  Exhibit A: Exhibit A is a true and correct copy of the Certificate of Compliance from the State Bar of California, authorizing the Los Angeles County

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

Bar Association's SmartLaw to operate as a Lawyer Referral Service, effective May 15, 2023 through May 15, 2023 (accompanied by a letter from the State Bar of California to Seth Chavez, Director of Operations of SmartLaw, dated May 18, 2023).

2.    Exhibit B: Exhibit B is a true and correct copy of the Certificate of Compliance from the State Bar of California, authorizing the Los Angeles County Bar Association's SmartLaw to operate as a Lawyer Referral Service, effective May 15, 2024 through May 15, 2025 (accompanied by a letter from the State Bar of California to CoCo Su of SmartLaw, dated May 23, 2024).

3.    Exhibit C: Exhibit C is a true and correct copy of the Printout from the State Bar of California's Website regarding "Using a Certified Lawyer Referral Service," available from the State Bar of California's website and printed on November 25, 2024 (https://www.calbar.ca.gov/Public/Need-Legal-Help/Certified-Lawyer-Referral-Services-Directory/Why-Use-a-Certified-Lawyer-Referral-Service#:~:text=Lawyers%20referred%20to%20you%20are,the%20lawyer%20referred%20to%20you).

4.    Exhibit D: Exhibit D is a true and correct copy of the Los Angeles County Bar Association, Lawyer Referral Service, Rules of Operation, adopted May 22, 2024, available on the Los Angeles County Bar Association's website, under the page regarding "Lawyer Referral Service (LRS) SmartLaw" (available via LACBA's SmartLaw Lawyer Referral Service website: https://lacba.org/?pg=smartlaw-lawyer-referral-service).

### Request For Judicial Notice

The doctrine of judicial notice permits a court to take as true "a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

1  The court "must take judicial notice if a party requests it and the court is supplied

2  with the necessary information." Fed. R. Evid. 201(c)(2).

3      Thus, courts may consider on a motion to dismiss any matter that is subject to

4  judicial notice. See *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 991 (9th

5  Cir. 2009) (court may consider matters subject to judicial notice in deciding a

6  motion to dismiss); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir.

7  1986) (same); *Reed v. Fed. Nat'l Mortg. Ass'n.*, No. 13-cv-940-VAP, 2014 WL

8  1263880, at *2, 4 (C.D. Cal. Jan. 23, 2014).

9      Judicial notice is proper here because the documents for which the request is

10  made are "capable of accurate and ready determination by resort to sources whose

11  accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2); *Lee v. City of*

12  *Los Angeles*, 250 F.3d 688, 689-690 (9th Cir. 2001). The documents and facts are,

13  and are based on, certification of a lawyer referral service, the State Bar of

14  California's publicly available information regarding lawyer referral services

15  (available via its website), and the Los Angeles County Bar Association's

16  SmartLaw's Rules of Operation (available publicly via its website). Thus,

17  Defendants Los Angeles County Bar Association, Seth Chavez, and Coco Su

18  request that this Court take judicial notice of Exhibits A-D.

19

20      KLINEDINST PC

21

22  DATED:  December 2, 2024      By: _____

23      Leah A. Plaskin Lorenz
       Attorneys for Defendants LOS ANGELES
24      COUNTY BAR ASSOCIATION, SETH
       CHAVEZ, and COCO SU
25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101