# EXHIBIT B



**OFFICE OF PROFESSIONAL COMPETENCE**

180 Howard Street, San Francisco, CA 94105

lrs@calbar.ca.gov

May 23, 2024

Coco Su
SmartLaw
444 South Flower Street, Suite 2500
Los Angeles, CA 90071

RE:  RECERTIFICATION AS A CERTIFIED LAWYER REFERRAL SERVICE (LRS)
(EFFECTIVE FROM 05/15/2024 THROUGH 05/15/2025)

Dear Ms. Su:

In accordance with Business and Professions Code section 6155 and Rules of the State Bar, **SmartLaw** has been approved for recertification in the following counties: **Los Angeles, Orange, Riverside, San Bernardino, and Ventura**. This certification is effective from 05/15/2024 through 05/15/2025.

This recertification is based on the information provided in your recertification application dated March 27, 2024.

Enclosed is your Certificate of Compliance. It is your duty to ensure continued compliance of all certification requirements.

Thank you for your commitment to providing access to affordable legal services and protecting the public.

Sincerely,


Office of Professional Competence

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

# CERTIFICATE OF COMPLIANCE

The State Bar of California
hereby authorizes

## SmartLaw

to operate as a Lawyer Referral Service in

## Los Angeles, Orange, Riverside, San Bernardino, and Ventura Counties

Effective from May 15, 2024 through May 15, 2025

**This lawyer referral service is certified with the State Bar of California and conforms with Business and Professions Code section 6155 and Rules of the State Bar of California.**

*Leah Wilson*
*Executive Director*
*The State Bar of California*

Certification #042