# EXHIBIT C

# The State Bar *of California*

## Using a Certified Lawyer Referral Service

Certified Lawyer Referral Services (LRS) are designed to help you find legal assistance. These referral services are certified by the State Bar and can be identified by their State Bar certification number or mark in all advertising.

## Benefits of using a Certified Lawyer Referral Service

- They can help you determine if your problem can be resolved without a lawyer.
- If you need a lawyer, where available, you'll be referred to one in your area who handles your type of legal issue.
- Lawyers referred to you are required to be in good standing with the State Bar and hold professional liability insurance.
- Lawyers referred to you will offer you an initial consultation for a reduced fee or no fee.
- You will not be obligated to hire the lawyer referred to you.

## To find a local Certified Lawyer Referral Service

Use our **directory** or call the State Bar at 866-44-CA-LAW (866-442-2529).

Complaints about a Lawyer Referral Service? **Let the State Bar know here**.

## Related links

- **What a Certified Lawyer Referral Service Can Do For You**
- **File a Complaint About a Lawyer Referral Service**

Copyright © 2024 The State Bar of California