Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
llorenz@klinedinstlaw.com

Attorneys for Defendant LOS ANGELES COUNTY BAR ASSOCIATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>         Plaintiff,<br><br>   v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al,<br><br>         Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DECLARATION OF LEAH A. PLASKIN LORENZ IN SUPPORT OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, AND COCO SU'S MOTION TO DISMISS**<br><br>Date:      January 6, 2025<br>Judge:     Hon. Robert S. Huie<br>Courtroom: 3B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Leah A. Plaskin Lorenz, do hereby declare:

1. I am an attorney with Klinedinst PC, attorneys for the Los Angeles County Bar Association, Seth Chavez, and Coco Su (the "LACBA Defendants").

2. I am admitted to practice before this Court and the courts of the State of California. I have personal knowledge of the statements made herein, and if called upon, could completely testify thereto.

3. Attached to the concurrently filed Request for Judicial Notice ("RJN") as Exhibits A and B are true and correct copies of certificates of compliance from

the State Bar of California for 2023-2024 and 2024-2025 for the Los Angeles County Bar Association's SmartLaw, authorizing SmartLaw to operate as a Lawyer Referral Service in Los Angeles, San Bernardino, Riverside, Orange, and Ventura Counties.

4. Attached to the RJN as Exhibit C is a true and correct copy of information I accessed, on or about November 25, 2024, from the State Bar of California's website regarding lawyer referral services.

5. Attached to the RJN as Exhibit D is a true and correct copy of the Los Angeles County Bar Association's SmartLaw/Lawyer Referral Service Rules of Operation, adopted May 22, 2024, which I accessed, on or about November 30, 2024, from the Los Angeles County Bar Association's website, under its page regarding the "Lawyer Referral Service (LRS) SmartLaw."

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of December, 2024, at San Diego, California.

_____
Leah A. Plaskin Lorenz

DECLARATION OF LEAH A. PLASKIN LORENZ IN SUPPORT OF MOTION TO DISMISS