```
Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
llorenz@klinedinstlaw.com

Attorneys for Defendants LOS ANGELES
COUNTY BAR ASSOCIATION, SETH
CHAVEZ, and COCO SU
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit ) Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporatioin; JEREMY STOPPELMAN; an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION; a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock | Case No. 24CV1077 RSH MMP<br><br>**DECLARATION OF STANLEY BISSEY IN SUPPORT OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, AND COCO SU'S MOTION TO DISMISS**<br><br>Date:       January 6, 2025<br>Judge:     Hon. Robert S. Huie<br>Courtroom: 3B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; DOES 1 THROUGH 300, inclusive,

Defendants.

I, STANLEY BISSEY, do hereby declare:

1. I am the Executive Director and CEO of the Los Angeles County Bar Association ("LACBA"), and have served in that role since January 2018. I have personal knowledge of the facts stated herein, and if called upon, could and would completely testify thereto.

2. Aynur Baghirzade was a member of LACBA's Lawyer Referral Service (LRS) in 2023. Her LRS membership ended on December 31, 2023, and she did not renew her membership for 2024. Thus, Ms. Baghirzade is not currently a member of the LRS.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of December, 2024, at Los Angeles, California.

_____
STANLEY BISSEY