1  Dick A. Semerdjian (SBN 123630)
   Chad M. Thurston (SBN 339151)
2  **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
   101 West Broadway, Suite 810
3  San Diego, CA 92101
   Telephone No. 619.236.8821
4  Facsimile No. 619.236.8827
   Email:        das@sscelaw.com
5                chad@sscelaw.com

6  Attorneys for Defendants
   ARMENIAN NATIONAL COMMITTEE OF AMERICA,
7  ARAM HAMPARIAN, and ARMENIAN NATIONAL
   COMMITTEE OF AMERICA WESTERN REGION
8

9                 **UNITED STATES DISTRICT COURT**

10              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  AYNUR BAGHIRZADE, an individual, | Case No. 3:24-cv-1077 RSH MMP |
| 13            Plaintiff, | **NOTICE OF MOTION AND DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN, AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| 14  v. | |
| 15  ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC, a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION; a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Liability | |
| | [Fed. R. Civ. P. 12(b)(6)] |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
| | Date:      January 6, 2025 |
| | Judge:     Hon. Robert S. Huie |
| | Magistrate: Hon. Michelle M. Pettit |

1

| | |
|---|---|
| 1 | Company; LEGALMATCH |
| 2 | CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; DOES 1 THROUGH 300, |
| 3 | inclusive, |
| 4 | Defendants. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **January 6, 2025** or as soon thereafter as the matter may be heard in Courtroom 3B of the above-entitled Court, Defendants ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN and ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION (collectively "Moving Defendants"), by and through their attorneys, respectfully move to dismiss Plaintiff's Second Amended Complaint.

Moving Defendants bring this Motion pursuant to Federal Rules of Civil Procedure, rule 12(b)(6) and seek to dismiss Plaintiff's Second Amended Complaint on the following grounds:

Plaintiff's Second Amended Complaint, as alleged against the Moving Defendants, should be dismissed without leave to amend because Plaintiff failed to state a claim upon which relief can be granted, alleges causes of action premised on constitutionally protected activity, and fails to meet the pleading standards of Federal Rule of Civil Procedure 9(b).

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the files and records in this case, and on such other matters which the Court may consider at the time of hearing.

This motion is made following a telephone call to meet and confer between counsel and Plaintiff that took place on November 22, 2024.  Counsel for Moving

2

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

1  Defendants discussed the grounds for the arguments in the Motion to Dismiss
2  Plaintiff's Second Amended Complaint, and Plaintiff stated that she would file an
3  opposition.

5  Dated: December 2, 2024                **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

                                          By: */s/ Dick A. Semerdjian*
                                          Dick A. Semerdjian
                                          Chad M. Thurston
                                          Attorneys for Defendants
                                          ARMENIAN NATIONAL
                                          COMMITTEE OF AMERICA, ARAM
                                          HAMPARIAN and ARMENIAN
                                          NATIONAL COMMITTEE OF
                                          AMERICA WESTERN REGION

3

Case No. 3:24-cv-1077 RSH MMP
NOTICE OF MOTION AND ARMENIAN NATIONAL COMMITTEE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT