1  ADRIANOS FACCHETTI (S.B.N. 243213)
2  LAW OFFICES OF ADRIANOS FACCHETTI
   4444 W. Riverside, Suite 308
3  Burbank, CA 91505
4  Telephone: (626) 793-8607
   Email:          adrianos@facchettilaw.com
5
   Attorney for Defendants
6  YELP INC. and JEREMY STOPPELMAN

7
                IN THE UNITED STATES DISTRICT COURT
8               THE SOUTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>    Defendants. | CASE NO: 24CV1077 RSH KSC<br><br>DECLARATION OF ADRIANOS FACCHETTI IN SUPPORT OF DEFENDANT YELP INC.'S AND JEREMY STOPPELMAN'S MOTION FOR DISMISSAL OF SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(6)<br><br>[Filed concurrently with Notice of Motion; Motion to Dismiss; Declaration of Sarah Curl; Proposed Order]<br><br>Date:   01/06/25<br>Place:  3B-3rd Floor (Rm#: 3142)<br>Judge:  Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

# DECLARATION OF ADRIANOS FACCHETTI

I, ADRIANOS FACCHETTI, ESQ., declare:

1. I am an attorney duly authorized to practice law in the State of California. I am counsel of record for Yelp Inc. ("Yelp") and Jeremy Stoppelman ("Stoppelman") in the above-referenced action. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. I submit this declaration in support of defendants' Motion to Dismiss pursuant to Rule 12(b)(6).

3. On November 25, 2024, I met and conferred with Plaintiff by telephone regarding my clients' anticipated Motion to Dismiss pursuant to Rule 12(b)(6).

Based on the foregoing, I believe I have fulfilled my obligation to confer with the Plaintiff regarding the issues raised in the anticipated Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2024, at Burbank, California.

By: _____
ADRIANOS FACCHETTI, ESQ.,
the Declarant