ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

Attorney for Defendants
YELP INC. AND JEREMY STOPPELMAN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>Defendants. | CASE NO. 24CV1077 RSH MMP<br><br>YELP INC. AND JEREMY STOPPELMAN'S NOTICE OF MOTION FOR DISMISSAL OF SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES<br><br>[Filed concurrently with Motion; Declarations of Sarah Curl and Adrianos Facchetti; Proposed Order]<br><br>Date: 01/06/2025<br>Place: 3B-3rd Floor (Rm#: 3142)<br>Judge: Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

-1-

YELP INC. AND JEREMY STOPPELMAN'S NOTICE OF MOTION FOR DISMISSAL OF SAC
PURSUANT TO F.R.C.P. RULE 12(b)(6)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT ON** January 6, 2025, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Robert S. Huie, located at 221 West Broadway, San Diego, California, Defendants Yelp Inc. and Jeremy Stoppelman will, and hereby does, move this Court pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for an order dismissing Plaintiffs' Second Amended Complaint in its entirety with prejudice.

This motion is based upon this notice, Notice of Motion, any other documents that may be filed in connection with this motion, any other matters of which this Court may take judicial notice, all pleadings, files, and records in this action, and upon such other argument as may be received by this Court at the hearing on this motion.

DATED:     December 2, 2024

/s/Adrianos Facchetti

Adrianos Facchetti (S.B.N. 243213)
Law Offices of Adrianos Facchetti, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Tel: (626) 793-8607
Fax: (818) 860-7951
adrianos@facchettilaw.com