Civil Action No. 24CV1077 RSH MMP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Greystar California Inc. as a DOE defendant C/O John Montijo - CT Corporation, Registered Agent</u> was received by me on *(date)* <u>11/18/2024</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>John Montijo - CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Greystar California Inc as a DOE defendant.</u> on *(date)* <u>Tue, Nov 19 2024</u> ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0</u> for travel and $ <u>59.95</u> for services, for a total of $ <u>59.95</u> .

I declare under penalty of perjury that this information is true.

Date: 11/20/2024

*Server's signature*

Sterling Holt 2022108796

*Printed name and title*

254 N lake Ave Suite 124, PASADENA, CA 91101

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 19, 2024, 11:16 am PST at 330 N Brand Blvd STE 700, Glendale, CA 91203 received by Greystar California Inc. C/O John Montijo - CT Corporation, Registered Agent.