AO 441 Summons in a civil action

Civil Action No. 24CV1077 RSH MMP

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kia America Inc as a DOE defendant C/O John Montijo - CT Corporation, Registered Agent was received by me on *(date)* 11/18/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  John Montijo - CT Corporation, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Kia America Inc as a DOE defendant on *(date)* Tue, Nov 19 2024 ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0 for travel and $ 59.95 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 11/20/2024

_____
*Server's signature*

Sterling Holt 2022108796
_____
*Printed name and title*

254 N lake Ave Suite 124, PASADENA, CA 91101
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 19, 2024, 11:16 am PST at 330 N Brand Blvd STE 700, Glendale, CA 91203 received by Kia America Inc C/O John Montijo - CT Corporation, Registered Agent.