AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>              Plaintiff,<br><br>      vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>              Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI' NOTICED MOTION DATE CURRENTLY SCHEDULED FOR DECEMBER 30, 2024.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

---

1

JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE, TERESA VUKI'S NOTICED MOTION DATE CURRENTLY SCHEDULED FOR DECEMBER 30, 2024
24CV1077 RSH MMP

Pursuant to Local Rules 7.1 and 7.2, Plaintiff AYNUR BAGHIRZADE ("Plaintiff") and Defendants ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI through their counsel of record, hereby stipulate and jointly present this motion for an order to continue hearing date on Defendants' motion (Docket # 98) currently scheduled for December 30, 2024 to January 20, 2025 and extend the time for Plaintiff's response to Defendants' Motion till January 6, 2025.

WHEREAS, on November 25, 2024, Defendants filed a motion to dismiss (Docket # 98);

WHEREAS, Plaintiff currently has six motions to answer, including motions of Defendants, with two of them having deadline for Plaintiff to respond on December 16, 2024, and four of them to respond on December 23, 2024;

WHEREAS, Plaintiff is a single party proceeding in pro se against multiple Defendants in RICO case, involving different complex issues, and grouping motions according to their subjects and complexity would ease the process and allow time for research;

WHEREAS, Parties agree to continue the hearing date and extend the time for the Plaintiff to respond.

Accordingly, the parties jointly stipulate to continue the hearing date for Defendants' motion to dismiss from December 30, 2024 to January 20, 2025 and extend Plaintiff's time to respond to this motion till January 6, 2025 accordingly .

Respectfully submitted,

Dated: December 9, 2024				Plaintiff, Aynur Baghirzade, Esq.

						By: /s/ Aynur Baghirzade
						Aynur Baghirzade
						Email: contact@aynurlawyers.com


Dated: December 9, 2024				SALL SPENCER CALLAS & KRUEGER

						By: /s/ Suzanne Burke Spencer
						Suzanne Burke Spencer, Esq.
						Email: sspencer@sallspencer.com


						By: /s/ Michael A. Sall
						Michael A. Sall, Esq.
						Email: msall@sallspencer.com