AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 24CV1077 RSH MMP

**JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S NOTICED MOTION DATE**

Presiding Judge: Hon. Robert Huie

Magistrate Judge : Hon. Michelle M. Petit

Pursuant to Local Rules 7.1 and 7.2, Plaintiff AYNUR BAGHIRZADE ("Plaintiff") and Defendants LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU through their counsel of record, hereby stipulate and jointly present this motion for an order to continue hearing date on Defendants' motion (Docket # 100) currently scheduled for January 6, 2025 to January 20, 2025 and extend the time for Plaintiff's response to Defendants' Motion till January 6, 2025.

WHEREAS, on December 2, 2024, Defendants filed a motion to dismiss (Docket # 100);

WHEREAS, Plaintiff currently has six motions to answer, including motions of Defendants, with  two of them having deadline for Plaintiff to respond on December 16, 2024, and four of them to respond on December 23, 2024;

WHEREAS, Plaintiff is a single party proceeding in pro se against multiple Defendants in RICO case, involving different complex issues, and grouping motions according to their subjects and complexity would ease the process and allow time for research;

WHEREAS, Parties agree to continue the hearing date and extend the time for the Plaintiff to respond.

Accordingly, the parties jointly stipulate to continue the hearing date for Defendants' motion to dismiss from January 6, 2025, to January 20, 2025 and extend Plaintiff's time to respond to this motion till January 6, 2025 accordingly .

JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S NOTICED MOTION DATE

24CV1077 RSH MMP

1

2          Respectfully submitted,

3

4    Dated: December 9, 2024          Plaintiff, Aynur Baghirzade, Esq.

5

6          By: /s/ Aynur Baghirzade

7          Aynur Baghirzade

8          Email: contact@aynurlawyers.com

9

10

11

12

13   Dated: December 9, 2024          KLINEDINST PC

14          By: /s/ Leah Plaskin Lorenz

15          Leah Plaskin Lorenz, Esq.

16          Email:llorenz@klinedinstlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S NOTICED MOTION DATE

24CV1077 RSH MMP