AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S NOTICED MOTION DATE**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of the Joint Motion and Stipulation for Continuance of Defendants Los Angeles County Bar Association, Seth Chavez and Coco Su's Noticed Motion Date. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. On November 16, 2024, after Court approval I filed Second Amended Complaint (Docket # 96).

3. On December 2, 2024, Defendants filed a Motion to Dismiss my Second Amended Complaint (Docket # 100) along with three other Defendants in this case.

4. I currently have two motions to respond till December 16, 2024, and 4 motions to respond till November 23, 2024.

5. I am a single party proceeding in Pro Se against multiple Defendants in a complex RICO case and grouping motions according to the legal issues raised in them would ease the process and allow ample time for research.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on December 10, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
