| | |
|---|---|
| **From:** | Marcelo Lee |
| **To:** | Aynur Baghirzade |
| **Cc:** | abaghirzada@yahoo.com |
| **Bcc:** | David Fernandez |
| **Subject:** | RE: Baghirzade v. Armenian National Committee of America; Kia America, Inc. |
| **Date:** | Friday, December 6, 2024 3:04:00 PM |

Ms. Baghirzade:

We waited for you on the Teams meeting until about 2:00 pm. Since you did not join and we have not heard from you on an alternate time, we assume you do not intend to confer with us. We will be filing our motions with that understanding. If you still want to discuss, please let us know and we will be happy to set up another meeting to discuss.

**Marcelo Lee**
SJL Law LLP
Direct: 424.290.0723

E-Service Address: mail@sjllegal.com
(Service at any other email address is invalid)

---

**From:** Marcelo Lee
**Sent:** Friday, December 6, 2024 11:38 AM
**To:** Aynur Baghirzade <contact@aynurlawyers.com>
**Cc:** abaghirzada@yahoo.com
**Subject:** RE: Baghirzade v. Armenian National Committee of America; Kia America, Inc.

Ms. Baghirzade:

I am writing to follow up on my email from yesterday afternoon. One thing I forgot to mention is that we would be amenable to a dismissal <u>without prejudice</u> so it wouldn't stop you from bringing Kia America, Inc. back into this action if you later discover that Kia played any part in the alleged acts (although we are confident that you are seeking the leaseholder, which should also be identified in any vehicle registration paperwork as well). I realize I mistakenly sent you a Central District of California form. If you are willing to dismiss without prejudice, we can prepare the form and send it to you. Please let us know.

If not, we need to meet and confer with you on our motion to dismiss and request for Rule 11 sanctions. I am available at 1:30 pm this afternoon. Here is a link to a Teams meeting since the phone number listed on the Second Amended Complaint has a recording advising you are not accepting calls from our number:

# Microsoft Teams Need help?

[Join the meeting now](#)
Meeting ID: 239 008 607 440
Passcode: Bs6Wm9zG

If this time is not convenient for you, please let me know to reschedule it. If we do not hear back from you about this by today, we will submit a declaration setting forth our attempts to meet and confer and your unwillingness to engage in the procedure.

**Marcelo Lee**
SJL Law LLP
Direct: 424.290.0723

E-Service Address: mail@sjllegal.com
(Service at any other email address is invalid)

---

**From:** Marcelo Lee
**Sent:** Thursday, December 5, 2024 4:09 PM
**To:** Aynur Baghirzade <contact@aynurlawyers.com>
**Cc:** abaghirzada@yahoo.com
**Subject:** RE: Baghirzade v. Armenian National Committee of America; Kia America, Inc.

Ms. Baghirzade,

Kia America, Inc. is a separate entity from whichever entity it was that serviced your lease (and we do not know which entity it is because we do not know the circumstances of your lease or have access to your lease agreement/payment invoices). As we have explained, Kia America, Inc. had no involvement in the actions taken pertaining to your lease because Kia America, Inc. does not service lease accounts. We reached out in an effort to reach an efficient resolution of this issue (i.e. you can just dismiss the incorrect entity and name the correct entity) to avoid unnecessary motion practice on both sides.

If Kia America, Inc. is forced to appear in this matter and file motions to demonstrate what we have been trying to tell you all along, we will seek an award for the litigation costs expended by Kia to do so. Further, we have given you ample notice that Kia America, Inc. was not involved in the lease transaction and where you can look to identify the correct entity. We will further seek sanctions against you under Rule 11 as you are now presenting the Second Amended Complaint against Kia America, Inc. for the improper purposes of: (1) harassing an entity which had no involvement in the transactions you allege; (2) causing unnecessary delay in a case where you can simply replace out an incorrect entity for a correct one; and (3) needlessly increasing the cost of litigation by keeping an uninvolved entity in the lawsuit. We will be seeking attorneys' fees as part of such sanctions. We ask that you reconsider your position on this issue for the sake of efficiency for you as well, since it will entail significant time and

motion practice to ultimately end up at the resolution we are proposing now -- dismiss Kia America, Inc. and name whichever entity is servicing your lease.

If you still insist on maintaining an action against Kia America, Inc., please let me know when you are available tomorrow to confer further regarding Kia America, Inc.'s anticipated motion to dismiss and motion for Rule 11 sanctions.

**Marcelo Lee**
SJL Law LLP
Direct: 424.290.0723

E-Service Address: mail@sjllegal.com
(Service at any other email address is invalid)

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, December 5, 2024 12:20 PM
**To:** Marcelo Lee <marcelo@sjllegal.com>
**Cc:** abaghirzada@yahoo.com
**Subject:** Re: Baghirzade v. Armenian National Committee of America; Kia America, Inc.

Hi,

My understanding is that your client is a part of Hyundai Motor group, which also overlooks the work of Kia Finance and you.

You may bring them to this lawsuit to indemnify you, as you are a part of the same organization I do not believe that I have to dismiss the case.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

Email: contact@aynurlawyers.com
Phone: 619-776-4882
www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended

recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Thu, Dec 5, 2024 at 12:14 PM Marcelo Lee < marcelo@sjllegal.com> wrote:

> Ms. Baghirzade:
>
> I am writing to follow up on my email below. Based upon the allegations in the Second Amended Complaint, Kia America, Inc. is not the correct entity named. The lease was likely held by Hyundai Lease Titling Trust or Hyundai Capital America, and that information can be confirmed by the lease agreement or lease payment notices. Please let us know if you will be dismissing Kia America, Inc. Thank you.
>
> **Marcelo Lee**
> SJL Law LLP
> Direct: 424.290.0723
>
> E-Service Address: mail@sjllegal.com
> (Service at any other email address is invalid)
>
> ---
>
> **From:** Marcelo Lee
> **Sent:** Tuesday, December 3, 2024 3:18 PM
> **To:** contact@aynurlawyers.com; abaghirzade@yahoo.com
> **Subject:** Baghirzade v. Armenian National Committee of America; Kia America, Inc.
>
> Ms. Baghirzade:
>
> Our office will be representing Kia America, Inc. in the matter you filed in the Southern District of California. We tried to call you at the phone number listed on the Second Amended Complaint, but we were met with a recording saying your number has calling restrictions preventing our call from getting through. Please call me at my direct dial number (424) 290-0723 to discuss this matter further, but our client's position on this matter is stated below.
>
> Your Second Amended Complaint alleges Kia America, Inc. repossessed your vehicle and reported the repossession to your credit reporting. Kia America, Inc. is the distributor of new Kia vehicles to Kia dealerships and is not involved in the lease transactions or finance/lease account handling of specific vehicles to individual consumers. Accordingly, Kia America, Inc. also has no involvement in lease payment activities, repossessions or credit reporting

issues for individual consumers.

Based upon the facts alleged in the Second Amended Complaint, we write to inform you that you have named the wrong entity to this action.  Your lease agreement for the vehicle should identify the appropriate entity to which the lease is assigned and to which payments were to be made.  If it was a Kia vehicle leased through a dealership, it was likely assigned to Hyundai Lease Titling Trust or Hyundai Capital America.  You should also be able to find the correct entity's name on your lease payment invoices or the website for online lease payments.  We request that you dismiss Kia America, Inc. as it had no involvement in the activities alleged in the Second Amended Complaint.  Please call us to discuss further or if you have any questions.

For your convenience, we included a draft of the notice of dismissal for Kia America, Inc.  If you sign and return it to us, and we can file it on your behalf.  This form can only be used until Kia files an Answer, which is currently due on December 10.  Please let us know if you have any concerns.



**Marcelo Lee**
841 Apollo Street, Suite 300
El Segundo, CA  90245
D:424.290.0723 - F:424.290.0721
www.sjllegal.com

E-Service Address: mail@sjllegal.com
(Service at any other email address is invalid)