Jessica R. K. Dorman (SBN: 279919)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 321-6200
Facsimile:   (619) 321-6201
Jessica.dorman@wilsonelser.com

Attorneys for Defendant GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NAITONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGIONS, a California Nonprofit Public Benefit Corporation; ARMEN SAKAHYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; Youtube LLC, a Delaware Limited Liability Company; SUNDAR PICHAI, an individual; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; ZARTONK MEDIA LLC, a California | Case No.  24CV1077-RSH-MMP<br><br>**DEFENDANT GREYSTAR CALIFORNIA INC.'S  EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. Robert S. Huie<br>Dept.:     3B<br><br>Complaint Filed: June 21, 2024<br>Trial Date:         None Set |

305629100v.1

| | |
|---|---|
| 1 | Limited Liability Company; ZAVEN KOUROGHLIAN, an individual; VAN DER MEGERDICHIAN, an individual; HAIRENIK ASSOCIATION, a Nonprofit Corporation; ANI TCHAGHLASIAN, an individual; LEGALSHIELD, Domestic For Profit Business Corporation; PARKER - STANBURY LLP, a California Limited Liability Partnership; GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation; KIA AMERICA Inc., a California Stock Corporation; DOES 1-289 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendant. |

**TO THE COURT, PLAINTIFF, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE pursuant to Fed. R. Civ. Proc., R 6(b) and Local Rule 12.1, Defendant GREYSTAR CALIFORNIA, INC. ("Greystar") by and through its counsel of record, hereby submit its Ex Parte Application for an Order Extending Time to Respond to Second Amended Complaint ("SAC") by thirty (30) days. This is Greystar's first request for an extension.

Greystar brings this Application on the grounds that additional time is needed by Greystar's counsel to fully review Plaintiff's seventy-four (74) page SAC, which includes fourteen (14) causes of action and thirty (30) named defendants as well as the additional 103 docket entries that preceded Greystar's appearance in the case in order to appropriately evaluate the claims made and prepare a response to Plaintiff's SAC.

There is no danger of prejudice to Plaintiff as a result of this requested delay, the length of the extension sought will not impact the overall proceedings of this case, and Greystar has acted in good faith to diligently investigate and prepare to respond to the SAC, but needs more time. Good cause exists for *ex parte* relief as set forth in the accompanying memorandum and declarations attached hereto.

For the reasons detailed above and in the accompanying memorandum and declaration, Greystar respectfully requests the Court extend Greystar's deadline for responding to Plaintiff's Second Amended Complaint by thirty (30) days to January 10, 2025, or as long as the Court is willing to permit.

DATED: December 11, 2024

By: *Jessica R. K. Dorman*
Attorneys for Defendant,
GREYSTAR CALIFORNIA, INC.
Jessica R. K Dorman