| | |
|---|---|
| Jessica R. K. Dorman (SBN: 279919)<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP**<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>Telephone:  (619) 321-6200<br>Facsimile:   (619) 321-6201<br>Jessica.dorman@wilsonelser.com<br><br>Attorneys for Defendant GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NAITONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGIONS, a California Nonprofit Public Benefit Corporation; ARMEN SAKAHYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; Youtube LLC, a Delaware Limited Liability Company; SUNDAR PICHAI, an individual; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; ZARTONK MEDIA LLC, a California | Case No.  24CV1077-RSH-MMP<br><br>**DECLARATION OF JESSICA R. K. DORMAN IN SUPPORT OF DEFENDANT GREYSTAR CALIFORNIA INC.'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:   Hon. Robert S. Huie<br>Dept.:    3B<br><br>Complaint Filed: June 21, 2024<br>Trial Date:           None Set |

305485281v.1

| | |
|---|---|
| 1 | Limited Liability Company; ZAVEN KOUROGHLIAN, an individual; VAN DER MEGERDICHIAN, an individual; HAIRENIK ASSOCIATION, a Nonprofit Corporation; ANI TCHAGHLASIAN, an individual; LEGALSHIELD, Domestic For Profit Business Corporation; PARKER - STANBURY LLP, a California Limited Liability Partnership; GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation; KIA AMERICA Inc., a California Stock Corporation; DOES 1-289 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendant. |

I Jessica R. K. Dorman, hereby declare as follows:

1.  I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an attorney with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys of record for Defendant GREYSTAR CALIFORNIA, INC. ("Greystar"), in the above-captioned matter. I submit this declaration in further support of Greystar's Ex Parte Application for an Order Extending Time to Respond to Plaintiff's Second Amended Complaint. I am one of the attorneys responsible for the representation of Greystar in this matter and as a result, I am personally familiar with the facts set forth in this declaration. If called as a witness to testify in this action I would testify competently to those facts.

2.  Plaintiff effectuated service on Greystar on November 19, 2024, making Greystar's response due December 11, 2024.

3.  Though Greystar acted diligently to evaluate the claim internally, and retain appropriate counsel, they were unable to retain counsel until December 4, 2024, likely due to the Thanksgiving holiday and many people being out of office during the Thanksgiving week.

4.  On December 4, 2024, within hours of being retained, I attempted to reach out to Plaintiff at the phone number listed on the pleadings, only to discover the phone number was no longer viable, receiving the following message: "We're sorry, the

number you have dialed has calling restrictions that has prevented the completion of your call, announcement 19."

5. As Plaintiff was unreachable by telephone, I prepared and sent an email to three email addresses associated with Plaintiff (through this action, her firm website, and the California State Bar) on December 4, 2024. In this December 4, 2024, email I requested a thirty (30) day extension, noting the complexities of the case and year-end holidays as a reason for the extended request for time.

6. Attached as **Exhibit A** to this declaration is a true and correct copy of an email exchange with Plaintiff Aynur Baghrizade, *pro se*, regarding an attempted stipulation for the relief requested as well as notice of this ex parte application.

7. Two days later, on December 6, 2024, I again attempted to reach Plaintiff by telephone and when unsuccessful, followed up by email to request the extension of time as had been permitted to the other defendants. (Ex. A)

8. In an effort to locate a working telephone number for Plaintiff, I reached out to counsel for several co-defendants to inquire if they had a working telephone number for Plaintiff. Upon obtaining a new telephone number from a co-defendant's counsel, I was able to speak with Plaintiff about the requested extension.

9. During my telephone call with Plaintiff, Plaintiff offered to agree to a 30-day extension of time if Greystar would drop its eviction proceeding in state court. As I was unaware of whether such an agreement could be reached in time, I suggested a shorter extension of one-week to allow counsel to inquire of Plaintiff's request to Greystar and Plaintiff agreed to the one-week extension of time, instructing me to send over the joint motion for the extension and she would sign it. This agreement for a one-week extension was memorialized by my email to Plaintiff.

10. I sent the proposed Joint Motion for extension of time to Plaintiff on the morning of December 10, 2024, for approval. I followed up by telephone, text, and email without any response until 3:43 p.m., when Plaintiff wrote back denying having

1  agreed to the extension. (Ex. A). I attempted again to seek approval for the requested
2  extension by email, and advised that with no approval, Greystar would seek an ex
3  parte order.

4  11. There has been no response from Plaintiff as of the filing of this
5  Application.

6  I declare under penalty of perjury that the foregoing is true and correct. This
7  declaration was executed on the 11th of December, 2024, at San Diego, California.

By: Jessica R. K Dorman
Jessica R. K Dorman

-4-
DECLARATION ISO EX PARTE APPLICATION
305485281v.1                                                          Case No. 24CV1077-RSH-MMP

# **EXHIBIT A**

# Dorman, Jessica R. K.

| | |
|---|---|
| **From:** | Dorman, Jessica R. K. |
| **Sent:** | Tuesday, December 10, 2024 4:05 PM |
| **To:** | Aynur Baghirzade |
| **Cc:** | attorney@aynurimmigrationlaw.com; abaghirzada@yahoo.com; Burlington, Katharine J.; Tessier, Titania |
| **Subject:** | RE: Baghirzade v. Greystar et. al. USDC Southern District of California; 24CV1077 RSH MMP |

Good Afternoon Ms. Baghirzade,

I am very disappointed to see your response to my email. I very clearly recall discussing an extension of time to respond.

During our call last week, initially I requested a month to put the deadline after the new year, and you offered to agree to that timeframe If and only if my client would dismiss its eviction. I advised that I didn't know if we could facilitate such a request, particularly in the urgent timeframe. I then requested the 1-week extension to allow me time to discuss your request with my client and to review your case and the other pleadings filed. You agreed to the 1-week extension and asked me to send you the joint motion to sign. I sent an email to you after our call on Friday to confirm our discussion and then worked to prepare a joint motion.

Now, after the weekend and two more business days, you claim that you did not agree to such an extension. This leads me to believe you intentionally agreed last week to an extension, though never intending to follow through and now are rescinding such an agreement in order to put my client at some procedural disadvantage.

It is my hope that you will reconsider your denial of the extension and return the joint motion for filing.

However, if you are unwilling to agree to the requested extension, I will seek an extension from the Court to respond to the SAC by ex parte, seeking the full 30-days requested initially.

Please let me know if you are agreeable or not to the requested 1-week extension. Without a response, I will assume you are not agreeable.
Thank you.

Jessica R. K. Dorman
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street Suite 1900
San Diego, CA 92101
619.881.6409 (Direct)
619.861.6541 (Cell)
619.321.6200 (Main)
619.321.6201 (Fax)
jessica.dorman@wilsonelser.com

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, December 10, 2024 3:43 PM
**To:** Dorman, Jessica R. K. <Jessica.Dorman@wilsonelser.com>
**Cc:** attorney@aynurimmigrationlaw.com; abaghirzada@yahoo.com; Burlington, Katharine J. <Katharine.Burlington@wilsonelser.com>; Tessier, Titania <Titania.Tessier@wilsonelser.com>
**Subject:** Re: Baghirzade v. Greystar et. al. USDC Southern District of California; 24CV1077 RSH MMP

1

**EXTERNAL EMAIL** This email originated from outside the organization.

Good afternoon Jessica,

I don't remember agreeing to your terms and giving you any extension. Rules of Federal Procedure are pretty much clear about the timing to respond to federal complaint - your client was served and had 21 days to respond.

As to the eviction case - I am fighting it on my own. I believe your client owes me much more than the debt he vigorously put in my residential account. Besides stealing my car (apparently together with other gang members), he was also primarily involved in my unemployment from Lyft by reporting every my step to the gang.

I don't believe that your client deserves any extension from me. Please, do not take it personally.

Thank you.

Respectfully,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

Email: contact@aynurlawyers.com
Phone: 619-776-4882
www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Tue, Dec 10, 2024 at 10:40 AM Dorman, Jessica R. K. <Jessica.Dorman@wilsonelser.com> wrote:

> Ms. Baghirzade,
>
> Pursuant to the discussion on Friday, attached is a joint motion for a 1-week extension of time to respond to the complaint. Please advise if you have any change or additions you would like to make. If none, please add your signature or authorize me to affix your signature.
>
> I'll also note that I've had an initial discussion with my client, and they are looking into the eviction issue. Based on the discussion, I anticipate that we may be able to work something out to resolve that. Please feel free to reach out to me at your convenience to discuss this case and let me know how you would like to see this case resolve as to Greystar and the eviction.
>
> In the meantime, please review and return the joint motion for an extension of time.
>
> Thank you.

Jessica R. K. Dorman
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street Suite 1900
San Diego, CA 92101
619.881.6409 (Direct)
619.861.6541 (Cell)
619.321.6200 (Main)
619.321.6201 (Fax)
jessica.dorman@wilsonelser.com

**From:** Dorman, Jessica R. K.
**Sent:** Friday, December 6, 2024 2:18 PM
**To:** contact@aynurlawyers.com; attorney@aynurimmigrationlaw.com; abaghirzada@yahoo.com
**Cc:** Burlington, Katharine J. <Katharine.Burlington@wilsonelser.com>; Tessier, Titania <Titania.Tessier@wilsonelser.com>
**Subject:** RE: Baghirzade v. Greystar et. al. USDC Southern District of California; 24CV1077 RSH MMP

Ms. Baghirzade,

Thank you for taking my call earlier today, and thank you for agreeing to the 1-week extension on our deadline to respond. As discussed, I will prepare a joint motion for a 1-week extension to respond to the lawsuit for your review and approval.

I will also see if I can get any information from Greystar about the eviction suit and see what we can work out.

Thank you.

Jessica R. K. Dorman
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street Suite 1900
San Diego, CA 92101
619.881.6409 (Direct)
619.861.6541 (Cell)
619.321.6200 (Main)
619.321.6201 (Fax)
jessica.dorman@wilsonelser.com

**From:** Dorman, Jessica R. K.
**Sent:** Friday, December 6, 2024 11:19 AM
**To:** contact@aynurlawyers.com; attorney@aynurimmigrationlaw.com; abaghirzada@yahoo.com

3

**Cc:** Burlington, Katharine J. <Katharine.Burlington@wilsonelser.com>; Tessier, Titania <Titania.Tessier@wilsonelser.com>
**Subject:** RE: Baghirzade v. Greystar et. al. USDC Southern District of California; 24CV1077 RSH MMP

Good morning Ms. Baghirzade,

I am following up on my previous email to you requesting an extension. If you are not included to provide the 30-days requested, would you be open to any other timeframe to allow up an opportunity to fully review the docket and filings that have occurred thus far?

Thanks.

Jessica R. K. Dorman
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street Suite 1900
San Diego, CA 92101
619.881.6409 (Direct)
619.861.6541 (Cell)
619.321.6200 (Main)
619.321.6201 (Fax)
jessica.dorman@wilsonelser.com

**From:** Dorman, Jessica R. K.
**Sent:** Wednesday, December 4, 2024 7:03 PM
**To:** contact@aynurlawyers.com; attorney@aynurimmigrationlaw.com; abaghirzada@yahoo.com
**Cc:** Burlington, Katharine J. <Katharine.Burlington@wilsonelser.com>; Tessier, Titania <Titania.Tessier@wilsonelser.com>
**Subject:** Baghirzade v. Greystar et. al. USDC Southern District of California; 24CV1077 RSH MMP

Good evening Ms. Baghirzade,

My office has been retained to retained to represent Greystar in the case filed in the USDC Southern District of California, Case No. 24CV1077 RSH MMP.

Based on a date of service of 11/19/24, I calculate Greystar's response to be currently due on or before 12/10/2024. I would like to request a 30-day extension to respond to the lawsuit to enable me to fully discuss the matter with my client and understand the issues as best as I can. Normally, I would not request so much time, but with the December

4

holidays, I anticipate that some people within Greystar may be unavailable towards the end of the month. ***Please let me know if you are agreeable to the requested extension.***

Otherwise, I would like to have a call with you to hear about your claim and what sort of resolution you are seeking in this suit. Please let me know if you have time this week or early next week to discuss.

Lastly, I did reach out to you by phone to the number listed on the pleading (619-630-6646), but I received the following message "We're sorry, the number you have dialed has calling restrictions that has prevented the completion of your call, announcement 19." I googled the issue to see if it was a phone issue on my end, but it appears that it might be on your end. I wanted to let you know in case you did not know it was happening.

I hope to speak soon.

Thank you.

Jessica R. K. Dorman
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street Suite 1900
San Diego, CA 92101
619.881.6409 (Direct)
619.861.6541 (Cell)
619.321.6200 (Main)
619.321.6201 (Fax)
jessica.dorman@wilsonelser.com

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
```

the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.