# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On December 11, 2024, I caused to be served the following document(s):

**DEFENDANT GREYSTAR CALIFORNIA INC.'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**DECLARATION OF JESSICA R. K. DORMAN IN SUPPORT OF DEFENDANT GREYSTAR CALIFORNIA INC.'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANT GREYSTAR CALIFORNIA INC.'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

On the following Parties in this action:

**SEE ATTACHED SERVICE LIST**

By the following method of service:

**FEDERAL:**

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

☒   **BY ELECTRONIC TRANSMISSION VIA NEXTGEN/ECF**

I electronically filed the foregoing document(s) with the Clerk of the Court through the NextGen/ECF system for the Southern District Court of the United States, which system sent Notification of Electronic Filing to the persons listed on the Court's service list for this case. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the NextGen/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 11, 2024, at San Diego, California.

_____
Titania Tessier

305466064v.1

Case 3:24-cv-01077-RSH-MMP    Document 110-3    Filed 12/11/24    PageID.1754    Page 2 of 3

## CERTIFICATE OF SERVICE – SERVICE LIST

**Aynur Baghirzade**
Pro Se
1968 South Coast Highway Suite 2429
Laguna Beach, CA 92651
contact@aynurlawyers.com

**Attorneys for Defendant, Armenian National Committee of America and Arman Hamparian**
Dick A. Semerdjian
Chad M. Thurston
SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
101 West Broadway Suite 810
San Diego CA 92101
das@sscelaw.com

**Attorneys for Defendant, Yelp, Inc., Jeremy Stoppelman**
Adrianos Matthew Facchetti
LAW OFFICES OF ADRIANOS FACCHETTI
301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
adrianos@facchettilaw.com

**Attorneys for Defendant, Google, Inc. and Alphabet Inc.**
Natalie Jordana Morgan
Nicholas Evan Hakan
WILSON SONSINI GOORICH AND ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
nmorgan@wsgr.com

**Attorneys for Defendant, Orange County Bar Association, Trudy Levindofske, and Teresa Vuki**
Michael A. Sall
Suzanne Burkle Spencer
SALL SPENCER CALLAS & KRUEGER
32351 Coast Highway
Laguna Beach, CA 92651
msall@sallspencer.com
sspencer@sallspencer.com

**Attorneys for Defendant, Los Angeles County Bar Association, Seth Chavez, and Coco Su**
Leah Plaskin Lorenz
KLINEDINST PC
 501 West Broadway Suite 110
San Diego, CA 92101
llorenz@klinedinstlaw.com

CERTIFICATE OF SERVICE
305466064v.1

1 | **Attorneys for Defendant, Attorney Search Network and Jake Baloian**
2 | Jeffrey W. Cowan
  | THE COWAN LAW FIRM
3 | 9301 Wilshire Boulevard, Suite 609
  | Beverly Hills, CA 90210
4 | jeffrey@cowan-law.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
CERTIFICATE OF SERVICE
305466064v.1