1

2

AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

3

4

*AYNUR BAGHIRZADE, IN PRO SE*

5

6

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AYNUR BAGHIRZADE,

                    Plaintiff,

     vs.

ARMENIAN NATIONAL
COMMITTEE OF AMERICA, A
NON-PROFIT CORPORATION, et
al.

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 24CV1077 RSH MMP

**PLAINTIFF'S REQUEST FOR THE ENTRANCE OF DEFAULT IN REGARD TO DEFENDANT GREYSTAR CALIFORNIA INC., A DELAWARE STOCK CORPORATION**

Presiding Judge: Hon. Robert Huie

Magistrate Judge : Hon. Michelle M. Petit

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 55 (a) of F.R.C.P. Plaintiff submits this Request for the entrance of default in regard to Defendant Greystar California, a Delaware Stock Corporation based on the facts set below:

Plaintiff fled her Second Amended Complaint (SAC) on October 2, 2024 (Docket # 96);

Plaintiff served her Second Amended Complaint (SAC) on Greystar California, a Delaware Stock Corporation on November 19, 2024 (Docket # 105 ).

Defendants in accordance with Rule 12 (a)(1)(A)(i) of Federal Rules of Civil Procedure must have submitted their answer within 21 days of the serving of SAC which expired on December 10, 2024.

Defendants had enough time to submit their answers but they failed to do so.

Accordingly, Plaintiff respectfully asks Court to enter default in regards to Defendant Greystar California, a Delaware Stock Corporation.

Respectfully submitted,

Dated: December 11, 2024                Plaintiff, Aynur Baghirzade

By: /s/ Aynur Baghirzade

Aynur Baghirzade

Email: contact@aynurlawyers.com

2

PLAINTIFF'S REQUEST FOR THE ENTRANCE OF DEFAULT

24CV1077 RSH MMP