AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>　　　　　Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE REQUEST FOR THE ENTRANCE OF DEFAULT IN REGARD TO DEFENDANT GREYSTAR CALIFORNIA, INC., A DELAWARE STOCK CORPORATION**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1.  I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2.  I filed a complaint on June 21, 2024, against numerous Defendants, including Doe Defendants (DOES 1-300).

3.  On August 15, 2024, I filed a First Amended Complaint (FAC).

4.  On October 2, 2024, I filed a Second Amended Complaint (SAC).

4.  According to the process server Defendant Greystar California Inc., a Delaware Stock Corporation was served on November 19, 2024 (Docket # 105).

5.  According to Rule 12 (a) (1) (A) (i) of F.R.C.P. Defendants must have responded till December 10, 2024, but failed to do so.

I declare under penalty of perjury and under the Laws of the United States that foregoing is true and correct. Executed on December 11, 2024 in San Diego, California.

By: Aynur Baghirzade, the Declarant

*Aynur Baghirzade*
_____