Jessica R. K. Dorman (SBN: 279919)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone:   (619) 321-6200
Facsimile:   (619) 321-6201
Jessica.dorman@wilsonelser.com

Attorneys for Defendant GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ARMENIAN NAITONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGIONS, a California Nonprofit Public Benefit Corporation; ARMEN SAKAHYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; Youtube LLC, a Delaware Limited Liability Company; SUNDAR PICHAI, an individual; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; ZARTONK MEDIA LLC, a California Limited Liability Company; ZAVEN KOUROGHLIAN, an individual; VAN DER MEGERDICHIAN, an individual; HAIRENIK | Case No. 24CV1077-RSH-MMP<br><br>**CORPORATE DISCLOSURE STATEMENT BY GREYSTAR CALIFORNIA, INC.**<br><br>  Judge:   Hon. Robert S. Huie<br>  Dept.:    3B<br><br>  Complaint Filed: June 21, 2024<br>  Trial Date:       None Set |

305609165v.1

| | |
|---|---|
| ASSOCIATION, a Nonprofit Corporation; ANI TCHAGHLASIAN, an individual; LEGALSHIELD, Domestic For Profit Business Corporation; PARKER - STANBURY LLP, a California Limited Liability Partnership; GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation; KIA AMERICA Inc., a California Stock Corporation; DOES 1-289 | |
| Defendant. | |

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1(a)(1) and Local Civil Rule 40.2, the undersigned counsel of record for Defendants Greystar Real Estate Partners, LLC and Greystar California, Inc. hereby certifies that the following listed persons, associations of persons, associations of persons, firms, partnerships, corporations (including parent corporate corporations) or other entities may: (i) have a financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Greystar California, Inc. is a Delaware corporation. Its parent and sole owner is JPI Management Services, LLC (f/k/a JPI Management Services, LP).

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: December 11, 2024        By: *Jessica R. K. Dorman*
                                                    Attorneys for Defendant,
                                                    GREYSTAR CALIFORNIA, INC.
                                                    Jessica R. K Dorman

305609165v.1