Marcelo Lee (SBN: 271980)
Email: marcelo@sjllegal.com
SJL LAW LLP
841 Apollo Street, Suite 300
El Segundo, CA 90245
Telephone No.: 424.290.0720
Facsimile No.: 424.290.0721
Service Email: mail@sjllegal.com (service at any other e-mail address is invalid)

Attorneys for Defendants KIA AMERICA, INC.

# UNITED STATES DISTRICT COURT
# SOURTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| AYNUR BAGHIRZADE, | Case No.: 3:24-cv-01077 RSH MMP |
| Plaintiff, | Assigned to:   Judge Robert S. Huie |
| | Courtroom:     3B |
| vs. | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | **KIA AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure, Rule 7.1(a)(1) and Southern District of California Local Rule 40.2, defendant Kia America, Inc. hereby submits its Corporate Disclosure Statement:

Kia America, Inc. is not a publicly traded corporation. Kia Corporation, which is publicly traded on the Korean stock exchange, is the sole parent corporation and owner of Kia America, Inc.

///
///

- 2 -

| | | |
|---|---|---|
| 1 | DATED: December 11, 2024 | SJL LAW LLP |
| 2 | | |
| 3 | | By: /s/ Marcelo Lee |
| | | Marcelo Lee |
| 4 | | Attorneys for Defendant |
| | | KIA AMERICA, INC. |