AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>　　　　　　Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANT GREYSTAR CALIFORNIA, INC., A DELAWARE STOCK CORPORATION'S EX PARTE APPLICATION FOR AN ORDER EXTENDING THE TIME TO RESPOND**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. I filed a complaint on June 21, 2024, against numerous Defendants, including Doe Defendants (DOES 1-300).

3. On August 15, 2024, I filed a First Amended Complaint (FAC).

4. On October 2, 2024, I filed a Second Amended Complaint (SAC).

4. According to the process server Defendant Greystar California Inc., a Delaware Stock Corporation was served on November 19, 2024 (Docket # 105).

5. I was reached by the Counsel for the Defendant Greystar Inc. over email asking for the extension of time, but since Defendants were duly served and had 21 days to respond to the SAC I considered giving additional time to them to be unnecessary delay on the process.

6. I had a phone conversation with the Counsel for the Defendant Greystar California Inc. on or around December 6, 2024, during which I made it clear that I do not want to give to Defendant any additional time, that the eviction process they started against me has a little meaning for me since staying in the apartment with their staff spying on me and reporting my every step to the Enterprise makes no sense for me in any case.

8. Today in the morning, on December 11, 2024, when I tried to use my Pacer account to file the request for default I got a notification that my Pacer ac-

count was disabled due to the "nonpayment" which could not be true. I replaced my previous card in the system long time ago and enabled auto-pay for my card, the card had enough money to proceed with the payment. The only reason why I filed my request for default after Defendant's request for extension of time is because of the delay artificially caused by the system. Since I experienced the similar problems with my Pacer account before and even submitted a separate request for investigation, I consider it as another attempt to obstruct the justice and interfere with my rights.

   I declare under penalty of perjury and under the Laws of the United States that foregoing is true and correct. Executed on December 11, 2024 in San Diego, California.

            By: Aynur Baghirzade, the Declarant

            *Aynur Baghirzade*
            _____