UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA et al.,<br><br>Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**(1) ORDER GRANTING IN PART DEFENDANT GREYSTAR CALIFORNIA INC.'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME (2) DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**<br><br>[ECF Nos. 110, 111] |

Having considered the *Ex Parte* Application of Defendant Greystar California, Inc. ("Greystar") for an extension of time, and for good cause shown, the Court hereby **GRANTS IN PART** Greystar's application. EFC No. 110. Greystar shall file its responsive pleading to the Complaint on or before January 6, 2025.

//

//

//

1

In light of the above, the Court **DENIES** Plaintiff's request for entry of default. ECF No. 111.

**IT IS SO ORDERED.**

Dated: December 11, 2024

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge