AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>      Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>      Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION AND ARAM HAMPARIAN'S NOTICED MOTION DATE CURRENTLY SCHEDULED FOR JANUARY 6, 2025.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

Pursuant to Local Rules 7.1 and 7.2, Plaintiff AYNUR BAGHIRZADE ("Plaintiff") and Defendants ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION AND ARAM HAMPARIAN through their counsel of record, hereby stipulate and jointly present this motion for an order to continue hearing date on Defendants' motion (Docket # 101 AND 102 ) currently scheduled for January 6, 2025 to January 30, 2025 and extend the time for Plaintiff's response to Defendants' Motion till January 16, 2025.

WHEREAS, on December 2, 2024, Defendants filed two motions - motion to dismiss (Docket # 101) and Motion to Strike (Docket # 102);

WHEREAS, Plaintiff currently has 8 motions to answer with one additional motion expected to be filed not later than January 6, 2025, including motions of Defendants;

WHEREAS, Plaintiff has 4 motions to respond with the same deadline coming on December 23, 2024;

WHEREAS, Plaintiff is a single party proceeding in pro se against multiple Defendants in RICO case, involving different complex issues, and grouping motions according to their subjects and complexity would ease the process and allow time for research;

WHEREAS, drafting four oppositions with the same deadline is practically and physically impossible for the pro-se litigant;

WHEREAS, Parties agree to continue the hearing date and extend the time for the Plaintiff to respond.

Accordingly, the parties jointly stipulate to continue the hearing date for Defendants' motions to dismiss and strike from January 6, 2025 to January 30, 2025 and extend Plaintiff's time to respond to this motion till January 16, 2025 accordingly.

Respectfully submitted,

Dated: December 13, 2024          Plaintiff, Aynur Baghirzade, Esq.

By: /s/ Aynur Baghirzade

Aynur Baghirzade

Email: contact@aynurlawyers.com

Dated: December 13, 2024          Schwartz Semerdjian Cauley Schena & Bush LLP

By: /s/ Dick A Semerdjian

Dick A. Semerdjian

Email: das@sscelaw.com

3

JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, ARAM HAMPARIAN'S NOTICED MOTION DATE CURRENTLY SCHEDULED FOR JANUARY 6, 2025

24CV1077 RSH MMP

Dated: December 13, 2024

By: /s/ Chad M. Thurston

Chad M. Thurston

Email: chad@sscelaw.com

4

JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, ARAM HAMPARIAN'S NOTICED MOTION DATE CURRENTLY SCHEDULED FOR JANUARY 6, 2025

24CV1077 RSH MMP