AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF THE JOINT MOTION AND STIPULATION FOR CONTINUANCE OF DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION AND ARAM HAMPARIAN'S NOTICED MOTION DATE**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Declaration of Aynur Baghirzade　　　　　　　　　Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of the Joint Motion and Stipulation for Continuance of Defendants Armenian National Committee of America, Armenian National Committee of America Western Region and Aram Hamparian's Noticed Motion Date. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. On November 16, 2024, after Court approval I filed Second Amended Complaint (Docket # 96).

3. On December 2, 2024, Defendants filed Motions to Dismiss my Second Amended Complaint and Motion to Strike (Docket # 101 and 102) along with three other Defendants in this case.

4. I currently have 4 motions to respond with the same deadline coming on December 23, 2024 which is practically and physically impossible.

5. I am a single party proceeding in Pro Se against multiple Defendants in a complex RICO case and grouping motions according to the legal issues raised in them would ease the process and allow ample time for research.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on December 13, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*