<pre>
</pre>



# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aynur Baghirzade, an individual<br><br>**Plaintiff,**<br>V.<br><br>Armenian National Committee of America, et al<br><br>**Defendant.** | **FILED**<br>12/16/2024<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:  S. Nyamanjiva , Deputy<br><br>Civil No. 24-cv-1077-RSH-MMP |

**STRICKEN DOCUMENT:**

Response in Opposition

**Per Order #    126**