AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**PLAINTIFF'S EX PARTE APPLICATION ON CONTINUANCE OF DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S NOTICED MOTION HEARING DATE CURRENTLY SCHEDULED FOR JANUARY 6, 2025.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Ex Parte Application on Continuance　　　　　　　　　Case No.: 3:24-CV-01077-RSH-MMP

     This Application is made pursuant to Local Rule 7.1. g (2) seeking continuance of the noticed motion date of Defendants Attorney Search Network and Jake Baloian (Docket # 104 ) currently scheduled for January 6, 2025, based on the following grounds:

     1. Plaintiff filed her Second Amended Complaint (SAC) on November 16, 2024, after Court's approval (Docket # 94).

     2. Plaintiff is a pro-se litigant suing multiple Defendants in a complex RICO case involving a lot of questions of Law and requiring many hours of research.

     3. After Plaintiff filed her SAC four Defendants filed their motions to dismiss on the same date (December 2, 2024 - deadline to respond to her SAC), thus requiring Plaintiff to file her opposition on the same date (December 23, 2024) which is practically and physically impossible.

     4. Plaintiff after getting Court's approval for continuance for some of the motions and with two new Defendants who joined the process in December now have four motions to respond in January, 2025.

     5. Plaintiff contacted Counsel for the Defendants Attorney Search Network and Jake Baloian first time on December 12, 2024, asking for continuance of their motion's hearing date to February and after two days of silence received a response that Defendants are ready to give Plaintiff the time to respond to their motion till January 7, 2025, which is one day after the deadline for the Plaintiff to respond to Defendants Orange County Bar Association and Los Angeles County Bar Association's motions to dismiss.

     6. Defendants' current hearing date for their motion is January 6, 2025, and granting Plaintiff two weeks' extension besides being highly inconvenient would require her to respond to five motions to dismiss in January which is practically and physically impossible for the pro se litigant.

     7. Continuance will not prejudice Defendants as Defendants will not be required to spend resources on any additional legal work, their motion was drafted

and filed, delay in responding to motions to dismiss only prejudice Plaintiff as it delays the start date of discovery process for her case.

8. Plaintiff complied with the requirements under LR 7.1. g (2) to meet and confer and waited for significant time to get Defendants' consent before filing this *ex parte* application.

9. Considering that the last motion Plaintiff currently has to respond has the deadline coming on January 26, 2025, Plaintiff respectfully requests this Court to move Defendants' noticed motion hearing date from January 6, 2025, to February 25, 2025, with the deadline for her to file the opposition on or before February 11, 2025.

Respectfully submitted,

Dated: December 17, 2024                Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com