1  AYNUR BAGHIRZADE
   1968 S. Coast Highway #2429
2  Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>      Plaintiff,<br><br>  v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO CONTINUE NOTICED MOTION HEARING DATE OF DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN CURRENTLY SCHEDULED FOR JANUARY 6, 2025**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge: Hon. Michelle M. Petit |

1

Declaration of Aynur Baghirzade          Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Ex Parte Application to Continue Defendants Attorney Search Network and Jake Baloian's Noticed Motion date currently scheduled for January 6, 2025 (Docket # 104). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. On December 12, 2024, I emailed to Defendants' Counsel on record a request to meet and confer regarding continuance of the hearing date for their motion.

3. On December 13, 2024, after hearing nothing back from Defendants' Counsel I sent another email asking to meet and confer on the matter.

4. On December 14, 2024, Defendants' Counsel responded that he doesn't see the need for continuance as he filed this motion before and I didn't respond.

5. On December 14, 2024, I responded to Defendants' Counsel that his previous motion was filed to my FAC, and since a SAC was filed both FAC and his motion got muted, and I have 4 Defendants to respond with the same deadline which is impossible to do.

6. On December 16, 2024, Defendants' Counsel responded that he can give me 2 weeks, which actually would make me to respond to his client's motion again in January.

7. In his last email to me sent on December 16, 2024, Defendants' Counsel confirmed that he is willing to give me only two weeks' extention which will make me to respond to his clients' motion on or before January 7, 2025, and I have currently a deadline to respond to Orange County Bar Association and Los Angeles County Bar Association's motion on January 6, 2025.

8. In general, I have 4 motions to respond in January and adding one more will make it impossible for me to respond on time.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on December 17, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
