```
 1  NATALIE J. MORGAN, State Bar No. 211143
    WILSON SONSINI GOODRICH & ROSATI
 2  Professional Corporation
    12235 El Camino Real
 3  San Diego, CA  92130-3002
    Telephone:  (858) 350-2300
 4  Facsimile:  (866) 974-7329
    Email:      nmorgan@wsgr.com
 5
    NICHOLAS E. HAKUN, (Admitted Pro Hac Vice)
 6  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 7  1700 K Street NW, Fifth Floor
    Washington, DC  20006-3814
 8  Telephone:  (202) 973-8800
    Facsimile:  (866) 974-7329
 9  Email:      nhakun@wsgr.com

10  Attorneys for Defendants
    GOOGLE LLC AND ALPHABET INC.
11
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF GOOGLE LLC AND ALPHABET'S INC.'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND REQUIRE COMPLIANCE WITH LOCAL RULE 7.1(h), OR, IN THE ALTERNATIVE, FOR ADDITIONAL TIME TO REPLY**<br><br>Date:　　January 21, 2025<br>Time:　　TBD<br><br>Before:　Before: Judge Robert S. Huie |

GOOGLE LLC AND ALPHABET INC.'S　　　　　　　　　　　　CASE NO.: 3:24-CV-01077-RSH-MMP
NOTICE OF MOTION TO STRIKE

1  PLEASE TAKE NOTICE that pursuant to Local Rule of Civil Procedure
2  7.1(h), Defendants Google LLC and Alphabet Inc. (together, "Google") hereby
3  move the Court for an Order striking Plaintiff's overlength brief (ECF No. 121)
4  and requiring Plaintiff to comply with Local Rule 7.1(h) governing the length of
5  briefs, or, in the alternative, granting Google an extension to file a reply in further
6  support of its Motion to Dismiss (ECF No. 97).  Google would seek two additional
7  weeks to reply given that Plaintiff's opposition brief is nearly twice the page limit,
8  and due to the intervening holidays.

Dated: December 18, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Nicholas E. Hakun*
    Nicholas E. Hakun
    (Admitted *Pro Hac Vice*)
    E-mail: nhakun@wsgr.com

    Attorney for Defendants
    GOOGLE LLC and ALPHABET INC.