| | |
|---|---|
| 1 | NATALIE J. MORGAN, State Bar No. 211143 |
| 2 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | 12235 El Camino Real<br>San Diego, CA 92130-3002 |
| 4 | Telephone: (858) 350-2300<br>Facsimile: (866) 974-7329 |
| 5 | Email: nmorgan@wsgr.com |
| 6 | NICHOLAS E. HAKUN, (Admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI |
| 7 | Professional Corporation<br>1700 K Street NW, Fifth Floor |
| 8 | Washington, DC 20006-3814<br>Telephone: (202) 973-8800 |
| 9 | Facsimile: (866) 974-7329<br>Email: nhakun@wsgr.com |
| 10 | Attorneys for Defendants |
| 11 | GOOGLE LLC AND ALPHABET INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | | |
|---|---|---|
| AYNUR BAGHIRZADE, | ) | Case No.: 3:24-CV-01077-RSH-MMP |
| Plaintiff, | ) | **DECLARATION OF NICHOLAS E. HAKUN IN SUPPORT OF GOOGLE LLC AND ALPHABET INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND REQUIRE COMPLIANCE WITH LOCAL RULE 7.1(h), OR, IN THE ALTERNATIVE, FOR ADDITIONAL TIME TO REPLY** |
| v. | ) | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | ) | |
| Defendants. | ) | |
| | ) | Date: January 21, 2025<br>Time: TBD |
| | ) | Before: Judge Robert S. Huie |

I, Nicholas E. Hakun, declare and state as follows:

1. I am an attorney with Wilson Sonsini Goodrich & Rosati, P.C., attorneys for Defendants Google LLC and Alphabet Inc. ("Google"). I submit this declaration in support of Google LLC and Alphabet Inc.'s Memorandum of Points and Authorities in Support of its Motion to Strike and Require Compliance with Local Rule 7.1(h), or, in the Alternative, for Additional Time to Reply. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss for Failure to state a Claim, which was filed on December 16, 2024 at ECF docket number 121. Plaintiff's Memorandum of Points and Authorities is 63 pages in length. The first thirteen pages include the title page and three tables. The final page of the document is a signature page. Thus, Plaintiff's memorandum is, substantively, 49 pages in length.

3. I have reviewed the Southern District of California's Local Rules of Civil Procedure. Local Rule 7.1(h) states "Briefs or memoranda in support of or in opposition to all motions noticed for the same motion day must not exceed a total of twenty-five (25) pages in length, per party, for all such motions without leave of the judge who will hear the motion."

4. I emailed Plaintiff on December 17, 2024 to inform her that if she would not voluntarily withdraw her overlength opposition brief, I would file a motion to strike. As of the time of filing, I have not received a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 18, 2024, in Wallingford, Pennsylvania.

*/s/ Nicholas E. Hakun*
Nicholas E. Hakun
E-mail: nhakun@wsgr.com

Attorney for Defendants
GOOGLE LLC and ALPHABET INC.