| | |
|---|---|
| 1 | **Jeffrey W. Cowan, Esq., SBN 157474** |
| 2 | The Cowan Law Firm<br>9301 Wilshire Boulevard, Suite 609 |
| 3 | Beverly Hills, California 90210-6190<br>Email: jeffrey@cowan-law.com |
|   | Tel: (310) 394-1420; Fax: (310) 394-1430 |
| 4 | |
| 5 | Attorney for Defendants<br>**Attorney Search Network and Jake Baloian** |

### United States District Court For The
### Southern District of California

| | | |
|---|---|---|
| AYNUR BAGHIRZADE, an individual, | ) | Case No. 24CV1077 RSH MMP |
| Plaintiff, | ) | [Assigned to Hon. Robert S. Huie; Action filed on August 15, 2024] |
| vs. | ) | **Declaration of Defendants Attorney Search Network's and Jake Baloian's Counsel Jeffrey W. Cowan In Response to Plaintiff's *Ex Parte* Application to Continue the January 6, 2025 Hearing Date of Defendants Attorney Search Network and Jake Baloian** |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; APLHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a | ) | Place: Courtroom 3B<br>Edward J. Schwartz U.S. Courthouse<br>880 Front Street<br>San Diego, CA 92101 |

i

**Declaration of Counsel Jeffrey W. Cowan In Response to Plaintiff's Ex Parte Application to Continue January 6, 2025 Hearing Date of Defendants Attorney Search Network and Jake Baloian**

Domestic Corporation; ESTRELLA )
SANCHEZ, an individual; DOES 1 )
THROUGH 300, inclusive )
)
    Defendants )
)
_____ )

1.  I Jeffrey W. Cowan declare that I am licensed to practice law in the State of California and am admitted to practice in the federal courts of the Southern District and Central District of California. I am trial counsel for Defendants Jake Baloian and Attorney Search Network, Inc. ("ASN") in this lawsuit. I have personal knowledge and if called upon to do so would and could testify to the following:

2.  I am submitting this declaration in response to Plaintiff Aynur Baghirzade's *ex parte* application to continue (again) the hearing of my clients' pending motion to dismiss pursuant to her arbitration agreement with Attorney Search Network and her latest (2nd amended) complaint's continued failure to state a cause of action. My motion originally was set for hearing on November 4, 2024. An updated version of the motion (tied to the substantially identical allegations in Plaintiff's 2nd amended complaint) is now set for hearing (for calendaring deadline purposes) two months later on January 6, 2025. The motion's analysis largely is the same.

3.  Ms. Baghirzade has misstated my position and responses to her request for yet another 30 day continuance – which perhaps explains her choice to characterize it instead of attaching our email thread as an exhibit so the Court could see it.

4.  Attached hereto as **Exhibit 1** is a true and correct copy of the emails that Ms. Baghirzade and I have exchanged between December 12, 2024 and

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

2

**Declaration of Counsel Jeffrey W. Cowan In Response to Plaintiff's Ex Parte Application to Continue January 6, 2025 Hearing Date of Defendants Attorney Search Network and Jake Baloian**

    December 16, 2024 about her request (which includes my offer to give her another two weeks to oppose my clients' pending motion).

5. Ms. Baghirzade never responded to my December 16, 2024 email (whether by email, phone, or anything else). In so doing, she also never answered my question about her other motion deadlines.

6. Since I first conferred with Ms. Baghirzade in September 2024, and despite my multiple requests both before and after filing my motion to dismiss, she has never cited a single authority to support her assertion that she is not compelled to arbitrate her claims against my clients. By way of recent example, attached hereto as **Exhibit 2** is a true and correct copy of my November 25, 2024 email to Ms. Baghirzade responding to her demand that I (and other defense counsel) confer with her per Rule 26 on the day before Thanksgiving. Ms. Baghirzade ignored my November 25 request for whatever authority she has to support her position. Other examples of Ms. Baghirzade failing to give me any authority to support her position are in my clients' pending motion to dismiss.

7. I respectfully invite the Court to note that the memorandum of points and authorities in support of my clients' motion is relatively short: fewer than nine full pages. Ms. Baghirzade has yet to explain why the extra time she has received so far is not enough (or precisely how many days she needs to address in her response/opposition a small number of legal issues that she presumably researched and certified per FRCP Rule 11 when preparing and filing her complaint(s)).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2024.

                         ___*Jeffrey W. Cowan*___
                         **Jeffrey W. Cowan**

**Declaration of Counsel Jeffrey W. Cowan In Response to Plaintiff's Ex Parte Application to Continue January 6, 2025 Hearing Date of Defendants Attorney Search Network and Jake Baloian**