## jeffrey cowan-law.com

**From:** jeffrey cowan-law.com
**Sent:** Monday, December 16, 2024 3:21 PM
**To:** Aynur Baghirzade
**Subject:** RE: Extention of time

What do you mean "expecting me to respond to yours within a couple of days"?

Your opposition now is due December 23 (a week away). If you receive an extension that moves your opposition deadline to January 7, that is three weeks from now – and my memorandum of points and authorities is only 8.5 pages long. I'm unsure why you would need more than a few days to prepare an opposition, especially when you have had my core analysis and authorities for over 11 weeks.

I invariably am open to extending courtesies, but being in this lawsuit is costing my clients money and they would like a prompt adjudication of their motion. Perhaps you can elaborate why agreeing to another two weeks beyond your existing deadline for you to oppose my motion is unreasonable.

**Jeffrey W. Cowan | The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California 90210| Phone: (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, December 16, 2024 2:17 PM
**To:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Subject:** Re: Extention of time

Thank you, Jeffrey,

I believe I will file an ex parte. I can't do your motion in January. The fact that I didn't work on your motion before explains that my SAC was approved and I have other motions to respond. If I have many defendants it doesn't mean that I am not entitled to additional time to work on them, + I always gave the time to other defendants, they all had more than 30 days to work on their motions including you. Now, expecting me to respond to yours within a couple of days is unconscionable.

Aynur

On Mon, Dec 16, 2024 at 1:20 PM jeffrey cowan-law.com <jeffrey@cowan-law.com> wrote:
> Dear Ms. Baghirzade,
>
> My motion largely rests on the same analysis, which you have had for 11 weeks (based in part on extensions you already requested and received), but I'm amenable to stipulating to giving you another 2 weeks (14 days) even though you have yet to explain why you have not yet done the work needed to oppose the motion.

Plus, you alone are responsible for creating your scheduling concerns by adding so many defendants to the same lawsuit.

Please send me a draft stipulation to review if you would like the extra 14 days.

Jeffrey W. Cowan | The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California 90210| Phone: (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Saturday, December 14, 2024 8:47 AM
**To:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Subject:** Re: Extention of time

Hello Jeffrey,

The extension I received was for the previous motion on previous complaint. Since second amended complaint was approved both your motion and my FAC got muted. I don't believe that previous extensions count in any way.

Currently my response to your motion is due on December 23. I have 4 motions with the same deadline, I am willing to leave only Yelp's motion and remove everybody's else.

Since 2 new defendants were added I've already have 5 motions on January, so I will not be able to respond to yours in January.

As I have a complex case with many Defendants I believe extension to February is warranted and it's not going to be more than 30 days extension because your hearing date is in January 6.

Please, let me know.

Respectfully,

Aynur

On Sat, Dec 14, 2024 at 12:56 AM jeffrey cowan-law.com <jeffrey@cowan-law.com> wrote:
> Sorry for the late reply, Ms. Baghirzade; I've been out of the office and tied up with other matters.

2

My pending motion largely remains the same one that I filed in September, for which you already received one extension.

What are your current opposition deadlines? I'm unclear why you would need 30 extra days (on top of statutory notice) to oppose a motion that is largely identical to what I filed 11 weeks ago in September.

**Jeffrey W. Cowan | The Cowan Law Firm | www.cowan-law.com | 9301 Wilshire Boulevard, Suite 609, Beverly Hills, California 90210| Phone: (310) 394-1420 ext. 101| Fax: (310) 394-1430 | E-mail: jeffrey@cowan-law.com**

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, December 13, 2024 1:49 PM
**To:** jeffrey cowan-law.com <jeffrey@cowan-law.com>
**Subject:** Re: Extention of time

Hello Jeffrey,

If I don't hear back from you today I will have to file an ex parte motion on Monday

Please, advise.

Aynur

On Fri, Dec 13, 2024 at 1:09 PM Aynur Baghirzade <contact@aynurlawyers.com> wrote:

Hello Jeffrey,

Hope this email finds you well. I haven't heard from you back. Are you ok with the extension of time ? I have 8 motions to respond now - most of them in January. Would you agree to extend yours to February ?

Thank you,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

P: 619-776-4882
Email: contact@aynurlawyers.com

3

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


On Thu, Dec 12, 2024 at 7:57 AM Aynur Baghirzade <contact@aynurlawyers.com> wrote:

Hello Jeffrey,

Hope this email finds you well. Would you agree to an extension of time on your motion ?

I have three difficult motions this month and 4 in January. Considering all holidays would it be ok for you to continue the hearing date till February ?


--
Respectfully,


Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

P: 619-776-4882
Email: contact@aynurlawyers.com


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.