UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**ORDER GRANTING IN PART PLAINTIFF AYNUR BAGHIRZADE'S *EX PARTE* APPLICATION**<br><br>[ECF No. 123] |

　　　Before the Court is Plaintiff Aynur Baghirzade's ex parte motion to continue the noticed hearing date for Defendants Attorney Search Network and Jake Baloian's motion to dismiss [ECF No. 104]. ECF No. 123. Defendants have filed a response. ECF No. 125. Plaintiffs' request that the Court continue the deadline for her to respond to Defendants' motion to February 11, 2025. *Id.* at 3. In response, Defendants argue their motion is relatively short, Plaintiff has had sufficient time to consider it, and that Plaintiff would not agree to Defendants' offer to stipulate to a shorter extension. *Id.*

After reviewing the briefs submitted by both sides, the Court finds there is good cause to extend the deadline for Plaintiff to file a response to Defendants' motion, but not for the length requested. For these reasons, the Court **GRANTS IN PART** Plaintiff's application as follows:

1. Plaintiff shall respond to Defendants Attorney Search Network and Jake Baloian's motion to dismiss by no later than **January 22, 2025**.

2. Defendants may file a reply on or before **January 29, 2025**.

3. No oral argument will be held unless separately ordered by the Court.

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
Hon. Robert S. Huie
United States District Judge