AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

FILED
DEC 2 4 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANTS YELP INC. AND JEREMY STOPPELMAN'S MOTION TO DISMISS**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants YELP INC. and JEREMY STOPPELMAN'S Motion to Dismiss. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. After I started this lawsuit in June 21, 2024, almost all online Platforms were asking for my verification banning me from their services, and they didn't accept as ID my green card. The same problem I encountered in banks. Online platforms which asked for my verification besides Google were LinkedIn and Facebook.

3. At the beginning of November 2024, when I registered a new account with Square for online transactions of money from my clients the payments were significantly delayed and I was several times asked for verification.

4. On or around November 10, 2024, when I spoke to Square representative over the phone they informed me that it is the Government which asks for my verification.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on December 23, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*