1  AYNUR BAGHIRZADE
   1968 S. Coast Highway #2429
2  Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

FILED

DEC 2 4 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

5

6

7            **UNITED STATES DISTRICT COURT**
8            **SOUTHERN DISTRICT OF CALIFORNIA**

9
                                        Case No.: 3:24-CV-01077-RSH-MMP
10  AYNUR BAGHIRZADE,
                                        **NOTICE OF CHALLENGING**
11                        Plaintiff,    **CONSTITUTIONALITY OF**
                                        **SECTION 230 OF**
12            v.                        **COMMUNICATION DECENCY**
                                        **ACT (47 U.S.C.A, § 203)**
13  ARMENIAN NATIONAL
    COMMITTEE OF AMERICA, et al.,
14                                      Date: January 6, 2025

15

16                                      Presiding Judge: Hon. Robert Huie
                                        Magistrate Judge : Hon. Michelle M.
17                                      Petit

18

19

20

21

22

23

24

25

26

27

28

                            1

Notice                          Case No.: 3:24-CV-01077-RSH-MMP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff hereby gives the notice that she raises the question of Constitutionality of Section 230 (specifically Section 230 (c) (1)) of Communication Decency Act (47 U.S.C.A, § 203) in accordance with Rule 5 (a) of F.R.C.P. in her Opposition to Defendants Yelp Inc. and Jeremy Stoppelman's Motion to Dismiss as to her case and on its face for being over-broad, vague and used by interactive computer services as a prior restraint on 1st Amendment rights under U.S. Constitution.

Plaintiff will serve U.S. Attorney General with this notice and pleading where she raised the issue of the statute's constitutionality in accordance with requirements of Rule 5. 1. of F.R.C.P.

DATED: December 23, 2024.

Respectfully submitted,

By: /s/ *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*

2

Notice                                    Case No.: 3:24-CV-01077-RSH-MMP