1 AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
2 Laguna Beach, CA 92651
Phone: 619-776-4882
3 Email: contact@aynurlawyers.com

4 *AYNUR BAGHIRZADE, IN PRO SE*

FILED
DEC 2 4 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>  Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANTS YELP INC. AND JEREMY STOPPELMAN'S MOTION TO DISMISS**<br><br>Date: January 1, 2025<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

## TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

In support of her Opposition to Defendants YELP INC. and JEREMY STOPPELMAN'S Motion to Dismiss Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents:

1. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants Armenian National Committee of America being inseparable part of ARF, a true and correct copy of which is submitted to Plaintiff's Opposition to Defendants YELP INC. and JEREMY STOPPELMAN'S Motion to Dismiss as Exhibit B.

2. List of U.S. and California Representatives being members of Armenian Caucus freely available at https://anca.org/armenian-caucus/.

Dated: December 23, 2024

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*