AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**MOTION FOR THE LEAVE OF COURT TO CONSIDER PLAINTIFF'S OPPOSITION TO DEFENDANTS YELP INC. AND JEREMY STOPPELMAN'S MOTION TO DISMISS FILED BY COURT ON DECEMBER 24, 2024 TO BE FILED ON DECEMBER 23, 2024**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

This Motion is made pursuant to Local Rules 7.1. and 7.2.

1. Plaintiff tried to file her Opposition to Defendants' Yelp Inc. and Jeremy Stoppelman's Motion to Dismiss for Failure to State a Claim on December 23, 2024 - on the time of the deadline for the Plaintiff to respond to this Motion.

2. Plaintiff accessed her Pacer account on December 23, 2024, but couldn't upload the documents, all her attempts gave an error message.

3. Plaintiff tried to use other documents she uploaded successfully to the Pacer system before but received the same error message.

4. Plaintiff sent an email to the Court's Help Desk for ECF filing asking them to upload the documents to the system as she has problems with her Pacer account. Plaintiff also sent all her filings to Opposing Counsels, including Counsels for Defendants Yelp Inc. and Jeremy Stoppelman on December 23, 2024.

5. Plaintiff couldn't also file on the following date - December 24, 2024. All documents Plaintiff tried to upload to the system were in compliance with ECF Rules and were not above 35 mb., so clearly Plaintiff's account was restricted.

6. It is not a first time Plaintiff experiences the problem with her Pacer account on the critical dates - like deadlines, the same happened on previous deadline for Yelp's Opposition, when despite the court order granting her request to use Pacer account for filings she was contacted by Court's staff and asked for registration as an Attorney - because allegedly the Court has the order requiring all Attorneys to register in order to use Pacer system - further investigation by Plaintiff revealed the fact that there was no such order.

6. Plaintiff's requests to this Court to investigate continuous interferences with her Pacer account were denied by this Court.

7. Plaintiff was also promised by the Court staff that her Opposition will be accepted as filed on December 23, 2024 and her files were stamped with this date,

however in ECF filing system now the Opposition appeared as filed on December 24, 2024, which is one day after the deadline for her filing.

8. Plaintiff therefore respectfully asks this Court to consider the filing of her Opposition to Defendants Yelp Inc. and Jeremy Stoppelman's motion to dismiss for failure to state a claim filed on December 23, 2024 as she was not at fault.

DATED: December 26, 2024

                                                    Respectfully submitted,

                                                    By: */s/ Aynur Baghirzade*
                                                    *Aynur Baghirzade, Plaintiff*
                                                    *Email: contact@aynurlawyers.com*