1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
3  Phone: 619-776-4882
   Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7  **UNITED STATES DISTRICT COURT**
8  **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  AYNUR BAGHIRZADE,

11                  Plaintiff,

12        v.

13  ARMENIAN NATIONAL
    COMMITTEE OF AMERICA, et al.,

14

Case No.: 3:24-CV-01077-RSH-MMP

**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO CONSIDER OPPOSITION TO DEFENDANTS YELP INC. AND JEREMY STOPPELMAN'S MOTION TO DISMISS FILED BY COURT ON DECEMBER 24, 2024 TO BE FILED ON DECEMBER 23, 2024**

Presiding Judge: Hon. Robert Huie
Magistrate Judge : Hon. Michelle M. Petit

1

Declaration of Aynur Baghirzade                    Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Motion for the Leave of Court to Consider Opposition to Defendants' Yelp Inc. and Jeremy Stoppelman's Motion to Dismiss filed by Court on December 24, 2024 to be filed on December 23, 2024. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

1. I tried to file my Opposition to Defendants' Yelp Inc. and Jeremy Stoppelman's Motion to Dismiss for Failure to State a Claim on December 23, 2024 - on the time of the deadline for me to respond to this Motion.

2. I accessed my Pacer account on December 23, 2024, but couldn't upload the documents, all my attempts gave an error message.

3. I tried to use other documents I uploaded successfully to the Pacer system before but received the same error message.

4. All my documents were in compliance with ECF Rules and none of them were above the limit of 35 mb.

5. I sent an email to the Court's Help Desk for ECF filing asking them to upload the documents to the system as I have problems with my Pacer account. I also sent all my filings to Opposing Counsels, including Counsels for Defendants Yelp Inc. and Jeremy Stoppelman on December 23, 2024 (See exhibits).

5. I couldn't also file on the following date - December 24, 2024.

6. I called to Pacer general customer service line on December 24, 2024, and I was informed that they are not responsible for the uploading of the documents and that I have to contact Court Clerk' Office.

2

Declaration of Aynur Baghirzade                                Case No.: 3:24-CV-01077-RSH-MMP

7. I contacted Court and I was informed that I have to bring my documents to the court and file them in paper and that they will be filed to the system as of December 23, 2024.

8. On December 24, 2024, I went to court and my filings were accepted and stamped with December 23, 2024 date, however later in the system I saw them filed on December 24, 2024 despite the promises I was given.

6. It is also not a first time I experience the problem with my Pacer account on the critical dates - like deadlines, the same happened on previous deadline for Yelp's Opposition.

6. My requests to this Court to investigate continuous interferences with my Pacer account were denied by this Court.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me in San Diego California on December 26, 2024.

DATED: December 26, 2024

                              Respectfully submitted,

                              By: */s/ Aynur Baghirzade*
                              *Aynur Baghirzade, Plaintiff*
                              *Email: contact@aynurlawyers.com*