# EXHIBIT A

12/26/24, 0:54 PM
Case 3:24-cv-01077-RSH-MMP     Document 129-2     Filed 12/26/24     PageID.2400     Page 2 of 4
Law Offices of Aynur Baghirzade Mail - Filing for opposition to Yelp's motion - my Pacer account again doesn't work



Aynur Baghirzade <contact@aynurlawyers.com>

# Filing for opposition to Yelp's motion - my Pacer account again doesn't work
1 message

**Aynur Baghirzade** <contact@aynurlawyers.com>  Mon, Dec 23, 2024 at 10:35 PM
To: pacer@psc.uscourts.gov, CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Hi,

My Pacer account mysteriously again does not accept documents on the deadline to respond to motions. Please, see enclosed the opposition, judicial notice and Exhibits to Yelp's motion.

Please, file them to the system since it is not my fault that I can't use the system when I need it.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**4 attachments**


**Motion Yelp.pdf**
359K

**Declaration Yelp .pdf**
89K


**Request for Judicial Notice.pdf**
89K

**Exibits ready final.pdf**
16102K

# EXHIBIT B



Aynur Baghirzade &lt;contact@aynurlawyers.com&gt;

# See filings for Opposition to Yelp's motion as my Pacer account does not work again.
1 message

---

**Aynur Baghirzade** &lt;contact@aynurlawyers.com&gt;                  Mon, Dec 23, 2024 at 10:49 PM
To: Adrianos Facchetti &lt;adrianos@facchettilaw.com&gt;, Chad Thurston &lt;chad@sscelaw.com&gt;, Dick Semerdjian &lt;das@sscelaw.com&gt;, "Hakun, Nicholas" &lt;nhakun@wsgr.com&gt;, mmorgan@wsgr.com, Leah Plaskin Lorenz &lt;LLorenz@klinedinstlaw.com&gt;, "jeffrey cowan-law.com" &lt;jeffrey@cowan-law.com&gt;, Suzanne Burke Spencer &lt;sburke@sallspencer.com&gt;, Michael Sall &lt;msall@sallspencer.com&gt;, Heather Linn Rosing &lt;HRosing@klinedinstlaw.com&gt;, sspencer@sallspencer.com

Hi,

I've already informed the court and sent the filings to them. Mysteriously, my Pacer account does not accept documents as usual on the deadline for the fling.

I requested the Court to file the documents to the system since it is not my fault that mystery happens whenever I need a Pacer system.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

P: 619-776-4882
Email: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**4 attachments**


**Motion Yelp.pdf**
359K


**Declaration Yelp .pdf**
89K

**Request for Judicial Notice.pdf**
89K


**Exibits ready final.pdf**
16102K