AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**JOINT MOTION AND STIPULATION ON CONTINUANCE OF DEFENDANTS KIA AMERICA INC'S NOTICED MOTION HEARING DATE CURRENTLY SET FOR JANUARY 15, 2025.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

This Joint Motion and Stipulation is made pursuant to Local Rule 7.1. and 7.2. seeking continuance of the noticed motion date of Defendant Kia America Inc. (Docket # 109 ) currently scheduled for January 15, 2025, based on the following grounds:

1. Plaintiff filed her Second Amended Complaint (SAC) on November 16, 2024, after Court's approval (Docket # 94).

2. Plaintiff is a pro-se litigant suing multiple Defendants in a complex RICO case involving a lot of questions of Law and requiring many hours of research.

3. After Plaintiff filed her SAC four Defendants filed their motions to dismiss on the same date (December 2, 2024 - deadline to respond to her SAC), thus requiring Plaintiff to file her opposition on the same date (December 23, 2024) which is practically and physically impossible. Currently all these motions' dates except one were removed to January, 2025.

4. Two new Defendants were added in December, 2024, with one of them, Defendant Kia America Inc. filing its motion on December 10, 2024, thus obliging Plaintiff to respond to it on or before January 1, 2025.

5. With two new added Defendants Plaintiff currently has to respond to nearly 5 motions in January which is practically and physically impossible for the pro se litigant.

5. Plaintiff stipulated and Defendant Kia America Inc. agrees to the continuance of its hearing date to February 20, 2025.

6. Considering upcoming holidays and the number of motions Plaintiff has to respond in January Parties respectfully requests this Court to move Defendants' noticed motion hearing date from January 15, 2025, to February 20, 2025, with the deadline for the Plaintiff to file her opposition on or before February 6, 2025.

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: December 26, 2024 | Plaintiff, Aynur Baghirzade |
|     | *By: /s/ Aynur Baghirzade* <br> Aynur Baghirzade <br> Email: contact@aynurlawyers.com |
|     | Defendant, Kia America Inc. |
| Dated: December 26, 2024 | *By: /s/ Marcelo Lee* <br> Marcelo Lee <br> Email: marcelo@sjllegal.com |