AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>      Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE NOTICED MOTION HEARING DATE OF DEFENDANT KIA AMERICA INC. CURRENTLY SET FOR JANUARY 15, 2025**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of Joint Motion and Stipulation to Continue Defendant Attorney Kia America Inc.'s Noticed Motion date currently set for January 15, 2025 (Docket # 109). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

1. I am a pro-se litigant suing multiple Defendants in a complex RICO case involving a lot of questions of Law and requiring many hours of research.

2. After I filed my SAC four Defendants filed their motions to dismiss on the same date (on December 2, 2024), thus requiring me to file my opposition on the same date (December 23, 2024) which is practically and physically impossible. Currently all these motions' dates except one were removed to January, 2025.

3. Two new Defendants were added in December, 2024, with one of them, Defendant Kia America Inc. filing its motion on December 10, 2024, thus obliging me to respond to it on or before January 1, 2025.

4. With two new added Defendants I currently have to respond to nearly 5 motions in January which is practically and physically impossible for the pro se litigant.

5. Plaintiff stipulated and Defendant Kia America Inc. agrees to the continuance of its hearing date to February 20, 2025.

2

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on December 26, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*