| | |
|---|---|
| 1 | ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213) |
| 2 | LAW OFFICES OF ADRIANOS FACCHETTI, P.C.<br>4444 W. Riverside Drive, Suite 308, |
| 3 | Burbank, CA 91505<br>Telephone:  (626) 793-8607 |
| 4 | Facsimile:  (626) 793-7293 |
| 5 | Email:  adrianos@facchettilaw.com |
| 6 | Attorney for Defendants |
| 7 | YELP INC. AND JEREMY STOPPELMAN |

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>    Defendants. | CASE NO. 24CV1077 RSH MMP<br><br>**YELP INC. AND JEREMY STOPPELMAN'S NOTICE AND MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND REQUIRE COMPLIANCE WITH LOCAL RULE 7.1(h)**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Adrianos Facchetti, and Proposed Order]<br><br>Date:    January 20, 2025<br>Place:   3B-3rd Floor (Rm#: 3142)<br>Judge:   Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

MOTION TO STRIKE

PLEASE TAKE NOTICE that pursuant to Local Rule of Civil Procedure 7.1(h), Defendants Yelp Inc. and Jeremy Stoppelman (together, "Yelp") hereby move the Court for an Order striking Plaintiff's overlength brief (ECF No. 128) and requiring Plaintiff to comply with Local Rule 7.1(h) governing the length of briefs and granting Plaintiff leave to resubmit a revised Opposition not exceeding 25 pages in length by no later than January 3, 2025, and Yelp leave to file a reply by no later than January 10, 2025.

DATED:   December 26, 2024

                LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

                By:  /s/ Adrianos Facchetti
                    Attorney for Defendants,
                    YELP INC. and JEREMY STOPPELMAN