ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

Attorney for Defendants
YELP INC. AND JEREMY STOPPELMAN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>   Defendants. | CASE NO. 24CV1077 RSH MMP<br><br>**DECLARATION OF ADRIANOS FACCHETTI IN SUPPORT OF YELP INC. AND JEREMY STOPPELMAN'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND REQUIRE COMPLIANCE WITH LOCAL RULE 7.1(h)**<br><br>[Filed concurrently with Notice and Motion, Memorandum of Points and Authorities, and Proposed Order]<br><br>Date:   January 20, 2025<br>Place:  3B-3rd Floor (Rm#: 3142)<br>Judge:  Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

DECLARATION IN SUPPORT OF MOTION TO STRIKE

I, Adrianos Facchetti, declare and state as follows:

1. I am an attorney for Defendants Yelp Inc. and Jeremy Stoppelman (together, "Yelp"). I submit this declaration in support of Yelp's motion to strike Plaintiff's opposition to Yelp's motion to dismiss Plaintiff's Second Amended Complaint. I have personal knowledge of the facts described herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed Plaintiff's opposition to Yelp's motion to dismiss (ECF No. 128), which is 30 substantive pages in length and was filed on December 24, 2025.

3. I emailed Plaintiff on December 26, 2024 to inform her that if she would not voluntarily withdraw her overlength opposition brief, I would file a motion to strike. Plaintiff e-mailed the following response:

> I do not really understand your concerns. My motion is 40 pages, if you exclude Table of Contents and Authorities as well as signatures it will leave less than 30 pages. I do not think that motion to strike is warranted here considering only that the motion is 5 pages extra. Also, it is lengthy because I included Constitutional analysis as you may see. [¶] If you file a motion to strike I will have to oppose it.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Burbank, California.

By: /s/ Adrianos Facchetti
Adrianos Facchetti

---

1
DECLARATION IN SUPPORT OF MOTION TO STRIKE