ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

Attorney for Defendants
YELP INC. AND JEREMY STOPPELMAN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>　　　　Defendants. | CASE NO. 24CV1077 RSH MMP<br><br>**YELP INC. AND JEREMY STOPPELMAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND REQUIRE COMPLIANCE WITH LOCAL RULE 7.1(h)**<br><br>[Filed concurrently with Notice and Motion, Declaration of Adrianos Facchetti, and Proposed Order]<br><br>Date:　January 20, 2025<br>Place:　3B-3rd Floor (Rm#: 3142)<br>Judge:　Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

---

MPA IN SUPPORT OF MOTION TO STRIKE

Defendants Yelp Inc. and Jeremy Stoppelman (together, "Yelp") respectfully request that the Court strike Plaintiff's overlength Opposition Brief (ECF No. 128), order that Plaintiff comply with Local Rule 7.1(h) governing the length of briefs. Yelp also requests that the Court allow Plaintiff to refile on the same schedule as the Google Defendants (ECF No. 126), which will serve the Court's interest in coordinating the timing of briefing (Civil Pretrial and Trial Procedures, Section III.D).

## I. BACKGROUND

Plaintiff, a pro se attorney, has violated the rules governing the maximum length of briefing for a second time in as many weeks. Five days after the Court struck her overlong opposition to the Google Defendants' motion to dismiss in a minute order (ECF No. 126), Plaintiff filed an overlong opposition of 30 substantive pages in response to Yelp's motion to dismiss, along with more than 140 pages of exhibits and other accompanying material. (ECF No. 128). Plaintiff did not confer with Yelp or request the Court's permission to file this oversized brief.

Yelp asks that the Court strike Plaintiff's opposition and grant her leave to file a revised Opposition not exceeding 25 pages in length by no later than January 3, 2025, and allowing Yelp to file a reply by no later than January 10, 2025.

## II. ARGUMENT

This argument largely repeats what the Court heard from Google at ECF No. 124, applied to Plaintiff's opposition to Yelp's motion to dismiss filed on December 24, 2024.

Local Rule 7.1(h) "requires that memoranda in support of or in opposition to all motions noticed for the same motion day must not exceed twenty-five pages" unless leave of court is granted. *See* ECF No. 124. In *Johnson v. Wennes*, the court struck opposition briefing exceeding 25 pages. 2009 WL 506481, at *1 (S.D. Cal.

1
MPA IN SUPPORT OF MOTION TO STRIKE

Feb. 26, 2009); *see also In re Jenny Craig Secs. Litig.*, 1992 WL 456819, at *6 (S.D. Cal. Dec. 19, 1992) (threatening to "decline to consider papers" that violate page limits). And in *Suja Life, LLC v. Pines Int'l, Inc.*, the court directed a movant to withdraw an overlong motion and refile it in compliance with the 25-page limit or seek leave to file a brief in excess of 25 pages. 2016 WL 4142337, at *3 (S.D. Cal. Aug. 4, 2016).

This Court previously struck Plaintiff's opposition to Google's motion to dismiss, and the same result should follow here. Plaintiff is an admitted attorney to the Southern District of California. She also has actual notice of the page limits in this District because of the Court's prior order at ECF No. 124. Nevertheless, she filed an opposition to Yelp's motion that consists of 30 substantive pages (and nearly 150 pages of accompanying exhibits). The Court should require Plaintiff to comply with Rule 7.1(h) by refiling her Opposition with a single, 25-page supporting memorandum. Granting Plaintiff leave to do so on the same schedule as the pending Google motion to dismiss also serves the Court's interest in coordinating the timing of briefing (Civil Pretrial and Trial Procedures, Section III.D).

## III. CONCLUSION

For these reasons, Yelp requests that the Court strike Plaintiff's overlength brief (ECF No. 128) and grant Plaintiff leave to resubmit a revised Opposition not exceeding 25 pages by no later than January 3, 2025, and Yelp leave to file a reply by no later than January 10, 2025.

DATED: December 26, 2024

        LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

MPA IN SUPPORT OF MOTION TO STRIKE

By: /s/ Adrianos Facchetti
Attorney for Defendants,
YELP INC. and JEREMY STOPPELMAN