ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

Attorney for Defendants
YELP INC. AND JEREMY STOPPELMAN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>Defendants. | CASE NO. 24CV1077 RSH MMP<br><br>**[PROPOSED] ORDER GRANTING YELP INC. AND JEREMY STOPPELMAN'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND REQUIRE COMPLIANCE WITH LOCAL RULE 7.1(h)**<br><br>[Filed concurrently with Notice and Motion, Memorandum of Points and Authorities, and Declaration of Adrianos Facchetti]<br><br>Date: January 20, 2025<br>Place: 3B-3rd Floor (Rm#: 3142)<br>Judge: Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE

For good cause, the Court grants Defendants Yelp Inc. and Jeremy Stoppelman's Motion to Strike Plaintiffs Opposition [ECF No. 129]. Plaintiff's Opposition improperly exceeds the page limits set forth in Civil Local Rule 7.1(h) and was filed without first seeking leave from the Court. The Court therefore strikes Plaintiffs Opposition [ECF No. 128]. Plaintiff may resubmit a revised Opposition not exceeding 25 pages in length by no later than January 3, 2025. Defendants Yelp Inc. and Jeremy Stoppelman may file a reply by no later than January 10, 2025.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Robert S. Huie
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING MOTION TO STRIKE