1    AYNUR BAGHIRZADE
     1968 S. Coast Highway #2429
2    Laguna Beach, CA 92651
     Phone: 619-776-4882
3    Email: contact@aynurlawyers.com

4    *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7            **UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
8

9

10    AYNUR BAGHIRZADE,       Case No.: 3:24-CV-01077-RSH-MMP

11             Plaintiff,    **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE NOTICED MOTIONS' HEARING**

12         v.    **DATES OF DEFENDANTS ORANGE COUNTY BAR**

13    ARMENIAN NATIONAL    **ASSOCIATION, TRUDY**
     COMMITTEE OF AMERICA, et al.,    **LEVINDOFSKE, TERESA VUKI,**

14                           **LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ**

15                           **AND COCO SU.**

16

17                        Presiding Judge: Hon. Robert Huie
                          Magistrate Judge : Hon. Michelle M.
18                           Petit

19

20

21

22

23

24

25

26

27

28

Ex Parte Application                      Case No.: 3:24-CV-01077-RSH-MMP

1
2
3

# I. INTRODUCTION

4      This EX PARTE APPLICATION is made pursuant to Local Rule 7.1. and
5   Rule 47 of F.R.C.P. seeking continuance of the noticed motion dates of Defendants
6   Orange County Bar Association, Trudy Levindofske, Teresa Vuki   (Docket # 98 )
7   and Los Angeles County Bar Association, Seth Chavez and Coco Su (Docket #
8   100) on the ground that good cause exists for continuance of Defendants' noticed
9   motion dates and Defendants will not be prejudiced.

10
11  ## II. FACTUAL AND PROCEDURAL BACKGROUND
12
13       Plaintiff filed her First Amended Complaint ("FAC") on August 15, 2024,
    and served all Defendants accordingly. After the service, all Defendants were given
14  30 days extension by the Plaintiff and they all had plenty of time to work on their
15  motions. Plaintiff afterwards filed her Second Amended Complaint ("SAC") on
16  November 16, 2024, where nothing has changed with regard to Defendants and as
17  a result, Defendants got another 30 to 50 days additional time to work on their
18  motions. Plaintiff applied to Defendants to get first extension on December 10,
19  2024 (Dockets # 107 and 108) and got continuance of their motions' hearing dates
20  till January 27, 2025, which is less than 30 days.
21       Plaintiff is a pro-se litigant suing multiple Defendants in a complex RICO
22  case involving a lot of questions of Law and requiring many hours of research.
23  Currently Plaintiff has 5 (five) motions to respond in January which is practically
24  and physically not possible for the pro-se litigant considering difficulty and variety
25  of the issues involved. Also, for the Plaintiff to respond to 5 motions in January
26  with two of them being scheduled for the same date means that she will have to
27  work during all holidays and the chances of her answers to be ready by the
28

Ex Parte Application                                    Case No.: 3:24-CV-01077-RSH-MMP

1  deadline are quite questionable. Also, Plaintiff didn't have two new Defendants

2  when she scheduled her motions with Defendants for January, additional two

3  Defendants in January makes her schedule really complicated. Plaintiff tried to

4  meet and confer with Defendants Los Angeles County Bar Association, Seth

5  Chavez and Coco Su to get another continuance when she emailed their Counsel

6  on December 20, 2024, however she got no response. Then she contacted

7  Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki

8  on December 26, 2024, but received outright rejection on her proposal for further

9  continuance, because as their Counsel alleged "the issues in both motions are

10  similar". However, even with similar or relatively similar issues Plaintiff has to

11  prepare exhibits, supporting materials, look if she needs judicial notices and etc. as

12  facts in both of these cases are not identical, and it is not possible for the Plaintiff

13  to do that within one week for each Defendants' motion. Besides these two

14  motions, Plaintiff has another three motions in January with very complicated legal

15  questions and she has to also work on Defendants' Google LLC and Alphabet Inc's

16  motion as her previous filing was stricken by the court. Defendants' refusal to

17  continue further hearing dates for their motions has the only purpose to jeopardize

18  Plaintiff's work. Defendants will not be prejudiced by further delay considering

19  that they were requesting for the extension of time even after she filed her SAC.

20  ### III. ARGUMENTS

21

22  **1. THERE IS A GOOD CAUSE FOR CONTINUANCE OF**

23  **DEFENDANTS' HEARING DATES:**

24

25  Rule 6 (b) of F.R.C.P. states that "When an act may or must be done within a

26  specified time, the court may, for good cause, extend the time: (A) with or without

27  motion or notice if the court acts, or if a request is made, before the original time or

28

Ex Parte Application                              Case No.: 3:24-CV-01077-RSH-MMP

1  its extension expires…" *Fed. R. Civ. P. 6.* "Rule 6(b), governing extensions of

2  time, must be "liberally construed to effectuate the general purpose of seeing that

3  cases are tried on the merits." *Adams v. Dahl, No. 120CV00852JLTPC, 2021 WL*

4  *5112668, at \*1 (E.D. Cal. Nov. 3, 2021) citing case Ahanchian v. Xenon Pictures,*

5  *Inc., 624 F.3d 1253, 1255 (9th Cir. 2010).* "To the extent the Plaintiff moves for an

6  extension of time to respond to the motions to dismiss, she makes no showing that

7  an extension is warranted. The first of the pending motions to dismiss was filed

8  over five months ago - in March. The Plaintiff has received several extensions of

9  time to respond to the motions. She has been notified what she needed to do to

10  respond." *Harbord v. MTC Fin. Inc., No. 20-5080 RJB, 2020 WL 5064805, at \*5*

11  *(W.D. Wash. Aug. 27, 2020).*

12      Here, Defendants filed their motions less than a month ago, and only one

13  less than 30 days continuance was granted to Plaintiff. Plaintiff has a good cause

14  for further continuance of the motions' hearing dates as she can't as a pro-se

15  litigant to respond to two motions scheduled for the same date when there are other

16  3 motions in January set for her to respond. Defendants spent more than 60 days to

17  prepare their motions and now expecting the Plaintiff to respond to their motions

18  within a week and during holidays is an attempt to deprive her of her

19  Constitutional due process rights.

20

21                              **IV. CONCLUSION**

22

23      Considering   of all foregoing   Plaintiff respectfully ask this Court to

24  continue Defendants' motion hearing dates from January 27, 2025   to March 6,

25  2025 with the deadline for her to file her opposition on or before February 20,

26  2025.

27

28

Ex Parte Application                                    Case No.: 3:24-CV-01077-RSH-MMP

1

2                                              Respectfully submitted,

3

4   Dated: December 28, 2024                   Plaintiff, Aynur Baghirzade

5                                              *By: /s/ Aynur Baghirzade*
                                               Aynur Baghirzade
6
                                               Email: contact@aynurlawyers.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application                          Case No.: 3:24-CV-01077-RSH-MMP