1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
   Phone: 619-630-6646
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>        v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO CONTINUE MOTIONS' HEARING DATES OF DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE, TERESA VUKI AND LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Ex Parte Application to continue noticed motions' hearing dates of Defendants Orange County Bar Association, Trudy Levindofske, Teresa Vuki and Los Angeles County Bar Association, Seth Chavez and Coco Su. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I filed my First Amended Complaint ("FAC") on August 15, 2024, and thereafter served all Defendants accordingly.

3. After the service, all Defendants were given 30 days extension by me and they all had plenty of time to work on their motions.

4. I filed Second Amended Complaint ("SAC") on November 16, 2024, where nothing has changed with regard to Defendants, and Defendants got another 30 to 50 days additional time to work on their motions.

5. I applied to Defendants to get first extension on or around December 10, 2024 (Dockets # 107 and 108) and got continuance of their motions' hearing dates till January 27, 2025, which is less than 30 days.

6. I am a pro-se litigant suing multiple Defendants in a complex RICO case involving a lot of questions of Law and requiring many hours of research.

7. I have around 5 (five) motions to respond in January which is practically and physically not possible for the pro-se litigant considering difficulty and variety of the issues involved.

8. I tried to meet and confer with Defendants Los Angeles County Bar Association, Seth Chavez and Coco Su to get another continuance on December 20, 2024, however got no response.

2

Declaration of Aynur Baghirzade                              Case No.: 3:24-CV-01077-RSH-MMP

9. I contacted Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki on December 26, 2024, but received outright rejection on my proposal for further continuance.

10. Besides Defendants' motions and three other potential motions in January I have to revise and submit my opposition to Defendants' Google LLC and Alphabet Inc's motion till January 3, 2025.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on December 28, 2024, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*