1  ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
   LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
2  4444 W. Riverside Drive, Suite 308,
3  Burbank, CA 91505
   Telephone: (626) 793-8607
4  Facsimile: (626) 793-7293
5  Email: adrianos@facchettilaw.com

6  Attorney for Defendants
7  YELP INC. AND JEREMY STOPPELMAN

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, | CASE NO. 24CV1077 RSH MMP |
| Plaintiff, | YELP INC. AND JEREMY STOPPELMAN'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE |
| v. | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al. | Judge: Hon. Robert S. Huie |
| Defendants. | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Defendants Yelp Inc. and Jeremy Stoppelman |
| 2 | withdraw their motion to strike Plaintiff's opposition to their motion to dismiss and |
| 3 | related documents filed at ECF Nos. 131-133. |
| 4 | |
| 5 | DATED:    December 30, 2024 |

LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

By: /s/ Adrianos Facchetti
　　Attorney for Defendants,
　　YELP INC. and JEREMY STOPPELMAN