ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
4444 W. Riverside Drive, Suite 308,
Burbank, CA 91505
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

Attorney for Defendants
YELP INC. AND JEREMY STOPPELMAN

# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.<br><br>        Defendants. | CASE NO. 24CV1077 RSH MMP<br><br>YELP INC. AND JEREMY STOPPELMAN'S NON-OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO CONSIDER OPPOSTION TIMELY FILED<br><br>Judge: Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

---

Plaintiff filed an ex parte motion for the Court to consider her opposition to Defendants Yelp Inc. and Jeremy Stoppelman's motion to dismiss (filed on December 24, 2024) to be filed timely, on December 23, 2024. To the undersigned's knowledge, Plaintiff did not seek to meet and confer with counsel for Yelp and Stoppelman before filing the ex parte motion. Yelp and Stoppelman do not oppose the motion.

DATED:    December 30, 2024

          LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

          By: /s/ Adrianos Facchetti
              Attorney for Defendants,
              YELP INC. and JEREMY STOPPELMAN

YELP INC. AND JEREMY STOPPELMAN'S NON-OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO CONSIDER OPPOSITION TIMELY FILED