```
Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
```
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al.,<br><br>    Defendants. | Case No. 3:24-cv-01077-RSH-MMP<br><br>**DECLARATION OF MICHAEL A. SALL IN SUPPORT OF DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE HEARING DATE ON THEIR MOTION TO DISMISS**<br><br>Judge:     Hon. Robert S. Huie<br>Courtroom: 3B |

I, Michael A. Sall, declare and state as follows:

1.  I am an attorney with Sall Spencer Callas & Krueger, ALC, attorneys for Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki ("OCBA Defendants").

2.  I am admitted to practice before this Court and the courts of the State of California. I have personal knowledge of the statements made herein and could competently testify thereto.

**DECLARATION OF MICHAEL A. SALL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE HEARING DATE ON MOTION TO DISMISS**

3. The OCBA Defendants filed their motion to dismiss with a hearing date, for calendaring purposes, of December 30, 2024. This triggered a deadline for Plaintiff to oppose the motion on December 4, 2024. Only one other motion to dismiss was set for the same hearing date or briefing schedule, because the Google Defendants and the OCBA Defendants filed their motions to dismiss earlier than the other defendants in this action.

4. Attached hereto as **Exhibit A** is a true and correct copy of an email from Aynur Baghirzade to Michael Sall dated December 26, 2024.

5. Attached hereto as **Exhibit B** is a true and correct copy of an email from Suzanne Burke Spencer to Aynur Baghirzade dated December 5, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2024, in Laguna Niguel, California.

_____
Michael A. Sall

2                                                    3:24-cv-01077-RSH-MMP
**DECLARATION OF MICHAEL A. SALL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE HEARING DATE ON MOTION TO DISMISS**