**Anna Nathan**

| | |
|---|---|
| **From:** | Aynur Baghirzade <contact@aynurlawyers.com> |
| **Sent:** | Thursday, December 26, 2024 12:22 PM |
| **To:** | Michael Sall |
| **Cc:** | Suzanne Burke Spencer |
| **Subject:** | Re: Extension of the Motion hearing date |

It is my right to file as many amended complaints as I want. You also didn't give me a 30 days extension - your hearing date on the previous motion was January 6, and you received more than 30 days extension to file your motion from me.

I will file an ex parte. Thanks.

Aynur

On Thu, Dec 26, 2024 at 11:50 AM Michael Sall <msall@sallspencer.com> wrote:

> Ms. Baghirzade,
>
>
> We will not agree to an extension. We already agreed to one extension and you scheduled your oppositions to both OCBA's and LACBA's motions for the same day. Further, we don't believe an extension is necessary, because OCBA's and LACBA's motions raise substantially similar, if not entirely identical, issues. We do not want to further delay the resolution of OCBA's motion, which has already been delayed once by your filing of the Second Amended Complaint.
>
>
> That said, to streamline briefing and address your concern about the number of briefs you have to file in January, we would agree, subject to LACBA's agreement and court approval, that you could file a single joint opposition to OCBA's and LACBA's motions, with a 30-page limit.
>
>
> *Michael A. Sall*
>
> **SALL SPENCER CALLAS & KRUEGER**
>
> A Law Corporation
>
> 32351 Coast Highway
>
> Laguna Beach, California 92651-6703
>
> T:  (949) 499-2942
>
> F:  (949) 499-7403

Exhibit A
Page 3

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, December 26, 2024 10:58 AM
**To:** Michael Sall <msall@sallspencer.com>; Suzanne Burke Spencer <sburke@sallspencer.com>
**Subject:** Extension of the Motion hearing date

Good morning,

I see now that I have 2 motions to respond on the same date - January 6 - yours and LACBA's. I want to remove one of them to February.

Would you agree to continue your motion's date to February? I didn't hear back from LACBA, so if there is no response from your side I will have to file an ex parte. In any case 5 motions in January is too much for the pro se to handle.

Let me know, please.

Thank you,

--

Respectfully,

Aynur Baghirzade, Esq.

**ACCURA LAW FIRM**

P: 619-776-4882

Email: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

--

Exhibit A
Page 5