**Anna Nathan**

| | |
|---|---|
| **From:** | Suzanne Burke Spencer |
| **Sent:** | Thursday, December 5, 2024 4:15 PM |
| **To:** | Aynur Baghirzade |
| **Cc:** | Michael Sall |
| **Subject:** | Re: Aynur Baghirzade v. Armenian National Committee of America, et al. |

Dear Aynur,

Your proposal to move the hearing date to January 20 is acceptable to us. Please send over a joint motion for our review.

Thank you.

Suzanne Burke Spencer

Sent from my Verizon, Samsung Galaxy smartphone

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, December 5, 2024 2:13:57 PM
**To:** Suzanne Burke Spencer <sburke@sallspencer.com>
**Cc:** Michael Sall <msall@sallspencer.com>
**Subject:** Re: Aynur Baghirzade v. Armenian National Committee of America, et al.

Dear Suzanne,

Thank you for your response,

I need time to respond to other motions as they are due a week later after yours. I am trying to group them in accordance with issues and difficulty. The most difficult ones I am going to respond to first - these are Google, Yelp and ANCA.

January 6 with your reply day will make things worse for me as I will have to respond to your motion on December 23 - the deadline date for all other 4 motions I have.

How about moving hearing date to January 20 - in this case you'll have to respond to my motion on January 13 ?

Let me know.

--
Respectfully,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

1

Email: contact@aynurlawyers.com
Phone: 619-776-4882
www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Wed, Dec 4, 2024 at 12:36 PM Suzanne Burke Spencer <sburke@sallspencer.com> wrote:

> Dear Aynur,
>
> The opposition to our motion is due December 16, 2024, which is one week earlier than the other motions to dismiss that were filed.  There are not four oppositions due on December 16.  We carefully timed the filing of our motion (which was filed one week before the deadline to respond) so that our reply would be due on December 23, 2024, which is right before the Christmas holiday, during which I will be out of town and Michael will have out of town guests.  We cannot accommodate a briefing schedule that would push our reply deadline back to a date later in December, but we could look to January dates.  If we look to January, assuming the Court approves, we could work with that.  If we do that, I would suggest that our reply be due the week of January 6.
>
> *Suzanne Burke Spencer, Esq.*
>
> **SALL SPENCER CALLAS & KRUEGER**
>
> A Law Corporation
>
> 32351 Coast Highway
>
> Laguna Beach, California 92651-6703
>
> T:  (949) 499-2942
>
> F:  (949) 499-7403
>
> www.sallspencer.com
>
> Certified Specialist in Legal Malpractice Law (State Bar of California Board of Legal Specialization)

2

**CONFIDENTIALITY NOTICE:** *This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential, work product or privileged information. If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited. If you received this communication in error, please notify us immediately and delete the original and all copies of this communication and any attachments.*

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, December 4, 2024 11:36 AM
**To:** Michael Sall <msall@sallspencer.com>; Suzanne Burke Spencer <sburke@sallspencer.com>
**Subject:** Aynur Baghirzade v. Armenian National Committee of America, et al.

Good morning,

Would you agree on extension of time to file opposition to your motion ? I have 4 motions to respond with the same deadline.

Thank you,

--

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or

any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.