Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
ROSING, POTT & STROHBEHN
501 West Broadway, Suite A380
San Diego, California 92101
(619) 235-6000
hrosing@rosinglaw.com
llorenz@rosinglaw.com

Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation, et al,<br><br>    Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU AND SETH CHAVEZ'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON THEIR MOTION TO DISMISS**<br><br>Judge:      Hon. Hon. Robert S. Huie<br>Courtroom: 3B |

Defendants Los Angeles County Bar Association, Coco Su, and Seth Chavez ("LACBA Defendants") hereby respond to Plaintiff Aynur Baghirzade's ex parte application [Doc. No. 136] to continue the hearing date on their motion to dismiss [Doc. No. 100]. Plaintiff's motion seeks to continue the hearing date on the LACBA Defendants' motion to dismiss from the previously agreed upon date of January 20, 2024 to a date in March 2025. The LACBA Defendants oppose a request to move the hearing date to March 2025 (or February).

The LACBA Defendants filed their motion to dismiss on December 2, 2024. The motion articulated the same motion to dismiss arguments that the LACBA Defendants first met and conferred with Plaintiff about (with respect to the First Amended Complaint) in October 2024. The LACBA Defendants then

met and conferred with Plaintiff again, regarding the same arguments (but now with respect to the Second Amended Complaint), in November 2024. (Declaration of Leah Lorenz, ¶ 3.) Plaintiff requested an extension of the hearing date after the Motion to Dismiss was filed in December, and the parties jointly agreed to a new hearing date of January 20, 2024. (*Id*., ¶ 4.) At the time, Plaintiff requested the extension due to the number of motions she had to oppose, which was the direct result of the number of Defendants named in this action. (*Id*., ¶ 5.) The LACBA Defendants were amenable to the extension, on the condition that the new hearing date would be January 20, 2024. (*Id*.)

Now, Plaintiff – who has been seeking to continue the hearing on almost all of the motions to dismiss filed by the Defendants in this case – seeks another extension, this time until sometime in March 2025. Plaintiff complains that Defendants had more time to draft their motions than she had to oppose them but, as previously mentioned, Plaintiff has been aware of the motion to dismiss arguments for many months and, as she acknowledges, the Second Amended Complaint ("SAC") did not change the allegations regarding the LACBA Defendants. Thus, the motion to dismiss arguments have not changed since they were first articulated to Plaintiff, in detail, in October.

Plaintiff has not articulated good cause to further continue the LACBA Defendants' Motion to Dismiss to a date in March (or February). While Plaintiff is a pro se litigant, she is also an attorney and she made the decision to file a complaint that names numerous defendants and she agreed to move various hearing dates to January 2025.

With respect to Plaintiff's Ex Parte Application, it was filed during the holiday season and while counsel for the LACBA Defendants was out of town. The LACBA Defendants have offered to move the hearing date one week, to January 27, 2024 and also stated that they would be amenable to Plaintiff filing one joint opposition with respect to the motions filed by the LACBA Defendants

2    Case No. 24CV1077 RSH MMP

DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU AND SETH CHAVEZ'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON THEIR MOTION TO DISMISS

and the Orange County Bar Association, since the motions include similar arguments. Plaintiff was not amenable to that offer.

In sum, ex parte applications should be denied where the party seeking relief is responsible for "creating the crisis that required ex parte relief." *Mission Power Engineering Co., v. Continental Cas. Co.*, 883 F. Supp. 488, 493 (C.D. Cal. 1995). Plaintiff agreed to the January 20, 2024 hearing date; agreed to other hearing continuances with January hearing dates [see e.g., Doc. Nos. 118, 122]; chose to file a complaint against numerous defendants; and created more work for herself by filing overly-lengthy oppositions to motions to dismiss filed by other Defendants.

If the Court is willing to grant Plaintiff's application, the LACBA Defendants are, as mentioned above, amenable to the hearing date being continued to January 27, 2024, and are also amenable to Plaintiff filing one joint opposition with respect to the motions filed by the LACBA Defendants and the Orange County Bar Association. If an extension is granted, the LACBA Defendants also respectfully request that the Court order that this is the final extension of time for Plaintiff to file her opposition to the LACBA Defendants' motion.

ROSING POTT & STROHBEHN

DATED: January 2, 2025   By: _____/s/ *Leah A. Plaskin Lorenz*_____
Heather L. Rosing
Leah A. Plaskin Lorenz
Attorneys for Defendants LOS ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ