Heather L. Rosing, Bar No. 183986
Leah A. Plaskin Lorenz, Bar No. 228008
ROSING, POTT & STROHBEHN
501 West Broadway, Suite A380
San Diego, California 92101
(619) 235-6000
hrosing@rosinglaw.com
llorenz@rosinglaw.com

Attorneys for Defendant LOS ANGELES COUNTY BAR ASSOCIATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al,<br><br>Defendants. | Case No. 24CV1077 RSH MMP<br><br>**DECLARATION OF LEAH A. PLASKIN LORENZ IN SUPPORT OF DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ, AND COCO SU'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON THEIR MOTION TO DISMISS**<br><br>Judge:     Hon. Robert S. Huie<br>Courtroom: 3B |

I, Leah A. Plaskin Lorenz, do hereby declare:

1. I am an attorney with Rosing Pott & Strohbehn, attorneys for the Los Angeles County Bar Association, Seth Chavez, and Coco Su (the "LACBA Defendants").

2. I am admitted to practice before this Court and the courts of the State of California. I have personal knowledge of the statements made herein, and if called upon, could completely testify thereto.

3. The LACBA Defendants filed their motion to dismiss on December 2, 2024. The motion articulated the same arguments that the LACBA Defendants first met and conferred with Plaintiff about the motion to dismiss arguments (with respect to the First Amended Complaint) in October 2024 and then met and conferred with Plaintiff again, regarding the same arguments (but now with respect to the Second Amended Complaint), in November 2024.

4. Plaintiff requested an extension after the Motion to Dismiss was filed in December, and the LACBA Defendants and Plaintiff jointly agreed to a new hearing date of January 20, 2024.

5. At the time, Plaintiff requested the extension due to the number of motions she had to oppose, which was the direct result of the number of Defendants named in this action. The LACBA Defendants were amenable to the extension, on the condition that the new hearing date would be January 20, 2024.

6. With respect to Plaintiff's Ex Parte Application, it was filed during the holiday season, and while counsel for the LACBA Defendants was out of town. The LACBA Defendants have now offered to move the hearing date one week, to January 27, 2024, and also stated that they would be amenable to Plaintiff filing one joint opposition with respect to the motions filed by the LACBA Defendants and the Orange County Bar Association, since the motions include similar arguments. Plaintiff was not amenable to that offer.

7. If the Court is willing to grant Plaintiff's application, the LACBA Defendants are, as mentioned above, amenable to the hearing date being continued to January 27, 2024 and are also amenable to Plaintiff filing one joint opposition with respect to the motions filed by the LACBA Defendants and the Orange County Bar Association. If an extension is granted, the LACBA Defendants also respectfully request that the Court order that this is the final

/ / /

/ / /

extension of time for Plaintiff to file her opposition to the LACBA Defendants' motion.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of January, 2025, at San Diego, California.

                                        /s/ *Leah A. Plaskin Lorenz*
                                        Leah A. Plaskin Lorenz