1  Heather L. Rosing, Bar No. 183986
   Leah A. Plaskin Lorenz, Bar No. 228008
2  ROSING, POTT & STROHBEHN
   501 West Broadway, Suite A380
3  San Diego, California 92101
   (619) 235-6000
4  hrosing@rosinglaw.com
   llorenz@rosinglaw.com
5
   Attorneys for Defendants LOS ANGELES
6  COUNTY BAR ASSOCIATION, COCO
   SU, and SETH CHAVEZ
7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 AYNUR BAGHIRZADE, an                | Case No. 24CV1077 RSH MMP
   individual,                         |
11                                     | **NOTICE OF CHANGE OF**
              Plaintiff,                | **ADDRESS**
12                                     |
         v.                             |
13                                     | Judge:     Hon. Hon. Robert S. Huie
   ARMENIAN NATIONAL                   | Courtroom:  3B
14 COMMITTEE OF AMERICA, a Non -       |
   Profit Corporation, et al,          |
15                                     |
              Defendants.               |
16

17

18      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      PLEASE TAKE NOTICE THAT Counsel for Defendants LOS

20 ANGELES COUNTY BAR ASSOCIATION, COCO SU, and SETH CHAVEZ

21 has changed their firm name, address and phone number.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  Current contact information:

2  Rosing, Pott & Strohbehn
3  501 W. Broadway, Suite A380
   San Diego, CA 92101
4  Ph: 619-235-6000

5  ROSING POTT & STROHBEHN

6

7  DATED: January 2, 2025        By:    /s/ *Leah A. Plaskin Lorenz*
8  Heather L. Rosing
   Leah A. Plaskin Lorenz
9  Attorneys for Defendants LOS ANGELES
   COUNTY BAR ASSOCIATION, COCO
10 SU, and SETH CHAVEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28