AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>       v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO STRIKE DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Motion to Strike Defendants Loss Angeles County Bar Association, Seth Chavez and Coco Su's opposition to Plaintiff's Ex Parte Application to continue their noticed motion's hearing date (Docket # 100). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. Defendants were given more than 60 days to file their motion to my Second Amended Complaint.

3. According to the docket Defendants filed their motion on December 2, 2024, no similar motion was filed before this date by the Defendants.

3. Defendants were contacted on December 20, 2024, with regard to my Ex Parte application to continue their noticed motion's hearing date but no response was received by me.

4. I filed my motion on December 28, 2024, while it was a court date. The filing was electronic, therefore Defendants are considered being served on the date of the filing of the document.

5. Defendants responded to my motion on January 2, 2025.

6. I am working under constant cyber attacks on my internet network, my printer network has recently completely collapsed.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on January 2, 2025, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*

2

Declaration of Aynur Baghirzade    Case No.: 3:24-CV-01077-RSH-MMP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28