# EXHIBIT A

 Aynur Baghirzade <contact@aynurlawyers.com>

# Extension of time
1 message

**Aynur Baghirzade** <contact@aynurlawyers.com>                                   Fri, Dec 20, 2024 at 6:39 PM
To: Leah Plaskin Lorenz <LLorenz@klinedinstlaw.com>

Hello Leah,

Hope this email finds you well. Would you agree to further extension of your motion to February?

Since ASN's motion was added to January I don't think that I will be able to be on time with all motions.

Let me know.

Thanks,

--
Respectfully,

Aynur Baghirzade, Esq.
**ACCUR LAW FIRM**

Phone: 619-776-4882
Email: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

# EXHIBIT B

1/2/25, 6:07 AM                    Law Offices of Aynur Baghirzade Mail - Baghirzade v. Los Angeles County Bar Association, et al.

Case 3:24-cv-01077-RSH-MMP    Document 143-2    Filed 01/02/25    PageID.2492    Page 4 of 5



Aynur Baghirzade <contact@aynurlawyers.com>

## Baghirzade v. Los Angeles County Bar Association, et al.
2 messages

**Leah Lorenz** <llorenz@rosinglaw.com>    Thu, Jan 2, 2025 at 8:41 AM
To: "contact@aynurlawyers.com" <contact@aynurlawyers.com>

Happy New Year, Ms. Baghirzade,

I didn't receive your prior communication and was out of town through the holidays. Going forward, you can reach me via this email address.

I am willing to move the hearing date one week, from 1/20/25 to 1/27/25. I understand that you are dealing with a lot of motions, but I articulated our arguments when we met and conferred regarding the First Amended Complaint and those arguments remained the same with the Second Amended Complaint (as I again articulated when I met and conferred regarding the Second Amended Complaint). Thus, the arguments were made many months ago.

Alternatively, if we keep the 1/20/25 hearing date, I am amenable to you filing one joint opposition with respect to the motions filed by LACBA and the Orange County Bar Association (OCBA). If the date moves one week to 1/27/25, and the OCBA is amenable, I will be amenable to you filing a joint opposition with respect to that hearing date. I will confirm this position in a response to your motion.

Thank you,

Leah



**Leah Plaskin Lorenz**

Partner

(213) 695-4416


llorenz@rosinglaw.com

501 W Broadway, A380

San Diego, CA 92101

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information provided by Zelms Erlich LLP is also confidential, protected by the attorney-client privilege, work product doctrine, and right of privacy. The information transmitted in or with this message is intended only for the person(s) or entities to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>  Thu, Jan 2, 2025 at 8:48 AM
To: Leah Lorenz <llorenz@rosinglaw.com>

Hi Leah,

I am against moving it to another date in January, and in any case ex partes are considered accepted if you do not respond to them within 2 days. December 30 and January 1 were working days - you missed it.

I am not going to go forward with any joint motion either. I should have normal time to respond to motions, not jump from one to another.

Happy New Year!

Respectfully,

Aynur

[Quoted text hidden]