1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
3  Phone: 619-630-6646
   Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7              **UNITED STATES DISTRICT COURT**
8              **SOUTHERN DISTRICT OF CALIFORNIA**

9

10 AYNUR BAGHIRZADE,                 Case No.: 3:24-CV-01077-RSH-MMP

11              Plaintiff,            **DECLARATION IN SUPPORT OF THE PLAINTIFF'S OPPOSITION TO DEFENDANTS GOOGLE LLC. AND ALPHABET INC.'S MOTION TO DISMISS**
12         v.

13 ARMENIAN NATIONAL
   COMMITTEE OF AMERICA, et al.,
14

15

16                                    Presiding Judge: Hon. Robert Huie
                                      Magistrate Judge : Hon. Michelle M.
17                                    Petit

18

19

20

21

22

23

24

25

26

27

28

1

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. After I started this lawsuit in June 21, 2024, almost all online Platforms were asking for my verification banning me from their services, and they didn't accept as ID my green card. The same problem I encountered in banks. Online platforms which asked for my verification besides Google were LinkedIn and Facebook. At that time my driving license was expired.

3. At the beginning of November 2024, when I registered a new account with Square for online transactions of money from my clients the payments were significantly delayed and I was several times asked for verification.

4. On or around November 10, 2024, when I spoke to Square representative over the phone they informed me that it is the Government which asks for my verification.

5. For 5-6 years of my driving in the California I have never been stopped by police but for the last 2-3 months I was stopped three times without any reason, the last stop happened in Coronado, CA on December 20, 2024. Officers stopped me to "verify" me.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on January 3, 2025, in San Diego, California. By: Aynur Baghirzade Aynur Baghirzade, Plaintiff

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade, declarant
