AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-630-6646
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>         v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MOTION TO DISMISS**<br><br><br><br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1.  EXHIBIT A - A RESEARCH PAPER "GLOBAL TERRORISM: JUSTICE COMMANDOS OF ARMENIAN GENOCIDE" (PAGES: 1-22, A1-A22)

2.  EXHIBIT B - LETTER CREW (PAGES: 24-30. B1 - B8 )

3.  EXHIBIT C - APPENDIX TO CONGRESSIONAL RECORD (PAGES: 32-34. C1 - C4)

4.  EXHIBIT D - GOOGLE'S TOS (PAGES: 35-55, D1 - D21)

5.  EXHIBIT E - SOME SCREENSHOTS FROM GOOGLE'S POLICIES FOR BUSINESSES ON CONTENT MANAGEMENT (PAGES: 56-58, E1 -E3)

6.  EXHIBIT F - SCREENSHOT OF YOUTUBE CHANNELS' CONTENT MANAGEMENT POLICY (PAGES: 59-60. E1-E2 )

7.  EXHIBIT G - SCREENSHOTS OF PLAINTIFF'S NAME GOOGLE SEARCH RESULTS (PAGES: 61-69, G1- G9 )

8.  EXHIBIT H - EMAILS AND COMPLAINTS TO GOOGLE STAFF AND THEIR RESPONSES  (PAGES: 70 - 104, H1-H35 )

9.  EXHIBIT I - SCREENSHOTS OF PLAINTIFF'S GOOGLE BUSINESS PAGE AT VARIOUS TIMES (PAGES: 105-110, I1 - I6 )

10. EXHIBIT J - EMAIL TO DEFENDANTS' COUNSEL ABOUT COPYRIGHT CONCERN (PAGES: 111-112, J1 - J2)

11. EXHIBIT K - EMAIL TO SQUARE REPRESENTATIVE ON VERIFICATION CONCERN (PAGES: 113 -114, K1-K2).

# EXHIBIT A

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

**Directorate of
Intelligence**

**Secret**

25X1

MASTER

DO NOT GIVE OUT
OR LOAN

# Global Terrorism:
# The Justice Commandos of the
# Armenian Genocide

25X1

**A Research Paper**

FBI Review Completed

**Secret**

*GI 84-10148
September 1984*

*Copy* 408

Exh. A2

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3



Exh. A3
Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Directorate of
Intelligence

Secret

25X1

# Global Terrorism:
# The Justice Commandos of the
# Armenian Genocide

25X1

**A Research Paper**

This paper was prepared by the Terrorism Analysis
Branch, Instability and Insurgency Center, Office of
Global Issues. Information about the United States
was provided by and coordinated with the Federal
Bureau of Investigation. The paper was also
coordinated with the Directorate of Operations.
Comments and queries are welcome and may be
directed to the Chief, Terrorism Analysis Branch,
OGI,

25X1

Secret
*GI 84-10148*
*September 1984*

Exh. A 4

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

25X1

Secret

## Global Terrorism:
## The Justice Commandos of the
## Armenian Genocide

25X1

**Summary**
*Information available
as of 24 August 1984
was used in this report.*

The Justice Commandos of the Armenian Genocide (JCAG) is a very
efficient terrorist organization whose meticulous planning has allowed it to
attack Turkish interests worldwide with virtual impunity. From its incep-
tion in 1975, JCAG has shunned connections to other terrorist groups or
patron states, preferring to view itself as an elite cadre of freedom fighters,
"un-uniformed soldiers," engaged in a war with Turkey for recognition of
the Armenian genocide. JCAG's terrorist attacks are designed to force
Turkey to admit responsibility for the deaths of about 1.5 million
Armenians in 1915.

25X1

The Justice Commandos' parent organization, the Armenian Revolution-
ary Federation (ARF), is in competition with the other major Armenian
terrorist group, the Marxist Armenian Secret Army for the Liberation of
Armenia (ASALA), for control of the Armenian revolutionary movement.
The escalation of terrorist violence by ASALA since 1979 has convinced
the ARF that it *must* step up terrorist activities to retain the membership
of the young radicals who demand action against Turkey.

25X1

JCAG and the ARF have the support of a segment of the worldwide
Armenian community, which views the Justice Commandos as freedom
fighters, not terrorists. Recent large-scale Armenian immigration to the
United States has resulted in the development of a well-organized JCAG
infrastructure in Los Angeles and the radicalization of portions of the
Armenian community in California. Although JCAG has heretofore
avoided and criticized attacks on non-Turkish targets, Armenian commu-
nity perceptions that the United States is bowing to Turkish pressure to
halt international investigation or recognition of the Armenian genocide
may trigger JCAG terrorist violence against US interests.

25X1

We believe the spiral of Armenian and anti-Armenian attacks began with
the 1982 slaying of the JCAG leader
Pressure to retaliate against Armenian terrorists may result in more
attacks against Armenian communities worldwide.

25X1

25X1

Exh. A5

Secret
GI 84-10148
September 1984

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

25X1

# Global Terrorism:
## The Justice Commandos of the Armenian Genocide

25X1

### Background to Armenian Terrorism

The Armenian terrorist group, the Justice Commandos of the Armenian Genocide (JCAG), first appeared in 1975, but terrorism has intermittently held an important position in the cause of Armenian nationalism for nearly 100 years. The Armenian revolutionary movement and the terrorism it inspired grew out of the late-19th-century self-defense organizations developed by Armenians to protect themselves against victimization by Turks, Kurds, and Azeris. Modeled on Russian nihilist organizations—which advocated the use of intimidation, terror, and assassination—these paramilitary groups evolved into well-trained soldiery, influenced strongly by the revolutionary ideals promulgated by Russian social democrats.

The Armenian Revolutionary Federation (ARF) was one of the early nationalist revolutionary organizations. Founded in 1890, the ARF quickly developed a strong sense of national identity and fostered early dreams of an Armenian homeland—nonexistent since Armenia was conquered by the Ottoman Turks in the mid-13th century. The ARF produced the first real fighting units—*fedayihs*—volunteers who left home, lived off the land, and defended Armenian land and rights. The heroism, valor, and sacrifice of the early fighters provided a nucleus of values important to contemporary Armenian history. The ARF also provided a hero hierarchy around which the Armenian national consciousness was awakened and with which modern day Armenian terrorists have identified their exploits. Indeed, the *fedayih* oath to "kill the enemy or die trying" has served as a model for at least one recent suicide attack by Armenian terrorists in their attempts to gain international recognition of the genocide of 1915.

Terrorism has been an important tactic of the ARF since its inception. The ARF's first success in gaining West European attention for the plight of Armenians massacred under the Ottoman Sultan Abdul Hamid resulted from a terrorist act. On 26 August 1896, ARF terrorists seized the Ottoman bank in Istanbul and held it for 18 hours, thereby gaining guarantees from Russia to press Turkey to promulgate reforms that favored the Armenians. The subsequent release of the terrorists and their safe conduct out of the Ottoman Empire provided a psychological victory for the ARF and a stimulant for the continued use of terrorist tactics.

25X1

Nemesis, the shadowy predecessor of JCAG, was created by the ARF in 1921 to assassinate former Ottoman government officials it believed responsible for the massacre of 600,000 to 1.5 million Armenians in 1915—an event that has become known as the Armenian genocide. While officially sanctioned by the ARF, these attacks were blood-feud killings carried out by Armenian assassins whose family members had been killed in the forced relocation march in 1915. Between 15 March 1921 and 25 July 1922, four principal figures in the defunct Ottoman government—including Minister of Interior Talaat Pasha—were slain by Armenians believed linked to Nemesis. ARF-sponsored attacks on Turkish Government officials ceased after the deaths of the officials most prominently linked to the genocide. The dispersion and subsequent assimilation of the Armenians after the massacres seemed to presage an end to terrorism.

25X1

25X1

An isolated event in 1973 triggered the return to terrorism by Armenians. The revenge slaying of two Turkish diplomats in 1973 by an aged Armenian whose entire family had been slaughtered in 1915 captured widespread media attention (see inset) and provided inspiration to many young Armenians who were frustrated by the inability of the Armenian community to gain an international investigation of their claims against Turkey.

25X1

This act of vengeance and the subsequent publicity surrounding a campaign to obtain his parole became the springboard for Armenian terrorism throughout

25X1

1

Secret

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

### Gourgen Yanikian

*On 28 January 1973, Gourgen Yanikian, a retired Armenian engineer haunted by memories of having watched while most of his family was slaughtered in Turkey almost 6 decades earlier, lured the Turkish Consul in Los Angeles and his aide to the Biltmore Hotel in Santa Barbara and shot them. At his trial Yanikian refused to acknowledge that his act had been criminal, claiming to have killed the diplomats in just retaliation for the deaths in 1915 of 24 of his family members. He also used the occasion to draw world attention to the Turkish massacre of 1.5 million Armenians and the dispersal of thousands of other Armenians throughout the world.*



25X1

25X1

*Figure 1. Gourgen Yanikian.*

the world. Between October 1973 and February 1975, Armenian terrorists claimed responsibility for three bomb attacks against Turkish facilities in the United States and the Middle East. They used a variety of names—the Yanikian Commandos, the Yanikian Group, and the Prisoner Yanikian Group—linked to the "martyr" Yanikian. The Armenian Secret Army for the Liberation of Armenia (ASALA)—in a communique announcing its creation in Beirut in 1975—acknowledged its debt to Yanikian, calling him the godfather of modern Armenian terrorism. It pledged to lead the struggle to gain an Armenian homeland and to retaliate against Turkey for the Armenian genocide (see inset).

25X1

**The Justice Commandos of the Armenian Genocide** The rightwing Armenian terrorist group, the Justice Commandos of the Armenian Genocide, began its campaign of assassinations and bombings against Turkish diplomats in 1975. Stressing the narrow limits of its fight, JCAG has operated only against Turkish targets—usually diplomatic personnel and facilities.

The ethnic cohesiveness of the Armenian community and its inherent distrust of non-Armenians provide a distinct advantage for Armenian terrorists. In addition to a reluctance by most Armenians to talk to police, some segments of the community have rallied around arrested Armenian terrorists, providing financial and moral assistance. We suspect that a small portion of the Armenian community may also be involved in peripheral support to terrorist actions—including preoperational casing, weapons procurement, escape arrangements, and propaganda distribution.

25X1

25X1

25X1

***Organizational Structure.*** Worldwide investigations of acts committed by JCAG since 1975 have determined that JCAG is a component of the ARF. The ARF political structure resembles a pyramid with individual chapters throughout the world forming its

25X1

Secret                                    2

Exh. A7

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

25X1

*Figure 2. Flyer of political rally.*



Secret

Exh. A8

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

25X1

base. A small intellectual elite makes up the central committee, which has strict authority over the rank-and-file members. Central committee members' names, activities, and missions are kept secret to thwart Turkish retaliation. The central committee members, in turn, are subordinate to a geographic bureau composed of five of the most important ARF figures. Party dues and solicitations at public meetings appear to provide the main source of funds for the ARF to conduct its political, social, and educational activities, including the clandestine operation of its military wing, the Justice Commandos.

Every four years the ARF holds a world congress at a secret location to elect a new ARF bureau, which is the supreme ruling body for all ARF members. Delegates to this congress are drawn from a worldwide network of central committees and are elected every two years by delegates—one for every 15 members—from individual local chapters. Central committees assure implementation of ARF bureau decisions and are responsible for maintaining a strong membership.

**Figure 3**
**Typical Armenian Assassination Attempt**



A car with driver and diplomat is held up in traffic

Diplomat

Driver

Two men fire into rear window

Then run to sides to fire into side windows

Assassination teams
· 1-3 members
· 9 mm automatics

303504 9-84

25X1

25X1

25X1

25X1

25X1

***Modus Operandi of Attacks.*** JCAG assassinations—15 have been successful since 1974—are meticulously designed to maximize the chance of success. Preliminary planning includes extensive surveillance of the target's movements and identification of an area where the victim is most exposed and vulnerable. It focuses on frequently used routes and aims to pinpoint a location where the victim is forced to stop or slow

Exh. A9

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

for turns or traffic signals (see diagram). At least 12 JCAG assassination attempts have taken place when the victim was in a slowed or stopped automobile or when he was entering or leaving his home or office.

All sites chosen for assassinations have included carefully chosen escape routes. The effectiveness of this meticulous planning has been reflected in the failure of police to capture JCAG terrorists at the scene or identify them through police investigation. Only the actions of bystanders on the scene resulted in the capture of one JCAG assassin—Haroution Levonian, arrested in Belgrade immediately after the slaying of the Turkish Ambassador in 1983. To date only three JCAG assassins have been arrested and stood trial. All three have been convicted.

The analysis of eyewitness accounts of several JCAG assassinations reveals a uniformity in the techniques and type of perpetrator. The attackers are described as two or three men in their late teens or early twenties, often wearing jogging outfits to allay suspicion and frequently carrying two weapons to ensure the success of their mission. One or more of the attackers approaches the victim, fires several shots at the target, then steps in close to administer the coup de grace if necessary. Analysis of autopsy reports and forensic evidence indicates these attackers are skilled and practiced marksmen who are able to fire rapidly into small areas with remarkable precision. The weapons—untraceable in most instances—are left at the scene by the assassins, who flee to waiting escape vehicles, frequently driven by local supporters.

Immediately after an attack, telephone calls to press agencies in cities throughout the world claim the attack for JCAG, frequently emphasizing the distinction between the Justice Commandos and their rival group, ASALA. Written communiques—usually forwarded to news agencies and wire services—provide elaboration on the attacks and reiterate Armenian demands.

**JCAG Versus ASALA: A Deadly Rivalry.** The rivalry between the ARF and ASALA has existed since the creation of ASALA in 1975. ASALA's emphasis on terrorism to further the Armenian cause found a ready audience with young ARF members who could see no results from the ARF's political activities.

ASALA's propaganda organ, *Armenia*, fueled the rivalry by publishing interviews with ex-ARF youths who had been involved in ASALA operations as well as criticisms of ARF refugee programs that helped Armenians to relocate rather than attempt to return to an Armenian homeland. Claims by ASALA to terrorist attacks conducted by JCAG have further heated the enmity between the two groups. Successful attacks by one group often have prompted attacks by the other.

ASALA's taunting criticism of JCAG's terrorist tactics—"cowardly hit-and-run assassinations with little fear of capture"—which began appearing in the Armenian press in 1982 and 1983, may have stung the ARF to vary its tactics. On 27 July 1983 a group of Armenian terrorists, identifying themselves as members of the Armenian Revolutionary Army (ARA), attempted to take over the Turkish Embassy in Lisbon. Circumstantial evidence indicates that the ARF probably ordered the attack. We suspect the Embassy seizure, which resulted in the deaths of two Turks and five terrorists, was intended to be a lengthy hostage situation aimed at garnering extensive publicity. It followed by less than two weeks a spectacular ASALA bombing at Orly Airport in Paris—which killed nine and injured 60 and received considerable publicity in the world press.

We doubt this rivalry between the ARF and ASALA will abate, and it may even increase in intensity. In a letter to the *Armenian Reporter* in December 1983, ASALA cited recent ARF criticisms of ASALA as a tactic to gain control of the Armenian community and threatened violent retaliation against the ARF. This struggle for control of the Armenian revolutionary movement may prompt further changes in tactics by both groups and could trigger more indiscriminate violence.

25X1

5

Secret

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

### The Armenian Secret Army for the Liberation of Armenia

The second prominent Armenian terrorist organization, the Armenian Secret Army for the Liberation of Armenia (ASALA), is a Marxist group with links to Palestinian terrorist groups and Middle Eastern patron states. Like JCAG, ASALA demands an Armenian homeland and official Turkish recognition of the 1915 genocide.

ASALA was formed in January 1975, advocating an armed struggle to achieve the liberation of Armenia and to improve the lot of the "exploited classes." ASALA sharply criticized the ARF for its lack of progress in furthering Armenian goals and provided an alternative to radical young Armenians who embraced ASALA's terrorist ideology.

ASALA initially conducted attacks, mainly bombings and assassinations, solely against Turkish targets. After the capture of three of its members in 1980 in Switzerland and France, however, ASALA—using covernames such as Orly Group and 3 October Organization—began retaliatory attacks against other countries who held ASALA militants.

ASALA terrorist attacks in 1983—the June machine-gun attack in the Istanbul bazaar and the July bombing of the Turkish Airlines counter at Orly Airport in Paris—indicated a growing pattern of indiscriminate violence aimed at garnering maximum publicity. This trend has provoked fragmentation within ASALA; one splinter group, the ASALA Revolutionary Movement, insists on limiting its attacks to its traditional enemy, the Turks.

25X1

25X1

25X1

25X1

25X1

25X1

Exh. A11

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

25X1

**Figure 4.** *Armenian commemorative service.*



## "A Moment to Reflect"

### A commemorative service for The Lisbon Five

### Hosted by the following AYF-YOARF chapters:

**Chicago Ararat Chapter**
January 21 at 7:30 p.m.
Armenian All Saints Apostolic Church
Shahnazarian Hall
1701 North Greenwood Avenue
Glenview, Illinois

**Detroit Kopernik Tandourjian Chapter**
January 28 at 8:00 p.m.
Armenian Community Center
of Greater Detroit
19310 Ford Road
Dearborn, Michigan

**Washington Sevan Chapter**
January 15 at 8:00 p.m.
Soorp Khatch Church
4906 Flint Drive
Chevy Chase, Maryland

**Providence Varantian Chapter**
January 22 at 12:30 p.m.
Sts. Vartanantz Church Hall
402 Broadway
Providence, Rhode Island

**New York Hyortik and
New Jersey Arsen Chapters**
January 29 at 3:00 p.m.
Sts. Vartanantz Church Hall
461 Bergen Boulevard
Ridgefield, New Jersey

7                                    Secret

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

*The Turkish Response.* The fanaticism of Armenian terrorism has strengthened the Turkish Government's public refusals to make concessions or political gestures to Armenian nationalists. Turkey has consistently denied any responsibility for the massacre of the Armenians in 1915. While admitting that deaths occurred, Turks cite attacks by bandits and the ravages of economic deprivation as the cause.

25X1

25X1

Turkish Government efforts to underscore the plight of Turkish victims of Armenian terrorism and generate support for Turkey's position have largely failed. The European press has tended to side with the Armenians in the matter of the genocide and has not focused attention on the Turkish victims of Armenian terrorist attacks. Media campaigns—particularly in France—that sympathetically depict the Armenian claims have hurt relations between Turkey and its European allies.

Retaliatory attacks against Armenians may also have convinced the Turkish Government that violence would hurt more than help the Turkish case. Recent press reports have linked the bombing of the newly unveiled Armenian Genocide Memorial in Alfortville, France, on 3 May to the Turkish Government, which has been harshly critical of the French Government's recognition of the Armenian genocide. A previously unknown terrorist group, the Anti-Armenian Organization, claimed credit for the bombing and threatened more attacks in retaliation for Armenian attacks against Turkish targets

25X1

25X1

25X1

25X1

Turkey's frustration over Armenian terrorism has led to intensified diplomatic efforts to obtain international assistance against Armenian terrorism.

25X1

25X1

25X1

25X1

Public expressions of sympathy by several West European governments for the Armenian cause and the perceived reluctance of them to provoke retaliation from Armenian terrorists have apparently fueled Turkish suspicions that the West Europeans are doing far less than they could to thwart Armenian violence against Turks.

25X1

*Armenian Terrorism in the United States.* Armenian terrorism is not confined to Europe and the Middle East, but has become an increasing problem in the United States in the past two years. Most Armenian terrorism in the United States since 1980 can be linked to the Armenian community in southern California. Analysis of evidence gathered by the Federal Bureau of Investigation (FBI) indicates that the US

The continuation of Armenian terrorist violence has resulted in increasing domestic political pressure on the Turkish Government to deal more effectively with the terrorist threat.

25X1

Exh. A13

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

25X1



*Figure 5. Armenian demonstrators, May 1982.*

*Washington Post ©*

leadership of JCAG is in Los Angeles. FBI investigations also indicate that suspected JCAG members in Los Angeles have been informed of JCAG attacks conducted elsewhere. Forensic evidence has linked the Los Angeles organization to JCAG bombings in New York. FBI investigation has also determined that the attempted bombing of the honorary Turkish consul in Philadelphia on 22 October 1982 was planned by JCAG members in Los Angeles. Six of the eight JCAG members arrested worldwide have been apprehended in California.

***Political Initiatives.*** The success of Armenian terrorism can be measured in the resurgence of expatriate community efforts to redress their grievances. Public terrorist trials, particularly in Los Angeles and Paris, have repeatedly focused attention on Armenian grievances and provided public forums for Armenian efforts to publicize the genocide. Concern is growing within the Armenian communities that the impact of these trials—and the sacrifices of the "freedom fighters"—will be lost if the momentum of the new wave of nationalism cannot be translated into political gains

Worldwide political organizations—linked to both JCAG and ASALA—are also attempting to exploit for political ends the extensive publicity generated by terrorist actions. The ARF has created its own political action committee, the Armenian National Congress, to orchestrate political initiatives regarding the Armenian cause. The ARF is attempting to return to the Socialist International and establish closer relations with socialist parties to elicit support for the Armenian cause. ASALA, too, was active behind the scenes in organizing the Second International Armenian Congress in July 1983, which drafted a constitution for a permanent organization to lead the Armenian Diaspora.

25X1

25X1

Armenian communities in North America and Western Europe now appear to be turning to political organizations in individual countries to push for recognition; in the United States they have organized direct mailing campaigns to stimulate pressure for Congressional resolutions to acknowledge the genocide and to cancel US aid to Turkey. Armenian communities worldwide are exploring international avenues, such as asking the European Community Court of Justice for reparations for losses stemming from the Diaspora and successfully petitioning the United Nations to reopen deliberations on Paragraph 30 of the Human Rights Commission on the Prevention of Genocide.

25X1

25X1

9

Secret

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Other grassroots organizations have appeared in the past 10 years to assist these political initiatives. Groups such as the Society for the Recognition of the Genocide Committed Against the Armenians have embarked on a wide range of activities—including development of a film series documenting testimony from genocide survivors and publication of a series of historical books explaining the genocide—to aid the campaign for international recognition of the genocide. These groups help organize and participate in worldwide demonstrations and rallies on 24 April every year to commemorate the genocide and to encourage the Armenian community to rededicate itself to the struggle.

These international political initiatives are beginning to show concrete gains. At least in part as a result of these efforts, the United Nations has scheduled deliberations during the summer of 1984 on Paragraph 30—referring to the existence of the Armenian genocide—for possible inclusion in the United Nations Human Rights Commission report on preventing genocide. Armenian groups have been successful in having candidates for office in the United States sponsor several resolutions before the US Congress concerning the genocide and Armenian grievances against Turkey, including one that would curtail US aid to Turkey.

**Outlook**

We anticipate no early end to Armenian terrorism. We doubt that any of the Armenian political initiatives being undertaken—even if successful—will have a long-term ameliorating effect on the violence. Armenian terrorism is rooted in the frustrations of an ethnic group that feels terrorism offers it the best chance of ultimately achieving its goals. The refusal of the Turkish Government to acknowledge the genocide will continue to antagonize the worldwide Armenian community and may provide impetus for even more terrorism within the Armenian Diaspora.

Although the Justice Commandos have suffered some serious setbacks in the past two years—the arrests of eight of their members, the deaths of the Lisbon Five and the disappearance of their leader—

*The California Connection*

*California's large Armenian population has been largely responsible for making it the focal point for Armenian terrorism in the United States. Following the genocide, thousands of Armenians settled in the San Joaquin Valley of California and quickly became assimilated. A second wave of Armenian immigrants, who arrived from the Middle East over the past 10 years, have proved, however, to be a destabilizing force. According to numerous open-source articles* 25X1

*these immigrants have been radicalized by the violent political instability of Turkey in the 1970s and the Middle East—following the Lebanese civil war and the Israeli invasion of Beirut—as well as exposure to the Palestinian model of politics and terrorism.* 25X1

25X1

*Fired by a resurgent Armenian nationalism and an enhanced sense of identity, these newer immigrants attempted, at first unsuccessfully, to spur the older, politically passive Armenian community into action. According to academic and press articles, both cultural and economic differences—between a disproportionately wealthy group of third-generation Armenians and newly arrived, destitute immigrants—hindered unified political action by the California Armenian community.* 25X1

25X1

*The killing of the Turkish Consul General in Los Angeles in January 1982 proved to be the catalyst that unified both segments of the Armenian community. Extensive publicity surrounding that assassination focused US attention on Armenian grievances against Turkey but, more importantly, directed Armenian attention to its neglected cultural heritage. Numerous press sources have reported that, in the eyes of the older generation of Armenians, the assassination demonstrated that terrorism obtained results whereas the peaceable efforts of 69 years had failed. To the young, third-generation Armenian-Americans, the terrorists represented romantic figures who did more than merely talk about the genocide. Various open sources note that, while most Armenians recognize that terrorism alone can never solve the Armenian questions and gain justice for the Armenian cause, many Armenians have become convinced that, if it had not been for the use of violence, no one would be aware of Armenian grievances.* 25X1

25X1

25X1

25X1

Exh. A15

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

**Secret**



*Figure 6. Armenian memorial service.*

25X1

we do not believe these reversals will curtail JCAG terrorist activities.

25X1

25X1

To date, the Justice Commandos have not attacked US interests despite the arrests of six JCAG members in the United States. We note that ASALA's targeting of only Turkish diplomats changed radically to include retaliatory attacks against other governments when they began arresting ASALA members. According to FBI analysis, JCAG may conduct retaliatory attacks against US targets if it comes to feel that the United States is restricting JCAG's activities as a result of Turkish political pressure.

25X1

11

**Secret**

Exh. A16

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

## Appendix A

### Modern Armenian Terrorism: The Historical Background

The intense passion that inspires modern Armenian terrorism is rooted deeply in centuries of conflict between Armenians and Turks. Armenia has not existed as an independent state since the mid-13th century, when the Ottoman Turks conquered the area which now comprises parts of Turkey, Iran, and the Soviet Union. Although given some measure of autonomy—in exchange for passive political loyalty—the Armenians were always considered by the Turks as *zimmi*, a Turkish term meaning tolerated infidels. The delicate balance of interests between the Muslim Turks and the Christian Armenians was shattered by the rapidly escalating decay of the Ottoman Empire at the end of the 19th century.

The collapse of the Ottoman Empire played a key role in creating the conditions that resulted in large-scale massacres of Armenians by Turks in the late 19th and early 20th centuries—and which, in turn, spawned the current blood feud being waged by some Armenians. The decline of the Ottoman Empire had encouraged European involvement in Turkish affairs. Simmering discontent by minorities throughout the empire proved a readily exploitable avenue for foreign intervention. This foreign involvement, coupled with religious antagonism and deep-seated economic jealousy of minorities, including the Armenians, focused Turkish anger and repression on the Ottoman minorities, particularly the Armenians. Moreover, Armenians—who had frequently looked to Russia for guarantees of protection under the umbrella of Christianity—became convenient scapegoats. The oppression came to a head during the years 1890 to 1915 under the Young Turk regime, which blamed Armenians for the inevitable disorders and upheavals that were resulting from centuries of Ottoman decline.

The date of 24 April 1915—when the leaders of the Constantinople Armenian community were rounded up by the Turks and sent away to their deaths—is commemorated annually by Armenians worldwide in remembrance of the Armenian genocide. This date marked the beginning of mass deportations to the desolate Syrian wilderness of Deir al-Zor (Dayr az Zawr), which stripped central Turkey of its Armenian

population and resulted in the deaths of tens of thousands of Armenian men, women, and children. Estimates from foreign observers of the death toll range from 600,000 to 1.5 million Armenians, who died as a result of Turkish and Kurdish attacks, starvation, and privation.                          25X1

Death statistics alone fail to illustrate both the magnitude of the loss and the effect on the survivors. Armenian scholars claim that nearly every Armenian household lost relatives in the massacres. The disrupted existence of the survivors in the years immediately after the massacres forced the internalization of the pain and suffering. Few Armenians forgot, however, and, as the immigrant press began to develop in countries where the survivors had fled, the genocide became the primary topic. Sixty-nine years after the event, the genocide is still referred to in the Armenian press, along with demands for international recognition of Turkey's role in the slaughter.                          25X1

Turkish historians have routinely dismissed Armenian accounts of the atrocities of 1915 as propaganda. They cite the anger of local Ottoman bureaucrats over alleged Armenian treason in aiding Russia during the First World War as the reason for any excesses which occurred during the deportations. Moreover, Turkey disavows all responsibility for the policies of the Ottoman regime.                          25X1

Testimony and evidence from numerous international sources—missionary, press, and diplomatic, especially the reports of the US Ambassador to Turkey, Henry Morgenthau—have influenced historians that the massacres occurred. The point of contention has been whether it was an organized, government-directed genocide or a series of spontaneous outbreaks of racial violence. International attempts to investigate Armenian allegations of genocide have been consistently thwarted by the Turkish Government.                          25X1

13                          Secret

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

The denial of the genocide by Turkey has provided a powerful stimulus for modern Armenian terrorism. The ARF has been uniquely qualified to lead Armenian efforts to gain international recognition of the Armenian genocide. Efforts of the ARF in 1915 to organize and direct the few pockets of resistance against the Turks have become imprinted in the Armenian psyche through literature, art, and music, providing the ARF with powerful emotional leverage over the Armenian Diaspora today.

The dispersion of Armenians following the massacres of 1915, however, spawned a generation free from Armenian violence against Turkey. The survivors' struggle to relocate, rebuild their lives, and overcome economic deprivation supplanted the desire for revenge. Traumatized by the massacres and frequently discriminated against by the communities where they settled, Armenian immigrants hastened to lose all traces of their Armenian background. This assimilation resulted in a temporary rejection by many Armenians of Armenian culture, language, and politics.

A series of events in the period after World War II spurred the Armenian Diaspora to a recovered sense of national identity. The appearance of the term "genocide" during the Nuremberg war trials in 1946 awoke bitter memories within the victims who had survived the events of 1915. The United Nations General Assembly Resolution 96 on 11 December 1946—identifying and condemning genocide as a crime under international law—and the demand of the Convention on Genocide in 1948 that states punish those responsible for committing genocide provided an international basis for Armenian claims against Turkey. These milestones, combined with changing international political attitudes toward ethnic and minority movements and their problems of identity, stirred Armenian hopes for legal redress of their grievances against the Turks.

Armenian political activism received its first important stimulus from events surrounding the publication of the United Nations Human Rights Commission Report on Preventing Genocide. Paragraph 30, referring to the Armenian genocide, [1] was removed at the insistence of the Turkish Government. A statement of the Special Rapporteur claimed that no proof existed that the genocide of Armenians occurred. Despite intervention by the United States, the USSR, France, and others, subsequent attempts to restore Paragraph 30 have been unsuccessful to date.

25X1

25X1

This denial of the massacres without a hearing in any international forum sharply radicalized the diaspora. Lacking a state to present its case to international organizations, Armenian communities tried to create media interest in their cause. They had little success, however, until Armenian terrorist activities began to garner publicity.

25X1

[1] "Passing to the modern era, one may note the existence of relatively full documentations dealing with the massacre of Armenians, which has been described as "the first genocide of the 20th century."

25X1

25X1

25X1

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Secret

## Appendix B

### A Chronology of Armenian Terrorism, October 1973–June 1984

| Date | Location of Attack | Group/Name Used | Incident Description |
|---|---|---|---|
| **1973** | | | |
| 26 October | New York City, United States | Yanikian Commandos | Smoke bomb sent to Turkish Consulate |
| **1974** | | | |
| 26 October | New York City, United States | Yanikian Commandos | Bomb sent to Turkish Consulate |
| **1975** | | | |
| 20 January | Beirut, Lebanon | Prisoner Karekin (Gourgen) Yanikian Group | Bomb discovered at World Council of Churches office |
| 20 February | Beirut, Lebanon | Yanikian Group | Bombing of Turkish Airlines office |
| 22 October | Vienna, Austria | ASALA and JCAG | Assassination of Turkish Ambassador and driver |
| 24 October | Paris, France | ASALA and JCAG | Assassination of Turkish Ambassador |
| **1976** | | | |
| 28 May | Zurich, Switzerland | JCAG | Bombing of Turkish Consulate and a Turkish bank |
| **1977** | | | |
| 14 May | Paris, France | New American Resistance (NAR) | Bombing of Turkish tourism office |
| 9 June | Rome, Italy | JCAG | Assassination of Turkish Ambassador to the Vatican |
| **1978** | | | |
| 3 January | London, England | NAR | Bombing of Turkish bank |
| | Brussels, Belgium | NAR | Bombing of apartment of a Turkish Embassy counselor |
| 2 June | Madrid, Spain | ASALA and JCAG | Assassination of brother, wife, and chauffeur of Turkish Ambassador to Spain |
| 6 December | Geneva, Switzerland | NAR | Bombing of Turkish Consulate |
| 17 December | Geneva, Switzerland | NAR | Bombing of Turkish Consulate |
| **1979** | | | |
| January | Madrid, Spain | JCAG | Bombing of British Airways and TWA offices |
| 8 July | Paris, France | JCAG | Bombing of Turkish tourism office and Turkish labor attache's office |
| 12 October | The Hague, Netherlands | JCAG | Assassination of son of Turkish Ambassador |
| 9 December | Rome, Italy | NAR | Bombing of El Al and British Airways offices, injuring nine |
| 22 December | Amsterdam, Netherlands | JCAG | Bombing of Turkish Airlines office |
| | Paris, France | Commandos of Armenian Avengers (probably JCAG) | Assassination of Turkish press attache |
| **1980** | | | |
| 19 January | Spain | JCAG | Bombing of British Airways, TWA, Swissair, and Sabena Airlines offices (JCAG later denied responsibility) |

15

Secret

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

**A Chronology of Armenian Terrorism,
October 1973–June 1984 (continued)**

| Date | Location of Attack | Group/Name Used | Incident Description |
|---|---|---|---|
| 1 February | Brussels, Belgium | NAR | Bombing of Aeroflot and Turkish Airlines offices |
| | Paris, France | NAR | Bombing of Soviet information office |
| 6 February | Bern, Switzerland | JCAG | Attempted assassination of Turkish Ambassador |
| 17 April | Rome, Italy | JCAG | Attempted assassination of Turkish Ambassador to the Vatican |
| 6 October | Beverly Hills, United States | JCAG | Firebombing of Turkish Consul General's residence |
| 12 October | Los Angeles, United States | JCAG | Bombing of Music City Tours |
| | New York City, United States | JCAG | Bombing of Turkish mission to the United Nations |
| 1 December | Paris, France | JCAG | Bombing of British Airways, Lufthansa, and Sebena Airlines offices |
| 17 December | Sidney, Australia | JCAG | Assassination of Turkish General Consul and bodyguard |
| **1981** | | | |
| 2 April | Copenhagen, Denmark | JCAG | Attempted assassination of Turkish labor counselor |
| 13 June | Anaheim, United States | JCAG | Bombing of Anaheim convention center |
| 20 November | Los Angeles, United States | JCAG | Bombing of Turkish Consulate |
| **1982** | | | |
| 28 January | Los Angeles, United States | JCAG | Assassination of Turkish Consul General |
| 22 March | Cambridge, United States | JCAG | Bombing of Turkish Consulate |
| 8 April | Ottawa, Canada | ASALA and Armenian Liberation Front (probably linked to JCAG) | Attempted assassination of Turkish Commercial Counselor |
| 24 April | Cologne, West Germany | NAR | Attempted bombing of Turkish bank |
| | Dortmund, West Germany | NAR | Bombing of Turkish bank |
| 4 May | Boston, United States | JCAG | Assassination of the honorary Turkish consul |
| 27 May | Ottawa, Canada | JCAG | Assassination of Turkish military attache |
| 7 June | Lisbon, Portugal | JCAG | Assassination of Turkish attache and wounding of wife, who later died |
| 9 September | Burgas, Bulgaria | Combat Units of Justice Against Armenian Genocide (probably JCAG) | Assassination of Turkish administrative attache |
| 22 October | Boston, United States | JCAG | Attempted bombing of honorary Turkish Counsel (alleged member of JCAG arrested aboard aircraft in Boston) |
| **1983** | | | |
| 9 March | Belgrade, Yugoslavia | JCAG | Assassination of Turkish Ambassador to Yugoslavia |
| 14 July | Brussels, Belgium | ASALA, JCAG, and ARA | Assassination of Turkish administrative attache |
| 27 July | Lisbon, Portugal | ARA | Takeover of Turkish Embassy, which resulted in killing of hostages and deaths of five terrorists |
| **1984** | | | |
| 20 June | Vienna, Austria | ARA | Car bomb assassination of Turkish labor attache |

ᵃ Analysis of the types and nationalities of targets, locations, and
forensic evidence indicates the NAR may also be a cover name used
by the ARF in claiming attacks against Turkish targets.

25X1

Exh. A20

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3



Figure 7
**Attacks Linked to the Armenian Revolutionary Federation**

Secret

Exh. A21

17    Secret    25X1

703000 (A04911-A04914) 8-84

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

**Secret**

**Secret**

Approved For Release 2009/04/22 : CIA-RDP85S00315R000200060002-3

# EXHIBIT B

# CREW | citizens for responsibility and ethics in washington

February 18, 2009

Honorable Eric Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Honorable Douglas Shulman
Commissioner of Internal Revenue
Internal Revenue Service
U.S. Department of Treasury
1111 Constitution Ave., N.W.
Washington, D.C. 20224

Honorable Nancy Erickson
Secretary of the Senate
United States Senate
S-312
Washington, D.C. 20510

Honorable Lorraine C. Miller
Clerk of the House
U.S. House of Representatives
H-154
Washington, D.C. 20515

RE:   Prohibited Political Activity by § 501(c)(3) Organizations the Armenian National
      Committee of America-Western Region and the Armenian National Committee
      Endowment Fund; Violations of the Foreign Agents Registration Act by the
      Armenian National Committee of America and the Armenian Revolutionary
      Federation; and Violations of the Lobbying Disclosure Act by the Armenian
      National Committee of America

Dear Attorney General Holder, Commissioner Shulman, Ms. Erickson, and Ms. Miller:

Citizens for Responsibility and Ethics in Washington ("CREW") urges you to investigate the
Armenian National Committee of America-Western Region ("ANCA-WR"), and the Armenian
National Committee of America ("ANCA") Endowment Fund for violating section 501(c)(3) of
the Internal Revenue Code. CREW further asks that you investigate ANCA and the Armenian
Revolutionary Federation ("ARF") for violating the Foreign Agents Registration Act, and
investigate ANCA for violating the Lobbying Disclosure Act.

1400 Eye Street, N.W., Suite 450, Washington, D.C. 20005  |  202.408.5565 phone  |  202.588.5020 fax  |  www.citizensforethics.org

I.    Prohibited Political Activity by IRC § 501(c)(3) Tax-Exempt Organizations

Both ANCA-WR and the ANCA Endowment Fund are organized pursuant to § 501(c)(3) of the Internal Revenue Code.  Because both organizations have violated the restrictions on such charitable organizations by "participat[ing] in, or intervene[ing] in (including the publishing or distribution of statements), in any political campaign on behalf of (or in opposition to) any candidate for public office," the IRS should consider whether their § 501(c)(3) tax exemption statuses should be revoked.

As stated in IRS Newswire release IR-2008-61 of April 17, 2008, "By law, organizations exempt from tax under Internal Revenue Code § 501(c)(3) may not "participate in, or intervene in (including the publishing or distributing of statements), any political campaign on behalf of (or in opposition to) any candidate for public office." According to guidance provided in IRS fact sheet FS-2006-17, "Political campaign intervention includes any and all activities that favor or oppose one or more candidates for public office."

ANCA-WR, based in Glendale, California, is a regional office of the ANCA, which is based in Washington, D.C.  Among other connections, the two organizations share a common director: Steven J. Dadaian.  ANC IRS Form 990 for 2006, Part V-A, March 19, 2008 (Exhibit 1).  They also share a common website: www.anca.org.  According to the website, ANCA works in coordination with a network of regional offices or chapters to advance its goals, which include endorsing candidates for public office.  http://www.anca.org/ancaprofile.php.

As a § 501(c)(3) organization, ANCA-WR is prohibited from participating in political campaign activities and, therefore, may not endorse candidates for public office.  Nevertheless, on October 24, 2008, ANCA announced its endorsements of 15 candidates for the United States Senate and 211 candidates for the United States House of Representatives.  ANCA Press Release, ANCA Announces 2008 Congressional Endorsements, October 24, 2008 (Exhibit 2).  These endorsements were published on its shared website with ANCA-WR: www.anca.org, suggesting that ANCA was speaking for its regional offices, including ANCA-WR.  Indeed, ANCA explained in the press release that its report cards on candidates served as the foundation of its endorsements and were "prepared in consultation with local ANCA chapters." Id.  ANCA also endorsed the Obama-Biden ticket for the presidency in a press release.  ANCA Press Release, ANCA: Obama-Biden The Right Choice for Armenian Americans, October 24, 2008 (Exhibit 3).  See e.g., http://www.youtube.com/watch?y=GC27769C17g.  A Google search of the phrase, "ANCA endorses" returns numerous additional candidate endorsements.

Thus, the public record indicates that ANCA-WR illegally "participated" with ANCA in the endorsements of Barack Obama for President of the United States, Joseph Biden for Vice President of the United States, 15 U.S. Senate candidates, and 211 U.S. House candidates.  These endorsements collectively constitute violations of ANCA-WR's § 501(c)(3) restrictions.

2

Accordingly, the IRS should investigate whether ANCA-WR improperly used tax-exempt funds to influence the outcome of federal elections in violation of its § 501(c)(3) status.

The ANCA Endowment Fund, another § 501(c)(3) organization, indirectly participated in the countless candidate endorsements of the ANCA by dint of the close financial and organizational ties between the two. The Endowment Fund and ANCA occupy the same address: 1711 N Street, N.W., Washington, D.C. 20036. See ANCA Endowment Fund IRS Form 990 for 2006, filed November 15, 2007 (Exhibit 4) and www.anca.org. The president of ANCA Endowment Fund, Keneth V. Hachikian, is also the chairman of the board of ANCA. See ANCA Endowment Fund IRS Form 990 for 2006 and ANCA website, http://www.anca.org/contact/contact_headquarters.php. The other two directors of the ANCA Endowment Fund, Secretary Aram Hamparian and Treasurer Christopher Hekimian serve respectively as executive director and chief financial officer of ANCA. Id.

Notably, in 2005 and 2006 the ANCA Endowment Fund made a $200,000 contribution to ANCA. ANCA Endowment Fund IRS Form 990 for 2005, Statement 2, filed August 29, 2008 (Exhibit 5); ANCA Endowment Fund IRS Form 990, Statement 2 (Exhibit 4). Those contributions may well have been used by ANCA in connection with the numerous candidate endorsements enumerated above. In any event, the circumstances are sufficiently troubling to justify the opening of an IRS inquiry as to whether the ANCA Endowment Fund improperly collaborated with ANCA to endorse hundreds of candidates for public office in violation of its § 501(c)(3) status.

      II.      Violations of the Foreign Agents Registration Act by ANCA and ARF

The Foreign Agents Registration Act ("FARA") requires agents of foreign political parties to register with the Department of Justice and periodically report and describe their activities aimed at influencing policies of the United States. 22 U.S.C. § 611 et seq. FARA also requires certain disclosures by foreign agents in conjunction with the dissemination of information, including testimony before Congress. Id. at § 614.

The Armenian Revolutionary Federation ("ARF") is a foreign political party. See http://www.arf1890.com/A.R.F.%20Wikipedia.htm. ARF describes itself as a political party, and is registered as such in the Republic of Armenia. Id. According to its website, ARF is part of the ruling coalition government in the Republic of Armenia, holding 16 seats in the National Assembly. http://www.arf1890.com/ARF%20Members%20National%20Assembly.htm. According to the CIA, two ARF members also sit in the Lebanese National Assembly. See https://www.cia.gov/library/publications/the-world-factbook/geos/le.html#Intro.

Evidence suggests that ANCA is an agent, indeed an inseparable part, of ARF, yet it has failed to register under FARA or to make required disclosures in disseminating information. For example, in the October 22, 2005 issue of *The Armenian Weekly*, Hayg Oshagan, then-Chairman

3

of the Central Committee of the ARF for the Eastern Region of the United States, elaborated on
the ANCA agency relationship:

> There are two aspects to the work that the ARF does -- political and
> community…In the diaspora, the effort is aimed towards Genocide recognition
> efforts. … Our political work is pursued by every member of the ARF, and is
> organized at the local level by our Gomidehs and Armenian National
> Committee (ANC) chapters.  At the regional and national levels, these efforts
> are conducted through the ANC Eastern Region based in New York, and by
> the **ANCA offices based in Washington, D.C.** [emphasis added].

Hayg Oshagan, The Role of the ARF in the Diaspora, *Armenian Weekly*, October 22, 2005
(attached as Exhibit 6).

Mr. Oshagan, continued:

> As an example, over the last two months, we have held a protest in front of the
> Azerbaijan Embassy [in Washington, DC], demonstrating against
> warmongering by Azerbaijan's government; we have worked to bring two
> Genocide resolutions to the house floor for a vote; we organized a rally in front
> of Speaker of the House Dennis Hastert's office in Illinois, with the
> participation of System of a Down.  We also organized and promoted a talk at
> Harvard University on the issue of the Genocide.

Id.

Mr. Oshagan further declared, "And so we have the Hairenik Building, the Hairenik newspaper,
the Armenian Weekly, **the Armenian National Committee of America**, the local Armenian
National Committee chapters, the local Armenian Revolutionary Federation chapters, the
Armenian Youth Federation, the Armenian Relief Society, the Hamazkayin, the Homenetmen
….." Id. [emphasis added]

The commonality amongst all is that each is an arm of the ARF.

In 2006, the *AZG Armenian Daily* published a story quoting from a purported internal study on
the Armenian-American community, prepared by the U.S. Embassy in Yerevan: "The ARF's
U.S.-based political advocacy arm is the Armenian National Committee of America (ANCA).
ANCA is the principal political spokesperson for ARF policies in the United States." Harut
Sassounian, U.S. Embassy Releases Study on Armenian-Americans, *AZG Armenian Daily*,
December 23, 2006 (Exhibit 7).

Author Heather Gregg, a professor at the Naval Postgraduate School, noted the direct tie between
ANCA and the ARF in her paper, *Divided They Conquer: The Success of Armenian Ethnic
Lobbies in the United States* (2002).  Professor Gregg explained, "The ARF cites the American

4

Committee for the Independence of Armenia (ACIA), formed in 1918, as their first lobby group.
[footnote omitted] Their current lobby organization, the Armenian National Committee of
America (ANCA), evolved from the ACIA." (See
http://web.mit.edu/cis/www/migration/pubs/rrwp/13_divided.html.) (Exhibit 8).

ANCA, however, has never registered under FARA. Neither Ken Hachikian, ANCA's chairman
of the board, Aram Hamparian, ANCA's executive director, Kate Nahapetian, ANCA's
government affairs director, nor Raffi N. Karakashian, ANCA's legislative affairs director, (see
http://www.anca.org/contact/contact_headquarters.php) have ever registered as foreign agents.
Neither has ANCA filed or labeled information it disseminates in conformity with 22 U.S.C.
§ 614. Nor has it complied with the required FARA disclosures under § 614(f), including
instances where ANCA testified before Congress yet failed to present its required FARA filing.
On July 21, 2004, for example, ANCA's Abraham Niziblian testified before the U.S. Helsinki
Commission on religious freedom in the Caucuses. According to the hearing transcript, he
introduced himself without presenting the required FARA filing by ANCA: "My name is
Abraham Niziblian. I am with the Armenian National Committee of America here in
Washington, D.C."
http://www.csce.gov/index.cfm?FuseAction=ContentRecords.ViewTranscript&ContentRecord_i
d=284&ContentType=H,B&ContentRecordType=B&CFID=3339763&CFTOKEN=92104053.
ANCA's website reveals ten other occasions on which ANCA officers or employees testified
without the required FARA disclosure. http://www.anca.org/hill_staff/anca_testimony.php.

The ARF's governing body is the ARF Bureau, which is composed of 11 members, elected at the
ARF World Congress, the most recent of which was held May 21-26, 2008 in Yerevan. See
http://www.armenians.gr/english/index1024_en.html (Exhibit 9). Several individuals in the U.S.
represent ARF, but have failed to file as foreign agents in contravention of FARA. Viken
Hovsepian, for example, once convicted of conspiring to destroy a Turkish consulate in
Philadephia, but now a U.S. citizen (U.S. v. Hovsepian, 422 F.3d 883 (9th Cir. 2005)), is a
member of the ARF Bureau, the highest executive body of the party. See
http://www.armenians.gr/english/index1024_en.html (Exhibit 9). Similarly, Hayg Oshagan,
quoted above, is a professor at Wayne State University in Detroit, and also acts as a lobbying
voice in the U.S. for the ARF political party. See http://comm.wayne.edu/profile.php?id=81.

In sum, the Department of Justice should open a criminal inquiry into the failure of ANCA and
its individual employees' persistent evasion of FARA compliance. This investigation must also
inquire into the failure of ARF representatives in the United States who promote the ARF's
political agenda to comply with FARA.

    III.    Violations of the Lobbying Disclosure Act by ANCA

The Lobbying Disclosure Act, 2 U.S.C. § 1601 et seq., requires lobbyists to file disclosure
reports with the Secretary of the Senate and the Clerk of the House. As defined in § 1602(10),

"lobbyist" generally includes persons employed by clients to influence Congress or the executive branch on legislation, regulations, or nominations.

Circumstantial evidence indicates that ANCA and its current or former executive directors, government affairs directors, and legislative directors, including Executive Director Aram Hamparian, Government Affairs Director Kate Nahapetian, Legislative Affairs Director Raffi Karakashian, Abraham Niziblian, Christopher Hekimian, and other ANCA employees, have lobbied Congress and the executive branch heavily with regard to perennial congressional Armenian genocide resolutions and other legislation bearing on U.S.-Armenia, U.S.-Turkey, or U.S.-Azerbaijan relations without ever registering with the Secretary of the Senate or Clerk of the House.

In fact, ANCA has admitted to lobbying on several occasions. One article, for example, describes the numerous legislative successes of the ANCA and the Armenian Assembly of America. The two groups were responsible for: persuading nine members of the Senate Foreign Relations Committee to push the nominee for ambassador to Armenia to clarify U.S. policy on the Armenian genocide debate; persuading lawmakers to block U.S. financing for a railway that would have linked Turkey, Georgia and Azerbaijan, but not Armenia; and passage of 1992 legislation excluding Azerbaijan from a list of former Soviet republics available for U.S. aid. Julie Corwin, U.S.: Confirmation Row Shows Power of Diaspora Lobbies, *Radio Free Europe/Radio Liberty*, August 2, 2006 (http://www.rferl.org/articleprintview/1070276.html) (Exhibit 10). ANCA Executive Director Aram Hamparian specifically claimed his lobbying efforts helped lead to the removal of Armenia from a U.S. list of countries considered sources of potential terrorists, which would have required Armenians in the U.S to be photographed and fingerprinted. Id.

Similarly, in a press release, ANCA reported meeting with representatives of Sen. Bill Nelson's (D-FL) office urging his support of several specific pieces of legislation regarding reaffirmation of the Armenian genocide resolution, stronger U.S. Armenian bilateral economic and political relations, and permanent normal trade relations between the U.S. and Armenia. ANC of Florida Press Release, South Florida ANC Activists Reach Out to Elected Officials, August 17, 2004 (Exhibit 11).

A knowing violation of the registration requirement is a felony under § 1606 of the Act. In contrast, the Armenian Assembly of America, an organization that shares many of the same advocacy issues with ANCA, appears to file assiduously under the LDA.

Based on this information, CREW urges the Department of Justice to open a grand jury investigation of ANCA and its individual representatives for violations of the LDA. We similarly urge the Secretary of the Senate and the Clerk of the House to open companion inquiries.

6

IV.    Conclusion

The public policy issues addressed by ARF/ANCA and its related entities carry high stakes and
regularly intersect with the public policy agendas of other organizations who champion different
views.  While ARF and ANCA have legitimate interests in U.S. policies, they may not violate
federal law in pursuit of those interests.  All public advocates must be held to the same standards
and must abide by relevant disclosure requirements.  The evidence suggests, however, that
ARF/ANCA-related organizations repeatedly have violated disclosure and candidate
endorsement rules.  Therefore, CREW urges the Department of Justice, the Internal Revenue
Service, the Secretary of the Senate, and the Clerk of the House to open investigations into
possible wrongdoing by ANCA and its related entities and seek all appropriate remedies.

Thank you for your attention to this matter.

Sincerely,

Melanie Sloan
Executive Director
Citizens for Responsibility
  and Ethics in Washington

Encls.

7

# EXHIBIT C

but freedom of the press does not mean license to spread falsehoods and malicious rumors. I think Members of Congress should be extremely careful in verifying any statements that are placed in the CONGRESSIONAL RECORD, and not lend themselves as unconscious agents of the spreading of false and libelous statements.

### John R. Flynn and the Dashnags

EXTENSION OF REMARKS
OF

## HON. FRANK E. HOOK
OF MICHIGAN

IN THE HOUSE OF REPRESENTATIVES

*Friday, May 4, 1945*

Mr. HOOK. Mr. Speaker, under leave to extend my remarks in the RECORD, I include the following article:

JOHN T. FLYNN AND THE DASHNAGS

Frantically trying to sabotage the sedition trial and smear witnesses, the McCormick-Patterson press axis has now resorted to the use of lies lifted direct from Fascist files. Writing in the Washington Times-Herald, John T. Flynn, ex-America Firster, has attacked John Roy Carlson, Armenian-born author of Under Cover, and prospective Government witness in the sedition trial. Flynn seems to have based his article almost exclusively on the time-worn web of lies concocted by the Armenian Revolutionary Federation, also known as Dashnag, with headquarters in Boston. This revolutionary gang with a long record of terrorist-fascist activity, is negligible in number but well organized. It is thoroughly discredited in the eyes of Americans of Armenian origin, the overwhelming majority of whom are loyal and law-abiding citizens grateful to the United States of America.

Flynn's masterpiece of distortion is proving popular with native Fascists. It is being circulated widely in Chicago at meetings of We, the Mothers Mobilize and other defeatist groups identified with the Bund, Silver Shirt, and Coughlinite mentality. Flynn's smearpiece has been picked up by Gerald L. K. Smith, booted in the Chicago Tribune and the Brooklyn Tablet in a futile attempt to offset the searing effects of Under Cover. And the bulk of Flynn's "facts"—flimsy, picayune, irrelevant half-truths, distortions, and outright lies—have been inspired by Armenian Fascist circles in Boston.

In accepting the usual trash from the Dashnag kitchens of journalistic rot, Flynn has insulted all American Armenians (except the criminally minded Dashnag) and committed the sacrilege of terming their martyred Prelate a "Communist agent." Flynn has withdrawn the sordid Dashnag record and called it "patriotic." Dashnags' Nazi sympathies are clearly shown in this sample quotation from the September 17, 1936, issue of their Armenian-language organ, Hairenik, edited daily by propaganda chief, Reuben Darbinian:

"Italy has not only become regenerated by fascism, but has become an empire nation, and today is reckoned as a military power in international politics. Germany has not only become regenerated by Hitlerism, but has turned her face to the east, and displays her fist to Moscow. * * * Hitlerism and fascism, which are the stepsons of bolshevism, and begotten by it, are its gift to mankind, know where they are going. Germany has found her element, Russia has lost it (translation)."

In order to understand the role of the Armenian Revolutionary Federation (ARF), it is necessary briefly to review Armenian history, for ARF misdeeds in America are rooted in the ideologies it fostered in the stormy, feud-infested underworld of the Near East.

DASHNAGS AS REVOLUTIONISTS

The Dashnags are a secret political society of self-styled socialist-revolutionists, founded in 1890 in the Caucasus in order to liberate Armenians from Turkish oppression. Its form was (and is) oligarchic and its members subject to strict militaristic discipline. Instead of resorting to the ballot or constitutional methods, the ARF determined to "achieve political and economic freedom by means of rebellion," and "terrorize Government officials, betrayers, and all sorts of oppressors." According to official Dashnag publications (from which these excerpts have faithfully been made, it proceeded to "form fighting bands" and "use every means to arm the people." Droshag, official ARF organ, reporting on a party congress at Geneva, summed it up as follows:

"Expressions of revolutionary tactics—general rebellion, armed resistance to the forces of government, wide political terrorism, projects of revolutionary demonstrations, armed popular self-defense, political and economic strikes, peasant and labor movements—all of these, cultivated and unified in their minutest details, shall constitute the totality of the system of a modus operandi by which the party is to achieve its program in life (translation)."

DASHNAGS AS POLITICAL TERRORISTS

"Should we continue terrorism or not?" party leaders asked in an official booklet, and answered the query: "After a few successful operations, thanks to the terroristic disposition of the leading elements, the party eventually completely adopted terrorism." Terror and intimidation were used in instruments indispensable to political warfare precisely as later used by Nazi brownshirts. Terrorism was directed mainly against Armenians, and few who opposed the ARF were spared, whether laymen or holy priests. Dashnags—as did Russian nihilists of the time—lived in a world of total hate and revenge.

I. Jamharian was a wealthy Armenian who refused to contribute. He "fell under the blows of a dagger * * * in broad daylight in the courtyard of the Armenian church, in the presence of a great throng," wrote M. Varandyan, Dashnag historian. Death sentences were decreed by the central committee and were detailed to the "terroristic body of the ARF experts in political murder regionally located. A dagger (Dashnag, which is the abbreviation for the Armenian word federation, itself means dagger) was the most frequent instrument used. Droshag widely publicized acts of terrorism and triumphantly ended its reports with "The terrorists are at large." In one instance a killer was caught and executed; Droshag lamented the death of "that noble soul." In September 16, 1933, Hairenik, Dashnag mouthpiece of Boston, reaffirmed the traditional policy of terror:

"Another effected practice was the intimidation of prominent men in order to obtain financial support. Those who refused were 'put on the spot.' In fact, it was very similar to the underground methods of modern racketeering, except that its goal was noble."

By a curious twist of diplomacy the ARF became rulers for about 2 years (1918–20) of the territory now comprising Soviet Armenia. Being used to revolutionary methods, however, they failed as administrators. They engaged in a series of expansionist wars which ended disastrously. Torn by dissension, famished, decimated, and also threatened by Turkey, the populace welcomed Bolshevist rule, which promised bread and peace. After

purloining the national treasury Dashnag leaders were ousted from power.

TERRORISM IN AMERICA

Armenians in America, while not gratified with Soviet rule, are content to see age-long massacres ended and Turkey, the dread Mohammedan enemy, held at bay. A degree of religious tolerance has been granted to the Holy See of the Armenian Church in St. Etchmiadzin in the shadow of Mt. Ararat, enabling it to hold elections, appoint bishops and keep alive the flame of Christianity "in the hope," as expressed by Bishop Mazloumian of Greece, "that tomorrow may have something better in store for us."

Since their ousting, exiled Dashnag leaders have entered into a web of intrigue with any power which promised to place them in the saddle again. In 1933 Hitler lavishly promised everything to everybody, and looked with particular favor on any disgruntled clique which could pave the way for his drang nach osten policy of reaching the Caucasian oil fields. Early in 1933 Dashnags suddenly revived their cult of the tricolor—its red, orange, and blue party flag. In mass revivalist meetings, marked with wild religious frenzy, they worshipped the defunct flag of a defunct regime.

On July 1, 1933, Archbishop Leon Tourian, Primate of the Armenian Church in North and South America, refused to speak at Armenian Day at the Chicago Fair unless the Dashnag tricolor was removed. He demanded that only the American flag appear; the audience voted overwhelmingly in his favor. From then on the infuriated ARF press denounced the archbishop as a traitor and a Soviet agent.

At an outing in August 1933, he was attacked by seven Dashnag hoodlums while blessing parishioners of the Worcester Church of Our Saviour. Hairenik began to print letters threatening his life. Four samples follow. "Archbishop Tourian will be punished sooner or later. The day of reckoning will come." * * * "He is going to be sorry for it, and very sorry." * * * "He will get his share, I am sure." * * * "Until Tourian is punished ruthlessly, the bones of our martyrs will not rest in their places." Hairenik stepped up its tempo by printing a letter which offered a reward: "I will gladly give $100 if something is done to teach Tourian a lesson." When the Archbishop asked for police protection Hairenik denounced him for seeking the protection of "alien (American) police."

In December 1933 while celebrating Christmas mass in the Holy Cross Church in New York, the Archbishop was murdered by a gang of Dashnag assassins in the favorite Dashnag manner; a butcher knife plunged deep into his groin. Two ARF officials were convicted of first-degree murder, seven other Dashnags were convicted of first-degree manslaughter. The convictions were sustained in successive courts while the ARF press (under Darbinian's complete charge) spoke of "ignorant jurymen," "false witnesses" and slurred the American judiciary. It referred to its nine cutthroats as "our blameless comrades." On March 26, 1935, the Honorable Thomas E. Dewey, now Governor of New York, who had been engaged by Armenian democratic forces in the United States to help prepare the case against the Dashnag, wrote to the Honorable Herbert Lehman, then Governor:

"For many years a very small group of fanatic zealots among the American people have perpetrated murders and assaults upon the duly constituted authorities, in a campaign of terrorism * * * for the purpose of imposing the will of the few, upon the many. I believe it is correct to say that this group, the Dashnags, does not constitute more than 5 percent of the Armenian population. Nine murders of those in high authority are attributed to this group within

Digitized by Google

## APPENDIX TO THE CONGRESSIONAL RECORD

the past 10 years and the murder of Archbishop Leon Tourian * * * is the most shocking of those crimes and the first conspicuous invasion by this group into the field of terroristic murder in the United States."

### WHO WAS ARCHBISHOP TOURIAN?

He was descendant of a distinguished family of clerics, scholars, and statesmen. The former patriarch of Jerusalem was his cousin. He was a linguist, author of four books, including a translation of the beautiful Armenian liturgy into English. He served as bishop of Bulgaria, primate of Smyrna, vice patriarch of Constantinople and Armenian archbishop of England. He was a friend of Right Rev. William J. Manning, Episcopal Bishop of New York, who participated in the burial services in the Cathedral of St. John the Divine and recited a special prayer for the martyred prelate. A tall, stately figure, the prelate gave hope to and glorified the democratic aspirations of Americans of Armenian origin. By obeying the dictum of the Holy See to keep partisan and political strife out of the church, he gained the undying enmity of the Dashnag gang.

Preceding the trial, the ARF had called the archbishop a "Soviet agent." Then they changed their tune and called his murder a "Bolshevik plot." Dashnag attorneys failed completely to produce a shred of evidence to support these Nazi inspired charges.

### DASHNAGS AS PRO-NAZIS

Following the murder, the Dashnag press showed marked Nazi leanings. Here are sample excerpts from the September 17, 1936, issue:

"The former Germany, defeated in the Great War, lacking popular unity, conducted an uncertain, confused, day-by-day policy which got her nowhere * * * And came Adolf Hitler, after Herculean struggles. He spoke to the racial heart string of the German, opened the fountain of his national genius, struck down the spirit of defeatism.

"Now, there is a Germany, strong, united, aggressive, proud, and self-reliant. She has torn and given to the winds the principal restrictions of the Versailles Treaty, and is now a national power, equal to, if not higher, than the great at the green tables of Europe and the world. Internally organized, externally impressive, the German people have come to occupy the place which was theirs before the war. * * *

"At no period since the World War had Berlin conducted so realistic, well-organized, and planned policy as now, since Hitler's assumption of power. At no time the German thought had been so explicit, clear, and rich as now. * * * And whatever outsiders may think concerning Hitlerism and fascism, as a system of government, it is proved that they have revitalized and regenerated the two states, Germany and Italy."

### DASHNAGS AND ANTISEMITES

Flynn's "patriots" have published some notorious anti-Jewish lines. A series of three lengthy front-page articles written by a Dashnag just returned from Germany, were published in the August 19, 20, 21, 1936, issues of Hairenik, extolling the Nazi regime, the myth of Aryan culture, and whitewashing Nazi persecution:

"Jews of all people being the most fanatical nationalists and race worshippers, wherever they go they are compelled to create an atmosphere and the rites and customs of internationalism and world citizenship in order to preserve their race exalation pure. * * * As the British use battleships to occupy lands and to protect their fatherland, in this same way the Jew uses internationalism or communism as a weapon. * * *

"Sometimes it is difficult to eradicate these poisonous elements when they have already struck deep root like a chronic disease. And when it becomes necessary for a people to eradicate them in an uncommon method, these attempts and methods are regarded revolutionary. During a surgical operation the flow of blood is a natural thing. * * * Under such conditions dictatorship seems to have the role of a savior" (translation).

Hairenik Weekly is the English language organ of the Dashnag, edited in Boston by James Mandalian. The Weekly voiced the political sentiments of the mother publication but exercised greater restraint. The August 9, 1935, issue started off with a reference to the Jewish controlled film industry, then ascribed Armenian massacres to the Turkish Jews of Salonika because of the Jewish love of gain. The May 10, 1935, issue quoted the vice mayor of Bucharest as saying: "The Armenians [meaning Dashnags only] have helped us Rumanians not to become slaves of the Jewish elements." An article in the September 25, 1936, issue of the Weekly denounced Zionist aims, and adopting a strong Arab nationalist view concluded with:

"And the type of Jew who is imported to Palestine is not anything to be proud about. Their loose morals, and other vices which were unknown to the Arabs prior to the Balfour Declaration, on top of all communistic activities, were the cause of most of the Arab criticism."

### DASHNAGS AS ANTI-CHRISTIAN

Flynn's patriots also have a record of anti-Christian utterance. The archbishop's heinous murder had its roots in Dashnag disrespect for church and clergy. It was common practice for ARF chiefs to burst into a church, fling open the doors and using the altar and chancel as platform hold political meetings. In at least two instances Armenians who tried to protect the Church of Smyrna from being desecrated were shot on the spot by Flynn's patriots. Dashnag leaders have always tried to seize political control of the church and reduce it to an instrument of Dashnag ideology.

They carried their cancerous feud even to America, but thanks to the devotion of a flock loyal to a historic church founded in 301 A. D., the ARF plan has failed. Hairenik Weekly evidently tried to poison the American-born Dashnag generation with a dose of anti-Christian hate and published two astonishing letters (March 29, 1935), headlined "Better off without Christianity." Excerpts follow:

"I. By accepting Christianity as our national religion we lost more than we gained as a people. There is nothing we as a people should thank Christianity for * * * and plenty we should regret on account of it.

"II. The Armenian cause suffered by the adoption of Christianity. The new venture was not particularly beneficial nor reassuring. * * * We lost much of our virility as a militant race. Before Christianity Armenia was a powerful state capable of more than holding her own. * * * We possessed national unity, solidarity, and virility."

### DASHNAGS AS RACE WORSHIPPERS

Just as the myth of an Aryan superrace was conceived by the Nazis to rekindle hope among the defeatist and frustrated German masses, Flynn's friends added race worship to the cult of flag worship. A few months before the murder, Hairenik (September 27, 1933) published an article on racial religionism explaining the need for "racial convulsions" in order to achieve "racial awakening":

"The racial-religious believes in his racial blood as a deity. Race above everything and before everything. Race comes first. Everything for the race. * * * We hear the racial religious orders have their own general creed, their leadership, and political emblem. They are also going to have their own uniforms, their own hymn, their rites, their holidays (translation)."

The organizer of the Racial Religious Orders was military hack named Gen. K. Nejdeh. "Today Germany and Italy are strong," he croaked, "because as a nation they live and

breathe in the terms of race" (Weekly, April 10, 1936). Adapting the slogan "Youth, heart, and iron," Nejdeh generally modeled Dashnag youth upon the Hitler youth pattern. At first called racial patriots, later they become known as Tzeghagrons—composed of two words: tzegh (race) and gron (religion): race worshippers.

From this point on the dope of decadent race worship, dead-hero worship and defunct-flag worship was injected into young Tzeghagron minds. Whipped into strict discipline, urged never to marry non-Armenians lest it "pollute" the "purity of the Armenian race," Dashnag leaders pursued the nationalist credo that Armenianism and Armenian race-nationalism be retained at all costs. Otherwise, they cried out in alarm, its youth would "disintegrate into the melting pot and be lost to Armenia." It urged political activity as a means of keeping the new generation anchored to its race. Listen to the drivel drilled into American-born Tzeghagrons (Hairenik Weekly, January 11, 1935) by Mandalian, Darbinian, Nejdeh & Co.:

"I am preaching to you the Tzeghagron creed, worship of the race. * * * To me the highest act of individualism and of freedom is to follow the voice of my race. I am a Tzeghagron. That means: I know my race. I believe in my race. I worship my race. I know that my race is great; that my race has given more to humanity than it has received from it. I am a believer in my race and, behold, I worship another deity, the blood of my race, in whose unspotted purity lies the future of our people. * * * The deification of the will of the race—that is what the Tzeghagron is fighting for."

### DASHNAGS AND NAZI GERMANY

The question arises: were Flynn's friends subsidized by the Nazis or, as in the case of countless American Fascists, did Dashnags themselves bear all carrying charges? This issue of Propaganda Battlefront presents only the documented evidence and will draw no conclusions. But it is significant that in its editorial of November 1, 1936, Hairenik observed:

"Who can guarantee that Germany and Italy with their Polish and Hungarian and other allies, or independent of them, would not try to infiltrate beyond Transcaucasia as the Germans did in 1918. Therefore, instead of binding our fate to the 'undefeatable' army of the Soviet Union, isn't it wiser for the Armenian to think also of the day when that army is crushed, deserts our motherland, and leaves defenseless our people of the homeland (translation)."

Equally significant is an item in News Week of November 12, 1941, entitled "Armenia's Puppet State:"

"As the Near East crisis develops, look for evidence of Nazi fifth-column activity by Armenians in Turkey and Syria. The Nazis have picked out the Armenian Revolutionary Federation or 'Dashnag' party to do the fifth-column work. This intensely nationalist organization has recently moved its headquarters from Switzerland to Paris in Berlin. * * * The Nazis have promised the Dashnags an autonomous state similar to Croatia in return for their cooperation."

Pages of Hairenik Weekly contained references to intercourse with Nazi Germany. The November 29, 1935, issue recorded that Frau H. Winkler was shipping to Tzeghagrons 200 copies of her book entitled "In the World of the Dragons." Formation of a Tzeghagron chapter in Berlin received repeated mention. The May 3, 1935, issue carried a letter from Hellmut Lange, a Nazi at Chemnitz, Germany, answering the query of a Tzeghagron on the Reich's attitude toward ARF aims:

"We Germans stand for the principles of self-determination not only for our German countrymen living under foreign oppression but also in favor of any other nation suffering in the same way. * * * National socialism is the mainstay of the national idea and the determined opponent of thraldom.

Digitized by Google

A2076                     APPENDIX TO THE CONGRESSIONAL RECORD

* * * We Germans cannot but recognize your claims as thoroughly legitimate. * * * Your aim is and must be Armenian rebirth to Armenian liberty in the Armenian spirit. We Germans want to have our countrymen free from foreign yoke. You as an Armenian patriot want to have Armenia free again. Can we both have a finer aim than this?

### DASHNAGS AS COMMUNISTS

With the turning of the Nazi tide and the triumph of Soviet Armies, Dashnag policy in the past 6 months has completely reversed itself. The Dashnags have now seemingly turned Communist. The Mandalian-Darbinian enterprises regularly reprint from Lraper, Armenian organ they once denounced as Communist, from Sovetakan Hayastan, official organ of Soviet Armenia, and the Weekly (Mar. 29, 1914) published a panegyric on Soviet Armenia and the Patriotic War issued by the Soviet Embassy in Washington. Dashnags have already made subtle overtures to leftist Armenian elements. On May 19, 1944, a Weekly editorial (translated from the Hairenik) ignored its defamation of the Soviet regime and adulation of Nazi theory, and begged anti-ARF factions to forget the past and effect a merger, explaining:

"The attitude of the Federation toward the Soviet Government in relation to the practical Armenian national policy is no different from theirs. Like them the Federation too looks to the Soviet Government * * * and is willing to make all possible sacrifices for the realization of that national aim. The Federation, too, like them, admits that Soviet Armenia is the rightful political trustee of the Armenian cause."

### DASHNAGS AS POLITICAL CHAMELEONS

Flynn's pals began as Socialists and Socialist-Revolutionists, turned into Nazi sympathizers and are now seeking favor with Soviet interests, while also courting Brother Flynn's brand of America First politicians. The fact is that a corrupt, self-seeking Dashnag leadership has always followed an opportunistic policy, becoming all things to all men—whatever was most lucrative for the moment.

But it's bad business now to write pro-Nazi columns, and it's bad business to peddle anti-Jew hate. Hence Simon Vratzian, member of the Dashnag central committee in Boston, shed crocodile tears (Weekly, September 22, 1943) in an article entitled "The Jewish Tragedy." In hypocritical contrast to previous ARF sentiments, Vratzian bemoaned the "terrible fate" of Jewry and called Jews the "allies of civilization." Reversing its former anti-Zionist and pro-Arab nationalist views, the Weekly (March 22, 1944) devoted an editorial to the jubilee birthday of Rabbi Stephen Wise, chief exponent of Zionism, referred to him as one of Jewry's "noblest sons" and wished him the attainment of Zionist aims. But although the Dashnags have professed internationalist views on world collaboration, they are currently serving as informants for the ultraisolationist, nationalist McCormick-Patterson interests.

Dashnag leaders have tried to be everything to anybody—whether Communist, Nazi, Social-Democrat, Socialist, isolationist, or native Fascist. In order to survive they must be nourished by outside sources for they are shunned by those who know the truth about them.

But John T. Flynn insists on calling them "patriots." Dashnags have hoodwinked many with their wily chameleon politics, perverted patriotism, hypocritical professions of faith, employment of defrocked priests, glib flattery and bribery of the gullible and naive. But the prize catch in the ARF suckers' net has been John T. Flynn who, in the absence of any evidence against the author of Under Cover, has swallowed as truth the sewer-spawned lies of a disreputable Armenian terrorist-fascist gang completely unrepresentative of Americans of Armenian origin and ostracized by them.

As to John T. Flynn, what are his qualifications for posing as an expert in the machinations of wily Old World politicians now plying their trade in America? What are Flynn's motives in becoming involved in the nationalist-isolationist politicos of the Washington Times-Herald and the Chicago Tribune? Has Mr. Flynn always been a member of their camp and only now bared his apparent affiliation?

## Source Material Which Shows FEPC To Be a Concentration Camp

### EXTENSION OF REMARKS
OF
## HON. JOE W. ERVIN
OF NORTH CAROLINA

IN THE HOUSE OF REPRESENTATIVES

*Friday, May 4, 1945*

Mr. ERVIN. Mr. Speaker, it is my opinion that a permanent FEPC, which is proposed in certain legislation now pending in Congress, would create a concentration camp for all Americans. It is my purpose to discuss that question in the House today.

In order that everyone may read the source material upon which I am to base my argument on that question, I am including in this extension of remarks three documents, as follows:

Exhibit 1: A copy of H. R. 2232, which is the bill referred to;

Exhibit 2: A copy of portions of a little booklet entitled "FEPC—How It Operates"; and

Exhibit 3: A copy of the proceedings before the temporary FEPC in Case No. 65 against the United States Cartridge Co., of St. Louis, Mo.

These exhibits are as follows:

EXHIBIT I

H. R. 2232

A bill to prohibit discrimination in employment because of race, creed, color, national origin, or ancestry

*Be it enacted, etc.,* That this act may be cited as the Fair Employment Practice Act.

#### FINDINGS AND DECLARATION OF POLICY

SEC. 2. (a) The Congress hereby finds—

(1) that the practice of discriminating in the matter of employment, and in matters relating thereto, against properly qualified persons because of their race, creed, color, national origin, or ancestry leads to domestic and industrial strife and unrest and forces large segments of the population permanently into substandard conditions of living, thereby creating a drain upon the resources of the Nation and a constant threat to the maintenance of industrial peace and of the standard of living necessary to the health, efficiency, and well-being of workers; and

(2) that the existence of such practices in industries engaged in commerce or in the production of goods for commerce causes the means and instrumentalities of commerce to be used to spread and perpetuate such conditions throughout the several States and causes diminution of employment and wages in such volume as substantially to impair and disrupt the market for goods in commerce, and burdens, hinders, and obstructs commerce.

(b) Individuals shall have the right to work without discrimination against them because of their race, creed, color, national origin, or ancestry.

(c) It is hereby declared to be the policy of the Congress to protect such right and to eliminate all such discriminations to the fullest extent permitted by the Constitution. This act shall be construed to effectuate such policy.

#### DEFINITIONS

SEC. 3. As used in this act—

(a) The term "person" means an individual, partnership, association, corporation, legal representative, trustee, trustee in bankruptcy, receiver, or any organized group of persons, and includes any agency or instrumentality of the United States or of any Territory or possession thereof.

(b) The term "employer" means a person having in his employ six or more individuals, or any other person acting in the interest of such an employer, directly or indirectly.

(c) The term "labor union" means any organization, having six or more members, in which employees participate and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, or terms or conditions of employment.

(d) The term "commerce" means trade, traffic, commerce, transportation, or communication among the several States; or between any State or Territory, or the District of Columbia, and any place outside thereof; or within the District of Columbia or any Territory; or between points in the same State but through any point outside thereof.

(e) The term "affecting commerce" means in commerce, or burdening or obstructing commerce or the free flow of commerce, or having led or tending to lead to a labor dispute burdening or obstructing commerce or the free flow of commerce.

(f) The term "Commission" means the Fair Employment Practice Commission created by section 6.

#### RIGHT TO FREEDOM FROM DISCRIMINATION IN EMPLOYMENT

SEC. 4. The right to work and to seek work without discrimination because of race, creed, color, national origin, or ancestry is declared to be an immunity of all citizens of the United States, which shall not be abridged by any State or by an instrumentality or creature of the United States or of any State.

#### UNFAIR EMPLOYMENT PRACTICES DEFINED

SEC. 5. (a) It shall be an unfair employment practice for the purposes of this act for any employer—

(1) to refuse to hire any individual because of such individual's race, creed, color, national origin, or ancestry;

(2) to discharge any individual from employment because of such individual's race, creed, color, national origin, or ancestry;

(3) to discriminate against any individual in the matter of compensation with respect to, or in other terms or conditions of, employment because of such individual's race, creed, color, national origin, or ancestry; or

(4) to confine or limit recruitment or hiring of individuals for employment to any employment agency, placement service, training school or center, labor union or organization, or any other source that discriminates against individuals because of their race, color, creed, national origin, or ancestry.

(b) It shall be an unfair employment practice for the purposes of this act for any labor union—

(1) to deny full membership rights and privileges to any individual because of such individual's race, creed, color, national origin, or ancestry;

(2) to expel from membership any individual because of such individual's race, creed, color, national origin, or ancestry; or

(3) to discriminate against any member, employer, employee, or individual seeking

Digitized by Google

# EXHIBIT D

GOOGLE TERMS OF SERVICE

Effective May 22, 2024 | Archived versions

# What's covered in these terms

# We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.

These Terms of Service reflect the way Google's business works, the laws that apply to our company, and certain things we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

• What you can expect from us, which describes how we provide and develop our services

• What we expect from you, which establishes certain rules for using our services

• Content in Google services, which describes the intellectual property rights to the content you find in our services — whether that content belongs to you, Google, or others

• In case of problems or disagreements, which describes other legal rights you have, and what to expect in case someone violates these terms

Understanding these terms is important because, by accessing or using our services (whether you're signed in to a Google account or not), you're agreeing to these terms.

Besides these terms, we also publish a Privacy Policy. We encourage you to read it to better understand how you can update, manage, export, and delete your information.

**D2**

# Terms

## Service provider

Google services are provided by, and you're contracting with:

Google LLC
organized under the laws of the State of Delaware, USA, and operating under the laws of
the USA

1600 Amphitheatre Parkway
Mountain View, California 94043
USA

## Age requirements

If you're under the age required to manage your own Google Account, you must have
your parent or legal guardian's permission to use a Google Account. Please have your
parent or legal guardian read these terms with you.

If you're a parent or legal guardian, and you allow your child to use the services, then
these terms apply to you and you're responsible for your child's activity on the services.

Some Google services have additional age requirements as described in their service-
specific additional terms and policies.

---

# Your relationship with Google

**D3**

These terms help define the relationship between you and Google. When we speak of "Google," "we," "us," and "our," we mean Google LLC and its affiliates. Broadly speaking, we give you permission to access and use our services if you agree to follow these terms, which reflect how Google's business works and how we earn money.

# What you can expect from us

## Provide a broad range of useful services

We provide a broad range of services that are subject to these terms, including:

- apps and sites (like Search and Maps)

- platforms (like Google Shopping)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Nest and Pixel)

Many of these services also include content that you can stream or interact with.

Our services are designed to work together, making it easier for you to move from one activity to the next. For example, if your Calendar event includes an address, you can click on that address and Maps can show you how to get there.

## Develop, improve, and update Google services

We're constantly developing new technologies and features to improve our services. For example, we use artificial intelligence and machine learning to provide you with simultaneous translations, and to better detect and block spam and malware. As part of this continual improvement, we sometimes add or remove features and functionalities, increase or decrease limits to our services, and start offering new services or stop offering old ones. When a service requires or includes downloadable or preloaded software, that software sometimes updates automatically on your device once a new version or feature is available. Some services let you adjust your automatic update settings.

**D4**

If we make material changes that negatively impact your use of our services or if we stop offering a service, we'll provide you with reasonable advance notice, except in urgent situations such as preventing abuse, responding to legal requirements, or addressing security and operability issues. We'll also provide you with an opportunity to export your content from your Google Account using Google Takeout, subject to applicable law and policies.

# What we expect from you

## Follow these terms and service-specific additional terms

The permission we give you to access and use our services continues as long as you comply with:

- **these terms**

- **service-specific additional terms**, which could, for example, include things like additional age requirements

You also agree that our Privacy Policy applies to your use of our services. We also provide resources like the Copyright Help Center, Safety Center, Transparency Center, and descriptions of our technologies from our policies site to answer common questions and to set expectations about using our services. Finally, we may provide specific instructions and warnings within our services – such as dialog boxes that alert you to important information.

Although we give you permission to use our services, we retain any intellectual property rights we have in the services.

## Respect others

We want to maintain a respectful environment for everyone, which means you must follow these basic rules of conduct:

- comply with applicable laws, including export control, sanctions, and human trafficking laws

- respect the rights of others, including privacy and intellectual property rights

**D5**

- don't abuse or harm others or yourself (or threaten or encourage such abuse or harm) — for example, by misleading, defrauding, illegally impersonating, defaming, bullying, harassing, or stalking others

Our service-specific additional terms and policies, such as our Generative AI Prohibited Use Policy, provide additional details about appropriate conduct that everyone using those services must follow. If you find that others aren't following these rules, many of our services allow you to report abuse. If we act on a report of abuse, we also provide the process described in the Taking action in case of problems section.

## Don't abuse our services

Most people who access or use our services understand the general rules that keep the internet safe and open. Unfortunately, a small number of people don't respect those rules, so we're describing them here to protect our services and users from abuse. In that spirit:

You must not abuse, harm, interfere with, or disrupt our services or systems — for example, by:

- introducing malware

- spamming, hacking, or bypassing our systems or protective measures

- jailbreaking, adversarial prompting, or prompt injection, except as part of our safety and bug testing programs

- accessing or using our services or content in fraudulent or deceptive ways, such as:

  - phishing

  - creating fake accounts or content, including fake reviews

  - misleading others into thinking that generative AI content was created by a human

  - providing services that appear to originate from you (or someone else) when they actually originate from us

- providing services that appear to originate from us when they do not

- using our services (including the content they provide) to violate anyone's legal rights, such as intellectual property or privacy rights

**D6**

- reverse engineering our services or underlying technology, such as our machine learning models, to extract trade secrets or other proprietary information, except as allowed by applicable law

- using automated means to access content from any of our services in violation of the machine-readable instructions on our web pages (for example, robots.txt files that disallow crawling, training, or other activities)

- using AI-generated content from our services to develop machine learning models or related AI technology

- hiding or misrepresenting who you are in order to violate these terms

- providing services that encourage others to violate these terms

## Permission to use your content

Some of our services are designed to let you upload, submit, store, send, receive, or share your content. You have no obligation to provide any content to our services and you're free to choose the content that you want to provide. If you choose to upload or share content, please make sure you have the necessary rights to do so and that the content is lawful.

## License

Your content remains yours, which means that you retain any intellectual property rights that you have in your content. For example, you have intellectual property rights in the creative content you make, such as reviews you write. Or you may have the right to share someone else's creative content if they've given you their permission.

We need your permission if your intellectual property rights restrict our use of your content. You provide Google with that permission through this license.

**D7**

## What's covered

This license covers your content if that content is protected by intellectual property rights.

## What's not covered

- This license doesn't affect your privacy rights — it's only about your intellectual property rights

- This license doesn't cover these types of content:

  - publicly-available factual information that you provide, such as corrections to the address of a local business. That information doesn't require a license because it's considered common knowledge that everyone's free to use.

  - feedback that you offer, such as suggestions to improve our services. Feedback is covered in the Service-related communications section below.

## Scope

This license is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means you can license your content to others

- royalty-free, which means there are no monetary fees for this license

## Rights

This license allows Google to:

**D8**

- host, reproduce, distribute, communicate, and use your content
  — for example, to save your content on our systems and make
  it accessible from anywhere you go

- publish, publicly perform, or publicly display your content, if
  you've made it visible to others

- modify and create derivative works based on your content,
  such as reformatting or translating it

- sublicense these rights to:

  - other users to allow the services to work as designed,
    such as enabling you to share photos with people you
    choose

  - our contractors who've signed agreements with us that
    are consistent with these terms, only for the limited
    purposes described in the Purpose section below

## Purpose

This license is for the limited purpose of:

- **operating and improving the services**, which means allowing
  the services to work as designed and creating new features
  and functionalities. This includes using automated systems
  and algorithms to analyze your content:

  - for spam, malware, and illegal content

  - to recognize patterns in data, such as determining
    when to suggest a new album in Google Photos to keep
    related photos together

  - to customize our services for you, such as providing
    recommendations and personalized search results,
    content, and ads (which you can change or turn off in
    Ads Settings)

  This analysis occurs as the content is sent, received, and when
  it is stored.

**D9**

- **using content you've shared publicly to promote the services**. For example, to promote a Google app, we might quote a review you wrote. Or to promote Google Play, we might show a screenshot of the app you offer in the Play Store.

- **developing new technologies and services** for Google consistent with these terms

## Duration

This license lasts for as long as your content is protected by intellectual property rights.

If you remove from our services any content that's covered by this license, then our systems will stop making that content publicly available in a reasonable amount of time. There are two exceptions:

- If you already shared your content with others before removing it. For example, if you shared a photo with a friend who then made a copy of it, or shared it again, then that photo may continue to appear in your friend's Google Account even after you remove it from your Google Account.

- If you make your content available through other companies' services, it's possible that search engines, including Google Search, will continue to find and display your content as part of their search results.

# Using Google services

## Your Google Account

If you meet these age requirements you can create a Google Account for your convenience. Some services require that you have a Google Account in order to work — for example, to use Gmail, you need a Google Account so that you have a place to send and receive your email.

You're responsible for what you do with your Google Account, including taking reasonable steps to keep your Google Account secure, and we encourage you to regularly use the Security Checkup.

## Using Google services on behalf of an organization or business

Many organizations, such as businesses, non-profits, and schools, take advantage of our services. To use our services on behalf of an organization:

• an authorized representative of that organization must agree to these terms

• your organization's administrator may assign a Google Account to you. That administrator might require you to follow additional rules and may be able to access or disable your Google Account.

## Service-related communications

To provide you with our services, we sometimes send you service announcements and other information. To learn more about how we communicate with you, see Google's Privacy Policy.

If you choose to give us feedback, such as suggestions to improve our services, we may act on your feedback without obligation to you.

# Content in Google services

## Your content

Some of our services allow you to generate original content. Google won't claim
ownership over that content.

Some of our services give you the opportunity to make your content publicly available —
for example, you might post a product or restaurant review that you wrote, or you might
upload a blog post that you created.

- See the Permission to use your content section for more about your rights in your
  content, and how your content is used in our services

- See the Removing your content section to learn why and how we might remove user-
  generated content from our services

If you think someone is infringing your intellectual property rights, you can send us notice
of the infringement and we'll take appropriate action. For example, we suspend or close
the Google Accounts of repeat copyright infringers as described in our Copyright Help
Center.

## Google content

Some of our services include content that belongs to Google — for example, many of the
visual illustrations you see in Google Maps. You may use Google's content as allowed by
these terms and any service-specific additional terms, but we retain any intellectual
property rights that we have in our content. Don't remove, obscure, or alter any of our
branding, logos, or legal notices. If you want to use our branding or logos, please see the
Google Brand Permissions page.

**D12**

## Other content

Finally, some of our services give you access to content that belongs to other people or organizations — for example, a store owner's description of their own business, or a newspaper article displayed in Google News. You may not use this content without that person or organization's permission, or as otherwise allowed by law. The views expressed in other people or organizations' content are theirs, and don't necessarily reflect Google's views.

# Software in Google services

Some of our services include downloadable or preloaded software. We give you permission to use that software as part of the services.

The license we give you is:

• worldwide, which means it's valid anywhere in the world

• non-exclusive, which means that we can license the software to others

• royalty-free, which means there are no monetary fees for this license

• personal, which means it doesn't extend to anyone else

• non-assignable, which means you're not allowed to assign the license to anyone else

Some of our services include software that's offered under open source license terms that we make available to you. Sometimes there are provisions in the open source license that explicitly override parts of these terms, so please be sure to read those licenses.

You may not copy, modify, distribute, sell, or lease any part of our services or software.

---

# In case of problems or disagreements

## Warranty disclaimer

We built our reputation on providing useful, reliable services like Google Search and Maps, and we're continuously improving our services to meet your needs. However, for legal purposes, we offer our services without warranties unless explicitly stated in our service-specific additional terms. The law requires that we explain this using specific legal language and that we use capital letters to help make sure you see it, as follows:

TO THE EXTENT ALLOWED BY APPLICABLE LAW, WE PROVIDE OUR SERVICES "AS IS" WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT THE CONTENT OR FEATURES OF THE SERVICES, INCLUDING THEIR ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS.

DON'T RELY ON THE SERVICES FOR MEDICAL, LEGAL, FINANCIAL, OR OTHER PROFESSIONAL ADVICE. ANY CONTENT REGARDING THOSE TOPICS IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A SUBSTITUTE FOR ADVICE FROM A QUALIFIED PROFESSIONAL.

## Liabilities

### For all users

**D14**

Both the law and these terms try to strike a balance as to what you or Google can claim from the other in case of problems. That's why the law requires everyone to be responsible for certain liabilities — but not others — under these terms.

These terms only limit our responsibilities as allowed by applicable law. These terms don't limit liability for gross negligence or willful misconduct.

To the extent allowed by applicable law:

- Google is liable only for its breaches of these terms or applicable service-specific additional terms

- Google isn't liable for:

  - loss of profits, revenues, business opportunities, goodwill, or anticipated savings

  - indirect or consequential losses

  - punitive damages

- Google's total liability arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to use the relevant services in the 12 months before the dispute

## For business users and organizations only

If you're a business user or organization:

- To the extent allowed by applicable law, you'll indemnify Google and its directors, officers, employees, and contractors for any third-party legal proceedings (including actions by government authorities) arising out of or relating to your unlawful use of the services or violation of these terms or service-specific additional terms. This indemnity covers any liability or expense arising from claims, losses, damages, judgments, fines, litigation costs, and legal fees.

- If you're legally exempt from certain responsibilities, including indemnification, then those responsibilities don't apply to you under these terms. For example, the United Nations enjoys certain immunities from legal obligations and these terms don't override those immunities.

**D15**

# Taking action in case of problems

Before taking action as described below, we'll provide you with advance notice when reasonably possible, describe the reason for our action, and give you an opportunity to clarify the issue and address it, unless doing so would:

- cause harm or liability to a user, third party, or Google

- violate the law or a legal enforcement authority's order

- compromise an investigation

- compromise the operation, integrity, or security of our services

## Removing your content

If any of your content (1) breaches these terms, service-specific additional terms or policies, (2) violates applicable law, or (3) could harm our users, third parties, or Google, then we reserve the right to take down some or all of that content in accordance with applicable law. Examples include child pornography, content that facilitates human trafficking or harassment, terrorist content, and content that infringes someone else's intellectual property rights.

## Suspending or terminating your access to Google services

Without limiting any of our other rights, Google may suspend or terminate your access to the services or delete your Google Account if any of these things happen:

- you materially or repeatedly breach these terms, service-specific additional terms or policies

- we're required to do so to comply with a legal requirement or a court order

- your conduct causes harm or liability to a user, third party, or Google — for example, by hacking, phishing, harassing, spamming, misleading others, or scraping content that doesn't belong to you

For more information about why we disable accounts and what happens when we do, see this Help Center page. If you believe your Google Account has been suspended or terminated in error, you can appeal.

Of course, you're always free to stop using our services at any time. If you do stop using a service, we'd appreciate knowing why so that we can continue improving our services.

## Settling disputes, governing law, and courts

For information about how to contact Google, please visit our contact page.

California law will govern all disputes arising out of or relating to these terms, service-specific additional terms, or any related services, regardless of conflict of laws rules. These disputes will be resolved exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

# About these terms

By law, you have certain rights that can't be limited by a contract like these terms of service. These terms are in no way intended to restrict those rights.

These terms describe the relationship between you and Google. They don't create any legal rights for other people or organizations, even if others benefit from that relationship under these terms.

We want to make these terms easy to understand, so we've used examples from our services. But not all services mentioned may be available in your country.

If these terms conflict with the service-specific additional terms, the additional terms will govern for that service.

**D17**

If it turns out that a particular term is not valid or enforceable, this will not affect any other terms.

If you don't follow these terms or the service-specific additional terms, and we don't take action right away, that doesn't mean we're giving up any rights that we may have, such as taking action in the future.

We may update these terms and service-specific additional terms (1) to reflect changes in our services or how we do business — for example, when we add new services, features, technologies, pricing, or benefits (or remove old ones), (2) for legal, regulatory, or security reasons, or (3) to prevent abuse or harm.

If we materially change these terms or service-specific additional terms, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new service or feature, or (2) in urgent situations, such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms, you should remove your content and stop using the services. You can also end your relationship with us at any time by closing your Google Account. If you close your Google Account and then access or use our services without an account, that access and use will be subject to the most current version of these terms.

---

DEFINITIONS

## affiliate

An entity that belongs to the Google group of companies, which means Google LLC and its subsidiaries, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Limited, and Google Dialer Inc.

## business user

An individual or entity who is not a consumer (see consumer).

**D18**

## consumer

An individual who uses Google services for personal, non-commercial purposes outside of their trade, business, craft, or profession. (See business user)

## copyright

A legal right that allows the creator of an original work (such as a blog post, photo, or video) to decide if and how that original work may be used by others, subject to certain limitations and exceptions (such as "fair use" and "fair dealing").

## disclaimer

A statement that limits someone's legal responsibilities.

## indemnify or indemnity

An individual or organization's contractual obligation to compensate the losses suffered by another individual or organization from legal proceedings such as lawsuits.

## intellectual property rights (IP rights)

Rights over the creations of a person's mind, such as inventions (patent rights); literary and artistic works (copyright); designs (design rights); and symbols, names, and images used in commerce (trademarks). IP rights may belong to you, another individual, or an organization.

## liability

Losses from any type of legal claim, whether the claim is based on a contract, tort (including negligence), or other reason, and whether or not those losses could have been reasonably anticipated or foreseen.

## organization

A legal entity (such as a corporation, non-profit, or school) and not an individual person.

## services

The Google services that are subject to these terms are the products and services listed at https://policies.google.com/terms/service-specific, including:

• apps and sites (like Search and Maps)

• platforms (like Google Shopping)

• integrated services (like Maps embedded in other companies' apps or sites)

• devices and other goods (like Google Nest)

Many of these services also include content that you can stream or interact with.

## trademark

Symbols, names, and images used in commerce that are capable of distinguishing the goods or services of one individual or organization from those of another.

## warranty

An assurance that a product or service will perform to a certain standard.

## your content

Things that you create, upload, submit, store, send, receive, or share using our services, such as:

• Docs, Sheets, and Slides you create

**D20**

- blog posts you upload through Blogger

- reviews you submit through Maps

- videos you store in Drive

- emails you send and receive through Gmail

- pictures you share with friends through Photos

- travel itineraries that you share with Google

**D21**

**56**

# EXHIBIT E

Google Business Profile Help

Describe your issue

## All Google Business Profile policies & guidelines

This article outlines our key policies and explains the most common issues merchants may experience, but it is not comprehensive. View a complete list of Google Business Profile policies & guidelines.

## Prohibited and restricted content

All content added to a Business Profile must abide by Google's Prohibited and restricted content policies. These policies apply to all content formats, which includes Reviews, Photos, and Videos. Profiles and content that does not meet these criteria may be rejected from publication on Google.

## Account level restrictions

Merchants can lose access to their Business Profile or have their access restricted for the following reasons:

Google Account not in good standing                                   ⌄

Account restricted from Business Profile activity                     ⌄

Profile suspension due to other Google product account restriction    ⌄

## Eligibility

Business Profile photos and posts content policy

Business links policies &

Understand product app

Business Profile third-pa

Google Business Profile
Terms of Service for Busi

All Business Profile polici

Help protect your Google
Profile

E2



Maps User Contributed Content Policy Help     Q   Describe your issue

Adult-themed content     ⌄

Violence & gore     ⌄

Restricted content     ⌄

Dangerous content     ⌄

Illegal content     ⌄

Child safety     ⌄

Terrorist content     ⌄

Off-topic     ⌄

Advertising & solicitation     ⌄

Unclear and Repetitive Content     ⌄

Defacement & Mischief     ⌄

*Please take these rules seriously. If a Google Maps user's on- or off-platform behavior harms*

# EXHIBIT F

### Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

### Removal of Content By YouTube

If any of your Content (1) is in breach of this Agreement or (2) may cause harm to YouTube, our users, or third parties, we reserve the right to remove or take down some or all of such Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

## Community Guidelines Strikes

YouTube operates a system of "strikes" in respect of Content that violates the YouTube Community Guidelines. Each strike comes with varying restrictions and may result in the permanent removal of your channel from YouTube. A full description of how a strike affects your channel is available on the Community Guidelines Strikes Basics page. If you believe that a strike has been issued in error, you may appeal here.

If your channel has been restricted due to a strike, you must not use another channel to circumvent these restrictions. Violation of this prohibition is a material breach of this Agreement and Google reserves the right to terminate your Google account or your access to all or part of the Service.

# EXHIBIT G



Attorney Search - The State Bar of California (.gov)
https://apps.calbar.ca.gov › Detail

## Aynur Qafar Baghirzade # 332085 - Attorney Licensee Search

Aynur Qafar Baghirzade #332085, License Status: Active, Address: 113 WG St # 5070, San Diego, CA 92101-6096, Phone: 619-630-6646



The Armenian Weekly
https://armenianweekly.com › calif...

## California attorney Aynur Baghirzade files $500000000 lawsuit against ANCA

Jun 24, 2024 — Aynur just lost her case against the Californian unemployment insurance appeals board. She made false statements to obtain benefits. She is a ...



Instagram · akoonkmedia
210+ likes · 5 months ago

## Akoonk Media | California attorney Aynur Baghirzade, who gained notoriety earlier this yea...

Aynur Baghirzade was born in Baku, Azerbaijan, and immigrated to the United States in 2016 under the EB-2 NIW visa category as a professional ...





Casetext - CoCounsel
https://casetext.com › case › baghi...

## Baghirzade v. Armenian Nat'l Comm. of Am.

Nov 15, 2024 — Plaintiff Aynur Baghirzade, a licensed attorney and a member of the bar of this Court, proceeding pro se, filed her Complaint on June 21, 2024.



Yelp
https://m.yelp.com › biz › accura-la...

## ACCURA LAW FIRM - Updated December 2024 - San Diego, California - Immigration Law

🔒 Q aynur baghirzade



Yelp
https://m.yelp.com › biz › accura-la...

## ACCURA LAW FIRM - Updated December 2024 - San Diego, California - Immigration Law

I recently reached out to Aynur B for a last minute consultation regarding an urgent business matter. I was pleasantly surprised by her willingness to ...

2.0 ★★ ★ ★ ★ (4)

## People also search for

Aynur Baghirzade **ANCA** 🔍

Aynur Baghirzade **Yelp** 🔍

Aynur **immigration law** 🔍

Instagram · armenian_national_committee
200+ likes · 5 months ago

## ANCA | Aynur Baghirzade, a CA lawyer who has publicly called Armenians a "cancer" and ...

Aynur Baghirzade, a CA lawyer who has publicly called Armenians a "cancer" and says it's time to "delete" the Armenian project, ...





CourtListener
https://www.courtlistener.com › bag...

## Parties for Baghirzade v. Armenian National Committee of America, 3:24-cv-01077

Jun 21, 2024 — Plaintiff. Aynur Baghirzade. Represented by. Aynur Q. Baghirzade. (619) 630-6646. Accura Law Firm 1968 South Coast Highway Suite 2429. Laguna ...

🔒 Q aynur baghirzade



**Facebook**
https://m.facebook.com › aynur.bag…

⋮

## Aynur Baghirzade

Aynur Baghirzade is on Facebook. Join Facebook to connect with Aynur Baghirzade and others you may know. Facebook gives people the power to share and...

**X**
https://x.com › status

⋮

## California attorney Aynur Baghirzade, who gained notoriety earlier this year for her ...

Jun 25, 2024 — California attorney Aynur Baghirzade, who gained notoriety earlier this year for her inflammatory remarks about Armenia, has filed a $500 ...

**LinkedIn · Aynur Baghirzada**
990+ followers

⋮

## Aynur Baghirzada - Accura Law Firm

San Diego, California, United States · Accura Law Firm
Aynur Baghirzada, Accura Law Firm, Baku State University, About, I have more than 20 years experience as a lawyer, mostly in Business & Commercial Law.

**Reddit · r/hayastan**
4 comments · 10 months ago

⋮

## 1) The California State Bar to disbar Aynur Baghirzade, and for 2) Twitter ...

r/hayastan - The most compelling argument for: 1) The California State Bar · x.com. Open.

⋮



Pinterest · aynurbaghirzade
10+ followers

## Aynur Baghirzade (aynurbaghirzade) - Profile

See what Aynur Baghirzade (aynurbaghirzade) has
discovered on Pinterest, the world's biggest
collection of ideas.





CourtListener
https://www.courtlistener.com › bag...

## Baghirzade v. Armenian National Committee of America, 3:24-cv-01077

Jun 21, 2024 — NOTICE of Withdrawal and other by Aynur Baghirzade
(Baghirzade, Aynur) (stn). (Entered: 11/13/2024). Main Document. Notice
(Other). Download ...



Justia Dockets & Filings
https://dockets.justia.com › casdce

## Baghirzade v. Armenian National Committee of America, et al

Jun 21, 2024 — Plaintiff: Aynur Baghirzade. Defendant: Yelp, Inc., Los
Angeles County Bar Association, Orange County Bar Association,
Google, Inc., ...

Orange Chamber of Commerce
https://business.orangechamber.com › ...

## Law Offices of Aynur Baghirzade no longer available

Law Offices of Aynur Baghirzade no longer available ... This member
page is not available. Please click here to continue. ... Go mobile with
MyChamberApp!

More search results  ⌄

**G5**
🔒 🔍 aynur baghirzade



Avvo.com
https://www.avvo.com › attorneys

## Aynur Qafar Baghirzade - San Diego

Find California attorney Aynur Baghirzade in their San Diego office. Practices Business, Immigration, Personal injury. Find reviews, educational history and ...

5.0 ★★★★★ (5) · $ 250-400 per hour

📞 Call (619) 349-9150

---

aynurimmigrationlaw.com
https://www.aynurimmigrationlaw.com › ...

## Business And Investment Visas | Aynur Baghirzade - Accura Law Firm

Immigrant attorney services to obtain visas for businessmen, investors, professionals and others, we are based in Los Angeles, California, and serve entire ...

---



Instagram · armenian_national_committee
310+ likes · 10 months ago

## ANCA | The most compelling argument for: 1) The the State Bar of California disbarring Aynur ...


59:27

... Aynur Baghirzade, and 2) Twitter banning this CA licensed immigration lawyer is right here - in her one-hour…

---



Pinterest · aynurbaghirzade
10+ followers

## Aynur Baghirzade (aynurbaghirzade) - Profile

A. Aynur Baghirzade. aynurbaghirzade. ·. 11 na follower. ·. 26 ang pina-follow. I-follow.

---

X
https://x.com › ANCA_DC › status



🔒 🔍 aynur baghirzade

**G6**



**X**
https://x.com › ANCA_DC › status

### ANCA

Jun 24, 2024 — Aynur Baghirzade, the CA lawyer who publicly called
Armenians a "cancer" and says it's time to "delete" the Armenian
project, is suing the ...



**X · ANCA_DC**
50+ likes · 5 months ago

### ANCA

California attorney Aynur Baghirzade files $500000000 civil RICO case
against ANCA: Reports the @ArmenianWeekly - Read the full text of
her ...



**PacerMonitor**
https://www.pacermonitor.com › B...

### Baghirzade v. Armenian National Committee of America, et al

Jun 21, 2024 — AMENDED COMPLAINT with Jury Demand Second
Amended Complaint against All Defendants, filed by Aynur Baghirzade.
... NOTICE of Withdrawal Docket # ...



**MapQuest**
https://www.mapquest.com › law-...

### Law Offices of Aynur Baghirzade - Laguna Beach

Get more information for Law Offices of Aynur Baghirzade in Laguna
Beach, CA. See reviews, map, get the address, and find directions.



**FindLaw**
https://lawyers.findlaw.com › view

### Aynur Baghirzade - a San Diego, California (CA) Immigration Law ...

Aynur Baghirzade, a San Diego, California (CA) Lawyer, Attorney -
Immigration Law, Civil Litigation, Business Law & Litigation.



**The Armenian Report**

🔒 🔍 aynur baghirzade

**G7**



The Armenian Report
https://www.thearmenianreport.com › ...

## California Attorney Sparks Outrage with Calls for Genocide Against ...

Jan 8, 2024 — Licensed California attorney Aynur Baghirzade has posted a disturbing call for genocide against Armenians on her personal X account.



Aynur Baghirzade
@BaghirzadeAynur
U.S. immigration and Business attorney, Calif
you I will terrify you... 🤍

---



Facebook · Diaspora Armenians
2 reactions

## Diaspora Armenians – Aynur Baghirzade – the California lawyer ...

Aynur Baghirzade - the California lawyer who publicly called Armenians a "cancer" and says it's time to "delete" the Armenian project - is suing ANCA for...



---



Facebook · Diaspora Armenians
2 reactions

## Aynur Baghirzade – the California... – Diaspora Armenians

Aynur Baghirzade - the California lawyer who publicly called Armenians a "cancer" and says it's time to "delete" the Armenian project - is suing ANCA for...

---



UniCourt
https://unicourt.com › case

## Baghirzade v The Superior Court of Orange County

Party Details. Petitioner. Aynur Baghirzade. Respondent. The Superior Court of Orange County. Interested Parties. (

---



Avvo
https://www.avvo.com › attorneys



Better Business Bureau
https://www.bbb.org › profile › la...

### Business Profile - for - Law Offices of Aynur Baghirzade

Not BBB Accredited. Personal Injury Lawyers in Laguna Beach, CA. See BBB rating, reviews, complaints, and more.



GovInfo (.gov)
https://www.govinfo.gov › details

### 24-1077 - Baghirzade v. Armenian National Committee of America, et al

Aynur Baghirzade, Plaintiff. Skip back to top. Browse. A to Z · Category · Date · Committee · Author. About. About · Policies · Authentication · Digital ...



LinkedIn · Aram Suren Hamparian
8 reactions · 5 months ago

### Aram Suren Hamparian's Post

California attorney Aynur Baghirzade files $500000000 civil RICO case against ANCA: Reports The Armenian Weekly - Read the full text of her ...



Facebook · South Coast College
4 reactions · 2 years ago

### Legal Networking Forum 2022 " Investment as a



# EXHIBIT H



Aynur Baghirzade <contact@aynurlawyers.com>

## Follow up to Business Profile query [0-3497000036552]

5 messages

googlebusinessprofile-support@google.com <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Fri, May 31, 2024 at 6:56 AM



Hi Aynur,

Greetings for the day! I hope you are doing well.

I am Naveen from the Google Business Profile Support team.

This is an email regarding your business profile **Accura Law Firm**, where you have a concern related to the search results, removing of a profile and reviewing details. I apologize for the inconvenience this has caused you. I will try my best to help you with your concern.

Firstly, regarding the removal of the profile **Accura Advokatpartnerselskab**, Alexandriagade 8, 2150 Nordhavn, Denmark. I understand that this profile is appearing upon searching for your business profile. I can understand how important it is for you to have the correct web presence as it would help you to reach your potential customers. In this situation I would request you to kindly **submit the feedback** related to the business profile so that our specialist team can review your details thoroughly. Once approved they would be able to take the necessary action.

Moreover, regarding the better search results of your business profile I would request you to kindly follow the optimization process which we have shared in the previous email. With millions of businesses registered with us, competition is inevitable. A strong web presence is key, and higher traffic and clicks can greatly enhance it. Photos play a crucial role in making a business appear more presentable, thus attracting potential clients. This interconnectedness is influenced by the Google algorithm, and it's important to note that we can't manually add labels to Google Maps. Once you start optimizing your profile with the latest contents like photos, videos, posts etc on a regular basis you will see a great change in the search ranking of the business profile.

Lastly, regarding the profile showing under review for a few details. I would like to inform you that you are getting Google updates. Google is a collaborative platform, users can make suggestions and Google can update profiles at any time. Google-updated info shows live on Maps, Search, and other Google services. You can choose to accept, discard and replace, or edit Google updates.

Therefore, to correctly update your details, we would request you to discard those updates first. To discard the updates you can follow the steps mentioned below:

- Login to the business profile manager
- Select the checkbox displaying on the left hand side of the business name.
- You will get the action button on the right hand side which you need to select.
- Select the option "discard".

We really appreciate your patience and understanding in this matter. I hope this information helps.

If you'd like more help on this issue, reply to this email. We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Sincerely,
Naveen

| Help Center | Community | YouTube |

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further*

**H2**

*discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, May 31, 2024 at 3:12 PM
To: googlebusinessprofile-support@google.com

Hi Naveen,

I do not know who makes what suggestions to you and if they do - this means that there is a group of people who want to damage my business. In terms of the Denmark company profile in San Diego - it is ridiculous that despite my complaints you still keep it, meaning that you are in conspiracy with the certain gangs wishing to damage my business. Just a reminder - you'll be sued for unethical and inappropriate handling of this issue. I do not think that I have to submit special feedback since I've complained a lot about the issue to you. I expect you to correct the situation immediately.

Thanks ,

Aynur
[Quoted text hidden]

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>                    Mon, Jun 3, 2024 at 5:45 AM
To: contact@aynurlawyers.com



Hi Aynur,

Greetings for the day! I hope you are doing well.

I am Naveen from the Google Business Profile Support team.

This is an email regarding your business profile **Accura Law Firm**, where you have a concern related to the search results and removing a profile.

Thank you for raising this issue. We'll route this to the specialist team to evaluate.

While you might not receive a direct response from the specialist team, we assure you that they'll investigate this issue and take appropriate action.

[Quoted text hidden]

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>                    Wed, Jun 5, 2024 at 9:01 AM
To: contact@aynurlawyers.com



Hi Ayur,

Greetings for the day! I hope you are doing well.

I am Naveen from the Google Business Profile Support team.

This is an email regarding your business profile **Accura Law Firm**, where you have a concern related to the removal of the profile  **Accura Advokatpartnerselskab**, Alexandriagade 8, 2150 Nordhavn, Denmark.

We understand how important it is for you to manage your online presence, and we apologize for any inconvenience this situation may be causing. Unfortunately, we do not have the capability to directly remove profiles from search engine results.

**H3**

**73**

12/1/2... Case 8:24-cv-01077-RSH-MMR Law Offices of Aynur Baghirzade Mail - Document 14-5 Follow up on my Filed 01/03/25 query [ref:0D... PageID.2615 Page 75 of 116

However, we can assist you by submitting feedback to the search engine in question. While this does not guarantee immediate removal, it is a step in the right direction and often helps to address such concerns.

[Quoted text hidden]

---

**no-reply@google.com** <no-reply@google.com>
To: contact@aynurlawyers.com

Fri, Jun 7, 2024 at 9:53 AM

Hi,

Thank you for contacting Google Support.

We hope we were able to resolve your problem to your satisfaction. Please take a minute to answer a quick survey below about your experience with us so we can improve our service.

Take Survey

Thank you

**H4**

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

## [1-7747000036761] Your Business Profile support inquiry

2 messages

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Wed, Jun 26, 2024 at 12:54 PM

Google

Hi.

Thank you for contacting us about your Business Profile on Google. From the info you shared, we're not sure of your exact issue, but here are solutions to the most common issues:

- **Check your verification status**
  - Learn how to verify your business.

- **Fix suspended Business Profiles**. We may suspend Business Profiles that violate our guidelines.
  - Learn more about our guidelines for representing your business on Google.
  - Fix a suspended Business Profile.

- **Make, manage, or request ownership of a profile**
  - If you need a new Business Profile, sign up. Learn how to get started.
  - Learn how to manage your Business Profile directly on Google.
  - If you manage an existing profile, request ownership from the current profile owner.

- **Edit or delete your profile**
  - **Owner edits:** If you're signed up and verified, edit your business info, like your business hours or phone number.
  - **User contributions:** If there's an issue with a profile you don't own or manage, suggest edits.
  - **Pending edits:** If your phone number edit is pending for more than 2 business days, reply to this email.
  - **Delete a Business Profile:** Learn how to remove one or more Business Profiles from your account.

- **Manage reviews on your profile**
  - **Reply to reviews:** Interact with your customers through reviews.
  - **Remove reviews:** Request removal of reviews that violate our policies.
  - **Missing reviews:** Frequently, we remove reviews for policy violations. Also, reviews can be missing from a Business Profile after reinstatement. Learn more about missing and delayed reviews.

For more info about your Business Profile, we recommend our Help Center, Help Community, and YouTube channel.

If you still need help, reply to this email. We're glad to assist.

Thanks,

The Google Business Profile support team

| Help Center | Ask Experts | Twitter | Facebook |
|---|---|---|---|

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Wed, Jun 26, 2024 at 1:16 PM

**H5**

My google page was verified by you a couple of months ago and I sent you a video you requested for verification. Today I've found that it is unverified again. May I know the reason ? Could you please return it back to its verified status?

Also, may I ask you to remove 4 fake reviews which were placed in my account today ? None of them are from my clients.


Thanks,

Aynur

[Quoted text hidden]

**H6**

**76**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Follow up to your Business Profile query [0-3497000036552]
6 messages

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Thu, May 30, 2024 at 7:54 AM



Hi Aynur,

Greetings, I am Amit from the Google Business Profile Support team! Thank you for contacting us.

This email is regarding the business profile **Accura Law Firm**, wherein you are concerned about the visibility of the Business profile. I sincerely apologize for the inconvenience.

Thank you for contacting us about the search results on Google Search and Maps. Here are some tips and resources that may be helpful.

Keep in mind that these can't affect your profile's search ranking in any way.

# Step 1: Find your profile

- **If you can find your Business Profile on Google Maps and Search:** Proceed to the next step.
- **If you made a Business Profile, but it doesn't show on Google Maps or Search:**
  - Your profile may have an issue.
  - There are steps that you might have missed.
  - You must verify your business.
  - Your business info must be updated to follow our guidelines.

Learn how to find your business.

# Step 2: Try tips to help improve results

### How rankings work

Results for a local business depend mainly on relevance, distance, and prominence. These factors help find the best match for each search.

- **Relevance:** Refers to how well your business profile matches what someone searches for.
- **Distance:** Consider how far your business is from where we believe the user is based on their search terms or other info.
- **Prominence:** Refers to how well known your business is. Positive reviews and ratings may help your business to be more prominent.

For example, our algorithms could show that a farther business matches your search better than what is closer. In that case, the farther business ranks higher. Learn more about rankings.

### Tips for rankings

- **Enter complete info and keep it up to date**
  Complete, updated info can help match more searches. Add as many details as possible. The more a user knows about your business, the more likely they are to know whether you have what they need. You need to show:
  - What you offer.
  - What sets your business apart.
  - Your history.
  - The correct category for your business.
  - Your contact info and hours.
  - The features you offer like complimentary Wi-Fi or outdoor seating.

**H7**

**Tip:** Give your profile time. Results depend partly on how prominent your business is on the web. Learn how to update your profile.

- **Manage and respond to reviews**
  - When you respond to reviews, you show that you value your users. Learn more about reviews on Google.
- **Add photos**
  - Accurate and appealing photos help show potential customers that you have what they want. If you don't have the time or ability to take good photos, find someone who can help. Recent photos typically drive more clicks. Learn how to add local business photos.
- **Try Insights**
  - Insights tells you how your users use Search and Maps to find your profile, and what they do when they find it. Learn more about Insights.
- **Make your profile noticeable**
  - Learn how to optimize your presence online.
  - To avoid common problems, learn how to represent your business.

If you'd like more help on this issue, **reply to this email**. We'll be happy to help! For help with other issues, you can always reach us via our Help Center. Within 48 hours of our last interaction, you'll receive a short survey via email. We'd love to hear your feedback about our interaction today and your overall experience with Google Support.

Regards,
Amit

| Help Center | Community | YouTube |
|---|---|---|

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Thu, May 30, 2024 at 8:01 AM

Listen, stop making excuses and take off Denmark business profile from google search on computers for San Diego and California area. My business is verified and I have no problems finding it during mobile search. Denmark profile was not visible in San Diego when I had my previous name of the company, it appeared only after I took the same name - it's done intentionally by your staff to damage my business and confuse consumers, which is a violation of law.

Please, remove it immediately.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Thu, May 30, 2024 at 8:55 AM

**H8**

Status of my business profile shows that it is verified. May I know why my business profile on my computer shows that it is still under review ? Who in your staff is doing that ? Please see enclosed screenshot.



**8:16**

attorney@aynurimmigrationlaw.com. Instagram. Facebook · Twitter ...



---

Instagram · armenian_national_committee
310+ likes · 4 months ago

### ANCA | The most compelling argument for: 1) The the State Bar of California disbarring Aynur ...



... : 1) The the State Bar of California disbarring Aynur Baghirzade, and 2) Twitter banning this CA licensed...".

---

Instagram · armenian_national_committee
740+ likes · 4 months ago

### California attorney Aynur Baghirzade tweeted an open call for #genocide ...

748 likes, 83 comments - armenian_national_committee on January 8, 2024: "California attorney Aynur Baghirzade tweeted an open call for ...

---

The Armenian Report
Jan 8, 2024 · www.thearmenianreport.com

### California Attorney Sparks Outrage with Calls for Genocide Against ...

Licensed California attorney Aynur Baghirzade has posted a disturbing call for genocide against Armenians on her personal X account. The ...



---

Instagram · aynurbaghirzade
20+ followers



AA    🔒 Q aynur baghirzade    🎤

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, May 30, 2024 at 8:57 AM
To: googlebusinessprofile-support@google.com

I am sorry I sent you a wrong attachment. Please see it now.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, May 30, 2024 at 8:58 AM
To: googlebusinessprofile-support@google.com

This is how my profile looks like on the computer while it's absolutely normal on a mobile device.

Respectfully,

Aynur Baghirzade, Esq.

**H10**



**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, May 30, 2024 at 9:00 AM
To: googlebusinessprofile-support@google.com

And this is the business profile of the Denmark company you show in San Diego area, while its is not present here. May I know why ? Could I know the name of the people who did it to my business ?

**H11**



Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**H12**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## [0-3497000036552] Your Business Profile support inquiry

2 messages

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Wed, May 29, 2024 at 11:00 PM



Hi.

Thank you for contacting us about your Business Profile on Google. From the info you shared, we're not sure of your exact issue, but here are solutions to the most common issues:

- **Check your verification status**
  - Learn how to verify your business.

- **Fix suspended Business Profiles**. We may suspend Business Profiles that violate our guidelines.
  - Learn more about our guidelines for representing your business on Google.
  - Fix a suspended Business Profile.

- **Make, manage, or request ownership of a profile**
  - If you need a new Business Profile, sign up. Learn how to get started.
  - Learn how to manage your Business Profile directly on Google.
  - If you manage an existing profile, request ownership from the current profile owner.

- **Edit or delete your profile**
  - **Owner edits:** If you're signed up and verified, edit your business info, like your business hours or phone number.
  - **User contributions:** If there's an issue with a profile you don't own or manage, suggest edits.
  - **Pending edits:** If your phone number edit is pending for more than 2 business days, reply to this email.
  - **Delete a Business Profile:** Learn how to remove one or more Business Profiles from your account.

- **Manage reviews on your profile**
  - **Reply to reviews:** Interact with your customers through reviews.
  - **Remove reviews:** Request removal of reviews that violate our policies.
  - **Missing reviews:** Frequently, we remove reviews for policy violations. Also, reviews can be missing from a Business Profile after reinstatement. Learn more about missing and delayed reviews.

For more info about your Business Profile, we recommend our Help Center, Help Community, and YouTube channel.

If you still need help, reply to this email. We're glad to assist.

Thanks,

The Google Business Profile support team

| Help Center | Ask Experts | Twitter | Facebook |

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Wed, May 29, 2024 at 11:06 PM

**H13**

Hi,

I was clear in my message to you. You show Denmark law firm under similar name ACCURA LAW FIRM for search results in California, while this law firm is not present here. At the same time you do not show my profile in google search results on laptops ( on mobile phones it comes up). My business status shows that it is verified and I have fictitious name registration under name ACCURA LAW FIRM active in San Diego, so I don't understand why you still keep my google profile hidden in google search results in California and show completely different profile in geographically completely  different area.

Please, fix it immediately!


Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**H14**



Aynur Baghirzade <contact@aynurlawyers.com>

## [1-7747000036761] Follow up to Business Profile query

6 messages

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Thu, Jun 27, 2024 at 8:05 AM



Hello Aynur,

Greetings from Google Business Profile Support. I hope you're doing well!

This email is in reference to the verification of your business profile "Accura Law Firm"

**Query : Verification of Google business profile.**

We do understand your concern that your profile has been verified earlier, however later due to some technical glitch it went under verification. Please do not worry as we are from the manual verification team we will help you with the verification and then we will forward regarding removing the fake reviews to the specialist team.

**Next step:**

We have already escalated the issue to our specialist team. Please allow us 24-48 business hours to get back to you with an update. Your patience and understanding is highly appreciated.

If you'd like more help on this issue, **reply to this email.** We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Have a great day!

Regards,

Sandeep

Help Center                    Community                    YouTube

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Thu, Jun 27, 2024 at 8:31 PM

Hi,

May I know why my profile is still unverified on your platform ? If it was because of a glitch - why does it take so much time for you to remove it ?

Please, return my profile back to verified and remove 4 fake reviews I complained about earlier. I can't even comment on them because you've made my profile unverified.

Aynur

**H15**

[Quoted text hidden]
--

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-
support@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 4:32
AM



Hello Aynur,

Greetings from Google Business Profile Support. I hope you're doing well!

This email is in reference to the verification of your business profile "Accura Law Firm"

**Query : Verification of Google business profile.**

Thank you for contacting Google Business Profile support. To maintain quality business info, Google may ask a
verified business to verify again. To continue to verify your Business, you may verify from your Business location
through a live video call with a member of our Support team.

Navigate to your Business Profile and follow the prompts to be verified by video. Learn how to set up a live video call.

If you'd like more help on this issue, **reply to this email.** We'll be happy to help! For help with other issues, you can
always reach us via our Help Center.

Have a great day!

Regards,

Sandeep

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Fri, Jun 28, 2024 at 5:32 AM

I do not understand why I have to verify every couple of months. May I know the reason for that ?

Also, why you haven't deleted 4 fake reviews which are in my profile ? I asked them to be removed.

Did you do that with the intent to keep negative reviews on my profile as long as possible ?

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-
mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Fri, Jun 28, 2024 at 8:15 AM

Hi,

**H16**

I see now that my profile is verified. I reported fake reviews again for being off topic - coming not from my clients, but I received an email from you that they were reported as spam or unwanted content. May I know the reason why ? Could I also get information when you will remove those fake reviews ?

Thanks!

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 9:59 AM



Hello Aynur,

Greetings from Google Business Profile Support. I hope you're doing well!

This email is in reference to your business profile "**ACCURA LAW FIRM**"

**Query : Verification of Google business profile.**

Congratualations for verifying the profile through the recorded video and we understand that you would like to remove the fake reviews from your profile, so we are forwarding your request to the concerned team and they will get back to you and assist you further with the process.

If you'd like more help on this issue, **reply to this email.** We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Have a great day!

Regards,

Sandeep

[Quoted text hidden]

**H17**

Case 3:24-cv-01077-RSH-MMP   Document 45-2   Filed 01/03/25   PageID.2629   Page
                                            87



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Follow up to your Business Profile query[6-7629000036725]
7 messages

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 11:54 AM



Hi Aynur,

Greetings from the Google Business Profile Support team.

I am Rachna from the Google Business Profile Support team. I will be assisting you today.

This email is in reference to the request which you have raised with us that you want some reviews to be removed from your business profile "ACCURA LAW FIRM". I know how important it is for a business that irrelevant reviews are removed from their business profile. Do not worry, I will be glad to help you with the best possible resolution.

In order for us to proceed with your concern, we request you to provide the below mentioned details :

- The name of the reviewers or screenshots of the reviews you want to get removed.

Rest assured once you provide us the required details we will look into your issue.

If you'd like more help on this issue, **reply to this email**. We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Sincerely,
Rachna

| Help Center | Community | YouTube |
|---|---|---|

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Fri, Jun 28, 2024 at 12:29 PM

I reported them to you multiple times. I am surprised that you need screenshots.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**H18**

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Jun 28, 2024 at 12:44 PM
To: googlebusinessprofile-support@google.com

These are three reviews I want to be deleted. Also, please explain why when I click on my profile as a customer I see
my information in Russian ? I didn't do that. My profile was set in English. Can you change it ?


Aynur


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-
mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.


[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Jun 28, 2024 at 12:44 PM
To: googlebusinessprofile-support@google.com

**H19**

**12:42**  ✈ 🛜 🔋

| Overview | Reviews | Services | By owner | Photos |
|---|---|---|---|---|

---

**W** **Watch Ciao**
1 review
⋮

★☆☆☆☆ 2 days ago  **NEW**

If you need an immigration attorney look elsewhere! Never dealt with such unprofessional and disrespectful people before. Aynur or whatever her name was came off very arrogant, very full of herself and gave me information that turned out to … More

📝 Reply        👍        ⬆️

---

**W** **Wideopen Throttlenyc**
4 reviews
⋮

★☆☆☆☆ 2 days ago  **NEW**

Worst experience ever.

📝 Reply        👍 1        ⬆️

---

**M** **Mike M**
1 review
⋮

★☆☆☆☆ 2 days ago  **NEW**

Absolutely horrendous attitude. Most of these reviews are fake.

📝 Reply        👍 1        ⬆️

---

∨         **H20**
**More user reviews**

12/1/2... Case 8:24-cv-01077-RSH-MMR ...wMMRr of Ayn...Document 4, 45-2 ...ow up...Filed 01/03/25 ...le que...Page ID...2632... Page 92 of 116

**90**



aynurimmigrationlaw.com
https://www.aynurimmigrationlaw.com

⋮

# Immigration Attorney | Accura Law Firm | immigrationservices

We help our clients seek all immigrant and non-immigrant visas, permanent residency, and citizenship in the United States. We also strive to help them with ...

Missing: ~~reviews~~ | Show results with: reviews



🔒 Q Accura Law Firm

Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Jun 28, 2024 at 6:52 PM
To: googlebusinessprofile-support@google.com

My settings show that my account is set up in English, May I know why do you show to the customers my profile in Russian ????

See screenshots. Please, change the language immediately to English!

Thanks,

Respectfully,

Aynur Baghirzade

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**H21**

On Fri, Jun 28, 2024 at 12:29 PM Aynur Baghirzade <contact@aynurlawyers.com> wrote:
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Jun 28, 2024 at 6:56 PM
To: googlebusinessprofile-support@google.com

**H22**

**6:55**



 Search settings



← Language & region

## Display language

Select your preferred language for buttons and other display text. Learn more



🌐 Display language      EN

## Results language & region

Select your preferred languages for search results. Use controls on the search results page to turn this filter on.
Learn more



⊟Q Results language filter    EN

🔍 Results region    Current Region

**H23**

11:54      LTE 🔋



Ваше фото будет первым!

ОБЗОР    УСЛУГИ    ОТЗЫВЫ    О МЕСТЕ

# Accura Law Firm
4,1 ★★★★☆ (9)



📞 **ВЫЗОВ**    📤 **ПОДЕЛИТЬСЯ**    🔖 **СОХРАНИТЬ**    🌐 **САЙТ**

🚚 Территория обслуживания: Сан-Диего и окрестности   >

🕐 Скоро закроется: 00:00 · Откроется в 00:00 (пн) ⌄

☰ **Услуги:** Коммерческие операции, Оценка дел, Ведение судебных процессов по гражданским делам, Контракт...   >

📞 (619) 630-6646

✏️ Предложить правку

＋ **Добавить фото**

## Вопросы и ответы

🅰️   Ваш вопрос будет первым

🔒 🔍 Accura Law Firm   🎤

AA

‹   ›    📤    📖    ⧉

H24

12:32





Добавить фото

# Accura Law Firm

3,4 ★★★☆ (10)

| ОБЗОР | УСЛУГИ | ОТЗЫВЫ | О МЕСТЕ |

 **ВЫЗОВ**     **ПОДЕЛИТЬСЯ**     **СОХРАНИТЬ**     **САЙТ**

🚚 Территория обслуживания: Сан-Диего и окрестности ›

🕐 Круглосуточно ⌄

☰ **Услуги:** Коммерческие операции, Оценка дел, Ведение судебных процессов по гражданским делам, Контракт… ›

📞 (619) 630-6646

✏️ Предложить правку

impressed me most about Aynur was her ability to sift through the complexities of our case with ease. Her approach was methodical and thorough, ensuring that every aspect of the accusation was addressed with precision. She demonstrated a deep understanding of business law, which was evident in how she handled our case. Moreover, Aynur's communication skills are top-notch. She was always accessible and willing to explain legal jargon in simple terms. This made the entire process less daunting for us and we felt informed every step of the way. In the end, thanks to Aynur's hard work and dedication, the case was resolved in our favor. It's clear that her commitment to her clients is unwavering. I would highly recommend Aynur to anyone in need of a skilled and reliable business law attorney. Her ability to navigate complex

Не менее 5 снимков

AA    🔒 Q Accura Law Firm    🎤



Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>    Mon, Jul 1, 2024 at 6:45 AM

To: contact@aynurlawyers.com



Hi Aynur,

Greetings from the Google Business Profile Support team.

I am Rachna from the Google Business Profile Support team. I will be assisting you today.

This email is in reference to the request which you have raised with us that you want some reviews to be removed from your business profile "**ACCURA LAW FIRM**". I know how important it is for a business that irrelevant reviews are removed from their business profile. Do not worry, I will be glad to help you with the best possible resolution.

Thank you for your response and sharing the information with us. I would like to inform you that the review left by "**Watch ciao**" has not been flagged yet. To fix this issue, use our review management tool.

Learn how to flag reviews using the management tool.

In the review tool on our Help Center, you can:

**H26**

* Report reviews that violate policy.

- Check the status of your reports.
- Appeal a mistaken decline, if needed.

Learn how to report reviews in Google Search and Maps.

**Important:** We can remove only those reviews that violate policy. We regret any inconvenience. Learn about our review policies.

### Issue status

We determined that the reviews left by "**Mike M and Wideopen Throttlenyc**" did not violate our policies and therefore cannot be removed. If you believe that the review does violate our policies, you can appeal the report decision in the review management tool.

### Next steps

To submit an appeal on our tool, select **Check the status of a review I reported previously** and then **Appeal eligible reviews**. Learn more about how to submit an appeal.

We'll review your appeal and reply within 3 business days through email.

You can only appeal a review once. A declined appeal means our investigation did not find violations of our policies. Learn more about our policies.

We recommend that you reply to customer reviews as customer engagement can help build trust. Learn how to reply to reviews.

Furthermore, for your concern regarding the information of your profile appears in the Russian language when you search on Google. Upon checking, I could see that the information on your profile is going live in English only. You may click here to check the same.

If you still see the information in the Russian language, kindly get back to us with the screenshot of the information appearing on Google and I'll assist you further.

If you'd like more help on this issue, reply to this email. We'll be happy to help! For help with other issues, you can always reach us via our Help Center. Within 48 hours of our last interaction, you may receive a short survey through email. We'd love to hear your feedback about our interaction today and your overall experience with Google Support.

[Quoted text hidden]

# H27



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Your report to Google
9 messages

---

**noreply@google.com** <noreply@google.com>                    Fri, Jun 28, 2024 at 7:50 AM
To: contact@aynurlawyers.com



Hi,

Thanks for flagging potential policy or legal violations on Google. We've received
your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

Google

---

**noreply@google.com** <noreply@google.com>                    Fri, Jun 28, 2024 at 7:50 AM
To: contact@aynurlawyers.com



Hi,

Thanks for flagging potential policy or legal violations on Google. We've received
your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

**H28**

Google

---

**noreply@google.com** <noreply@google.com>                                      Fri, Jun 28, 2024 at 7:50 AM
To: contact@aynurlawyers.com



Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

Google

---

**noreply@google.com** <noreply@google.com>                                      Fri, Jun 28, 2024 at 7:58 AM
To: contact@aynurlawyers.com



Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

**H29**

12/1/24, 8:24 PM Case 8:24-cv-01077-RSH-MMP Document 45-2 Alaleh Baghirzade Mail - Claim reports Google Filed 01/03/25 PageID.2641 Page

**99**

101 of 116

---

**noreply@google.com** <noreply@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 7:58 AM



Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

Google

---

**noreply@google.com** <noreply@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 7:58 AM



Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

**H30**

12/1/24 Case 8:24-cv-01077-RSH-MMP   Document 142-2 · Aynur Baghirzade Mail - Your report to Google   Filed 01/03/25   PageID.2642   Page 102 of 116

**100**



| | |
|---|---|
| **noreply@google.com** <noreply@google.com> | Fri, Jun 28, 2024 at 7:58 AM |
| To: contact@aynurlawyers.com | |

Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

Google

---



| | |
|---|---|
| **noreply@google.com** <noreply@google.com> | Fri, Jun 28, 2024 at 7:59 AM |
| To: contact@aynurlawyers.com | |

Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

**H31**



**noreply@google.com** <noreply@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 7:59 AM

Hi,

Thanks for flagging potential policy or legal violations on Google. We've received your report under the following abuse category: spam or unwanted content.

The Google Team

Google LLC. 1600 Amphitheatre Parkway, Mountain View, CA 94043
This mandatory email serves as a record of your report.

**H32**



Aynur Baghirzade <contact@aynurlawyers.com>

## [1-7747000036761] Follow up to Business Profile query
6 messages

googlebusinessprofile-support@google.com <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Thu, Jun 27, 2024 at 8:05 AM



Hello Aynur,

Greetings from Google Business Profile Support. I hope you're doing well!

This email is in reference to the verification of your business profile "Accura Law Firm"

**Query : Verification of Google business profile.**

We do understand your concern that your profile has been verified earlier, however later due to some technical glitch it went under verification. Please do not worry as we are from the manual verification team we will help you with the verification and then we will forward regarding removing the fake reviews to the specialist team.

**Next step:**

We have already escalated the issue to our specialist team. Please allow us 24-48 business hours to get back to you with an update. Your patience and understanding is highly appreciated.

If you'd like more help on this issue, **reply to this email.** We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Have a great day!

Regards,

Sandeep

| Help Center | Community | YouTube |
|---|---|---|

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Google Ireland Ltd, Gordon House, Barrow Street, Dublin 4, Ireland

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

Aynur Baghirzade <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Thu, Jun 27, 2024 at 8:31 PM

Hi,

May I know why my profile is still unverified on your platform ? If it was because of a glitch - why does it take so much time for you to remove it ?

Please, return my profile back to verified and remove 4 fake reviews I complained about earlier. I can't even comment on them because you've made my profile unverified.

Aynur

**H33**

[Quoted text hidden]

--

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-
support@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 4:32
AM



Hello Aynur,

Greetings from Google Business Profile Support. I hope you're doing well!

This email is in reference to the verification of your business profile "Accura Law Firm"

**Query : Verification of Google business profile.**

Thank you for contacting Google Business Profile support. To maintain quality business info, Google may ask a verified business to verify again. To continue to verify your Business, you may verify from your Business location through a live video call with a member of our Support team.

Navigate to your Business Profile and follow the prompts to be verified by video. Learn how to set up a live video call.

If you'd like more help on this issue, **reply to this email.** We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Have a great day!

Regards,

Sandeep

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Fri, Jun 28, 2024 at 5:32 AM

I do not understand why I have to verify every couple of months. May I know the reason for that ?

Also, why you haven't deleted 4 fake reviews which are in my profile ? I asked them to be removed.

Did you do that with the intent to keep negative reviews on my profile as long as possible ?

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: googlebusinessprofile-support@google.com

Fri, Jun 28, 2024 at 8:15 AM

Hi,

**H34**

I see now that my profile is verified. I reported fake reviews again for being off topic - coming not from my clients, but I received an email from you that they were reported as spam or unwanted content. May I know the reason why ? Could I also get information when you will remove those fake reviews ?

Thanks!

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**googlebusinessprofile-support@google.com** <googlebusinessprofile-support@google.com>
To: contact@aynurlawyers.com

Fri, Jun 28, 2024 at 9:59 AM



Hello Aynur,

Greetings from Google Business Profile Support. I hope you're doing well!

This email is in reference to your business profile "**ACCURA LAW FIRM**"

**Query : Verification of Google business profile.**

Congratualations for verifying the profile through the recorded video and we understand that you would like to remove the fake reviews from your profile, so we are forwarding your request to the concerned team and they will get back to you and assist you further with the process.

If you'd like more help on this issue, **reply to this email.** We'll be happy to help! For help with other issues, you can always reach us via our Help Center.

Have a great day!

Regards,

Sandeep

[Quoted text hidden]

**H35**

# EXHIBIT I





13

108





11:37　　　　　　　　　　　　　　　　　　　LTE

## Bridge fire
California, United States　　　　　　　　›

# Accura Law Firm　　　　⋮

4.1 ★★★★☆ (9)
Legal services · **Open**

**Overview**　Reviews　Services　About

 CALL　 SHARE　 SAVE　 WEBSITE

🚚 Serves San Diego County and nearby areas　›

🕐 **Closes soon** · 12 AM · Opens 12 AM Mon ⌄

⚠️ Hours or services may differ

📞 (619) 630-6646

 Accura Advokatpartnerselskab
https://accura.dk › ...　　　　　⋮

## Accura Law Firm

Accura is a law firm formed with the unique purpose of delivering results. Together, we make successful transactions for our clients.

Career　　　　　　　　　　　　›

IP & Life Science News　　　　　›

⬤ aynurimmigrationlaw.com
https://www.aynurimmigrationlaw.com　⋮

## Immigration Attorney | Accura Law Firm | immigrationservices

We help our clients seek all immigrant and non-immigrant visas.

🔒 🔍 accura law firm

# EXHIBIT J



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Manipulated pictures in Google results
1 message

---

**Aynur Baghirzade <contact@aynurlawyers.com>**      Thu, Nov 7, 2024 at 11:53 PM
To: "Hakun, Nicholas" <nhakun@wsgr.com>

Hello Nicholas,

Since your client was put on notice last time when I amended my complaint by adding claim of false light I would request him to take down all my manipulated pics from Google results. Otherwise, I will have to add this claim as to your client in my next amendment. Using my photos and manipulating them is a violation of both my copyright and privacy rights.


Thank you,

Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

# EXHIBIT K

# Thanks for your message - Square case #100800259

**Яндекс 360**

---

10 ноября 2024 г., 19:27
**От кого:** «Square» <square@help-messaging.squareup.com>
**Кому:** attorneysuccess@yandex.ru

.......................................................................................................................................................

Square Notification for Case #: **100800259**

Case Updated:  11/10/2024

---

**Thank you for contacting Square's Account Services Team.**

We are committed to responding by the next business day, so you will hear back from us soon. We take all matters regarding your funds very seriously, and with your cooperation we anticipate a quick resolution of your case.

Please be sure to attach any requested documentation to this email thread. If you are replying from an e-mail address that is different from what you use to sign in to your Square account, please include that e-mail address in your correspondence.

In the meantime, feel free to return to the Square Support Center for answers to frequently asked questions.

---

Your message to Square Account Services is referenced below this line:

---

**Subject:** Alert from Square, Inc. Please Read
**Email Message:**
You hold my funds for about a week now under various excuses. Please pay my funds immediately. I am a licensed attorney in the State of California and my information is publicly available. I do not understand why I have to give you 3 months transaction information from my business accounts to get $ 150 payment for the consultation. I used your services before for my another bank, I changed the name of my law firm - I believe it is not a crime. What are you verifying if you have my ID and my license information ? This s absolutely ridiculous! Please, pay my money immediately or I will have to file a complaint for keeping my money with no reason for that. Aynur Baghirzade, Esq.

.......................................................................................................................................................

© 2024 Square, Inc.

**K2**