AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MOTION TO DISMISS**<br><br>Date: January 17, 2025<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge: Hon. Michelle M. Petit |

1

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents:

1. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants Armenian National Committee of America being inseparable part of ARF, a true and correct copy of which is submitted to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss as Exhibit B;

2. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is attached hereto as an Exhibit C;

3. Google's Terms of Service attached to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss as Exhibit D, freely available at https://policies.google.com/terms?hl=en-US;

4. Google's All Business Profiles Policies & Guidelines, freely available at https://support.google.com/business/answer/7667250?hl=en, and its prohibited content available at https://support.google.com/contributionpolicy/answer/7400114.

5. Google's Youtube channel Terms of Service freely available at https://www.youtube.com/static?template=terms, and its content management related policies available at https://www.youtube.com/t/terms#27dc3bf5d9.

6. List of U.S. and California Representatives being members of Armenian Caucus freely available at https://anca.org/armenian-caucus/.

2

Request for Judicial Notice                                Case No.: 3:24-CV-01077-RSH-MMP

Dated: January 3, 2025

                                              Respectfully submitted,

                                              By: */s/ Aynur Baghirzade*

                                              *Aynur Baghirzade, Plaintiff*

                                              *Email: contact@aynurlawyers.com*