1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
3  Phone: 619-776-4882
   Email: contact@aynurlawyers.com
4  *AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF CHALLENGING CONSTITUTIONALITY OF SECTION 230 OF COMMUNICATION DECENCY ACT (47 U.S.C.A, § 203)**<br><br>Date: January 17, 2025<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff hereby gives the notice that she raises the question of Constitutionality of Section 230 (specifically Section 230 (c) (1)) of Communication Decency Act (47 U.S.C.A, § 203) in accordance with Rule 5.1. of F.R.C.P. in her Opposition to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss as to her case and on its face for being over-broad, vague and used by interactive computer services as a prior restraint on 1st Amendment rights of people under U.S. Constitution.

Plaintiff will serve U.S. Attorney General with this notice and pleading where she raised the issue of the statute's constitutionality in accordance with requirements of Rule 5.1. of F.R.C.P.

DATED: January 3, 2025

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*