UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                              Plaintiff,<br><br> v.<br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA et al.,<br><br>                              Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**ORDER GRANTING IN PART PLAINTIFF'S *EX PARTE* APPLICATION**<br><br>[ECF Nos. 136, 143] |

Before the Court is Plaintiff Aynur Baghirzade's ex parte motion to continue the noticed hearing date for Defendants Orange County Bar Association, Trudy Levindofske, Teresa Vuki's motion to dismiss [ECF No. 98] and Los Angeles County Bar Association, Seth Chavez, and Coco Sus's motion to dismiss [ECF No. 100].

The Court has previously granted Plaintiff's motions to continue the noticed hearing date. ECF Nos. 119, 120. The Court finds good cause for a brief further continuance, albeit not for the full forty-five (45) additional days requested. Accordingly, the Court **GRANTS IN PART** Plaintiff's application as follows:

1. Plaintiff shall respond to Defendants Orange County Bar Association, Trudy Levindofske, Teresa Vuki's motion to dismiss and Los Angeles County Bar Association, Seth Chavez, and Coco Sus's motion to dismiss by no later than **January 27, 2025**.

2. Defendants may file a reply on or before **February 3, 2025**.

3. The Court does not intend to grant additional extensions. No oral argument will be held unless separately ordered by the Court.

4. Plaintiff's motion to strike is **DENIED** as moot [ECF No. 143].

IT IS SO ORDERED.

Dated: January 6, 2025

*Robert S Huie*
_____
Hon. Robert S. Huie
United States District Judge