# EXHIBIT A

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Aynur Baghirzade v. ANCA, et al.
13 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>  Thu, Dec 12, 2024 at 7:25 AM
To: ecfhelp@casd.uscourts.gov

Good morning,

I continue encountering problems with my Pacer account always being put in the position to pay or not to have access to it at all.

In my case, before getting registered as an attorney for the Court, Judge Robert Huie granted my application to use Pacer as a pro se party. However, when I tried to join the system I was rejected because, as I was told, there is a rule requiring all attorneys to be registered for cout, and if I don't get registered and pay a fee I will not be able to use Pacer.

I am looking now for this Rule in your system and I can't find it . Could you please send it to me or let me know where I can find it? May I know the name of the person from your staff with whom I spoke on the subject?

Thank you.

--
Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**CASDdb_ecfhelp** <ecfhelp@casd.uscourts.gov>  Thu, Dec 12, 2024 at 9:00 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good day,


You will need to contact PACER directly for issues with billing on viewed documents in PACER.


PACER contact information and commonly asked NextGen questions:

https://pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf

https://pacer.uscourts.gov ||| Telephone: (800) 676-6856 ||| Email: pacer@psc.uscourts.gov


Regards,


CM/ECF Helpdesk

U.S. District Court, Southern District of California

619.557.5329

attorneyadmissions@casd.uscourts.gov

Visit our home page: https://www.casd.uscourts.gov/attorney/attorney-admission.aspx

Questions about NextGen?  https://www.casd.uscourts.gov/cmecf/nextgen.aspx

Additional Note:  The  web browsers which are fully compliant with CM/ECF are:

Internet Explorer, v9.x or higher

Mozilla Firefox, v15.x or higher

Safari, v5.1 / 6.x or higher

If you attempt to use another type of browser, you might not be able to complete the desired transaction.

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, December 12, 2024 7:26 AM
**To:** CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>
**Subject:** Aynur Baghirzade v. ANCA, et al.

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, Dec 12, 2024 at 9:07 AM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Hi,

I am asking about the rule which requires all attorneys to be registered with the Court in order to have access to Pacer. I called the Pacer general line when I had problems with registration after the Judge's order, and they transferred me to you, and someone from your team told me that there is a rule specific to this Court requiring me to be registered to have a pacer account.

I need this rule, and the person's name with whom I spoke.

Could you please provide me with this information ?

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

P: 619-776-4882
Email: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

**CASDdb_ecfhelp** <ecfhelp@casd.uscourts.gov>                      Thu, Dec 12, 2024 at 9:10 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good day,


General Order 550 requires all attorneys to be registered to file electronically and receive notice electronically.

[Quoted text hidden]

 **GO_550 - Mandatory Use of Electronic Case Filing by Attorneys.pdf**
313K

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                      Thu, Dec 12, 2024 at 9:34 AM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Thank you, but I don't see in this order any requirement for all attorneys to be registered in order to use Pacer.

Can I know the name of the person I spoke to and his position ?


Thanks,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

P: 619-776-4882
Email: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                      Fri, Dec 13, 2024 at 4:27 PM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Hi,

Was a person I spoke to working for the court or for the judge?  It's interesting but I don't see in this order any requirement for the attorneys to be registered with the Court to have access to the Pacer system.

May I know why I was required to do so and based on what part of this order you think that there is such a requirement ?

Thanks,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

P: 619-776-4882
Email: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                        Fri, Dec 20, 2024 at 11:54 AM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Good morning,

I filed an ex parte application asking for continuance of the hearing date for the Defendants Attorney Seach Network and Jake Baloian. The deadline fo me to file the answer is Monday next week. Could you please remind the judge about this Application ?

He is quite quick to make decisions and issue the orders denying my filings but I have to every time to call and write you about my requests for extentions.


Thank you,

Aynur

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                        Fri, Dec 20, 2024 at 12:05 PM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

May I also know the name and position of the person "advising" me to register as an attorney with court and pay fees (right before my answer to Yelp was due) while there was a court order granting my application to get the access to Pacer without any fees and registration ?


Aynur

[Quoted text hidden]

---

**CASDdb_ecfhelp** <ecfhelp@casd.uscourts.gov>                        Fri, Dec 20, 2024 at 1:14 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good day,


The Clerks Office does not have access or influence over the decisions of any judge.  When a judge has made a decision on a matter set before them, the decision will be recorded on the docket of the case and served on all parties.

[Quoted text hidden]

---

**CASDdb_ecfhelp** <ecfhelp@casd.uscourts.gov>                        Fri, Dec 20, 2024 at 1:18 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good day,

The admission and e-filing rules of this court are set forth on the Court's public website, and are decided by the judges of the court.

https://www.casd.uscourts.gov/rules/local-rules.aspx

https://www.casd.uscourts.gov/cmecf.aspx#undefined2

https://www.casd.uscourts.gov/attorney/attorney-admission.aspx

Questions about NextGen: https://www.casd.uscourts.gov/cmecf/nextgen.aspx

For questions about NextGen PACER and PACER fee billing, you can contact PACER:

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                      Fri, Dec 20, 2024 at 4:34 PM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Thank you for letting me know that I have to recuse the judge from my case. It is the end of the day and I still do not have his order on the extension, not even going into details why I had to pay and register as an attorney if I didn't want to and had to endure disrespectful and utterly unethical behavior of his staff.

Aynur
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                      Fri, Dec 20, 2024 at 7:00 PM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

May I know the reason why others are given 25 -30 days to file their motions despite my opposition  and I am given 4 days in between 5 motions to respond ? Why does the Judge think that I am smarter than all other lawyers filing the motions ? I have 5 motions in January - yet another was added to this month.

I am going to amend my complaint and add the Judge as Defendant - good luck with staying in this case.

Aynur
[Quoted text hidden]
--

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                      Sun, Dec 22, 2024 at 1:59 PM
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Please, ask the judge whether he wants to step down from this case voluntarily or not. Otherwise, I will have to file the amended complaint, add him as a party and file a motion to disqualify him for cause.

I am not supposed to take the abuse he thinks I have to take. Also, I am fed up with his staff's discriminatory approach to my case and to me.

All these manipulations in my pacer account are also good grounds for joining the United States as a defendant to the lawsuit.

Thank you,

Aynur

[Quoted text hidden]

FILED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                      DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the matter of Procedural Rules for | ) | |
| Electronic Case Filing | ) | General Order No. 550 |
| | ) | |
| _____ | ) | |

Federal Rules of Civil Procedure 5 and 83, and Federal Rule of Criminal Procedure 57 authorize courts to establish practices and procedures for filing, signing, and verifying documents by electronic means. This Court intends to implement an Electronic Case Filing ("ECF") System in the fall of 2006. This system will provide for the creation, retention, and storage of court records and service of notice and court orders by electronic means. Registered users will be permitted to electronically file documents beginning on September 18, 2006. With certain defined exceptions, the Court shall require all documents in civil and criminal cases to be filed within the ECF system beginning on November 1, 2006. The purpose of this Order is to authorize the implementation of the ECF System. Both this Order and the Court's Administrative Policies and Procedures Manual governing the use of the ECF system shall be made available to the public on the Court's website.

## IT IS THEREFORE ORDERED AS FOLLOWS:

### I. Definitions

1.     CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM, or CM/ECF, means the Internet-based system for filing documents and maintaining court case files in the United States District Court for the Southern District of California.

2.     ELECTRONIC FILING means uploading a document directly from the registered user's computer in "Portable Document Format" (.pdf), using the CM/ECF system to file that document in the court's case file.

3.     REGISTERED USER or FILING USER is an individual who is registered to use CM/ECF in the Southern District of California and has been issued a login and password by the court.

4.     ".pdf" refers to Portable Document Format, a proprietary file format developed by Adobe Systems, Inc. A document file created with a word processor, or a paper document which has been scanned, must be converted to Portable Document Format to be electronically filed with the court.

5.     NOTICE OF ELECTRONIC FILING, or NEF, is a notice automatically generated by the CM/ECF system at the time a document is filed with the court. The notice sets forth the time of filing, the name of the attorney and/or party filing the document, the type of document,

the text of the docket entry, the name of the party and/or attorney receiving the notice, and an electronic link (hyperlink) to the filed document which allows recipients to retrieve the document automatically.

### II.  Scope of Electronic Filing

1.      Except as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Case Filing ("ECF") System.

2.      Registered users will be permitted to electronically file documents beginning on September 18, 2006.  With certain defined exceptions, the Court shall require all documents in civil and criminal cases to be filed within the ECF System beginning on November 1, 2006.

3.      Attorneys wishing to obtain an ECF exemption may seek relief in the manner set forth in the Court's Administrative Policies and Procedures Manual.

4.      The electronic filing of petitions, pleadings, motions, or other documents by an attorney who is a registered participant in the Electronic Case Filing System, using the registered attorney's login and password, shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

5.      No attorney shall knowingly permit or cause to permit his/her password to be utilized by anyone other than an authorized employee of his/her law firm or organization.

6.      No person shall knowingly utilize or cause another person to utilize the password of a registered attorney unless such person is an authorized employee of the law firm or organization.

7.      The electronic filing of pleadings or other documents in accordance with the Electronic Case Filing Procedures shall constitute entry of that pleading or other document on the docket kept by the Clerk under Federal Rule of Civil Procedure 79.

8.      The Office of the Clerk shall enter all orders, decrees, judgments, and proceedings of the Court in accordance with the Electronic Case Filing Procedures, which shall constitute entry of the order, decree, judgment, or proceeding on the docket kept by the Clerk under Federal Rule of Civil Procedure 58 and Federal Rule of Criminal Procedure 55.

9.      The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document on Filing Users.  A certificate of service is required to be filed and must state the manner in which service or notice was accomplished on each party.

10.     Participation in the Electronic Case Filing System by receipt of a password from the Court shall constitute a request for service and notice electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Criminal Procedure 49.  Participants in the Electronic Case Filing System, by receiving a password from the Court, agree to receive service by electronic means.

### III.  Amendments to the Local Rules

1.      A new Local Civil Rule 5.4 shall be added as follows:

Civil Rule 5.4:  Electronic Case Filing

a.      **Scope of Electronic Case Filing**.  Except as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System.  Unless otherwise expressly provided in the Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local Rules, or in exceptional circumstances preventing a registered user from filing electronically, as of November 1, 2006 all

2

petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the Court by a registered user in connection with a case assigned to the Electronic Filing System shall be electronically filed.

      b.    **Consequences of Electronic Filing**. Electronic transmission of a document to the Electronic Filing System in the manner prescribed by the Court's Administrative Policies and Procedures Manual, together with the transmission of an NEF from the Court, constitutes filing of the document for all purposes of the Federal Rules of Civil Procedure and the Local Rules of this Court, and constitutes entry of the document on the docket kept by the Clerk in accordance with Fed. R. Civ. P. 58 and 79.

      c.    **Service of Pleadings and Documents Filed Electronically**. The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document on Filing Users. Parties who are not Filing Users must be served with a copy of any pleading or other document filed electronically in accordance with the Federal Rules of Civil Procedure and these Local Rules. A certificate of service is required when a party electronically files a document, and must state the manner in which service or notice was accomplished on each party.

      d.    **Consent to electronic service**. Registration as a Filing User constitutes consent to electronic service of all documents as provided in this General Order and in accordance with the Federal Rules of Civil Procedure and Federal Rules of Criminal Procedure.

      e.    **Official Court Record**. The official Court record will be the electronic file maintained on the Court's servers. This includes information transmitted to the Court in electronic format, as well as documents filed in paper form, scanned, and made a part of the electronic record to the extent permitted by the Court's policies. The official record will also include any documents or exhibits that may be impractical to scan. The electronic file maintained on the Court's servers shall contain a reference to any such documents filed with the Court. For cases initiated prior to the implementation of the Electronic Filing System, the official Court record will include both the pre-implementation paper file maintained by the Clerk, as well as the post-implementation electronic files maintained on the Court's servers. The Clerk's Office shall not maintain a paper court file in any case initiated on or after the effective date of these procedures except as otherwise provided in these procedures.

      2.    A new Local Civil Rule 58.1 shall be added as follows:

      Civil Rule 58.1: Entry of Court-Issued Documents

      All orders, decrees, judgments, and proceedings of the Court will be filed in the Electronic Filing System, which will constitute entry on the docket kept by the clerk under Fed. R. Civ. P. 58 and 79. Any order or other court-issued document filed electronically without the original signature of a judge or clerk has the same force and effect as if the judge or clerk had signed a paper copy of the order and it had been entered on the docket in a conventional manner.

      3.    A new Local Civil Rule 77.2 shall be added as follows:

      Civil Rule 77.2: Notice of Court Orders and Judgments

      Immediately upon the entry of an order or judgment in an action within the Electronic Filing System, the Clerk will transmit to filing users a Notice of Electronic Filing. Electronic transmission of the NEF constitutes the Notice required by Fed. R. Civ. P. 77(d). The Clerk shall

give notice in paper form to a person who has not consented to electronic service in accordance with the Federal Rules of Civil Procedure.

    4.     Local Criminal Rule 1.1(e) shall be amended with the addition of new subpart 7 as follows:

        7. Rule 5.4      Electronic Case Filing

The remainder of the subparts shall be re-numbered accordingly.

    5.     A new Local Criminal Rule 49.1 shall be added as follows:

Criminal Rule 49.1:  Service of Motions and Notice of Court Orders

    a.     **Consequences of Electronic Filing**. Electronic transmission of a document to the Electronic Filing System in the manner prescribed by the Court's Administrative Policies and Procedures Manual, together with the transmission of an NEF from the Court, constitutes filing of the document for all purposes of the Federal Rules of Criminal Procedure, including Fed. R. Crim. P. 49(d), and constitutes entry of the document on the docket kept by the Clerk in accordance with Fed. R. Crim. P. 55.

    b.     **Service of Papers**. The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document on Filing Users. Parties who are not Filing Users must be served with a copy of any pleading or other document filed electronically in accordance with the Federal Rules of Civil Procedure and these Local Rules. A certificate of service is required when a party electronically files a document, and must state the manner in which service or notice was accomplished on each party.

    c.     **Notice of Court Orders**. All orders, decrees, judgments, and proceedings of the Court will be filed in the Electronic Filing System, which will constitute entry on the docket kept by the clerk under Fed. R. Crim. P. 49(c) and 55. Any order or other court-issued document filed electronically without the original signature of a judge or clerk has the same force and effect as if the judge or clerk had signed a paper copy of the order and it had been entered on the docket in a conventional manner

    The period for public comment shall be until August 11, 2006. Absent further order of this Court, the effective date of the Rule changes is September 5, 2006. Any comments should be submitted to the Clerk, U.S. District Court, at 880 Front Street, Room 4290, San Diego, California 92101-8900. Please note on the envelope: In re: Electronic Case Filing.

IT IS SO ORDERED

DATED: _May 22, 2006_

_____
IRMA E. GONZÁLEZ, Chief Judge
United States District Court

_____
MARILYN L. HUFF, Judge
United States District Court

NAPOLEON A. JONES, JR., Judge
United States District Court

BARRY TED MOSKOWITZ, Judge
United States District Court

JEFFREY T. MILLER, Judge
United States District Court

THOMAS J. WHELAN, Judge
United States District Court

M. JAMES LORENZ, Judge
United States District Court

Out of District

LARRY A. BURNS, Judge
United States District Court

DANA M. SABRAW, Judge
United States District Court

WILLIAM Q. HAYES, Judge
United States District Court

JOHN A. HOUSTON, Judge
United States District Court

ROGER T. BENITEZ, Judge
United States District Court

# EXHIBIT B



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Re: Pacer filing system is messed up - 24-cv-01077-RSH-MMP - Baghirzade v. Armenian National Committee of America, et al

3 messages

---

**Joseph Diaz** <Joseph_Diaz@casd.uscourts.gov>                    Wed, Nov 6, 2024 at 2:47 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>

Good Day:

Thank you for using our ecfhelp E-Mail address and calling this matter to our attention. This email address is used exclusively for litigants to reach out for assistance with the NextGen CM/ECF software used in the U. S. District Court, Southern District of California.

This help desk is unable to help you with your request.

Under NextGen CM/ECF Central Sign-On, all login issues are handled by the national PACER Service Center in San Antonio TX:

Telephone: (800) 676-6856
Email: pacer@psc.uscourts.gov

As applicable, you can reset your password; here's the link to Reset Username or Password:

https://pacer.uscourts.gov/my-account-billing/forgot-username-or-password

Do not hesitate to send an email to the ecfhelp@casd.uscourts.gov email address or contact me directly if you require additional information or assistance regarding NextGen CM/ECF Release 1.8 - Revision 1.8.1.

Thank you,
Joe

cc: Case Administrator (RSH)

========================================
J. Diaz, CM/ECF Coordinator
U. S. District Court, Southern District of California
619.557.5601 (Office)
joseph_diaz@casd.uscourts.gov
ecfhelp@casd.uscourts.gov
Visit our CM/ECF home page: https://www.casd.uscourts.gov/cmecf.aspx
========================================
Attorney Admissions
U.S. District Court, Southern District of California
619.557.5329
attorneyadmissions@casd.uscourts.gov
Visit our CM/ECF home page: www.casd.uscourts.gov/cmecf
========================================

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, November 6, 2024 2:25 PM

**To:** CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>, Loraine Odierno <Loraine_Odierno@casd.uscourts.gov>

**Subject:** Pacer filing system is messed up

**CAUTION - EXTERNAL:**

Hi,

It is not the first time when I encountered problems with filing in my Pacer account. I have an opposition to respond according to Judge Huie's order till November 6, 2024. Today is the deadline and I am not in default - the system shows default and does not allow me to file to the opposition docket number I need. Opposition dockets - No. 83 and 84 are missing from the list of filings to which I can file my response. Could you please look into that ? Could you please explain what is going on ?  I wish I will have normal Pacer system without any external interference allowing me to file.

Culd you please investigate and let me know what is happening ?

Thank you,


--
Respectfully,

Aynur Baghirzade, Esq.


CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Wed, Nov 6, 2024 at 3:05 PM
To: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>
Cc: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>

It is not a login issue, the motions I needed to respond are absent from the list and there is a sign DEFAULT in a filing system. I will write an ex parte motion to judge bringing this to his attention. I hope you understand that messing up the filing system constitutes obstruction of justice and is very serious.

Hope judge will be able to clean up the issue and find out who is doing that.

Thank you,

Aynur Baghirzade, Esq.
[Quoted text hidden]

---

**Joseph Diaz** <Joseph_Diaz@casd.uscourts.gov>                    Wed, Nov 6, 2024 at 3:17 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>

Thank you for using our ecfhelp E-Mail address and clarifying your issue.

Use the generic Notice event. Here's the navigation path:

**Civil Events → Other Filings → Notices → Notice (Other)**

During this event, you can link to any document in the case.

Do not hesitate to send an email to the ecfhelp@casd.uscourts.gov email address or contact me directly if you require additional information or assistance regarding NextGen CM/ECF Release 1.8 - Revision 1.8.1.

Thank you,
Joe

cc: Case Administrator (RSH)

=======================================
J. Diaz, CM/ECF Coordinator
U. S. District Court, Southern District of California
619.557.5601 (Office)
joseph_diaz@casd.uscourts.gov
ecfhelp@casd.uscourts.gov
Visit our CM/ECF home page: https://www.casd.uscourts.gov/cmecf.aspx
=======================================
Attorney Admissions
U.S. District Court, Southern District of California
619.557.5329
attorneyadmissions@casd.uscourts.gov
Visit our CM/ECF home page: www.casd.uscourts.gov/cmecf
=======================================

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, November 6, 2024 3:05 PM
**To:** Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>
**Subject:** Re: Pacer filing system is messed up - 24-cv-01077-RSH-MMP - Baghirzade v. Armenian National Committee of America, et al

 **CAUTION - EXTERNAL:**

[Quoted text hidden]

# EXHIBIT C



**Gmail**

Aynur Baghirzade <contact@aynurlawyers.com>

---

## Opposition to Yelp's filing date
2 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Thu, Dec 26, 2024 at 11:32 AM

Hi,

You promised to me that the opposition will be accepted as filed on December 23, 2024. May I know why you put a stamp on my files that you accepted on December 23 and filed it as if it was filed on December 24, 2024 ?

--
Respectfully,

Aynur Baghirzade, Esq.

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Joseph Diaz** <Joseph_Diaz@casd.uscourts.gov>
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>

Thu, Dec 26, 2024 at 12:00 PM

Good Day:

Thank you for using our ecfhelp E-Mail address and calling this matter to our attention. The documents were received in our office in paper on Tuesday 12/24/2024 - This is construed as the FILED date. A notation was added on the docket entry ECF No. 128 that you had issues attempting to e-file on 12/23/24.

Thank you,
Joe

cc: Case Administrator (RSH - back up)

========================================
J. Diaz, CM/ECF Coordinator
U. S. District Court, Southern District of California
619.557.5601 (Office)
joseph_diaz@casd.uscourts.gov
ecfhelp@casd.uscourts.gov
Visit our CM/ECF home page: https://www.casd.uscourts.gov/cmecf.aspx
========================================
Attorney Admissions
U.S. District Court, Southern District of California
619.557.5329
attorneyadmissions@casd.uscourts.gov
Visit our CM/ECF home page: www.casd.uscourts.gov/cmecf
========================================

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, December 26, 2024 11:32 AM
**To:** CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>
**Subject:** Opposition to Yelp's filing date

**CAUTION - EXTERNAL:**

[Quoted text hidden]
**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when
opening attachments or clicking on links.**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Filing for opposition to Yelp's motion - my Pacer account again doesn't work
2 messages

---

**Aynur Baghirzade <contact@aynurlawyers.com>**                    Mon, Dec 23, 2024 at 10:35 PM
To: pacer@psc.uscourts.gov, CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>

Hi,

My Pacer account mysteriously again does not accept documents on the deadline to respond to motions. Please, see enclosed the opposition, judicial notice and Exhibits to Yelp's motion.

Please, file them to the system since it is not my fault that I can't use the system when I need it.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**4 attachments**


**Motion Yelp.pdf**
359K


**Declaration Yelp .pdf**
89K

**Request for Judicial Notice.pdf**
89K


**Exibits ready final.pdf**
16102K

---

**PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>**                    Tue, Dec 31, 2024 at 2:10 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good afternoon,

We regret that we are not able to provide assistance with filing or filing procedures, as we do not have access to those screens. You will have to contact the court's filing help desk.

For court ECF helpdesk contact information, please go to http://www.pacer.gov, and then click "File A Case" link. Then click "Court CM/ECF Lookup" and pick the desired court.

Thank you,


Matthew

PACER Service Center

Enterprise Operation Center
Administrative Office of the U.S. Courts
Phone: 800-676-6856

pacer@psc.uscourts.gov

Changing the way we serve the Judiciary

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, December 24, 2024 12:36 AM
**To:** PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>; CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>
**Subject:** Filing for opposition to Yelp's motion - my Pacer account again doesn't work


**CAUTION - EXTERNAL:**

[Quoted text hidden]


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

### Re: My Pacer account is restricted - 24-cv-01077-RSH-MMP Baghirzade v. Armenian National Committee of America, et al

2 messages

---

**Joseph Diaz** <Joseph_Diaz@casd.uscourts.gov>         Thu, Dec 26, 2024 at 8:15 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>, PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>
Cc: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>

Good Day:

Thank you for using our ecfhelp E-Mail address and calling this matter to our attention.

*In the U. S. District Court, Southern District of California, no document is accepted by E-Mail or via fax. As a pro se litigant, the pro se litigant must submit his or her document(s) in paper. Clerk's Office staff cannot accept any documents electronically sent via email or via fax.*

*Additional Note: Clerk's office staff cannot and will not act as lawyers nor give legal advice. Court employees are legally required to remain neutral; that means they cannot give you advice about how to proceed with your case.*

NextGen CM/ECF shows your are logged in successfully using the following user account which is linked to your civil case noted herein:

> **Current login 12-26-2024 16:28**
>
> **Aynur Q. Baghirzade**
> **Accura Law Firm**
> **1968 South Coast Highway**
> **Suite 2429**
> **Laguna Beach, CA 92651**
> **619-630-6646**
> **Email: contact@aynurlawyers.com**

Pursuant to the Electronic Case Filing - Administrative Policies and Procedures Manual, individual .pdf documents must not exceed thirty-five (35) megabytes (MB) in size.

> ***k. Exhibits***
> ***Exhibits must be submitted electronically in CM/ECF as attachments. If the entire exhibit exceeds thirty-five (35) megabytes, it must be submitted in multiple segments, not to exceed thirty-five (35) megabytes each.***

Here's the link:

https://www.casd.uscourts.gov/cmecf.aspx#undefined2

Do not hesitate to send an email to the ecfhelp@casd.uscourts.gov email address or contact me directly if you require additional information or assistance regarding NextGen CM/ECF Release 1.8 - Revision 1.8.2.

Thank you,
Joe

=======================================
J. Diaz, CM/ECF Coordinator

U. S. District Court, Southern District of California
619.557.5601 (Office)
joseph_diaz@casd.uscourts.gov
ecfhelp@casd.uscourts.gov
Visit our CM/ECF home page: https://www.casd.uscourts.gov/cmecf.aspx
=====================================
Attorney Admissions
U.S. District Court, Southern District of California
619.557.5329
attorneyadmissions@casd.uscourts.gov
Visit our CM/ECF home page: www.casd.uscourts.gov/cmecf
=====================================

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, December 24, 2024 10:47 AM
**To:** PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>; CASDdb_ecfhelp <ecfhelp@casd.uscourts.gov>
**Subject:** Re: My Pacer account is restricted

 CAUTION - EXTERNAL:

Hi,

I've talked to Customer service at Pacer general line. They told me that they do not control the uploading of the documents to the system, and referred me to your office. May I know why you restricted my account, it gives an error message even for the documents I uploaded successfully before and does not accept any pdf file above two pages.

You understand that you illegally restrict my access to justice. Also, I still do not have any information about the documents I sent to you before to file. This is absolutely unacceptable.

Please, restore my access to my account - you have no right to manipulate it and upload my opposition to the system as it was not my fault.

Aynur

On Tue, Dec 24, 2024 at 12:06 AM Aynur Baghirzade <contact@aynurlawyers.com> wrote:
> Hi,
>
> It looks like my Pacer account was restricted - it accepts only small size pdf files and really small, like 2 or 3 pages. I've tried to upload the documents which it accepted before and it again shows an error.
>
> Please, restore my account to its previous conditions. Today there was a deadline to submit my opposition to Yelp's motion. This is ridiculous. I took all the screenshots. It accepts only 2 pages files.
>
>
> --
> Respectfully,
>
> Aynur Baghirzade, Esq.
>
>
> **CONFIDENTIAL COMMUNICATION**
> E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, Dec 26, 2024 at 8:42 AM
To: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>
Cc: PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>, Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>

Thank you, but why didn't I have these problems before and they suddenly happened to my account on the deadline of my opposition to one of the Defendants' motions ?

Also, none of my files were above 35 mbytes. I've tried even with the documents which were successfully submitted through Pacer before and I still get an error message. This is just deliberate attempt to ruin my case.

You simply illegally restricted my account. Please, lift all restrictions immediately or I will have to file a motion to recuse the judge for doing nothing with the issue I raised before and add your staff to my complaint as Defendants including you.

Hope for your understanding.


Aynur


[Quoted text hidden]