| | | |
|---|---|---|
| 1 | Jessica R. K. Dorman (SBN: 279919) | |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | |
| 3 | 401 West A Street, Suite 1900 | |
| 4 | San Diego, CA 92101<br>Telephone: (619) 321-6200 | |
| 5 | Facsimile: (619) 321-6201 | |
| 6 | Jessica.dorman@wilsonelser.com | |
| 7 | Attorneys for Defendant GREYSTAR CALIFORNIA Inc, a Delaware Stock Corporation | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGIONS, a California Nonprofit Public Benefit Corporation; ARMEN SAKAHYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; Youtube LLC, a Delaware Limited Liability Company; SUNDAR PICHAI, an individual; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ. an individual; | Case No. 24CV1077-RSH-MMP<br><br>**DEFENDANT GREYSTAR CALIFORNIA INC.'S NOTICE OF MOTION AND MOTIONS TO DISMISS PLAINTIFF AYNUR BAGHIRZADE'S CLAIMS PURSUANT TO FED. R. CIV. PROC. 12(B)(6) AND TO STRIKE CLAIMS PURSUANT TO CAL. CODE CIV. PROC. § 425.16**<br><br>Action Date: June 21, 2024<br>Judge: Hon. Robert S. Huie<br>Trial Date: Not Yet Set<br><br>**Per Chambers Rules, No Oral Argument Unless Separately Ordered By The Court** |

| | |
|---|---|
| 1 | ZARTONK MEDIA LLC, a California Limited Liability Company; ZAVEN KOUROGHLIAN, an individual; VAN DER MEGERDICHIAN, an individual; HAIRENIK ASSOCIATION, a Nonprofit Corporation; ANI TCHAGHLASIAN, an individual; LEGALSHIELD, Domestic For Profit Business Corporation; PARKER - STANBURY LLP, a California Limited Liability Partnership; GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation; KIA AMERICA Inc., a California Stock Corporation; DOES 1-289 Defendant. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, on **February 10, 2025** or as soon thereafter as counsel may be heard, in Courtroom 8A of the above-entitled Court, located at 880 Front Street, Room 6293, San Diego, California, 92101, before the Honorable Robert S. Huie, Defendant Greystar California, Inc. (hereinafter "Greystar") will move to dismiss, pursuant to Fed. R. Civ. Proc. 12(b)(6) Plaintiff Aynur Baghirzade's Second Amended Complaint. This motion is made on the grounds that the Second Amended Complaint fails to state a claim on which relief can be granted against Greystar, as discussed in the concurrently filed Memorandum of Points and Authorities

Additionally, Defendants will move to strike Causes of Action pursuant to Cal. Code Civ. Proc. § 425.16.

Defendant's Motions to Dismiss and/or Strike are based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and all papers and pleadings on file in this action, and such other evidence and argument as may be submitted prior to or at the hearing on the motion to dismiss.

This motion is made following a meet and confer with Plaintiff prior to the filing of this motion in an attempt to comply with Local Rule 7-3. Counsel for Defendant Greystar attempted to set up discussions with Plaintiff on both December 11, 2024, and December 30, 2024. Counsel for Defendant Greystar was able to finally

meet and confer with Plaintiff on January 3, 2025, by telephone. However, the Parties were unable to come to a resolution with Plaintiff regarding the numerous deficient merits of this case as to Greystar California, Inc. resulting in the need to file this instant motion to dismiss and/or to strike.

Dated: January 6, 2025	**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Jessica R. K. Dorman
Jessica R. K. Dorman, Esq.
Attorneys for Defendant
GREYSTAR CALIFORNIA. INC.

# CERTIFICATE OF SERVICE

I, undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On January 6, 2025, I caused to be served the following document(s):

**DEFENDANT GREYSTAR CALIFORNIA INC.'S NOTICE OF MOTION AND MOTIONS TO DISMISS PLAINTIFF AYNUR BAGHIRZADE'S CLAIMS PURSUANT TO FED. R. CIV. PROC. 12(B)(6) AND TO STRIKE CLAIMS PURSUANT TO CAL. CODE CIV. PROC. § 425.16**

On the following Parties in this action:

**SEE ATTACHED SERVICE LIST**

By the following method of service:

**FEDERAL:**

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

☒ **BY ELECTRONIC TRANSMISSION VIA NEXTGEN/ECF**
I electronically filed the foregoing document(s) with the Clerk of the Court through the NextGen/ECF system for the Southern District Court of the United States, which system sent Notification of Electronic Filing to the persons listed on the Court's service list for this case. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the NextGen/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 6, 2025, at San Diego, California.

_____
Titania Tessier

4
Defendant Greystar California, Inc.'s Motion to Dismiss and/or Strike Complaint
305623542v.2                                          2:21-CV-03047-VAP-E

# CERTIFICATE OF SERVICE – SERVICE LIST

**Aynur Baghirzade**
Pro Se
1968 South Coast Highway Suite 2429
Laguna Beach, CA 92651
contact@aynurlawyers.com

**Attorneys for Defendant, Armenian National Committee of America and Arman Hamparian**
Dick A. Semerdjian
Chad M. Thurston
SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
101 West Broadway Suite 810
San Diego CA 92101
das@sscelaw.com

**Attorneys for Defendant, Yelp, Inc., Jeremy Stoppelman**
Adrianos Matthew Facchetti
LAW OFFICES OF ADRIANOS FACCHETTI
301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
adrianos@facchettilaw.com

**Attorneys for Defendant, Google, Inc. and Alphabet Inc.**
Natalie Jordana Morgan
Nicholas Evan Hakan
WILSON SONSINI GOORICH AND ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
nmorgan@wsgr.com

**Attorneys for Defendant, Orange County Bar Association, Trudy Levindofske, and Teresa Vuki**
Michael A. Sall
Suzanne Burkle Spencer
SALL SPENCER CALLAS & KRUEGER
32351 Coast Highway
Laguna Beach, CA 92651
msall@sallspencer.com
sspencer@sallspencer.com

**Attorneys for Defendant, Los Angeles County Bar Association, Seth Chavez, and Coco Su**
Leah Plaskin Lorenz
KLINEDINST PC
 501 West Broadway Suite 110
San Diego, CA 92101
llorenz@klinedinstlaw.com

**Attorneys for Defendant, Attorney Search Network and Jake Baloian**
Jeffrey W. Cowan
THE COWAN LAW FIRM
9301 Wilshire Boulevard, Suite 609
Beverly Hills, CA 90210
jeffrey@cowan-law.com