# EXHIBIT A

1/8/25, 4:31 PM Law Offices of Aynur Baghirzade Mail - Baghirzade Matter - Further extension re: the FAC in light of the still pending Motion for leave to F…

Case 3:24-cv-01077-RSH-MMP Document 149-2 Filed 01/08/25 PageID.2787 Page 2 of 8



Aynur Baghirzade <contact@aynurlawyers.com>

# Baghirzade Matter - Further extension re: the FAC in light of the still pending Motion for leave to File a SAC

1 message

**Leah Plaskin Lorenz** <LLorenz@klinedinstlaw.com>  Wed, Nov 13, 2024 at 1:08 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Heather Linn Rosing <HRosing@klinedinstlaw.com>

Good afternoon, Ms. Baghirzade –

I hope you've been doing well. In light of the fact that your Motion for Leave to File a SAC is still pending, and our deadline to respond to the First Amended Complaint is Monday, November 18th, we wanted to reach out to see if you were amenable to a further extension (assuming the Court doesn't rule on your motion by Monday). As discussed previously, the Motion to Dismiss we plan on filing regarding the FAC will be mooted if you receive leave to file the SAC. As such, we prepared an updated joint request for an extension, which seeks to extend the deadline for the LACBA Defendants to respond to the FAC to two weeks after the Court renders its decision on the Motion for Leave to File the SAC (in the event that the Court denies your motion), or, alternatively, whatever date the Court believes is appropriate based on when it anticipates ruling on the motion. If your motion is granted, and the FAC then becomes moot, we will respond to the SAC based on the date it is served and filed.

If you could please let us know by tomorrow afternoon if we have your permission to file the attached motion, we would appreciate it.

Thank you,

Leah

**Leah Plaskin Lorenz**
Shareholder

Biography  |  Website  |  Locations





**Klinedinst San Diego**
501 W Broadway, Suite 1100
San Diego, CA 92101

(619) 400-8000 Phone

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please

promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

---

 **JOINT MTN TO FURTHER EXTEND TIME FOR LACBA TO RESPOND TO FAC 3104-1126 (11-13-24).docx**
53K

# EXHIBIT B



Aynur Baghirzade <contact@aynurlawyers.com>

## Baghirzade v. Armenian National Committee of America, et al.
7 messages

---

**Suzanne Burke Spencer** <sburke@sallspencer.com>      Thu, Sep 5, 2024 at 6:04 PM
To: "contact@aynurlawyers.com" <contact@aynurlawyers.com>
Cc: Michael Sall <msall@sallspencer.com>

---

**From:** sburke@sallspencer.com <sburke@sallspencer.com>
**Sent:** Thursday, September 5, 2024 5:51:54 PM
**To:** contact@aynuralawyers.com <contact@aynuralawyers.com>
**Cc:** Michael Sall <msall@sallspencer.com>; Anna Nathan <anathan@sallspencer.com>
**Subject:** Baghirzade v. Armenian National Committee of America, et al.

Dear Ms. Baghirzade,

My firm is in the process of being retained to represent the Orange County Bar Association, Trudy Levindoske and Teresa Vuki in the above- referenced matter.

We are still in the process of reviewing the complaint and request a 30-day extension of time to respond to the complaint to allow us sufficient time to investigate the allegations and prepare a response.

Please let us know at your soonest convenience whether you are willing to agree to the requested extension.

Suzanne Burke Spencer
Sall Spencer Callas & Krueger

Sent from my Verizon, Samsung Galaxy smartphone

---

**Aynur Baghirzade** <contact@aynurlawyers.com>      Fri, Sep 6, 2024 at 11:56 AM
To: Suzanne Burke Spencer <sburke@sallspencer.com>

Hi Suzanne,

I do not mind.

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Suzanne Burke Spencer** <sburke@sallspencer.com>      Fri, Sep 6, 2024 at 12:17 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Michael Sall <msall@sallspencer.com>

Thank you for your courtesy.

1/8/25, 4:38 PM  Case 3:24-cv-01077-RSH-MMP  Document 149-2  Filed 01/08/25  PageID.2791  Page 6 of 8

Law Offices of Aynur Baghirzade Mail - Baghirzade v. Armenian National Committee of America, et al.

If a stipulation is necessary under the local court rules, we will forward that to you shortly. If not, this email will confirm the 30-day extension to respond to the complaint.

*Suzanne Burke Spencer, Esq.*

**SALL SPENCER CALLAS & KRUEGER**

A Law Corporation

32351 Coast Highway

Laguna Beach, California 92651-6703

T: (949) 499-2942

F: (949) 499-7403

www.sallspencer.com

Certified Specialist in Legal Malpractice Law (State Bar of California Board of Legal Specialization)

**CONFIDENTIALITY NOTICE:** *This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential, work product or privileged information. If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited. If you received this communication in error, please notify us immediately and delete the original and all copies of this communication and any attachments.*

[Quoted text hidden]

---

**Suzanne Burke Spencer** <sburke@sallspencer.com>  Fri, Sep 6, 2024 at 5:56 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Michael Sall <msall@sallspencer.com>

Dear Ms. Baghirzade,

The local rules require that we submit a Stipulation and proposed order for the extension. Please review the attached Stipulation and, if acceptable and with your authorization, we will add your e-signature and file it. Thank you.

*Suzanne Burke Spencer, Esq.*

**SALL SPENCER CALLAS & KRUEGER**

A Law Corporation

32351 Coast Highway

Laguna Beach, California 92651-6703

T: (949) 499-2942

F: (949) 499-7403

www.sallspencer.com

Certified Specialist in Legal Malpractice Law (State Bar of California Board of Legal Specialization)

**CONFIDENTIALITY NOTICE:** *This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential, work product or privileged information. If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited. If you received this communication in error, please notify us immediately and delete the original and all copies of this communication and any attachments.*

[Quoted text hidden]

---

**2 attachments**

 **Complaint - Stip to Extend Response - OCBA Defendants - Order.doc**
42K

 **Complaint - Stip to Extend Response - OCBA Defendants.doc**
43K

---

**Suzanne Burke Spencer** <sburke@sallspencer.com>    Mon, Sep 9, 2024 at 3:04 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Michael Sall <msall@sallspencer.com>

Dear Ms. Baghirzade,

I am following up on my request below. Please let us know if the stipulation is acceptable to you. We would like to get it filed today if possible.

Suzanne Burke Spencer

Suzanne Burke Spencer

Sent from my Verizon, Samsung Galaxy smartphone

---

**From:** Suzanne Burke Spencer <sburke@sallspencer.com>
**Sent:** Friday, September 6, 2024 5:56:30 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>    Tue, Sep 10, 2024 at 1:42 PM
To: Suzanne Burke Spencer <sburke@sallspencer.com>

Hello Suzanne,

I am sorry for the delay. Yes, I am ok with stipulation. You can go ahead and file it.

Aynur
[Quoted text hidden]

---

**Suzanne Burke Spencer** <sburke@sallspencer.com>    Tue, Sep 10, 2024 at 2:55 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Anna Nathan <anathan@sallspencer.com>

Thank you.

*Suzanne Burke Spencer, Esq.*

**SALL SPENCER CALLAS & KRUEGER**

A Law Corporation

32351 Coast Highway

Laguna Beach, California 92651-6703

T:  (949) 499-2942

F:  (949) 499-7403

www.sallspencer.com


Certified Specialist in Legal Malpractice Law (State Bar of California Board of Legal Specialization)


**CONFIDENTIALITY NOTICE:** *This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential, work product or privileged information.  If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited.  If you received this communication in error, please notify us immediately and delete the original and all copies of this communication and any attachments.*


[Quoted text hidden]