AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENTS FILED BY THE PLAINTIFF ON JANUARY 8, 2025 (DOCKET # 149)**<br><br><br>Presiding Judge:<br>Magistrate Judge : Hon. Michelle M. Petit |

**TO ALL PARTIES, THEIR COUNSELS OF RECORD AND COURT:**

**NOTICE** is hereby given that documents filed by the Plaintiff on January 8, 2025 (Docket # 149) are withdrawn.

DATED: January 9, 2025.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
