AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**AFFIDAVIT OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO RECONSIDER JUDGE ROBERT HUIE'S ORDER DATED JANUARY 6, 2025 (DOCKET # 146) GRANTING IN PART HER EX PARTE APPLICATION TO CONTINUE DEFENDANTS' MOTIONS HEARING DATES**<br><br>Presiding Judge:<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, Aynur Baghirzade, declare as follows:

1.    I am a Plaintiff in the underlined case. I submit this AFFIDAVIT in support of my Ex Parte Application to reconsider Judge Robert Huie's order dated January 6, 2025 (Docket # 146) granting in part my ex parte Application to continue Defendants Orange County Bar Association, Trudy Levindofske, Teresa Vuki and Los Angeles County Bar Association, Seth Chavez and Coco Su's motions hearing dates. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

1.    I made an ex parte application to the judge Robert Huie on December 28, 2024 (Docket # 136) requesting to continue Defendants' motions hearing dates till March 6, 2025 so that to allow me to file my opposition on or before February 20, 2025. The reason for the application was that I had nearly 5 motions to respond in January.

2.    The judge made a ruling on my order granting in part my application and setting up for me the deadline to respond to two motions on or before January 27, 2025, while I have another motion to respond on or before January 22, 2025, and another one to respond on or before January 16, 2025. Judge also ordered that no other continuances will be granted in respect to Defendants' motions.

3.    Since the time of Judge's order Plaintiff filed a motion/affidavit to recuse the judge for bias and prejudice against her and her case (Docket # 147) and on January 6, 2025, another Defendant - Greystar Inc. filed a motion to dismiss which has the same deadline - January 27, 2025, for the Plaintiff to answer. Since the Judge's order Plaintiff has now 3 motions to respond with the same deadline in 4-5 days range with another deadline for another Defendant's motion.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on January 8, 2025, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*