Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al.,<br><br>    Defendants. | Case No.  3:24-cv-01077-RSH-MMP<br><br>**DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO RECONSIDER JUDGE ROBERT HUIE'S ORDER DATED JANUARY 6, 2025**<br><br>Date:<br>Time:<br>Judge:     Hon. Robert S. Huie<br>Courtroom: 3B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

    Defendants Orange County Bar Association, Trudy Levindofske, and Teresa Vuki (collectively, the "OCBA Defendants") oppose Plaintiff's ex parte application [Doc. No. 151] for reconsideration of the Court's order [Doc. No. 146] granting her an extension of her time to oppose the OCBA Defendants' motion to dismiss [Doc. No. 98].

There is no good cause for the Court to reconsider its prior order or to grant Plaintiff a longer extension. Since the OCBA Defendants filed their motion to dismiss on November 25, 2024, Plaintiff has filed four ex parte applications [Doc. Nos. 123, 136, 149, & 151], a motion to strike the opposition of the LACBA defendants to her ex parte application [Doc. No. 143], and a meritless request to disqualify Judge Huie [Doc. No. 147]. If Plaintiff simply applied her time and resources to opposing the pending motions to dismiss, rather than to a multiplicity of other unwarranted pleadings, she could have completed her oppositions by now. It has been 46 days since the OCBA Defendants filed their motion to dismiss Plaintiff's second amended complaint, and indeed, more than 90 days since the OCBA Defendants filed their substantively similar motion to dismiss Plaintiff's first amended complaint [Doc. No. 66]. By the time Plaintiff's opposition to the OCBA Defendants' motion to dismiss is due on January 27, 2025, she will have had more than 60 days to prepare her opposition. Absent extraordinary circumstances – and Plaintiff has identified none – there is no reason why this is an insufficient amount of time to oppose a motion to dismiss. There is no good cause for any further extension: Plaintiff's failure to use ordinary diligence in litigating relevant issues in this matter is not good cause. The application for reconsideration should be denied.

DATED: January 10, 2025

Respectfully submitted,

SALL SPENCER CALLAS & KRUEGER
A Professional Corporation

By: _____
Michael A. Sall

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE and TERESA VUKI