AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGIONS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1.      EXHIBIT A - ANCA'S TWEET ON ITS MEMBER ARAM BRUNSON MAKING SPEECH ON CAPITOL HILL ABOUT OCCUPIED REGION OF AZERBAIJAN - KARABAKH PAGE: 1 - 2 (A1 - A2).

2.      EXHIBIT B - AFFIDAVIT AND CRIMINAL COMPLAINT IN THE CASE UNITED STATES V. ARAM BRUNSON CASE # 1:24-mj-8504-PGL, ACCORDING TO WHICH ARAM BRUNSON IGNITED BLACK POWDER IN HIS APARTMENT WHICH RESULTED IN EXPLOSION,  AND WAS LOOKIG FOR THE WAYS TO BOMB AZERBAIJAN EMBASSY/ CONSULATE. PAGES: 3-20 (B1 - B18 ).

3.      EXHIBIT C - FIRST PART OF THE ORIGINAL TWEET POSTED BY PLAINTIFF ON JANUARY 7, 2024, IN HER PERSONAL ACCOUNT IN RESPONSE TO CLAIM THAT AZERBAIJAN COMMITTED KHOJALI GENOCIDE, PUBLISHED BY ARMENIAN REPORT AND LATER RETWEETED BY ANOTHER ACCOUNT - PAGES: 21- 23 (C1 - C3).

4.      EXHIBIT D - FIRST PART OF PLAINTIFF'S TWEET WITHOUT POSTING OF THE TWEET OF ANOTHER ACCOUN, WHERE AZERBAIJAN WAS BLAMED IN  COMMISSION OF KHOJALI GENOCIDE, RETWEETED BY DEFENDANT ANCA - PAGES: 24 - 25 (D1 - D2).

5.      EXHIBIT E - DEFENDANTS' LATER PUBLICATIONS ABOUT PLAINTIFF SHOWING HOW THEY MANIPULATED HER TWEETS. THEY CLAIMED THAT SHE NAMED ARMENIANS A CANCER AND ARMENIAN PROJECT TO BE DELETED WHILE IN HER TWEET SHE NAMED ARMENIA A CANCER WHICH MUST BE REFORMED - PAGES: 26-28 (E1-E3).

6.      EXHIBIT F - ANCA'S NON STOP TWEETS ABOUT PLAINTIFF IN TWITTER FROM JANUARY TO FEBRUARY, 2024,  TAGGING HER AND

I

STATE BAR'S ACCOUNT AND CALLING FOR HER DISBARMENT - PAGES: 29-41 (F1-F13).

7.    EXHIBIT G - SOME PUBLICATIONS MADE BY DEFENDANTS ABOUT PLAINTIFF APPEARING IN GOOGLE SEARCH FROM DAY 1 OF THEIR POSTING - PAGES: 42-44 (G1- G3)

8.    EXHIBIT H - SOME OF THE THREATS, INCLUDING DEATH THREATS, PLAINTIFF STARTED GETTING IMMEDIATELY AFTER DEFENDANTS' PUBLICATIONS IN THEIR TWITTER ACCOUNTS AND OTHER SOCIAL MEDIA - PAGES: 45 - 60 (H1-H16)

I

# EXHIBIT A

 **ANCA** ✔ @ANCA_... · 19.09.22    ···

. @ANCA_ER Board Member
Steve Mesrobian w/ ANC NY
Chair Chantelle Nasri, ANC IL's
**Aram Brunson** & ANCA Hovig
Apo Saghdejian Gateway Fellow
Michael Poosikian on Capitol Hill,
speaking out on #Artsakh
freedom, #Armenia sovereignty,
& zeroing out U.S. military aid to
#Azerbaijan.



**Exh. A2**

# EXHIBIT B

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Massachusetts ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| ARAM BRUNSON | ) | |
| | ) | 1:24-mj-8504-PGL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Jan. 2, 2023-Aug. 20, 2003__ in the county of __Suffolk__ in the

District of __Mass., and elsewhere__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §1001(a)(2)<br>18 USC §1001(a)(1) | False Statements<br>Falsifying, concealing, and covering up a material fact by trick, scheme, or device |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Thomas M. Dalton

☑ Continued on the attached sheet.

_____
*Thomas M. Dalton /by Paul G. Levenson*
*Complainant's signature*

Thomas M. Dalton, Special Agent, FBI
*Printed name and title*

Attested to by the Complainant by telephone in accordance
with the requirements of Fed. R.Crim. P. 4.1.

Date: __08/27/2024__

_____
*Judge's signature*

City and state: __Boston, Massachusetts__

Hon. Paul G. Levenson U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Thomas M. Dalton, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.       I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for more than twenty-seven years.  Prior to my employment with the FBI, I served as an officer in the U.S. Army for seven years.  My service as a Special Agent with the FBI began in 1997 in the FBI's Kansas City Field Office.  Since January 2013, I have been assigned to the FBI's Boston Field Office where I am currently assigned to a counter-terrorism squad.  Among other things, I am responsible for conducting national security investigations and investigations into violations of federal criminal laws, including violent crimes and threats.  I have conducted investigations as a member of the Boston FBI's Joint Terrorism Task Force for approximately eight years.  During my career, I have been the affiant on numerous affidavits in support of both search warrants and criminal complaints in the District of Massachusetts and elsewhere.  I have executed arrest warrants and search/seizure warrants, utilized confidential human sources, interviewed victims/witnesses, and conducted surveillance of suspects.  I have also conducted federal investigations involving computers, cell phones, the internet, interstate commerce, and firearms violations.

2.       This affidavit is submitted in support of a criminal complaint charging ARAM BRUNSON ("BRUNSON") (YOB 2003) with making a false statement in violation of 18 U.S.C. § 1001(a)(2), and engaging in a scheme to conceal in violation of 18 U.S.C. § 1001(a)(1) from on or about January 2, 2023, to on or about August 20, 2023.  As detailed below, BUNSON provided false information to one or more law enforcement officials.  BRUNSON also engaged

in a scheme to conceal his efforts to develop bomb-making skills and construct an explosive device.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel, first responders, and other witnesses. Where statements of others are set forth in this affidavit, they are set forth in sum and substance and not verbatim. The events described in this affidavit occurred on or about the dates and times provided herein. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a complaint charging BRUNSON with violations of 18 U.S.C. §§ 1001(a)(1) & (2).

### *The Defendant*

4. At the commencement of this investigation in January 2023, BRUNSON was 19 years old, enrolled at the University of Chicago in Chicago, Illinois as a sophomore, and had a permanent residence in Newton, Massachusetts where he was raised. BRUNSON is of Armenian descent, speaks fluent Armenian (as well as other languages), had lived in the Republic of Armenia during the summer of 2022, and had a deep knowledge of, and connection with, the history of the Armenian people. As the investigation later revealed, BRUNSON aspired to follow in the footsteps of "fedayi" -- Armenian armed militia members who sought Armenian independence and "Armenian Justice" through armed struggle. In particular, BRUNSON sought to assist the violent struggle of ethnic Armenians living in contested territory in Azerbaijan, and to address historical wrongs committed against ethnic Armenians.

2

*BRUNSON Ignites a Black Powder Device in Chicago*

5.      On or about January 2, 2023, at approximately 4:07 p.m., the Chicago Fire Department ("CFD") was notified of a fire on the 6th floor of a University of Chicago residential building at 1156 E 61st Street, Chicago, Illinois 60637.   Alarms in the building had sounded and the building was in the process of being evacuated.  The CFD responded to the scene and located the fire in Room N623.  Room N623 was a single-occupancy room assigned to BRUNSON ("BRUNSON's Room"), on the sixth floor of a residential tower within Woodlawn Commons. Woodlawn Commons housed approximately 690 domestic and international students, as well as professional staff and their families and children.

6.      When the CFD arrived, there was smoke in the sixth floor hallway.  When they entered BRUNSON's Room there were both smoke and flames.  The CFD also noted the presence of a suspicious white powder and a smell of incendiary chemicals not ordinarily present in a dormitory room.  BRUNSON was not present in his room nor in the hallway when the CFD arrived.  CFD extinguished the fire, and called the Chicago Bomb Squad ("CBS") to investigate.

7.      Both the CBS and FBI Special Agent Bomb Technicians ("SABT") responded to BRUNSON's Room. Emergency personnel found in the room approximately two pounds of potassium nitrate, one pound of charcoal, several grams of sulfur, and several bottles of isopropyl alcohol.  In addition, emergency responders saw a container with soot residue near the location of the extinguished fire.   The chemicals found in BRUNSON's Room were consistent with the

3

fabrication of black powder, a type of "energetic material," used in some ammunition and as a propellant in fireworks, among other things.[1]

8.    Two students who lived on the same hallway as BRUNSON separately reported hearing an explosion and having plaster knocked off the walls in their rooms before the fire alarm sounded. Both also reported seeing smoke fill the hall immediately outside BRUNSON's room. One of the witnesses also saw BRUNSON leave the building with other students after the fire alarm sounded. That same student had seen BRUNSON earlier that morning entering and leaving a common bathroom on the dormitory hallway. After BRUNSON left the bathroom, the student observed a soot-like black substance on the bathroom floor and sink. The student also saw that black substance on the carpet outside BRUNSON's room that morning.

### Brunson Lies to the University of Chicago Police

9.    BRUNSON had not reported the fire to the CFD or University of Chicago officials, nor was he present when the CFD responded. As a result, between approximately 4:45 pm and 5:45 pm on January 2, 2023, a University of Chicago Police officer called BRUNSON on his mobile telephone. The officer asked BRUNSON if he was ok and BRUNSON replied, "Yes I am, I'm just a little nervous." BRUNSON falsely stated that he was cooking on a hot plate, which he knew he was not supposed to have in his room, and a small fire started. He said he panicked, ran out of the room, and left the building. BRUNSON told the officer he was at a friend's house. The officer directed BRUNSON to return to the dormitory. BRUNSON replied that he was on his way and would be there in a little while. In a subsequent call initiated by University of Chicago Police

---

[1] Energetic material is a class of material that can release chemical energy stored in their molecular structure. Upon external stimulations, such as heat, shock, or electrical current, these materials will emit energy in a short time.

after BRUNSON failed to return to the dormitory, BRUNSON stated that his mother told him not to say anything to anyone else. He did not return to the dormitory for several hours.

### *Brunson Conceals His True Interest in Making Black Powder*

10.     Just before midnight on January 2, 2023, BRUNSON and BRUNSON's mother appeared at the dormitory building. FBI agents interviewed BRUNSON in the presence of his mother in a conference room. During the interview, BRUNSON changed his story about what started the fire in his room. BRUNSON said that he was building a "flare" in his room based on techniques he learned from a YouTube video. He said the flare was larger than he thought it would be, but this was the first time he attempted to create one. BRUNSON said he had not planned to cause damage to his room or hurt anyone. He said his purpose in experimenting with black powder was to replicate this flare during a weekend trip with friends at a cabin outside Boston, Massachusetts. BRUNSON showed agents a YouTube video titled "25 Pounds of Black Powder vs. iPhone 7 EXPERIMENT!," that he claimed he had previously researched on his electronic devices, suggesting that his plan was only to mimic an Internet prank. That video shows an individual incinerating an iPhone with black powder to determine if the iPhone will continue to function.

11.     While BRUNSON admitted to FBI agents that he purchased the materials to make black powder from Walmart, BRUNSON said nothing to agents about the fact that he attempted to conceal his identity in making the purchase of sulfur powder and potassium nitrate used in the black powder. Subsequent investigation has revealed that BRUNSON used a false name in ordering those items. In addition, BRUNSON concealed from agents his ongoing interest in

making explosive devices for the purpose of assisting in Armenian nationalist causes, and also for teaching others how to make such devices.

### *Brunson's Armenian Bomb Building Videos*

12.     Shortly after their interview with BRUNSON, agents obtained a search warrant to search the contents of a laptop found in his dormitory room.  A review of the laptop revealed no search history reflecting that BRUNSON searched for, or downloaded, the prank video "25 Pounds of Black Powder vs. iPhone 7 EXPERIMENT!," or any communications suggesting he was planning a black powder prank with friends at a cabin in Massachusetts.  However, among other things, the laptop contained approximately 10 videos in which BRUNSON is the narrator discussing how to form, fund and arm a revolutionary group.  The videos appeared to be made in May 2022, months before the explosion in his University of Chicago dormitory room.  Among other things, the videos show BRUNSON in front of a whiteboard lecturing as if he is an expert in these topics, and plainly seeking to assist Armenian speakers in the formation and operation of an armed militant terrorist organization.   In the videos he discusses appropriate names for revolutionary and terrorist organizations, their internal structures and rules, and how such operations should be funded.  He suggests that the acquisition of bombs and other weapons is expensive and difficult, and that lawful funding sources (such as membership dues) would be insufficient to meet the costs of acquiring arms.  He then proposes that funding for weapons be obtained by selling narcotics or committing robberies.

13.     Significant portions of the videos are focused on arming terrorist/revolutionary groups.  BRUNSON advocates the use of bombs as the weapons of choice.  He discusses the acquisition of bombs from illegal sources and the difficulty of transporting them across borders.  He then discusses the advantages and disadvantages of constructing different types of bombs.

6

Using a whiteboard to assist in his lectures, BRUNSON wrote "high explosives," and "HTMD"

[*sic*], "Semtex," and "C2," while discussing each in turn.  Semtex and C2 are common plastic

explosives.

14.    With regard to "HTMD" [*sic*], BRUNSON discusses the chemical make-up of

hexamethylene triperoxide diamine (better known as "HMTD"), and explains how the ingredients

are few and readily available.  However, he also explains that HMTD is a very volatile substance

and is particularly dangerous to work with and to transport.  He notes that new chemists or terrorists

could lose their fingers and even their lives in  making devices with HMTD.  He notes at one point

that he had started ordering the compounds which made up HMTD, but ultimately concluded that

the danger of devices made with HMTD outweighed the ease of making such a device.  On the

whiteboard, he crosses out "HTMD" [*sic*], and goes on to talk about more stable explosives.

Ultimately, he suggests that hand grenades are the preferable explosives.  He describes how a desk

can be booby-trapped with a grenade and tripped by someone opening a drawer.  Similarly, he

describes how a door could be rigged with a grenade and how to place the grenade for maximum

injury to the person triggering it.  At the end of one of the videos, Brunson states (translated from

Armenian), "I cannot say that the pistol does not have any use.  It has a big use. But I think that

now it is the age of bombs. It is the times of the bombs, because it is very easy to use, and I think

that it is already the time for the grenade."



*Brunson Discussing How to Formulate the Explosive HMTD*



*Brunson Discussing How to Rig a Door with a Grenade*

15. BRUNSON also discusses in his videos potential targets for assassination. He names a former Azerbaijani military official, and several political figures in Azerbaijan as appropriate targets. BRUSON also stresses that the Armenian language should be used by aspiring terrorists and revolutionaries. He noted, "the language of terrorism is Armenian, not English," because intelligence agencies will find it more difficult to monitor communications in Armenian. He said that an infamous group of Armenian American revolutionaries were caught because they spoke in English instead of Armenian. Notably, his bomb-making videos are in Armenian.

16. The search of his laptop also showed that BRUNSON conducted Google searches for items that could be used to build a bomb including searches for pipes, pipe plugs, and drills. For instance, several days before he made the video tutorials discussed above, BRUNSON searched for "how does a pipe bomb mailbox work." BRUNSON also searched for and purchased the "Department of the Army Improvised Munitions Handbook." The Army Improvised Munitions Handbook is a technical manual intended for the U.S. Army Special Forces which describes the manufacture of various types of ordnance from readily available materials, junk piles, common household chemicals and supplies purchased from common retail stores. Among other things, that manual contains instructions on how to make black powder and HMTD.

17. Agents also obtained a search warrant to search the contents of BRUNSON's mobile phone seized by the CPD shortly after the fire on January 2, 2023. Among other things, on February 2, 2022, Brunson sent a text message to an unidentified individual conveying his desire to join a "fedayis." According to open-source materials Armenian Fedayis historically were ethnic Armenians who formed self-defense units and irregular armed bands, with the aim of using force to defend Armenians from Ottomans and others, and creating an independent Armenian state.

Exh. B11

18.     During WhatsApp conversations in the fall of 2022, BRUNSON and two other close friends (referred to herein as "Individual A" and "Individual B") who were also ethnic Armenians and interested in the Armenian struggle in the disputed territory in Azerbaijan, messaged about their desire to create a militia-type camp for strategy, living, practice, and tactical/military training.  BRUNSON and Individuals A and B referred to themselves as "The Cell."  Subsequent investigation revealed that BRUNSON and Individual A unsuccessfully sought military training while on a trip to the disputed territory in Azerbaijan in the summer of 2022.  Moreover, during the summer and fall of 2022, BRUNSON and Individual A made inquiries about where to obtain weapons training in the United States or abroad.

19.     Less than one month prior to the January 2, 2023, incident, BRUNSON and Individuals A and B discussed their collective desire to desire to obtain bomb training.  Potential foreign locations for obtaining such training included Northern Ireland, Lebanon, and Iraq.  During this conversation, BRUNSON suggested that getting bomb training in the United States was possible, "[d]epend[ing] on what you're trying to make."  BRUNSON also noted that books on bomb making, "are pretty easy to access," but noted that obtaining the materials to construct some bombs would be difficult.

20.     A review of BRUNSON's phone and related telephone records showed that BRUNSON was on the telephone with Individual B when he was making the black powder. Shortly after the fire was detected he was on the telephone again first with Individual B and then, a bit later, with Individual A.  Text messages reveal that they sought to set up a group call.  After BRUNSON had departed the scene of the fire, without notifying police or emergency services, Individual A messaged BRUNSON about going over a plan. Several hours after the fire,

10

Exh. B12

BRUNSON messaged Individuals A and B, telling them to stop communicating with him as he is about to return to the scene of the fire to speak with law enforcement. In the hours after the dormitory room fire, BRUNSON also instructed Individuals A and B to delete communications which could be incriminating.

21. A review of BRUNSON's computer and phone also shows that throughout 2022, BRUNSON conducted searches for locations of Turkish and Azerbaijani diplomatic facilities both within the United States and abroad, including Boston and Washington D.C. Among his searches in December 2022 were: "residence of the Ambassador of Azerbaijan" and "residence of the Turkish Ambassador." Intermixed with these diplomatic facilities searches are searches for building access and grappling hooks. BRUNSON also conducted searches related to firearms, including laws related to handguns, sites which sold firearms, and the location of gun ranges. Relatedly, the week before he set off the black powder device in his dormitory room, BRUNSON conducted the following search, "if you shoot someone whos [*sic*] inside an embassy from outside of the embassy what country do you go to jail in." Additionally, BRUNSON searched for historical bombings that were carried out by the Armenian Revolutionary Federation (ARF) of diplomatic facilities in the United States and abroad. Open-source reporting links the ARF and associated sub-groups to bombings within the United States in the 1970s and 1980s in response to the Armenian genocide and related Armenian nationalist causes.

22. On November 11, 2022, BRUNSON sent a text message to Individual B stating that he was sworn into the ARF. Subsequent investigation confirmed that he was inducted into the Chicago branch of ARF, and that the ceremony was performed over a firearm. Brunson also

Exh. B13

shared a photo of a bullet with the numbers 11/11/22 on it that he had been given by the ARF when he was inducted.  This bullet was found in BRUNSON's Room after the explosion:



***BRUNSON Sets off Logan Airport Bomb Detection Machine,
Continues to Conceal Bomb-Making Efforts***

23.     After the explosion in his dormitory room, BRUNSON left the University of Chicago, and moved back in with his parents at the family home in Newton, Massachusetts. That was his primary residence from on or about January 2023, until August 20, 2023.

24.     On August 20, 2023, BRUNSON was scheduled to fly out of Boston Logan International Airport to Paris with an onward connection to Yerevan, Armenia.  On August 20, he was traveling with his grandmother and a female family friend.

25.     After BRUNSON and his traveling companions checked their bags, the luggage was screened by Transportation Security Administration ("TSA") officials.  TSA officials swabbed exterior portions of one bag checked by BRUNSON for explosive materials, and it set off an alarm which indicated the presence of HMTD.  In addition, in a second bag checked to one

12

of BRUNSON's travelling companions, but plainly containing items owned by BRUNSON, a used pair of men's dress shoes were swabbed for explosives and set off an alarm on a second testing machine which also indicated the presence of HMTD.[2]

26.     BRUNSON was interviewed by Department of Homeland Security U.S. Customs and Border Protection ("CBP") officials at Boston Logan International Airport after he had checked in.  After BRUNSON answered questions about his travel plans, he was told by CBP that his luggage tested positive for an explosive material.  BRUNSON falsely denied ever handling a firearm or explosive.  BRUNSON also falsely denied ever being in a place where firearms or explosives were used or handled.  BRUNSON also falsely claimed to have no reason to know why his belongings would test positive for explosive material.

27.     I know from my training and experience, and speaking with FBI bomb technicians that HMTD is a synthesized explosive made from three commercially available products: Hexamine (found in camping fuel stoves and elsewhere); Hydrogen Peroxide (found in pool supplies and elsewhere); and Citric Acid (found in over-the-counter supplements and elsewhere). (These are the same ingredients listed by BRUNSON in his training videos described above.) However, HMTD is extremely sensitive to heat, shock, and friction, and thus is generally too unstable to use in commercial, industrial, or military explosives.  Instead, it is more typically known to be used in unlawful improvised explosive devices as the primary explosive.  While HMTD has been found from time to time in illicit bomb-making locations, it is very unusual to

---

[2] These items were subsequently sent to an FBI laboratory for further testing.  The FBI laboratory did not detect the presence of HMTD on either item.  However, the FBI analysis equipment was set to measure substances in parts per million.  The equipment used at Boston Logan International Airport tests for trace amounts of explosives which are present in parts per billion.  Moreover, the swabbing technique used at the airport could have removed all traces of the HMTD prior to the items being sent to the FBI laboratory.

13

find it on a checked bag in the United States. I know from my discussions with the FBI bomb technicians and others, that neither the precursor chemicals used in HMTD, nor other commonly available substances would result in a positive test for HMTD on the equipment used by TSA at Boston Logan International Airport.

### *Search of Brunson's Newton Home Reveals Explosive Recipe*

28.  On August 23, 2023, law enforcement agents executed a search warrant on Brunson's family home in Newton, Massachusetts, to search for bomb-making materials and other related items.  In Brunson's bedroom, officers found a notebook in which there were not only notes of the precursor chemicals making up HMTD, but also a detailed formula for making the explosive:



29.  In addition, a State Police bomb dog was used to sweep the house. The bomb dog alerted on three locations in BRUNSON's bedroom but not in any other location in the house.  The

Exh. B16

bomb dog alerted on two canvas briefcases which were on the floor of BRUNSON's room, and a set of drawers in BRUNSON's closet.[3]

30.    Upon his departure from the United States in August 2023, Brunson told CBP that he was going to Yerevan to attend the American University of Armenia.  Information recently obtained indicates that he remains in Armenia.  Efforts have been made recently to encourage Brunson to return to the United States to meet with agents regarding the conduct described herein.  Through a representative, Brunson has declined to return.

## CONCLUSION

31.    Based on the foregoing, there is probable cause to believe that BRUNSON did: (1) beginning on or about January 2, 2023, and continuing through on or about August 20, 2023, knowingly and willfully falsify, conceal, and cover up by trick, scheme, and device one or more material facts in a matter within the jurisdiction of the executive branch of the Government of the United States, in that he, in response to questions by University of Chicago police, agents with the Federal Bureau of Investigation, and officers of the Department of Homeland Security Customs and Border Protection, knowingly and willfully concealed material facts related to his efforts to make explosive devices, in violation of 18 U.S.C. §1001(a)(1); and (2) on or about August 20, 2023, in response to questions by an officer of the Department of Homeland Security Customs and Border Protection, knowingly and willfully made a materially false, fictitious, and fraudulent statement in that he falsely denied ever being in a place where firearms or explosives were used or

---

[3] These items were subsequently sent to the FBI laboratory and were tested for the presence of HMTD.  Using a detection limit of parts per million, the FBI laboratory did not detect HMTD on the bags and drawers.

handled, and could not think of any reason why explosive residue was found on his belongings, in violation of 18 U.S.C. § 1001(a)(2).

Respectfully submitted,

_Thomas M. Dalton /by Paul G. Levenson_
Thomas Dalton
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to me telephonically
This 27th day of August, 2024

Hon. Paul G. Levenson
United States Magistrate Judge

16

Exh. B18

21

# EXHIBIT C

...ney-sparks-outrage-with-calls-for...genocide-against-armenians



# THE ARMENIAN REPORT

NEWS     WATCH     SHOP     SUBSCRIBE     ADVERTISE     ABOUT     CONTACT



**Aynur Baghirzade**
@BaghirzadeAynur

I think it's clear that we have to delete 🇦🇿 project as soon as possible.

They are incapable to accept their own crimes and to apologize, the only language they understand is the language of force.

🇦🇲 has always bogged down the region, we have to get rid of it to move forward

> 🙂 **Anushik Mkhitar** 🕊️ @Haybaji · Jan 7
> This is why Azerbaijan must be condemned for slaughtering and mutilating the civilians of Khojaly. This "smile to the camera" photoshoot moment makes it worse. Absolute disgrace. twitter.com/oflu1970/statu...

3:29 PM · Jan 7, 2024 · **36.6K** Views

💬 80     🔁 40     ♡ 57     🔖 12     ⬆️

Exh. C2

...e cookies on our website to see how you interact with it. By accepting, you agree to our use of such cookies. **Privacy Policy**

7:30

misfortune.. Ara, America, Europe ... help us
to defeat goat lovers.. we are so weak that we
can't even stand them... , they even
invaded our land .. 😂



**Observatoire d'armenophobie** @... · 2h    ...
An #armenophobic Azeri attorney (in
California) calling for the eradication of an
entire nation.
@StateBarCA would think about that?
Aynur Qafar Baghirzade
State Bar No. #332085
Address: 1968 S Coast Hwy # 2429, Laguna
Beach, CA 92651-3681
Phone: 619-630-6646
@ANCA_WR



Vaqif Sadıqov and PeoplePower follow
Aynur Baghirzade
@BaghirzadeAynur

I think it's clear that we have to delete 🇦🇲 project as soon as possible.

They are incapable to accept their own crimes and to apologize, the only language they understand is the language of force.

🇦🇲 has always bogged down the region, we have to get rid of it to move forward

Anushik Mkhitar 🦋 @Haybaji · 21h
This is why Azerbaijan must be condemned for slaughtering and mutilating the civilians of Khojaly. This "smile to the camera" photoshoot moment makes it worse. Absolute disgrace. twitter.com/oflu1970/statu...

12:29 AM · Jan 8, 2024 · **6,089** Views



🖤 **Aynur Baghirzade** @Baghirza... · 16h
I think it's clear that we have to delete
🇦🇲 project as soon as possible.

They are incapable to accept their own...

💬          ↻ 7          ♡ 9          ᵢₗᵢ 181          🔖          ↑



↻   ⚫

**Bayraktar Kaan** reposted a reply to you
Sözünüzə qüvvət...

Exh. C3

youtu.be/...

# EXHIBIT D



# EXHIBIT E

◀ Safari   10:30

← **Post**



**ANCA**
@ANCA_DC                                    ···

Aynur Baghirzade, the CA lawyer who publicly
called Armenians a **"cancer"** and says it's time to
**"delete"** the Armenian project, is suing the ANCA
for not less than $500,000,000.

Her 58-page filing in the US District Court for the
Southern District of California is worth reading.

9:39 AM · 6/24/24 From Earth · **14K** Views

**27** Reposts  **7** Quotes  **128** Likes  **12** Bookmarks

💬        ↻        ♡        🔖        ⬆

**Most relevant replies** ⌄

. @anzuralhaqiqa · 6/24/24                    ···
1. Not only ANCA but google as well, which is
especially funny
2. She will eventually make a fool of herself.
PLEASE PLEASE PLEASE share the lulz!

💬 1        ↻        ♡ 6        ᵢₗᵢ 394        🔖   ⬆

**Levon** @levdem24 · 6/24/24               ···
Link to article please?

○        ↻        ♡ 1        ᵢₗᵢ 469        ⬜   ↑

Post your reply

🏠        🔍        ▢        👥        🔔        ✉

Exh. E2

# California attorney Aynur Baghirzade files $500,000,000 lawsuit against ANCA

**BAGHIRZADE HAS PUBLICLY CALLED FOR ARMENIA TO BE "DELETED"**

🕐 June 24, 2024    👤 The Armenian Weekly    💬 14



SAN DIEGO, Calif.—California attorney Aynur Baghirzade — who came to prominence earlier this year for publicly calling Armenia a "**carcinoma**" that needed to be "**deleted**" — has filed a lawsuit seeking half a billion dollars in damages from the Armenian National Committee of America (ANCA) and others that she claimed have misrepresented views and damaged her professional reputation. Her 58-page filing was submitted to the United States District Court for the Southern District of California on June 21.

Baghirzade's filing is available **here.**

# EXHIBIT F



✕    Уведомления

**ANCA** ✓
@ANCA_DC

**Follow**  ...

In response to US-based attorney
@BaghirzadeAynur (licensed in CA) openly calling
for #genocide of Armenians.

1) Twitter should ban her for inciting genocide
2) California State Bar should investigate her

Tweet:
x.com/BaghirzadeAynu...

Bio:
aynurimmigrationlaw.com/about-us

> 𝕏
>
> **Aynur Baghirzade**    ...
> @BaghirzadeAynur
>
> I think it's clear that we have to delete 🟥 project as soon as possible.
>
> They are incapable to accept their own crimes and to apologize, the only language they understand is the language of force.
>
> 🟥 has always bogged down the region, we have to get rid of it to move forward
>
> 6:29 PM · Jan 7, 2024 · **13.5K** Views

👤 ArmenianLegalCenter and 2 others

💧 **Aynur Baghirzade** @BaghirzadeAynur · 22h
I think it's clear that we have to delete 🟥 project as
soon as possible.

They are incapable to accept their own crimes and to
apologize, the only language they understand is the ...
Show more

11:01 PM · Jan 8, 2024 · **16.8K** Views

Post your reply

Exh. F2

11:27

← **Post**



**ANCA** ✔ @ANCA_DC · 7m

The most compelling argument for:

1) **The** @StateBarCA **disbarring** @BaghirzadeAynur, 2) @X **banning this CA licensed immigration lawyer**

Right here - her **one-hour genocidal rant** today on @XSpaces, raging against the very existence of #Armenia.





59:25

💬 1          🔁 3          ♡ 2          📊 188          🔖    ⬆️



**Aynur Baghirzade**
@BaghirzadeAynur                                    •••

I have a right under 1st amendment to express my opinion - and @StateBarCA cannot punish me for expressing my opinion. As to your

Post your reply

🏠          🔍          ▢          🔔          ✉️

1:06    LTE

← **Post**



**ANCA** ✓
@ANCA_DC

**A genocidal call to "get rid of" Armenia.**

By a California lawyer licensed by
@StateBarCA.

On a platform that prohibits incitement to violence.

**Not challenging this sort of venom normalizes the demonization of Armenians**, setting the stage for renewed anti-Armenian violence.



Aynur Baghirzade
@BaghirzadeAynur

+ for future attacks. Armenia today is the only obstacle on our way to join the entire Turkic 🌍 and unite, we have to get rid of it. All these loud talks, their toxic diaspora, peace games - it will bring nothing to us except repetition of the same cycle of abuse and bloodshed.

6:49 PM · 1/7/24 From Earth · **10K** Views

**1** Repost **14** Quotes **29** Likes **4** Bookmarks

Post your reply

Exh. F4

**ANCA**
42.9K posts

← 🔍 •••

**Posts**   Replies   Highlights   Media   Likes

⟨



↻ ANCA reposted

⭐ **Amy Tarkanian** ⭐ ✅ @Mrs... · 1/8/24   •••
Hey @X and @StateBarCA this vile person is
calling for #Genocide of Armenians. Her
account should be removed and her law
license revoked.

🌐 **ANCA** ✅ @ANCA_DC · 1/8/24

In response to US-based attorney
@BaghirzadeAynur (licensed in CA)
openly calling for #genocide of
Armenians.

1) Twitter should ban her for inciting
genocide
2) California State Bar should
investigate her

Tweet:
x.com/BaghirzadeAynu...

Bio:
aynurimmigrationlaw.com/about-us
x.com/BaghirzadeAynu...

𝕏                                                    📖

Aynur Baghirzade
@BaghirzadeAynur                                    •••

I think it's clear that we have to delete 🟥 project as soon as possible.

They are incapable to accept their own crimes and to apologize, the only
language they understand is the language of force.

🟥 has always bogged down the region, we have to get rid of it to move
forward

6:29 PM · Jan 7, 2024 · 13.5K Views

💬 10      ↻ 19      ♡ 58      ᴧ 4.5K      🔖      ⬆

🏠                                                                          Exh. F5

ANCA ✅ @ANCA_DC · 1/8/24
Congress can save Christian Armenians –

1:25    LTE



**ANCA** ✔
@ANCA_DC

Having repeatedly incited #genocide against Armenians - then doubled down on her calls to "delete" and "get rid of" Armenia - @BaghirzadeAynur is now ranting about some sort of great satanic replacement theory.

FYI: @StateBarCA

Background: x.com/ANCA_DC/status...



👤 ANCA and Armenian Bar Association

This Post is from an account you blocked.    **View**

11:34 AM · 1/11/24 From Earth · **2.8K** Views

**12** Reposts **1** Quote **43** Likes **2** Bookmarks



Post your reply

Exh. F6


@ANCA_DC

The most compelling argument for:

1) **The** @StateBarCA **disbarring**
@BaghirzadeAynur, 2) @X **banning this CA**
**licensed immigration lawyer**

Right here - her **one-hour genocidal rant**
today on @XSpaces, raging against the very
existence of #Armenia.



11:20 AM · 1/19/24 From Earth · **28K** Views

**54** Reposts  **14** Quotes  **174** Likes  **14** Bookmarks



Post your reply

Exh. F7

1:22    LTE

← **Post**


@ANCA_DC

A lawyer licensed in California - @BaghirzadeAynur - taking a break from calling for the genocide of Armenians (an act of moral turpitude punishable by @StateBarCA) - to host a Twitter talk (Jan 19th: 9:00 AM PST) to attack the @ANCA_DC.

Link: twitter.com/i/spaces/1RDGl...



👤 ANCA


Post your reply

🏠    🔍    ▱    🔔¹    ✉

Exh. F8

**1:22**    LTE

← **Post**                                                    ‹


@ANCA_DC

A lawyer licensed in California - @BaghirzadeAynur - taking a break from calling for the genocide of Armenians (an act of moral turpitude punishable by @StateBarCA) - to host a Twitter talk (Jan 19th: 9:00 AM PST) to attack the @ANCA_DC.

Link: twitter.com/i/spaces/1RDGl...



Aynur Baghirzade @BaghirzadeAynur · 10h
By corrupting organisations, politicians, state agencies ANCA is trying to turn America into totalitarian state where it can dictates its rules.

That's why Yelp is important ... Yelp can silence businesses... All of them...

♡ 20        ⇄ 3         ♡ 31        ᵢₗᵢ 1.2K

Aynur Baghirzade @BaghirzadeAynur · 12h
Set a reminder for my upcoming Space! twitter.com/i/spaces/1RDGl....

Hi, we will talk on January 19, 9:00 a.m. California time on ANCA, my experience, resources and network for help. It will be evening time for those who are in Turkey and Azerbaijan. Please join me this Friday.

🔵 Aynur Baghirzade  Host

**ANCA's actions – resources, network, materials and etc.**

Tomorrow at 12:00 PM

✔ **Reminder set**

♡ 1        ⇄ 4         ♡ 14        ᵢₗᵢ 454

👤 ANCA


Post your reply

🏠    🔍    ▢    🔔¹    ✉

Exh. F9

9:09

## Post



**ANCA** ✓ @ANCA_DC · 19h    ...
NEW RULE:

Lawyers licensed by the California State Bar are permitted to publicly call for the genocide of Armenians.

- See listing of Aynur Baghirzade's (@BaghirzadeAynur) genocidal tweets (below).

- See @StateBarCA response to complaint (graphic).



State Bar of California permits **genocidal threats** by licensed lawyer against Armenians

ANCA



🌐 **ANCA** ✓ @ANCA_DC · 1/26/24

The growing wave of online anti-Armenian hate - if not confronted aggressivel... Show more

💬 14        🔁 14        ♡ 40        📊 4.6K        🔖    ↑



**Dr Hyelander** 🇦🇲🪚 @Helioprog... · 16h
It's simple, Armenians are not a group the
@StateBarCA cares enough for to limit

Exh. F10

← **Post**



**ANCA** ✓
@ANCA_DC

Three points:

1) Calling out genocidal incitement is not a threat. Just the opposite

2) Genocidal threats represents rightful grounds for a @StateBarCA moral turpitude investigation

3) Her doubling down on genocidal threats (see screenshot) simply adds to the case for action



Aynur Baghirzade
@BaghirzadeAynur

Armenians threatening me with disbarment.

Once again Armenian project must be deleted. Now, go and complain..

4:19 PM · Jan 8, 2024 · **15.4K** Views

💬 81        ⟲ 14        ♡ 122        🔖 8        ↥



🏳️ **ANCA** ✓ @ANCA_DC · 1/9/24
Calling on @StateBarCA to investigate whether

Post your reply

🏠    🔍    ◻    🔔¹    ✉

Exh. F11

1:30

 **ANCA** ✔️
@ANCA_DC

One more reason to call on @StateBarCA to investigate whether a CA licensed lawyer @BaghirzadeAynur publicly calling to "delete" & "get rid of" Armenians (or any nation or ethnicity) represents an act of moral turpitude meriting formal disciplinary action. #retweet

> 🔴 **U.S. Azerbaijanis Network** @USA... · 1/9/24
>
> #ArmenianLobby in U.S. & worldwide is known for attempts to intimidate, harass & resort even to physical actions, such as bombing of a #Jewish professor Shaw, hitting #Turkish diplomats at @USC, burning an annual Turkish students party, etc. Here they try the same with 🇦🇿 lady.

@BaghirzadeAynur (licensed in CA) openly calling for #genocide of Armenians.

1) Twitter should ban her for inciting genocide
2) California State Bar should investigate her

Tweet:
x.com/BaghirzadeAynu...

 Post your reply

        

Exh. F12

1:30    LTE



**ANCA** ✔
@ANCA_DC

Calling on @StateBarCA to investigate
whether a CA licensed lawyer
@BaghirzadeAynur publicly calling to **"delete"
& "get rid of" Armenians** (or any nation or
ethnicity) represents an act of moral turpitude
meriting formal disciplinary action.

Link:
x.com/ANCA_DC/status…



🔴 **ANCA** ✔ @ANCA_DC · 1/8/24

In response to US-based attorney
@BaghirzadeAynur (licensed in CA) openly
calling for #genocide of Armenians.

1) Twitter should ban her for inciting genocide
2) California State Bar should investigate her

Tweet:
x.com/BaghirzadeAynu…

Bio:
aynurimmigrationlaw.com/about-us x.com/
BaghirzadeAynu…

𝕏

Aynur Baghirzade
@BaghirzadeAynur                          …

I think it's clear that we have to delete 🏳️‍🌈 project as soon as possible.

Post your reply

Exh. F13

42

# EXHIBIT G

Google

 

aynur baghirzade

President and Minister of Foreign Affairs in one helicopter within one day... Karma is a b@tch...



Instagram · armenian_national_committee
310+ likes · 4 months ago

## ANCA | The most compelling argument for: 1) The the State ...



... : 1) The the State Bar of California disbarring **Aynur Baghirzade**, and 2) Twitter banning this CA licensed...".



The Armenian Report
https://www.thearmenianreport.com › post › california-...

## California Attorney Sparks Outrage with Calls for Genocide ...

Jan 8, 2024 — Licensed California attorney **Aynur Baghirzade** has posted a disturbing call for genocide against Armenians on her personal X account. The ...



Instagram · aynurbaghirzade
20+ followers

## Aynur Baghirzade (@aynurbaghirzade)

29 Followers, 14 Following, 3 Posts - See Instagram photos and videos from **Aynur Baghirzade**

Exh. G2



BAGHIRZADE. Tel: 619-630-6646 ·
attorney@aynurimmigrationlaw.com. Instagram.
Facebook · Twitter ...



Instagram · armenian_national_committee
310+ likes · 4 months ago

### ANCA | The most compelling argument for: 1) The the State Bar of California disbarring Aynur ...



... : 1) the the State Bar of California
disbarring Aynur Baghirzade, and 2)
Twitter banning this CA licensed...".



Instagram · armenian_national_committee
740+ likes · 4 months ago

### California attorney Aynur Baghirzade tweeted an open call for #genocide ...

748 likes, 83 comments - armenian_national_committee on January 8, 2024: "California attorney Aynur Baghirzade tweeted an open call for ...



The Armenian Report
Jan 8, 2024 · www.thearmenianreport.com

### California Attorney Sparks Outrage with Calls for Genocide Against ...

Licensed California attorney Aynur Baghirzade has posted a disturbing call for genocide against Armenians on her personal X account. The ...





Instagram · aynurbaghirzade
20+ followers



🔒 Q aynur baghirzade

Exh. G3

# EXHIBIT H



6:26

Edit                    All        Missed

+1 49618228389                    Monday  ⓘ
P Junk

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

No Caller ID                      Monday  ⓘ
P unknown

Favorites   Recents   Contacts   Keypad   Voicemail  8

Exh. H2

6:14

# [Immigrationservices] Contacts - new submission  Inbox

 **Death To Aynur**  6:13 PM
to me ⌄

**Death To Aynur** just submitted your form: Contacts
to Immigrationservices

### Message Details:

Message: Rip

First Name: Death

Last Name: To Aynur

Email: Deathtoaynur@gmail.com

Subject: Rip your career

Reply to this email directly or via Wix inbox:

Respond Now

If you think this submission is spam, report it as spam.

Exh. H3

**6:35**



## Todd's review



**Todd H.**

⬚ 0  ⭐ 3  ⬚ 0

• • •

⭐⬚⬚⬚⬚  1/8/24

I will be in the area to give this law office a visit soon with rest of the Armenians. You gonna learn real soon not to mess with Armenians.  Artsakh is Armenia.

| Comment | Direct message |



| Add a public comment | 5,000 | ➤ |

🏠 Home    📢 Yelp Ads    🏪 Biz Info    📥 Inbox **1**    🔔 Notifications    ☰ **More**

Exh. H4

2:10

← **Post**



**VtotheG**
@GVtothe                                    Follow    ...

Calm down twitter fingers, you are eventually
gonna run into an armenian living in cali and
meet your faith. Karma is real and your name
is on her list, be ready

1:53 AM · 1/9/24 From Earth · **9** Views

                

Post your reply

                

Exh. H5

3:17

# [Immigrationservices] Contacts - new submission  Inbox

M  **Monte Melkonyan**  3:09 AM
to me ⌄

**Monte Melkonyan** just submitted your form: Contacts
to Immigrationservices

### Message Details:

Message: Stop crying like a jew on twitter

First Name: Monte

Last Name: Melkonyan

Email: monte@melkonyan.com

Subject: You know me ?

Reply to this email directly or via Wix inbox:

**Respond Now**

If you think this submission is spam, report it as spam.

Exh. H6

7:17

← **Post**

**Vov'na**
@vov_na                                    Follow    ...

Don't worry, when you become homeless in the states, you can go back to your totalitarian region filled with caspian turks called "azeri". Your ruler will feed you some caviar and pet you in the head for being a racist cunt against Armenians. You'll get a mini Safarov treatment.

5:07 AM · 1/9/24 From Earth · **31** Views

**2** Reposts  **2** Likes

Post your reply

Exh. H7

7:50

←      **Post**

**Financial Penguin** ✔
@FinancialPeng

**Follow**    ...

Everyone, her State Bar of California
@StateBarCA license number is 332085.
Please file a complaint at calbar.ca.gov/
Portals/0/docu...

7:49 AM · 1/9/24 From Earth · **2** Views

💬      ⇄      ♡      🔖      ⬆

Post your reply

    

Exh. H8

8:26    53



← **Post**

**Chelsea Hart** ✓    [ **Follow** ]    ···
@chelseahartisme

If you'd like ask the California bar how to file
a misconduct complaint, here is the number.

Ask them if genocide glorification disqualifies
someone from overseeing  the needs of
vulnerable refugees and political asylum
seekers.

> How to file an attorney
misconduct complaint: Call 800-
843-9053 for help

8:21 AM · 1/9/24 From Earth · **80** Views

**1** Like

Post your reply



Exh. H9

3:39

< **Voicemail**

To retrieve a voicemail first set a
password and greeting.

Business

**+1 (818) 930-6026**
P Agoura Hills, CA
January 9, 2024 at 2:53 PM

0:00                                         −0:24

                      

**Transcription**

" Yeah, I wanna call say I saw what you tweeted
on Twitter You can't tweet that kind of stuff
people will come after you Good luck Do you
think that you think that since you guys killed a
lot of people you can just say whatever you
want and no one 's gonna come after you think
again…"

Was this transcription useful or not useful?

                                    
Favorites        Recents        Contacts        Keypad        Voicemail

Exh. H10

3:39

 Voicemail

To retrieve a voicemail first set a
password and greeting.

Business

**+1 (805) 399-5767**
Ⓟ San Miguel, CA
January 9, 2024 at 1:57 PM

 

0:00                                    −0:10

             

**Transcription**
" Fucking Nager We're gonna tell you your
entire family..."

Was this transcription useful or not useful?

            
Favorites   Recents   Contacts   Keypad   Voicemail

Exh. H11

3:40

< Voicemail

To retrieve a voicemail first set a
password and greeting.

Business

**+1 (213) 810-5625**
P Los Angeles, CA
January 8, 2024 at 11:53 PM

0:00                                                                −0:13

**Transcription**
" You a pic Police Piece of shit…"

Was this transcription useful or not useful?

Favorites     Recents     Contacts     Keypad     Voicemail

Exh. H12

8:00

# Post

**Alen**
@SenorAlenn

Follow ···

Google operating NEMESIS...work of art. We're working on a new list, dont worry, washed up attorneys arent on it.

9:20 AM · 1/18/24 · **3.6K** Views

**3** Quotes  **6** Likes

**This post has been deleted.**

Post your reply

Exh. H13

2:12 

58

Shoot in the breeze, 9 in the boot, full of trees
1 in the morning, catch me with a gun on the corner
Let you know it's all real and you can front if you wanna
I understand, fuck it dog, die in the can
I say you pussy, you won't die for your right-hand man
As well as your left, niggas trip, fell into death
They touch you, only thing else to say is fuck you

A-yo, y'all niggas ain't hardcore, all my niggas is homicide
What you know about getting shot, letting the drip dry
Letting the spit fly, seeing sparks whiz by
Putting a M*A*S*H on niggas like Klinger and Horgi
So soft you smushy, I blast 'til your shit is gushy
Should be the head Cat in the Broadway play, you pussy
Fuck with Sheek, Ouija board spell "Death"

You can talk that beef shit, I hope that deep shit
Be as deep as you inside the fucking cement
Or you can deep sea dive, with no scuba gear
I'll drown you with your snorkel on, bitch, breathe out of
there
Whole team rich, never seen a summer like this
Baking hot, and you can sled ride down my wrist, neck,
and hand
When it comes to coke, I can make a snowman, shit
Play in this shit make a angel with it

You got a gut feeling about shit, nigga, that means you
shot.

I'll tell you in your face, fuck you
Pull it off my waist, hit you up, fuck you
And watch you die on the street, fuck you
Whoever feel sad at the funeral, fuck them too





Exh. H14

8:02

← Edwin Mirzayans



# Edwin Mirzayans · 2nd

Helping B2B Companies Generate High-quality Leads I Lead Generation I Email Marketing I Content Creation I Data Licensing I Display Ads I Telemarketing

PMG360 - B2B marketing services in the USA · University of Maryland College Park

Yerevan, Armenia

**500+ connections**

 **Dilya Abdusamedova** is a mutual connection

**🔲+ Connect**    **Message**    **···**

**Providing services**
Lead Generation, Content Marketing, Email Marketing,...
**Show details**

# About

I'm Edwin, husband, father, and passionate about helping companies grow their sales pipelines. I am part of the great team at PMG360, a leading digital marketing and media company that helps B2B companies generate high...see more

 Home

 My Network

 Post

 Notifications

 Jobs

Exh. H15

5:47

new submission    Inbox

 **Solomon Tehlirian**  2:48 PM

to me

**Solomon Tehlirian** just submitted your form:
Contacts
to Immigrationservices

### Message Details:

Message: messagge

First Name: Solomon

Last Name: Tehlirian

Email: operation.nemesis@
deathtoazzeris.org

Subject: subject

Reply to this email directly or via Wix inbox:

**Respond Now**

If you think this submission is spam, report it as spam.

To edit your email settings, go to your Inbox on desktop.

Exh. H16