AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANTS ARMENIAN NATIONAL COMMITTEE OF AMERICA, ARAM HAMPARIAN AND ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date: January 30, 2025<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendants Armenian National Committee of America, Aram Hamparian, Armenian National Committee of America Western Region's Motion to Dismiss and Motion to Strike Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents:

1. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants being inseparable part of ARF, a true and correct copy of which was submitted to Court as an Exhibit B to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 128, ESF page No. 2277 - 2284);

2. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is previously added to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s motion to dismiss and judicial notice was requested, the same judicial notice is requested here for this document (Docket # 145, ECF page No. 2573 - 2576);

3. Case USA v. Stepanyan (2:21-cr-00188);

4. Case USA v. Mourad Topalian (Case No. 1: 99CR358);

5. Case USA v. Karnig Sarkissian, et al. (841 F.2d 959 (9th Cir. 1988);

6. Case USA v. Aram Brunson (1:24-mj-8504-PGL), a true copy of the criminal complaint and affidavit of which was added as an Exhibit B to Plaintiff's Opposition to Defendants' motion to dismiss and motion to strike.

2

DATED: January 13, 2025.

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*