AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>　　　　　　Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO CONTINUE DEFENDANT GREYSTAR CALIFORNIA INC.'S MOTON HEARING DATE**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. I filed a complaint on June 21, 2024, against numerous Defendants, including Doe Defendants (DOES 1-300).

3. On August 15, 2024, I filed a First Amended Complaint (FAC).

4. On October 2, 2024, I filed a Second Amended Complaint (SAC).

4. According to the process server Defendant Greystar California Inc., a Delaware Stock Corporation, was served on November 19, 2024 (Docket # 105).

5. Defendant filed an ex parte application for extension of time on December 11, 2024, 1 day later of the deadline for its response (21 days to respond to the complaint were over at that time) - Docket # 110 .

6. Defendant's motion for extension of time came before my motion for entry of default (Docket # 111 ) on December 11, 2024, because my Pacer account got restricted again at that time without any warnings and without any emails sent to me by the Pacer system because allegedly I didn't pay for the service while I updated my credit card in the system long time before the next round of automatic payments and the card had enough money (Docket # 115, Declaration of Aynur Baghirzade).

7. Afterwards, Judge granted Defendants' motion and allowed them 25-30 days extension to file their response (Docket # 117).

8. Defendant filed their response on January 6, 2025.

2

DECLARATION OF AYNUR BAGHIRZADE

24CV1077 RSH MMP

9. After previous order of the Judge on continuance I have now 3 motions to respond with the same deadline - January 27, 2025.

10. I have also another motion to respond with the deadline coming on January 22, 2025, and 5 days range between motions obviously are not enough to do the job without jeopardizing its quality and risking not to be on time.

10. I contacted Defendant to meet and confer on the matter on January 13, 2025. On January 14, 2025, Counsel for the Defendant responded that I allegedly didn't agree to give them an extension of time during conversation with them over the phone on January 3, 2025, which is not true. At that time there was only 3 days left till deadline for the Defendant to respond, and it was me who proposed the extension, on which Defendant responded that they are going to file their answer on January 6, 2025, even if I do not send them my settlement proposal by that time.

I declare under penalty of perjury and under the Laws of the United States that foregoing is true and correct. Executed on January 15, 2025, in San Diego, California.

By: *Aynur Baghirzade*
Aynur Baghirzade, the Declarant