

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA et al.,<br><br>Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION**<br><br>[ECF No. 151] |

On January 6, 2025, the Court issued an order granting in part and denying in part Plaintiff Aynur Baghirzade's *ex parte* motion to continue the noticed hearing date for Defendants Orange County Bar Association, Trudy Levindofske, Teresa Vuki's (collectively, "OCBA Defendants") motion to dismiss and Los Angeles County Bar Association, Seth Chavez, and Coco Su's (collectively, "LACBA Defendants") motion to dismiss. *See* ECF. No. 146. Plaintiff seeks reconsideration of that order. ECF No. 151.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust,

1

or (3) if there is an intervening change in controlling law. *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). None of these circumstances are present here. Plaintiff has not shown a valid basis for revisiting the Court's ruling granting in part Plaintiff's motion to continue the noticed hearing dates. Accordingly, Plaintiff's motion for reconsideration is **DENIED**. For the reasons stated in the Court's January 6, 2025 Order, Plaintiff must respond to the OCBA Defendants and LACBA Defendants' motions to dismiss by no later than January 27, 2025.

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____
Hon. Robert S. Huie
United States District Judge