AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, <br><br> Plaintiff, <br><br> v. <br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP <br><br> **DECLARATION IN SUPPORT OF THE PLAINTIFF'S MOTION TO RECUSE THE JUDGE** <br><br><br> Presiding Judge: Hon. Robert Huie <br> Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Motion to Recuse the Judge. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I filed this case on June 21, 2024, then amended it on August 15, 2024.

3. I filed a motion to move in forma pauperis on June 21, 2024 together with my complaint. Judge made an order on June 27, 2024, denying my motion because I didn't follow the required form.

4. I filed another motion on July 2, 2024, to move in forma pauperis, which was denied by this Court because "I have enough resources" while all my resources for the last month were granted and not earnings, Enterprise did and does everything to close all sources of my income.

5. Shortly afterwards I was faced with reluctance of the court to grant me access to the Pacer account. Before using the Pacer account for filing I was registered just to monitor the case and I was kicked out from the Pacer system several times for no reason - obviously the cartel didn't want me even to monitor the case.

6. I filed first time a motion for the leave of Court to file documents electronically on August 12, 2024, but was denied on August 13, 2024 - again according to the Judge's order because I allegedly didn't follow the form how to file this motion.

7. I filed a second motion for the leave of court to file documents electronically on September 17, 2024. At the same time summons which were returned to me executed by process servers and which I submitted to Court for

2

Declaration in Support of the Motion          Case No.: 3:24-CV-01077-RSH-MMP

filing were not filed to the system by Court until I several time called to the court staff - Clerk's office in highly inappropriate way was trying to persuade me that they don't understand my English.

8. Finally, on September 23, 2024, Court issued an order granting my motion to file documents electronically. However, when I tried to register in Pacer system as a pro se I couldn't do that, the system was directing me to contact Pacer system. I called to the Pacer customer service line and was explained that it is the Court which restricts my access to the system and they transferred the call to the Court.

9. My understanding was that I spoke to someone from the Court clerks' office and I was explained that there is a rule specific to this particular Court which requires me to register as an attorney in order to file documents electronically. This happened two days before previous deadline to file my opposition to Defendant Yelp's motion to dismiss. I was also explained over the phone that I will not be able to file my opposition in paper either because of the court's requirement for the attorneys to be registered to file documents online.

10. Further research by me revealed the fact that there was no Court order requiring an attorney to register in order to use Pacer system. Strangely enough, Judge Robert Huie showed no interest in why his order granting me an access to the Pacer system was not implemented. General Court order # 550 the court staff referred to has no obligation on the part of the attorney to undergo such registration to gain the access to the pacer system to file documents.

11. On or around October 22, 2024, when I tried to file a motion for default judgment for the Defendants LegalMatch California and Estrella Sanchez I revealed that LegalMatch California's summons filed by me before were missing from the docket and both summons were for Estrella Sanchez.

12. On or around November 6, 2024, when I tried to file my opposition to Defendants Armenian National Committee of America, Armenian National

Committee of America Western Region, Aram Hamparian, Yelp Inc. and Jeremy Stoppelman's motions to dismiss I couldn't find their motions in the system to file my opposition. Court explained it happening because of the "technical problems". Strangely enough, those technical problems happened always when I was required to file my oppositions to Defendants Yelp Inc., Jeremy Stoppelman, Armenian National Committee of America, Armenian National Committee of America Western Region, Aram Hamparian's motions to dismiss.

13. On November 6, 2024, I filed a motion requesting Court to investigate the cases of continuous interference with my Pacer account which was denied by this Court.

14. On December 11, 2024, when I needed to file a Request for Default for the Defendant Greystar California Inc., I noticed that I have no access to my Pacer account again. Pacer system without any email or warning restricted my account. I called and spoke to Pacer customer service and was explained that it is because I didn't pay - I changed the credit card in the system long time ago, right before the next cycle of payment, the card had more than enough funds and it was a good question why they didn't charge it on time and restricted my account right away without any warning, right before another deadline for me to file a document.

15. On December 23, 2024, when I was required to file my opposition to Defendants Yelp Inc. and Jeremy Stoppelman's motion to dismiss I discovered that I can't do that - my Pacer account was giving error messages for all my filings, even for the old filings previously successfully downloaded to the system. I sent all filings to Court asking for the help to file them electronically. On the following day, I called to Pacer customer service line which explained to me *that is is the Court which restricted my* account and I have to forward my questions to them. The similar confirmation I received from Pacer customer service in my email on or around December 31, 2024. For about 2-3 hours I was trying to get a hold on anybody from the Court's staff to have answers on my questions on what is going

4

on and finally I was advised that I have to bring my filings to Court in paper in order to file them. After the phone call, I started printing my opposition and after several pages were printed my printer stopped working. Direct Wi Fi for my printer was disabled, all my efforts to print were futile. I was also promised that the documents will be filed as of December 23, 2024. I was forced to go to FedEx office to print my opposition. Further, Court stamped my opposition with December 23, 2024 date but filed them to the system as of December 24, 2024. I was forced to file a motion asking for the leave of court to accept the filing to be filed as of December 23, 2024.

16.    It is also highly disturbing that the judge while considering my ex parte applications for continuance does everything to keep all dates in January while in January thanks to judge's efforts I have now 5 motions to respond. The last motion of Plaintiff asking to move two (!) motions of Defendants Los Angeles County Bar Association, Seth Chavez, Coco Su and Orange County Bar Association, Trudy Levindofske, Teresa Vuki to February was ordered by this Court to respond on January 27, 2025, while she will have another motion to respond to with the same deadline on January 27, 2025 - because another Defendant Greystar California Inc. has a deadline to file its motion on January 6, 2025. So, in Judge's opinion I have to respond to three motions with the same deadline while I have another motion to respond on January 22, 2025, and another one to respond on January 16, 2025, literally within 5 days I have to draft 3 motions and file them.

17.    Further research by me revealed the fact that Judge was nominated to his position by Biden administration and since Plaintiff is suing in this case ANCA, ANCAWR which are greatly supported by Democratic Party, Judge can't be impartial to my case.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on January 16, 2025 in San Diego, California.

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade, declarant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28