AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                     Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**CERTIFICATION IN SUPPORT OF THE DECLARATION TO RECUSE THE JUDGE**<br><br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Certification                                                               Case No.: 3:24-CV-01077-RSH-MMP

I certify that I am a Counsel of Record and a Plaintiff in the underlined case, I declare under penalty of perjury and under the Laws of the United States of America that Affidavit in Support of the Motion to recuse the judge was made in good faith. Executed by me on January 16, 2025, in San Diego, California.

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade, declarant