1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7              **UNITED STATES DISTRICT COURT**
8            **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  AYNUR BAGHIRZADE,                    Case No.: 3:24-CV-01077-RSH-MMP

11                 Plaintiff,           **DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S MOTION TO DISMISS**
12          v.
13  ARMENIAN NATIONAL
    COMMITTEE OF AMERICA, et al.,
14

15

16                                       Presiding Judge: Hon. Robert Huie
17                                       Magistrate Judge : Hon. Michelle M. Petit

18

19

20

21

22

23

24

25

26

27

28

                                     1

I, Aynur Baghirzade, declare as follows:

1.    I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants's Attorney Search Network and Jake Baloian's motion to dismiss.  I have personal knowledge of the facts set forth herein except  where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2.    When I signed the agreement with Defendants I didn't know and I didn't notice the arbitration clause in it - I knew about its existence only after I was called by the Counsel for the Defendants, obviously after Defendant got sued by me in this Court.

3.    In June 2023, I met with Fakhri Mirzaguliyev, a police officer present at the events near Azerbaijan Consulate in Los Angeles back in July 21, 2020. He informed that many participants got to the hospitals because of the injuries they sustained, but none of the assaulters were apprehended by LA police or prosecuted.

4.    On or around August, 2024, after I filed my complaint I was informed by some members of Turkish community that LA police can't find people who assaulted members of Turkish consulate late in September 2023, while having their footage and photos on their hands.

5.    From approximately 2022 I developed panic attacks as a result of Enterprise actions which became only worse in time.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed on January 22, 2025, in San Diego, California.


By: *Aynur Baghirzade*
*Aynur Baghirzade, a declarant*

2