1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7              **UNITED STATES DISTRICT COURT**
8              **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  AYNUR BAGHIRZADE,                    Case No.: 3:24-CV-01077-RSH-MMP

11                    Plaintiff,         **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANTS ATTORNEY SEARCH NETWORK AND JAKE BALOIAN'S MOTION TO DISMISS**

12           v.

13  ARMENIAN NATIONAL
    COMMITTEE OF AMERICA, et al.,

14

15                                       Date: February 5, 2025

16

17                                       Presiding Judge: Hon. Robert Huie
18                                       Magistrate Judge : Hon. Michelle M. Petit

19

20

21

22

23

24

25

26

27

28

1

Request for Judicial Notice                     Case No.: 3:24-CV-01077-RSH-MMP

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendants Attorney Search Network and Jake Baloian's Motion to Dismiss Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents/facts:

1. Information of Consulate General of Armenia to Los Angeles that California has the largest Armenian - American population and Los Angeles has the largest Armenian community in California, freely available at https://la.mfa.am/en/community-overview/.

2. Information placed by CBS news on its website that back in September 2023, three members of Turkish consulate were attacked in Los Angeles and police asked for the help to identify people on the photos, freely available at https://www.cbsnews.com/losangeles/news/police-seeking-group-of-suspects-who-allegedly-attacked-turkish-consulate-members-on-usc-campus/.

3. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants Armenian National Committee of America ("ANCA"), Aram Hamparian, Armenian National Committee of America Western Region ("ANCAWR") being an inseparable part of Armenian Revolutionary Federation ("ARF"), a true and correct copy of which was submitted to Court as an Exhibit B to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 128, ESF page No. 2277 - 2284);

4. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is previously added to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s motion to

2

Request for Judicial Notice                                    Case No.: 3:24-CV-01077-RSH-MMP

dismiss and judicial notice was requested, the same judicial notice is requested here for this document (Docket # 145, ECF page No. 2573 - 2576);

    3.    Case USA v. Stepanyan (2:21-cr-00188);

    4.    Case USA v. Mourad Topalian (Case No. 1: 99CR358);

    5.    Case USA v. Karnig Sarkissian, et al. (841 F.2d 959 (9th Cir. 1988);

    6.    Case USA v. Aram Brunson (1:24-mj-8504-PGL), a true copy of the criminal complaint and affidavit of which was added as an Exhibit B to Plaintiff's Opposition to Defendants' ANCA, Aram Hamparian and ANCAWR's motion to dismiss (Docket # 155, ECF page No. 2878 - 2895).

DATED: January 18, 2025.

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*