# EXHIBIT A



Aynur Baghirzade <contact@aynurlawyers.com>

## No referrals for three weeks
3 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                           Fri, May 12, 2023 at 12:00 PM
To: Jake Baloian <Jake@attorneysearchnetwork.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Hello Jake,

May I know why I don't get referrals from you for the last three weeks ? Is my account restricted ?

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Jake Baloian** <Jake@attorneysearchnetwork.com>                         Fri, May 12, 2023 at 12:26 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Attorney Baghizade

We just notified the referral team about the gap in referrals. Berenice and I are looking at reasons why.

Jake


Executive Director


*Find the Right Lawyer*

**MAILING ADDRESS:** 15021 VENTURA BLVD #880 | Sherman Oaks, CA 91403

**PHONE:** 800-215-1190 **EXT:** 604 | **DIRECT:** 818-962-7986 | **EMAIL:** JAKE@ATTORNEYSEARCHNETWORK.COM

## Exh. A2

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.



## Business Litigation referrals
4 messages

**Aynur Baghirzade** <contact@aynurlawyers.com>                                    Fri, Sep 29, 2023 at 4:07 PM
To: Berenice Arias <berenice@attorneysearchnetwork.com>

Good afternoon Berenice,

Hope this email finds you well.

Thank you for sending me referrals. I really appreciate your help to my practice in this regard.

Some referrals I get from you on Business Litigation have a defendant who is out of state or who lives in far cities of California for me - for instance, in San Francisco.

I know that you can't make a legal judgment regarding the case, but when a defendant is out of state there is usually nothing I can do unless long arm statutes are involved or if there is an express contract stating that the case must be considered in the local court. For the cases where the defendant lives in the cities far away from me there is a potential challenge visiting these cities if it is required by court. This was a reason why I couldn't retain any client from you on BL for the last couple of months.

Do you check the residency of the defendants when you do referrals ? Again, this email has nothing to do with your work,  it's just I get a lot of referrals where defendants are out of state residents.



--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                                    Tue, Oct 3, 2023 at 10:00 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Jake Baloian <Jake@attorneysearchnetwork.com>

Good morning Attorney Baghirzade,


You're welcome. I reviewed the notes per our initial conversations when you joined our service. I believe you mentioned you service LA, Riverside, San Diego, Orange County and also you could assist in the Bay Area (San Francisco). We do ask clients their location first, and then refer accordingly. If the caller is out of state, we do ask them where in California they would need an Attorney, then refer accordingly. Kindly, please advise if you would like me to make changes to the notes, so I can notify the team to refer cases in your preferred locations.


Berenice


## Berenice Arias

**Recruitment Manager**



**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068  | **EXT.** 620  |  **DIRECT:** 818-572-8127  | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

Exh. A3

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                    Thu, Oct 5, 2023 at 3:16 PM
To: Berenice Arias <berenice@attorneysearchnetwork.com>

Good morning Berenice,

The case is for the Business Litigation Matters the location of the Plaintiff (Complainant) is immaterial to me, what really matters is the location of the Defendant (a person on whom the Plaintiff has a complaint), because courts must have a jurisdiction over the Defendant, and if the Defendant is out of state it becomes difficult.

I received a lot of referrals from you where the opposing parties of the clients are in other states and there was no exception to allow me to take those cases and bring a lawsuit in California.

Yes, I want to focus on the cases only in Southern California - could you please amend my profile if something is different there ?  Please, do not send me customers whose case must be considered in courts of Northern California or in other states, because I will not be able to do that.

Also, please note that I've relocated to San Diego area, so you can refer to me the clients living in this area.

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof

[Quoted text hidden]
--

---

**2 attachments**



**image001.png**
13K

**image002.png**
1K

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                            Thu, Oct 5, 2023 at 4:13 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Attorney Baghirzade,

Thank you for your email. I updated the notes per your request that your focus of service is Los Angeles, Riverside, San Bernardino, Orange County and San Diego. I will notify the legal analyst team of your preferences and not to refer clients with cases in Northern California or out State. If you could please provide your San Diego address at your earliest convenience, that will be appreciated so I can update your profiles.

If there is anything else you may need, I am happy to assist.

[Quoted text hidden]

Exh. A4



Aynur Baghirzade <contact@aynurlawyers.com>

## Business Litigation panel
9 messages

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                           Mon, Oct 9, 2023 at 10:39 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good morning Attorney Baghirzade,

This is a courtesy follow up to see if you were able to review the business panel form and if you want me to make any changes. I was made aware you were not able to assist Mr. Mahnaz Lavasani regarding a patent litigation matter. Kindly, please advise if I take the business litigation panel off at your earliest convenience. I believe you mentioned you were not taking these cases per our last conversation, then you requested to see the panel forms for review and update.

I am happy to assist,

Berenice

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, October 6, 2023 3:48 PM
**To:** Evelyn Ramirez <Evelyn@attorneysearchnetwork.com>
**Subject:** Re: ASN Referral Confirmation Sheet

Thank you Evelyn,

I do not do patent law litigation. Please, see the areas of law we signed up for before referring to me clients.

## Berenice Arias

**Recruitment Manager**



**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

---

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

---

**From:** Berenice Arias
**Sent:** Friday, October 6, 2023 1:32 PM

**To:** Aynur Baghirzade <contact@aynurlawyers.com>
**Subject:** RE: Cases with no jurisdiction or no cases at all

Attorney Baghirzade,

Thank you for our phone conversation today. I have notified the legal analyst about this referral. We apologize for any inconvenience. Per your request, I am attaching the business panel form for your review. I am including a new panel form below. Please feel free to make any changes on the new form at your earliest convenience or if it is easier for you , just let me know what panels to remove and I will update your profile as soon as possible.

Berenice

---

### Minimum Standards to Qualify for Business Panel

*Please put a check mark next to the sub-panel that you qualify for.*

In order to qualify to the business panel applicant must meet the qualifications for at least one (1) of the following categories listed below. Furthermore, applicant must have supervised or personally performed all legal tasks in connection with meeting the requirements for the category for what he/she qualifies.

**Business Dissolution and Formation**
- Must have at least four (4) years of experience in this area of the law.
- Must have incorporated at least three (3) domestic corporations.
- Must have set up at least two (2) limited or general partnerships.

**General Contracts**
- Must have at least four (4) years of experience in this area of the law.
- Must have drafted at least five (5) business contracts within the last three (3) years.

**Litigation**
- Must have at least four (4) years of experience in this area of the law.
- Within the past three (3) years, applicant must have been counsel of record and personally prepared or supervised the preparation of at least three (3) contested business matters of which at least one (1) proceeded through trial.

**Non-Profit Organizations**
- Must have at least three (3) years of experience in this area of the law.
- Must have incorporated two (2) domestic non-profit corporations within the past three (3) years.

**Securities**
- Must have at least five (5) years of experience in this area of the law.
- Client must have completed at least two (2) of the following:
- Appearing in front the Securities Exchange Commission.
- Successfully sued a Stock Broker for misrepresentation, negligence or fraud.
- Filing of proxy material under applicable law.
- Filing of a Schedule 14D under the 1934 Act.
- Preparation or handling of an annual report.

Please specify if you do not qualify for a specific sub-panel and believe that you have enough experience and knowledge to receive referrals.

Sub-panel(s) name *Non-Profit Organizations*
Please specify the Standard(s) not met *3 years of experience, I have it , Securities - most of my experience at receiver*

Please attach a separate sheet stating the reasons why you believe that you should receive referrals in this area of the law.

**I certify under penalty of perjury that I meet all the requirements and qualifications for this panel and sub-panel(s) for which I have applied.**

*Aynur Baghirzade*          *Aynur*          02.10.2023
Attorney Name          Attorney Signature          Date

---

https://attorneysearchnetwork.com/application/panels/Business_Law.pdf

## Berenice Arias

**Recruitment Manager**



**Attorney Search Network**
*Find the Right Lawyer*

**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

Exh. A6

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, October 6, 2023 1:15 PM
**To:** Jake Baloian <Jake@attorneysearchnetwork.com>; Berenice Arias <berenice@attorneysearchnetwork.com>
**Subject:** Cases with no jurisdiction or no cases at all

Hi Jake and Berenice,

May I know the reason why despite my numerous requests I still get from you hopeless cases or out of state cases which have to be assisted by the lawyers from other states ? Why are you wasting my referrals and my time ?

Since I couldn't explain to you that I can't assist someone whose case must be considered by the court out of California may I request to take me out of the referral list for Business Litigation and refer to me only cases in Immigration Law ?

Please stop sending me cases in Business Litigation.

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

Law Offices of Aynur Baghirzade, Esq.

1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651

Tel: 619-630-6646; E-mail: contact@aynurlawyers.com

www.aynurlawyers.com

www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

📄 **Application.pdf**
3628K

Aynur Baghirzade <contact@aynurlawyers.com>                                    Mon, Oct 9, 2023 at 10:45 AM
To: Berenice Arias <berenice@attorneysearchnetwork.com>

Hi Berenice,

I am quite surprised that I am getting from you referrals for parent litigation. Patent Law is not in my list of referrals  and it is actually part of Intellectual Property panel, not Business Law.

My genuine question is do you have shortage of business law referrals in South California that you send me referrals from other panels and from the clients who need litigation in North California or even in other states ?

Please, give me one more day to review the papers you sent to me to make a decision.

Thanks,

Aynur
[Quoted text hidden]

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                    Mon, Oct 9, 2023 at 11:55 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Attorney Baguirzade,

The referral was sent to you under Business litigation panel. I will speak to the analyst about this, she probably got confused because it was a business to business matter involving a patent. You are correct, you are not on the intellectual property panel. The answer to your question would be no, we are not sending you referrals for other panels of law or clients in northern California or clients out of state because we have a shortage of business referrals in Southern California, we continue to receive calls from people looking to speak to a business Attorney in Southern California. Thank you for reviewing the panel forms. Also, if you could please provide with your San Diego address at your earliest convenience so I can update your records it will be appreciated, your information is sent to clients with your Irvine address.

If there is anything else you may need. I am happy to assist.

Thank you,

Berenice

[Quoted text hidden]

[Quoted text hidden]

   [Quoted text hidden]

## Berenice Arias

**Recruitment Manager**



**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

---

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

---

**From:** Berenice Arias
**Sent:** Friday, October 6, 2023 1:32 PM
**To:** Aynur Baghirzade <contact@aynurlawyers.com>
**Subject:** RE: Cases with no jurisdiction or no cases at all

Attorney Baghirzade,

Thank you for our phone conversation today. I have notified the legal analyst about this referral. We apologize for any inconvenience. Per your request, I am attaching the business panel form for your review. I am including a new panel form below. Please feel free to make any changes on the new form at your earliest convenience or if it is easier for you , just let me know what panels to remove and I will update your profile as soon as possible.

Berenice

<div style="border:1px solid">

## Minimum Standards to Qualify for
## Business Panel

*Please put a check mark next to the sub-panel that you qualify for.*

In order to qualify to the business panel applicant must meet the qualifications for at least one (1)
of the following categories listed below. Furthermore, applicant must have supervised or
personally performed all legal tasks in connection with meeting the requirements for the category
for what he/she qualifies.

☒ **Business Dissolution and Formation**
✓ Must have at least four (4) years of experience in this area of the law.
✓ Must have incorporated at least three (3) domestic corporations.
✓ Must have set up at least two (2) limited or general partnerships.

☒ **General Contracts**
✓ Must have at least four (4) years of experience in this area of the law.
✓ Must have drafted at least five (5) business contracts within the last three (3) years.

☒ **Litigation**
✓ Must have at least four (4) years of experience in this area of the law.
✓ Within the past three (3) years, applicant must have been counsel of record and
personally prepared or supervised the preparation of at least three (3) contested business
matters of which at least one (1) proceeded through trial.

○ **Non-Profit Organizations**
✓ Must have at least three (3) years of experience in this area of the law.
✓ Must have incorporated two (2) domestic non-profit corporations within the past three (3)
years.

☒ **Securities**
✓ Must have at least five (5) years of experience in this area of the law.
    Client must have completed at least two (2) of the following:
✓ Appearing in front the Securities Exchange Commission.
✓ Successfully sued a Stock Broker for misrepresentation, negligence or fraud.
✓ Filing of proxy material under applicable law.
✓ Filing of a Schedule 14D under the 1934 Act.
✓ Preparation or handling of an annual report.

Please specify if you do not qualify for a specific sub-panel and believe that you have enough
experience and knowledge to receive referrals.

Sub-panel(s) name _Non-Profit Organisations_
Please specify the Standard(s) not met _3 years of experience, I have_
_b., Securities- want of enough experience 'n becoming._

Please attach a separate sheet stating the reasons why you believe that you should receive
referrals in this area of the law.

**I certify under penalty of perjury that I meet all the requirements and qualifications for this
panel and sub-panel(s) for which I have applied.**

_Aynur Baghirzade_  _(signature)_  _02.10.2023_
Attorney Name          Attorney Signature        Date

</div>

https://attorneysearchnetwork.com/application/panels/Business_Law.pdf

## Berenice Arias

**Recruitment Manager**



**Attorney Search Network**™
*Find the Right Lawyer*

**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named
recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient
is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail
or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies
thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other
communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the
communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

[Quoted text hidden]

**Aynur Baghirzade** <contact@aynurlawyers.com>                          Mon, Oct 9, 2023 at 4:10 PM
To: Berenice Arias <berenice@attorneysearchnetwork.com>



**image001.png**
13K

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                                     Mon, Oct 9, 2023 at 4:27 PM
To: Berenice Arias <berenice@attorneysearchnetwork.com>

Hello Berenice,

Thank you for sending me the Business Panel list I signed. Could you please remove litigation from the list ? All the rest could stay.

Also, I see from the list that I didn't sign up for nonprofit organizations' formation & dissolution, but I get referrals for them. Could you please make sure that I do not get them ?

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by
an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or
any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                                             Mon, Oct 9, 2023 at 4:40 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Jake Baloian <Jake@attorneysearchnetwork.com>

Hello Attorney Baghirzadeh,


Thank you for your email. I have notified the legal analyst about this referral, and to refer to a Patent Attorney. Thank you for sending your address, I will
update it.

[Quoted text hidden]

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                                             Mon, Oct 9, 2023 at 4:59 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Jake Baloian <Jake@attorneysearchnetwork.com>

Hello Attorney Baghirzade,


I removed business litigation from your profile, I will send a notification to the legal analyst team not to send you any nonprofit organizations' formation &
dissolution matters. I updated the notes in your profile.


Thank you,


Berenice


Berenice Arias

Hello Berenice,

Thank you for the clarification.

Last referral was not business to business involving a patent, it was about default judgment taken by the court in New York on someone's patent infringement and client was looking for a way to avoid this decision,  so it's a case which has to be referred to the Patent Lawyer. Neither the client, nor your analyst mentioned Patent during a phone conversation with me , so I was quite confused. She has to be referred to the Patent Lawyer - could you please inform her and take care of it ? Since no one informed me that it was a patent case I couldn't explain to the client what kind of lawyer she needs.

My current address is 1080 Park Blvd unit 806, San Diego CA 92101 - but this is temporary, I will leave it in a month or so. I will update you about my other address.

I'll send you an update about the Business Litigation panel shortly.

Thanks,

Respectfully,

Aynur Baghirzade, Esq.

Law Offices of Aynur Baghirzade, Esq.
1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651
Tel: 619-630-6646; E-mail: contact@aynurlawyers.com
www.aynurlawyers.com
www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**10 attachments**


image001.png
13K

image002.png
1K


image003.png
176K

image002.png
1K

image002.png
1K


image001.png
13K


image001.png
13K


image003.png
176K

image002.png
1K

Exh. A11

**Recruitment Manager**



Attorney Search Network™
*Find the Right Lawyer*

**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, October 9, 2023 4:27 PM
**To:** Berenice Arias <berenice@attorneysearchnetwork.com>
**Subject:** Re: Business Litigation panel

Hello Berenice,

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Berenice Arias

**Recruitment Manager**

**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, October 9, 2023 10:45 AM
**To:** Berenice Arias <berenice@attorneysearchnetwork.com>
**Subject:** Re: Business Litigation panel

Hi Berenice,

I am quite surprised that I am getting from you referrals for parent litigation. Patent Law is not in my list of referrals  and it is actually part of Intellectual Property panel, not Business Law.

My genuine question is do you have shortage of business law referrals in South California that you send me referrals from other panels and from the clients who need litigation in North California or even in other states ?

Exh. A12

Please, give me one more day to review the papers you sent to me to make a decision.

Thanks,

Aynur

On Mon, Oct 9, 2023 at 10:40 AM Berenice Arias <berenice@attorneysearchnetwork.com> wrote:

Good morning Attorney Baghirzade,

This is a courtesy follow up to see if you were able to review the business panel form and if you want me to make any changes. I was made aware you were not able to assist Mr. Mahnaz Lavasani regarding a patent litigation matter. Kindly, please advise if I take the business litigation panel off at your earliest convenience. I believe you mentioned you were not taking these cases per our last conversation, then you requested to see the panel forms for review and update.

I am happy to assist,

Berenice

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, October 6, 2023 3:48 PM
**To:** Evelyn Ramirez <Evelyn@attorneysearchnetwork.com>
**Subject:** Re: ASN Referral Confirmation Sheet

Thank you Evelyn,

I do not do patent law litigation. Please, see the areas of law we signed up for before referring to me clients.

## Berenice Arias

**Recruitment Manager**

**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068 | **EXT.** 620 | **DIRECT:** 818-572-8127 | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

**From:** Berenice Arias
**Sent:** Friday, October 6, 2023 1:32 PM
**To:** Aynur Baghirzade <contact@aynurlawyers.com>
**Subject:** RE: Cases with no jurisdiction or no cases at all

Attorney Baghirzade,

Exh. A13

Thank you for our phone conversation today. I have notified the legal analyst about this referral. We apologize for any inconvenience. Per your request, I am attaching  the business panel form for your review. I am including a new panel form below. Please feel free to make any changes on the new form at your earliest convenience or if it is easier for you , just let me know what panels to remove and I will update your profile as soon as possible.


Berenice



https://attorneysearchnetwork.com/application/panels/Business_Law.pdf



## Berenice Arias

**Recruitment Manager**


**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068  | **EXT.** 620  | **DIRECT:** 818-572-8127  | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

[Quoted text hidden]



--

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                                                                    Mon, Oct 9, 2023 at 5:14 PM
To: Berenice Arias <berenice@attorneysearchnetwork.com>

Excellent! Thank you!


Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail:** contact@aynurlawyers.com
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**4 attachments**



image001.png
13K

image002.png
1K

Exh. A14



| | **image001.png** |
| | 13K |

| | **image002.png** |
| | 1K |

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                                    Tue, Oct 10, 2023 at 10:05 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good morning Attorney Baghirzade, you're welcome.

[Quoted text hidden]

Exh. A15

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

## ASN Referral Confirmation Sheet
5 messages

---

**Diana@attorneysearchnetwork.com** <Diana@attorneysearchnetwork.com>
To: contact@aynurlawyers.com

Tue, Oct 24, 2023 at 9:57 AM



**Attorney Search Network, Inc. Lawyer Referral & Information Service.**
15021 Ventura Blvd 880, Sherman Oaks CA 91403
Toll Free: (800) 215-1190, Fax: **(818) 455-4549**

---

Member No: **1495**
License Number: **CA 332085**
**Aynur Qafar Baghirzade**
**Law Offices of Aynur Baghirzade**
**1080 Park Blvd.**
**Unit 806**
**San Diego, CA 92101-**
**Phone: (619) 630-6646**

Referral Made By: YS
SUBJECT: Confirmation Report
DATE: 10/24/2023

**FEE ARRANGEMENT:**
**Contingency _____%**
**Retainer $_____**
**Expected Total Fee $_____**
**Expected Length of Case _____**
**Other _____**
**NOTE: This Report is Due Upon Receipt. Please forward any Fees to ASN, Inc.**

Case ID #: **202310245022**
Date Referral: **10/24/2023**
Client Info:
Client Phone:
Client Alternate Phone:
Client Email:
Client Address:

Case Type: **BUSINESS - Securities (Stocks)**

Case Comments: **Business Law/ Investments.                    needs assistance recovering                    Please contact potential client. Box is full. Thank you.**

**It is my opinion that the client has a case worth pursuing.**
**Yes _____ No _____**
Status: **PENDING**
Change in Status (Please Check One):
**[ ] Retained Client.**
**[ ] Client may retain me.**
**[ ] Never retained.**
**[ ] Consultation ONLY. Consultation Fee: $_____**
**[ ] Have made NO contact with client.**

**I certify that the above statements are true to the best of my knowledge.**

_____
Signature              Date

**Comments:**

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: Berenice Arias <berenice@attorneysearchnetwork.com>, Jake Baloian <Jake@attorneysearchnetwork.com>

Tue, Oct 24, 2023 at 11:01 AM

Hello Berenice,

Could you please explain why I am still getting Business litigation cases despite my withdrawal from this panel? I left only Corporate & Business panel and the request below requires investigation & litigation.

Exh. A16

Also, have you renewed my address in the system? I do not live in Orange County.

Aynur
[Quoted text hidden]

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                                Tue, Oct 24, 2023 at 11:52 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>, Jake Baloian <Jake@attorneysearchnetwork.com>

Hello Attorney Baghirzade,


Good morning. I made the changes per your request on 10/09/23 and removed you from the business litigation panel. This referral was sent to you under the panel of Business-Securities (Stocks) related matters. Kindly, please advise if you would like me to remove this panel from your profile to avoid further confusions. I will speak to the legal analyst about this too.  Your address in San Diego had also been updated in our system. It is listed in the referral confirmation sheet below and on your online profile.


If you need anything else, I am happy to assist.


Thank you,


Berenice


## Berenice Arias

**Recruitment Manager**



**MAILING ADDRESS:** 15021 VENTURA BLVD # 880 | SHERMAN OAKS, CA 91403

**PHONE:** 800-475-6068  | **EXT.** 620  | **DIRECT:** 818-572-8127  | **EMAIL:** BERENICE@ATTORNEYSEARCHNETWORK.COM

---

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, October 24, 2023 11:01 AM
**To:** Berenice Arias <berenice@attorneysearchnetwork.com>; Jake Baloian <Jake@attorneysearchnetwork.com>
**Subject:** Fwd: ASN Referral Confirmation Sheet


Hello Berenice,


Could you please explain why I am still getting Business litigation cases despite my withdrawal from this panel? I left only Corporate & Business panel and the request below requires investigation & litigation.


Also, have you renewed my address in the system? I do not live in Orange County.

Exh. A17

Aynur

---------- Forwarded message ---------
From: <Diana@attorneysearchnetwork.com>
Date: Tue, Oct 24, 2023 at 9:57 AM
Subject: ASN Referral Confirmation Sheet
To: <contact@aynurlawyers.com>

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                       Tue, Oct 24, 2023 at 5:18 PM
To: Berenice Arias <berenice@attorneysearchnetwork.com>

Hello Berenice,

I don't know why your staff pretends not to be familiar with its job. I removed myself from the business litigation panel to avoid being subject to the abuse by your staff, but it looks like it didn't help. Stock securities matter would be relevant if the client's request was to draft an agreement or to help out to form a corporation or to invest money - none of those issues are relevant here. Client has a DISPUTE regarding his investment and wants to return it back - it means that he is looking for litigation.

I am drafting right now a complaint to the federal court on two other referral organizations - let me know if I have to join you.

Thanks,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Berenice Arias** <berenice@attorneysearchnetwork.com>                              Wed, Oct 25, 2023 at 10:46 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Jake Baloian <Jake@attorneysearchnetwork.com>

Hello Attorney Baghirzade,

Good morning. I have reviewed this with my director, and he is going to review and approve any referral before it is made to your practice. He has an MBA and is much more familiar with business litigation and security matters.

Best regards,

[Quoted text hidden]

Exh. A18

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

## Immigration Law panel
8 messages

---

**Aynur Baghirzade <contact@aynurlawyers.com>**        Tue, Nov 21, 2023 at 10:02 AM
To: Jake Baloian <Jake@attorneysearchnetwork.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Hello Jake,

I see the change in the number of referrals I am getting from you, since I opted to quit Business Litigation from your Business Law panel. I am also not getting referrals from you on Immigration Law for a while now.

Am I still on your Immigration Law panel, and if yes, why am I not getting them ?

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Jake Baloian <Jake@attorneysearchnetwork.com>**        Tue, Nov 21, 2023 at 4:21 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Attorney Baghizade


I reviewed your referrals. One thing I noticed is that you are in our Deportation category but not in the visa category. The visa category gets a lot more volume. Do you work on visa and citizenship issues?


Jake



**JAKE BALOIAN**
Executive Director

**Attorney Search Network**™
*Find the Right Lawyer*

---

**MAILING ADDRESS:** 15021 VENTURA BLVD #880 | Sherman Oaks, CA 91403

**PHONE:** 800-215-1190 **EXT:** 604 | **DIRECT:** 818-962-7986 | **EMAIL:** JAKE@ATTORNEYSEARCHNETWORK.COM

---

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from Attorney Search Network and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and any copies thereof from any drives or storage media and destroy all printouts of the e-mail or attachments. Non-binding communication: This, and all other emails, faxes, and other communications from Attorney Search Network are for information purposes only, and have no legally binding effect unless expressly stated otherwise in the communication being considered. A binding effect, if any, of one or more communications, in no way gives any binding effect to any other communications.

[Quoted text hidden]

---

**Aynur Baghirzade <contact@aynurlawyers.com>**        Wed, Nov 22, 2023 at 9:15 AM

Exh. A19

To: Jake Baloian <Jake@attorneysearchnetwork.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Hi Jake,

It's quite strange that I am only in your deportation category for immigration because I chose the entire Immigration Panel when I joined. Could you please explain how it happened ? Who is changing my choices without my approval ?

Could you please add me to the entire immigration panel and send me a confirmation ?

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.
[Quoted text hidden]
--

---

**Jake Baloian** <Jake@attorneysearchnetwork.com>                                         Wed, Nov 22, 2023 at 4:52 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Attorney Baghirzade

When you filled out the panel form, Visas was not check. I added it, that will increase the number of referrals you receive.

Exh. A20



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Missing referrals for Immigration Law Panel
1 message

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                              Tue, Dec 19, 2023 at 1:27 PM
To: Jake Baloian <Jake@attorneysearchnetwork.com>
Cc: Berenice Arias <berenice@attorneysearchnetwork.com>

Hello Jake,

I still do not understand why I am getting 0 referrals on Immigration Law.  Do you know when I start getting them ?

Also, there has been a tendency for the last couple of months when people you refer to me ask me for the contract, and then ask me for more time, and then refuse from my service because they found cheaper options and "cheaper" lawyers.

Do you have an Advisory Board there who suggests to the clients what are cheaper options in the market ? Do you understand that referring a client to multiple lawyers and suggesting to them cheaper options is a violation of Business & Professional rules ?

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

Exh. A21

# EXHIBIT B



## Attorney Search Network™
*Find the Right Lawyer*

### Membership Agreement

(THIS AGREEMENT MUST BE SIGNED AND DATED)

This agreement is made by and between the Attorney Search Network ("the Service") and ___Aynur  Baghirzade___ ("the Member"), in order to set forth the respective rights and obligations of the parties in connection with the member's participation in the Service. As a condition of participating in the Service, the Member agrees to the following conditions and covenants.

**1.** The Member represents that he or she has read the Attorney Search Network Rules and agrees to abide by them and by those that may be later adopted. The Attorney Search Network Rules are incorporated into this Agreement by reference. The Member further represents that he or she has read the State Bar of California Rules of professional conduct and agrees to abide by them.

**2.** For each person or entity ("the Client") referred to the Member, the Member shall personally conduct the initial consultation, up to half an hour without charge. For legal services rendered beyond the initial consultation, the Member shall establish with the Client in advance in a written retainer agreement the fees to be paid by the Client for the legal services to be rendered.

**3.** The Member shall pay to the Service percentage fees according to the schedule set for in Paragraph 6, below. These fees are based on the total attorney's fees, as defined in Paragraph 5, below, received for matters that arise from the subject matter of the original referral. If the Member provides further legal services for a Client received through the Service within three years of the initial consultation, there shall be an irrebuttable presumption that the matter that is the subject of the legal services arose from the subject matter of the original referral.

**4.** The Member understands and agrees that any referral(s) that the Member receives from the Service that result(s), directly or indirectly, in a single, multi-plaintiff and/or class action lawsuit, shall be considered a referral from the Service. All parties represented by the Member in the legal proceeding, including parties not initially referred by the Service but who subsequently retain the Member in connection with the legal proceeding, shall be considered as arising from the subject matter of the original referral and shall be included in the calculation of total attorneys' fees, as defined in Paragraph 5, below. The percentage fees payable to the Service shall be based on the total attorneys' fees collected in the legal proceeding, including attorneys' fees collected by any lawyer(s) or firm(s) with whom the Member associates in the case. In the event that the Member associates other lawyer(s) and /or Law firms to perform legal services for a client referred to the member by the Service, the member shall notify the service in writing within 15 days of such association.

### 5. "Total Attorneys' Fees" Defined

"Total attorneys' fees" are fees received by the Member, partners, or associates, or by any attorney to whom the case has been transferred, with or without the Service's consent. If the Member refers a Client referred from the Service to another attorney, the Member continues to be responsible for all percentage fees due to the Service. The percentage fees for which the Member is responsible are based upon the total attorneys' fees received by the Member and/or by any attorney(s) or law firm(s) to whom the Member has referred the Client ("the Member's Assignee(s)"), even if the Member receives no fees itself. The Member shall not pass percentage fees on to any Client, either directly or indirectly, through an increase in the rate that would ordinarily be charged for the matter, or in any other manner. The Service shall have earned its percentage fees when it refers a Client to the Member. If, subsequent to that referral, the Client pays attorneys' fees, and the language of this Agreement shall be construed to reflect that intent.

### 6. Percentage Fee Schedule

The Member shall pay the following percentage fees:



**PERCENTAGE FEES BY PANEL OF LAW**

**15%**
Bankruptcy
Class Action Lawsuits (certified)
Consumer Law
Intellectual Property
Immigration
Landlord/Tenant
Tax Law
Wills & Estate Planning

**20%**
Arbitration & Mediation
Business Law
Class Action Lawsuits
Criminal Law
Family Law
General Law
Juvenile Law
Labor Law
Malpractice (Legal, Dental, Medical)
PI/Torts Defense
Probate
Real Property
Social Security
Workers' Compensation
*Any other area of law not listed

**25%**
Personal Injury /Torts
Mitigation

**0%**
Modest Means
(Must be pre-approved by service)

**1 ASN Membership Agreement**

**7. Payment of Percentage Fees**

All percentage fees are to be paid to the Service within 20 days of receipt and/or at the time the quarterly report is due by the member and/or Member's Assignee(s) of the applicable attorneys' fees and are due whether or not the Member is participating in the Service at the time the attorneys' fees are received. An interest charge at the then maximum legal rate may be assessed on any fees not received by the Service within 60 days after receipt by the Member and/or the Member's Assignee(s) of attorneys' fees, such as interest accruing monthly from the date of such receipt of the attorneys' fees. Upon request, the Member shall provide the Service with copies of any retainer and/or fee agreements pertaining to a referral from the Service.

**8. Confidentiality Agreements**

Any confidentiality agreement entered into between a Client referred through the Service to the Member and an opposing party in connection with the settlement of a case referred to the Member shall make provision for disclosure of the settlement terms to the Service, which shall hold the terms of the settlement confidential.

**9. Auditing of Member Records**

The Member shall allow the Service or its agents to examine and audit the Member's financial or accounting records as they pertain to cases referred from the Service, and the legal files pertaining to referred Clients, if a question arises between the member and the Service with respect to fees owed to the Service, the Member shall make the files available in his or her office for review by the Service or its agents within 5 business days of notice from the Service of such an audit. The Member understands that the audit may include, but is not limited tom, chart of accounts, general ledger trial balance records, court filing records, calendars, appointment records, time sheets, docket sheets, engagement letters, fee agreements and contracts with Clients from the Service. All documents, files, communications and materials reviewed during an audit shall be considered and treated as confidential and shall be available for inspection only by the Service or its agents.

**10. Reporting Requirements**

The Member shall complete and return to the Service all reports required by the Service within 15 business days of receipt, including, but not limited to, Quarterly Case Status Reports and disposition reports, whether or not the member is still participating in the Service when the reports are due. In the event that the Member fails to return one or more reports pertaining to Clients referred by the Service within 60 days of receipt, the member agrees to compensate the Service at the rate of $100 per person-per-hour to the extent that the Service deems it necessary and spends to audit and/or investigate the outcome of each referred case and to collect any fees that may be owing by the Member to the Service. This fee shall be due in addition to any other percentage fees and shall be subject to the interest provision of Paragraph 7, above.

**11.** The Member shall immediately notify the Service should the Member become ineligible or unable to accept referrals. The Member shall notify the Service within 10 days of actual notice that a complaint has been filed against the Member with the State Bar of California, or like-licensing authority in any State, or that any complaint criminal in nature has been filed anywhere against the Member. The Member waives confidentiality for the State Bar of California to notify the Service of the status of any disciplinary proceeding pending against the Member. The Member understands that any disciplinary action taken against the member by the State Bar of California, or like-licensing agency in another State, whether public or private, shall result in the Member's immediate and permanent removal from the Service. If the Service becomes aware of a complaint or other notice pertaining to the Member that may adversely affect prospective Clients' perception of the Service if publicly known, the Executive Director or his or her designee may in his or her sole discretion suspend or remove the Member from the Service.

**12.** The Service and the Member shall submit any dispute between themselves, including disputes regarding fees owed to the Service, regardless of when the dispute arises, to binding arbitration by JAMS/Endispute, or such other independent arbitration service. The claimant first filing for arbitration shall select the independent arbitration service provided in this Agreement, arbitration will be conducted according to the rules and regulations of the arbitration service provider. Each party shall waive the statute of limitations as a defense in the arbitration proceeding if the commencement date of the arbitration is prior to the expiration of the statute of limitations.

**13.** The prevailing party in any proceeding or action arising out of or relating to this Agreement shall be entitled to receive its reasonable attorneys' fees and costs in connection with such proceeding or action.

**14.** The Member agrees to maintain errors and omissions insurance in the amount of not less than $100,000.00 for each occurrence and $300,000.00 aggregate per year. The Member further agrees to continue to maintain such coverage throughout representation of Clients referred by the Service to the Member. It is the Member's obligation to inform the Service of any changes to the Member's insurance policy, including termination or cancellation, during the Member's participation in the Service.

**15.** The Member represents that he or she is an active member of the State Bar of California, has not been previously removed from a panel of the Service, and maintains a law office in the county(ies) that he or she is applying for. The Member, represents that he or she is not the subject of any disciplinary proceedings by the State Bar of California or like-licensing authority in any state, has no criminal convictions or charges pending in any state, and has had no disciplinary proceedings adversely resolved against him or her which has or have resulted in public or private discipline by the State Bar of California or like-licensing authority in any state,

**16.** The Member represents that he or she will perform all services on behalf of the Client, and in the Member's relations with the Service, in compliance with the laws of and in the State of California, the Rules of Professional Conduct of the California State Bar Association, and the Rules of the Service. The Member agrees to indemnify, hold harmless, and defend the Service, its officers, directors, members, committees, and employees from any claim, demand, action, liability, expense, or loss resulting in while or in part from the Member's handling of any referral from the Service or by the Member's failure to comply with any provision of this Agreement:

**17.** The Member waives all claims against the Service, its officers, directors, members, committee and employees for any liability or loss arising out of the operation of the Service.

**18. Choice of Forum**

This agreement shall be governed by and construed in accordance with the laws of the State of California. Any arbitration proceeding and/or any other action arising out of this Agreement shall take place in Los Angeles County, California.

## 2 ASN Membership Agreement

**19. Entire Agreement; Severability, Section Headings**

This document constitutes the entire agreement between the parties. If any provision of this Agreement is unlawful, void or unenforceable, then that provision shall be deemed severable from the remaining provisions and shall not affect the validity and enforceability of the remaining provisions of the Agreement. Section headings of this Agreement are to facilitate reference, and do not convey legal meaning. Member acknowledges that has not received any type of promise, representation or guarantee regarding the referral(s) made by Service.

**20. Term of Agreement and Renewal of Membership**

The term of this Agreement shall commence on the effective date of this Agreement and shall continue until terminated by the Member or the Service. Annually, the Member may initiate renewal of his or her membership in the Service by timely remitting the Service's required annual membership fee. In deciding whether to renew the Member's membership for the next membership year, the Service may consider the Member's record with the Service including, but not limited to, the Member's willingness to meet with clients referred to his or her office, compliance with Service Rules, client survey responses, and other relevant information. The Member understands that renewal of his or her membership in the Service shall be in the sole discretion of the Executive Director of the Service or his or her designee.

**21. Ratings**

Member understands that in order to maintain the high quality of its membership and the confidence of the general public in the service, the Service rates its members based on the level of satisfaction reported in surveys by its referred customers as to the service provided by the members, and member understands that he/she will be so rated and agrees to such rating. The Service reserves the right to cancel the membership of any attorney who is not performing to the expectations of the service. Member understands that by signing this agreement he/she agrees to allow the service t share the surveys relating to him/her, and their results, with members of the general public who contact the Service in search of an attorney.

_____
**Your Initials**

**22. Effective Date**

Once approved by the Service, this Agreement shall be effective on the date signed by the Member below.

I certify under penalty of perjury that the information provided in the application form is true and correct with the laws governing the State of California.

_____        02. 10. 2023
**Signature**                          **Date**

_____        _____
**Print Name**                       **Firm Name**

**3 ASN Membership Agreement**

# EXHIBIT C

7:48

# Post

💬   🔁 1   ♡   📊 35   ⬆️

 **Didiko** @LiraObserver · 9h   •••


GIF   ALT   WHERE U AT ? IM COMING

💬   🔁   ♡ 4   📊 77   ⬆️

 **Pratik** @iampratikjpk · 8h   •••
Yeah and nazis were the multi- racial, most
democratic democratic, most liberal, jew
loving people

💬   🔁   ♡ 1   📊 34   ⬆️

 **Francis A** @Abbadonian · 9h   •••
You are aware that the Ottomans were
taken down by an unexampled rebellion
where all Arab tribes revolted against
them ?

Racism was their principal grief .

 Post your reply

🏠   🔍   👥   🔔   ✉️



Exh. C3

131130

BURBANK PRINTING • (818) 840-8013





# DEWEY PEST CONTROL
## PREPARATION / INSTRUCTION SHEET
### GEL BAIT APPLICATION FOR COCKROACHES
#### ALL BAITS WILL BE USED IN ACCORDANCE WITH MANUFACTURER'S LABEL

| YOUR APPOINTMENT IS FOR: | FOLLOW UP INSPECTION OR TREATMENT IF NECESSARY | *If There Is Any Changes Please Call:* |
|---|---|---|
| DATE:        TIME: | DATE:        TIME: | (        ) |

**TO WHOM IT MAY CONCERN:**
In order to give you the best possible service, with the least inconvenience to you, we would appreciate your cooperation with these instructions before and after our technician treats your premises. In the event that everything is not ready, another appointment will have to be made by the client, at an additional charge.
**Please take a few moments to read and become familiar with the content.**

## BEFORE

1. Any scrubbing or cleaning of cupboards, walls or shelves should be done before application occurs.
2. A bait application will be made to the top and lower corners of the cupboards. Please remove any items that would prevent us from treating these areas.
3. Remove all articles from underneath the kitchen and bathroom sinks in order to treat, under the sink, the corners, and the plumbing lines.
4. Remove all exposed food. Clean hidden areas, such as under the refrigerator and stove where food particles or debris may accumulate. This removes alternate food sources that may compete with the bait.
5. Remove bags and boxes and other items that may provide hiding areas for insects.
6. Be sure to tell the technician where you have seen cockroaches. This will help the technician place the bait in areas of cockroach activity, making the bait placement more effective.
**NOTE:** The bait will not adhere to greasy or dusty surfaces; therefore sanitation is extremely important in bait effectiveness.

### NOTE:
**Persons with ailing health, pregnancy, or infants must vacate for twenty-four (24) hours and or follow their doctor's advice.**

## AFTER

1. Do not move any bait/application. The bait should be left undisturbed. Avoid contact with skin and clothing.
2. Do not spray other insecticides after we have treated. This may reduce the attractiveness of the bait and interfere with its ability to kill cockroaches.
3. Cockroaches must feed on the bait for it to work. You many see dead cockroaches within 24 hours after the treatment, however, maximum control takes up to 2 – 4 weeks, depending on sanitation conditions.
4. Some cockroaches may die on their feet and appear to be alive. Do not be alarmed! This is a result of the unique mode of action of the active ingredient.
5. If five cockroaches are still present three weeks after the initial service, call us so we can determine what follow-up treatments may be required.

**NOTICE:  State law requires that you be given the following information**

CAUTION - PESTICIDES ARE TOXIC CHEMICALS. Structural Pest Control Companies are registered and regulated by the Structural Pest Control Board, and apply pesticides that are registered and approved by the California Department of Pesticide Regulation and the United States Environmental Protection Agency. Registration is granted when the state finds that based on existing scientific evidence there are no appreciable risks if proper use conditions are followed or that the risks are outweighed by the benefits. The degree of risk depends upon the degree of exposure, so exposure should be minimized. If within 24 hours following application you experience symptoms similar to common seasonal illness comparable to the flu, contact your physician or poison control center and Dewey Pest Control immediately. For further information, contact Dewey Pest Control. For Health Questions contact the County Health Department. For Application Information contact the County Agricultural Commissioner and for Regulatory Information contact the Structural Pest Control Board. **(SEE REVERSE SIDE FOR TELEPHONE NUMBERS)**

**The pest(s) to be controlled:  Cockroaches**
(The pesticides actually used will be checked here or left on a door hanger or service order.)

| | EPA# | | | EPA# |
|---|---|---|---|---|
| 1. Advion (Roach Gel Bait)  *(indoxacarb)* | 100-1484 | 6. Vendetta Plus Cockroach Gel  *(Abamectin B1, Pyriproxyfen)* | | 1021-2976 |
| 2. InVict Gold Cockroach Gel  *(Imidacloprid)* | 73079-10 | 7. | | |
| 3. Maxforce FC Select  (Roach Gel)  *(fipronil)* | 432-1259 | 8. | | |
| 4. Maxforce Impact Roach Gel Bait  *(clothianidin)* | 432-1531 | 9. | | |
| 5. Maxforce FC Magnum (Roach Gel)  *(fipronil)* | 432-1460 | 10. | | |

| 330 13th Street | San Diego, 92101 | 0406 |
|---|---|---|
| Client Address | City & Zip | Unit No. |

| Aynur Baghirzade | *Aynur Baghirzade* |
|---|---|
| Client Name (Print) | Client Signature |

| **Technician Use Only** | | |
|---|---|---|
| Refused Service | Not Prepared | Preparation Sheet was given to |

Exh. C4



Exh. C5



Exh. C6