1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   AYNUR BAGHIRZADE,                          Case No.: 24-cv-1077-RSH-MMP

12                                              **ORDER GRANTING PLAINTIFF'S *EX***
                              Plaintiff,        ***PARTE* APPLICATION**
13
         v.                                     [ECF No. 157]
14
     ARMENIAN NATIONAL
15   COMMITTEE OF AMERICA et al.,

16
                              Defendants.
17

18

19

20         Before the Court is Plaintiff Aynur Baghirzade's ex parte motion to continue the

21   noticed hearing date for Defendant Greystar California, Inc.'s motion to dismiss [ECF No.

22   148]. Plaintiff requests that the Court continue the deadline for her to respond to

23   Defendant's motion to February 26, 2025 [ECF No. 157]. Defendant has not filed a

24   response. *See* Docket. The Court finds there is good cause to extend the deadline for

25   Plaintiff to file a response to Defendant's motion. Accordingly, the Court **GRANTS**

26   Plaintiff's application as follows:

27

28                                          1

1.     Plaintiff shall respond to Defendant Greystar California, Inc.'s motion to dismiss by no later than **February 26, 2025**.

2.     Defendant may file a reply on or before **March 5, 2025**.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge

24-cv-1077-RSH-MMP