1 | AYNUR BAGHIRZADE
2 | 1968 S. Coast Highway #2429
  | Laguna Beach, CA 92651
  | Phone: 619-630-6646
3 | Email: contact@aynurlawyers.com

4 | *AYNUR BAGHIRZADE, IN PRO SE*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S MOTION TO DISMISS**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants Los Angeles County Bar Association ("LACBA"), Seth Chavez and Coco Su's Motion to dismiss. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I became a member of Los Angeles County Bar Association's referral service ("LRS") on or around November 3, 2022.

3. I didn't renew my membership after its expiration because of the ongoing discrimination and fake referrals I was getting from LRS, and none of my complaints were positively addressed by their staff. For the last 2 -3 months of my membership with LRS they almost didn't send me any referrals and were continuously suspending my account under various excuses.

3. I am ready to renew my membership with LRS if necessary injunctive reliefs requested in my SAC are issued.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on January 25, 2025, in San Diego, California.

> By: *Aynur Baghirzade*
> *Aynur Baghirzade, a declarant*