AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Date: February 10, 2025<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendants Los Angeles County Bar Association, Seth Chavez and Coco Su's Motion to Dismiss Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents/facts:

1. The fact that Plaintiff is an active member of the State Bar of California with no discipline history. Information about Plaintiff's Bar membership and discipline history is available on the State Bar of California's website: https://www.calbar.ca.gov.;

2. Information of Consulate General of Armenia to Los Angeles that California has the largest Armenian - American population and Los Angeles has the largest Armenian community in California, freely available at https://la.mfa.am/en/community-overview/.;

3. A list of members of Armenian Caucus where around 46 Congress members are representatives from the State of California, freely available at Armenian National Committee of America's website https://anca.org/armenian-caucus/;

4. The fact of war between Azerbaijan and Armenia in 2020 (September 27, 2020 - November 10, 2020), information on which is freely available in internet and media;

5. The fact of war between Azerbaijan and Armenia in 2023 (September 19, 2023), information on which is freely available in internet and media;

6. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants Armenian National Committee of America ("ANCA"), Aram Hamparian, Armenian National

Committee of America Western Region ("ANCAWR") being an inseparable part of Armenian Revolutionary Federation ("ARF"), a true and correct copy of which was submitted to Court as an Exhibit B to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 128, ESF page No. 2277 - 2284);

7. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is previously added to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s motion to dismiss and judicial notice was requested, the same judicial notice is requested here for this document (Docket # 145, ECF page No. 2573 - 2576);

8. Case USA v. Stepanyan (2:21-cr-00188);

9. Case USA v. Mourad Topalian (Case No. 1: 99CR358);

10. Case USA v. Karnig Sarkissian, et al. (841 F.2d 959 (9th Cir. 1988);

11. Case USA v. Aram Brunson (1:24-mj-8504-PGL), a true copy of the criminal complaint and affidavit of which was added as an Exhibit B to Plaintiff's Opposition to Defendants' ANCA, Aram Hamparian and ANCAWR's motion to dismiss (Docket # 155, ECF page No. 2878 - 2895).

12. Case People v. Yanikian (39 Cal.App.3d 366 (1974)).

DATED: January 25, 2025.

Respectfully submitted,

By: /s/ *Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*