1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS LOS ANGELES COUNTY BAR ASSOCIATION, SETH CHAVEZ AND COCO SU'S MOTION TO DISMISS**<br><br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I

1.    EXHIBIT A - COMMUNICATION WITH LACBA'S STAFF REGARDING REFERRALS THEY SENT TO PLAINTIFF AND OTHER ISSUES WITH HER ACCOUNT (A1 - A19).

2.    EXHIBIT B - COMMUNICATION WITH LACBA'S STAFF REGARDING REFERRALS FOR ARMENIANS THEY SENT TO PLAINTIFF (B1 - B5).

3.    EXHIBIT C - COMMUNICATION WITH LACBA'S STAFF ON PATENT REFERRAL THEY SENT TO PLAINTIFF (C1 - C4).

4.    EXHIBIT D - COMMUNICATION WITH LACBA'S STAFF THAT THEY STOPPED SENDING PLAINTIFF REFERRALS WHILE SHE WAR HARASSED IN TWITTER (D1 - D3).

5.    EXHIBIT E - LACBA'S ADVISORY COMMITTEE LETTER AND COMMUNICATION ABOUT LACBA STOPPING SENDING PLAINTIFF ANY REFERRALS AFTER THIS LETTER (E1-E9).

6.    EXHIBIT F - COMMUNICATION WITH LACBA'S STAFF ON THEIR HOLD ON PLAINTIFF'S ACCOUNT TO GET MONEY FOR "UNREPORTED FEES" AND THEN STILL KEEPING IT ON HOLD TO GET CLOSING DOCUMENTS FROM PLAINTIFF AHEAD OF TIME (F1-F14).

7.    EXHIBIT G - COMMUNICATION WITH LACBA'S STAFF ON HOW PLAINTIFF'S ACCOUNT WAS MESSED UP (G1- G5).

8.    EXHIBIT H - COMMUNICATION WITH LACBA'S STAFF ON NOT GETTING REFERRALS AND THREATS PLAINTIFF RECEIVED (H1-H6).

9.    EXHIBIT I - EMAILS PLAINTIFF RECEIVED ON KEYWORDS FOR SACRAMENTO AND OTHER NORTHERN CALIFORNIA CASES. (I1 - I3).

10.    EXHIBIT J - COMMUNICATION WITH LACBA'S STAFF ON REFERRAL THEY SENT TO PLAINTIFF WHERE THE "CLIENT" WAS FISHING TO SEND HER A FRAUDULENT CHECK. (J1 - J3).

I

| | | |
|---|---|---|
| 1 | 11. | EXHIBIT K - RAT AND OTHER THREATS PLAINTIFF RECEIVED. (K1 - K4). |
| 2 | | |
| 3 | 12. | EXHIBIT L - ARMENIAN ATTORNEYS PRACTICING IN LA (ONE IS FORMER PRESIDENT OF LACBA UNDER STATE BAR INVESTIGATION, ANOTHER OPENLY SUPPORTING TERRORISM). |

I