# EXHIBIT A



Aynur Baghirzade <contact@aynurlawyers.com>

## SmartLaw Application

1 message

**Luis Ramirez** <lramirez@lacba.org> Thu, Nov 3, 2022 at 12:15 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Coco Su <CSu@lacba.org>

Hello Ms. Baghirzade,

Your application has been approved. Are you free today to go over a final checklist? The checklist gives you a breakdown of the service and is important. Please let me know.

Thank you.

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

Los Angeles, CA 90055

Exh. A2

 **Aynur Baghirzade <contact@aynurlawyers.com>**

# double charge on the credit card

2 messages

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Nov 4, 2022 at 8:22 PM
To: Luis Ramirez <lramirez@lacba.org>

Hi Luis,

How are you? There is a double charge of $ 249.98 on the credit card I put into file for joining referral services. I guess there was a mistake. Could you please look into this?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Luis Ramirez** <lramirez@lacba.org> Mon, Nov 7, 2022 at 12:04 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Ms. Baghirzade,

Thank you for letting me know. I will process a refund for the second charge.

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

**Exh. A3**

 Aynur Baghirzade <contact@aynurlawyers.com>

# I am not getting referrals - no emails from you

12 messages

**Aynur Baghirzade** <contact@aynurlawyers.com> Mon, Nov 14, 2022 at 2:38 PM
To: Luis Ramirez <lramirez@lacba.org>

Hello Luis,

As I informed you today I am not getting referrals from you on my email address. I checked my spam box too, and unfortunately there are no emails there as well. The only referral I got was from [redacted] who called me herself - I didn't get any email from you regarding her case.

Could you please check it out for me? Could you please also resend me all emails with referrals which I didn't get from you so far?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Luis Ramirez** <lramirez@lacba.org> Mon, Nov 14, 2022 at 2:43 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

I have notified my I.T group on this matter and hope this will be resolved soon.

Thank you.

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

**Exh. A4**

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

Los Angeles, CA 90055

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Mon, Nov 14, 2022 at 2:50 PM
To: Luis Ramirez <lramirez@lacba.org>

Thank you Luis,

Could you please resend me the referral made on November 10 (one for EAD) or was it referred to someone else?

Thanks!

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Luis Ramirez** <lramirez@lacba.org> Mon, Nov 14, 2022 at 2:55 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

I resent it also, but if you did not receive it the client's information is below.

Client: Jun pan

Email: panjun29@gmail.com

Contact: 3106969099

Legal Issue: I am preparing for economic hardship EAD application. Need legal help before submission.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Mon, Nov 14, 2022 at 6:42 PM
To: Luis Ramirez <lramirez@lacba.org>

**Exh. A5**

Thank you, Luis. I didn't get your resent email - it looks like the system does not recognize it or blocks it for whatever reason. Just let me know when the problem is resolved, please.

Also, when you send a referral to the client do you include all my web-sites? I have one for Business and one for Immigration Law?

Thanks a lot for your efforts. Really appreciate it...

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Luis Ramirez** <lramirez@lacba.org> Wed, Nov 16, 2022 at 10:06 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Coco Su <CSu@lacba.org>, Seth Chavez <schavez@lacba.org>

Hello Ms. Aynur,

Thank you for confirming the email issue was resolved. Hopefully this doesn't happen again. Also to answer your question we do not send clients attorneys websites. We only send email confirmation with your name, telephone number, address, and email.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Nov 16, 2022 at 10:28 AM
To: Luis Ramirez <lramirez@lacba.org>
Cc: Coco Su <CSu@lacba.org>, Seth Chavez <schavez@lacba.org>

Hello Luis,

Thank you for your help with fixing this problem! I appreciate it.

As I understand you managed to send this email to me manually and I got it. Could you also confirm that the issue is resolved with the system which sends me emails automatically too ? Or do you usually send the referrals manually ?

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Luis Ramirez** <lramirez@lacba.org> Wed, Nov 16, 2022 at 10:48 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Coco Su <CSu@lacba.org>, Seth Chavez <schavez@lacba.org>

Correct the issue is resolved with the system which will send automatically email confirmations. I will not need to send them manually anymore.

[Quoted text hidden]

---

**Coco Su** <CSu@lacba.org> Tue, Nov 22, 2022 at 5:03 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>, Luis Ramirez <lramirez@lacba.org>
Cc: Seth Chavez <schavez@lacba.org>

Hello Aynur,

Not sure if you have been assisted. But to answer your question, we have "contact@aynurlawyers.com" on file. All referrals will be forwarded to that email. You should have received a referral from us on 11/18/2022.

If you have any other questions, please let me know.

Happy Thanksgiving!

**Coco Su** LinkedIn
**Manager, Business Development**
**Lawyer Referral Service**
**Los Angeles County Bar Association**

p. 213.896.6571
csu@lacba.org | LACBA.org| SmartLaw Member Portal | Request for a Lawyer Referral!

LACBA

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, November 16, 2022 10:28 AM
**To:** Luis Ramirez <lramirez@lacba.org>
**Cc:** Coco Su <CSu@lacba.org>; Seth Chavez <schavez@lacba.org>
[Quoted text hidden]

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, Nov 22, 2022 at 8:17 PM
To: Coco Su <CSu@lacba.org>
Cc: Luis Ramirez <lramirez@lacba.org>, Seth Chavez <schavez@lacba.org>

Hello Coco,

Yes, I confirm the receipt of the referral at my email address: contact@aynurlawyers.com on 11/18/2022. Thank you so much for your help with this matter!

Happy Thanksgiving too!

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Dec 2, 2022 at 4:05 PM
To: Coco Su <CSu@lacba.org>
Cc: Luis Ramirez <lramirez@lacba.org>, Seth Chavez <schavez@lacba.org>

Good afternoon,

We didn't get any referral from you for the last two weeks. Am I out of your system again ?

Regards,

Aynur Baghirzade
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

**Luis Ramirez** <lramirez@lacba.org> Mon, Dec 5, 2022 at 9:27 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>, Coco Su <CSu@lacba.org>
Cc: Seth Chavez <schavez@lacba.org>

Hello Ms. Baghirzade,

Yes you are currently in rotation for referrals. Hopefully we can send you a new referral soon.

Thank you.

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

Los Angeles, CA 90055

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, December 2, 2022 4:06 PM
**To:** Coco Su <CSu@lacba.org>
**Cc:** Luis Ramirez <lramirez@lacba.org>; Seth Chavez <schavez@lacba.org>
**Subject:** Re: I am not getting referrals - no emails from you

Good afternoon,

We didn't get any referral from you for the last two weeks. Am I out of your system again ?

Regards,

Aynur Baghirzade

On Tue, Nov 22, 2022 at 8:17 PM Aynur Baghirzade <contact@aynurlawyers.com> wrote:

> Hello Coco,
>
> Yes, I confirm the receipt of the referral at my email address: contact@aynurlawyers.com on 11/18/2022. Thank you so much for your help with this matter!

Happy Thanksgiving too!

--

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**

**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**www.aynurlawyers.com**

**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Tue, Nov 22, 2022 at 5:03 PM Coco Su <CSu@lacba.org> wrote:

> Hello Aynur,
>
> Not sure if you have been assisted. But to answer your question, we have "contact@aynurlawyers.com" on file. All referrals will be forwarded to that email. You should have received a referral from us on 11/18/2022.
>
> If you have any other questions, please let me know.
>
> Happy Thanksgiving!
>
> **Coco Su**  LinkedIn
> [Quoted text hidden]
> [Quoted text hidden]

[Quoted text hidden]

Exh. A10

 **Aynur Baghirzade <contact@aynurlawyers.com>**

---

# Empty referrals

3 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Mar 1, 2023 at 5:44 PM
To: Luis Ramirez <lramirez@lacba.org>

Hello Luis,

I have been getting strange referrals from you for the last two weeks, where potential clients under various excuses do not retain me.

Some of them claim that they have mistakenly applied to your service because thought that you help to find pro- Bono lawyer, though it's clear in your rules that you do not provide pro- bono service, others claim that their problem " mysteriously" got resolved, some claim that they have a very difficult issue which no attorney could resolve and then I propose the solution they do not respond to my messages.

I have a feeling that I am intentionally bullied by your staff for speaking up.

I joined your service to get normal referrals and to have positive experience, I didn't do it to resolve professional and ethical issues of your staff.

Please be aware that I am in the process of drafting complaint to the State Bar about my experience and I would definitely ask them to investigate the issues I encounter.

Thank you for your understanding,

Aynur
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Luis Ramirez** <lramirez@lacba.org> Wed, Mar 8, 2023 at 3:42 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Ms. Baghirzade,

I know we have discussed several times your issues with the referrals. I understand your frustration and we have explained our process to you multiple times. I myself have spoken to you on three separate occasions. On the dates of 1/20/2023, 2/10/2023, and 2/14/2023 you brought up matters regarding referrals and I addressed all of them verbally to you over the phone. We do not refer potential clients to members knowing he/she is looking for pro bono services. Like I explained we can only go off so much what the clients provide to us that when they have a consultation with the attorneys they usually provide more information there. Myself or our staff would never bully you for speaking up, in fact we encourage you to let us know what the issues are so we can address them and see how we can fix them. If you would still like to file a complaint with the State Bar we encourage you to do so.

**Exh. A11**

Thank you.

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

Los Angeles, CA 90055

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Mon, Mar 13, 2023 at 7:04 PM
To: Luis Ramirez <lramirez@lacba.org>

Hello Luis,

Thank you for your email.

I personally hate complaining about people or services as it takes my time from the time of my clients unless I do not feel that it is the only solution.

For the last couple of weeks the referrals I got were from the people who suspiciously mirrored back to me all the issues I raised with your service before - it is how I came to the conclusion I came.

I am writing an extensive letter of complaint on one referral organization (not you), things there are much worse, and the last thing I want to do is to engage you. I have too much on my plate and I would appreciate it if we continue co-operation on mutually beneficial terms.

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.



Aynur Baghirzade <contact@aynurlawyers.com>

# LACBA LRS / SmartLaw

2 messages

**Seth Chavez** <schavez@lacba.org> Thu, Apr 13, 2023 at 12:04 PM
To: "contact@aynurlawyers.com" <contact@aynurlawyers.com>
Cc: SmartLaw <smartlaw@lacba.org>

Ms. Baghirzade,

My name is Seth Chavez. I am the Director of Operations for LACBA. I understand that you are a member of LACBA's Lawyer Referral Service, SmartLaw, and that you have had some concerns regarding the type of results you have experienced as a member of SmartLaw. Here, I would like to learn more about what your experience has been. Can we schedule a call for next week to discuss?

Best,

**Seth Chavez**
**Director of Operations**
**Los Angeles County Bar Association**

p. 213.833.6759
schavez@lacba.org | LACBA.org

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Apr 21, 2023 at 2:53 PM
To: Seth Chavez <schavez@lacba.org>

Hello Mr. Seth Chavez,

Unfortunately, I found it useless speaking to your staff given the fact that it still continues sending me referrals for the Spanish speaking people while knowing that I don't speak Spanish and doing all the things that I complained to you before.

The last referral for the client speaking only Spanish I received this morning. Considering that I am a very busy person and a lawyer who prefers the best and shortest resolution of her problems I do not think at this moment that speaking to you will change anything.

I will be filing a lawsuit in a federal court against you under RICO and Civil Rights Act violations. I believe it is the only way to enforce  you to do your work in a way you have to do it.

I wish you good luck in defending this lawsuit.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Exh. A13**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.



Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## LACBA.org Client Referral

6 messages

**Smartlaw Lawyer Referral Service** <noreply@receipts.lacba.org> Fri, Apr 21, 2023 at 2:30 PM
Reply-To: smartlaw@lacba.org
To: Aynur Baghirzade <contact@aynurlawyers.com>

# LACBA.org Client Referral

Dear Aynur Baghirzade:

The following client was referred to you on the panel of Business:

Client referred:

| | |
|---|---|
| Client First Name: | [redacted] |
| Client Last Name: | [redacted] |
| Client E-mail: | [redacted] |
| Client Home Phone #: | [redacted] |
| Client Cell Phone #: | |
| Client Alternate Phone #: | |
| Interviewer: | Eddy (Heriberto) Soto |
| Referral #: | 3459138 |

Date of referral: 04/21/2023 2:29 PM Pacific

Legal Issue: Client [redacted]



[redacted]

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

---

**Smartlaw Lawyer Referral Service** <noreply@receipts.lacba.org> Fri, Apr 21, 2023 at 2:31 PM
Reply-To: smartlaw@lacba.org
To: Aynur Baghirzade <contact@aynurlawyers.com>

## LACBA.org Client Referral

Dear Aynur Baghirzade:

The following client was referred to you on the panel of Business:

Client referred:

| | |
|---|---|
| Client First Name: | [redacted] |
| Client Last Name: | [redacted] |
| Client E-mail: | [redacted] |
| Client Home Phone #: | [redacted] |
| Client Cell Phone #: | |
| Client Alternate Phone #: | |
| Interviewer: | Eddy (Heriberto) Soto |
| Referral #: | 3459138 |

| | |
|---|---|
| Date of referral: | 04/21/2023 4:29 PM Pacific |
| Legal Issue: | Client needing to consult with an atty familiar with franchise law to |

return her calls regarding the matter.

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Apr 21, 2023 at 2:43 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

I asked you not to send me referrals for Spanish speaking clients numerous times before. May I know the reason why I am still getting such referrals from you ?

Please, replace this referral you sent to me today for [redacted] immediately!

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

--

Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Apr 21, 2023 at 3:59 PM
To: Seth Chavez <schavez@lacba.org>

Dear Mr. Chavez,

Could you please also immediately take the referral below from my referral list? If you didn't grasp it I tell you one more time - I DO NOT SPEAK SPANISH AND I NEED YOU STOP IMMEDIATELY SENDING ME REFERRALS FOR THE CLIENTS WHO DO NOT SPEAK LANGUAGES I SPEAK.

Let me know if you don't understand English or need a therapist to bring your staff into compliance with State Bar rules.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]
[Quoted text hidden]
--

---

**SmartLaw** <smartlaw@lacba.org> Mon, Apr 24, 2023 at 8:51 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

It appears to have been a misunderstanding with the interviewer and the client. The client's reported that they had someone that spoke English and would be able to communicate with you.

We have informed the interviewers to refrain from referring clients to your office if they do not speak English.

We apologize for the inconvenience.

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Date:** Friday, April 21, 2023 at 2:43 PM
**To:** SmartLaw <smartlaw@lacba.org>
**Subject:** Fwd: LACBA.org Client Referral

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Apr 28, 2023 at 10:19 AM
To: SmartLaw <smartlaw@lacba.org>

Thank you for sending me fake referrals with the intention to take my time as much as possible and give me nothing in return. I appreciate also your explanations that it was a "coincidence" and "misunderstanding" to repeatedly send me people speaking other languages, especially those with no intention to retain me.

Hope you are not so dumb to think that it will go without consequences for your organization and staff.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

# EXHIBIT B

 Gmail Aynur Baghirzade <contact@aynurlawyers.com>

# LACBA.org Client Referral

5 messages

**Smartlaw Lawyer Referral Service** <noreply@receipts.lacba.org> Mon, May 8, 2023 at 9:45 AM
Reply-To: smartlaw@lacba.org
To: Aynur Baghirzade <contact@aynurlawyers.com>

## LACBA.org Client Referral

Dear Aynur Baghirzade:

The following client was referred to you on the panel of Immigration:

Client referred:

| | |
|---|---|
| Client First Name: | [redacted] |
| Client Last Name: | [redacted] |
| Client E-mail: | [redacted] |
| Client Home Phone #: | [redacted] |
| Client Cell Phone #: | [redacted] |
| Client Alternate Phone #: | |
| Interviewer: | Luis Ramirez |
| Referral #: | 3468558 |

| | |
|---|---|
| Date of referral: | 05/08/2023 9:44 AM Pacific |
| Question/Answer Path: | Please pick the category that best meets your legal issue. / Immigration |
| Legal Issue: | [redacted] |

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, May 12, 2023 at 12:26 PM
To: Luis Ramirez <lramirez@lacba.org>
Cc: Seth Chavez <schavez@lacba.org>

Dear Luis,

Thank you for this referral. It is quite strange that after my complaints to you regarding the quality of the referrals I received from you I started getting referrals for potential Armenian clients. Just to note - I didn't have any referral for any Armenian client before.

If you are unaware - I am originally from Azerbaijan. In 2020 there was a war between Armenia and Azerbaijan which Armenia lost. Both in 2020 and 2022 I received a lot of threats and even death threats from Armenians into my Twitter and Facebook accounts and even on my phone number. They also threatened me with filing complaints to the State Bar of California.

In 2020 a group of Azerbaijani people were beaten up in front of the Azerbaijan embassy in Los Angeles - many were placed in hospitals with severe injuries.

In 2020 a group of Turkish business owners were beaten up in Los Angeles - some of the perpetrators of this crime - people of Armenian descent were placed in police custody and received sentences from court.

In 1982 a Turkish ambassador to the United States was shot dead in Los Angeles - a crime was committed by the Armenian.

I can continue this list with many other facts.

Considering all mentioned I don't feel that I can effectively represent a person of Armenian descent in the United States. It is not because I am biased or a racist, it is because I fear for my life.

I would appreciate it if you do not waste my and their time by sending me these referrals. I also believe that the only reason I receive them is a conspiracy to just waste my time and eventually leave me with no client.

Let me know if you have any other questions.

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Seth Chavez** <schavez@lacba.org> Thu, May 18, 2023 at 2:18 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>, Luis Ramirez <lramirez@lacba.org>
Cc: Coco Su <CSu@lacba.org>

Aynur,

Exh. B3

Thank you for the message below. I'm sorry that you have had those experiences.

In terms of limiting referrals to you in the way that you have suggested, the State Bar of California rules related to Lawyer Referral Services, specifically rule 3.826 (D)(1), we are not permitted to refer cases, or not refer cases, or otherwise discriminate in the handling of referrals based on national origin or ancestry considerations.

Of course, you are always more than welcome to deny referrals that you are not interested in on a case-by-case basis, but we do not collect information regarding national origin or ancestry or discriminate based on national origin or ancestry. Here, we will not be able to avoid referring cases to you based on national origin or ancestry. Also, I do not know if you have opted into our online referral system, "web referrals," but you may want to opt out of getting those referrals, as you will not have the option to deny a referral in your practice area before it is actually referred to you.

With probably thousands of panel attorneys in all of my years with the referral service, I have never experienced an accusation of "conspiracy." No less, I can assure you that we have every reason to work toward making our panel members as successful as possible. We certainly do not have the resources or incentive to "conspire" in a way that would ultimately be detrimental to the referral service.

Best,

**Seth Chavez**
**Director of Operations**
**Los Angeles County Bar Association**

p. 213.833.6759
schavez@lacba.org | LACBA.org

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, May 12, 2023 12:26 PM
**To:** Luis Ramirez <lramirez@lacba.org>
**Cc:** Seth Chavez <schavez@lacba.org>
**Subject:** Fwd: LACBA.org Client Referral

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Thu, May 18, 2023 at 10:44 PM
To: Seth Chavez <schavez@lacba.org>
Cc: Luis Ramirez <lramirez@lacba.org>, Coco Su <CSu@lacba.org>

Dear Mr. Chavez,

In terms of following State Bar rules I have already enough evidence how you do that. Sending me repeatedly referrals not in my area of practice, potential clients not speaking the languages I speak, or people already represented were probably in the best act of following the spirit of the State Bar Rules from your side.

As to the referrals from Armenians - if you don't know, there is another rule of the State Bar of California - actually first rule - Rule 1.1. which states " A lawyer shall not intentionally, recklessly, with gross negligence, or repeatedly fail to perform legal services with competence. (b) For purposes of this rule, “competence” in any legal service shall mean to

apply the (i) learning and skill, and **(ii) mental, emotional, and physical ability reasonably* necessary for the performance of such service."**

So, I have enough evidence of the harassment from the Armenian community in my files to discriminate and refuse from such referrals. History of the FBI investigation and cases of terror in the city of Los Angeles show that people of Turkish origin were killed or persecuted by Armenians.

To make it clear - in case if I continue receiving such referrals I will have to file a report to the FBI to investigate your urges to send them to me - the only attorney in the Los Angeles area from Azerbaijan and seek a restraining order from the court.

Hope it is clear to you.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, May 19, 2023 at 2:37 AM
To: Seth Chavez <schavez@lacba.org>

Could you please also explain how it is a discrimination on national origin not to send me referrals from particular country or region ? As you disclosed in your email you have a lot of attorneys of different backgrounds in different areas of Law freely available.

May I know the reason why you intentionally choose me for such referrals considering all circumstances I disclosed to you ? I think you and your organisation in your face is openly involved in discrimination against me in the most horrific way.

Aynur
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

**Exh. B5**

# EXHIBIT C



**Aynur Baghirzade <contact@aynurlawyers.com>**

## LACBA.org Client Referral

5 messages

**Smartlaw Lawyer Referral Service** <noreply@receipts.lacba.org> Tue, May 23, 2023 at 12:27 PM
Reply-To: smartlaw@lacba.org
To: Aynur Baghirzade <contact@aynurlawyers.com>

## LACBA.org Client Referral

Dear Aynur Baghirzade:

The following client was referred to you on the panel of Business:

Client referred:

| | |
|---|---|
| Client First Name: | [redacted] |
| Client Last Name: | [redacted] |
| Client E-mail: | [redacted] |
| Client Home Phone #: | [redacted] |
| Client Cell Phone #: | |
| Client Alternate Phone #: | |
| Interviewer: | Raul Vargas |
| Referral #: | 3479885 |

| | |
|---|---|
| Date of referral: | 05/23/2023 12:25 PM Pacific |
| Legal Issue: | Client stated has a project and would like to get it patton attorney, liability insurance, Medical Device |

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, May 23, 2023 at 12:32 PM
To: Seth Chavez <schavez@lacba.org>

Helo Seth,

May I know why I received a referral from the client asking for a Patent Attorney ? Though I do Intellectual Property I do not do patents, and I am on your list for business attorneys, not for Intellectual Property.

**Exh. C2**

I would appreciate your answer.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Seth Chavez** <schavez@lacba.org> Tue, May 23, 2023 at 12:57 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>, SmartLaw <smartlaw@lacba.org>

Aynur, hi.

Adding SmartLaw admin to ensure that your profile excludes patent and, generally, intellectually property, if that is not already the case.

Otherwise, I don't know specifically why this particular referral came to you. We refer over 15k cases each year and do nearly 100k triages. Invariably, when dealing with third party non-lawyers, our intake doesn't always capture every detail. We do our best to refer cases appropriately and in a timely way, though clients might not tell our intake staff things that they will tell a lawyer. Also, our intake staff are not lawyers, so it is not uncommon for a panel attorney to probe in a way that brings out more detail about the legal issues any client may have.

Best,

**Seth Chavez**
**Director of Operations**
**Los Angeles County Bar Association**

p. 213.833.6759
schavez@lacba.org | LACBA.org

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, May 23, 2023 12:32 PM
**To:** Seth Chavez <schavez@lacba.org>
**Subject:** Fwd: LACBA.org Client Referral

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, May 23, 2023 at 2:09 PM
To: Seth Chavez <schavez@lacba.org>

Dear Seth,

Please stop making arguments that your staff are not lawyers, so they can "mistakenly" do such referrals. You have State Bar rules you were so eagerly insisting on just couple of days before and these rules require you not to send potential clients to the attorneys who are not specializing or practicing particular area of law the client wants.

The client you sent to me was clearly asking for a Patent Attorney. Where in my file do you see that I do a patent law? I am not even on your IP panel!

Could you please also replace the referral you "mistakenly" sent to me?

Thanks,
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, May 23, 2023 at 6:02 PM
Draft To: Seth Chavez <schavez@lacba.org>

Dear Seth,

If you are going to continue sending me referrals in the way you do - I do not need them.

I will be suing your organization together with you personally and OCBA with which you actively conspire against me. Your service is nothing more than an attempt to harass me and discourage me from practicing law.

Please, do not think that working for a law association will help you to avoid justice.

[Quoted text hidden]
--

Exh. C4

# EXHIBIT D



Aynur Baghirzade <contact@aynurlawyers.com>

# Smartlaw Referrals

2 messages

**SmartLaw** <smartlaw@lacba.org> Wed, Jun 14, 2023 at 2:41 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good afternoon Aynur,

We have received notice that you are concerned about the number of referrals you have received recently. I checked your profile and status and there are no issues with them. The referral volume may vary for several reasons such as call volume and panel membership. Per state bar rules, we cannot guarantee any number of referrals.

If you would like for us to add panels, languages, or other types of filters to increase your rotation, please let me know and we can assist.

If you have further questions, please let me know.

Thank you!

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

**Aynur Baghirzade** <contact@aynurlawyers.com> Mon, Jun 19, 2023 at 1:11 PM
To: SmartLaw <smartlaw@lacba.org>

Thank you,

I stopped receiving referrals from you after getting numerous threats on my Twitter account from members of the Armenian community who were unhappy with my tweets. Neither my Twitter account, nor my tweets are associated

with my business and practice of Law. Many of them also tagged the Armenian bar calling them to bully me and "do something". I am writing a complaint to the FBI now.

Do I have to accept your answer as a refusal to send me referrals because of your conspiracy with Armenian criminal elements to damage my practice of Law ?

I would appreciate your answer.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

# EXHIBIT E



**Aynur Baghirzade <contact@aynurlawyers.com>**

# LACBA SmartLaw Notice / Advisory Committee

13 messages

**SmartLaw** <smartlaw@lacba.org> Thu, Jun 22, 2023 at 3:20 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Ms. Baghirzade,

On May 30, 2023, the Advisory Committee of the Los Angeles County Bar Association Lawyer Referral Service ("SmartLaw") met for its regularly scheduled meeting. As you have requested to receive referrals in a way that could jeopardize SmartLaw's standing as a certified lawyer referral service, including screening for national origin, etc., the Committee reviewed your request and related materials.

The Committee determined that the service cannot accommodate referrals in the way that you have requested. The Committee also expressed concerns about the unprofessional communications that you have directed towards SmartLaw staff. Finally, the Committee decided that the following options are available to you.

First, though SmartLaw cannot refer cases to you in the way you have suggested, you may deny any referral presented to you before the client knows that you will be the referred attorney. Here, you will need to opt out of online referrals, as those referrals are not subject to an approval process that will allow you to deny referrals in advance. For more information on opting out of online referrals, as well as other ways to tailor your SmarLaw experience, please contact Luis Ramirez.

Second, to ensure that you do not get referrals that are inappropriate for you, you can be placed on hold which will suspend new referrals. You will still need to report the status of your existing referrals. Though SmartLaw makes best efforts to curate appropriately, client referrals are often hit and miss when it comes to the information potential clients provide to our screeners. If you decide to return to active status, with the understanding that we do not screen referrals for nationality or other inappropriate criteria, you will be welcome to resume receiving new referrals.

Finally, we welcome your input as to how we may help you receive referrals and grow your business. Our program Director, Seth Chavez, would be happy to set an appointment to meet with you to answer questions you may have. We ask, however, that all interactions with our personnel be professional in demeanor going forward. Any interactions deemed abusive or otherwise inappropriate could be grounds to begin the process of removal from Smartlaw.

We are requesting that you contact us as soon as possible and indicate how you want to proceed. Absent further communication from you, referrals to you will remain unchanged. Please contact us with any questions you may have.

Best,

**Seth Chavez**
**Director of Operations**
**Los Angeles County Bar Association**

p. 213.833.6759
schavez@lacba.org | LACBA.org

**Aynur Baghirzade** <contact@aynurlawyers.com> Thu, Jun 22, 2023 at 4:45 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

I believe I will go with 1st choice.

I don't understand what conversation you consider "abusive". I expressed my concerns about service you provided and just couple of days before I sent 2 tips to FBI because I was harassed by group of people, openly threatened by them to come to my business address to harm me and I found a dead rat (apparently pet) next to my apartment door in my garage. I was also openly blackmailed to either close my Twitter account ( do other things they wanted me to do ) or get complained. I have materials from other people from all around the world how they faced the same issues just because of their ethnicity or alternative political/ personal opinions.

I understand your rules very well and I think opting out would be the best option. Please, send me instructions how I can do that.


Thank you,


Aynur
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, Jun 22, 2023 at 5:07 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

I believe I will go with the 1st choice.

I don't really understand what you consider "abusive" in my language - I expressed my concerns about the services you provided and those were legitimate concerns.

As to the issue at point - for the last week I sent 2 tips to FBI because I received a lot of threats from group of people acting in an organized manner, threatening to come to my business address to harm me, harassing me with disbarment, blackmailing me to close my Twitter or have "consequences", I also got a dead rat (apparently pet) next to my door in my garage. I have materials from other people from all around the world facing the same issues because of their ethnicity or alternative political/personal opinions. So, obviously there is a criminal organization acting in a unified manner to silence people they don't want to speak.

I am sorry if I was emotional but this is the situation I face.

I understand perfectly that you can't differentiate people because of what I am facing. So, please send me instructions on how I can opt out.


Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Thu, Jun 22, 2023 at 3:20 PM SmartLaw <smartlaw@lacba.org> wrote:

[Quoted text hidden]

---

**SmartLaw** <smartlaw@lacba.org> Mon, Jun 26, 2023 at 10:05 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good morning Aynur,

We appreciate your response. We have opted you out on web referrals, so you will no longer be receiving them. Let us know in the future if you want this changed.

Thank you!

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Jun 28, 2023 at 1:05 PM
To: SmartLaw <smartlaw@lacba.org>

Thank you very much for your response,

I just need to clarify - does opting out from web referrals means that I will not be getting any referrals from you at all or it means that you will be transferring me referrals by calling my phone number only ?

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**SmartLaw** <smartlaw@lacba.org> Wed, Jun 28, 2023 at 2:18 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

Opting out of web referrals means you won't be receiving any referrals that come from client's that submit their own requests through our website. Those tend to be more unscreened referrals since we don't talk to the client over the phone. The only referrals you will be receiving now will be from prescreened over the phone referrals by our interviewers. Let me know if that answers your question.

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Mon, Jul 3, 2023 at 10:42 AM
To: SmartLaw <smartlaw@lacba.org>

Thank you for the information,

May I know when I start getting referrals ? I haven't gotten any from you for more than a month now.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**SmartLaw** <smartlaw@lacba.org> Wed, Jul 5, 2023 at 2:43 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

Please refer to our conversation below that we had a couple weeks ago.

“ I checked your profile and status and there are no issues with them. The referral volume may vary for several reasons such as call volume and panel membership. Per state bar rules, we cannot guarantee any number of referrals.

If you would like for us to add panels, languages, or other types of filters to increase your rotation, please let me know and we can assist.”

You have also unsubscribed off of the web referrals so that will further reduce the amount of referrals you would be receiving. The sections you have currently signed up for are unfortunately low rotation panels.

Let me know if you have further questions.

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Jul 5, 2023 at 3:19 PM
Draft To: SmartLaw <smartlaw@lacba.org>

Thank you for letting me know that you are together with criminals pressing me to close my Twitter account and oppressing my freedom of speech as well as persecuting me because of my ethnicity.

Hopefully you understand the consequences.

Aynur
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Jul 5, 2023 at 3:32 PM
Draft To: SmartLaw <smartlaw@lacba.org>

So, you have low rates for immigration and business law cases ?

Good to know.

I will be happy to add discrimination because of national origin to all other causes of actions.

Aynur
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Jul 5, 2023 at 8:00 PM
To: SmartLaw <smartlaw@lacba.org>

Thank you,

I don't believe that Immigration and Business Law panels are low rotation panels. If it is so, may I know what panels are considered high rotation panels in your organization ?

It was also highly inappropriate for you to send me the letter suggesting "suspension of my account" or even its cancellation in lieu of the issues I have. Could you please show me a State Bar rule requiring me to practice the law, risking my own life or the rule suggesting suspension of my practice of law because a certain gang of people wants to abuse my freedom of speech in this country? Moreover, you are not in the position to judge any of my decisions.

I was unhappy with your referrals before, so now I understand that everything was done intentionally and in conspiracy with a certain group of people to discriminate against me based on my national origin. Now, I may only congratulate you for being aligned with these groups.

Aynur Baghirzade, Esq.

Exh. E7

**Law Offices of Aynur Baghirzade, Esq.**

**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**www.aynurlawyers.com**

**www.aynurimmigrationlaw.com**

[Quoted text hidden]

---

**Seth Chavez** <schavez@lacba.org> Fri, Jul 7, 2023 at 11:29 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Coco Su <CSu@lacba.org>, SmartLaw <smartlaw@lacba.org>

Ms. Baghirzade,

Thank you for your message.

I believe we have already explained how rotation works with our service. High or low rotation is subjective. When James notes "high-rotation," this is a comparative statement. All SmartLaw members have varied tolerance for rotation volume.

If you believe that you are not getting enough business from SmartLaw, you are welcome to discontinue the service. As value propositions are relative, it's not uncommon for members to join SmartLaw and leave based on their personal views regarding value.

I have reviewed correspondence here and find nothing inappropriate. SmartLaw messaging regarding suspension is based on policy which all SmartLaw members are subject to.

Regarding State Bar rules, we do not offer research services as a part of our service to SmartLaw members. Also, if you believe there is some type of conspiracy or discrimination against you, you are welcome to file a complaint with the State Bar of California, as SmartLaw is a State Bar of California certified lawyer referral service.

As I have previously noted, if you believe your life is in danger due to being a member SmartLaw, we can remove you from the service. There is no requirement that you be a member of SmartLaw.

Finally, please discontinue making repeated allegations toward LACBA/SmartLaw staff. Again, if you feel that there is some type of inappropriate behavior on the part of staff, please contact me. You have the above-mentioned recourse with the State Bar of California as well, and you can refer to the LACBA/SmartLaw committee findings.

Best,

**Seth Chavez**
**Director of Operations**
**Los Angeles County Bar Association**

p. 213.833.6759
schavez@lacba.org | LACBA.org

Exh. E8



[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Jul 7, 2023 at 12:23 PM
To: Seth Chavez <schavez@lacba.org>

Thank you for your email,

It is disturbing that you offer me to discontinue the service if I am "unhappy" with it instead of improving your services and making them available for any member.

Speaking about your proposal - **No, I am not going to discontinue the service because I am entitled to it as an attorney in this state who satisfied all your and State Bar requirements. So, please send me the referrals which you stopped sending without any reason and any ground for it. It is your obligation to ensure that I am getting referrals in the same way as any other member gets them.**

I can be suspended from your service if I violated your referral service rules, which is not a case. You can't offer me suspension or harass me with cancellation of service without valid reasons and court decision.

Thank you for your suggestion to complain to the State Bar, but I think federal court will be the best avenue to address my concerns.

Now, I am just waiting for the referrals from you.


Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

[Quoted text hidden]
--

**Exh. E9**

# EXHIBIT F



Aynur Baghirzade <contact@aynurlawyers.com>

## Smartlaw - Unreported Fees - Referral # 3295631 | Baker, Patricia

11 messages

**SmartLaw** <smartlaw@lacba.org> Thu, Aug 31, 2023 at 9:54 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good morning Aynur,

We have received notice that one of your client's has reported additional fees on a referral. Could you please report on those fees and let me know if this is correct? Please remit the fees by the end of today if the fees were earned prior to 7/31/23.

This is the client:

**Referral # 3295631** 

Let me know if you have any questions.

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

**Aynur Baghirzade** <contact@aynurlawyers.com> Thu, Aug 31, 2023 at 10:20 AM
To: SmartLaw <smartlaw@lacba.org>

Hello James,

Thank you for reminding me. May I know why I still do not get referrals from you ? Does your organization consider it normal to send me referrals once per two - three months?

Exh. F2

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.
[Quoted text hidden]
--

**2 attachments**

**image001.png**
16K

**image001.png**
16K

---

**SmartLaw** <smartlaw@lacba.org> Thu, Aug 31, 2023 at 10:39 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

Thank you for your response. Let us know when you remit the latest payment on the referral so that we can verify that it has been paid.

As for your question, it would be the same answer that we have been providing you in the past when you ask about your frequency of receiving referrals. Please see the response dated on 7/7/23 from our director, Seth Chavez. I have attached that same email to this email.

Let me know if you have further questions.

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Exh. F3

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Re- LACBA SmartLaw Notice - Advisory Committee.eml**
1179K

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Thu, Aug 31, 2023 at 10:43 AM
To: SmartLaw <smartlaw@lacba.org>

Ok. May I ask to remove the restriction on my account and add web referrals to it ? Please, note that It would be up to me to decide what client to retain or not. You can't dictate me in this instance.

Please, add web referrals to my account.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.
On Thu, Aug 31, 2023 at 9:54 AM SmartLaw <smartlaw@lacba.org> wrote:
[Quoted text hidden]

---

**SmartLaw** <smartlaw@lacba.org> Thu, Aug 31, 2023 at 11:32 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Aynur,

I will inform my colleague Luis Ramirez to add on web referrals back to your profile. I have also CC'd him on this email in case you want to contact him directly.

We do not get involved at all when it comes to you deciding on which clients you retain. That has never been the case in the past and in the future. Web referrals come via the client on our website and are

screened by us before sending them out to our members. Please note that web referral legal case descriptions and text fields are input by the client themselves.

Let me know if you have additional questions.

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Date:** Thursday, August 31, 2023 at 10:43 AM
**To:** SmartLaw <smartlaw@lacba.org>

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>
> > [Quoted text hidden]
> >
> > Error! Filename not specified.

**SmartLaw** <smartlaw@lacba.org> Tue, Sep 5, 2023 at 9:04 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good morning Aynur,

We have received the payment for the referral. It looks like you marked the referral as “closed – pending closing documents”, do you have the closing documents for the case so that we can close it out?

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Date:** Thursday, August 31, 2023 at 10:20 AM
**To:** SmartLaw <smartlaw@lacba.org>

[Quoted text hidden]

[Quoted text hidden]

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, Sep 5, 2023 at 9:13 AM
To: SmartLaw <smartlaw@lacba.org>

Hello James,

What do you mean under closing out document ? This was not a court case, and the documents I have are protected by Attorney Client privilege. You may ask the Client herself about whether the case was closed or not.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**2 attachments**

**image001.png**
16K

**image001.png**
16K

---

**SmartLaw** <smartlaw@lacba.org> Tue, Sep 5, 2023 at 3:40 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Aynur,

All referrals that you have retained from us must have closing documents submitted when the case has concluded and all fees have been paid by the client. Attorney client privilege also applies to our organization as we are licensed by the California state bar. So, we also have to abide by those rules. So therefore, you are required to submit any documents that we request from you that we will require to close out referrals with. You are also required to report to us if the case is closed out. Let me know if you have any questions.

Please refer to our smartlaw membership rules and regulations handbook if you have any questions or doubts on our policies. I have attached it to this email. https://info.smartlaw.org/wp-content/uploads/2021/01/clean_LRS_rules_01_26_21-001.pdf

Thank you

**SmartLaw Team**

Exh. F7

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>
> > [Quoted text hidden]
> >
> > Error! Filename not specified.
>
> --

--

**clean_LRS_rules_01_26_21-001.pdf**
295K

---

**SmartLaw** <smartlaw@lacba.org> Wed, Sep 6, 2023 at 4:56 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Aynur,

Our system shows that you reported the referral closed on 8/31. If that is the case, you would need to submit the closing documents to us. If you believe that the case is still ongoing, please provide us with the latest documentation showing so. We have placed a referral hold on your account until the documents have been submitted to us.

Let us know If you have further questions.

Thank you

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Sep 6, 2023 at 5:16 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

I don't understand in what you are trying to accuse me ? I don't understand at all why I received from you an email with the subject : "Unreported fees", since there was no implication from my side that I earned any additional fees or I closed the case.

Just couple of days before you sent me an email I sent a final accounting to my client, I didn't even transfer the fees from my trust account to my checking account when I received an email from you with "Unreported fees" accusation. Are you watching me? Do you send me the client with a certain agenda to watch, to ruin my business & reputation ? Was this a reason why you repeatedly sent me the clients not in my field of practice ?

And now, without even giving me a time to submit the papers you ask for, you are "putting a hold on my account". Just to let you know - you've already put illegal hold on my account for no reason and you will be taken responsible for that together with Armenian Mafia chasing me in every agency.

Now, please release my account and give me the time to submit the papers you requested for. I do not provide for myself  by using your referrals exclusively as you see, so I don't understand your eagerness " to put hold on my activity".

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**

www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

**2 attachments**

**image001.png**
16K

**image002.png**
16K

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Sep 6, 2023 at 5:42 PM
To: SmartLaw <smartlaw@lacba.org>

According to your Rules (Article 7) you can suspend my account if I didn't provide you the requested documents within 60 days after they become due. I reported the closure of the case just a couple of days before.

Now, please explain on what grounds you suspend my account ?

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

 Aynur Baghirzade <contact@aynurlawyers.com>

## Violation of LRIS Rules

3 messages

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Sep 6, 2023 at 6:17 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

I need explanation why in contrary to your LRIS Rules (Rule 3.7 (a) I was required to remit all fees to you prior expiration of 31 days after these fees were earned by me, and why in contrary with the Rule 7 you put a hold on my account for non submission of the closing documents prior to expiration of 60 days after the due date.

Please, release my account from any hold since I have plenty of time to submit necessary documents to you under the Rules.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Coco Su** <CSu@lacba.org> Thu, Sep 7, 2023 at 2:59 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

Happy to assist you in resolving the hold issue with your SmartLaw account. Could you please let me know when was the last day you provided any services on [redacted] ref# 3295631?

**Coco Su**
**Lawyer Referral Service**
**Los Angeles County Bar Association**

p. 213.896.6571
csu@lacba.org | LACBA.org| SmartLaw Member Portal | Request for a Lawyer Referral!
444 South Flower Street, Suite 2500
Los Angeles, CA 90071



---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, September 6, 2023 6:17 PM
**To:** SmartLaw <smartlaw@lacba.org>
**Subject:** Violation of LRIS Rules

Hi,

I need explanation why in contrary to your LRIS Rules (Rule 3.7 (a) I was required to remit all fees to you prior expiration of 31 days after these fees were earned by me, and why in contrary with the Rule 7 you put a hold on my account for non submission of the closing documents prior to expiration of 60 days after the due date.

Please, release my account from any hold since I have plenty of time to submit necessary documents to you under the Rules.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Sep 8, 2023 at 4:27 PM
To: Coco Su <CSu@lacba.org>

Hi Coco,

I don't understand what connection my last day of service has to do with the question of taking hold out of my account . i was waiting for the answer from my client and it took her several months to answer - So? . Since, your responsibility is getting your referral fee from the fee paid to me by the client your question is inappropriate.

Final accounting was provided to the Client on August 28, last email from the Client was answered on August 15.

Now please take the hold out of my account.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

Tel: 619-630-6646; E-mail: contact@aynurlawyers.com
www.aynurlawyers.com
www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Thu, Sep 7, 2023 at 2:59 PM Coco Su <CSu@lacba.org> wrote:

Hi Aynur,

Happy to assist you in resolving the hold issue with your SmartLaw account. Could you please let me know when was the last day you provided any services on [redacted] ef# 3295631?

**Coco Su**
**Lawyer Referral Service**
**Los Angeles County Bar Association**

p. 213.896.6571
csu@lacba.org | LACBA.org| SmartLaw Member Portal | Request for a Lawyer Referral!
444 South Flower Street, Suite 2500
Los Angeles, CA 90071

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, September 6, 2023 6:17 PM
**To:** SmartLaw <smartlaw@lacba.org>
**Subject:** Violation of LRIS Rules

Hi,

I need explanation why in contrary to your LRIS Rules (Rule 3.7 (a) I was required to remit all fees to you prior expiration of 31 days after these fees were earned by me, and why in contrary with the Rule 7 you put a hold on my account for non submission of the closing documents prior to expiration of 60 days after the due date.

Please, release my account from any hold since I have plenty of time to submit necessary documents to you under the Rules.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

--

**2 attachments**



**Outlook-5hj2mgn0.png**
25K



**Outlook-5hj2mgn0.png**
25K

**Exh. F14**

# EXHIBIT G

 **Aynur Baghirzade <contact@aynurlawyers.com>**

---

## [REDACTED] - don't see all fees paid

5 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Sep 6, 2023 at 11:12 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

I paid you fees before for the Clien [REDACTED] - for her previous retainer. I don't know why I don't see these fees counted in the system - I don't see them in my account.

There was another retainer given by her before for around [REDACTED] (+- Square fees).

Could you please explain why I don't see the fees paid to you for this retainer in my account?

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**SmartLaw** <smartlaw@lacba.org> Fri, Sep 8, 2023 at 9:50 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Aynur,

Please see below for the current reported amounts on [REDACTED] There is a [REDACTED] amount that you reported. Is this the retainer you are speaking of? All payments that you report should be listed automatically on the portal if you have submitted them.

Thank you

Exh. G2

| DATE | FEES COLLECTED FROM CLIENT | FILING AND OFFICE EXPENSES | REFERRAL FEES | AMOUNT TO BE PAID | |
|---|---|---|---|---|---|
| 04/03/2023 | [redacted] | $0.00 | $490.50 | $0.00 | Paid ⊖ |
| 08/31/2023 | [redacted] | $0.00 | $712.50 | $0.00 | Paid ⊖ |
| **TOTALS** | [redacted] | **$0.00** | **$1,203.00** | **$0.00** | |

## SmartLaw Team

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Sep 8, 2023 at 9:58 AM
To: SmartLaw <smartlaw@lacba.org>

Hi James,

Thank you. Yes, this is the amount I reported and I didn't see in my account when I checked it last time.

Also, the fees I paid were replaced. The fee of $ 490.50 was in the section for my another client - [redacted], and the fee I paid to you for [redacted] mysteriously disappeared from my account.

Could you please inform me who is in the charge of accuracy of all reported fees in my online account?

Thanks,

Aynur
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Sep 8, 2023 at 11:08 AM
To: SmartLaw <smartlaw@lacba.org>

Dear James,

I reported everything. Additionally, my credit card shows when and what amount I paid to you, so please look for your internal staff to answer questions why my account was messed up and why the fee I paid for [redacted] appeared under

Exh. G3

[redacted] and fee I paid for [redacted] disappeared from my account at all.

I still need a name of the person responsible for the accuracy of my account.

I would appreciate if you provide one.

Thank you,

Aynur
[Quoted text hidden]

---

**SmartLaw** <smartlaw@lacba.org> Tue, Sep 12, 2023 at 4:15 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

I have attached here the 4 payments you have made on your account since January.

The $490.50 went to [redacted]

The $386.25 went to [redacted]

The $712.50 went to [redacted]

The $150 went to [redacted]

Let me know if these payments are accurate. It should all be accurate as payments are automatically handled by our system. Let me know which payment went to [redacted] when it should have gone to [redacted]

| DUE | INVOICE | ASSIGNED TO | AMOUNT | DUE |
|---|---|---|---|---|
| 9/8/2023 Paid | LACBA00220359 LRIS | Baghirzade, Aynur (426823) Law Offices of Aynur Baghirzade | $150.00 | $0.00 |
| 8/31/2023 Paid | LACBA00219184 LRIS | Baghirzade, Aynur (426823) Law Offices of Aynur Baghirzade | $712.50 | $0.00 |
| 5/18/2023 Paid | LACBA00199520 LRIS | Baghirzade, Aynur (426823) Law Offices of Aynur Baghirzade | $386.25 | $0.00 |
| 4/3/2023 Paid | LACBA00188322 LRIS | Baghirzade, Aynur (426823) Law Offices of Aynur Baghirzade | $490.50 | $0.00 |

## SmartLaw Team

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

1/21/25, 7:50 PM Case 3:24-cv-01077-RSH-MMP Law Offices of Ayman Baghirzade Mail - Patricia Baker - don't see all fees paid Document 164-4 Filed 01/27/25 PageID.3241 Page 59 of 82

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

LACBA
SmartLaw

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ik=69aaea2854&view=pt&search=all&permthid=thread-a:r-5355338326514496010&simpl=msg-a:r981687604954112186&s… 4/4

Exh. G5

# EXHIBIT H

 Aynur Baghirzade <contact@aynurlawyers.com>

# Renewed PL policy

4 messages

**Aynur Baghirzade** <contact@aynurlawyers.com> Sun, Sep 17, 2023 at 8:14 PM
To: SmartLaw <smartlaw@lacba.org>

Hi,

Please, see enclosed my renewed Professional Liability insurance.

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

Renewed insurance policy .pdf
271K

**SmartLaw** <smartlaw@lacba.org> Mon, Sep 18, 2023 at 9:50 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Good morning Aynur,

Thank you for the insurance declaration. We have updated it to your profile and removed the insurance referral hold off your account.

**SmartLaw Team**

**James Wu**

Member Inquiry: 213.896.6440

Refer Clients Back: (866)SmartLaw|SmartLaw.org

SmartLaw Member Portal | Request for a Lawyer Referral!

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, Sep 19, 2023 at 9:56 AM
Draft To: SmartLaw <smartlaw@lacba.org>

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Sep 22, 2023 at 4:53 PM
To: SmartLaw <smartlaw@lacba.org>

Hello James,

May I know why I am not getting referrals despite all holds being lifted from my account as you assert ?

Thank you,

Aynur

On Mon, Sep 18, 2023 at 9:50 AM SmartLaw <smartlaw@lacba.org> wrote:
[Quoted text hidden]

Exh. H3

 Aynur Baghirzade <contact@aynurlawyers.com>

## No referrals for the last three weeks

3 messages

**Aynur Baghirzade** <contact@aynurlawyers.com> Tue, Sep 26, 2023 at 12:15 PM
To: SmartLaw <smartlaw@lacba.org>, Coco Su <CSu@lacba.org>

Good afternoon,

May I know why I am not getting referrals from you despite the fact that all holdings as you assert were removed from my account ?

I would appreciate your answer,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**SmartLaw** <smartlaw@lacba.org> Wed, Sep 27, 2023 at 2:34 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: SmartLaw <smartlaw@lacba.org>

Aynur,

Your LRS account is active, and you are in rotation for referrals. As previously mentioned, we do not guarantee referral volume to members. Referral volume varies based on factors such as hold status, practice areas, numbers of practice areas registered, office locations, keywords, national holidays etc. It is normal that a member goes a few months without receiving a referral based on the above-mentioned factors. This is why the service is not for everyone. I have members that receive an average of two referrals a year and have been with us for a decade without negative feedback, and some left before the next renewal cycle begins.

I am aware that you have inquired about the same question numerous times to our admin team. I trust our responses to you every time have been helpful and provided clarity to your inquiry. Unfortunately, we will not be able to continuously responding to the same question that you have asked many times. Going forward, if we receive the same inquiry from you again, I will be relaying your messages to our Advisory Committee for handling.

Best,

**Coco Su,**
**Lawyer Referral Service**
**Los Angeles County Bar Association**

**Exh. H4**

p. 213.896.6571
csu@lacba.org | LACBA.org| SmartLaw Member Portal | Request for a Lawyer Referral!
444 South Flower Street, Suite 2500
Los Angeles, CA 90071

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, September 26, 2023 12:15 PM
**To:** SmartLaw <smartlaw@lacba.org>; Coco Su <CSu@lacba.org>
**Subject:** No referrals for the last three weeks

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Wed, Sep 27, 2023 at 2:48 PM
To: SmartLaw <smartlaw@lacba.org>

Your Advisory Committee will have to respond to my questions very soon.

Given the fact that you sent me referrals every week before I encountered an issue with Armenians bullying me online and sending me threats, it is a good question why you assert now that referrals are based on "many factors".

My practice is not composed from exclusively referrals from your service but I am trying to understand what is the reason behind such drastic change in the public's requests for immigration and business lawyers. I don't think it is because the number of people immigrating to the country went down or because we have huge crisis in the business world.

Hope you'll be able to explain this mystery.

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**2 attachments**

Exh. H5



1/21/25, 7:18 PM Law Offices of Aynur Baghirzade Mail - No referrals for the last three weeks

LACBA
EST. 1878

**Outlook-lw5b1tyu.png**
25K

LACBA
EST. 1878

**Outlook-lw5b1tyu.png**
25K

https://mail.google.com/mail/u/0/?ik=69aaea2854&view=pt&search=all&permthid=thread-a:r4139117655846253591&simpl=msg-a:r2316126801790309087&s… 3/3
**Exh. H6**

# EXHIBIT I



Aynur Baghirzade <contact@aynurlawyers.com>

## SmartLaw- Takes Cases in Sacramento County Keyword

1 message

**Luis Ramirez** <noreply@info.lacba.org> Fri, Oct 13, 2023 at 1:03 PM
Reply-To: lramirez@lacba.org
To: Aynur Baghirzade <contact@aynurlawyers.com>

## Los Angeles County Bar Association

Hello,

We have a new keyword for attorneys who take cases in the Sacramento County area. It is labeled as "Takes Cases in Sacramento County." If you take cases in that county and would like to have the keyword added to your profile, please let me know.

Thank you.

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

Los Angeles, CA 90055

Exh. I2

 Aynur Baghirzade <contact@aynurlawyers.com>

# SmartLaw- Profile Enhancement

1 message

**Luis Ramirez** <lramirez@lacba.org> Thu, Nov 16, 2023 at 2:38 PM
To: "contact@aynurlawyers.com" <contact@aynurlawyers.com>

Dear Aynur Baghirzade,

We would like to ensure that your profile is optimized with the correct keywords to attract potential clients. Our goal is to help you stand out in search results and connect you with the right clientele. Below you will see your list of keywords on your profile. If you see any discrepancies or need modifications in your keyword selection, please let me know.

We are here to assist you in creating a compelling profile that accurately represents your expertise and legal services. Your success is important to us, so do not hesitate to reach out for any assistance you may require. Thank you.

**Specialty Keywords:** General Agreements on Tariffs & Trade, IMEX-Import & Export experience, National Association of Securities Dealers, Change Lawyer, DREAM ACT/DACA Deferred Action for Childhood Arrivals, Remote Consultation, Represents LGBT clients, Stockbroker/Investment Loss/Fraud, Takes Saturday appointments

**Location Keywords:** Takes cases in Lancaster/Palmdale area, Takes cases in Orange County, Takes cases in Riverside County, Takes cases in San Bernardino County, Takes cases in San Diego County, Takes cases in San Francisco, Takes cases in Santa Barbara County, Takes cases in Tulare County, Takes cases in Ventura County

**Language Keywords:** Russian - Attorney, Turkish - Attorney

**Luis Ramirez**

**Administrative Assistant**

**SmartLaw Lawyer Referral Service**

**Los Angeles County Bar Association**

p. 213.896.6476

lramirez@lacba.org | LACBA.org | SmartLaw Application | Referral Portal

P.O. Box 55020

Los Angeles, CA 90055

Exh. I3

# EXHIBIT J

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

# LACBA.org Client Referral

5 messages

**Smartlaw Lawyer Referral Service** <noreply@receipts.lacba.org> Tue, Oct 10, 2023 at 10:54 AM
Reply-To: smartlaw@lacba.org
To: Aynur Baghirzade <contact@aynurlawyers.com>

## LACBA.org Client Referral

Dear Aynur Baghirzade:

The following client was referred to you on the panel of Business:

Client referred:

| | |
|---|---|
| Client First Name: | [redacted] |
| Client Last Name: | [redacted] |
| Client E-mail: | [redacted] |
| Client Home Phone #: | 2575856696 |
| Client Cell Phone #: | |
| Client Alternate Phone #: | |
| Interviewer: | LRS Agent |
| Referral #: | 3722741 |

| | |
|---|---|
| Date of referral: | 10/10/2023 10:53 AM Pacific |
| Question/Answer Path: | Please pick the category that best meets your legal issue. / Business / Please select the sub-category that best describes your Business issue. / Contracts/Commercial Paper/Secured Transactions / |
| Legal Issue: | [redacted] |

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

**Aynur Baghirzade** <contact@aynurlawyers.com> Thu, Nov 30, 2023 at 8:09 PM
To: Seth Chavez <schavez@lacba.org>, Coco Su <CSu@lacba.org>, Luis Ramirez <lramirez@lacba.org>

Hi,

On October 10, 2023 you sent me a referral for [redacted] who was fishing for sending me a fake check. He refused to talk to me over the phone, and he wanted a referral agreement from me immediately.

Exh. J2

How is it possible that these types of referrals are sent via your system ? Are you somehow in conspiracy with banks and other mobs issuing fake checks ? Do you check the referrals at all before sending them to the attorneys?

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Coco Su** <CSu@lacba.org> Fri, Dec 1, 2023 at 12:17 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>, Seth Chavez <schavez@lacba.org>

Aynur,

We apologize for any inconvenience caused. The referral you referenced was a web referral. As detailed in our communication in June of this year, web referrals are minimally screened. An option was extended to you to unsubscribe from web referrals, a request you accepted. Subsequently, in September, you expressed a preference to be reinstated on web referrals, and this option remains at your disposal. Should you wish to be excluded from the web rotation, please feel free to inform us.

Best,

**Coco Su, MBA**
**Manager, Business Development**
**Lawyer Referral Service**
**Los Angeles County Bar Association**

p. 213.896.6571
csu@lacba.org | LACBA.org | SmartLaw Member Portal | Request for a Lawyer Referral!
444 South Flower Street, Suite 2500
Los Angeles, CA 90071

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, November 30, 2023 8:09 PM
**To:** Seth Chavez <schavez@lacba.org>; Coco Su <CSu@lacba.org>; Luis Ramirez <lramirez@lacba.org>
**Subject:** Fwd: LACBA.org Client Referral

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com> Fri, Dec 1, 2023 at 12:42 PM
To: Coco Su <CSu@lacba.org>
Cc: Seth Chavez <schavez@lacba.org>

# EXHIBIT K

8:24

# no (@Brevity05) has sent you a Direct Message on Twitter!

no (via Twitter)
To Aynur Baghirzade
Today at 7:38 PM

no sent you a Direct Message.

For every one time you open your Turkroach-infested mouth, one Khojaly will happen. And this time in Irvine. Prepare for impact, Aynur. https://t.co/IQZpov4k2e

VIEW MEDIA

Reply

Delete
Archive
Move
Reply
More

Exh. K2

5:45

TWITTER now

**Liked by elite 🐺:**
Yes, they don't know that if the @StateBarCA punishes me for my speech it would be construed a...

Hey aynur

Hi

Who is it ?

The Armenians have put your information everyone all over the night please change your profile pictures and number take your info off your bio I don't want you loosing your license

Armenians in California have a lot of influence

Please stop harassing and threatening me or I will need to inform police. Hope you understand.

I'm not harassing you I'm on your side

I don't want you loosing your license

Seriously?

And when did I threaten you I'm only

Text Message

Exh. K3



Exh. K4

# EXHIBIT L

2:07
Post

**Aroutin Hartounian** @HartounianEsq

Follow

Today, we throw it WAY back to March 15, 1921, to a moment that changed the game for justice and retribution. 🕰️🔍

Meet Soghomon Tehlirian 🇦🇲, a man who took "speak your truth" to the next level. After surviving the unthinkable horrors of the Armenian Genocide, he faced off against Talaat Pasha 🇹🇷 - yeah, the big bad architect of that very genocide - on the streets of Berlin 🇩🇪. Spoiler alert: It was epic. 🎯

This wasn't just about revenge; it was a statement louder than any hashtag could ever be. It was about demanding accountability when the world was playing the "see no evil" card. And guess what? It worked. The world listened. 🌍 👂

The trial? More like a plot twist. Tehlirian walked out a free man, turning a courtroom drama into a victory lap for truth and justice. The jury's message was clear: Sometimes, the pen (or in this case, justice) is mightier than the sword. 📜 ⚖️

Post your reply

Exh. L2

2:08  

make a statement. 🌟 👏

And remember, folks, history isn't just a thing of the past. It's the story we write every day.

#ArmenianGenocide #SoghomonTehlirian #Turkey #TaalatPasha #Armenia #Artsakh #Germany

8:17 PM · 3/15/24 From Earth · **13K** Views

**27** Reposts **3** Quotes **135** Likes **5** Bookmarks

 Post your reply

9:48

an active community member. He serves on the Board of Trustees of the Armenian Society of Los Angeles (ASLA) and the Board of Directors of Unified Young Armenians (UYA). He is fluent in Armenian and Farsi, which enhances his ability to connect with and serve a diverse clientele.

Mr. Hartounian and his firm are also committed to philanthropy, supporting local and international organizations through donations as well as pro bono work. Among the beneficiaries past and present are the Glendale Latino Association, Hayk for Our Heroes, VOMA, Armenian Youth Federation, Doctors Without Borders, Feeding America, and Sporting SoCal, underscoring their commitment to both local and global communities.

Recognized for his professional excellence, Mr. Hartounian has received multiple Client's Choice Awards from Avvo.

Welcome to Hartounian, A Professional Law Corporation
AI
I'm here to help answer any questions you have.
AI Connect
Call
Text
Email
hartounian.com — Private



# Lawyers caught up in state bar probe over Armenian genocide settlements

*Mark Geragos and Brian Kabateck, two LA-based Armenian American attorneys, have been accused of misappropriating funds from class action settlements relating to the genocide.*

HILLEL ARON / September 27, 2022







Exh. L5

8:50 LTE

made by class members. We have fully cooperated with multiple prior investigations and inquiries conducted by the state bar and others (all of whom found no wrongdoing)."

Geragos is best known as a criminal defense lawyer, having represented such celebrity clients as Michael Jackson, Winona Ryder, Chris Brown and Jussie Smollet. Kabateck is a plaintiff's attorney, having represented a number of surviving families of victims in the Lion Air Flight 610 crash of 2018, and Los Angeles ratepayers in the Department of Water and Power billing scandal. He is also a former president of the LA County Bar Association. Both lawyers are Armenian Americans.

Kabateck, Geragos and a third Armenian American lawyer, Vartkes Yeghiayan, filed two class actions against insurance companies on behalf of families of victims of the Armenian genocide over unpaid life insurance claims. The suits were both for a combined $37.5 million. But as the Los Angeles Times laid out in a lengthy investigation published this past March, numerous victims' descendants, as well as churches, never got the money they were owed. Before he died in 2017, Yeghiayan claimed Geragos and Kabateck "had splurged on first-class travel and treated the

courthousenews.com — Private

9:21 LTE

barcomm@calbar.ca.gov

# State Bar Announces Investigations of Mark Geragos and Brian Kabateck

Tuesday, September 27, 2022 Categories: **News Releases**

The State Bar of California's Board of Trustees Chair Ruben Duran announced today that the State Bar is investigating attorneys **Mark John Geragos (State Bar No. 108325)** and **Brian Stephen Kabateck (State Bar No. 152054)** in connection with the Armenian Genocide insurance settlement funds from which dispersals were made in the U.S. and France.

"The State Bar is charged with protecting the public," said Ruben Duran, Board Chair. "Confidence in our ability to do so has unfortunately been shaken in recent times by the Girardi matter and what it represents. Restoring and maintaining the public's trust in the disciplinary apparatus of this agency is imperative. To that end, it is important to emphasize that the State Bar investigat[illegible] possible misconduct wherever it might o[illegible].

calbar.ca.gov — Private