1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
3  Phone: 619-776-4882
   Email: contact@aynurlawyers.com
4  *AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Declaration of Aynur Baghirzade　　　　　　　　　Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1.    I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendants Orange County Bar Association ("OCBA"), Trudy Levindofske and Teresa Vuki's Motion to dismiss. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2.    I became a member of OCBA's referral service ("LRS") on or around February 14, 2023.

3.    I didn't renew my membership after its expiration because of the ongoing discrimination and fake referrals I was getting from LRS, and none of my complaints were positively addressed by their staff.

3.    I am ready to renew my membership with LRS if necessary injunctive reliefs requested in my SAC are issued.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on January 27, 2025, in San Diego, California.

                                By: *Aynur Baghirzade*
                                *Aynur Baghirzade, a declarant*