AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>     v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1. EXHIBIT A - OCBAS' LRS RULES (A1 - A8).
2. EXHIBIT B - COMMUNICATION WITH OCBA STAFF REGARDING REFERRALS (B1 - B5).
3. EXHIBIT C - TERESA VUKI'S EMAIL ON HOW MUCH ATTORNEYS' FEES WERE GENERATED THROUGH REFERRAL SERVICE AT OCBA(C1 - C2).
4. EXHIBIT D - COMMUNICATION WITH OCBA STAFF ON HOW PLAINTIFF'S ACCOUNT WAS BLOCKED (D1 - D7).
5. EXHIBIT E - COMMUNICATION WITH OCBA STAFF REGARDING MENTORING PROGRAM (E1-E8).
6. EXHIBIT F - OCBA MENTORING PROGRAM AGREEMENT AND WAIVER PLAINTIFF SIGNED (F1-F8).
7. EXHIBIT G - EMAIL AND COMPLAINT SENT TO OCBA REGARDING THEIR DECISION NOT TO TAKE PLAINTIFF INTO THEIR IP PANEL ( G1 - G3).