# EXHIBIT A



**RULES OF THE ORANGE COUNTY BAR ASSOCIATION**

**LAWYER REFERRAL & INFORMATION SERVICE**

| | |
|---|---|
| Purpose | Section 1 |
| The Lawyer Referral & Information Service Committee | Section 2 |
| Duties of the Lawyer Referral & Information Service Committee | Section 3 |
| Operation of the Lawyer Referral & Information Service | Section 4 |
| Eligibility of Panel Members | Section 5 |
| Referrals | Section 6 |
| Panel/Client Relations | Section 7 |
| Operating Fees/Reports, Etc. | Section 8 |
| Compliance | Section 9 |
| Remedies | Section 10 |

*Adopted as of August 26, 2020*

Revised August 2020

**Exh. A2**

## RULES OF THE ORANGE COUNTY BAR ASSOCIATION

## LAWYER REFERRAL & INFORMATION SERVICE

## PURPOSE

SECTION 1.1   The purpose of the Lawyer Referral & Information Service ("Service") shall be to make legal services more available to the general public by providing a way in which any person may be referred to a member of the State Bar of California consistent with relevant circumstances, such as the type and degree of difficulty of the legal problem presented by such person, his or her spoken language, geographical convenience, and financial ability to pay for desired services.

## THE LAWYER REFERRAL & INFORMATION SERVICE COMMITTEE

SECTION 2.1   The Service shall be supervised in its operation by a Committee (hereinafter referred to as the "Lawyer Referral & Information Service Committee" or the "Committee").  Such Committee shall have full authority to make all decisions necessary to the conduct of the Service including, without limitation, by amendment of these rules at any time and from time to time.  All such decisions are, however, subject to review or modification by the Board of Directors ("Board") of the Orange County Bar Association (the "OCBA").

SECTION 2.2   The Committee shall consist of eleven persons who shall be appointed as follows:  The President of the OCBA shall first appoint eight (8) members from the OCBA at large, one of whom shall be from the Board; the President of the OCBA shall also appoint one (1) public member, not a lawyer, and the Chair of the Committee shall appoint two (2) members, one of whom shall be from the OCBA at large. The President of the OCBA shall designate the Chair and the Vice Chair of the Committee.  At least fifty percent (50%) of the Committee shall be active members of the State Bar of California, and a least 50% of the Committee shall not receive referrals from the Service.   Members of the Committee shall be selected, to the extent reasonable, to fairly represent the diverse composition of the Association including minorities, women, lawyers in firms of various sizes, sole practitioners, public lawyers, lawyers with various specialties and lawyers in various geographic areas.

## DUTIES OF THE LAWYER REFERRAL & INFORMATION SERVICE COMMITTEE

SECTION 3.1   The Committee shall meet at least quarterly.

SECTION 3.2   The Committee shall review and approve the Annual Report prepared by the staff of the Service, as the same may be required under the Minimum Standards for a Lawyer Referral & Information Service operating in California as adopted and amended from time to time by the State Bar of California (the "Minimum Standards", herein).

Revised August 2020

**Exh. A3**

## OPERATION OF THE LAWYER REFERRAL & INFORMATION SERVICE

SECTION 4.1  The Service will be administered by staff who are immediately responsible to the Executive Director of the OCBA.

SECTION 4.2  The Panels for the substantive areas of law then being operated by the Service shall be set forth in the Panel registration portion of the membership application.  Panels may be added or deleted by the Committee from time to time as the need appears.  As additional Panels are added, the membership of the Service will be advised of the fact, and the additional Panels will be added to the application.

SECTION 4.3  The Service may maintain certain "special qualifications" Panels representing different fields of law and limited to attorneys found to be adequately experienced, whether by way of special education or by way of training, in the respective fields; said "special qualifications" Panels shall be indicated on the panel registration portion of the application, together with the criteria necessary for membership on any of these Panels.

SECTION 4.4  The Service shall maintain a Modest Means Panel which shall provide reduced-cost legal assistance to eligible low-income Orange County residents whose means exceed the maximum level permitted to qualify for free legal services from local pro bono programs.  The specific rules for such Panel shall be as adopted by the Committee from time to time (subject, as provided herein, to any review or modification thereof as the Board may elect to make).

SECTION 4.5  All funds generated by the operation of the Service shall be administered by the OCBA in accordance with the Minimum Standards.

## ELIGIBILITY OF PANEL MEMBERS

SECTION 5.1  Membership on any Panel of the Service (as such term is defined below) shall be open to all active members of the State Bar of California who [maintains an office addressed in Orange County, California] maintain their principal office for the practice of law in Orange County.  For the purpose of this Section, a "principal office" shall be an office at which the Member conducts at least two thirds of their practice, as measured either by gross billings or the number of clients served, and a telephone number carrying an Orange County, California area code.  The Service must be notified if a Member works from a home office.  If a Member works from a home office, this fact shall be disclosed to the client by the Service when a referral is made.  It is the responsibility of the Member to provide professional services whether from a business or home office.  Membership on any Panel shall be subject to any requirements of experience and/or special education as may be provided for from time to time by the Committee.  As used herein, the term "Panel" shall mean the list of attorneys receiving referrals from the Service (or, alternatively, any sub-list of attorneys receiving referrals from the Service in any particular substantive area of law designated from time to time by the Committee).

SECTION 5.2  Application to become a member ("Member") of the Service shall be made by a writing in such form and content as may be required by the Committee from time to time.  A failure to submit a true and complete Application may be grounds for denying or revoking membership on the Panel.  Each Member

Revised August 2020

**Exh. A4**

shall have a continuing obligation to advise the committee of any material changes to any information provided in the Application.

SECTION 5.3  Each applicant for membership ("Applicant") shall agree in writing to abide by all of the rules of the Service (whether contained herein or hereafter adopted as provided for herein) and each Member shall in fact abide by such rules (the "Rules") in all respects.

SECTION 5.4  Each Member shall be required to carry a policy of errors and omissions insurance in the minimum amount of $100,000.00 single occurrence and $300,000.00 aggregate per year.  Each Member is required to notify the Service if the policy expires or is canceled, and shall also request that the insurance carrier notify the Service upon expiration or cancellation of the policy.  Each panel attorney is required to disclose to a referred client whether or not he/she carries malpractice insurance.  The attorney shall indemnify, hold harmless and defend the Service against any and all claims arising out of the attorney's failure to maintain malpractice insurance for so long as the attorney can be sued by a client referred to the attorney by the Service whether or not the attorney is still a panel member.

SECTION 5.5  Each Member shall submit any fee dispute which may arise between the Member and a client referred by the Service, if the client so elects, to arbitration by the Mandatory Fee Arbitration Program of the State Bar of California, unless both parties agree in writing to submit to arbitration by the Mandatory Fee Arbitration Committee of the OCBA or other established Fee Arbitration Committee established pursuant to Business & Professions Code ϶϶6200 et seq., or by means otherwise acceptable to the State Bar after full disclosure of the interest of the Service in the outcome of the arbitration.

SECTION 5.6   If an applicant has been refused admission to a Panel, a written explanation of the reasons for refusal shall be sent to the applicant.  The applicant may appeal this decision to the full Committee in writing, no later than fifteen days following the receipt of notice of refusal.  The written appeal will be reviewed by the Committee within 60 days of receipt of the appeal.  If at least two members of the Committee disagree with the refusal, the applicant may appeal that decision to the Board by written application within fifteen days after the decision of the Committee.  The appeal must be heard by the Board within 60 days from receipt of the appeal.  The decision of the Board will be final.

SECTION 5.7  The number of years an attorney has been admitted to practice shall not be the sole criterion or qualification for any Panel created by the Service.

SECTION 5.8     Membership on a Panel or in the Service is not contingent upon membership in the OCBA.

<u>REFERRALS</u>

SECTION 6.1  A strict rotation of the Members on each Panel shall be designed by the Committee to insure fair and impartial operation of the Service.  A Member's inability, or unwillingness, to accept a referral will be considered by the Service as a rotational referral to that Member.

Revised August 2020

**Exh. A5**

SECTION 6.2 No referral shall be made on the basis of race, sex, age, religion, or national origin, although referrals may be made on the basis of the Panel member's ability to converse in a foreign language which is preferred by the client in question.

SECTION 6.3 A Member must accept any referral made by the Service in a field of law which such Member has applied for and been accepted to.

SECTION 6.4 A Member must provide a free brief consultation to callers referred by the Service. The length and type of consultation is to be determined by the Member.

## PANEL/CLIENT RELATIONS

SECTION 7.1  Each Member shall enter into a written retainer or fee agreement with every client referred to such Member and engaging such Member to provided any legal services.  A panel Member must notify a client at the outset of representation that a portion of the fees are payable to the Service, and that the Service is entitled (a) to know the outcome of any legal representation, (b) to know the fees received by the Member and any other attorney with whom the attorney associates in the course of representation of the client, and (c) to audit the file to check for fees paid.  Upon the settlement of any such action, the Member is obligated to include the Service with those who have a right to know about the payment terms, to the extent necessary to allow the Service to have knowledge of the payment terms, including all attorney(s) fees paid in the case, whether paid directly, by another party or by settlement proceeds, so that the Service may determine the portion of the Member's fees to which it is entitled.

SECTION 7.2  Application for membership in the Service is made on behalf of the Member, and not on behalf of a firm or any associates, or any other parties.  If the Member is in a partnership which customarily provides joint legal services, other counsel in that Member's partnership may be associated to perform a portion of the professional services agreed upon, (a) provided that the referred client agrees to such association in writing: (b) any counsel so associated is also a Member of the Service, and (c) such associated counsel complies with these Rules in all respects.   It is each Member's responsibility to assure that reasonable and competent attorney services are provided at that Member's standard cost, and to assure proper and accurate reporting to the Service and payment of all fees due to the Service.

SECTION 7.3  It is the Member's responsibility to do all things reasonable to see that any client referred by the Service is accommodated and given the opportunity to have reasonable and competent attorney services at a cost no greater than that which would normally be charged if the Service were not involved.

SECTION 7.4  If a Member will not be providing all of the legal services needed by a person referred to such member by the Service, such Member is required to refer that person back to the Service so that such services may be provided by an appropriate Panel Member.

## OPERATING FEES/REPORTS, ETC.

SECTION 8.1  Each Member shall pay to the Service an annual membership fee as established by the Committee.  Each Member who is not a member of the OCBA shall pay to the Service an additional annual

Revised August 2020

**Exh. A6**

registration fee equal to the maximum dues set by the OCBA for membership in the OCBA for one year.

SECTION 8.2  All membership dues and fees are non-refundable and non-waivable.

SECTION 8.3  Unless the referral is a Modest Means Referral each Member shall pay to the Service a forwarding fee of 15% of any and all fees collected by the member in connection with all clients referred by the Service to such member, due and payable quarterly.  These fees shall include, without limitation, fees (including contingency fees):

    (a) Generated on the referred case by any lawyer other than the Member to which the referral was initially made, whether or not the Member is still active on the case;

    (b) Generated on the referred case after the Member in question ceases, whether temporarily or permanently, to be a Member of the Service; and

    (c) Relating to an area of the law other than the area of law pertaining to the Panel/matter to which the referral was originally made and including without limitation any matter arising out of, concerning, relating to, or derivative of the same facts, transactions and/or circumstances of the originally referred matter or matters.  Examples include but are not limited to (1) Malicious prosecution/abuse of process/bad faith claims; (2) Wrongful death from a personal injury case; (3) Will contest and related actions of probate matters; (4) Class Actions; (5) Enforcement Proceedings; (6) Appeals.

SECTION 8.4   Each Member acknowledges that the Service may elect from time to time to charge prospective clients a referral fee on any one or more of the Panels, as determined by the Committee (or the Board, as applicable) from time to time.

SECTION 8.5   A monthly report shall be sent to each Member requesting information regarding the disposition of each referral made since the prior monthly report.  This report must be completed and returned to the Service within one month from the date on which it was sent to the Member.

A quarterly statement shall be sent to each Member for a continued status report at which time all closed cases and amounts collected must be reported and the Member must remit any fees due to the Service for fees received since the prior report.

An annual report listing clients referred but not retained for the identified year will be sent to each Member. This report is to identify referrals that may have been retained following the initial referral date.

If a Member fails to respond to a request for any case progress report within 30 days from the date of the original statement, a second request will be sent.  Failure to comply fully with a second request within fifteen days may result in automatic and immediate removal from all Panels unless other arrangements have been made. Should the Member be removed a $50.00 reinstatement fee will be required along with the outstanding report(s) to be reinstated. Failure to comply and provide all requested reports and/or funds may result in permanent removal from all Panels, refusal of re-admission to all Panels and/or legal actions against the Member.

SECTION 8.6  In the event of a dispute between a Member and the Service, each Member shall make all

Revised August 2020

**Exh. A7**

such Member's records pertaining to the Service and/or any persons referred to such Member by the Service available for review by the Service. It is understood that these records may include, but are not limited to, chart of accounts, general ledger-trial balance reports, balance sheets, income statements, invoices, bank deposit records, trust account records, court filing records, calendars, appointment records, time sheets, docket sheets, engagement letters, fee agreements and contracts with referred client(s). Failure to make all of such records available within 15 days of a request by the Service shall result in the removal of the Member from all Panels.

SECTION 8.7  The Service reserves its right to pursue all legal or other lawful remedies available to it to recover fees due to the Service or to otherwise insure compliance with the Rules.

<u>COMPLIANCE</u>

SECTION 9.1  Each Member shall abide by all of the Rules of the Service, the Rules of Professional Conduct of the State Bar of California, and all applicable laws.

SECTION 9.2  Membership in the Service is a privilege of an attorney, not a right. The Service reviews the quality of legal services provided by the Members as described in these Rules, and shall have the power to consider taking action against any Member as described in Section 9.3 herein.

SECTION 9.3  At the discretion of the Chair, a Review Board, the constitution of which is stated in Section 9.6, may be convened to address the following instances:

(a) If any complaint has been filed against a Member or an Applicant with the Mandatory Fee Arbitration Committee of the OCBA. (The service specifically reserves the right to refer any or all complaints received from clients of the Service to the Mandatory Fee Arbitration Committee, as applicable.)

(b) If the Service or the Committee receive evidence of any violation of these Rules or of any other act or omission of a Member or Applicant which would or might harm the Service or any client thereof.

(c) If a Member or Applicant is (or has been) publicly charged with the commission of any crime or act involving moral turpitude, and such charges have not yet been dismissed on a basis which fully exonerates such attorney. (For the purposes of these rules, the term "moral turpitude" shall be construed in accordance with the Rules of Professional Conduct of the State Bar of California).

(d) If there is any pending or past action with the State Bar of California or any other State Bar against any Member (or Applicant applying for membership), and such action has not been resolved within ten years on a basis which fully exonerates such attorney.

(e) If the conduct of a Member or Applicant is the subject of complaints by either a Client or LRIS Staff.

In all proceedings of the Review Board and the Committee under this Section, reasonable steps shall

Revised August 2020

**Exh. A8**

# EXHIBIT B

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Business & Corporate referrals
5 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Feb 17, 2023 at 10:44 AM
To: Teresa Vuki <tvuki@ocbar.org>

Hello Teresa,

Hope this email finds you well

Since you approved me for the Business & Corporate panel when I start receiving referrals?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-
mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

---

**Teresa Vuki** <tvuki@ocbar.org>                    Tue, Feb 21, 2023 at 8:08 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Ms. Baghirzade,


You were activated the same date of your written notice on February 14, 2023.


Bet regards,



> **Teresa Vuki**
>
> **Public Services Manager**
>
> Orange County Bar Association
>
> Phone: 949.440.6700 ext.128 | Fax: 949.440.6710
> Web: www.ocbar.org | Email: tvuki@ocbar.org

**Exh. B2**

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Fri, Feb 24, 2023 at 11:41 AM
To: Teresa Vuki <tvuki@ocbar.org>

Thank you Teresa,

However, since I joined your service I got only one referral. Apparently, I didn't join your service in order to get one referral per month.

Are you sending these referrals based on a strict rotation principle as it is announced in your rules or it is like - I send them to whoever I like more ? Considering how you do selection for joining your service it is no coincidence for me that your system is corrupt here as well.

I would appreciate if you explain to me why I got only only one referral for 2 weeks of joining your service.

Aynur
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

**Teresa Vuki** <tvuki@ocbar.org>                                 Fri, Feb 24, 2023 at 3:55 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Ms. Baghirzade,


A strict rotation is followed on all referrals. Please know as call volume and the legal needs of the community may be highly variable, the LRIS cannot guarantee that you will receive a certain number of referrals in any given month.


Please let me know if you have any questions.


Best regards,

[Quoted text hidden]

**Aynur Baghirzade** <contact@aynurlawyers.com>                   Sat, Apr 27, 2024 at 1:52 PM
Draft To: Teresa Vuki <tvuki@ocbar.org>

[Quoted text hidden]

## Exh. B3

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## No referrals
3 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>     Sun, Mar 5, 2023 at 1:58 PM
To: Teresa Vuki <tvuki@ocbar.org>

Hi Teresa,

I am getting 0 referrals from you. Is that because no one in Orange County opens & closes or has any business related question?

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Teresa Vuki** <tvuki@ocbar.org>     Mon, Mar 6, 2023 at 10:39 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Ms. Baghirzade,

The call volume and the legal needs of the community may be highly variable, the LRIS cannot guarantee that you will receive a certain number of referrals in any given month.

Best regards,

Teresa Vuki

**Public Services Manager**

Orange County Bar Association

Phone: 949.440.6700 ext.128 | Fax: 949.440.6710
Web: www.ocbar.org | Email: tvuki@ocbar.org

    

**Exh. B4**

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                          Mon, Mar 6, 2023 at 10:43 AM
To: Teresa Vuki <tvuki@ocbar.org>


Great!   I will send a letter with all my concerns to the State Bar asking to investigate why I am not getting referrals as well as inquire them to look closely into your rules and admission procedure.



Aynur
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

**Exh. B5**

# EXHIBIT C

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## OCBA Lawyer Referral and Information Service 2024 Renewal Application Due!
2 messages

**Teresa Vuki** <tvuki@ocbar.org>                                    Wed, Nov 15, 2023 at 3:20 PM
To: contact@aynurlawyers.com
Cc: lris@ocbar.org

Dear Aynur:

Thank you for your continued participation on the OCBA Lawyer Referral & Information Service (LRIS). We are happy to report that LRIS referrals have generated over $2.3 million in attorney fees to date this year.

Please find attached your 2024 LRIS Renewal Application. To begin your application, please carefully complete and submit the following items (a hard copy will follow via U.S. mail):

1. 2024 Renewal Statement with membership dues
2. Declaration Re: Disciplinary Status Page

The deadline to submit your renewal application and avoid any interruption with your LRIS membership is **Wednesday, January 31, 2024**. Please click on the following links to review the LRIS Rules and CA State Bar LRS Rules. Upon request, a hard copy of the rules will be mailed to you.

As a reminder, you may pay by check (payable to: "OCBA LRIS") or log in to the LRIS Portal at www.ocbar.org/LRISportal and pay by credit card. Please contact any LRIS staff member for your login credentials or if you have any questions. Please do not hesitate to contact our office at 949.440.6700 or email lris@ocbar.org.

Sincerely,

OCBA Lawyer Referral & Information Service

---

Teresa Vuki

**Public Services Manager**

Orange County Bar Association

Phone: 949.440.6700 ext.128 | Fax: 949.440.6710
Web: www.ocbar.org | Email: tvuki@ocbar.org

**Exh. C2**

# EXHIBIT D



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## OCBA LRIS Monthly Referral Report - Suspension Notice!

6 messages

---

**OCBA Lawyer Referral & Information Service** <lris@ocbar.org>    Sat, Jul 15, 2023 at 1:25 AM
To: contact@aynurlawyers.com



Dear Aynur,

Please allow this email to confirm your membership is suspended.

Please login to the LRIS Online Portal at www.ocbar.org/LRISportal to complete any outstanding reports and/or remit all applicable fees. A $50.00 fee will be required to reinstate your membership. Additionally, our office will conduct an audit of all open and outstanding cases, unless other arrangements are made. As part of the auditing process, the Service may contact the referred clients as deemed necessary.

Please refer to Section 8 of the Rules of the Orange County Bar Association Lawyer Referral & Information Service (LRIS) for reporting and compliance requirements. **All LRIS Members <u>current and former</u> are required to complete all outstanding reports and submit a forwarding fee of 15% of any and all fees collected, if applicable.** Members of the Modest Means panel are not required to remit forwarding fees for Modest Means referrals. Rather, we are requesting the referral status for record keeping purposes only.

PLEASE NOTE: You currently have pending referrals in "Undefined" status. The status of these referrals must be updated from "Undefined" to an "Open" or "Closed" status. You will continue to receive this email until you no longer have any "Undefined" referrals from previous months. In order to reinstate your membership, please call (949) 440-6700.

For additional instructions on how to use the portal, please download the documentation or view the online tutorial. Thank you for your compliance with the Rules of the OCBA Lawyer Referral & Information Service.

Best regards,

Teresa Vuki
Public Services Manager
Orange County Bar Association
949.440.6700, ext. 128 Fax: 949.440.6710
Email: tvuki@ocbar.org
Web: www.ocbar.org

---

Orange County Bar Association
PO Box 6130 • Newport Beach, CA 92658-6160 • 949 / 440-6700
Copyright ©2019 Orange County Bar Association

---

**Aynur Baghirzade <contact@aynurlawyers.com>**    Sat, Jul 15, 2023 at 11:28 PM
To: Teresa Vuki <tvuki@ocbar.org>

Hello Teresa,

**Exh. D2**

You block my ID and password every time I want to access the system to do the reporting, and this time you sent me a notice that my account is suspended. I couldn't do the reporting because I couldn't access my account.

Also, I don't understand based on what regulation I have to pay you $ 50 for the reinstatement of my account. Could you please show me where it is written in your rules?

Could you please reinstate my account without any fee as it was not my fault ?

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**Teresa Vuki** <tvuki@ocbar.org>                                                    Mon, Jul 17, 2023 at 11:02 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

I'm not sure what you mean that I am blocking you from logging in.  The LRIS portal login is system automated and the LRIS portal login information is the same login you use for your OCBA membership account.  The monthly referral report notifications are automated and sent out the 1st of the following reporting month and a 2nd notice is sent out the 1st of the next month after.  As such, each member receives 2 monthly report notifications to complete a report before a suspension notice is sent.

Please allow this email to confirm your request for a waiver of the reinstatement fee is approved as a first time courtesy waiver.  Per LRIS Rule 8.5, "…If a Member fails to respond to a request for any case progress report within 30 days from the date of the original statement, a second request will be sent. Failure to comply fully with a second request within fifteen days may result in automatic and immediate removal from all Panels unless other arrangements have been made. Should the Member be removed a $50.00 reinstatement fee will be required along with the outstanding report(s) to be reinstated. Failure to comply and provide all requested reports and/or funds may result in permanent removal from all Panels, refusal of re-admission to all Panels and/or legal actions against the Member."

Here is your login info to the LRIS Portal (https://www.ocbar.org/LRISportal) :

    Username: █████

    Password: ███████

Please login and complete your outstanding monthly referral report.  Upon completion, please email lris@ocbar.org and the suspension and reinstatement fee will be removed.

Best regards,

**Exh. D3**

Teresa Vuki

**Public Services Manager**

Orange County Bar Association

Phone: 949.440.6700 ext.128 | Fax: 949.440.6710
Web: www.ocbar.org | Email: tvuki@ocbar.org

    

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Mon, Jul 24, 2023 at 8:20 PM
To: Teresa Vuki <tvuki@ocbar.org>

Hello Teresa,

I still can't access my account - may I know the reason why you block me ? I use my ID and password as you
suggested above and still can't access it.

What else do I have to think in this situation ?

Aynur
[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Mon, Jul 24, 2023 at 8:29 PM
Draft To: Teresa Vuki <tvuki@ocbar.org>

I am sorry I managed it now
[Quoted text hidden]

---

**Teresa Vuki** <tvuki@ocbar.org>                    Tue, Jul 25, 2023 at 10:11 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Iris@ocbar.org

Hello Aynur,

I just tried logging in with your log in credentials myself and I was able to log in to your account.  I'm not sure why you
are still having trouble logging in.

**Exh. D4**

If you would like for our staff to assist you over the phone, please feel free to call our office anytime Monday-Friday 8:30am-5:00pm.

[Quoted text hidden]

**Exh. D5**



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Temporary Password Request
3 messages

---

**Orange County Bar Association** <info@ocbar.org>                    Mon, Jul 3, 2023 at 10:16 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

# Orange County Bar Association

## Temporary Password Request

Dear Aynur Baghirzade:

This email was sent to you because we've received your request to update your password.

Please go to https://www.ocbar.org/cvweb_lrs/cgi-bin/ReturnPassword.dll/pwdForm?ONETIMEPWD=6d952741204c8022a794 to complete the process. If the link is not highlighted please copy and paste the following URL into your web browser
**https://www.ocbar.org/cvweb_lrs/cgi-bin/ReturnPassword.dll/pwdForm?ONETIMEPWD=6d952741204c8022a794**.

If you did not request your to update your password, please contact us at **membership@ocbar.org**.

Sincerely,

Orange County Bar Association

---

**Orange County Bar Association**
P.O. Box 6130
Newport Beach, CA 92658
949-440-6700
membership@ocbar.org

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Mon, Jul 3, 2023 at 10:22 AM
To: OCBA Information Desk <info@ocbar.org>

Hi,

May I know the reason why I am periodically kicked out by your system and can't log in using my username and password to update the referral system ?

My username and password are not working now and it's not for the first time.

Could you please ensure my access to the system ?

Thank you,

Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**Exh. D6**

**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--

---

**OCBA Information Desk** <info@ocbar.org>                 Tue, Jul 4, 2023 at 12:18 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

The OCBA office is closed from July 3-4th for the holiday.  Your OCBA login is below.

Username: 

Password: 

Thank you,



P.O. Box 6130, Newport Beach, CA 92658

Tel: 949.440.6700 | Fax: 949.440.6710

[Quoted text hidden]

**Exh. D7**

# EXHIBIT E

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## OCBA Mentoring Program
4 messages

---

**Eve Brackmann** <EBrackmann@stuartkane.com>                    Thu, Nov 10, 2022 at 7:19 PM
To: "contact@aynurlawyers.com" <contact@aynurlawyers.com>
Cc: "Carole Martinez (cmartinez@ocbar.org)" <cmartinez@ocbar.org>, "mannara@ocbar.org" <mannara@ocbar.org>,
"Cherrie Tsai (cherrie.tsai@kaiseraluminum.com)" <cherrie.tsai@kaiseraluminum.com>

Dear Ms. Baghirzade,


I am the co-chair of this year's OCBA Mentoring Committee.  My co-chair Cherrie Tsai is
also included here.  Our Committee is comprised of a range of OCBA members who
volunteer their time to help plan and coordinate the OCBA Mentoring Program each year.
We cannot provide you with a new mentor in the middle of the year because the way our
program works is that we accept the applications and do the matching in the first part of
the year.  We do not ordinarily re-match, and certainly not simply because the assigned
mentor does not meet the protégé's preference.  We do our best to accommodate requests
for mentors in certain areas but do not guarantee that.


The OCBA Mentoring Program is not designed to provide practice-specific coaches.
Moreover, our mentors do not provide legal advice to protégés.  Rather, the Program is
free and voluntary, and provides new lawyers with a helpful, independent resource in their
first years of practice.  Participants accepted into the Program are matched with an
experienced, active OCBA member available to provide guidance to the participant in such
areas as ethics and professionalism, practice and law office management, general
lawyering skills and business/client development.


You may apply again for the program next year, but as with this year, we cannot guarantee
that you will have a mentor in your preferred area.  You will get more out of the program
if  you look at your mentor as someone who is volunteering their time to help you be
successful as a professional, and can provide guidance as you develop your level of
professionalism and learn to network effectively in Orange County.  If you are looking for
someone to advise you how to practice in a particular area of law, that is not a good fit for
our program.


Thank you.


Best regards,

--Eve

**Exh. E2**

P.S. I moved Mr. Pentecost to Bcc as he is not part of our Program's administration.  John,
we thank you for volunteering your time this year, and hope to see you in next year's
Program.


**Eve A. Brackmann, Esq.**

# **Stuart Kane LLP**

620 Newport Center Drive, Suite 200 | Newport Beach, CA 92660

Tel: (949) 791-5198 | Fax: (949) 791-5298 | www.stuartkane.com

Biography | LinkedIn | ebrackmann@stuartkane.com


*The information contained in this electronic mail message is confidential information intended only for the use of the individual or
entity named above, and may be privileged. If the reader of this message is not the intended recipient, you are hereby notified
that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this
communication in error, please immediately respond by replying to this message with "Received in Error" in the subject heading
and then delete this communication from your system.  Any federal tax advice contained herein, including in any attachments or
items referred to, is not intended or written to be used, and it cannot be used, for the purpose of (a) avoiding penalties under the
Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed in
this email or its attachments or referenced matters.*


**From:** Aynur Baghirzade [mailto:contact@aynurlawyers.com]
**Sent:** Wednesday, November 9, 2022 5:10 PM
**To:** Rebecca Mannara <rmannara@ocbar.org>
**Cc:** Carole Martinez <cmartinez@ocbar.org>; jpentecost@hkplawfirm.com
**Subject:** Re: Mentorship program - need to change a Mentor


Hi Rebecca,


What I really meant under " I can't be forced" is that nobody except me can decide what area of law I can and I will
practice. By not providing me with a mentor I asked you actually influence my choice.


I have my own cases to go to court and nobody can dictate me not to do that or provide me with a different mentor to
push me in a different direction.


I hope that all this happened because I did a mistake  in making preferences on the paper in choosing  mentors. I
would appreciate if I am provided a mentor before new application for mentorship is open for next year as its a long
time to wait.

**Exh. E3**

Thank you,


Aynur




On Wed, Nov 9, 2022 at 2:19 PM Aynur Baghirzade <contact@aynurlawyers.com> wrote:

Thank you Rebecca,



As I informed you before I have nothing against the mentor I have now personally - I am just unhappy with the area of Law.


I will follow your advice and apply next year.


Thank you for your time and detailed information. Appreciate it.



Respectfully,

Aynur Baghirzade, Esq.


**Law Offices of Aynur Baghirzade, Esq.**

**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**www.aynurlawyers.com**

**www.aynurimmigrationlaw.com**


**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. E4**

You would have to reapply (submit a new application, insurance etc.) for the Mentoring Program next year if you want to participate in the 2023-2024 Core Mentoring program.  We will send out an email once that has opened up.  Once you are assigned a mentor for the year we cannot reassign your mentor (it's only at the discretion of the Co-Chairs).

I stated that the program was voluntary because you mentioned that you didn't want to be forced to have the mentor we assigned to you.  Unfortunately, I cannot guarantee that you will be happy with the mentor we assign and if you aren't happy with the match then you are not required to participate or communicate with them.  We make the best matches we can based on the mentors and proteges who apply for the program.

I cannot give you a list of mentors for Business and Civil Litigation.  We do have the Help Line, is that what you are referring to?  If you would like referral to three Help-Line attorneys I can give you those in a separate email.  Please let me know.

Kind regards,

---

**Rebecca Mannara**

**Member Services Manager**

Orange County Bar Association

Phone: 949.440.6700 ext.103 | Fax: 949.440.6710
Web: www.ocbar.org | Email: rmannara@ocbar.org

    

---

**From:** Aynur Baghirzade [mailto:contact@aynurlawyers.com]
**Sent:** Wednesday, November 9, 2022 12:59 PM
**To:** Rebecca Mannara <rmannara@ocbar.org>
**Cc:** jpentecost@hkplawfirm.com; Carole Martinez <cmartinez@ocbar.org>
**Subject:** Re: Mentorship program - need to change a Mentor

Thank you Rebecca, I didn't know that my request was denied due to unavailability. I hear it only now.

Do you mean that I have to fill out a new Mentorship application next year and reapply again ? What  do I have to do to change a mentor and have a new one in the area of Law I want ? I thought members' requests are considered without formalities - but I would appreciate it if you let me know what else I have to do for that.

**Exh. E5**

Law Offices of Aynur Baghirzade Mail - OCBA Mentoring Program

I understand that the program is voluntary and I didn't ask you how to withdraw from it. I made a request for a Business Litigation mentor during the meeting with John and I thought I was ok.

Let me know what I have to do to get a new mentor next year. Could I also have a list of mentors you have for Business & Civil Litigation?

Thank you,

**Law Offices of Aynur Baghirzade, Esq.**

**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**www.aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Wed, Nov 9, 2022 at 12:39 PM Rebecca Mannara <rmannara@ocbar.org> wrote:

Hi Aynur,

You applied for the Core Mentoring program (1 year long program) and requested your first preference as Immigration Law and your second preference was Business Law and you were assigned to Christine Doyle who practices Immigration Law (your first choice). You applied for the Mentoring Café (30 min to 1 hour mentoring session) and requested a Business Litigation mentor so we assigned you John Pentecost as he specified he does Business Litigation.

A little while ago you contacted me and asked me to change your mentor match to a Civil Litigator but as I explained to you on the phone, we don't currently have a mentor available in that area of law because we already assigned all the matches back in June. When I asked the Co-Chairs about your request, they denied the request based on unavailability and said for you to apply for next year's Core program and ask for Civil Litigation.

You do not have to participate in the Mentoring Program if you do not want to. This program is voluntary and while we do our best to make a match that meets all of your and the mentor's requests/requirements, sometime that isn't always possible.

You can renew your OCBA membership and apply for next year's program but I cannot guarantee that you will get the exact match you are desiring.

Please let me know if you have any other questions.

**Exh. E6**

Kind regards,

Rebecca Mannara

**Member Services Manager**

Orange County Bar Association

Phone: 949.440.6700 ext.103 | Fax: 949.440.6710
Web: www.ocbar.org | Email: rmannara@ocbar.org



**From:** Aynur Baghirzade [mailto:contact@aynurlawyers.com]
**Sent:** Wednesday, November 9, 2022 12:14 PM
**To:** Rebecca Mannara <rmannara@ocbar.org>
**Cc:** John H. Pentecost <jpentecost@hkplawfirm.com>
**Subject:** Mentorship program - need to change a Mentor

Good afternoon Rebecca,

As you know I made an application to join the OCBA mentorship program on or around the beginning of this year. On or around June 1, 2022 I met with John Pentecost, a lawyer you assigned to me as a mentor - during the meeting I made it clear to him that I need a mentor in business litigation, not in Immigration Law as I have extensive experience as a Business Lawyer already.  I also explained to him that since I have books in Immigration Law and friends practicing in this area I do not really need an Immigration Law mentor.

May I know the reason why despite my request I was provided with a mentor in a different area of Law? And why despite my request to change the mentor it is still not satisfied?

I've recently joined the LACBA referral panel for Business Law & Litigation and I was qualified for it by LACBA. My understanding is that I can't be forced to choose the mentor I don't want and I can't be forced to practice the area of Law I don't want.

Could you please inform me when I will be provided with a new mentor? Would I have a new mentor if  I renew my OCBA membership for next year?

Thank you,

**Exh. E7**

--

Respectfully,


Aynur Baghirzade, Esq.


**Law Offices of Aynur Baghirzade, Esq.**

**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**www.aynurlawyers.com**

**www.aynurimmigrationlaw.com**


**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-
mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.


--

Respectfully,


Aynur Baghirzade


**Law Offices of Aynur Baghirzade**

**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**

**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**


**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-
mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

**Exh. E8**

# EXHIBIT F



# OCBA MENTORING PROGRAM

## Now Accepting
## PROTÉGÉ APPLICATIONS

OCBA attorney members in practice are encouraged to participate in the 2022-2023 Mentoring Program. This program will provide lawyers with a helpful, independent resource to assist in their career development. Participant protégés will be matched with an experienced, active OCBA attorney member available in such areas as ethics and professionalism, practice and law office management, general lawyering skills and business/client development.

To participate, please complete the attached Protégé Application and email with requested attachment(s) to mentoring@ocbar.org.

Deadline to submit application is
Wednesday, June 1, 2022.

**Exh. F2**

**Orange County Bar Association**
**Mentoring Committee**
Post Office Box 6130
Newport Beach, CA 92658
Telephone: (949) 440-6700
Facsimile: (949) 440-6710
mentoring@ocbar.org



## Protégé Checklist

Before you submit your Protégé Application, please complete this checklist to confirm that you have completed all **required** necessary steps to be considered for the OCBA Mentoring Program.

Complete and attach the following:

☒ I have read the Protégé Guidelines.

☒ I have completed the Protégé Application.

☒ I have completed the Protégé Participation Agreement.

☒ Enclosed proof of errors and omissions insurance certificate, in an amount not less than $100,000 for each occurrence and $300,000 aggregate per year.

After completing the foregoing checklist, please email the requested attachments to mentoring@ocbar.org or mail to: OCBA Mentoring Committee, Post Office Box 6130, Newport Beach, CA 92658.

Failure to provide all required forms and other documentation may cause a delay in processing your application.

Protégé Signature: _____    Date: May 27, 2022

**Exh. F3**



# ORANGE COUNTY BAR ASSOCIATION
## Mentoring Program
## Protégé Guidelines

### Requirements for Protégés
- Orange County Bar Association Member;

- Approval of the Orange County Bar Association Mentoring Committee;

- Commit to a one-year program;

- Must be available to meet with mentor for an initial mentoring session, and then at mutually agreeable times during the year, either in person or by video conference;

- Complete the OCBA Protégé Application;

- Complete the OCBA Mentoring Program Protégé Participation Agreement;

- If in private practice, must be covered by errors and omissions insurance in an amount not less than $100,000 for each occurrence and $300,000 aggregate per year. Proof of insurance shall be provided to the OCBA with the signed "Protégé Participation Agreement".

### Restrictions on the Mentor-Protégé Relationship
- Protégés shall not use the Program as a method to locate employment with their mentor or his/her firm;

- Protégés shall not request that their mentor join any matters as co-counsel nor shall protégés refer matters to their mentor during the course of the Program;

- Protégés shall not seek or provide legal advice from their mentor on current and/or specific client matters and shall not ask their mentor to research or research for their mentor any substantive legal issues;

- Mentors serve on a voluntary basis. Protégés should use discretion in communicating with their mentor by telephone and e-mail;

- Protégés shall treat all communications with their mentor as confidential, but should recognize that such communications may not be privileged;

- Protégés shall not substitute information obtained from their mentor for their own judgment or legal opinions, nor otherwise rely upon information from their mentor in performing their duties and obligations to their own clients.

**Exh. F4**

# ORANGE COUNTY BAR ASSOCIATION
## Mentoring Program Protégé Application

Please complete the questionnaire below so that we can know what's most important to you in a mentor and attempt to find the best possible match for you. Although it is often difficult to find someone who matches up precisely with every answer to every question, we will make every effort to find a compatible mentor. Indeed, we have found that some of the best mentor/protégé relationships have come from matches where the two people have some differences with their background and practice, for example. All of our mentors are seasoned attorneys who have an expressed interest in participating in our program and mentoring a less experienced lawyer – the most critical factor in any mentoring relationship.

Name: _Ayneer Baghiezade_

Mailing address: _4120 Archway Irvine_
_California  92618_

Telephone: _619-630-6646_

Email: _Contact@ayneerlawyers.com_

OCBA Member No._____

State Bar No. _332085_

**1. Please rank the characteristics of a potential mentor that are most important to you.** *(rank only those that are important to you, using No. 1 for the most important):*

- _2_ size or type of practice
- _5_ location of mentor
- _4_ type of work performed
- _1_ areas of law
- _3_ years in practice
- _6_ educational background
- ___ other _____

It is more important that your mentor *(check one)*:

- ___ live or work close to you
- _✓_ match your interest areas

**2. Size or type of practice**

I would prefer a mentor who is a:

- ___ member of a large firm (50+ attorneys firm wide)
- ___ member of a medium firm (10-49 attorneys)
- ___ member of a small firm (2-9 attorneys)
- ___ solo practitioner (See also No. 9 below)
- ___ in-house counsel
- ___ government attorney
- ___ legal services attorney
- ___ other _____
- _✓_ no preference

**3. Location of mentor**

I would prefer a mentor who is located in the following district(s) *(please check all that apply)*:

- _✓_ **Harbor** (Balboa, CDM, Irvine, Newport, Costa Mesa)
- _✓_ **Central** (Tustin, El Modena, Orange, Santa Ana, Villa Park)
- _✓_ **West** (Cypress, Fountain Valley, Garden Grove, Los Alamitos, Seal/Huntington Beach, Westminster)
- _✓_ **South** (Aliso/Mission Viejo, Coto, Laguna, Lake Forest, San Clemente, San Juan Capistrano)
- _✓_ **North** (Anaheim, Brea, Buena Park, Fullerton, La Habra, Yorba Linda)
- ___ No preference

**4. Areas of law**

I would prefer a mentor who works in the following areas of law *(**rank no more than three and only those that are important to you**, using No. 1 for the most important)*:

- ___ administrative/governmental
- ___ bankruptcy
- _2_ business/commercial
- ___ construction
- ___ criminal law
- ___ elder law
- ___ employment/labor law
- ___ environmental law
- ___ family law
- ___ general practice
- ___ health law
- _1_ immigration law
- ___ Indian law
- ___ insurance defense
- ___ intellectual property
- ___ international practice
- ___ juvenile law
- ___ landlord/tenant
- _3_ personal injury/property damage
- ___ professional liability
- ___ real estate
- ___ securities
- ___ sports/entertainment law
- ___ taxation
- ___ wills/gifts/trusts/estates
- ___ other _business litigation_

**Exh. F5**

## 5. Type of work performed

I would prefer a mentor who engages in the following type of work (*rank only those that are important to you, using No. 1 for the most important*):

_2_ trial practice
_1_ litigation
_3_ transactional
_4_ appellate practice
____ appearance before regulatory/administrative boards
____ in house
____ other _____

## 6. Outside Interests

I am involved (or am interested) in:

_4_ bar-related activities
_4_ civic activities
_4_ other professional activities

Please list:

_____
_____
_____
_____

## 7. Preferred Meeting Times

I prefer meeting (*please check all that apply*):

____ before work
____ lunchtime
____ after work
_4_ no preference
____ other _____

## 8. Preferred Means of Communication

I prefer communication by (*please check all that apply*):

_4_ e-mail
_4_ telephone
_4_ no preference

## 9. What Is the Primary Objective You Would Like to Achieve With This Program?

*To learn more about new practice areas, to gain some expertise in litigation*

## 10. Additional Information:

Law school: *UCONN Law (LLM), Paris SI...*

Year of Admission: *2006-2007*

Years of Active Practice (optional): *Reg 2y. in CA/to*

Courts Admitted/Special Admissions:

Other Professional Licenses? (CPA, MD, etc.)

Please include any additional information that would assist us in matching you with a mentor. Although we may not be able to match you with a mentor meeting all of your preferences, every effort will be made to make an appropriate match.

*I need a mentor in municipation law and in litigation*

_____
_____
_____

Please feel free to attach a current resume.

I understand that the information provided in this application, and any additional information provided by me to the OCBA Mentoring Committee, is **not confidential** and may be shared with the members of the Mentoring Committee and my chosen mentor.

Signature: _____    Date: *05/24/2022*

Please return to:    mentoring@ocbar.org or
OCBA, Attn: Mentoring Committee
P.O. Box 6130
Newport Beach, CA 92658

### Thank you for your participation.

### Exh. F6



# ORANGE COUNTY BAR ASSOCIATION

## Mentoring Program

## Protégé Participation Agreement

I _Seymour Baghirzadeh_ ("Protégé") agree to participate in the Mentoring Program conducted by the Orange County Bar Association (the "OCBA"). The purpose of the Mentoring Program, as fully described in the Protégé Guidelines that I acknowledge having received by signing below, is to provide me with an educational and professional development resource only.

I understand that, although my assigned mentor is engaged in the practice of law, my mentor will not render any legal or professional advice to me or to any of my clients. Any information provided to me by my mentor is not intended to deal with any particular legal problem and I agree that it will not be relied upon by me as such.

**I AGREE THAT I WILL NOT RELY ON THE INFORMATION I RECEIVE IN THE COURSE OF THE MENTORING RELATIONSHIP AS A SUBSTITUTE FOR MY OWN JUDGMENT OR LEGAL OPINIONS, AND THAT I WILL NOT OTHERWISE RELY UPON ANY INFORMATION OBTAINED FROM MY MENTOR IN PERFORMING MY DUTIES AND OBLIGATIONS TO MY OWN CLIENTS. I FURTHER UNDERSTAND THAT THE OPINIONS AND/OR STATEMENTS OF MY MENTOR ARE NOT A SUBSTITUTE FOR MY OWN OPINIONS OR INDEPENDENT RESEARCH AND THAT SUCH STATEMENTS ARE NOT MADE ON BEHALF OF THE OCBA.**

In exchange for the opportunity to participate in the Mentoring Program, I agree on behalf of myself and my spouse, parents, children, family, partners, employees, agents, heirs, estate, executors, representatives, administrators, insurers, successors and assigns to fully release the OCBA, including its elected and appointed officers, board members, mentoring committee members, directors, employees, volunteers, mentors, protégés, agents, attorneys and any other persons or entities acting on its behalf, and each of them, from any and all claims for injury, loss, liability, professional negligence, damages, lawsuits, expenses (including, but not limited to, attorneys' fees) and any other injury or liability to me or any other person acting on my behalf, in connection with my participation in the Mentoring Program and I agree to waive any and all rights to make any of the above claims through a lawsuit or otherwise against the OCBA and the persons provided above.

**I UNDERSTAND THIS RELEASE SHALL BE EFFECTIVE EVEN IF THE LOSS, DAMAGE OR INJURY WAS NOT FORESEEABLE OR RESULTS, IN WHOLE OR IN PART, FROM THE NEGLIGENCE OF THE OCBA OR ANY OF THE OTHER RELEASED PARTIES.**

Page 1 of 2

Exh. F7

By signing below, I acknowledge and represent that I have read, and I agree to fully comply with, the Protégé Guidelines. Further, I acknowledge and represent that **I HAVE READ THIS AGREEMENT CAREFULLY, I FULLY UNDERSTAND ITS CONTENTS AND I VOLUNTARILY AGREE TO ITS TERMS.** No oral representations, statements or inducements, apart from this written agreement, have been made. If any portion of this agreement is declared invalid by a court, the remainder shall continue in full force and effect.

Signature: _____    Date: _May 27, 2022_

**Page 2 of 2**

**Exh. F8**

# EXHIBIT G

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

# Appeal
1 message

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Sat, Feb 25, 2023 at 9:10 PM
To: OCBA Information Desk <info@ocbar.org>, Teresa Vuki <tvuki@ocbar.org>

Hi.


Please, see enclosed the appeal letter from the decisions of your LRIS Subcommittees. The letter was also sent to your address today via certified mail.

--
Respectfully,

Aynur Baghirzade, Esq.

**Law Offices of Aynur Baghirzade, Esq.**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**
**www.aynurlawyers.com**
**www.aynurimmigrationlaw.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**2 attachments**


**Letter to OCBA 1st .HEIC**
2371K


**Letter to OCBA 2nd.HEIC**
2183K

**Exh. G2**

*Law Offices of Aynur Baghirzade, Esq.*

*1968 S. Coast Hwy # 2429 Laguna Beach, CA 92651 Phone:*

*619-630-6646*

during next couple of months or resolved by sending demand letters to the opposing party. Additionally, I earned 1 more CLE hour from Trial & Tort division of OCBA.

3) **Intellectual Property Panel.** Completely disagree with Subcommittee decision on this Panel. As I explained in my emails to you IP was a reason for granting me a special green card. Also, Subcommittee members didn't explain in their letter how it happened that having full special L.L.M. courses on Trademarks, Patent and Copyright do not qualify me for the minimum requirements to join this Panel. Do they think that 6 or 7 hours of CLE is more valuable than 24 or more hours of full course education with Master degree on the subject??? Moreover, decision of the SubCommittee members interferes with the purpose of my being in the United States as I can't fulfill the obligations I took when I was granted a green card. In general, I think that I am more qualified for this Panel than any other member of the Subcommittee for exception for probably Patent Law, so please reconsider Subcommittee decision.

Aynur Baghirzade, Esq.

**Exh. G3**