AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR THE LEAVE OF COURT TO CONSIDER PLAINTIFF'S OPPOSITION TO DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS FILED ON JANUARY 28, 2025 TO BE FILED ON JANUARY 27, 2025.**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

## I. INTRODUCTION

This EX PARTE APPLICATION is made pursuant to Local Rule 7.1. and Rule 47 of F.R.C.P. to consider Plaintiff's Opposition to Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki's Motion to Dismiss filed electronically on January 28, 2025 to be filed on January 27, 2025.

## II. FACTUAL AND PROCEDURAL BACKGROUND

Defendants Orange County Bar Association ("OCBA"), Trudy Levindofske and Teresa Vuki filed their motion to dismiss Plaintiff's SAC on November, 25, 2024 (Docket # 98). Further, the hearing date for this motion was continued and Plaintiff was required to answer to this motion on or before January 27, 2025. In the morning, on January 27, 2025, Plaintiff filed her opposition to Defendants Los Angeles County Bar Association ("LACBA"), Seth Chavez, and Coco Su's motion to dismiss using Court's ECF system. The Opposition and other attachments were successfully uploaded to the electronic system and Plaintiff experienced no problems with their filing. In the evening of the same day when Plaintiff tried to upload her Opposition and other documents in response to Defendants OCBA, Trudy Levindofske and Teresa Vuki's motion to dismiss (prepared and converted to PDF exactly in the same way, using the same technology and same laptop, and moreover, prepared on the same motion as LACBA's motion and having absolutely identical Request for Judicial Notice and even less exhibits than LACBA's opposition) the system didn't accept those documents.  Plaintiff was forced to send her documents via email to Clerk's office (Helpdesk for ECF filing) and to Defendants OCBA, Trudy Levindofske and Teresa Vuki's Counsels on record. Defendants received their Opposition and complete set of files on the date set as a deadline for Plaintiff to answer - on January 27, 2025. The problem was resolved only on the following day - January 28, 2025. This is not a first time when Plaintiff

2

experiences problems with filing her documents using Court's electronic system, and Plaintiff's Pacer account gets continuously restricted on the deadlines without any prior warnings on any technical or other changes, Plaintiff made her concerns known to this Court before in her numerous complaints. Since, it was not a fault of the Plaintiff that she couldn't file her documents on January 27, 2025, Plaintiff hereby asks the Court to consider her motion filed on time, on January 27, 2025.

### III. ARGUMENTS

Good cause exists to consider Plaintiff's opposition timely filed as the problem was not with her computer, her internet or any other technical capabilities. She used exactly the same computer, same software and same methods when she filed LACBA's motion on January 27, 2025. She also called to Pacer customer service which informed her that she has to contact court because she is filing with the court, not with them. Plaintiff experienced the same problems with her Pacer account before on crucial deadlines and Plaintiff even filed a motion asking court to investigate the issue. At the same time, Defendants will not be prejudiced because Plaintiff emailed them their Opposition and all related filings on January 27, 2025.

### IV. CONCLUSION

Considering of all foregoing, Plaintiff respectfully ask this Court to consider Plaintiff's Opposition to be filed timely, on January 27, 2025.

Respectfully submitted,

Dated: January 28, 2025                              Plaintiff, Aynur Baghirzade

3

Ex Parte Application                                 Case No.: 3:24-CV-01077-RSH-MMP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade

Email: contact@aynurlawyers.com