1  AYNUR BAGHIRZADE
2  1968 S. Coast Highway #2429
   Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7                    **UNITED STATES DISTRICT COURT**
8                    **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  AYNUR BAGHIRZADE,                    Case No.: 3:24-CV-01077-RSH-MMP

11                    Plaintiff,         **DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO CONSIDER PLAINTIFF'S OPPOSITION TO DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS FILED ON JANUARY 28, 2025, TO BE FILED ON JANUARY 27, 2025.**
12                    v.
13  ARMENIAN NATIONAL
    COMMITTEE OF AMERICA, et al.,
14
15
16
17
18                                       Presiding Judge: Hon. Robert Huie
19                                       Magistrate Judge : Hon. Michelle M. Petit
20
21
22
23
24
25
26
27
28

1

Declaration of Aynur Baghirzade                    Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Ex Parte Application to consider Plaintiff's opposition to Defendants Orange County Bar Association ("OCBA"), Trudy Levindofske and Teresa Vuki's Motion to dismiss filed on January 28, 2025 to be filed on January 27, 2025. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. In the morning, on January 27, 2025, I filed my opposition to Defendants Los Angeles County Bar Association ("LACBA"), Seth Chavez, and Coco Su's motion to dismiss. The Opposition and other attachments were successfully uploaded to the electronic system and I experienced no problems with their filing.

3. In the evening of the same day when I tried to upload my Opposition and other documents in response to Defendants OCBA, Trudy Levindofske and Teresa Vuki's motion to dismiss (prepared and converted to PDF exactly in the same way, using the same technology and same laptop, and moreover, prepared on the same motion as LACBA's motion and having absolutely identical Request for Judicial Notice and even less exhibits than LACBA's opposition) the system didn't accept my documents.

4. On January 27, 2025, same day, I was forced to send my documents via email to Clerk's office (Helpdesk for ECF filing) and to Defendants OCBA, Trudy Levindofske and Teresa Vuki's Counsels' emails on file. Defendants received their Opposition and complete set of files on the date set as a deadline for me to answer - on January 27, 2025.

5. The problem was resolved only on the following day - January 28, 2025.

6. This is not a first time when I experience problems with filing my documents using Court's electronic system, and my Pacer account gets continuously restricted on the deadlines without any prior warnings on any technical or other changes.

7. The concerns were made known to this Court before in my numerous complaints.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on January 28, 2025, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, a declarant*