Suzanne Burke Spencer, Esq. (SBN 188597)
sspencer@sallspencer.com
Michael A. Sall, Esq. (SBN 287981)
msall@sallspencer.com
**SALL SPENCER CALLAS & KRUEGER**
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Defendants
ORANGE COUNTY BAR ASSOCIATION,
TRUDY LEVINDOFSKE and TERESA VUKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; et al., <br><br> Defendants. | Case No. 3:24-cv-01077-RSH-MMP <br><br> **NOTICE OF NON-OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR THE LEAVE OF COURT TO CONSIDER PLAINTIFF'S OPPOSITION TO DEFENDANTS ORANGE COUNTY BAR ASSOCIATION, TRUDY LEVINDOFSKE AND TERESA VUKI'S MOTION TO DISMISS FILED ON JANUARY 28, 2025 TO BE FILED ON JANUARY 27, 2025 [DKT NO. 166]** <br><br> Judge: Hon. Robert S. Huie <br> Courtroom: 3B |

Defendants Orange County Bar Association, Trudy Levindofske and Teresa Vuki (collectively, the "OCBA Defendants") do not oppose the relief Plaintiff seeks in her ex parte application [Dkt No. 166] that this Court consider Plaintiff's Opposition [Dkt No. 165] to the OCBA Defendants' Motion to Dismiss the Second

1  Amended Complaint timely filed on January 27, 2025.

3  DATED: January 29, 2025            Respectfully submitted,

4                                     SALL SPENCER CALLAS & KRUEGER
                                      A Professional Corporation

6  By: _____
                                           Suzanne Burke Spencer

8  Attorneys for Defendants
   ORANGE COUNTY BAR ASSOCIATION,
   TRUDY LEVINDOFSKE and TERESA VUKI