**Jeffrey W. Cowan, Esq., SBN 157474**
The Cowan Law Firm
9301 Wilshire Boulevard, Suite 609
Beverly Hills, California 90210-6190
Email: jeffrey@cowan-law.com
Tel: (310) 394-1420; Fax: (310) 394-1430

Attorneys for Defendants
**Attorney Search Network Inc. and Jake Baloian**

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; APLHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a | Case No. 24CV1077 RSH MMP <br><br> [Assigned to Hon. Robert S. Huie; Action filed on August 15, 2024] <br><br> **Evidentiary Objections to the Declaration of Aynur Baghirzade (Filed with Her Opposition to Defendants Attorney Search Network's and Jake Baloian's Motion to Dismiss)** <br><br> Place: Courtroom 3B: Edward J Schwartz United States Courthouse |

i

| | |
|---|---|
| 1<br>2<br>3<br>4 | Domestic Corporation; ESTRELLA )<br>SANCHEZ, an individual; DOES 1 )<br>THROUGH 300, inclusive )<br>)<br>                    Defendants )<br>)<br>_____ ) |

**Objection Number 1:  ¶3 in its entirety  (page 2, lines 12-15)**:

"In June 2023, I met with Fakhri Mirzaguliyev, a police officer present at the events near Azerbaijan Consulate in Los Angeles back in July 21, 2020. He informed that many participants got to the hospitals because of the injuries they sustained, but none of the assaulters were apprehended by LA police or prosecuted."

**Basis for Objection:**

Hearsay and relevance.

Objection sustained: _____     Objection overruled: _____

**Objection Number 2:  ¶4 in its entirety  (page 2, lines 16-19)**:

"On or around August, 2024, after I filed my complaint I was informed by some members of Turkish community that LA police can't find people who assaulted members of Turkish consulate late in September 2023, while having their footage and photos on their hands."

**Basis for Objection:**

Hearsay and relevance.

Objection sustained: _____     Objection overruled: _____

**Objection Number 4:  ¶5 in its entirety  (page 2, lines 19-20)**:

"From approximately 2022 I developed panic attacks as a result of Enterprise actions which became only worse in time."

**Basis for Objection:**

Relevance.

Objection sustained: _____        Objection overruled: _____

DATED: January 29, 2025

Respectfully submitted,

**THE COWAN LAW FIRM**

By:   ___*Jeffrey W. Cowan*_____
Jeffrey W. Cowan
Attorneys for Defendants
**Attorney Search Network Inc. and Jake Baloian**