**Jeffrey W. Cowan, Esq., SBN 157474**
The Cowan Law Firm
9301 Wilshire Boulevard, Suite 609
Beverly Hills, California 90210-6190
Email: jeffrey@cowan-law.com
Tel: (310) 394-1420; Fax: (310) 394-1430

Attorneys for Defendants
**Attorney Search Network Inc. and Jake Baloian**

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGION, a California Nonprofit Public Benefit Corporation; ARMEN SAHAKYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; APLHABET Inc., a Delaware Stock Corporation; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTORNEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a | Case No. 3:24-CV-01077 RSH MMP<br><br>[Assigned to Hon. Robert S. Huie; Action filed on August 15, 2024]<br><br>**Defendants Attorney Search Network, Inc.'s and Jake Baloian's *Errata* Notice re Reply Brief in Support of Motion to Dismiss (re 2nd Amended Complaint)**<br><br><br>Place: Courtroom 3B: Edward J Schwartz United States Courthouse |

i

1  Domestic Corporation; ESTRELLA        )
2  SANCHEZ, an individual; DOES 1        )
   THROUGH 300, inclusive                )
3                    Defendants          )
4  _____     )

5

6

7

8

9

10  **To the Court and all Parties of Record:**

11          Defendants Attorney Search Network's and Jake Baloian's January 29,

12  2025 reply brief in support of their F.R.C.P. Rule 12(b) motion to dismiss

13  inadvertently omitted a table of contents and table of authorities.

14          It is attached hereto.

15          Defendants regret any inconvenience or confusion their omission caused.

16

17

18                                      Respectfully submitted,

19                                      **THE COWAN LAW FIRM**

20  DATED: January 30, 2025

21                              By:   ___*Jeffrey W. Cowan* _____
                                      Jeffrey W. Cowan
22                                    Attorneys for Defendants
                                      **Attorney Search Network Inc. and**
23                                    **Jake Baloian**

24

25

26

27

28

_The Cowan Law Firm_
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

2

# TABLE OF CONTENTS

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  iii

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  v

I.    **INTRODUCTION & SUMMARY OF ARGUMENT** . . . . . . . . . . . . . .  1

II.   **THE PARTIES' ARBITRATION AGREEMENT APPLIES TO THE
CLAIM S OF PLAINTIFF – WHO HAS SHOWN NO DURESS OR
COERCION WHILE ADMITTING SHE NEVER READ IT** . . . . . . .  2

    A.    The Parties' Agreement Requires Arbitrating All Disputes . . . . . . .  2

    B.    Arbitration Agreements May include RICO Claims and are
         Presumed valid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

         1.    RICO claims generally are subject to arbitration
                agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

         2.    The cases on which Ms. Baghirzade relies are either
                factually inapposite or were overruled by the U.S.
                Supreme Court. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

    B.    Neither Procedural nor Substantive Unconscionability Exists . . . . .  6

    C.    No Fraud or Duress Exists – Ms. Baghirzade Just Failed to Read the
         Agreement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

III.  **IN THE ALTERNATIVE, THE COURT SHOULD GRANT THE
MOTION TO DISMISS BECAUSE THE ALLEGATIONS LACK
NOT ONLY PLAUSIBILITY BUT ALSO FACTS SHOWING THAT
ASN AND MR. BALOIAN HAD ANY DEALINGS WITH OTHER
DEFENDANTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

A.    The "Plausibility" Standard for Stating a Cause of Action . . . . . . . 8

B.    No Alleged Facts Establish the Required Plausibility or Needed
      Specificity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

C.    The Other Claims Also Fail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

IV.    **CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

iv

Defendants Attorney Search Network, Inc.'s and Jake Baloian's Reply Brief in Support of Motion to Dismiss (re 2nd Amended Complaint)

# TABLE OF AUTHORITIES

**CASES**

*Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570 (2007) . . . . . . . . . . . . . . . . . . . . . . 8

*Employee Painters' Trust v. J & B Finishes*, 77 F.3d 1188, 1191-1192 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Engalla v. Permanente Medical Group, Inc.,* 15 Cal. 4th 951, 971 (1997) . . . . . 3

*Ferguson v. Corinthian Colls., Inc.*, 733 F.3d 928, 938 (9th Cir. 2013). . . . . . . . 4

*Gerbery v. Wells Fargo Bank,* 2013 WL 3946065 (C.D. CA 2013) . . . . . . . . . . 8

*Green Tree Financial Corp.-Alabama v. Randolph*, 531 U.S. 79, 91-92 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*In re Humana Inc. Managed Care Litig.,* 285 F. 3d 971 (11th Cir. 2002) . . . . 4, 5

*Intershop Communications v. Superior Court,* 104 Cal.App.4th 191, 196 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Klay v. All Defendants*, 380 F.3d 1191 (11th Cir. 2004) . . . . . . . . . . . . . . . . . . . 5

*OTO, L.L.C. v. Kho*, Cal. 5th 111, 125 (2019). . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*PacifiCare Health Systems, Inc. v. Book*, 538 U.S. 401, 407 (2003) . . . . . . . . . 4

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

v

*Rosenthal v. Great Western Fin. Securities Corp.*, 14 Cal.4th 394, 423 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Sutton v. Hollywood Ent. Corp*, 181 F. Supp. 2d 504, 511 (D. Md. 2002). . . . . . 5

*Tompkins v. 23andMe, Inc.*, 840 F.3d 1016, 1022 (9th Cir. 2016). . . . . . . . . . . . 3

*Uptown Drug Company, Inc. v. CVS Caremark Corporation*, 962 F.Supp.2d 1172, 1186-1187 (N.D. Cal 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Van Ness Townhouses v. Mar Industries Corp.*, 862 F.2d 754, 758 (9th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4


**FEDERAL STATUTES**

9 U.S.C. § 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

F.R.C.P. Rule 9(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9


**CALIFORNIA STATUTES**

California C.C.P. § 527.6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

California Code of Civil Procedure § 1281. . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

California Rules of Professional Conduct Rule 1.1. . . . . . . . . . . . . . . . . . . . . . 10

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420