AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>                    Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANT KIA AMERICA, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. Approximately in September - October, 2024, I rented a car from Lyft, Inc. While I was on one of the trips I was stopped by police (apparently for no reason) who asked for my Driving License and checked my car insurance. On the following day I had a passenger, I believe intentionally sent to me, and a Lyft map in my phone was completely messed up. Thereafter, Lyft, Inc. disabled my account because of "complaints" of this passenger and informed me that I am completely banned from driving for them.

3. On December, 2024, I rented a car with Uber Technologies, Inc. ("Uber"), and on one of my trips I was stopped by police (for no apparent reason again). Stop happened on December 20, 2025, in Coronado, CA. Police officers wanted to verify me and simultaneously were moving between my and their cars, obviously to get someone's advise what to do or what to ask next. I first refused from giving them any information and tried to explain to them that the stop was illegal since I didn't violate any law. However, because they circled my car around and insisted on giving them my ID, I was forced to do it.

4. In several days after the stop, I received a message from Hertz Global Holdings, Inc. (renting company for Uber) that I have to return the car and they are not going to continue my lease. At the same time Uber disabled my option in their app to rent a car and sent me a separate message with their partners for car rental.

5. On or around December 27, 2025, I went to Hertz office, I was explained that I have to return the car, and they are not going to rent me a car anymore.

6. On the same day, I visited another car rental company - Avis Rent a Car System, LLC ("Avis"). Avis told me that they have the only car in their garage available for me and it was the same brand car I rented before from Hertz, but they were going to give it it to me for almost on $ 150 more than Hertz (per week) and than the price they announced in Uber app (through which I couldn't rent anymore). I refused.

7. On or around February 1, 2025, I received a letter from Court for traffic violation with the bail amount to pay while I didn't violate any Laws and generally for about 5 years of my driving in California I've never been even stopped by police.

8. For the last 6 months I've been stopped by police 4 times, 2 times right after I drove from my residential building, and two times when I was on Uber/Lyft trip - both of those stops resulted in disabling my accounts by Uber & Lyft.

I declare under penalty of perjury and under the Laws of the United States that foregoing is true and correct. Executed on February 6, 2025, in San Diego, California.

                                        By:  *Aynur Baghirzade*
                                        Aynur Baghirzade, the Declarant