1  AYNUR BAGHIRZADE
   1968 S. Coast Highway #2429
2  Laguna Beach, CA 92651
   Phone: 619-776-4882
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7              **UNITED STATES DISTRICT COURT**
8              **SOUTHERN DISTRICT OF CALIFORNIA**

9

10 AYNUR BAGHIRZADE,                Case No.: 3:24-CV-01077-RSH-MMP

11              Plaintiff,          **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANT KIA AMERICA, INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**
12         v.
13 ARMENIAN NATIONAL
   COMMITTEE OF AMERICA, et al.,
14
15                                  Date: February 20, 2025
16
17                                  Presiding Judge: Hon. Robert Huie
18                                  Magistrate Judge : Hon. Michelle M. Petit
19
20
21
22
23
24
25
26
27
28

1

Request for Judicial Notice                    Case No.: 3:24-CV-01077-RSH-MMP

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendant Kia America, Inc.'s Motion to Dismiss For Failure to State a Claim Plaintiff Aynur Baghirzade respectfully requests this Court to take judicial notice of the following documents and facts:

1. Hyundai Motor Company and its Subsidiaries' interim consolidated financial statements for the three-month periods ended March 31, 2024 and 2023 with independent auditor's review report (freely available at Hyundai Motor Company's official website -https://www.hyundai.com/content/dam/hyundai/ww/en/images/company/investor-relations/financial-Information/report-en/2024/2024-q1-consolidated-audit-report-en.pdf, a true copy of which is enclosed here as an *Exhibit B*.

2. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants Armenian National Committee of America, Aram Hamparian and Armenian National Committee of America Western Region being inseparable part of ARF, a true and correct copy of which was submitted to Court as an Exhibit B to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 128, ESF page No. 2277 - 2284);

3. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is previously added to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s motion to dismiss and judicial notice was requested, the same judicial notice is requested here for this document (Docket # 145, ECF page No. 2573 - 2576);

DATED: February 6, 2025.

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*