1 | AYNUR BAGHIRZADE
2 | 1968 S. Coast Highway #2429
  | Laguna Beach, CA 92651
  | Phone: 619-776-4882
3 | Email: contact@aynurlawyers.com
4 | *AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER OPPOSITION TO DEFENDANT GREYSTAR CALIFORNIA INC.'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Opposition to Defendant Greystar California Inc.'s ("Greystar") motion to dismiss and motion to strike. I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. Starting from July 30, 2024, I was trying to get approved for driving for Uber Technologies, Inc. ("Uber"), and despite the fact that my background check came out completely clear, personnel at Uber - Hertz Center upon my visit told me that my application is rejected due to background check concerns *(Exh. K)* and that's why they can't rent me a car.

3. On August 9, 2024, I made another reservation with Avis Rent a Car System, LLC's ("Avis") office in San Diego and I was told that they have available for the rent only one car matching my standards and they wanted to rent it to me for almost $ 85 more than the same car they announced in Uber application.

4. Same day - on August 9, 2024, I visited Uber - Hertz location again and discovered that my application is still in rejected status (while Uber was persuading me all this time that everything is ok with my documents and I just need to go and rent a car). I spent around 5-6 hours over the phone with Uber Support representatives continuously transferring my call from one to another with no result at Hertz - Uber office in San Diego *(Exh. K)*.

5. Next day, upon checking my application, I discovered that its status was in pending Global background check and this status didn't change for weeks.

6. On or around August 12, 2024, I sent a demand letter to Uber, Hertz and Avis *(Exh. K)*.

7. At the same time I was experiencing the same "background check" problems in my Lyft application.

2

Declaration of Aynur Baghirzade        Case No.: 3:24-CV-01077-RSH-MMP

8. The Lyft finally approved me for driving at the beginning of September, 2024.

9. On October 16, 2024, I sent an email to Defendant Greystar asking them who entered my apartment as the draft of my opposition (first opposition I filed) to Defendants Armenian National Committee of America ("ANCA"), Aram Hamparian and Armenian National Committee of America Western Region ("ANCAWR") disappeared from my laptop. *(Exh. J)*.

10. On the same or following day after my email to Defendant Greystar in the night I was stopped by police. The officer stopped me while I was inside of the car and wasn't in violation of any rules. Officer was a tall, Afro-American man who wanted to check my driving license and insurance. After giving him everything he spent around half an hour in his car talking to someone over the phone.

11. On the following date I had a customer for a long trip to the airport in the morning, my Lyft map along with my Google map was completely messed up, despite this fact I brought the customer to the right location, however, on the following date he filed a fraudulent complaint on me after which Lyft permanently deactivated my application.

12. On or around November - December, 2024, I was stopped twice by police in San Diego right after driving off my residential garage. In both of these instances it happened after charging the car in the garage while I was sitting inside of the car. Both stops were illegal, without me violating any rules. On one of these occasions I was stopped because I spent "too much time" on stop sign while there was no car behind me.

13. After one of those stops I drove the car to the EVcharging center in night (after spending some time in cafe) and a young man approached me asking whether I need any help. He informed me that he is an Armenian and we had a conversation for about an hour while our cars were charging.

3

Declaration of Aynur Baghirzade                Case No.: 3:24-CV-01077-RSH-MMP

14. On December 14, 2024, I sent an email to Defendant asking for the reasons why my code in Alpha Touch app does not work to open the door of the garage, the response as always was that they did nothing to my app, however, for several days before this email I couldn't open the garage door by using the app *(Exh. I)*.

15. On December 20, 2024, I was again stopped by police while I was in Coronado, CA. Officers wanted to verify me. My car was circled by two female officers (Caucasians), later one tall man joined them. After spending about half an hour trying to explain them that the stop is illegal and they have no right to stop me without any reason and ask for my license, I was explained that if I don't give them my ID they will arrest me and take me to jail. I was forced to give them my ID.

16. On or around December 21, 2024, Hertz requested me to return the car and Uber disabled my option to rent the car using their application.

17. On January 27, 20225, after I filed my oppositions to Defendants Los Angeles County Bar Association ("LACBA") and Orange County Bar Association's ("OCBA") motions to dismiss I got three letters with negative content, one of which was from Defendant Greystar's lawyer filing a request to set the eviction case for a non - jury trial while I requested a jury trial in my answer and one was from police with my ticket and invitation for court hearing for the illegal stop police subjected me on December 20, 2024. *(Exh. L. 31 - L 39. Exh. M16 - M17)*.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on February 25, 2025, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, a declarant*