AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>        v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AYNUR BAGHIRZADE'S OPPOSITION TO DEFENDANT GREYSTAR CALIFORNIA INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**<br><br>Date: Mach 12, 2025<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Request for Judicial Notice                                            Case No.: 3:24-CV-01077-RSH-MMP

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Opposition to Defendant Greystar California Inc.'s motion to dismiss and motion to strike Plaintiff Aynur Baghirzade respectfully request this Court to take judicial notice of the following documents/facts:

1. A list of members of Armenian Caucus where around 38 Congress members are representatives from the State of California, freely available at Armenian National Committee of America's website https://anca.org/armenian-caucus;

2. A letter of the Citizens for Responsibility and Ethics in Washington D.C. dated February 18, 2009, offering evidence of Defendants Armenian National Committee of America ("ANCA"), Aram Hamparian, Armenian National Committee of America Western Region ("ANCAWR") being an inseparable part of Armenian Revolutionary Federation ("ARF"), a true and correct copy of which was submitted to Court as an Exhibit B to Plaintiff's Opposition to Defendants' Yelp Inc., and Jeremy Stoppelman's motion to dismiss (Docket No. 128, ESF page No. 2277 - 2284);

3. An Appendix to Congressional Records, A 2074 - A 2076, where Congressman Frank E. Hook for the state of Michigan back in 1945 offered his research article about ARF, a true and correct copy of which is previously added to Plaintiff's Opposition to Defendants Google LLC and Alphabet Inc.'s motion to dismiss and judicial notice was requested, the same judicial notice is requested here for this document (Docket # 145, ECF page No. 2573 - 2576);

4. Case USA v. Stepanyan (2:21-cr-00188);
5. Case USA v. Mourad Topalian (Case No. 1: 99CR358);
6. Case USA v. Karnig Sarkissian, et al. (841 F.2d 959 (9th Cir. 1988);

7. Case USA v. Aram Brunson (1:24-mj-8504-PGL), a true copy of the criminal complaint and affidavit of which was added as an Exhibit B to Plaintiff's Opposition to Defendants' ANCA, Aram Hamparian and ANCAWR's motion to dismiss (Docket # 155, ECF page No. 2878 - 2895).

8. Case People v. Yanikian (39 Cal.App.3d 366 (1974)).

DATED: February 26, 2025

                            Respectfully submitted,

                            By: */s/ Aynur Baghirzade*
                            *Aynur Baghirzade, Plaintiff*
                            *Email: contact@aynurlawyers.com*