AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GREYSTAR CALIFORNIA INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**<br><br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1.    EXHIBIT A - EMAIL COMMUNICATION WITH DEFENDANT'S STAFF ON 3 DAY NOTICE TO PAY RENT OR QUIT SENT TO PLAINTIFF ON SECOND DAY OF HER DELAY IN THE RENT PAYMENT IN MAY, 2024, AND EMAIL CONFIRMING THE PAYMENT OF THE RENT IN FULL FOR THE MONTH OF MAY, 2024, INCLUDING FOR THE PARKING SPOT - PAGES: 1 - 5 (A1 - A5).

2.    EXHIBIT B - EMAIL COMMUNICATION WITH DEFENDANT'S STAFF ON RESTRICTION PUT IN PLAINTIFF'S RESIDENTIAL ACCOUNT FOR RENT PAYMENTS AND DISCUSSION ON SOME EXTRA CHARGES - PAGES: 6 - 13 (B1 - B8).

3.    EXHIBIT C - EMAIL COMMUNICATION WITH DEFENDANT'S STAFF ON THE STOLEN CAR FROM PLAINTIFF'S GARAGE SPOT AND A CAMERA FOOTAGE WHICH DOESN'T SHOW HOW PLAINTIFF PARKED HER CAR IN A WRONG SPACE - PAGES: 14 - 21 (C1 - C8).

4.    EXHIBIT D - EMAIL CONFIRMATION OF PLAINTIFF'S RENT PAYMENT IN FULL FOR THE MONTH OF JUNE, 2024, - PAGES: 22 - 24 (D1 - D3).

5.    EXHIBIT E - COMMUNICATION WITH [PHYSICALLADDRESS.COM](PHYSICALLADDRESS.COM) (PLAINTIFF'S VIRTUAL ADDRESS IN LAGUNA BEACH) ABOUT DELAY IN SENDING HER NEW BANKING CARD TO HER RESIDENTIAL ADDRESS AND COMMUNICATION WITH DEFENDANT'S STAFF ON THE DELAY IN THEIR SYSTEM WITH ADDING

I

BANKING ACCOUNT AS WELL AS COMMUNICATION ABOUT ONGOING HARASSMENT PLAINTIFF EXPERIENCED - WRONG EVICTION CASE PLACED IN HER MAILBOX, FOOD DELIVERED TO THE MAIL ROOM AND ETC.  - PAGES: 25 - 39 (E1 - E15).

6. EXHIBIT F - EMAIL CONFIRMATION OF PLAINTIFF'S RENT PAYMET FOR THE MONTH OF JULY, 2024  - PAGES: 40 - 42 (F1 - F3).

7. EXHIBIT G - EVICTION NOTICE SENT TO PLAINTIFF AFTER SHE PAID HER RENT FOR JULY AND EMAIL COMMUNICATION WITH DEFENDANT'S STAFF ON THE ISSUE  - PAGES: 43 - 46 (G1 - G4).

8. EXHIBIT H - PEST TREATMENT FORM FOR COCKROACHES SENT BY DEFENDANT TO PLAINTIFF ON HER REQUEST TO SEND HER PEST CONTROL TO TREAT FLIES AND EMAIL COMMUNICATION ON THE ISSUE OF CLOSED GARBAGE CHUTES - PAGES: 47 -  61 (H1 - H15).

9. EXHIBIT I - COMMUNICATION WITH DEFENDANT'S STAFF ABOUT DISABLED CODE FOR HER ENTRANCE TO GARAGE - PAGES: 62 - 64 ( I1 - I3).

10. EXHIBIT J - COMMUNICATION WITH DEFENDANT'S STAFF ABOUT UNAUTHORIZED ENTRANCE TO HER APARTMENT AND DISAPPEARANCE OF HER OPPOSITION DRAFT TO  DEFENDANTS ANCA AND ANCAWR'S MOTION TO DISMISS FROM HER LAPTOP - PAGES: 66 - 69 (J1 - J5).

11. EXHIBIT K - COMMUNICATION WITH DEFENDANT'S STAFF ABOUT EVICTION CASE PLAINTIFF DISCOVERED ATTACHED TO HER DOOR - PAGES: 70 - 71 (K1 - K2).

12. EXHIBIT L - PLAINTIFF'S MOTION TO QUASH AND WRIT OF MANDATE IN HER EVICTION CASE AS WELL AS COURT ORDERS, INCLUDING ONE SETTING HER CASE FOR A NON-JURY TRIAL, WHILE SHE REQUESTED A JURY TRIAL - PAGES: 72 -110 (L1 - L39).

13. EXHIBIT M - PLAINTIFF'S LETTER OF DEMAND SENT TO UBER, HERTZ AND AVIS BECAUSE OF HER EXPERIENCE WITH GETTING APPROVED FOR UBER DRIVING AS WELL AS SOME SCREENSHOTS OF HER UBER APP - PAGES: 111 - 127 (M1 - M17).

I