# EXHIBIT A

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## Defective notice

2 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Mon, May 13, 2024 at 9:54 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

Just got your notice to pay rent within 3 days or quit, ==and to be honest I am surprised - you served me with the notice in 2 days after the amount was== ==due! Besides, you didn't place a notice on my door, I got it only today in the mail. Before your agents sent me emails that the rent is delinquent while== ==it was only 4th day of the month - looks like you are looking to evict me asap and I would be happy to know the reason.==

Some of my clients delayed payments to me, but I am planning to pay rent this week or next week at the latest.


--

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>                                         Tue, May 14, 2024 at 10:06 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

Please see the email I sent you on 5/5/24 which is timestamped and has your email listed in the BCC on the day your rent became late. The notice you received is the same notice I send to every tenant in the building who has a pending balance as of this date.



Furthermore, I sent a copy of the notice to pay via mail on May 5th, 2024, and deposited an additional copy in your designated Amazon locker on May 6th, 2024. While I regret any inconvenience caused, I assure you that these actions comply with the necessary protocols to address outstanding balances.

| Unit # ▲ | Name | Delivered | State | Size | Delivered by | Hub Name |
|---|---|---|---|---|---|---|
| 406 | Aynur Baghirzade | 7 days ago | Past pickup date | Envelope | LoneStar | Amazon Locker - K1 |

As outlined in the lease agreement that you signed prior to your move-in date, it remains incumbent upon you to ensure timely submission of rental payments before the 5th of each month. ==We have refrained from escalating this matter to legal== ==channels thus far, acknowledging your past history to submitting payments on time according to your lease agreement.==

**Exh. A2**

I kindly request that you settle your outstanding balance by Friday to prevent further escalation of this issue.

Thank you for your attention to this matter.

Best Regards,

**Lance Gonzales | Assistant Community Manager | K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
After-Hours: **Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, May 13, 2024 9:54 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Defective notice

[Quoted text hidden]

**Exh. A3**

 **Gmail**

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Payment Confirmation
1 message

---

**K1** <no-reply@rentcafe.com>
Reply-To: k1@greystar.com
To: contact@aynurlawyers.com

<mark>Thu, May 16, 2024 at 4:44 PM</mark>



---

Dear Aynur,

This email confirms we have received your one-time online payment. Please review the payment information below and keep this email for your personal records.

**PAYMENT INFORMATION**
Payment Confirmation Number: 600665409
Payment Date: <mark>5/16/2024 4:44 PM (PST)</mark>
Payment Account: ▮▮▮▮▮▮▮▮
<mark>Payment Amount: $2,837.72</mark>
*Service Fee: $3.95
Total Amount: $2,841.67

*The service fee is collected by the Payment Agent, not the property management company, and will not display on your ledger. Service fee is non-refundable.*

Your debit card statement will reflect this payment as "YSI*K1 Thirteenth".
To view additional payment details, please log in to your Resident Portal account at:
https://k1sandiego.securecafe.com/residentservices/k1-san-diego/userlogin.aspx

Your account security is important to us. If any of the above information is inaccurate, please contact us immediately.

---

**CONTACT INFO**

330 13th Street
San Diego, CA 92101
(619) 391-3331

**OFFICE HOURS**

| | |
|---|---|
| Monday | 9AM-6PM |
| Tuesday | 9AM-6PM |
| Wednesday | 9AM-6PM |
| Thursday | 9AM-6PM |
| Friday | 9AM-6PM |
| Saturday-Sunday | 10AM-5PM |

K1 is now open!

---

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL,*
*PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you*

**Exh. A4**

are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout thereof.

You expressly acknowledge that any payments made by you to a property manager, owner, or a party other than Yardi ("Payee", will be submitted to Yardi, as a payment collection agent of the Payee, solely for the limited purpose of accepting and processing such payments. The delivery of the payment by you to Yardi, which acts as the limited payment collection agent of the Payee, shall satisfy your payment obligation to the Payee. Once such payment is received by Yardi on your behalf, you authorize Yardi to electronically credit the funds into the bank account designated by you (e.g., the bank account belonging to the Payee). In the event that Yardi does not properly remit any such payment amounts to the Payee, the Payee will only have recourse against Yardi and not you directly. Assuming you have tendered the proper amount of funds due to us, your payment obligation to the Payee is extinguished upon our receipt of the funds. There is no risk of loss to you if Yardi fails to remit the funds to the Payee.

330 13th Street, San Diego, CA 92101

This email was sent to contact@aynurlawyers.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications by clicking here.

**Exh. A5**

# EXHIBIT B



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Payment options are restricted in my account
2 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>    Sun, Jun 2, 2024 at 9:58 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

Just entered my residential account to do a payment. May I know why payment options were restricted in my account ? Before I had the option to pay less than you want, now I have only the option to pay what you want or to pay extra …

I would appreciate if you explain this radical change in my account.

Thanks,

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>    Mon, Jun 3, 2024 at 10:34 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

To my knowledge, there have not been any changes to the resident portal regarding payment options. I am currently reviewing my account and can confirm that there is still an option to enter a custom payment amount.

While we recommend paying the full amount to avoid delinquency and potential late fees, you do have the option to pay less than the full amount if you prefer.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**Exh. B2**

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, June 2, 2024 9:58 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Payment options are restricted in my account

Hi,

Just entered my residential account to do a payment. May I know why payment options were restricted in my account ? Before I had the option to pay less than you want, now I have only the option to pay what you want or to pay extra …

I would appreciate if you explain this radical change in my account.

Thanks,

Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. B3**

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

## Changes in my residence account
3 messages

**Aynur Baghirzade** <contact@aynurlawyers.com>                  Tue, Jun 4, 2024 at 5:21 PM
To: "K1@Greystar.com" <K1@greystar.com>

Still didn't get an answer why I was deprived of the option to pay less than you require me in my residential account. Before I had this option. Could you please give explanations?

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**K1** <K1@greystar.com>                                          Tue, Jun 4, 2024 at 5:25 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Please note that our online portal and payment processes remain unchanged, and you still have the option to submit a partial payment. To avoid incurring a late fee, kindly ensure that your payment is submitted by the end of the day.

Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471
*Core Values: · Integrity · Equality · Professionalism · Accountability · Service · Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, June 4, 2024 5:21 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Changes in my residence account

[Quoted text hidden]

**Aynur Baghirzade** <contact@aynurlawyers.com>                  Tue, Jun 4, 2024 at 5:29 PM
To: K1 <K1@greystar.com>

No, I don't. Please, ask your staff to return it to its original condition.

**Exh. B4**

Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

**Exh. B5**



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Trash reimbursement
2 messages

**Aynur Baghirzade** <contact@aynurlawyers.com>                        <mark>Sun, Jun 2, 2024 at 8:49 PM</mark>
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

I have in my account two charges for the trash reimbursement - one is for $ 12.07 and another is for $ 55.68. May I know why
I have two charges for the same service <mark>and why it is generally more than for the previous months ?</mark>

--
Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.
Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-
mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any
copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>                                          Mon, Jun 3, 2024 at 10:55 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

If you have any additional questions regarding these charges, please contact our third-party vendor who
handles utility billing.



| Balance Inquiries & Payment Options | Customer Service | Service Problems with Utilities |
|---|---|---|
| ☐ Leasing Office: 1-619-391-3331 | ☐ Chat Us: www.utilitiesinfo.com<br>☐ Toll Free: 1-866-947-7379 | ☐ Leasing Office: 1-619-391-3331 |

**Exh. B6**

| Service Type | Description |
|---|---|
| Water Base Charge | Water service is provided by City of San Diego City Treasurer CA. You are charged based on a flat rate per unit for water availability. |
| Cold Water | Cold water service is provided by City of San Diego City Treasurer CA. You are billed at water service rates based on the amount of cold water used in your unit. Your sub-meter reads in ten gallon units. You are charged a base fee of $3.31 per month, as well as $0.009558 per Gal. Your community's total water expenses were $151.76 variable charges. |
| Water Heating | Gas service is provided by San Diego Gas & Electric. Service provider issues bill, property management pays a portion to cover common area usage. Remaining amount is paid by residents using a formula based on the number of occupants and the unit's square footage. |
| Hot Water | Hot water service is provided by City of San Diego City Treasurer CA. You are billed at water service rates based on the amount of hot water used in your unit. Your sub-meter reads in ten gallon units. You are charged $0.009558 per Gal. |
| Rent | Your rent charges have been included with your utility bill as a courtesy. Your lease with the management will still serve as the control document for all applicable rent charges. |
| Pest Control | Your charges are based on a flat rate per unit for your pest control service. |
| Rent Service Fee | Rent billing service fee. |
| Sewer | Sewer service is provided by City of San Diego City Treasurer CA and San Diego County Tax Collector. You are billed at sewer service rates based on the amount of water used in your unit. Your sub-meter reads in ten gallon units. You are charged a base fee of $2.06 per month, as well as $0.007007 per Gal. Your community's total sewer expenses were $388.47 variable charges. |
| Sewer Base | Sewer service is provided by City of San Diego City Treasurer CA and San Diego County Tax Collector. You are charged based on a flat rate per unit for sewer availability. |
| Storm Water Drainage | Stormwater service is provided by Local Utility Provider. Service provider issues bill, amount is allocated equally by number of units. |
| Trash | Trash service is provided by Local Utility Provider. Service provider issues bill, amount is allocated equally by number of units. |

*This bill is not from your local utility provider or from any other provider.  Vacant charges are prorated from your move-in date.*

## Message Center

Questions about utility usage, rates or other bill questions please contact Conservice at californiaresidents@conservice.com, or 1-866-947-7379 between the hours of 5AM-6PM PST, Monday through Friday.

Please contact property at 619-391-3331, by mail at 330 13th St, San Diego CA, 92101, or by email at laurias@richmanmgt.com to report any leak or problems with the water system.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: · Integrity · Equality · Professionalism · Accountability · Service · Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, June 2, 2024 8:49 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Trash reimbursement

Hi,

I have in my account two charges for the trash reimbursement - one is for $ 12.07 and another is for $ 55.68. May I know why I have two charges for the same service and why it is generally more than for the previous months ?

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail

**Exh. B7**

in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. B8**

# EXHIBIT C

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

---

**Towed car**
6 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                    Sun, Jun 2, 2024 at 2:23 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

Thank you for allowing me to look at the footage of the garage yesterday. Even though you showed me pictures of my car and the footage of me being in the elevator room, I didn't see any evidence of me parking the car at 096 spot, which is strange, as I could view other residents entering and leaving their cars on the footage. It is also strange that I haven't been called or informed in any other way besides the general email you sent to everybody. I always check the numbers before parking my car and I find it really strange.

Besides, the company which towed away my car asked for registration of my vehicle several times in order for me to get it and for my driving license. My understanding is that neither you nor the towing agency is a police to investigate and check me. Moreover, you had no right to tow away my car if it was in its right residence parking spot.

I would investigate this case further, and I would appreciate it if you limit your functions with property management instead of interfering with the lives of your residents and their obligation not before you, but before third parties.

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

I understand your concern that your vehicle was towed in error, but I am happy to provide further clarification and assurance that the K1 management

Your vehicle received a parking violation on Wednesday, May 29th. The following day, Thursday, May 30th at 9:36 AM, I sent an email to the entire com needed to be moved to avoid being towed. Your vehicle was towed on Friday, May 31st, which was over 48 hours after the initial violation and our sub

Additionally, according to our email analytics, it shows that you opened the email warning you to move your vehicle, but you did not take action accordi office took all possible measures to notify you before taking this action.



| Property | Email Subject | Recipient's Name | Email Address |
|---|---|---|---|
| K1 Apartments | K1 \| Blue Kia at Risk of being TOWED (image within) | Aynur Baghirzade | contact@aynurlawyers.com |



Please be aware that we are not affiliated with the towing company, so I am unable to provide specific details about their procedures for retrieving your utilize their services when necessary.

In the future, please do not disregard any emails from the management team, especially those that are sent to help you avoid circumstances such as t

Best Regards,

**Lance Gonzales | Assistant Community Manager | K1 San Diego**
**Greystar| 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331|: email| k1@Greystar.com| www.K1SanDiego.com**
After-Hours: Courtesy Patrol 619-940-0228 | Emergency Maintenance 619-952-1471
*Core Values:* • *Integrity* • *Equality* • *Professionalism* • *Accountability* • *Service* • *Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**Exh. C2**

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, June 2, 2024 2:23 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Towed car

[Quoted text hidden]

---

Aynur Baghirzade <contact@aynurlawyers.com>                                    Sun, Jun 2, 2024 at 7:33 PM
To: K1 <K1@greystar.com>

I still need a footage showing how I parked this vehicle on May 29, 2024 in the parking space of another. I haven't seen any proof that I parked the car at this space besides your pictures .

As to your analytics, I opened an email on May 31 in the evening after I discovered that my car is not in its spot. I was sure that I parked it in the right place.

Hope you understand consequences of illegal towing away of residents' car from their assigned parking spaces without informing them in advance and without any reason. You are not an investigation body for any reasons not concerning your property.

Respectfully,

Aynur Baghirzade, Esq.

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

K1 <K1@greystar.com>                                                           Mon, Jun 3, 2024 at 11:05 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

If you wish to file a police claim, we can provide any relevant footage to law enforcement to assist with their investigation. The photos I have shared with you were taken prior to your vehicle being towed and clearly demonstrate that your vehicle was parked in error. We can also obtain confirmation from the towing company if necessary.

Please note that we will not be providing any additional evidence, as we have acted within our legal rights in removing your improperly parked vehicle.

Best Regards,

**K1 San Diego**
Greystar| 330 13th Street  | East Village | San Diego, Ca 92101
o: (619) 391-3331|: email| k1@Greystar.com| www.K1SanDiego.com
After-Hours: Courtesy Patrol 619-940-0228 | Emergency Maintenance 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, June 2, 2024 7:33 PM
**To:** K1 <K1@greystar.com>
**Subject:** Re: [EXTERNAL] Towed car

[Quoted text hidden]

---

Aynur Baghirzade <contact@aynurlawyers.com>                                    Tue, Jun 4, 2024 at 5:19 PM
To: K1 <K1@greystar.com>

You'll provide it to the court after it will send you a subpoena. My vehicle was illegally moved by you and I suspect you are acting in conspiracy with others.

Respectfully,

Aynur Baghirzade, Esq.

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

Law Offices of Aynur Baghirzade
1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651
Tel: 619-630-6646; Email: contact@aynurlawyers.com

CONFIDENTIAL COMMUNICATION

**Exh. C3**

**K1** <K1@greystar.com>
To: Aynur Baghirzade <contact@aynurlawyers.com>
Tue, Jun 4, 2024 at 5:27 PM

Aynur,

We will address your subpoena upon receipt of it. Due to your desire to proceed with litigation, we will no longer be discussing this matter with you unless authorize by our attorneys.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
After-Hours: **Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Tuesday, June 4, 2024 5:19 PM
[Quoted text hidden]

[Quoted text hidden]

**Exh. C4**



Aynur Baghirzade <contact@aynurlawyers.com>

## Vehicle Code requirements
4 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                         Sun, Jun 2, 2024 at 10:10 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

Just to let you know that under Vehicle Code you had to wait for 96 hours after notice before towing away my car. Sending a general email and then towing away my car the same day is a violation of the Vehicle Code .

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>                                              Mon, Jun 3, 2024 at 10:55 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello Aynur,

If you have any additional questions regarding these charges, please contact our third-party vendor who handles utility billing.



| Balance Inquiries & Payment Options | Customer Service | Service Problems with Utilities |
| --- | --- | --- |
| ☐ Leasing Office: 1-619-391-3331 | ☐ Chat Us: www.utilitiesinfo.com | ☐ Leasing Office: 1-619-391-3331 |
| | ☐ Toll Free: 1-866-947-7379 | |

**Exh. C5**

| Service Type | Description |
|---|---|
| Water Base Charge | Water service is provided by City of San Diego City Treasurer CA. You are charged based on a flat rate per unit for water availability. |
| Cold Water | Cold water service is provided by City of San Diego City Treasurer CA. You are billed at water service rates based on the amount of cold water used in your unit. Your sub-meter reads in ten gallon units. You are charged a base fee of $3.31 per month, as well as $0.009558 per Gal. Your community's total water expenses were $151.76 variable charges. |
| Water Heating | Gas service is provided by San Diego Gas & Electric. Service provider issues bill, property management pays a portion to cover common area usage. Remaining amount is paid by residents using a formula based on the number of occupants and the unit's square footage. |
| Hot Water | Hot water service is provided by City of San Diego City Treasurer CA. You are billed at water service rates based on the amount of hot water used in your unit. Your sub-meter reads in ten gallon units. You are charged $0.009558 per Gal. |
| Rent | Your rent charges have been included with your utility bill as a courtesy. Your lease with the management will still serve as the control document for all applicable rent charges. |
| Pest Control | Your charges are based on a flat rate per unit for your pest control service. |
| Rent Service Fee | Rent billing service fee. |
| Sewer | Sewer service is provided by City of San Diego City Treasurer CA and San Diego County Tax Collector. You are billed at sewer service rates based on the amount of water used in your unit. Your sub-meter reads in ten gallon units. You are charged a base fee of $2.06 per month, as well as $0.007007 per Gal. Your community's total sewer expenses were $388.47 variable charges. |
| Sewer Base | Sewer service is provided by City of San Diego City Treasurer CA and San Diego County Tax Collector. You are charged based on a flat rate per unit for sewer availability. |
| Storm Water Drainage | Stormwater service is provided by Local Utility Provider. Service provider issues bill, amount is allocated equally by number of units. |
| Trash | Trash service is provided by Local Utility Provider. Service provider issues bill, amount is allocated equally by number of units. |

*This bill is not from your local utility provider or from any other provider. Vacant charges are prorated from your move-in date.*

## Message Center

Questions about utility usage, rates or other bill questions please contact Conservice at californiaresidents@conservice.com, or 1-866-947-7379 between the hours of 5AM-6PM PST, Monday through Friday.

Please contact property at 619-391-3331, by mail at 330 13th St, San Diego CA, 92101, or by email at lauriais@richmanmgt.com to report any leak or problems with the water system.

Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331|: email| k1@Greystar.com| www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
***Core Values: · Integrity · Equality · Professionalism · Accountability · Service · Teamwork***



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, June 2, 2024 10:10 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Vehicle Code requirements

[Quoted text hidden]

---

**K1** <K1@greystar.com>                                                Mon, Jun 3, 2024 at 11:00 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Sorry, that was meant to be a reply to your other email inquiry regarding utilities.

The vehicle code does not apply to our privately owned residence and our lease agreement which you signed states the following:

**Exh. C6**

# RESIDENT PARKING ADDENDUM

Date: _____ **October 25, 2023** _____
(when this addendum is filled out)



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____ **0406** _____,
**330 13th Street 0406**
_____
_____ *(street address)* in
_____ **San Diego** _____
(city), California, _____ **92101** _____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **October 25, 2023**
Owner's name: **K1**
_____
_____
_____

**7.** You understand and accept that we have the right at any time, without notice, to tow unauthorized or non-registered vehicles from any parking space on the property.

**8.** You agree to use parking spaces in accord with the terms of the Lease and Community Rules.

**9.** Any vehicles which are improperly parked or are in violation of this addendum, the terms of the Lease or Community Rules will be towed at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s).

...

**Resident or Residents**
*(All residents must sign)*

*[signature]*
_____
_____
_____

**Owner or Owner's Representative**
*(as agent for and on behalf of Owner)*

*Lance Gonzales*
_____

**Date of Signing Addendum**

10/25/2023
_____

© 2019, National Apartment Association, Inc. - 5/2019, California

☑ Blue Moon eSignature Services Document ID: 404042591

Page 2 of 2

---

I've included a copy of your Parking Addendum with your signature in the attachments for your reference.

Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331|: emaill k1@Greystar.com| www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: · Integrity · Equality · Professionalism · Accountability · Service · Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** K1 <K1@greystar.com>
**Sent:** Monday, June 3, 2024 10:55 AM
**To:** Aynur Baghirzade <contact@aynurlawyers.com>
**Subject:** Re: [EXTERNAL] Vehicle Code requirements

[Quoted text hidden]

📄 **Parking Addendum Apt 406.pdf**
363K

**Exh. C7**

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Tue, Jun 4, 2024 at 5:17 PM
To: K1 <K1@greystar.com>

> Great to know. I would love to see your explanations in court. Vehicle was in my name and vehicle was parked in its right place. The
> footage you presented has no evidence that it was me who parked it in the wrong place. I have been paying for this vehicle for 3
> years now. Who do you think you are to tow it away without giving me a normal notice?

You'll get a complaint served on you very soon and pay me the triple of the damages.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use
or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in
error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any
copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

**Exh. C8**

# EXHIBIT D

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

# Payment Confirmation
1 message

**K1** <no-reply@rentcafe.com>                                                        Tue, Jun 4, 2024 at 5:23 PM
Reply-To: k1@greystar.com
To: contact@aynurlawyers.com



Dear Aynur,

This email confirms we have received your one-time online payment. Please review the payment information below and keep this email for your personal records.

**PAYMENT INFORMATION**
Payment Confirmation Number: 600673920
Payment Date: 6/4/2024 5:23 PM (PST)
Payment Account: ████████████
Payment Amount: $2,789.01
*Service Fee: $3.95
Total Amount: $2,792.96

*The service fee is collected by the Payment Agent, not the property management company, and will not display on your ledger. Service fee is non-refundable.*

Your debit card statement will reflect this payment as "YSI*K1 Thirteenth".
To view additional payment details, please log in to your Resident Portal account at:
https://k1sandiego.securecafe.com/residentservices/k1-san-diego/userlogin.aspx

Your account security is important to us. If any of the above information is inaccurate, please contact us immediately.

**CONTACT INFO**

330 13th Street
San Diego, CA 92101
(619) 391-3331

**OFFICE HOURS**

| | |
|---|---|
| Monday | 9AM-6PM |
| Tuesday | 9AM-6PM |
| Wednesday | 9AM-6PM |
| Thursday | 9AM-6PM |
| Friday | 9AM-6PM |
| Saturday-Sunday | 10AM-5PM |
| K1 is now open! | |

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you*

**Exh. D2**

are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you
have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout
thereof.

You expressly acknowledge that any payments made by you to a property manager, owner, or a party other than Yardi ("Payee", will be
submitted to Yardi, as a payment collection agent of the Payee, solely for the limited purpose of accepting and processing such payments. The
delivery of the payment by you to Yardi, which acts as the limited payment collection agent of the Payee, shall satisfy your payment obligation to
the Payee. Once such payment is received by Yardi on your behalf, you authorize Yardi to electronically credit the funds into the bank account
designated by you (e.g., the bank account belonging to the Payee). In the event that Yardi does not properly remit any such payment amounts to
the Payee, the Payee will only have recourse against Yardi and not you directly. Assuming you have tendered the proper amount of funds due to
us, your payment obligation to the Payee is extinguished upon our receipt of the funds. There is no risk of loss to you if Yardi fails to remit the
funds to the Payee.

330 13th Street, San Diego, CA 92101

---

This email was sent to contact@aynurlawyers.com. To ensure you continue receiving our emails, please add us to your address book or safe
list. You can opt out of email notifications by clicking here.

**Exh. D3**

# EXHIBIT E

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Fw: Re:
1 message

---

ACCURA LAW FIRM <abaghirzada@yahoo.com>                    Sun, Feb 16, 2025 at 4:33 PM
To: ACCURA LAW FIRM <contact@aynurlawyers.com>

 

Respectfully,

Aynur Baghirzade, Esq.
**ACCURA LAW FIRM**

Phone: 619-630-6646
Email: attorney@aynurimmigrationlaw.com
http://www.aynurimmigrationlaw.com

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

----- Forwarded Message -----
**From:** Nicole Reynolds <support@physicaladdress.com>
**To:** "abaghirzada@yahoo.com" <abaghirzada@yahoo.com>
**Sent:** Friday, July 5, 2024 at 05:16:22 PM PDT
**Subject:** Re:

Hi Aynur,

It appears appears this item was not scanned when it was picked up by the carrier. It will likely be scanned at the Distribution Center or it may be delivered without the tracking details being updated. If we happen to receive this item back, we will notify you immediately.

All the best,
Nicole, Client Success Agent
PhysicalAddress.com

> On Fri, 5 Jul at 2:14 PM , Aynur Baghirzade <abaghirzada@yahoo.com> wrote:
> Hello Kellie,
>
> I still do not see any change in the tracking information for this item. Could you please contact your courier and find out what happened ?
>
> Thanks,
>
> Aynur
>
> Sent from Yahoo Mail for iPhone

>> On Friday, July 5, 2024, 11:16 AM, Kellie Wooten <support@physicaladdress.com> wrote:
>>
>> Hi Aynur,
>>
>> I spoke to the location regarding your forward request from 07/03/2024.

**Exh. E2**

They have confirmed that this item was handed to the carrier the same day as requested, 07/03/2024. Seeing as the tracking information has not been updated, it is likely that the carrier did not scan the item in upon received. This does happen sometimes and typically the tracking information is updated once the shipment reaches their sorting facility! With yesterday being a holiday this could explain why it is taking a while for them to update it, as they are likely busy with the holiday.

All the best,
  Kellie, Client Success Agent
    PhysicalAddress.com

> On Thu, 4 Jul at 10:23 PM , Aynur Baghirzade
> <abaghirzada@yahoo.com> wrote:
> It should have been on the way to me now. This is ridiculous!
> Please, immediately send it to me!
>
> Respectfully,
>
> Aynur Baghirzade, Esq.
> **ACCURA LAW FIRM**
>
> Phone: 619-630-6646
> Email: attorney@aynurimmigrationlaw.com
> http://www.aynurimmigrationlaw.com
>
>
> **CONFIDENTIAL COMMUNICATION**
>
> E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.
>
>
>
>> On Thursday, July 4, 2024 at 10:21:57 PM PDT,
>> ACCURA LAW FIRM
>> <abaghirzada@yahoo.com> wrote:
>>
>>
>> Hello,
>>
>>
>> I've just looked in the system and it says shipping label was created on July 3. Why the item wasn't sent to me on July 3? What does it mean ? I need it urgently. For the whole day you've just created a label ?
>>
>> Respectfully,
>>
>> Aynur Baghirzade, Esq.
>> **ACCURA LAW FIRM**
>>
>> Phone: 619-630-6646
>> Email: attorney@aynurimmigrationlaw.com
>> http://www.aynurimmigrationlaw.com
>>
>>
>> **CONFIDENTIAL COMMUNICATION**
>>
>> E-mails from this firm normally
>> contain confidential and privileged material,

**Exh. E3**

and are for the sole use of the
intended recipient.  Use or distribution by
an unintended recipient is prohibited and may
be a violation of law.  If you believe that you
received this e-mail in error, please do not read
this e-mail or any attached items, please delete
the e-mail and all attachments, including any
copies thereof, and inform the sender that
you have deleted the e-mail, all attachments and
copies thereof.


On Wednesday, July 3, 2024 at 10:29:02 AM
PDT, Kayleigh Miles
<support@physicaladdress.com> wrote:


Hi Aynur,

The forward was successful the first time, as the
item is showing as forwarded in our system.
Below is the tracking:

https://tools.usps.com/go/TrackConfirmAction?
tLabels=92001903470167300041478808

Best,
Kayleigh, Customer Success Agent

**Exh. E4**

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Bank Account Added - Pending Verification
1 message

---

**K1** <no-reply@rentcafe.com>                                                        Thu, Jul 4, 2024 at 10:14 PM
Reply-To: k1@greystar.com
To: contact@aynurlawyers.com



---

Dear Aynur,

Thank you for adding a bank account to your resident profile. Now that you've added your bank account, you'll need to verify the bank account.

We'll send a small deposit that will be paid to your account within THREE BUSINESS DAYS. After receiving the deposit you'll need to return to the Payment Accounts tab in the Resident Portal and click the **VERIFY button** that appears next to the bank account you've added. If the amount you enter matches the amount we paid to your bank account, you'll then be able to make a payment from that account.

To locate the amount paid to the account you've added, look for the deposit that's labeled **"BANK VERIFY"** - whether looking at your account online or at a bank account statement.

If you don't see the small amount paid to your account within THREE BUSINESS DAYS, it's likely the bank account information was entered incorrectly. You should either try again and be certain to enter the correct **bank routing and account numbers** or contact your property manager for assistance. If the bank account verification processes fails, it's likely that you've repeatedly entered an incorrect deposit amount.

Please review the account information below and keep this email for your personal records.

**ACCOUNT INFORMATION**
Account Name:
Aynur Baghirzade

Routing Number:
*****

Account Number:
*****

Account Type:
█████████████████

Your new bank account is pending verification. To verify your bank account, Yardi Systems will submit a deposit labeled ACCTVERIFY of less than one dollar to your bank account. After you see this amount deposited to your bank account, log in to your Resident Portal account and confirm the amount that was deposited to complete the verification. Allow 48 hours from the time when you added your bank account for the deposit to appear.

To view your bank accounts, please log in to your Resident Portal account at:
https://k1sandiego.securecafe.com/residentservices/k1-san-diego/userlogin.aspx

Your account security is important to us. If any of the above information is inaccurate or you did not authorize this account addition, please contact us immediately.

**Exh. E5**

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout thereof.*

330 13th Street, San Diego, CA 92101

This email was sent to contact@aynurlawyers.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications by clicking here.

**Exh. E6**

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

## Notice - your payment system does not work
2 messages

**Aynur Baghirzade <contact@aynurlawyers.com>**                    Mon, Jul 8, 2024 at 2:06 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

I sent you an email last week that I changed my card and there is a delay with the delivery of it to me. I tried to pay you last week by using my banking account but your system asked for verification - there is a confirmation email I received about it.

May I have information why I am harassed by your notices to pay rent or quit AFTER I INFORMED YOU THAT THERE IS A PROBLEM WITH YOUR SYSTEM? Are you specifically anticipating and waiting for my eviction on someone's order that you send me notices after I inform you that there is a problem with your system to pay ?

I am not supposed to go to the bank to get a cashier's check IF YOUR NORMAL PAYMENT SYSTEM IS NOT WORKING.

Please, ensure normal work of your payment system not to stress out your residents.


--
Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**K1 <K1@greystar.com>**                                         Mon, Jul 8, 2024 at 2:18 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

The payment system is designed this way. It's a security protocol. If you're using your bank account to make a payment they want to send 2-3 small deposits for you to verify the account first.

If you're switching accounts to a different bank, it's going to continue doing the system that it's designed to do.

There's no way to change that company wide. It's doing what they designed it for.

We are still working with you on waiting for the changes you made in your bank account in the system to go through.

The staff here is just following company protocol and going through the steps they are asked to perform.

Please keep an eye out in your bank account for the small deposits so you can do the verification. They will be small change deposits and can easily be missed.

Get Outlook for iOS
Please excuse any typ/o's
iPhone/iPad Messaging

Best regards,

**Exh. E7**

Michael Brown | Community Manager
K1 San Diego | Greystar
330 13th Street, San Diego, CA 92101
(619) 391-3331 | Michael.Brown2@Greystar.com
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, July 8, 2024 2:06:16 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Notice - your payment system does not work

[Quoted text hidden]

**Exh. E8**



Aynur Baghirzade <contact@aynurlawyers.com>

---

# Rent payment

7 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                      Thu, Jul 4, 2024 at 10:38 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

I've changed my debit card and I haven't received it yet. I've tried to pay you today by adding my banking account, but it says that for verification it will take about 3 days to confirm it and I didn't know that.

I will pay you as soon as the card arrives or the bank account gets verified. May I also ask you not to charge me a late fee this time?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>                                           Fri, Jul 5, 2024 at 5:05 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

It will still count as a late payment but we can do a one-time courtesy and remove the late fee.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: · Integrity · Equality · Professionalism · Accountability · Service · Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, July 4, 2024 10:38 PM

**Exh. E9**

**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Rent payment

[Quoted text hidden]

---

K1 <K1@greystar.com>                                          Mon, Jul 8, 2024 at 2:07 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

Our Assistant let me know you were upset about receiving the 3 day. I understand you did speak w/Sonia about the issue with your card. We still have to send the notice for all tenants if there's a balance on there account. We do so on the same day. There is also an auto email that goes out when there is a balance due.

We have no choice but to, regardless of what the resident informs us is the issue. It is company protocol. Not the individual staffs protocol.

For example, the reason why the company wants us to do that, is because even though you are working to resolve the issue, there could be other scenarios that can come up that could prevent you from paying after that instance, and it does happen in our field.

We need to be able to show to our company, that we still did our due diligence on time. We are still doing our best to work with you on the issue you're going through and still giving you some time needed. Please do not take this personally.

    - Michael Brown.
Thank you,

Get Outlook for iOS
Please excuse any typ/o's
iPhone/IPad Messaging

Best regards,

Michael Brown | Community Manager
K1 San Diego | Greystar
330 13th Street, San Diego, CA 92101
(619) 391-3331 | Michael.Brown2@Greystar.com
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, July 4, 2024 10:38:39 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Rent payment

[Quoted text hidden]

---

Aynur Baghirzade <contact@aynurlawyers.com>                   Mon, Jul 8, 2024 at 2:14 PM
To: K1 <K1@greystar.com>

Hello Michael,

The problem is that it is your system which does not allow me to pay. I tried to pay you using my banking account last week. And getting the notices is stressful as officially after 3 days of nonpayment you can start the eviction process. So, no, you can't send me a 3 day notice if it is your problem why I can't pay you. I am sorry, It is not a protocol but a targeted harassment.

Aynur

[Quoted text hidden]
--
Respectfully,

Aynur Baghirzade

**Exh. E10**

**Law Offices of Aynur Baghirzade**
1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651
Tel: 619-630-6646; E-mail: contact@aynurlawyers.com

**CONFIDENTIAL COMMUNICATION**
[Quoted text hidden]

---

K1 <K1@greystar.com>                                                    Mon, Jul 8, 2024 at 2:28 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

If this runs past 3 days just give me a call personally. I am working with you on this.

Get Outlook for iOS
Please excuse any typ/o's
iPhone/iPad Messaging

Best regards,

Michael Brown | Community Manager
K1 San Diego | Greystar
330 13th Street, San Diego, CA 92101
(619) 391-3331 | Michael.Brown2@Greystar.com
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, July 8, 2024 2:14:16 PM
**To:** K1 <K1@greystar.com>
**Subject:** Re: [EXTERNAL] Rent payment

[Quoted text hidden]

---

Aynur Baghirzade <contact@aynurlawyers.com>                              Mon, Jul 8, 2024 at 2:42 PM
To: K1 <K1@greystar.com>

Thank you.

May I also know why my food was delivered to the mailbox room under your floor today ? Why didn't you inform the courier that he has to go to the 4th floor ? Last time when I was late in payment the door to the entire floor was locked and my fob didn't work.

Is it how you retaliate against residents for late payments ?

Since I don't like getting harassed all the time for no reason I believe I have to look for another apartment. Also, I believe a good lawsuit will be a right answer to your staff and "protocol" habits.

Aynur
[Quoted text hidden]

---

K1 <K1@greystar.com>                                                    Mon, Jul 8, 2024 at 2:58 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

We dont have any control of where the food delivery drivers are trained to deliver at. I see food delivery boxes make it to the mail room and being delivered to the boxes, or sat in the mail room, my assumption is, the resident has to stipulate to the food delivery company where they want there items delivered? But we don't have any affiliations to food delivery companies.

The only reason a fob wouldn't work out of the blue, is if the entire fob system goes offline, we have a 3rd party company who oversees the system for that. When it goes down, they automatically will come and repair.

Aynur, I don't understand why you feel you are now some type of target? We have a building of 400 people who reside here, and a staff of 3. We are in constant work mode with this amount of

**Exh. E11**

people for a small staff. There is no reason to respond in this matter. We have nothing against you. I am working with you on what you have requested.

    - Michael Brown

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, July 8, 2024 2:42 PM
[Quoted text hidden]

[Quoted text hidden]



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Non-existent unlawful detainer case received

3 messages

---

**Aynur Baghirzade <contact@aynurlawyers.com>**                     Mon, Jul 8, 2024 at 11:04 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

> Please see enclosed the letter - notice I got from the court with non existent case number. The defendant is another person and the company suing is not Greystar. I am wondering how I got this letter in my mailbox ? It relates to all occupants at my address.
>
> I would appreciate your explanations if any.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade <contact@aynurlawyers.com>**                     Mon, Jul 8, 2024 at 11:06 PM
To: "K1@Greystar.com" <K1@greystar.com>

**Exh. 13**

BatchPrintExtract_01.csv-1368-000000179

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS: 330 W Broadway
CITY AND ZIP CODE: San Diego, CA 92101-3827
DIVISION: Central

SHORT TITLE: PEF 330 EAST VILLAGE LP VS CHAVIRA [IMAGED]

| **NOTICE THAT YOU HAVE BEEN SUED** (LIMITED CIVIL-UNLAWFUL DETAINER) | CASE NUMBER: 37-2024-00029692-CL-UD-CTL |
| --- | --- |

A lawsuit has been filed against you by your landlord or the owner of the property where you live. YOU MAY BE EVICTED AS A RESULT OF THIS LAWSUIT. YOU MUST ACT QUICKLY TO PROTECT YOUR RIGHTS. YOU ONLY HAVE FIVE COURT DAYS AFTER SERVICE OF THE SUMMONS AND COMPLAINT TO FILE YOUR WRITTEN RESPONSE AT THIS COURT AND HAVE A COPY SERVED ON THE PLAINTIFF.

Plaintiff/Attorney
Contact Information

(619) 234-1690

Arthur Chapman

7676 Hazard Center , Suite 900 DRIVE
San Diego, CA, 92108, US

Prior to the hearing date, visit the "Unlawful Detainer Hearings" page on the court's website at www.sdcourt.ca.gov for the current instructions on how to appear.

Under the law, access to court records for this case is limited to certain people unless judgment is entered in favor of the plaintiff within 60 days of the filing of the complaint, or upon order of the court after trial with judgment entered in favor of the plaintiff. These records include the court index, register of actions, and other court records. You, your lawyer (if you have one), your landlord or property owner, and his or her attorney can view this information. The court file can also be seen by anyone who can:

(1) tell the court clerk the name of one plaintiff (the person suing you) and one defendant (you or any other tenant). That person must also tell the court clerk your address, including the apartment, unit, or space number.

(2) tell the court clerk the name of the plaintiff (the person suing you) or a defendant (usually a tenant) in this lawsuit, or the case number and can show proper identification that proves that he or she lives at the address described in the complaint.

(3) obtain an order from a judge to view the file (this may be done without a court hearing).

**COURT STAFF CANNOT GIVE YOU LEGAL ADVICE. FOR LEGAL ADVICE, YOU MAY CALL:**
**PARA CONSEJO LEGAL EN SU CASO, USTED PUEDE LLAMAR:**

| Legal Aid Society 110 South Euclid Ave. San Diego, CA 92114 (866) 244-0101 | OR | 100 E. San Marcos Blvd, Suite 308 San Marcos, CA 92069 (877) 534-2524 |
| --- | --- | --- |

| Lawyer Referral and Information Service of the San Diego County Bar Association 1333 7th Ave. San Diego, CA 92101 (619) 231-8585 | OR | P.O. Box 2381 Vista, CA 92085 (760) 758-4755 |
| --- | --- | --- |

The State Bar of California certifies lawyer referral services in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, visit the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

YOU MAY BE ELIGIBLE FOR A FREE LAWYER TO ADVISE AND/OR REPRESENT YOU. CALL THE LEGAL AID SOCIETY AT (866) 244-0101 FOR MORE INFORMATION.

USTED PODRIA SER ELEGIBLE PARA UN ABOGADO SIN COSTO QUE LE ASESORE Y/O QUE LO REPRESENTE. LLAME AL LEGAL AID SOCIETY AL (866) 244-0101 PARA MAS INFORMACION.

SDSC CIV-411 (New 4-21)

**NOTICE THAT YOU HAVE BEEN SUED**
(LIMITED CIVIL-UNLAWFUL DETAINER)

Page: 1

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**K1** <K1@greystar.com>                                                                      Tue, Jul 9, 2024 at 10:11 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Anynur,

It looks as if USPS delivered mail to the wrong inbox, intended to another building or address. The address is for the Alcove Apartments. Which is not Greystar affiliated. Best advice is to reseal and return to sender.


Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, July 8, 2024 11:06 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Re: Non-existent unlawful detainer case received

[Quoted text hidden]

**Exh. E15**

# EXHIBIT F

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Payment Confirmation
1 message

**K1** <no-reply@rentcafe.com>
Reply-To: k1@greystar.com
To: contact@aynurlawyers.com

Wed, Jul 10, 2024 at 6:21 PM



Dear Aynur,

This email confirms we have received your one-time online payment. Please review the payment information below and keep this email for your personal records.

**PAYMENT INFORMATION**
Payment Confirmation Number: 600687353
Payment Date: 7/10/2024 6:21:56 PM (PST)
Payment Account:
Payment Amount: $2,595.48

The payment information above confirms that you have authorized to have the amount shown above withdrawn from the specified payment account. To revoke or make changes to your authorization please contact your property manager.

To view additional payment details, please log in to your Resident Portal account at:
https://k1sandiego.securecafe.com/residentservices/k1-san-diego/userlogin.aspx

Your account security is important to us. If any of the above information is inaccurate, please contact us immediately.

---

**CONTACT INFO**

330 13th Street
San Diego, CA 92101
(619) 391-3331

**OFFICE HOURS**

| | |
|---|---|
| Monday | 9AM-6PM |
| Tuesday | 9AM-6PM |
| Wednesday | 9AM-6PM |
| Thursday | 9AM-6PM |
| Friday | 9AM-6PM |
| Saturday-Sunday | 10AM-5PM |
| K1 is now open! | |

---

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL,*
*PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you*
*are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you*

**Exh. F2**

*have received this message in error, please notify the sender and permanently delete it from your computer and destroy any printout thereof.*

You expressly acknowledge that any payments made by you to a property manager, owner, or a party other than Yardi ("Payee", will be submitted to Yardi, as a payment collection agent of the Payee, solely for the limited purpose of accepting and processing such payments. The delivery of the payment by you to Yardi, which acts as the limited payment collection agent of the Payee, shall satisfy your payment obligation to the Payee. Once such payment is received by Yardi on your behalf, you authorize Yardi to electronically credit the funds into the bank account designated by you (e.g., the bank account belonging to the Payee). In the event that Yardi does not properly remit any such payment amounts to the Payee, the Payee will only have recourse against Yardi and not you directly. Assuming you have tendered the proper amount of funds due to us, your payment obligation to the Payee is extinguished upon our receipt of the funds. There is no risk of loss to you if Yardi fails to remit the funds to the Payee.

330 13th Street, San Diego, CA 92101

---

This email was sent to contact@aynurlawyers.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications by clicking here.

**Exh. F3**

# EXHIBIT G

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Urgent: Outstanding Payment Due/Eviction Notice
4 messages

---

**K1** <no-reply@rentcafe.com>                                          Thu, Jul 11, 2024 at 5:01 PM
Reply-To: k1@greystar.com
To: contact@aynurlawyers.com



Dear Resident(s),

We are writing to inform you that the 3-day notice to pay or vacate has expired. To avoid the commencement of eviction proceedings, please ensure that any outstanding payments are made immediately.

Please be aware that, as per the terms of your lease agreement, if an eviction is filed, you will be responsible for covering any associated legal fees in addition to the overdue balance. Additionally, should you choose to buy out the lease, this option is available only once per unit. Subsequent evictions may result in a record that could negatively impact your credit history.

We understand that circumstances may arise that can make timely payment challenging. If you are experiencing financial difficulties, we encourage you to contact our office as soon as possible to discuss potential solutions.

Thank you for your prompt attention to this matter.

Sincerely

K1

**-K1 Team-**

330 13th Street, San Diego, CA 92101

---

This email was sent to contact@aynurlawyers.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications by clicking here.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                          Thu, Jul 11, 2024 at 5:30 PM
To: k1@greystar.com

May I know why you send this email to me? Payment was done in your system yesterday or are you blind ?

**Exh. G2**

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

**K1** <K1@greystar.com>                                        Thu, Jul 11, 2024 at 5:36 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

It's an auto-generated email that is sent out to anyone who has not made payment after the 5th. If you made your payment you can disregard it.

Kindly,

**K1 San Diego**
Greystarl 330 13th Street | East Village | San Diego, Ca 92101
o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, July 11, 2024 5:30 PM
**To:** K1 <k1@greystar.com>
**Subject:** [EXTERNAL] Re: Urgent: Outstanding Payment Due/Eviction Notice

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Thu, Jul 11, 2024 at 5:42 PM
To: K1 <K1@greystar.com>

It's a first time I am getting this "auto-generated" message, and in any case it is a harassment to send this message to anybody who paid late.

You will be sued for continuous harassment of me and not only.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**

**Exh. G3**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**Exh. G4**

# EXHIBIT H

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Pest Control Form
4 messages

---

**K1** <K1@greystar.com>                                                    Thu, Jul 18, 2024 at 11:54 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

Please see the pest control form attached. We just need the bottom portion of the document filled out along with your signature. You can use a mark up tool on your phone to sign the document.

Pest control will be here on Friday to service your unit. Please let us know if you have any questions.


Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228 **| Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

 **Pest Control Form.pdf**
64K

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                          Thu, Jul 18, 2024 at 12:10 PM
To: K1 <K1@greystar.com>

Thank you,

Please, see it enclosed.

Aynur

On Thu, Jul 18, 2024 at 11:54 AM K1 <K1@greystar.com> wrote:

> Hi Aynur,
>
> Please see the pest control form attached. We just need the bottom portion of the document filled out along with your signature. You can use a mark up tool on your phone to sign the document.
>
> Pest control will be here on Friday to service your unit. Please let us know if you have any questions.

**Exh. H2**

Best Regards,

**K1 San Diego**
**Greystar|** 330 13th Street  | East Village | San Diego, Ca 92101
**o: (619) 391-3331|: email| k1@Greystar.com| www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

📄 **Pest Control Form full.pdf**
81K

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                        Thu, Jul 18, 2024 at 12:34 PM
To: K1 <K1@greystar.com>

Hi,

I've just reviewed the form again. <mark>I do not have cockroaches,</mark> I have bloodworms . Also, why I received an email that work order has been completed while it was not ? Nobody visited and treated my apartment.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Thu, Jul 18, 2024 at 12:10 PM Aynur Baghirzade <contact@aynurlawyers.com> wrote:
> Thank you,
>
> Please, see it enclosed.
>
> Aynur
>
> On Thu, Jul 18, 2024 at 11:54 AM K1 <K1@greystar.com> wrote:
>
>> Hi Aynur,
>>
>> <mark>Please see the pest control form attached. We just need the bottom portion of the document filled out along with your signature. You can use a mark up tool on your phone to sign the document.</mark>

**Exh. H3**

Pest control will be here on Friday to service your unit. Please let us know if you have any questions.

Best Regards,

**K1 San Diego**
**Greystar** **330 13th Street  l East Village l San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
After-Hours: **Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**K1** <K1@greystar.com>                                                    Thu, Jul 18, 2024 at 12:46 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

Okay, we will note that on the pest control form for you.

The work order was closed since maintenance does not perform pest control services. Pest control will be here tomorrow to service your unit.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
After-Hours: **Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Thursday, July 18, 2024 12:34 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Re: Pest Control Form

Hi,

I've just reviewed the form again. I do not have cockroaches, I have bloodworms . Also, why I received an email that work order has been completed while it was not ? Nobody visited and treated my apartment.

Respectfully,

**Exh. H4**

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

On Thu, Jul 18, 2024 at 12:10 PM Aynur Baghirzade <contact@aynurlawyers.com> wrote:

Thank you,

Please, see it enclosed.

Aynur

On Thu, Jul 18, 2024 at 11:54 AM K1 <K1@greystar.com> wrote:

Hi Aynur,

Please see the pest control form attached. We just need the bottom portion of the document filled out along with your signature. You can use a mark up tool on your phone to sign the document.

Pest control will be here on Friday to service your unit. Please let us know if you have any questions.

Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331|: email| k1@Greystar.com| www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**Exh. H5**

131130                    BURBANK PRINTING • (818) 840-8013





## DEWEY PEST CONTROL
## PREPARATION / INSTRUCTION SHEET
## GEL BAIT APPLICATION FOR COCKROACHES
### ALL BAITS WILL BE USED IN ACCORDANCE WITH MANUFACTURER'S LABEL

| YOUR APPOINTMENT IS FOR: | FOLLOW UP INSPECTION OR TREATMENT IF NECESSARY | If There Is Any Changes Please Call: |
|---|---|---|
| DATE:        TIME: | DATE:        TIME: | (        ) |

**TO WHOM IT MAY CONCERN:**
In order to give you the best possible service, with the least inconvenience to you, we would appreciate your cooperation with these instructions before and after our technician treats your premises. In the event that everything is not ready, another appointment will have to be made by the client, at an additional charge.
**Please take a few moments to read and become familiar with the content.**

### BEFORE
1. Any scrubbing or cleaning of cupboards, walls or shelves should be done before application occurs.
2. A bait application will be made to the top and lower corners of the cupboards. Please remove any items that would prevent us from treating these areas.
3. Remove all articles from underneath the kitchen and bathroom sinks in order to treat, under the sink, the corners, and the plumbing lines.
4. Remove all exposed food. Clean hidden areas, such as under the refrigerator and stove where food particles or debris may accumulate. This removes alternate food sources that may compete with the bait.
5. Remove bags and boxes and other items that may provide hiding areas for insects.
6. Be sure to tell the technician where you have seen cockroaches. This will help the technician place the bait in areas of cockroach activity, making the bait placement more effective.
**NOTE:** The bait will not adhere to greasy or dusty surfaces; therefore sanitation is extremely important in bait effectiveness.

### NOTE:
**Persons with ailing health, pregnancy, or infants must vacate for twenty-four (24) hours and or follow their doctor's advice.**

### AFTER
1. Do not move any bait/application. The bait should be left undisturbed. Avoid contact with skin and clothing.
2. Do not spray other insecticides after we have treated. This may reduce the attractiveness of the bait and interfere with its ability to kill cockroaches.
3. Cockroaches must feed on the bait for it to work. You many see dead cockroaches within 24 hours after the treatment, however, maximum control takes up to 2 – 4 weeks, depending on sanitation conditions.
4. Some cockroaches may die on their feet and appear to be alive. Do not be alarmed! This is a result of the unique mode of action of the active ingredient.
5. If five cockroaches are still present three weeks after the initial service, call us so we can determine what follow-up treatments may be required.

### NOTICE:  State law requires that you be given the following information
CAUTION - PESTICIDES ARE TOXIC CHEMICALS. Structural Pest Control Companies are registered and regulated by the Structural Pest Control Board, and apply pesticides that are registered and approved by the California Department of Pesticide Regulation and the United States Environmental Protection Agency. Registration is granted when the state finds that based on existing scientific evidence there are no appreciable risks if proper use conditions are followed or that the risks are outweighed by the benefits. The degree of risk depends upon the degree of exposure, so exposure should be minimized. If within 24 hours following application you experience symptoms similar to common seasonal illness comparable to the flu, contact your physician or poison control center and Dewey Pest Control immediately. For further information, contact Dewey Pest Control. For Health Questions contact the County Health Department. For Application Information contact the County Agricultural Commissioner and for Regulatory Information contact the Structural Pest Control Board. **(SEE REVERSE SIDE FOR TELEPHONE NUMBERS)**

### The pest(s) to be controlled:  Cockroaches
(The pesticides actually used will be checked here or left on a door hanger or service order.)

| | EPA# | | | EPA# |
|---|---|---|---|---|
| 1. Advion (Roach Gel Bait)  *(Indoxacarb)* | 100-1484 | 6. Vendetta Plus Cockroach Gel  *(Abamectin B1, Pyriproxyfen)* | | 1021-2976 |
| 2. InVict Gold Cockroach Gel  *(Imidacloprid)* | 73079-10 | 7. | | |
| 3. Maxforce FC Select  (Roach Gel)  *(fipronil)* | 432-1259 | 8. | | |
| 4. Maxforce Impact Roach Gel Bait  *(clothianidin)* | 432-1531 | 9. | | |
| 5. Maxforce FC Magnum (Roach Gel)   *(fipronil)* | 432-1460 | 10. | | |

_____    _____    _____
Client Address                                City & Zip            Unit No.

_____    _____
Client Name (Print)                           Client Signature

| Technician Use Only | | |
|---|---|---|
| Refused Service | Not Prepared | Preparation Sheet was given to |

### Exh. H6

2/15/25, 8:24 PM   Case 3:24-cv-01077-RSH-MMP    Law Offices of Aynur Baghirzade Mail - Problems with pests still exist    Document 174-4    Filed 02/26/25    PageID.3628    Page   **53**

53 of 127



Aynur Baghirzade <contact@aynurlawyers.com>

---

## Problems with pests still exist
4 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>            Wed, Jul 24, 2024 at 8:44 AM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

May I know what materials were used by your pest control last time ? I still have them in my apartment and particularly in the places where he sprayed the so called substance against them.

My understanding is that it should not have to be a problem for the pest control to identify the problem and resolve it very quickly.

What was a purpose to maintain that apartment still have pests ?

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>            Thu, Jul 25, 2024 at 3:28 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

Dewey is the vendor we use for pest control. I do not know what was used to treat your apartment. The pest control tech advised that your apartment will need to have an interior cleaning and upkeep done.

You can reach out to Pedro from "Right Touch Cleaning Co." if you need any assistance with cleaning services.

858.257.4778

Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: email| k1@Greystar.com| www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



**Exh. H7**

Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, July 24, 2024 8:44 AM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Problems with pests still exist

[Quoted text hidden]

---

Aynur Baghirzade <contact@aynurlawyers.com>                    Fri, Jul 26, 2024 at 1:04 PM
To: K1 <K1@greystar.com>

Thank you, but it is not a cleaning problem, it's an infection problem.

I sprayed the entire apartment yesterday and the day before and I still have them ( not so many though). Most importantly his "treatment" only cause them to multiply in number.

Peats do not go after cleaning once the apartment is infected, tell your tech to get proper education on how to do his work.

May I also know what pest infected my apartment? Does he know the name ?

Othewise, I will arrange for pest control myself and deduct his service fee from the rent.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

---

K1 Manager <k1mgr@greystar.com>                              Fri, Jul 26, 2024 at 6:01 PM
To: "contact@aynurlawyers.com" <contact@aynurlawyers.com>, K1 <K1@greystar.com>

Hi Aynur,

The pest control company we are in contact with here is Dewey Pest Control, they mentioned, that there needs to be a cleaning done in your unit for the treatment to work. We are not pest control experts, and we schedule contractors to come and do the job, we only have their expertise and word to go off of.

Is it ok to attempt to do what they are asking based on their recommendation?

**Michael Brown**| **Community Manager**| **K1 San Diego**
**Greystar**| **330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331**|**f: e-Fax**| **Michael.Brown2@Greystar.com**| **www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471
**k1's Google Listing:** https://g.page/K1SanDiego?gm **We appreciate your review!**

**ATTENTION SERVICE PROVIDERS, VENDORS & ACCOUNTS RECEIVABLES: PLEASE UPDATE ALL EMAIL RELAYS FOR K1 TO THE FOLLOWING:**
**K1AMGR@GREYSTAR.COM & K1MGR@GREYSTAR.COM**

Exh. H8

***Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork***

Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Friday, July 26, 2024 1:04 PM
**To:** K1 <K1@greystar.com>
**Subject:** Re: [EXTERNAL] Problems with pests still exist

[Quoted text hidden]

**Exh. H9**

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## Garbage chutes are closed and there are still flies in my apartment
3 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: "K1@Greystar.com" <K1@greystar.com>

Sun, Sep 1, 2024 at 1:55 PM

Hi,

I was promised two weeks ago that you will send pest control to my apartment, but I got nobody coming and checking the issue with the flies. I still have them - almost for two months already.

Also, what is the reason that for about a month the garbage chutes are closed on my floor and I have to either keep the garbage in my apartment or go to the garage bins to dispose of them ?

What is a problem, and if there is any - why I didn't get a notice from you ?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>
To: Aynur Baghirzade <contact@aynurlawyers.com>

Mon, Sep 2, 2024 at 10:14 AM

Hi Aynur,

We will add you back for additional service this Friday with Dewey Pest Control, they mentioned from the last spray that there was steps you needed to take to prevent them from coming back. Will you be home this Friday? And we can have the Pest Control technician discuss with you during the service/treatment?

We will also have maintenance look at the trash door, we had it serviced 3 weeks ago and was working fine. This is the first we have had a resident inform us its down. Our apologies for the inconvenience.

Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331| email| k1@Greystar.com| www.K1SanDiego.com**
After-Hours: Courtesy Patrol 619-940-0228 | Emergency Maintenance 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*

**Exh. H10**

**GREYSTAR™**
The Global Leader in Rental Housing

azcentral.
**TOP** COMPANIES TO WORK FOR IN ARIZONA 2020

Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, September 1, 2024 1:55 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Garbage chutes are closed and there are still flies in my apartment

Hi,

I was promised two weeks ago that you will send pest control to my apartment, but I got nobody coming and checking the issue with the flies. I still have them - almost for two months already.

Also, what is the reason that for about a month the garbage chutes are closed on my floor and I have to either keep the garbage in my apartment or go to the garage bins to dispose of them ?

What is a problem, and if there is any - why I didn't get a notice from you ?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

K1 <K1@greystar.com>                                              Mon, Sep 2, 2024 at 10:51 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

Additionally we just checked the trash chutes and they are all working fine, there are signs on every chute that give instruction how to use it.

If you are tossing garbage, please hold the "Trash button" and then release it after it lights Green. Once it is lit green, hit the red button below to release the lock, you must turn the lever for the door and pull open.


Best Regards,

**K1 San Diego**
Greystar| 330 13th Street | East Village | San Diego, Ca 92101
o: (619) 391-3331|: emaill k1@Greystar.coml www.K1SanDiego.com
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*

**Exh. H11**



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Sunday, September 1, 2024 1:55 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Garbage chutes are closed and there are still flies in my apartment

Hi,

I was promised two weeks ago that you will send pest control to my apartment, but I got nobody coming and checking the issue with the flies. I still have them - almost for two months already.

Also, what is the reason that for about a month the garbage chutes are closed on my floor and I have to either keep the garbage in my apartment or go to the garage bins to dispose of them ?

What is a problem, and if there is any - why I didn't get a notice from you ?

Thank you,

--
Respectfully,

Aynur Baghirzade, Esq.


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Flies in my apartment
2 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                    Mon, Oct 28, 2024 at 3:21 PM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

<mark>May I know how it happened that despite you treating my apartment twice I still have flies in it ?</mark>

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-
mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

---

**K1** <K1@greystar.com>                                            Tue, Oct 29, 2024 at 9:35 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hi Aynur,

The pest control guy let us know that it was due to the preexisting sanitary conditions of the
environment.


Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
***Core Values: · Integrity · Equality · Professionalism · Accountability · Service · Teamwork***



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Monday, October 28, 2024 3:21 PM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Flies in my apartment

[Quoted text hidden]

**Exh. H13**

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

## Code for entrance does not work
2 messages

**Aynur Baghirzade** <contact@aynurlawyers.com>                                         Wed, Oct 16, 2024 at 6:39 AM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

May I know the reason why you disabled my Alpha key for car entrance? It is not enough that you stole my car, now you block the entrance for my rented car?

You can't block the entrance for me or my car since I am still your resident and since you diligently put a rent pay in my account each month.

Please, ensure the entrance for my car.

--
Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**K1** <K1@greystar.com>                                                                Wed, Oct 16, 2024 at 10:06 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

Hello,

We have not nor have ever disabled your access to alphatouch. You may have been logged out for some reason, so please try again. We apologize that your car was towed in the past for parking in another resident's space.

 Residents in 406                                     + Add a New Resident

 Baghirzade, Aynur
contact@aynurlawyers.com                                                          

Best Regards,

**K1 San Diego**
Greystar| 330 13th Street  | East Village | San Diego, Ca 92101
o: (619) 391-3331|: email k1@Greystar.com| www.K1SanDiego.com
After-Hours: Courtesy Patrol 619-940-0228  | Emergency Maintenance 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*

**Exh. H14**



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, October 16, 2024 6:39 AM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Code for entrance does not work

[Quoted text hidden]

**Exh. H15**

# EXHIBIT I

 Gmail

Aynur Baghirzade <contact@aynurlawyers.com>

**Disabled alpha touch app**

5 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                    Sat, Dec 14, 2024 at 10:17 AM
To: "K1@Greystar.com" <K1@greystar.com>

Hi,

May I know why you disabled my Alpha Touch app ? As far as I understand I am still resident and you have no right to restrict my entrance to the building.

Could you please restore my AlphaTouch app functions including parking code for my car ?

Respectfully,

Aynur

---

**K1** <K1@greystar.com>                                                          Sat, Dec 14, 2024
To: Aynur Baghirzade <contact@aynurlawyers.com>

Aynur,

Your alpha touch has never been disabled. You have always had complete access to the alpha touch app. If you are having trouble logging in. Click for password and reset your password. Once you do that, you will be able to then control your access to the garage door.



Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331|: email| K1@Greystar.com| www.K1SanDiego.com**
After-Hours: Courtesy Patrol 619-940-0228 | Emergency Maintenance 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Saturday, December 14, 2024 10:17 AM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Disabled alpha touch app

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                    Sat, Dec 14, 2024 at 10:22 AM
To: K1 <K1@greystar.com>

It was. I can't open the door for my guests and I can't use the code for my car. Last time I had to enter through open door for the cars' exit which is dangerous.

Respectfully,

Aynur
[Quoted text hidden]

---

**K1** <K1@greystar.com>                                                          Sat, Dec 14, 2024 at 10:28 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

**Exh. I2**

You don't put in a code for your car, you can control the garage door with your alpha touch app or with the garage sticker which should automatically let you in the garage.

I resent you your alphatouch credentials. You will be receiving an email from alphatouch on how to set up your alpha touch account.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
After-Hours: **Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Saturday, December 14, 2024 10:22 AM
**To:** K1 <K1@greystar.com>
**Subject:** Re: [EXTERNAL] Disabled alpha touch app

[Quoted text hidden]

---

**Aynur Baghirzade** <contact@aynurlawyers.com>                                      Sat, Dec 14, 2024 at 10:31 AM
To: K1 <k1@greystar.com>

Thank you. I did exactly what you are saying - Tried to use the app's virtual key with garage sticker and it didn't open the door.

Last time I entered using open garage door for cars' exit.

Respectfully,

Aynur
[Quoted text hidden]

**Exh. I3**

# EXHIBIT J

 Gmail

**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## Unathorised entrance to my apartment
4 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: "K1@Greystar.com" <K1@greystar.com>

Wed, Oct 16, 2024 at 10:58 AM

Hi,

Who entered my apartment yesterday ? The file I Was working on for two weeks was altered and information deleted. Have you lost your mind completely?

Aynur

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**K1** <K1@greystar.com>
To: Aynur Baghirzade <contact@aynurlawyers.com>

Wed, Oct 16, 2024 at 11:03 AM

Aynur,

No one entered your apartment yesterday.

Thank you.

Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228 | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

---

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, October 16, 2024 10:58 AM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Unathorised entrance to my apartment

Hi,

Who entered my apartment yesterday ? The file I Was working on for two weeks was altered and information deleted. Have you lost your mind completely?

2/15/25, Case 8:24-cv-01077-RSH-MMP Law Office of Aynur Baghirzade Document 17-4 Mail - Unauthorized entrance to my apartment Filed 02/26/25 Page 67 of 127 PageID.3642 Page 67

67 of 127

Aynur

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: K1 <K1@greystar.com>
<mark>Wed, Oct 16, 2024 at 11:14 AM</mark>

How no one entered if all my writings disappeared from the file ? Have you completely lost your mind? You will be taken responsible for entering my apartment without my permission and deleting files on my computer. Can I have video footage from yesterday night ?

Aynur

On Wed, Oct 16, 2024 at 11:03 AM K1 <K1@greystar.com> wrote:

> Aynur,
>
> No one entered your apartment yesterday.
>
> Thank you.
>
>
> Best Regards,
>
> **K1 San Diego**
> **Greystar** 330 13th Street  l East Village l San Diego, Ca 92101
> **o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
> After-Hours: **Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
> *Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*
> 
> Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, October 16, 2024 10:58 AM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Unathorised entrance to my apartment

Hi,

Who entered my apartment yesterday ? The file I Was working on for two weeks was altered and information deleted. Have you lost your mind completely?

Aynur

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

**Exh. J3**

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

K1 <K1@greystar.com>                                    Wed, Oct 16, 2024 at 11:31 AM
To: Aynur Baghirzade <contact@aynurlawyers.com>

I understand how distressing it must be to discover that your files are missing, and I want to assure you that we take these matters seriously.

I want to clarify that no one entered your apartment without permission. However, I will investigate the situation to understand what may have happened with your files. Regarding your request for video footage, ==we don't have a camera pointing directly towards your apartment.==

Best regards,


Best Regards,

**K1 San Diego**
**Greystarl 330 13th Street  | East Village | San Diego, Ca 92101**
**o: (619) 391-3331l: emaill k1@Greystar.coml www.K1SanDiego.com**
**After-Hours: Courtesy Patrol** 619-940-0228  | **Emergency Maintenance** 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, October 16, 2024 11:14 AM
**To:** K1 <K1@greystar.com>
**Subject:** Re: [EXTERNAL] Unathorised entrance to my apartment

How no one entered if all my writings disappeared from the file ? Have you completely lost your mind? You will be taken responsible for entering my apartment without my permission and deleting files on my computer. Can I have video footage from yesterday night ?

**Exh. J4**

On Wed, Oct 16, 2024 at 11:03 AM K1 <K1@greystar.com> wrote:

Aynur,

No one entered your apartment yesterday.

Thank you.


Best Regards,

**K1 San Diego**
**Greystar| 330 13th Street | East Village | San Diego, Ca 92101**
**o: (619) 391-3331|: email| k1@Greystar.com| www.K1SanDiego.com**
After-Hours: Courtesy Patrol 619-940-0228 | Emergency Maintenance 619-952-1471
*Core Values: • Integrity • Equality • Professionalism • Accountability • Service • Teamwork*



Join Greystar® in supporting St. Jude Children's Research Hospital and Camp Hope

**From:** Aynur Baghirzade <contact@aynurlawyers.com>
**Sent:** Wednesday, October 16, 2024 10:58 AM
**To:** K1 <K1@greystar.com>
**Subject:** [EXTERNAL] Unathorised entrance to my apartment

Hi,

Who entered my apartment yesterday ? The file I Was working on for two weeks was altered and information deleted. Have you lost your mind completely?


Aynur


**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.



--
Respectfully,

Aynur Baghirzade

**Law Offices of Aynur Baghirzade**
**1968 S. Coast Hwy # 2429 Laguna Beach, CA, 92651**
**Tel: 619-630-6646; E-mail: contact@aynurlawyers.com**

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**Exh. J5**

# EXHIBIT K

 **Gmail**

Aynur Baghirzade <contact@aynurlawyers.com>

## Eviction summons - defective notice
2 messages

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: "K1@Greystar.com" <K1@greystar.com>

Thu, Oct 24, 2024 at 6:22 PM

Thank you for serving the eviction summons today,

The date you put in notice of service ( that I was served on August 7, 2024 is defective. I've seen it only today on my door. Nothing before was posted by you or sent me via mail.

I guess you understand that I am not supposed to pay to the landlord who steals my car and allows other people's entrance to my apartment without my permission. For this you'll be paying me more than the money you expect from me. Promise.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**Aynur Baghirzade** <contact@aynurlawyers.com>
To: "K1@Greystar.com" <K1@greystar.com>

Fri, Oct 25, 2024 at 3:17 AM

I figured it out - the date was for a notice.

I'll just demur your service - it's all defective. :)

You'll be served too.

Respectfully,

Aynur Baghirzade, Esq.

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

[Quoted text hidden]

**Exh. K2**

# EXHIBIT L

1  AYNUR BAGHIRZADE
   1968 S. Coast Highway #2429
2  Laguna Beach, CA 92651
   Phone: 619-630-6646
3  Email: contact@aynurlawyers.com

4  *AYNUR BAGHIRZADE, IN PRO SE*

5

6

7

8              **SUPERIOR COURT OF CALIFORNIA**

9            **FOR THE COUNTY OF SAN DIEGO**

10

11  K1 THIRTEEN ST SD, LLC              )  Case No.: 24 UD010513C
12                        Plaintiff,    )  **NOTICE OF MOTION AND MOTION**
                                        )  **TO QUASH SERVICE;**
13          vs.                         )  **MEMORANDUM OF POINTS AND**
                                        )  **AUTHORITIES; DECLARATION OF**
14  AYNUR BAGHIRZADE,                   )  **AYNUR BAGHIRZADE**
                                        )
15                                      )
                                        )
16                                      )
                                        )
17                        Defendant.    )  Date: 12/11/2024
                                        )
18                                      )  Time: 1:30 p.m.
                                        )
19                                      )  Judge:Hon. Howard H. Shore
                                        )
20                                      )  Department: 2102
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24  _____   )

25

26

27

28

MOTION TO QUASH SERVICE                    1

**Exh. L2**

1

2     **TO ALL PARTIES, THEIR ATTORNEYS OF RECORD:**

3

4     PLEASE TAKE NOTICE that on December 12, 2024, at 1:30 p.m., or as soon after that

5 as the matter can be heard, Department 2102 of the above entitled court located at 1100 Union

6 Street, San Diego, CA, 92101, specially appearing Defendant, AYNUR BAGHIRZADE, will

7 appear specially and move the Court for an order quashing Plaintiff's purported service of sum-

8 mons and complaint on Defendant. This Motion is made under Code of Civil Procedure Sec.

9 418.10 on the grounds that the summons and complaint were not properly served on Defendant

10 in that Defendant, AYNUR BAGHIRZADE, was not personally served with the summons and

11 complaint, instead they were posted on her front door without any attached order from the court,

12 and if any order by court was issued, Defendant was not served by certified mail required for the

13 service of process by publication. Therefore, the purported service on Defendant is not valid and

14 should be quashed.

15

16     This Motion will be based on this Notice, Memorandum of Points and Authorities, the

17 Declaration, the pleadings, documents, records and files in this action, and such oral and docu-

18 mentary evidence as may be presented at the hearings.

19

20

21

22

23 DATED: November 8, 2024         *Aynur Baghirzade*
               _____

24

25         Aynur Baghirzade, Specially Appearing Defendant

26

27

28

MOTION TO QUASH SERVICE        2

**Exh. L3**

1

2                    **MEMORANDUM OF POINTS AND AUTHORITIES**

3

4                              **I. STATEMENT OF FACTS**

5

6          On September 11, 2024, Plaintiff filed a complaint against Specially Appearing Defen-

7    dant - Aynur Baghirzade. On October 24, 2024, Plaintiff noticed a posting at her door with sum-

8    mons and complaint for the present case without any signed order by the court allowing service

9    by publication. Plaintiff does not remember any instances when she was attempted to be served

10   personally before Plaintiff posted the summons and complaint on her door. Even if the court is-

11   sued order allowing service of process on Specially Appearing Defendant by publication, Defen-

12   dant wasn't served by certified mail. She has never been contacted by the postal service to deliv-

13   er her mail from the Plaintiff with summons and complaint. Therefore, Defendant contends that

14   the service on them was improper and the Court should quash the purported service and require

15   Plaintiff to properly serve them.

16

17                              **II. LEGAL ARGUMENTS**

18

19         **A. THE PURPORTED SERVICE OF THE SUMMONS AND COMPLAINT IS**

20   **NOT VALID AND SHOULD BE QUASHED.**

21

22

23         **1. Plaintiff didn't make enough attempts to serve Specially Appearing Defendant**

24   **personally, and court order allowing service by publication was not among the documents**

25   **posted on her door.**

26

27         Code of Civil Procedure Sec. 418.10 states in part:

28         "A defendant, on or before the last day of his or her time to plead or within any further

     time that the court may for good cause allow, may serve and file a notice of motion for one or

MOTION TO QUASH SERVICE                        3

more of the following purposes: (1) To quash service of summons on the ground of lack of personal jurisdiction of the court over him or her. " "A motion to quash service is the proper method for determining whether the court has acquired personal jurisdiction over the defendant…" *Castle \*\*687 Park No. 5 v. Katherine (1979) 91 Cal.App.3d Supp. 6, 8, fn. 1, 154 Cal.Rptr. 498.*

In a case *Bd. of Trustees of Leland Stanford Junior Univ. v. Ham, 216 Cal. App. 4th 330, 336, 156 Cal. Rptr. 3d 893, 897 (2013)* court stated that "Section 415.20… permits substituted service when *personal service* cannot be accomplished with reasonable diligence; section 415.45 allows posting only if the person cannot be served in *any other* manner (excluding publication) notwithstanding the application of reasonable diligence. Furthermore, unlike substituted service, the alternative of posting requires the plaintiff to make this showing to the superior court. These safeguards clearly reflect the Legislature's concern for notice in accordance with due process. (See *Greene v. Lindsey* (1982) 456 U.S. 444, 456, 102 S.Ct. 1874, 72 L.Ed.2d 249 [one attempt at personal service before posting insufficient notice, thereby violating due process].)"

Specially Appearing Defendant does not remember Plaintiff making any effort to serve her personally. Though, she admits that in September, when the complaint was purportedly attempted to be served, she was frequently absent from home, she does not remember anybody making any attempt to serve her personally, and in any case Plaintiff can't show that those attempts were accomplished with reasonable diligence enough to allow service by publication. Additionally, court order allowing service by publication was not attached to the posted summons and complaint.

**2. Even if Court issued an order allowing Plaintiff to serve summons and complaint by publication, Plaintiff was not served by certified mail, and posting summons and complaint on her door is not sufficient for service by publication.**

Code of Civil Procedure Sec. 415.45 (b) and (c) provides in part:

MOTION TO QUASH SERVICE                4

**Exh. L5**

" The court shall order the summons to be posted on the premises in a manner most likely to give actual notice to the party to be served and direct that a copy of the summons and of the complaint be ***forthwith mailed by certified mail to such party*** at his last known address. " " Service of summons  in this manner is deemed complete on the 10th day after posting and mailing"

In a case *Bd. of Trustees of Leland Stanford Junior Univ. v. Ham, 216 Cal. App. 4th 330, 336, 156 Cal. Rptr. 3d 893, 897 (2013)* court provided "Unlawful detainer is a unique proceeding that calls for special procedures for service of summons. Accordingly, section 415.45 provides that summons may be served on an unlawful detainer defendant by posting it on the premises, along with notice sent by ***certified mail t***o that address, if the court determines that "the party to be served cannot with reasonable diligence be served in any manner specified in this article [i.e. Article 3] other than publication….".   "The holding in *Greene v. Lindsey, supra, 456 U.S. 444, 102 S.Ct. 1874*, does not require a different conclusion. In *Greene* the court considered whether a Kentucky statute, that authorized service of process in unlawful detainer actions by posting the summons on the door of the residence, violated the due process clause. The court held that posting alone did not impart adequate notice to satisfy due process requirements, but that posting together with mailing would be more likely to pass constitutional muster. (*Id.* at pp. 453–456, 102 S.Ct. at pp. 1879–1881.)" *Walters v. Meyers, 226 Cal. App. 3d Supp. 15, 19–20, 277 Cal. Rptr. 316, 319 (App. Dep't Super Ct. 1990).* "To meet its burden to show compliance with section 1162, the landlord offered evidence at trial comprised of an affidavit of service by certified mail and a certified mail return receipt with an illegible signature. (*Liebovich, supra,* at p. 514, 65 Cal.Rptr.2d 457.) Though the trial court entered judgment for the landlord on the basis of this evidence, the appellate court reversed, holding that the landlord did not provide sufficient evidence of proper service in accordance with section 1162. (*Liebovich, supra,* at p. 514, 65 Cal.Rptr.2d 457.)" *Palm Prop. Invs., LLC v. Yadegar, 194 Cal. App. 4th 1419, 1426, 123 Cal. Rptr. 3d 816, 821 (2011).*

There was no service on Specially Appearing Defendant by certified mail too. The requirement of the service of process on Defendant by publication is that it has to be done by post-

MOTION TO QUASH SERVICE                    5

ing and mailing by certified mail. Specially Appearing Defendant received nothing by mail. The posting on her door alone can't be considered sufficient service by publication, and therefore, the service should be quashed.

**V. CONCLUSION**

Based on the foregoing, Specially Appearing Defendant, Aynur Baghirzade, requests the Court grant her motion and quash Plaintiff's purported service of process.

DATED: November 8, 2024

Specially Appearing Defendant: Aynur Baghirzade

*Aynur Baghirzade*
_____

MOTION TO QUASH SERVICE                6

**Exh. L7**

**STAY REQUESTED ON TRIAL COURT ORDER OF DECEMBER 11, 2024**

Civ. No_____

## IN THE SUPERIOR COURT OF SAN DIEGO
## APPELLATE DIVISION

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>Petitioner v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO; HOWARD H. SHORE JUDGE OF THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO<br><br>Respondents.<br><br>K1 THIRTEEN ST SD, LLC.<br><br>Real Party in Interest. | Superior Court of California for the County of San Diego<br><br>Case No.: 24 UD010513C<br><br>Howard H. Shore, Judge, Department: 2102<br>Telephone: (619)-844-2143 |

**PETITION FOR WRIT OF MANDATE, PROHIBITION OR OTHER APPROPRIATE RELIEF; REQUEST FOR IMMEDIATE STAY; MEMORANDUM OF POINTS AND AUTHORITIES**

---

**PETITIONER: AYNUR BAGHIRZADE**
330 13th Street, Apt # 406
San Diego, CA, 92101
Phone: 619-776-4882
Email: contact@aynurlawyers.com

1

**Exh. L8**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**California Rules of Court, Rule 8.208**

No other person or entity has a financial or other interest in the outcome of this proceeding.

I declare under penalty of perjury, under California law that the foregoing is true and correct.

Dated: December 18, 2024

*Aynur Baghirzade*

_____

2

**Exh. L9**

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS …………………………2

TABLE OF AUTHORITIES …………………………………………………..5, 6, 7

TABLE OF SEPARATELY BOUND EXHIBITS……………………………………..8

PETITION …………………………………………………………………9, 10

PRAYER……………………………………………………………………10

VERIFICATION …………………………………………………………..11

MEMORANDUM OF POINTS AND AUTHORITIES……………………………..12-19

I. INTRODUCTION……………………………………………………………..12

II. STATEMENT OF THE CASE……………………………………………………..12

III. ARGUMENTS……………………………………………………………13-19

A.  WRIT OF RELIEF IS NECESSARY AS THERE IS NO ADEQUATE REMEDY AT LAW…………………………………………………………………………13

B.  WRIT OF RELIEF IS NECESSARY AS THE JUDGE ABUSED HIS DISCRETION WHEN ORDERED PETITIONER TO FILE THE ANSWER WITHIN 5 DAYS AND IGNORED ALL THE EVIDENCE PRESENTED BY THE PETITIONER THAT SHE WAS NOT PROPERLY SERVED……………………………………………..14

**Exh. L10**

**TABLE OF CONTENTS (continued)**

CONCLUSION……………………………………………………………………….20

CERTIFICATE OF COMPLIANCE…………………………………………………….21

PROOF OF SERVICE……………………………………………………………22, 23

**Exh. L11**

## TABLE OF AUTHORITIES

***Cases:***

*Bd. of Trustees of Leland Stanford Junior Univ. v. Ham,*
    216 Cal. App. 4th 330, 336, 156 Cal. Rptr. 3d 893, 897 (2013)…………………18

*Cahill v. San Diego Gas & Elec. Co.,*
    194 Cal. App. 4th 939, 957, 124 Cal. Rptr. 3d 78, 94 (2011)……………………15

*Cavanaugh v. High,*
    182 Cal. App. 2d 714, 716, 6 Cal. Rptr. 525, 526 (Ct. App. 1960)………………17

*Cf. Murphy v. Davids*,
    55 Cal.App. 416, at page 420, 203 P. 802………………………………………..13

*Delta Imports, Inc v. Mun. Ct.,*
    146 Cal. App. 3d 1033, 1035, 194 Cal. Rptr. 685, 686–87 (Ct. App. 1983)……..16

*Gonzales v. Nork ,*
    20 Cal.3d 500, 507, 143 Cal.Rptr. 240, 573 P.2d 458 (1978)……………………15

*Greene v. Lindsey,*
    456 U.S. 444, 456, 102 S.Ct. 1874, 72 L.Ed.2d 249 (1982)………………………18

*Haraguchi v. Superior Court,*
    43 Cal.4th 706, 711–712, 76 Cal.Rptr.3d 250, 182 P.3d 579 (2008)……………15

*Horsford v. Board of Trustees of California State University ,*
    132 Cal.App.4th 359, 393, 33 Cal.Rptr.3d 644 (2005)…………………………..15

5

*In Mertens v. Keene,*
    77 Cal.App. 786, 247 …………………………………………………………………14

*Karen P. v. Superior Ct.,*
    200 Cal. App. 4th 908, 912, 133 Cal. Rptr. 3d 67, 70 (2011)…………………..13

*Palm Prop. Invs., LLC v. Yadegar,*
    194 Cal. App. 4th 1419, 1426, 123 Cal. Rptr. 3d 816, 821 (2011)………………19

*Park No. 5 v. Katherine (1979),*
    91 Cal.App.3d Supp. 6, 8, fn. 1, 154 Cal.Rptr. 498…………………………….16

*People v. Surplice,*
    203 Cal.App.2d 784, 791, 21 Cal.Rptr. 826 (1962)…………………………….15

*Saroff v. Saroff,*
    66 Cal. App. 2d 330, 331–32,152 P.2d 333, 333 (1944)……………………..13, 14

*Shamblin v. Brattain,*
    44 Cal.3d 474, 478, 243 Cal.Rptr. 902, 749 P.2d 339 (1988)…………………..15

*Vilery v. Department of Corrections & Rehabilitation,*
    (216) 246 Cal. App. 4th 407, 412)……………………………………………14

*Walters v. Meyers,*
    226 Cal. App. 3d Supp. 15, 19–20, 277 Cal. Rptr. 316, 319 (1990)……………19

***Statutes***

*California Cvil Code of Procedure*

**Exh. L13**

*Section 367*……………………………………………………………………………………17

*Section 415.20*…………………………………………………………………………………18

*Section 415.45*…………………………………………………………………………………18

*Section 418.10*……………………………………………………………………………13, 16

*Section 422.10*…………………………………………………………………………………16

*Section 586*……………………………………………………………………………………16

*Section 1161*……………………………………………………………………………………17

*Section 1161a*…………………………………………………………………………………17

*Section 1170*……………………………………………………………………………………16

*Section 1602*……………………………………………………………………………………17

*Section 1604*……………………………………………………………………………………17

*Section 1605*……………………………………………………………………………………17

*Section 1609*……………………………………………………………………………………17

*Section 2322*……………………………………………………………………………………17

**Exh. L14**

**TABLE OF SEPARATELY BOUND EXHIBITS**

| EXHIBIT TAB | TITLE | DATE | PAGE |
|---|---|---|---|
| **A.** | Summons and Complaint | September 11, 2024 | |
| **B.** | Motion to Quash Service of Summons | November 8, 2024 | |
| **C.** | Plaintiff's Opposition to Motion to Quash | November 13, 2024 | |
| **D.** | Specially Appearing Defendant's Reply to Plaintiff's Opposition | December 3, 2024 | |
| **E.** | Specially Appearing Defendant's Lease Agreement | October 25, 2023 | |
| **F.** | Screenshot of the address and incorporation status of the Plaintiff | December 3, 2025 | |
| **G.** | Court order denying Motion to Quash | December 11, 2024 | |

**Exh. L15**

# PETITION

TO THE HONORABLE PRESIDING JUSTICE AND ASSOCIATE JUSTICES OF THE
SUPERIOR COURT OF SAN DIEGO APPELLATE DIVISION:

Petitioner alleges:

1. Petitioner is a Specially Appearing Defendant in the action K1 THIRTEEN ST SD,
   LLC. v. AYNUR BAGHIRZADE (Case No.: 24 UD010513C).

2. Respondents are Superior Court of California for the County of San Diego and Judge
   of the Superior Court of California for the County of San Diego, Howard H. Shore.

3. Real Party in Interest is K1 THIRTEEN ST SD, LLC., which has interest directly
   affected by this proceeding because it is a Plaintiff in the above captioned case.

4. On September 11, 2024, Plaintiff filed a complaint against Specially Appearing
   Defendant - Aynur Baghirzade in Superior Court of California for the County of San
   Diego.

5. On October 24, 2024, Petitioner noticed a posting at her door with summons and
   complaint without any signed order by the court allowing service by publication.

6. Complaint was filed by the Real Party in Interest which has no signed lease
   agreement with Petitioner, the lease agreement Petitioner has is with Greystar
   California Inc. 3 days notice to quit or pay rent also states that Petitioner must pay or
   surrender the premises to Greystar California Inc. and not to the Real Party in
   Interest. Petitioner therefore does not recognize the Real Party in Interest.

7. Besides the fact that Petitioner does not recognize the Real party in Interest,
   Petitioner does not remember any instances when she was attempted to be served
   personally before Real Party in Interest posted the summons and complaint on her
   door.

**Exh. L16**

8.   Real Party in Interest was not also attempted to be served by certified mail as it is required in the case of substituted service by publication in unlawful detainer cases.

9.   On or around November 8, 2024, Petitioner filed a Motion to Quash with Memorandum of Points and Authorities and declaration and served them on the Real Party in Interest.

10.  On or around November 13, 2024, Real Party in Interest filed an opposition to Petitioner's motion to quash.

11.  On or around December 3, 2024, Petitioner filed and served her reply to Real Party's in Interest opposition to her motion to quash.

12.  On December 11, 2024, judge for the Superior Court of California County of San Diego, Howard H. Shore, issued a decision ordering Petitioner to file the answer without giving her an opportunity to contest the case by filing a demurrer.

WHEREFORE, Petitioner prays:

1.      That the court issue a peremptory writ in the first instance commanding Respondents to quash service of summons or dismiss the case.

2.      That the court, alternatively, first issue an alternative writ commanding Respondents to quash service of summons or dismiss the case, or in the alternative, show cause why it should not do so, and thereafter issue a peremptory writ commanding respondent to do all above mentioned.

3.      That the Immediate Stay is issued to stop the proceedings in a Respondent Court until this Petition is considered and final decision is ordered by this Court.

Dated:  December 18, 2024

*Aynur Baghirzade*

_____

Aynur Baghirzade, Petitioner

**Exh. L17**

**VERIFICATION**

I, Aynur Baghirzade, am the petitioner in this proceeding. I have read the foregoing petition and know its contents. The facts stated therein are true and are within my personal knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 18, 2024

_Aynur Baghirzade_

_____

Aynur Baghirzade, Petitioner

**Exh. L18**

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

This extraordinary writ petition concerns the Judge's order requiring Petitioner to file her answer within 5 days without giving her an opportunity to contest her case by filing a demurrer under the circumstances when Unlawful Detainer case was filed by the party which is not a landowner and in any case Petitioner was not properly served as it is required for the service of process by publication.

## II. STATEMENT OF THE CASE

Real Party in Interest filed an Unlawful Detainer case against Petitioner on September 11, 2024. Petitioner filed a Motion to Quash Service of Process where raised the issue of improper service of process and the fact that the Plaintiff in the case is not a real landlord both according to the Lease Agreement Petitioner has and according to the 3 days notice to pay rent or quit she received. In both these documents landlord is a Greystar California Inc., and not K1 THIRTEEN ST SD LLC.

Respondent Judge instead of ordering the Plaintiff (Real Party in Interest) to quash service of summons and complaint or dismiss the case, ordered Petitioner to file her answer within 5 days grossly violating requirements of California Code of Civil Procedure and existing case law of the Courts of Appeals on the mater, therefore leaving no option for the Petitioner except as to file this Extraordinary Writ of Mandate.

12

**Exh. L19**

Extraordinary Writ of Mandate is filed timely. Respondents issued their decision on December 11, 2024, and Petitioner was served by mail. According to CCP § 418.10 (c) Petitioner has 10 days after service on her of a written notice of entry of an order of the court denying his or her motion to file a writ of mandate. According to CCP § 418. 10 (b) The service and filing of the notice of the motion to quash service of process shall extend the defendant's time to plead until 15 days after service upon him or her of a written notice of entry of an order denying his or her motion…

## III. ARGUMENTS

### A.  WRIT OF RELIEF IS NECESSARY AS THERE IS NO ADEQUATE REMEDY AT LAW.

*1. Standard of Review.*

"Writ relief is appropriate to correct an abuse of discretion by the trial court. Conditions prerequisite to the issuance of a writ are a showing there is no adequate remedy at law (in this case, no right to an immediate appeal) and the petitioner will suffer an irreparable injury if the writ is not granted." *Karen P. v. Superior Ct., 200 Cal. App. 4th 908, 912, 133 Cal. Rptr. 3d 67, 70 (2011).* In the case *Saroff v. Saroff, 66 Cal. App. 2d 330, 331–32, 152 P.2d 333, 333 (1944)* Court concluded that denial of the motion to quash service of summons is not appealable order. It stated that *"A special appearance in* an action for the purpose of quashing service of a summons is not an action in itself or a special proceeding, but merely a step in an action already commenced by the filing of a complaint." By citing case *Cf. Murphy v. Davids, 55 Cal.App. 416, at page 420, 203 P. 802.* and concluding that "Manifestly, an order denying a motion to quash or vacate

13

**Exh. L20**

service of a summons is not a final order or judgment in an action. *332 In Mertens v. Keene, 77 Cal.App. 786, 247 P. 543" <u>Saroff v. Saroff</u>, 66 Cal. App. 2d 330, 331–32, 152 P. 2d 333, 333 (1944). "Generally, a writ of ordinary mandate will lie when (1) there is no plain, speedy and adequate alternative remedy, (2) the public official has a legal and usually ministerial duty to perform and (3) the petitioner has a clear and beneficial right to performance." (Vilery v. Department of Corrections & Rehabilitation (216) 246 Cal. App. 4th 407, 412).

Since the court order denying motion to quash service of process is not appealable, Petitioner does not have any adequate remedy at Law except as filing this Writ of Mandate. Otherwise, she will suffer irreparable harm as the Court will be considered having a personal jurisdiction over her while she was not properly served and the Real Party in Interest is not even her landlord. Thus, Petitioner could end up in the situation where she is evicted by someone who does not have any right to evict her while she wasn't even properly served by the purported landlord in her case.

Therefore, review by writ of mandate is the only review option Petitioner has and this writ is proper.

B. WRIT OF RELIEF IS NECESSARY AS THE JUDGE ABUSED HIS DISCRETION WHEN ORDERED PETITIONER TO FILE THE ANSWER WITHIN 5 DAYS AND IGNORED ALL THE EVIDENCE PRESENTED BY THE PETITIONER THAT SHE WAS NOT PROPERLY SERVED.

*1. Standard of Review*

14

**Exh. L21**

"When a matter is left to the discretion of the trial court, on appeal we apply the abuse of discretion standard of review. (*Gonzales v. Nork* (1978) 20 Cal.3d 500, 507, 143 Cal.Rptr. 240, 573 P.2d 458.)…Judicial discretion "implies absence of arbitrary determination, capricious disposition or whimsical thinking. It imports the exercise of discriminating judgment within the bounds of reason." (*People v. Surplice* (1962) 203 Cal.App.2d 784, 791, 21 Cal.Rptr. 826.)" <u>*Cahill v. San Diego Gas & Elec. Co.*, 194 Cal. App. 4th 939, 957, 124 Cal. Rptr. 3d 78, 94 (2011).</u>  "The trial court's findings of fact are reviewed for substantial evidence, its conclusions of law are reviewed de novo, and its application of the law to the facts is reversible only if arbitrary and capricious." (*Haraguchi v. Superior Court* (2008) 43 Cal.4th 706, 711–712, 76 Cal.Rptr. 3d 250, 182 P.3d 579, fns. omitted.) We reverse the judgment only if in the circumstances of the case, viewed most favorably in support of the decision, the decision exceeds "the bounds of reason" (*Shamblin v. Brattain* (1988) 44 Cal.3d 474, 478, 243 Cal.Rptr. 902, 749 P.2d 339), and therefore a judge could not reasonably have reached that decision under applicable law. (*Horsford v. Board of Trustees of California State University* (2005) 132 Cal.App.4th 359, 393, 33 Cal.Rptr.3d 644; *Smith v. Smith* (1969) 1 Cal.App.3d 952, 958, 82 Cal.Rptr. 282.)" *Id.*

In this particular case as the analysis below will show trial court abused its discretion by ordering Petitioner to file the answer within 5 days without giving her the opportunity to respond by demurring Real Party's in Interest complaint and with obvious disregard of the statutory timing established under CCP 418.10 (b) and (c). Trial court and judge abused their discretion also by completely disregarding Petitioner's evidence on file that she does not recognize the Real Party in Interest, that the complaint was filed by someone who is unknown to her, that her lease agreement as well as 3 day notice imply that she has the obligation to pay or surrender the property to a different person. Trial Court's decision is also unconstitutional as Petitioner was not properly served.

*2. Trial Court and judge abused their discretion when ordered Petitioner to file her answer within 5 days.*

"Under the statutory scheme, following the denial of a motion to quash, a court cannot order a defendant to file only an answer. Such an order is improper because the statutes do not limit the defendant's responsive pleading to an answer, and a demurrer is an acceptable responsive pleading. (Code Civ. Proc., §§ 422.10, 1170.) Further, following the denial of the motion to quash, a trial court has no authority to enter a default judgment until the time to file an answer *or* demurrer has expired. (Code Civ. Proc., § 586, subd. (a)(4).)" CCP 422.10 states that "The pleadings allowed in civil actions are complaints, demurrers, answers, and cross-complaints." "A motion to quash service is the proper method for determining whether the court has acquired personal jurisdiction over the defendant through service of the five-day unlawful detainer summons. (*Castle **687 Park No. 5 v. Katherine* (1979) 91 Cal.App.3d Supp. 6, 8, fn. 1, 154 Cal.Rptr. 498.)" <u>*Delta Imports, Inc v. Mun. Ct.,*</u> *146 Cal. App. 3d 1033, 1035, 194 Cal. Rptr. 685, 686–87 (Ct. App. 1983).*

Trial court by denying Petitioner's motion to quash service of summons ordered her to file an answer within 5 days in direct violation of CCP Section 422.10 as well as case law on the subject that such order can't be entered by the trial court. Petitioner has a right to respond to the complaint by filing a demurrer after her motion to quash service of summons was denied. By doing so, trial court deprived her the opportunity to file a demurrer in direct violation of the existing Law. Further, CCP § 418.10 (b) establishes timing for the response by the Defendant in unlawful detainer cases. It states in relevant part after recognizing the right of the Defendant in unlawful detainer cases to respond by the motion to quash service of process that "The service and filing of the notice shall

16

**Exh. L23**

extend the defendant's time to plead until 15 days after service upon him or her of a written notice of entry of an order denying his or her motion, except that for good cause shown the court may extend the defendant's time to plead for an additional period not exceeding 20 days." Trial Judge also abused its discretion by disregarding this Section of Law when ordered Petitioner to file the answer within 5 days while under the Law she had 15 days to respond after receipt of the notice on entering the order denying her motion to quash. Therefore, trial court order shall be voided.

*3. Trial Court abused its discretion when disregarded the fact the person filing a UD complaint is not a landlord of the Petitioner and has no ownership interest in the premises she currently occupies.*

Section 367 of California Civil Procedure requires that " Every action must be prosecuted in the name of the real party in interest, except as otherwise provided by statute." Under Section 2322 of California Civil Code " An authority expressed in general terms, however broad, does not authorize an agent to do any of the following: (a) Act in the agent's own name, unless it is the usual course of business to do so. (b) Define the scope of the agency. (c) Violate a duty to which a trustee is subject under Section 16002, 16004, 16005, or 16009 of the Probate Code."The main issue is whether a conventional relationship of landlord and tenant existed between plaintiff and defendant….Subject to exceptions specified in § 1161, subdivision 1 and § 1161a, Code of Civil Procedure, that is sine qua non to maintenance of such an action" *Cavanaugh v. High, 182 Cal. App. 2d 714, 716, 6 Cal. Rptr. 525, 526 (Ct. App. 1960).*

Trial Court ignored the fact that there is no landlord - tenant relationship between Real Party in Interest and Petitioner. Petitioner signed a lease agreement with Greystar California Inc., which is not a Plaintiff in the current case, therefore Real Party in Interest

17

**Exh. L24**

- K1 Thirteenth Street SD, LLC in this case simply lacked standing to bring a lawsuit of unlawful detainer against Petitioner. Trial court completely ignored this fact.

    *4.    Trial Court abused its discretion when ignored the fact that Plaintiff was not personally served before substituted service and in any case substituted service was defective as Petitioner wasn't served by certified mail.*

    *"*Accordingly, section 415.45 provides that summons may be served on an unlawful detainer defendant by posting it on the premises, ***along with notice sent by certified mail to that address***, if the court determines that "the party to be served cannot with reasonable diligence be served in any manner specified in this article [i.e., Article 3] other than publication...." Article 3 comprises sections 415.10–415.95. The dispute in this case involves the lengths to which a plaintiff must go in exercising "reasonable diligence" under this provision." *Bd. of Trustees of Leland Stanford Junior Univ. v. Ham*, *216 Cal. App. 4th 330, 336, 156 Cal. Rptr. 3d 893, 897 (2013).* "Section 415.20, as we have noted, permits substituted service when *personal service* cannot be accomplished with reasonable diligence; section 415.45 allows posting only if the person cannot be served in *any other* manner (excluding publication) notwithstanding the application of reasonable diligence. Furthermore, unlike substituted service, the alternative of posting requires the plaintiff to make this showing to the superior court. These safeguards clearly reflect the Legislature's concern for notice in accordance with due process. (See *Greene v. Lindsey* (1982) 456 U.S. 444, 456, 102 S.Ct. 1874, 72 L.Ed.2d 249 [one attempt at personal service before posting insufficient notice, thereby violating due process].)" *Id.* "The holding in Greene v. Lindsey, supra, 456 U.S. 444, 102 S.Ct. 1874, does not require a different conclusion. In Greene the court considered whether a Kentucky statute, that authorized service of process in unlawful detainer actions by posting the summons on the door of the residence, violated the due process clause. The court held that posting alone

**Exh. L25**

did not impart adequate notice to satisfy due process requirements, but that posting together with mailing would be more likely to pass constitutional muster. (Id. at pp. 453–456, 102 S.Ct. at pp. 1879–1881.)" *Walters v. Meyers, 226 Cal. App. 3d Supp. 15, 19–20, 277 Cal. Rptr. 316, 319 (App. Dep't Super Ct. 1990).* "To meet its burden to show compliance with section 1162, the landlord offered evidence at trial comprised of an affidavit of service by certified mail and a certified mail return receipt with an illegible signature. (Liebovich, supra, at p. 514, 65 Cal.Rptr.2d 457.) Though the trial court entered judgment for the landlord on the basis of this evidence, the appellate court reversed, holding that the landlord did not provide sufficient evidence of proper service in accordance with section 1162. *(Liebovich, supra, at p. 514, 65 Cal.Rptr.2d 457.)" Palm Prop. Invs., LLC v. Yadegar, 194 Cal. App. 4th 1419, 1426, 123 Cal. Rptr. 3d 816, 821 (2011).*

Trial Court and its judge ignored the fact that the service of process has never been done on Petitioner. First, Petitioner was not personally served and all allegations of Real Party in Interest that process server "heard' the "noises' coming from the apartment is nothing more than hallucination of the process server. Petitioner often leaves the apartment with working dishwasher or other machines. Also, even with substituted service it was not complete. The Law required the real Party in Interest to serve her by certified mail, which has never been done. The "evidence" presented by the Real Party of interest has nothing to do with Real Party in Interest or with its Counsel. Petitioner presented the evidence to the trial court that the mail tracking information they presented has nothing to do with Petitioner or with real Party in Interest or with its Counsel, therefore the evidence is fake, and instead of striking this evidence from records Respondent Judge allowed it.

**Exh. L26**

CONCLUSION

Respondents abused their discretion while making decision that Petitioner must file her answer within 5 days contrary to existing laws and court decisions on the matter. Respondents also abused their discretion when instead of quashing service of summons and complaint or dismissing the case, ordered Petitioner to file the answer within 5 days. This Writ of mandate therefore warranted and, and Respondents shall be ordered to quash service of summons or dismiss the case.

Dated: December 18, 2024

Respectfully Submitted,

*Aynur Baghirzade*

Aynur Baghirzade,

Petitioner

20

**Exh. L27**

## CERTIFICATE OF COMPLIANCE

Petitioner hereby certifies that pursuant to rules 8.204 (c) (l) and 8.486 (a) (6) of the California Rules of Court, the PETITION FOR WRIT OF MANDATE, PROHIBITION OR OTHER APPROPRIATE RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES contains 3, 987 words.

DATED: December 18, 2024

_Aynur Baghirzade_

_____

Aynur Baghirzade

**Exh. L28**

F I L E D

Clerk of the Superior

DEC 3 1 2024

By: M. Figueroa, Deputy

1

2

3

4

5

6                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7                     **IN AND FOR THE COUNTY OF SAN DIEGO**

8                              **APPELLATE DIVISION**

9   AYNUR BAGHIRZADE,

10                  Petitioner,                          Appellate Division Case No.:
                                                        **24WL000096C**
11                                                      Trial Court No.:
    SUPERIOR COURT OF THE STATE OF                      **24UD010513C**
12  CALIFORNIA, COUNTY OF SAN DIEGO,
                                                        **ORDER**
13                  Respondent,

14

15  K1 THIRTEEN ST SD, LLC.,
                    Real Party in Interest.
16

17

18          On December 23, 2024, Aynur Baghirzade filed a Petition for Writ of Mandate and

19  Request for Stay challenging the December 11, 2024 order denying defendant's motion to quash

20  service of summons entered by the Superior Court, San Diego County, Howard Shore, Judge.

21          Following review by Appellate Division Presiding Judge Albert T. Harutunian III and

22  Appellate Division Judges Frank L. Birchak and Maryann D'Addezio, the writ petition and stay

23  request are denied.

24          **IT IS SO ORDERED.**

25

26
    Dated   12/31/24
27                                                      **ALBERT T. HARUTUNIAN III**
                                                        Presiding Judge, Appellate Division
28

**Exh. L29**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123
☐ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 350, VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

| | FOR COURT USE ONLY |
|---|---|
| APPELLANT<br>AYNUR BAGHIRZADE | FILED<br>Clerk of the Sup...<br>**DEC 3 1 2024**<br>By: M. Figueroa, Deputy |
| RESPONDENT<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO | |
| REAL PARTY IN INTEREST<br>K1 THIRTEEN ST SD, LLC. | SUPERIOR COURT CASE NUMBER |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | APPELLATE DIVISION CASE NUMBER |

I certify that I am not a party to the above-entitled cause, and that I placed a copy of the following document(s):
ORDER, FILED 12/31/24

in a sealed envelope addressed to the parties shown with postage prepaid, and deposited it in the United States mail at
☐ Chula Vista  ☐ El Cajon  ☒ San Diego  ☐ Vista, California.

Clerk of the Superior Court

Date: 12/31/24 _____    by M_____, Deputy
M. Figueroa

AYNUR BAGHIRZADE
330 13TH STREET APT #406
SAN DIEGO, CA 92101

SAN DIEGO SUPERIOR COURT
HON. HOWARD H. SHORE
DEPT. 2102
1100 UNION ST.
SAN DIEGO, CA 92101

JAMES MCKINLEY
KIMBALL TIREY &ST. JOHN LLP
7676 HAZARD CENTER DRIVE
SUITE 900
SAN DIEGO, CA 92108

SDSC APL-140 (Rev. 11/09)       **CERTIFICATE OF SERVICE BY MAIL**       Code Civ. Proc. § 1013

**Exh. L30**

**UD-105**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER:<br>NAME: Aynur Baghirzade<br>FIRM NAME:<br>STREET ADDRESS: 330 13th Street Apt. 406<br>CITY: San Diego              STATE: CA      ZIP CODE: 92101<br>TELEPHONE NO.: 619-776-4882        FAX NO.:<br>EMAIL ADDRESS: contact@aynurlawyers.com<br>ATTORNEY FOR *(name):* | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br> STREET ADDRESS: 330 West Broadway<br> MAILING ADDRESS:<br>CITY AND ZIP CODE: 92101<br>  BRANCH NAME: Hall of Justice | |
| PLAINTIFF: K1 Thirteenth St SD, LLC v.<br>DEFENDANT: AYNUR BAGHIRZADE | |
| **ANSWER—UNLAWFUL DETAINER** | CASE NUMBER:<br>24UD010513C |

1. Defendant *(all defendants for whom this answer is filed must be named and must sign this answer unless their attorney signs):*

   AYNUR BAGHIRZADE

   answers the complaint as follows.

2. **DENIALS** *(Check ONLY ONE of the next two boxes.)*

   a. ☐  **General Denial** *(Do not check this box if the complaint demands more than $1,000.)*
   Defendant generally denies each statement of the complaint and of *Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer* (form UD-101).

   b. ☒  **Specific Denials** *(Check this box and complete (1) and (2) below if complaint demands more than $1,000.)*
   Defendant admits that all the statements of the complaint and of *Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer* (form UD-101) are true EXCEPT:

   (1) **Denial of Allegations in Complaint (form UD-100 or other complaint for unlawful detainer)**

   (a) Defendant claims the following statements of the complaint are false *(state paragraph numbers from the complaint or explain below or, if more room needed, on form MC-025):*

   ☐  Explanation is on form MC-025, titled as Attachment 2b(1)(a).

   1. - Defendant does not recognize Plaintiff, Defendant's lease agreement is with different landlord; Plaintiff's company does not have CA state registration; 4. - Plaintiff is not the owner; 6 (b) 2 - no agreement with the agent; 9 (1) - was not properly served with the notice; 10 (3) - the notice was not mailed; 13 - the apartment is next to trolley line, and was inhabitable due to fly infestation
   (b) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(state paragraph numbers from the complaint or explain below or, if more room needed, on form MC-025):*

   ☐  Explanation is on form MC-025, titled as Attachment 2b(1)(b).

   15 - unaware of any attorneys' fees clause in the agreemet

   (2) **Denial of Allegations in *Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer* (form UD-101)**

   (a) ☐  Defendant did not receive plaintiff's *Mandatory Cover Sheet and Supplemental Allegations* (form UD-101). *(If not checked, complete (b) and (c), as appropriate.)*

   (b) Defendant claims the following statements on *Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer* (form UD-101) are false *(state paragraph numbers from form UD-101 or explain below or, if more room needed, on form MC-025):* ☐ Explanation is on form MC-025, titled as Attachment 2b(2)(b).

   1. Defendant does not recognize Plaintiff, the lease agreement is with different landlord

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>UD-105 [Rev. January 1, 2024] | **ANSWER—UNLAWFUL DETAINER** | Civil Code, § 1940 et seq.;<br>Code of Civil Procedure, §§ 425.12,<br>1161 et seq., 1179.01 et seq.<br>*www.courts.ca.gov* |

**Exh. L31**

| PLAINTIFF:  K1 Thirteenth St SD, LLC v. | CASE NUMBER:  24UD010513C |
|---|---|
| DEFENDANT:  AYNUR BAGHIRZADE | |

2. b. (2) (c)   Defendant has no information or belief that the following statements on *Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer* (form UD-101) are true, so defendant denies them *(state paragraph numbers from form UD-101 or explain below or, if more room needed, on form MC-025):*

☐ Explanation is on form MC-025, titled as Attachment 2b(2)(c).

3. **DEFENSES AND OBJECTIONS** (*NOTE: For each box checked, you must state brief facts to support it in item 3t (on page 3) or, if more room is needed, on form MC-025. You can learn more about defenses and objections at* www.courts.ca.gov/selfhelp-eviction.htm.)

a. ☒ *(Nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.

b. ☒ *(Nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.

c. ☐ *(Nonpayment of rent only)* On *(date):*                              before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.

d. ☐ *(Nonpayment of rent only)* Plaintiff's demand for possession is based on nonpayment of rent due more than one year ago.

e. ☒ Plaintiff waived, changed, or canceled the notice to quit.

f. ☒ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.

g. ☒ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.

h. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*
*(Also, briefly state in item 3t the facts showing violation of the ordinance.)*

i. ☐ Plaintiff's demand for possession is subject to the Tenant Protection Act of 2019, Civil Code section 1946.2 or 1947.12, and is not in compliance with the act. *(Check all that apply and briefly state in item 3t the facts that support each.)*

(1) ☐ Plaintiff failed to state a just cause for termination of tenancy in the written notice to terminate.

(2) ☐ Plaintiff failed to provide an opportunity to cure any alleged violations of terms and conditions of the lease (other than payment of rent) as required under Civil Code section 1946.2(c).

(3) ☐ Plaintiff failed to comply with the relocation assistance requirements of Civil Code section 1946.2(d).

(4) ☐ Plaintiff has raised the rent more than the amount allowed under Civil Code section 1947.12, and the only unpaid rent is the unauthorized amount.

(5) ☐ Plaintiff violated the Tenant Protection Act in another manner that defeats the complaint.

j. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.

k. ☒ Plaintiff seeks to evict defendant based on an act—against defendant, defendant's immediate family member, or a member of defendant's household—that constitutes domestic violence, sexual assault, stalking, human trafficking, abuse of an elder or a dependent adult, or a crime that caused bodily injury, involved a deadly weapon, or used force or threat of force. *(This defense requires one of the following, which may be included with this form: (1) **a temporary restraining order, protective order, or police report** that is not more than 180 days old; (2) **a signed statement from a qualified third party** (e.g., a doctor, domestic violence or sexual assault counselor, human trafficking caseworker, psychologist, or a victim of violent crime advocate concerning the injuries or abuse resulting from these acts); or (3) another form of documentation or evidence that verifies that the abuse or violence occurred.)*

(1) ☒ The abuse or violence was committed by a person who does not live in the dwelling unit.

(2) ☐ The abuse or violence was committed by a person who lives in the dwelling unit and defendant claims protection from eviction under Code of Civil Procedure section 1161.3(d)(2).

l. ☐ Plaintiff seeks to evict defendant based on defendant or another person calling the police or emergency assistance (e.g., ambulance) by or on behalf of a victim of abuse, a victim of crime, or an individual in an emergency when defendant or the other person believed that assistance was necessary.

m. ☐ Plaintiff's demand for possession of a residential property is based on nonpayment of rent or other financial obligations and *(check all that apply)*

(1) ☐ plaintiff received or has a pending application for rental assistance from a governmental rental assistance program or some other source relating to the amount claimed in the notice to pay rent or quit. (Health & Saf. Code, §§ 50897.1(d)(2)(B) and 50897.3(e)(2).)

**UD-105**

| | |
|---|---|
| PLAINTIFF: K1 Thirteenth St SD, LLC v. | CASE NUMBER: 24UD010513C |
| DEFENDANT: AYNUR BAGHIRZADE | |

3.  m. (2) ☐ plaintiff received or has a pending application for rental assistance from a governmental rental assistance program or some other source for rent accruing since the notice to pay rent or quit. (Health & Saf. Code, §§ 50897.1(d)(2)(B) and 50897.3(e)(2).)

    (3) ☐ plaintiff's demand for possession is based only on late fees for defendant's failure to provide landlord payment within 15 days of receiving governmental rental assistance. (Health & Saf. Code, § 50897.1(e)(2)(B).)

n. ☐ Plaintiff violated the COVID-19 Tenant Relief Act (Code Civ. Proc., § 1179.01 et seq.) or a local COVID-19–related ordinance regarding evictions in some other way *(briefly state facts describing this in item 3t)*.

o. ☐ The property is covered by the federal CARES Act and the plaintiff did not provide 30 days' notice to vacate.
   *(Property covered by the CARES Act means property where the landlord*
   ׀ *is participating in a covered housing program as defined by the Violence Against Women Act;*
   ׀ *is participating in the rural housing voucher program under section 542 of the Housing Act of 1949; or*
   ׀ *has a federally backed mortgage loan or a federally backed multifamily mortgage loan.)*

p. ☐ Plaintiff improperly applied payments made by defendant in a tenancy that was in existence between March 1, 2020, and September 30, 2021 (Code Civ. Proc., § 1179.04.5), as follows *(check all that apply)*:

    (1) ☐ Plaintiff applied a security deposit to rent, or other financial obligations due, without tenant's written agreement.

    (2) ☐ Plaintiff applied a monthly rental payment to rent or other financial obligations that were due between March 1, 2020, and September 30, 2021, other than to the prospective month's rent, without tenant's written agreement.

q. ☐ Plaintiff refused to accept payment from a third party for rent due. (Civ. Code, § 1947.3; Gov. Code, § 12955.)

r. ☐ Defendant has a disability and plaintiff refused to provide a reasonable accommodation that was requested.
   (Cal. Code Regs., tit. 2, § 12176(c).)

s. ☒ Other defenses and objections are stated in item 3t.

t. *(Provide facts for each item checked above, either below or, if more room needed, on form MC-025)*:
   ☐ Description of facts or defenses are on form MC-025, titled as Attachment 3t.

   a) The property was infested by flies and Plaintiff intentionally did nothing to cure the problem; b) Defendant paid for treatment of flies and was not compensated; e) Plaintiff did not serve the notice properly - it has never been mailed to Plaintiff; f) plaintiff joined mafia to harass and intimidate Defendant as well as to evict her, her car was stolen from her own spot in a car garage; g) Plaintiff joined radical group of extremists in persecuting Defendant because of her origin, ancestry, nationality, religion, origin and etc. k) Plaintiff joined a mafia group to evict Defendant to satisfy their needs; s) Plaintiff harassed Defendant multiple times by closing her access to the building, garage, closing or manipulating her residential online account, sending her eviction threats, by stalking and relaying her information to the mafia.

4.  OTHER STATEMENTS
    a. ☐ Defendant vacated the premises on *(date)*:
    b. ☒ The fair rental value of the premises alleged in the complaint is excessive *(explain below or, if more room needed, on form MC-025)*.
       ☐ Explanation is on form MC-025, titled as Attachment 4b.

    The property is located next to trolley line, Defendant wasn't disclosed this information when she rented the apartment, the noise in the apartment is constant, apartment was inhabitable for several months due to fly infestation, the landlord refused from cleaning carpet which was stained.

    c. ☐ Other *(specify below or, if more room needed, on form MC-025)*:
       ☐ Other statements are on form MC-025, titled as Attachment 4c.

5.  DEFENDANT REQUESTS
    a.  that plaintiff take nothing requested in the complaint.
    b.  costs incurred in this proceeding.
    c. ☐ reasonable attorney fees.

---

**Exh. L33**

**UD-105**

| | | |
|---|---|---|
| PLAINTIFF: K1 Thirteenth St SD, LLC v. | CASE NUMBER: | 24UD010513C |
| DEFENDANT: AYNUR BAGHIRZADE | | |

5. d. ☒ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

e. ☒ Other *(specify below or on form MC-025):*
   ☐ All other requests are stated on form MC-025, titled as Attachment 5e.

REQUEST FOR JURY TRIAL

6. Number of pages attached: _____

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

7. *(Must be completed in all cases.)* An **unlawful detainer assistant** ☒ did not ☐ did for compensation give advice or assistance with this form. If defendant has received **any** help or advice for pay from an unlawful detainer assistant, state

a. assistant's name:                                         b. telephone number:

c. street address, city, and zip code:

d. county of registration:                    e. registration number:                    f. expiration date:

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless defendant's attorney signs.)*

AYNUR BAGHIRZADE                                          *Aynur Baghirzade*
_____                    _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DEFENDANT OR ATTORNEY)

_____                    _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DEFENDANT OR ATTORNEY)

_____                    _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DEFENDANT OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/15/2025

Aynur Baghirzade                                          *Aynur Baghirzade*
_____                    _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DEFENDANT)

Date:

_____                    _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DEFENDANT)

Date:

_____                    _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DEFENDANT)

**ANSWER—UNLAWFUL DETAINER**
Exh. L34

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form      Save this form      Clear this form



**Aynur Baghirzade <contact@aynurlawyers.com>**

---

## eFiling partially rejected for **Confidential**
1 message

**noreply@onelegal.com** <noreply@onelegal.com>                  Thu, Jan 16, 2025 at 2:56 PM
To: contact@aynurlawyers.com

### eFiling Partially Rejected by Court Clerk

| | |
|---|---|
| **Order #** | 24516653 |
| **Submitted** | 1/15/2025 11:12 PM PT by Aynur Baghirzade |
| **Case** | **Confidential** #24UD010513C |
| **Court** | Superior Court of California, San Diego County (Central - Civil) |
| **Client billing** | 24UD010513C |
| **Court transaction #** | 17933431 |

**Message from the court clerk**
Other: Fee Waiver was already granted as to Defendant on 11/14/2024. & Rejection Reason: Other

**Accepted Documents**



- Answer - Unlawful Detainer ($10,001-$25,000)
- Proof of Service

View court-returned documents

**Rejected Documents**

**What happens next?**
Review the attached Rejection Notice from the court. You can re-file corrected documents by placing a new order.

Thank you,
The One Legal Team

You are receiving this email in response to an order that was placed on www.onelegal.com
Please do not reply to this email. Get help on our Support Center or by contacting Customer Support.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



**Exh. L35**

UD-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David Williamson SBN 137172<br>Kimball, Tirey & St. John LLP<br>7676 Hazard Center Drive, Suite 900<br>San Diego, CA 92108<br>TELEPHONE NO.: (619) 234-1690    FAX No. (Optional): (619) 237-0457<br>E-MAIL ADDRESS (Optional): sdefiling@kts-law.com<br>ATTORNEY FOR (Name): Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: CENTRAL DIVISION

PLAINTIFF: K1 Thirteenth St SD, LLC

DEFENDANT: Aynur Baghirzade

| | CASE NUMBER: |
|---|---|
| [X] **REQUEST**  ☐ **COUNTER-REQUEST**<br>**TO SET CASE FOR TRIAL - UNLAWFUL DETAINER**<br>[X] Plaintiff  ☐ Defendant | 24UD010513C |

1. [X] **Plaintiff's request.** I represent to the court that all parties have been served with process and have appeared or have had a default or dismissal entered against them. I request that this case be set for trial.

2. **Trial preference.** The premises concerning this case are located at *(street address, apartment number, city, zip code, and county):* 330 13th Street #406 San Diego, CA 92101
   a. [X] To the best of my knowledge, the right to possession of the premises is still in issue. This case is entitled to legal preference under Code of Civil Procedure section 1179a.
   b. ☐ To the best of my knowledge, the right to possession of the premises is no longer in issue. No defendant or other person is in possession of the premises.

3. **Jury or nonjury trial.** I request ☐ a jury trial  [X] a nonjury trial.

4. **Estimated length of trial.** I estimate that the trial will take *(check one):*
   a. ☐ days *(specify number):*    b. [X] hours *(specify if estimated trial is less than one day):* 1/2 HOUR

5. **Trial date.** I am not available on the following dates *(specify dates and reasons for unavailability):*
   PLAINTIFF IS NOT AVAILABLE ON 2/5/2025

**UNLAWFUL DETAINER ASSISTANT** (Bus. & Prof. Code, §§ 6400-6415)

6. *(Complete in all cases.)* An unlawful detainer assistant [X] did **not**  ☐ did    for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a-f.)*

   a. Assistant's name:    c. Telephone no.:
   b. Street address, city, and zip code:    d. County of registration:
      e. Registration no.:
      f. Expires on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/27/2025

David Williamson SBN 137172
(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- An unlawful detainer case must be set for trial on a date not later than **20 days after the first request** to set the case for trial is made (Code Civ. Proc., § 1170.5(a)).
- If a jury is requested, $150 must be deposited with the court 5 days before trial (Code Civ. Proc., § 631).
- Court reporter and interpreter services vary. Check with the court for availability of services and fees charged.
- If you cannot pay the court fees and costs, you may apply for a fee waiver. Ask the court clerk for a fee waiver form.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
UD-150 [New January 1, 2005]
CEB® ceb.com | Essential Forms

**REQUEST/COUNTER-REQUEST TO SET CASE FOR TRIAL - UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 631, 1170.5(a), 1179a
www.courtinfo.ca.gov

**Exh. L36**

| PLAINTIFF: K1 Thirteenth St SD, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: Aynur Baghirzade | 24UD010513C |

### PROOF OF SERVICE BY MAIL

*Instructions: After having the parties served by mail with the Request/Counter-Request to Set Case for Trial - Unlawful Detainer, (form UD-150), have the person who mailed the form UD-150 complete this Proof of Service by Mail. An **unsigned** copy of the Proof of Service by Mail should be completed and served with form UD-150. Give the Request/Counter-Request to Set Case for Trial - Unlawful Detainer (form UD-150) and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this case**. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is *(specify):*
   7676 HAZARD CENTER DRIVE, SUITE 900, SAN DIEGO, CA 92108

3. I served the *Request/Counter-Request to Set Case for Trial - Unlawful Detainer* (form UD-150) by enclosing a copy in an envelope addressed to each person whose name and address are shown below AND

   a. ☐ **depositing** the sealed envelope in the United States mail on the date and at the place shown in item 3c with the postage fully prepaid.
   b. ☒ **placing** the envelope for collection and mailing on the date and at the place shown in item 3c following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
   c. (1) Date mailed: 01/27/2025
      (2) Place mailed *(city and state):* SAN DIEGO, CALIFORNIA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:
Date: 01/27/2025

J GALVEZ                                            *J. Galvez*
_____            _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF PERSON WHO MAILED FORM UD-150)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| | Name | Address (number, street, city, and zip code) |
|---|---|---|
| 4. | Aynur Baghirzade | 330 13th Street Apt 406 San Diego, CA 92101 |
| 5. | Aynur Baghirzade | 330 13th Street #406 San Diego, CA 92101 |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |

☐ List of names and addresses continued on a separate attachment or form MC-025, titled Attachment to Proof of Service by Mail.

UD-150 [New January 1, 2005]
CEB® Essential Forms
ceb.com

**REQUEST/COUNTER-REQUEST TO SET CASE FOR TRIAL - UNLAWFUL DETAINER**

Page 2 of 2

**Exh. L37**

**109**



| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 W. Broadway |
| MAILING ADDRESS: | 330 W. Broadway |
| CITY AND ZIP CODE: | San Diego, 92101 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | 619-450-7275 |

PLAINTIFF(S)/PETITIONER(S)/APPELLANT(S):  K1 Thirteenth St SD LLC

DEFENDANT(S)/RESPONDENT(S):  Aynur  Baghirzade

K1 THIRTEENTH ST SD LLC VS BAGHIRZADE

| **NOTICE OF HEARING** | CASE NUMBER: 24UD010513C |
|---|---|

Notice is given that the above-entitled case has been set for the reason listed below and at the location shown above. All inquiries regarding this notice should be referred to the court listed above.

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Unlawful Detainer Court Trial | 02/10/2025 | 8:30 AM | 501 | 501 Central |

Effective Wednesday, June 16, 2021, the San Diego Superior Court will allow appearances for most hearings either in-person or virtually. Parties that elect to attend their hearing virtually should visit the Court's website at www.sdcourt.ca.gov for information and directions on making a virtual appearance.

If appearing virtually, you are strongly encouraged to visit the Court's website 24-hours prior to your scheduled hearing to prepare for your hearing.

LIMITED Unlawful Detainer ONLY:


Please refer to the court's website at http://www.sdcourt.ca.gov for the most current instructions on how to submit evidence.

**Exh. L38**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
Central
330 W. Broadway
San Diego CA 92101

---

**SHORT TITLE:** K1 THIRTEENTH ST SD LLC VS BAGHIRZADE

---

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**24UD010513C** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of NOTICE OF HEARING was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The certification occurred at <u>San Diego</u>, California on <u>01/28/2025.</u>  Following standard court practice, the mailing will occur at <u>Gardena, California</u> on <u>01/29/2025.</u>

Clerk of the Court, by: _____*M. Acevedo*_____ , Deputy

AYNUR  BAGHIRZADE
330 13TH STREET
APT 406
SAN DIEGO  CA 92101

JAMES MCKINLEY
KIMBALL, TIREY & ST. JOHN LLP
7676 HAZARD CENTER DRIVE, SUITE 900
SAN DIEGO CA 92108

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page 2

**Exh. L39**

# EXHIBIT M

*Accura Law Firm*

*1968 S. Coast Hwy # 2429 Laguna Beach, CA 92651 Phone: 619-630-6646*

**VIA U.S. CERTIFIED MAIL**

To: UBER TECHNOLOGIES, INC.,

Address: 1725 3RD ST, San Francisco,

CA, 94158;


To: c/ o for UBER TECHNOLOGIES, INC.,

1505 Corporation C T Corporation System

Address: 330 N. Brand Boulevard, Glendale,

CA,


To: Hertz Global Holdings LLC,

Address: 18789 Crane Avenue

Castro Valley, CA 94546


To:  Avis Rent a Car System, LLC,

c/o for Avis Rent a Car System, LLC,

1505 Corporation

CSC - Lawyers Incorporating Service

Address: 2710 Gateway Oaks Drive,

Sacramento, CA


      *Re.:*    *Letter of Demand for Ms. Aynur Baghirzade*


      *To Whom It May Concern:*

**Exh. M2**

This correspondence is a formal letter of demand for settlement. Aynur Baghirzade was trying to get approved for driving for Uber Technologies (thereafter, referred as Uber) and as a result was horribly harassed by your staff, was denied a public accommodation, was verbally accused in not passing a background check, while her background check returned absolutely clean, was placed on another ephemeris global background check for no reason and with the intent to defraud and deprive her the business, was refused to rent a car to drive for Uber. The causes of actions Aynur Baghirzade claims are racketeering activity in violation of Racketeer Influenced Corrupt Organizations Act (RICO), control of the enterprise conducting racketeering activity, conspiracy, denial of public accommodation, discrimination and many more (See Exhibit A).

*Litigation Hold Notice*

Based on this demand letter and the potential claims set forth below, you have an affirmative duty to preserve all potentially relevant evidence. This letter provides spoliation notice that you must retain all documents and information (whether existing in hard copy or electronic format including, but not limited to, e-mails, calendar entries, journals, notes, pictures, text messages, social media or other internet site posts, whether stored on personal or business laptops, cell phones, or USB devices and the like) relating to the application of Aynur Baghirzade to drive for Uber, her background reports, communication with all your agents regarding difficulties to activate her Uber application, and any discussions and/or dealings between Aynur Baghirzade and other relevant Parties and Participants. You must ensure that no electronic or paper records are destroyed, lost, or manipulated for any reason, whether intentionally or inadvertently, including during any routine file and server maintenance, replacement of devices, changes to websites or social media accounts, or by sheer passage of time. You must take affirmative steps to protect all evidence that may be relevant to the issues raised by either side.

*Settlement Discussions*

This letter is a protected settlement communication pursuant to California Evidence Code § 1152 and without waiver of Aynur Baghirzade's rights and remedies. Furthermore, it is submitted for the purpose of reaching an amicable settlement of the claims outlined below in an attempt to avoid costly and public litigation. While Aynur Baghirzade would prefer that this matter be resolved so the parties can move forward more productively, we are prepared to vigorously assert our claims if you choose to pursue this matter further. It is our position, should this matter not be resolved outside of litigation, that based on your terms and conditions, applicable Laws and communication between you and Aynur Baghirzade your actions constitute the following causes of actions as they are described in

Exhibit A to this Demand Letter - complaint filed in the U.S. District Court for the Southern District of California:

A.    Racketeering activity in violation of Sec. 1962 (c) et seq.  of the Racketeer Influenced and Corrupt Organizations Act;

B.    Control of the Enterprise conducting racketeering activity in violation of Sec. 1962 (b) et seq. of the Racketeer Influenced and Corrupt Organizations Act;

C.    Conspiracy in violation of Sec. 1962 (d) et seq. of the Racketeer Influenced and Corrupt Organizations Act;

D.    Conspiracy in restraint of trade or commerce in violation of the Sec. 1 et seq. of the Sherman Act 15 U.S.C.;

E.    Violation of Sec. 16720, et seq. of  California Business & Professional Code (Prohibited Restraints on Competition);

F.    Violation of Section 17200, et seq. of California Business and Professional Code (Unfair Competition);

G.    Denial of Public Accommodation in Violation of Section 2000a of Civil Rights Act 42 U.S.C.

H.    Violation of Sec. 51, et seq. of California Civil Code (Unruh Civil Rights Act);

I.    Violation of Sec. 527.6 of The Code of Civil Procedure (Harassment);

K.    Violation of California Fair Chance Act, California Information Privacy Act, Investigative Consumer Reporting Act and Fair Credit Reporting Act.

I.   *Statement of Facts*

On or around July 30, 2024, Aynur Baghirzade reviewed information about missing documents in her Uber Drive application in order to renew them and start driving. She uploaded information about her renewed driving license and consented to the background check. On or around August 2, 2024, Aynur Baghirzade received her background and driving tests results which came up absolutely clear with no indication of any concerns (Exhibit B). On or around August 8, 2024, after making reservation for the rental car in Hertz Uber office (Hertz) using Uber application she came to the Hertz address at 3203 North Harbor Drive in San Diego. However, she was told by the staff at Hertz office that her application is rejected due to the background check concerns, and therefore, they are unable

**Exh. M4**

to rent her any car. Knowing that there was no issue with her background check Aynur Baghirzade called to Uber support line. After reviewing her information and reports for Uber driving during the call Hertz staff informed her that her account is active now and they can rent her a car. However, since Aynur Baghirzade has recently changed her bank and didn't received yet a debit card she informed Hertz staff that she will return back tomorrow to rent a car. After coming home Aynur Baghirzade discovered that her banking card has arrived. Same time she made another reservation for the car, this time at AVIS Rent a Car (Avis) location close to her - at 1350 Sixth Avenue. She made a reservation using Uber application for the midsize car announced for $ 260 per week, which with total adds on of taxes and insurance came up with a total price of $ 290 (Exhibit C). On August 9, 2024, Aynur Baghirzade made a trip to AVIS location at 1350 Sixth Avenue. Upon checking her information at the front desk AVIS representative told her that they have available Toyota Camry for $ 375 per week, which was significantly above of the price announced at the Uber application (Exhibit D). Representative explained the price difference by sudden "change in pricing" and by the fact, that this change has not yet been reflected in Uber application, which Aynur Baghirzade believes was not true, and representative was just engaged in fraud not to rent to Aynur Baghirzade a car. Same day Aynur Baghirzade made another reservation with Hertz and traveled to their office only to discover that her Uber application is again in a rejected status. For about 5-6 hours she spent over the phone speaking to Uber representatives, who continuously were transferring her from one department to another asking her to verify her account , then asking how they can help and eventually not resolving her issue. Aynur Baghirzade spent around 5 to 6 hours for nothing, was completely stressed out and returned home exhausted. Representatives were referring to background check report, while officially the app was indicating that she passed the background check and Uber didn't send her any notice about any kind of concerns. After returning back Aynur Baghirzade continued getting harassing messages from Uber staff, telling her that for her app to become active she has to add her vehicle information as if they didn't know that she doesn't have a car and wanted to rent it, that she may go to another dealership to rent a car, while the dealership, which was suggested to her to go, was not even listed in Uber app, that rental facility has to add the vehicle information and afterwards her application will become active and so on. Aynur Baghirzade believes that it was done with the only purpose to deprive her of income, to delay the process of her renting the car and earning the money,  that it was done in cooperation and conspiracy with Armenian Enterprise as it is indicated in the complaint attached to the present letter as Exhibit A. After surveying her Uber application again and doing documents status check she discovered that the app has global background check request pending in her app (Exhibit E). It is understanding of Aynur Baghirzade that Global background check is not requested by Uber from everybody, and it was strange that Uber wanted to do a global background check on her when her federal and national background searches returned completely clear. Moreover, after she gave a consent on her global background search in her Uber app, the documents check status still showed that her global background check consent was still pending, thus ensuring that Aynur Baghirzade is delayed from being approved and even not approved at all and could not rent a car and earn money. Aynur Baghirzade believes that the status in her Uber app - global background check consent pending was done intentionally, as an excuse not to approved her at all and keep her in this position forever.

**Exh. M5**

*II. Liability*

A.      Racketeering activity in violation of Sec. 1962 (c) et seq.  of the Racketeer Influenced and Cor-
        rupt Organizations Act.

        Please, refer to the relevant part of the enclosed complaint for the relevant rule (Exhibit A).

Uber and rental facilities' staff were engaged in racketeering activity to deprive Aynur Baghirzade of
the income, to delay the process of the renting by her of the car, intentionally defrauded her by using
wire, therefore both Uber and rental facilities are liable under Statute, as all of them were acting ac-
cording to the pattern earlier established by the Armenian Enterprise against Aynur Baghirzade.

B.      Control of the Enterprise conducting racketeering activity in violation of Sec. 1962 (b) et seq.
        of the Racketeer Influenced and Corrupt Organizations Act.

        Please, refer to the relevant part of the enclosed complaint for the relevant rule (Exhibit A).

All managers who used wire with the intent to defraud Aynur Baghirzade and deprive her the income
were involved in racketeering activity and were controlling the enterprise conducting racketeering ac-
tivity, therefore all of them were in violation of Section 1962 (b) et seq. of the Racketeer Influence and
Corrupt Organizations Act.

C.      Conspiracy in violation of Sec. 1962 (d) et seq. of the Racketeer Influenced and Corrupt Or-
        ganizations Act.

        Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Uber and Rental facilities were acting in conspiracy with Armenian Enterprise by interfering Aynur
Baghirzade's application for Uber driving and by engaging in the similar pattern as indicated in the
enclosed complaint (Exhibit A) to deprive her of her business, income, to harass and threaten her. Both
Uber, rental companies and their respective staff are liable for conspiracy under RICO and have to
pay her the triple of the damages she sustained.

D.      Conspiracy in restraint of trade or commerce in violation of the Sec. 1 et seq. of the Sherman
        Act 15 U.S.C.

**Exh. M6**

Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Uber and rental companies' staff were engaged in conspiracy in restrain of trade and commerce by not allowing Aynur Baghirzade to rent and drive for Uber without any valid reason, they did it intentionally in violation of Anti-Trust Laws, and therefore liable under those laws for the damages caused to her.

E.      Violation of Sec. 16720, et seq. of  California Business & Professional Code (Prohibited Restraints on Competition).

Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Both Uber and rental companies were engaged in violation of Sec. 16720., et seq. of California Business & Professional Code prohibiting restraints on competition by defrauding her regarding Terms & Conditions of the application process, making her to do unnecessary trips, lying her about the prices of the rental cars, and not renting her a car, delaying her application process under false excuses, and therefore they all are liable for the damages caused to her.

F.      Violation of Section 17200, et seq. of California Business and Professional Code (Unfair Competition).

Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Both Uber and rental companies acted in conspiracy with each other and with Armenian Enterprise in the similar pattern as it is outlined in the enclosed complaint (Exhibit A) by restricting her account in order to deprive her of her income, to interfere with her ability to drive, defrauded her regarding authenticity and honesty of their business and services provided, and thus were engaged in unfair competition, and therefore are liable for the damages caused to Aynur Baghirzade as a result.

G.      Denial of Public Accommodation in Violation of Section 2000a of Civil Rights Act 42 U.S.C.

Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Both Uber and rental companies are businesses providing services to public. Both Uber and rental companies must provide those services without any discrimination based on race, national origin, sex, marital status and etc. However, by joining to the Armenian Enterprise in their discriminatory attempts towards Aynur Baghirzade to single her out from those services, by engaging in continuous harassment

Exh. M7

against her, by not allowing her to use those services, by inventing multiple excuses not to rent her car and allow her application to go active - all referred organizations were in violation of Section 2000a of Civil Rights Act 42 U.S.C., and therefore are liable for paying to her all damages, which were sustained by Aynur Baghirzade as a result of such horrible campaign.

H.   Violation of Sec. 51, et seq. of California Civil Code (Unruh Civil Rights Act).

Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Under *Unruh Civil Rights Act* all businesses affecting interstate commerce and as such they have to provide public accommodation to those who apply. Aynur Baghirzade was deprived the opportunity to rent a car to drive and earn money without any reason. Uber intentionally and deliberately disabled her account to restrict her ability to drive, rental facilities were engaged in fraud in lying to her about the rental value of their cars or acted in conspiracy with Uber in interfering with Aynur Baghirzade's opportunity to earn money, therefore they all are liable under *Unruh Civil Rights Act* for the damages caused to her.

I.   Violation of Sec. 527.6 of The Code of Civil Procedure (Harassment).

Please, refer to the relevant part of the enclosed complaint for the applicable rule (Exhibit A).

Aynur Baghirzade was continuously harassed in her attempt to activate her account and start driving for Uber. She was continuously referred from one agent to another during her call to Uber Support on August 9, 2024 for about 5 hours with the purpose to defraud her, to take her time and leave her with no result. Before going to rent a car she was promised by Uber representatives that her account is active and the only thing she has to do is to go and rent a car, but the entire process turned into a nightmare for 5-6 hours. Uber staff didn't stop on that, but continued sending to her various emails and messages after her return home on August 9, 2024 insisting that everything is ok with her account and she needs only to add her vehicle information while she didn't have any vehicle and wanted to rent it.. Only after she returned back home on August 9, 2024, she discovered that the document status in her app shows Global background check pending consent, and when she messaged to Uber Support the only explanation she got is that the "concerned team" is awaiting her global background check results. At the time of this conversation she didn't give any consent to the global background check and she was surprised that Uber staff is waiting her global background check results without any of her consent, she also didn't understand about what were Uber team "concerned". Aynur Baghirzade is a licensed attorney in the State of California, her background was checked several times both by the federal government and by the State Bar of California. It was not clear to her why after all these checking Uber staff decided that they are not reliable and only them could decide whether the applicant is a

**Exh. M8**

criminal or not. Aynur Baghirzade felt humiliated, frustrated and embarrassed by this global background check attempt. Besides, after she authorized and gave her consent for a global background check in the app, the status of her documents was still global background check pending consent. It is the only understanding of Aynur Baghirzade that it was done with the only goal to deprive her the opportunity to drive and earn money, it was also clear to her that Uber and all referred rental companies became a part of the Armenian Enterprise to damage her business, to deprive her of her income and continuously harass her. Looks like Uber together with all rental companies became an obedient instrument of the Armenian Enterprise by engaging in a horrible harassment against her (see enclosed Exhibit A to this letter), and thus all of them are liable for damages caused to Aynur Baghirzade for harassment.

K.    Violation of California Fair Chance Act, California Information Privacy Act, Investigative Consumer Reporting Act and Fair Credit Reporting Act.

Privacy Acts require notice and consent of the applicant to do a background check. Further, all aforementioned acts require the employers running a background check to provide the applicants with adverse action notice in case if their background check was not satisfactory, further the employers must give an opportunity to the applicants to correct wrong and inaccurate information in their background check report. Acts also prohibit discrimination in running background checks.

However, none of the above was done by Uber staff. Aynur Baghirzade was not provided with the notice of adverse action, no written communication was sent to her putting her on notice that something was wrong with her background check. All her background check reports came to her email clear and with no issues. Furthermore, she was not on notice that Uber is running a global background check on her, no explanations were given as of why she was "blessed" with such background check, and what was a reason for that ? Accordingly, the only explanation she has is that Uber together with rental companies became a part of Armenian Enterprise tracing her every step with the intent to harass, intimidate and deprive her of all income, and thus Uber and other companies were engaged in discrimination towards Aynur Baghirzade based on her national origin and ancestry. Accordingly, Uber and above mentioned rental facilities are liable to Aynur Baghirzade for discrimination and violation of the above mentioned acts.

III. Damages

1. Damages Under Racketeer Influence Corrupt Organizations Act and Clayton Act

8

**Exh. M9**

Under Section 1964 (c) of Racketeer Influenced Corrupt Organizations Act (18 U.S.C. §§ 1961-1968), "Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefore in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee..." Section 4 of the Clayton Act, 15 U.S.C.S. § 15, provides that "any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue" for treble damages, prejudgment interest, and costs of suit, including attorney fees.

Both Uber and rental companies Avis and Hertz were engaged in the racketeer activity against Aynur Baghirzade to deprive her the opportunity to work and earn income, to rent and drive a car, for this purpose they engaged in wire fraud, intentionally lied to her over the phone and via Uber messaging, caused her significant damages, made her to do multiple trips to rental facilities knowing in advance that all of her attempts to rent a car will fail, defrauded her as to the status of her background check, put her on never ending global background check not to allow her to work at all, harassed and bullied her, acted in conspiracy with each other and with the Armenian Enterprise (See enclosed Exhibit A), and therefore are liable to her in the amount of treble of her damages and must pay her at least $ 100, 000, 000 to cover them up.

## 2. Damages for Unfair Competition

"Prevailing plaintiffs are generally limited to injunctive relief and restitution....Restitution under [Business and Professions Code] section 17203 is confined to restoration of any interest in 'money or property, real or personal, which may have been *acquired* by means of such unfair competition. A restitution order against a defendant thus requires both that money or property have been lost by a plaintiff, on the one hand, and that it have been acquired by a defendant, on the other."*(Zhang v. Superior Court (2013) 57 Cal.4th 364, 371 [159 Cal.Rptr.3d 672, 304 P.3d 163].).*

Additionally, Aynur Baghirzade is entitled to restitutionary damages as a result of being a victim of unfair competition and illegal practices you used. This basically means that all her expenses for the trips to and from rental facilities, paying for the DL renewal, lost time and etc. must be compensated by you.

## 3. Damages for Denial of Public Accommodation

*Section 52 (a) of California Civil Code provides that "* Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is liable for each and every offense for the actual damages, and any amount that may be determined by a jury, or a court sitting without a jury, up to a maximum of three times the amount of actual damage but in no case less than four thousand dollars ($4,000), and any attorney's fees that may be determined by the court in

**Exh. M10**

addition thereto, suffered by any person denied the rights provided in Section 51, 51.5, or 51.6.". Section 52 (b) of California Civil Code provides that "(b) Whoever denies the right provided by Section 51.7 or 51.9, or aids, incites, or conspires in that denial, is liable for each and every offense for the actual damages suffered by any person denied that right and, in addition, the following: (1) An amount to be determined by a jury, or a court sitting without a jury, for exemplary damages; (2) A civil penalty of twenty-five thousand dollars ($25,000) to be awarded to the person denied the right provided by Section 51.7 in any action brought by the person denied the right, or by the Attorney General, a district attorney, or a city attorney. An action for that penalty brought pursuant to Section 51.7 shall be commenced within three years of the alleged practice; (3) Attorney's fees as may be determined by the court."

Aynur Baghirzade was discriminated by Uber and rental companies joining Armenian enterprise in harassing her because of her national origin, ancestry, religions affiliation and therefore she is entitled to receive damages according to *California Unruh Law* and other statutes (See enclosed Complaint for more details - Exhibit A).

*IV. Demand*

Therefore, in consideration of the foregoing facts and supporting law, and the damages sustained by Aynur Baghirzade as a result of your racketeering activity, conspiracy under Racketeer Influenced Corrupt Organizations Act, discrimination, denial of public accommodation and other cited causes of actions we demand you to pay $ 100, 000, 000 of damages to compensate Aynur Baghirzade for the damages she sustained and immediately, within 3 days after getting this letter to activate her Uber account to allow her to rent and drive.

Please be advised that this offer does not reflect the actual damages sustained and is by no means the maximum amount that Aynur Baghirzade is entitled to with the damages that she has suffered. If this matter proceeds through litigation and to trial, then Aynur Baghirzade will be seeking the full amount applicable under law, allowing her to become whole again. Please be aware that this demand is offered now only for settlement prior serving you with the enclosed Complaint as one of the Doe Defendants (See enclosed complaint filed in a federal court - Exhibit A). If this demand is not accepted by the proposed deadline below, then my office fully intends to conduct a thorough investigation into additional claims to support this suit. Once investigation is completed the enclosed Complaint (Exhibit A), which is currently filed in a federal court will be amended and you will be added to the list of defendants as one of the Doe defendants, and if Aynur Baghirzade will choose to go to the trial with the attorney, she will start accumulating attorneys' fees, and pre-judgement interest damages related to the drawn out and arduous litigation process.

**Exh. M11**

Please respond by no later than close of business on Thursday, September 12, 2024. Please, activate Aynur Baghirzade's Uber Drive account no later than August 19, 2024.  If you do not activate Aynur Baghirzade's account till August 19, 2024 and/or if we do not hear from you by September 12, 2024 regarding compensation for the damages Aynur Baghirzade sustained as a result of your actions, then I will proceed with serving on you of the enclosed complaint (See Exhibit A) as on one of the DOE defendants. Please contact this office at your earliest convenience to discuss an amicable resolution of this matter.


Date: August 12, 2024



Best Regards,

*Aynur Baghirzade*

Aynur Baghirzade

**Exh. M12**



◀ Gmail

candidate.checkr.com

08a6803b-bafb-4db1-8299-43b3ca3866bb

Created at
Jul 31, 2024 7:21 AM PDT

Completed at
Jul 31, 2024 7:21 AM PDT

Download PDF ▾

## Background Report

### Motor Vehicle Report                    Clear

| | |
|---|---|
| License Status | VALID |
| License Type | PASSENGER |
| License Class | C |
| License Expiration Date | Jul 6, 2029 |
| License Issued Date | Jul 29, 2024 |
| License First Issued Date | - |

**Restrictions**

CORRECTIVE LENSES



**Exh. M14**

### Checkr's reporting guidelines

Checkr follows federal and state laws, like the Fair


Chat



8:03    LTE

← **Help**

# Details of your documents

Select a document to see more details or what you need to do for pending, rejected, and expired documents.

[See all documents](See all documents)



Global Background
Check Consent

Pending    ○

[ **Next** ]

**Exh. M15**



**Superior Court of California**
**County of San Diego**
**South County Division**
**500 Third Avenue**
**Chula Vista, CA 91910-5697**

**Bring this Reminder Notice**
**with you to court**

**Case#:** 25T007810S
**Ticket#:** C288727
**Appearance Date:** 02/14/2025
**Total Bail:** $234.00
**Traffic School:** $286.00
**Court Code:** 37485

000593  000000266        CN
ԿվիվիվիկԿիկվիկիվիֆիգիիԿիԿիկվՈւԿիիիիի

AYNUR BAGHIRZADE
330 13TH ST APT 406
SAN DIEGO CA 92101-7438

[For Court Use Only]
**Filed Date:** 01/21/2025
**License #:** Y5162944 CA
**Offense Date:** 12/20/2024
**Vehicle License #:** 9JOP283 CA

You have been charged with the following violation(s): VC 21650.

*If you have already taken care of this matter, disregard this notice.*

**ONLINE SERVICES AVAILABLE - AVOID WAITING IN LINE OR ON THE PHONE**
**You may be able to pay your ticket (bail forfeiture), set up a payment plan, request an extension of time to pay, request a**
**continuance for traffic school, and request an extension of time, or schedule a court appearance by going to**
**www.sdcourt.ca.gov/traffic.**

An appointment is required for ALL COURTROOM APPEARANCES, including to appear on the appearance date on your ticket.
Appointments may be scheduled on the Traffic page of the court's website at WWW.SDCOURT.CA.GOV anytime
or by calling (619) 746-6200 Monday through Friday 8:30a.m. - 11:30 a.m.  Bail is <u>not</u> required to appear in court.

**VIRTUAL AND IN PERSON COURTROOM APPEARANCES ARE AVAILABLE. VISIT THE COURT'S WEBSITE AT WWW.SDCOURT.CA.GOV FOR THE**
**MOST CURRENT INFORMATION. A TRANSLATE OPTION  IS AVAILABLE IN THE UPPER RIGHT CORNER OF THE WEBSITE.**

**SE OFRECEN COMPARECENCIAS VIRTUALES Y PRESENCIALES EN LAS SALAS DEL TRIBUNAL. PARA INFORMACION ACTUALIZADA ACUDA AL SITIO INTERNET**
**DEL TRIBUNAL WWW.SDCOURT.CA.GOV. EN LA ESQUINA SUPERIOR DERECHA SE ENCUENTRAN LAS OPCIONES DE TRADUCCIONES A OTROS IDIOMAS.**

The intent of this notice is to provide typical options available for your case.
Options or requirements for individual violations may not be fully addressed in this notice.

For payment relief options, see the Payment Options and Financial Hardship Information page on the court's website at
www.sdcourt.ca.gov

**To Pay Your Ticket (Bail Forfeiture):** Pay $234.00 on or before 02/14/2025 and settle this citation by bail forfeiture with no further action
required.  A conviction will be reported to the Department of Motor Vehicles if the violation is reportable.

**Traffic School:** You may be eligible to attend traffic school for violation(s) VC 21650.  To be eligible, you must not have attended traffic
school for a violation occurring within 18 months of the current violation. For those with a commercial driver license, you must not have been
driving a commercial vehicle.  If you are eligible and decide not to attend traffic school, your automobile insurance may be adversely
affected.  For drivers with a noncommercial driver license, one conviction in any 18-month period will be held confidential and not show on
your driving record if you complete traffic school. For drivers with a commercial driver license, one conviction in any 18-month period will
show on your driving record without a violation point if you complete traffic school. If you choose to attend traffic school, you must pay
$286.00* to the court on or before 02/14/2025 and attend a DMV approved traffic violator school. Instructions on how to access the DMV's
approved list of schools, and additional information, is available on the court's website at www.sdcourt.ca.gov.
*This amount does not include the fees that you must pay to the traffic school.*

**(Continued on page 3)**

**Exh. M16**

**CORONADO POLICE DEPARTMENT**
**NOTICE TO APPEAR**

☐ Misdemeanor
☐ Traffic  ☐ Nontraffic

C 288727

| Date of Violation | Time | ☐ AM ☐ PM | Day of Week S M T W T F S | Case No. |
|---|---|---|---|---|
| 1/20/25 | 22:0 | | | |

Name ( First, Middle, Last)     ☐ Owner's Responsibility (Veh. Code § 40001)
ANUK BACHIRZADE

Address
50 13TH CT #406

| City | State | ZIP Code |
|---|---|---|
| SAN DIEGO | CA | |

| Driver Lic. No. | State | Class | Commercial ☐ Yes ☐ No | Age | Birth Date |
|---|---|---|---|---|---|
| E6103944 | CA | C | | | |

| Sex | Hair | Eyes | Height | Weight | Race | Other |
|---|---|---|---|---|---|---|
| M | BRO | BRO | 6'0 | 150 | W | PARKING SIDE |

| Veh. Lic. No. or VIN | State | Reg. MO/YR | |
|---|---|---|---|
| 9SDP283 | CA | 9/25 | ☐ COMMERCIAL VEHICLE (Veh. Code, § 152100(b)) |

| Year of Veh. | Make | Model | Body Style | Color | |
|---|---|---|---|---|---|
| 15 | CHEVY | BOLT | HATCH | SIL | ☐ HAZARDOUS MATERIAL (Veh. Code, § 353) |

Evidence of Financial Responsibility
VALID

Registered Owner or Lessee                    ☐ Same as Driver
HERTZ

Address                                        ☐ Same as Driver
8265 S ADM BOLAND WAY #1

| City | State | ZIP Code |
|---|---|---|
| SAN DIEGO | CA | |

Correctable Violation (Veh. Code § 40610)      ☐ Booking Required

| YES NO | CODE AND SECTION | DESCRIPTION | MISDEMEANOR OR INFRACTION (Circle) |
|---|---|---|---|
| ☐ ☐ | 21650 | ONE WRONG SIDE | M I |
| ☐ ☐ | | | M I |
| ☐ ☐ | | | M I |
| ☐ ☐ | | | M I |

| Speed Approx. > | P.F./Max Spd. | Veh. Limit | Safe Speed | Radar/Laser | Distance | Continuation Form Issued ☐ |
|---|---|---|---|---|---|---|
| | 25 | 25 | 25 | | | |

Location of Violation(s)                    City
at ORANGE AVE ST CORONADO

WEATHER ☐ CLEAR ☐ FOG   ROAD ☐ WET ☐ DRY   TRAFFIC ☐ HEAVY ☐ MEDIUM   ☐ Accident   Direction of Travel
☐ CLOUDY ☐ RAIN        ☐ SLIPPERY          ☐ LIGHT

N W E S

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the state of California the foregoing is true and correct.

REVEL2                    1451

Arresting or Citing Officer

| Date | Name of Arresting Officer, if different from Citing Officer | ID# |
|---|---|---|
| / / | | |

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.**
X Signature   REFUSED TO SIGN

Superior Court of San Diego County -        **FOLLOW THE INSTRUCTIONS ON THE REVERSE**
☐ North Division - Criminal    325 South Melrose Vista, CA 92081        (760) 201-8600
☐ North Division - Traffic     325 S. Melrose, Ste. 350, Annex Bldg.Vista, CA 92081   (760) 201-8500
☐ East Division                250 East Main Street, El Cajon, CA 92020   (619) 456-4100
☐ Ramona Branch                1428 Montecito Road, Ramona, CA 92065     (760) 738-2435
☐ Central Division - Criminal  220 West Broadway San Diego, CA 92101     (619) 450-5700
☐ Central Division - Traffic   8950 Clairemont Mesa Blvd. San Diego, CA 92123   (858) 634-1800
☐ Juvenile Division            2851 Meadowlark Drive, San Diego, CA 92123   (858) 634-1616
☐ South Division               500 Third Avenue, Chula Vista, CA 91910   (619) 746-6200

C 288727

X
DATE 1/31/25   TIME 8:00   ☐ AM ☐ PM   ☐ To be Notified   ☐ You may arrange with the clerk to appear at a night session of the court

SO-99 REV 01/13

Judicial Council of California Form Rev. 09/20/05 (Veh. Code §§ 40500(b), 40513(b), 40522, 40600; PC§853.9 TR-130

**DEFENDANT COPY**

**Exh. M17**