AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                 Plaintiff,<br><br>  v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO EXTEND THE TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

# I. INTRODUCTION

This EX PARTE APPLICATION for extension of time to file third amended complaint (TAC) is made pursuant to Local Rule 7.1.

# II. FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff filed her Second Amended Complaint ("SAC") on November 16, 2024 (Docket # 96). Afterwards, Defendants appearing in this case filed multiple motions to dismiss or strike. On February 27, 2025, Court issued order granting Defendants' motions to dismiss and/or strike with the leave to amend within 14 days from the date of issuance of the order (Docket # 176).

# III. ARGUMENTS

Good cause exists to grant Plaintiff additional time to amend her complaint. Plaintiff is moving *pro se* against 31 Defendants and needs substantially amend her pleading as a result of the Court order. Court order requires her to plead under heightened pleading standard facts about all 31 Defendants (mail & wire fraud), plead more facts on commonality and longevity of the conspiracy as well as make significants changes to her federal claims. New facts Plaintiff discovered also show that there are many other non-party co-conspirators in the underlined case, and Plaintiff needs to add those facts (only as pertaining to non-parties according to court order) in order to show the full picture of the conspiracy. Since Plaintiff is targeted by the foreign political party having multiple offices all over the world, Plaintiff now studies foreign and international sources to add more facts, often in different languages (which need translation to English). Plaintiff also is in the

process of relocation/ search for new apartment as her current lease is over and, therefore, 14 days will not be enough to finalize her amendment process.

Plaintiff, therefore, respectfully asks the Court to extend the time for her to file TAC. 14 days allowed by the Court to file TAC expire on March 13, 2025. Plaintiff request to extend this time till March 27, 2025.

## IV. CONCLUSION

Considering of all foregoing, Plaintiff respectfully ask this Court to extend the time for filing her TAC from March 13, 2025 to March 27, 2025.

Respectfully submitted,

Dated: March 3, 2025              Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com