AYNUR BAGHIRZADE
1968 S. Coast Highway #2429
Laguna Beach, CA 92651
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT (TAC).**<br><br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Declaration of Aynur Baghirzade　　　　　　　　　　Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Ex Parte Application to extend the time to file Third Amended Complaint (TAC). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. Based on the Court oder issued on February 27, 2025, I have a right to amend my SAC to bring it in compliance with the requirements of the Court and for this purpose I currently study foreign/international sources to add more facts to my complaint which require significant analysis and time as many of them are in foreign languages.

3. I am currently in the search of new apartment as my current lease is over and handling both relocation/move out and amendment of the complaint within 14 days is unrealistic.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on March 3, 2025, in San Diego, California.

> By: *Aynur Baghirzade*
> *Aynur Baghirzade, a declarant*