AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1 # 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>         v.<br><br>ARMENIAN NATIONAL<br>COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff's address and phone number have changed. Plaintiff's current address is 7514 Girard Avenue Ste 1 # 1208 La Jolla, CA 92037 and phone number is 619-776-4882.

DATED: March 3, 2025

        Respectfully submitted,

        By: */s/ Aynur Baghirzade*
        *Aynur Baghirzade, Plaintiff*
        *Email: contact@aynurlawyers.com*