AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO EXTEND THE TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Ex Parte Application　　　　　　　　　　　　　　Case No.: 3:24-CV-01077-RSH-MMP

## I. INTRODUCTION

This EX PARTE APPLICATION for extension of time to file third amended complaint (TAC) is made pursuant to Local Rule 7.1.

## II. FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff filed her Second Amended Complaint ("SAC") on November 16, 2024 (Docket # 96). Afterwards, Defendants appearing in this case filed multiple motions to dismiss or strike. On February 27, 2025, Court issued order granting Defendants' motions to dismiss and/or strike with the leave to amend within 14 days from the date of issuance of the order (Docket # 176). On March 3, 2025, Plaintiff filed her first *ex parte* application asking for extension of time for 2 weeks to file her TAC. On March 5, 2025, Court granted Plaintiff's first *ex parte* application to extend the time till March 27, 2025 (Docket # 179). This is Plaintiff's second *ex parte* application to extend the time.

## III. ARGUMENTS

Good cause exists to grant Plaintiff additional time to amend her SAC. Plaintiff is moving *pro se* against 31 Defendants and needs substantially amend her SAC as a result of the Court order. Court order requires her to plead under heightened pleading standard facts about all 31 Defendants (mail & wire fraud), plead more facts on commonality and longevity of the conspiracy as well as make significants changes to her federal claims. Plaintiff's case is not limited to the United States and involve many facts which happened beyond the borders of the United States, including in her country, Russia, Armenia and Lebanon. Since filing of her first *ex parte* application to extend the time Plaintiff has received enormous

amount of materials on hundreds and hundreds of pages and reading and analyzing them takes significant time, some of the materials are still on the stage of translation or Plaintiff is still in the search for their English equivalency. As Plaintiff has discovered, the number of the non-party co-conspirators in this case is in fact equivalent to the number of Defendants, if not more, and Plaintiff now carefully screens and adds those facts to her TAC (without those facts the complete picture will not be clear and could potentially lead to another dismissal of the complaint) - this again requires Plaintiff to carefully investigate all facts happened to her after she filed her SAC as well as before she filed her SAC to find a pattern and plead them accordingly. As new facts suggest, Plaintiff needs to plead more predicate acts besides mail & wire fraud in this case. As adding new facts and significantly revising the claims in her SAC takes a lot of time, Plaintiff needs now additional 30 days to file her TAC. Plaintiff also is still in the search of new apartment.

Plaintiff, therefore, respectfully asks the Court to extend the time for her to file TAC from March 27, 2025, till April 27, 2025.

### IV. CONCLUSION

Considering of all foregoing, Plaintiff respectfully ask this Court to extend the time for filing her TAC from March 27, 2025 to April 27, 2025.

Respectfully submitted,

Dated: March 17, 2025                 Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com