AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT (TAC).**<br><br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Declaration of Aynur Baghirzade　　　　　　　　　　Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my *Ex Parte* Application to extend the time to file Third Amended Complaint (TAC). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. I currently study foreign/international sources to bring my SAC into compliance with the Court oder issued on February 27, 2025, I received materials on hundreds and hundreds of pages and it takes a lot of time for me to analyze them and to add the necessary facts to my TAC, some of these materials are at the stage of translation or I am in the search of their English equivalency.

3. I also collect and analyze facts pertaining to non-party co-conspirators in my case and, since their number is significant, I spend a lot of time to find, analyze and add those facts to my TAC too.

4. I am still in the search of new apartment as my current lease is over.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on March 17, 2025, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, a declarant*

2

Declaration of Aynur Baghirzade                    Case No.: 3:24-CV-01077-RSH-MMP