UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                                Plaintiff,<br><br>    v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA et al.,<br><br>                                Defendants. | Case No.: 24-cv-1077-RSH-MMP<br><br>**ORDER GRANTING IN PART PLAINTIFF'S SECOND *EX PARTE* APPLICATION**<br><br>[ECF No. 180] |

    Before the Court is Plaintiff Aynur Baghirzade's ex parte application for a second extension of time to file a Third Amended Complaint ("TAC"). ECF No. 180.[1] The OCBA Defendants oppose. ECF No. 181. In the exercise of discretion, the Court grants Plaintiff an additional 14 days to file her TAC but concludes that no further extension is warranted.

---

[1]    The Court previously granted Plaintiff's ex parte motion for a first extension of time, which was unopposed. ECF Nos. 177, 179.

The Court reminds Plaintiff of the limited scope for which leave to amend was granted. ECF No. 176 at 18-19.

Accordingly, the Court **GRANTS IN PART** Plaintiff's application. Plaintiff shall file her TAC by no later than April 10, 2025.

**IT IS SO ORDERED.**

Dated: March 19, 2025

_____
Hon. Robert S. Huie
United States District Judge