AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF APPEAL FROM THE ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ISSUED ON FEBRUARY 27, 2025 (DOCK # 176)**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1
2
3
4
5
**Notice** is hereby given that the appellant Aynur Baghirzade hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit order of the United States District Court for the Southern District of California issued on February 27, 2025 (Dock # 176) only in the part denying appellant's motion to recuse the judge (Section V).

6
7
8
9
DATED: March 22, 2025

10
11
                Respectfully submitted,

12
13
14
15
                By: Aynur Baghirzade, Appellant
                *Aynur Baghirzade*
                *Email: contact@aynurlawyers.com*

16
17
18
19
20
21
22
23
24
25
26
27
28