AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO RECONSIDER COURT ORDER ISSUED ON MARCH 19, 2025 (DOCK #. )**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

## I. INTRODUCTION

This EX PARTE APPLICATION is made to reconsider court order issued on March 19, 2025 (Dock # 182) pursuant to LR 7.1. (i).

## II. FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff filed her Second Amended Complaint ("SAC") on November 16, 2024 (Docket # 96). Afterwards, Defendants appearing in this case filed multiple motions to dismiss or strike. On February 27, 2025, Court issued order granting Defendants' motions to dismiss and/or strike with the leave to amend within 14 days from the date of issuance of the order (Docket # 176). On March 3, 2025, Plaintiff filed her first *ex parte* application asking for extension of time for 2 weeks to file her TAC. On March 5, 2025, Court granted Plaintiff's first *ex parte* application to extend the time till March 27, 2025 (Docket # 179). On March 17, 2025, Plaintiff filed second *ex parte* application for extension of time this time asking for a month to file her TAC (Docket # 180). Court issued an order on March 19, 2025, granting PLAINTIFF's *ex parte* application in part and giving her 2 weeks extension to file her TAC (Docket # 182). According to Court's last order Plaintiff must file her TAC before or on April 10, 2025.

## III. ARGUMENTS

Court granted PLAINTIFF's last application in part because OCBA Defendants oppose. It's good to know that OCBA Defendants who spent two months to investigate PLAINTIFF's SAC and came eventually with arguments such as they are State Bar of California or State of California, and that's why they

have immunity, now oppose to the Plaintiff's request for additional time to file her TAC against 31 Defendants to comply with the court order and +31 another range of Defendants whom Plaintiff didn't sue because she is a pro se. It is also unclear how opinion of OCBA Defendants so valuable that every time Plaintiff's request for extension of time gets reduced almost twice or triple with no right to request more time again **in a complex RICO case** where she is alone suing 31 Defendants. Plaintiff does not understand why she can't have week-ends and has to devote all her time to this particular case because OCBA Defendants oppose to her requests for additional time. Besides, conclusion to which OCBA Defendants came is clearly erroneous - nowhere in her *ex parte* she mentioned that she wants to bring new claims or add new defendants. Even without materials she received, amending all information about 31 Defendants she has takes significant time. OCBA Defendants' *ex parte* also does not have any explanation how waiting for her TAC could prejudice them or their clients - the only explanation is that they hope to see how Plaintiff fails her pleading this time to have a ground to ask for its dismissal.

      Moreover, OCBA pleading also fails to explain why Plaintiff does not have a right to investigate and do additional research on her case and where in what law it is written that she doesn't have such right. OCBA defendants didn't bring any case law to support their opinion.

      In addition to the facts about 31 Defendants she has, Plaintiff also has other state claims - around 8 of them. Plaintiff obviously needs time. Plaintiff's *ex parte* also was not similar to her previous *ex parte*. Plaintiff showed in her *ex parte* that she received a lot of materials which changes the nature of her complaint, she needs now to add new predicate acts such as terrorism, conspiracy against rights (Plaintiff's first amendment rights), murder, conspiracy to murder, death threats, obstruction of justice, money laundering and many more. As to the relationship of those facts to OCBA - since they joined international terrorist organization in persecuting Plaintiff they have become part of this organization, therefore, all facts

3

Ex Parte Application                           Case No.: 3:24-CV-01077-RSH-MMP

in those materials have primary relationship to them. When Plaintiff filed her first *ex parte* application she neither expected nor thought that she will have to do so much significant changes to her complaint, it is not something for which Plaintiff now must be executed.

## IV. CONCLUSION

Considering of all foregoing, Plaintiff respectfully ask this Court to reconsider its order issued on March 19, 2025, and grant Plaintiff time till April 27, 2025, to file her TAC.

Respectfully submitted,

Dated: March 22, 2025                Plaintiff, Aynur Baghirzade

*By: /s/ Aynur Baghirzade*
Aynur Baghirzade
Email: contact@aynurlawyers.com