1  AYNUR BAGHIRZADE
2  7514 Girard Avenue Ste 1
   # 1208
3  La Jolla, CA 92037
   Phone: 619-776-4882
4  Email: contact@aynurlawyers.com

5  *AYNUR BAGHIRZADE, IN PRO SE*

6
7
8           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
9

10 | AYNUR BAGHIRZADE,              | Case No.: 3:24-CV-01077-RSH-MMP |
11 |                                | **DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO RECONSIDER COURT ORDER ISSUED ON MARCH 19, 2025 (DOCKET # 182).** |
12 |             Plaintiff,         |
13 |        v.                      |
   | ARMENIAN NATIONAL              |
14 | COMMITTEE OF AMERICA, et al.,  |
15 |                                |
   |             Defendants.        |
16 |                                |
17 |                                | Presiding Judge: Hon. Robert Huie |
18 |                                | Magistrate Judge : Hon. Michelle M. Petit |
19
20
21
22
23
24
25
26
27
28

1

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my *Ex Parte* Application to reconsider court order issued on March 19, 2025 (Docket # 182). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. On March 17, 2025, I filed second *ex parte* application for extension of time asking for a month to file my TAC (Docket # 180). Judge Robert Huie issued an order on March 19, 2025, granting my *ex parte* application in part and giving me 2 weeks extension to file TAC (Docket # 182). According to Court's last order I have to file my TAC before or on April 10, 2025.

3. When I filed my first *ex parte* application I didn't expect that I will receive a lot of materials which will change the nature of my complaint. I also didn't expect that I will need to spend so much of my time on amending facts and claims in my SAC. New materials as well as new facts discovered by me after filing my SAC require me to plead them as well as to add new predicate acts.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on March 22, 2025, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, a declarant*

2

Declaration of Aynur Baghirzade          Case No.: 3:24-CV-01077-RSH-MMP