Jessica R. K. Dorman, Esq. (SBN 279919)
Katharine J. Burlington, Esq, (SBN 327110)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101-8509
619.321.6200
619.321.6201
Email: Jessica.dorman@wilsonelser.com
Email: Katharine.Burlington@wilsonelser.com

Attorneys for Defendant
GREYSTAR CALIFORNIA INC., a Delaware Stock Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE, an individual, | CASE NO. 3:24-cv-01077-RSH-MMP |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| ARMENIAN NAITONAL COMMITTEE OF AMERICA, a Non-Profit Corporation; ARAM HAMPARIAN, an individual; ARMENIAN NATIONAL COMMITTEE OF AMERICA WESTERN REGIONS, a California Nonprofit Public Benefit Corporation; ARMEN SAKAHYAN, an individual; YELP Inc., a Delaware Stock Corporation; JEREMY STOPPELMAN, an individual; GOOGLE LLC., a Delaware Limited Liability Company; ALPHABET Inc., a Delaware Stock Corporation; Youtube LLC, a Delaware Limited Liability Company; SUNDAR PICHAI, an individual; ORANGE COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; TRUDY LEVINDOFSKE, an individual; TERESA VUKI, an individual; LOS ANGELES COUNTY BAR ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; SETH CHAVEZ, an individual; COCO SU, an individual; ATTONEY SEARCH NETWORK, a California Stock Corporation; JAKE BALOIAN, an individual; Nolo, a California Stock Corporation; MH SUB I, LLC, a Delaware Limited Liability Company; LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation; ESTRELLA SANCHEZ, an individual; ZARTONK MEDIA LLC, a California Limited Liability Company; ZAVEN KOUROGHLIAN, | Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>Complaint Filed: June 21, 2024 |

1
NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | an individual; VAN DER MEGERDICHIAN, an individual; HAIRENIK ASSOCIATION, a Nonprofit Corporation; ANI TCHAGHLASIAN, an individual; LEGALSHIELD, Domestic For Profit Business Corporation; PARKER - STANBURY LLP, a California Limited Liability Partnership; GREYSTAR CALIFORNIA Inc., a Delaware Stock Corporation; KIA AMERICA Inc., a California Stock Corporation; DOES 1-289 |
| 6 | Defendant. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** Katharine J. Burlington, Esq. of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby appears as counsel for Defendant Greystar California, Inc. Please add Katharine J. Burlington, Esq. to all service lists in this matter at the following address:

Katharine J. Burlington

Wilson Elser Moskowitz Edelman & Dicker LLP

401 West A Street Suite 1900

San Diego, CA 92101

619.321.6200 (Main)

619.321.6201 (Fax)

Katharine.burlington@wilsonelser.com

Katharine J. Burlington is admitted to practice and is in good standing in the State of California, and is admitted to practice in the United States District Court for the Southern District of California.

Dated: April 1, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *(signature)* Katharine Burlington
Katharine J. Burlington Esq.
Attorneys for Defendant GREYSTAR CALIFORNIA, INC.