

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Aynur Baghirzade, an individual

**Plaintiff,**

V.

Armenian National Committee of America, et al

**Defendant.**

FILED
04/10/2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  S. Nyamanjiva , Deputy

**Civil No.**  24-cv-1077-RSH-MMP

**STRICKEN DOCUMENT:**

Third Amended Complaint

**Per Order #     192**

189