AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1 # 1208 La Jolla, CA 92037 Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aynur Baghirzade,<br><br>Plaintiff,<br><br>vs.<br><br>Armenian National Committee of America, et al,<br><br>Defendants. | Case No.:3:24-CV-01077-RSH-MMP<br><br>**EX PARTE APPLICATION TO WITHDRAW AMENDED SUMMONS**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1

Ex Parte Application                    Case No.:3:24-CV-01077-RSH-MMP

This *ex parte* application is made based on LR 7.1.

On April 10, 2025, PLAINTIFF filed a Third Amended Complaint ("TAC") (Dock # 189) without asking for amended summons. Plaintiff does not need amended summons in this case as all DEFENDANTS were served and appeared (except DEFENDANT Legal Match for which default judgment was filed) and couple of others were added last time as DOE Defendants, for whom PLAINTIFF does not need amended summons and they were not issued last time.

On April 11, 2023, court filed amended summons without PLAINTIFF'S request which actually means that PLAINTIFF will have to serve the complaint and summons again on all parties while there is no need for that. All defendants who appeared in this case were served by amended complaint once it was filed in electronic system pursuant to Local Rule 4.1. (d), it was filed on April 10, 2025 (Dock# 189), and DOE defendants do not need amended summons.

Pursuant to Court Order (Dock # 176) PLAINTIFF didn't add to the TAC any new claims or new parties, the amended complaint has even less claims than the previous one. Only one party's name has been changed in the TAC - it is the name of Hairenik Association which must be ARF Eastern USA, Inc. - it is not a new party, it is one of the Doe Defendants last time added.

Additionally, serving all Defendants will be difficult in this case as PLAINTIFF has a lot of DEFENDANTS - 30 DEFENDANTS in one case and she is entitled to waiver of the process of service in accordance with Rule 5 (c) (1) of F.R.C.P.

Considering all foregoing, PLAINTIFF respectfully asks to withdraw or annul amended summons from the records.

Ex Parte Application                                     Case No.:3:24-CV-01077-RSH-MMP

DATED: April 12, 2025

By: *Aynur Baghirzade*

PLAINTIFF: Aynur Baghirzade