AYNUR BAGHIRZADE
<u>7514 Girard Avenue Ste 1 # 1208 La Jolla,</u>
<u>CA 92037 Phone: 619-776-4882</u>
<u>Email: contact@aynurlawyers.com</u>

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, A NON-PROFIT CORPORATION, et al.<br><br>　　　　Defendants. | Case No.: 24CV1077 RSH MMP<br><br>**DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER EX PARTE APPLICATION TO WITHDRAW AMENDED SUMMONS**<br><br>Presiding Judge: Hon. Robert Huie<br><br>Magistrate Judge : Hon. Michelle M. Petit |

1

DECLARATION OF AYNUR BAGHIRZADE　　　　　　　　　　24CV1077 RSH MMP

I, AYNUR BAGHIRZADE, declare:

1. I am a Plaintiff in the underlined case. I have personal knowledge of the matters stated herein and if called to testify could and would testify competently to them.

2. I filed a Third Amended Complaint (TAC) on April 11, 2025 (Dock # 189) following court order and not adding any new claims or parties.

3. The only party which name was changed in TAC is the name of the Defendant Hairenik Association (was changed to ARF Eastern USA, Inc.) because the previous name was wrong, it was the Defendant's old name. No any other changes were made to the TAC.

4. Also, 4 claims from the previous Second Amended complaint were taken down in this TAC, so it has even less claims than the previous one.

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on April 11, 2025, in San Diego, California.

By: *Aynur Baghirzade*
Aynur Baghirzade, the Declarant