

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Aynur Baghirzade, an individual

**Civil Action No.** 24-cv-1077-RSH-MMP

**Plaintiff,**

V.

See Attachment

## JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That the Third Amended Complaint  is STRICKEN. The action is DISMISSED.
The Court DENIES as moot all remaining motions. The case is hereby closed.

**Date:**  _____4/14/25_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva  _____

S. Nyamanjiva, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

**Civil Action No.** <u>24-cv-1077-RSH-MMP</u>

Armenian National Committee of America, a Non-Profit Corporation;
Aram Hamparian, an individual;
Armenian National Committee of American Western Region, a California Nonprofit Public Benefit Corporation;
Armen Sahakyan, an individual;
Yelp, Inc., a Delaware Stock Corporation;
Jeremy Stoppelman, an individual;
Google, Inc., a Delaware Limited Liability Company;
Alphabet Inc., a Delaware Stock Corporation;
Orange County Bar Association, a California Nonprofit Mutual Benefit Corporation;
Trudy Levindofske, an individual;
Teresa Vuki, an individual;
Los Angeles County Bar Association, a California Nonprofit Mutual Benefit Corporation;
Seth Chavez, an individual;
Coco Su, an individual;
Attorney Search Network, a California Stock Corporation;
Jake Baloian, an individual;
Estrella Sanchez, an individual;
Nolo, a California Stock Corporation;
LegalMatch California, a Nevada Domestic Corporation;
YouTube, LLC, a Delaware Limited Liability Company;
Sundar Pichai, an individual;
Zartonk Media, LLC, a California Limited Liability Company;
Zaven Kouroghlian, an individual;
Van Der Megerdichian, an individual;
Ani Tchaglasian, an individual;
Legalshield, Domestic For Profit Business Corporation;
Parker - Stanbury, LLP, a California Limited Liability Partnership;
Greystar California, Inc., a Delaware Stock Corporation;
Kia America, Inc., a California Stock Corporation;
DOES 1 - 290;
ARF Eastern USA, Inc., a Nonprofit Corporation