AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1 # 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**AMENDED NOTICE OF APPEAL FROM THE ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ISSUED ON FEBRUARY 27, 2025 (DOCK # 176)**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

1  The Amended Notice is hereby given that the appellant - Aynur Baghirzade
2  hereby appeals to the United States Court of Appeals for the Ninth Circuit the
3  order of the United States District Court for the Southern District of California
4  issued on February 27, 2025 (Dock # 176) only in the part denying appellant's
5  motion to recuse the judge (Section V). The initial notice of appeal was filed on
6  this matter on March 22, 2025 (Dock # 183) and the pending appeal case number
7  assigned by the United States Court of Appeals for the Ninth Circuit for this case is
8  25-2087.   The fee for the appeal was paid in full by the appellant upon filing the
9  initial notice of appeal.

DATED: April 22, 2025.

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Appellant*
*Email: contact@aynurlawyers.com*