# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Representation Statement

**Appelant:** Aynur Baghirzade

**Address:** 7514 Girard Avenue Ste 1 # 1208 La Jolla, CA 92037

**Telephone number:** 619-776-4882

**Email:** contact@aynurlawyers.com

### APPELEES:

1. **Judge Robert Huie**

2. **United States District Court for the Southern District of California**

**Address and contact information:**

221 West Broadway San Diego, CA 92101, Courtroom 3 B, 3rd fl

**Telephone:** (619) 557-5405

Email: **loraine_odierno@casd.uscourts.gov**


3. Greystar California, Inc., a Delaware Stock Corporation

**Counsels:** Katharine J. Burlington; Jessica R. K. Dorman;

**Address and contact information**:

Wilson Elser Moskowitz Edelman and Dicker
401 West A Street
Suite 1900
San Diego, CA 92101
760-877-1377

katharine.burlington@wilsonelser.com; jessica.dorman@wilsonelser.com


4.	Armenian National Committee of America, a Non - Profit Corporation.

5.	Aram Hamparian, an individual

6.	Armenian National Committee of America Western Region, a California Nonprofit Public Benefit Corporation

**Counsels:** Sofia N. Carrasco; Dick A Semerdjian; Chad M. Thurston


**Address and contact information:**

Schwartz Semerdjian Cauley Schena Bush LLP
101 West Broadway Suite 810
San Diego, CA 92101
619-236-8821
sofia@sscelaw.com;chad@sscelaw.com; das@sscelaw.com


7.	Orange County Bar Association, a California Nonprofit Mutual Benefit Corporation

8.	Trudy Levindofske, an individual

9.	Teresa Vuki, an individual


**Counsels**: Michael A. Sall; Suzanne Burke Spencer

**Address and contact information:**

Sall Spencer Callas & Krueger
32351 Coast Highway
Laguna Beach, CA 92651
949-499-2942
msall@sallspencer.com


10.	Los Angeles County Bar Association, a California Nonprofit Mutual Benefit Corporation

11.	Seth Chavez, an individual

12.	Coco Su, an individual

**Counsels:** Leah Plaskin Lorenz

Rosing, Pott & Strohbehn
501 West Broadway
Suite A380
San Diego, CA 92101
619-990-5566
llorenz@rosinglaw.com

13. Kia America, Inc., a California Stock Corporation.

**Counsels:** Marcelo Lee

**Address and Contact Information:**

SJL Law, P.C.
841 Apollo Street
Suite 300
El Segundo, CA 90630
424-290-0723
424-290-0721 (fax)
marcelo@sjllegal.com

14. Google LLC., a Delaware Limited Liability Company

15. Alphabet, Inc., a Delaware Stock Corporation

**Counsels:** Nicholas Evan Hakun; Natalie Jordana Morgan

**Address and Contact Information:**

Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Fifth Floor
Washington, DC 20006
803-580-0160
nhakun@wsgr.com

16. Yelp, Inc., a Delaware Stock Corporation.

17. Jeremy Stoppelman, an individual.

Counsels:    Adrianos Matthew Facchetti

**Address and Contact Information:**

Law Offices of Adrianos Facchetti
301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
626-793-8607
626-793-7293 (fax)
adrianos@facchettilaw.com

18.   Attorney Search Network, a California Stock Corporation

19.   Jake Baloian, an individual.

Counsels: Jeffrey W. Cowan

Address and Contact Information:

The Cowan Law Firm
9301 Wilshire Boulevard
Suite 609
Beverly Hills, CA 90210-6190
310-394-1420
310-394-1430 (fax)
jeffrey@cowan-law.com


20.   LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation

21.    ESTRELLA SANCHEZ, an individual

**Address and Contact Information:**

300 E 2nd St, Suite 1410, Reno, NV, 89501, USA