FILED

APR 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, a non-profit corporation; et al.,<br><br>    Defendants - Appellees. | No. 25-2087<br><br>D.C. No. 3:24-cv-01077-RSH-MMP<br>Southern District of California, San Diego<br><br>ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

This court lacks jurisdiction over this appeal because the February 27, 2025 order challenged in the notice of appeal was not final or immediately appealable. *See* 28 U.S.C. § 1291; *United States v. Washington*, 573 F.2d 1121, 1122 (9th Cir. 1978) (order denying motion to disqualify judge is not final or appealable). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**