

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-2809 |
| Originating Case Number: | 3:24-cv-01077-RSH-MMP |
| Case Title: | Baghirzade v. Armenian National Committee of America, et al. |

**Tuesday, May 6, 2025**
Aynur Baghirzade — Mediation Questionnaire due

**Tuesday, June 10, 2025**
Aynur Baghirzade — Appeal Opening Brief (No Transcript Due)

**Thursday, July 10, 2025**
Armenian National Committee of America — Appeal Answering Brief (No Transcript Due)

Aram Hamparian — Appeal Answering Brief (No Transcript Due)

Armenian National Committee of American Western Region — Appeal Answering Brief (No Transcript Due)

Armen Sahakyan — Appeal Answering Brief (No Transcript Due)

Yelp Inc. — Appeal Answering Brief (No Transcript Due)

Jeremy Stoppelman — Appeal Answering Brief (No Transcript Due)

| | |
|---|---|
| Google Inc. | Appeal Answering Brief (No Transcript Due) |
| Alphabet Inc. | Appeal Answering Brief (No Transcript Due) |
| Orange County Bar Association | Appeal Answering Brief (No Transcript Due) |
| Trudy Levindofske | Appeal Answering Brief (No Transcript Due) |
| Teresa Vuki | Appeal Answering Brief (No Transcript Due) |
| Los Angeles County Bar Association | Appeal Answering Brief (No Transcript Due) |
| Los Angeles County Bar Association Smartlaw Lawyer Referral Services | Appeal Answering Brief (No Transcript Due) |
| Seth Chavez | Appeal Answering Brief (No Transcript Due) |
| Coco Su | Appeal Answering Brief (No Transcript Due) |
| Attorney Search Network | Appeal Answering Brief (No Transcript Due) |
| Jake Baloian | Appeal Answering Brief (No Transcript Due) |
| Estrella Sanchez | Appeal Answering Brief (No Transcript Due) |
| Nolo | Appeal Answering Brief (No Transcript Due) |
| MH Sub I, LLC | Appeal Answering Brief (No Transcript Due) |
| Legal Match California | Appeal Answering Brief (No Transcript Due) |
| YouTube, LLC | Appeal Answering Brief (No Transcript Due) |
| Sundar Pichai | Appeal Answering Brief (No Transcript Due) |
| Zartonk Media, LLC | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Zaven Kouroghlian | Appeal Answering Brief (No Transcript Due) |
| Van Der Megerdichian | Appeal Answering Brief (No Transcript Due) |
| Hairenik Association | Appeal Answering Brief (No Transcript Due) |
| Ani Tchaglasian | Appeal Answering Brief (No Transcript Due) |
| Legalshield | Appeal Answering Brief (No Transcript Due) |
| Parker Stanbury, LLP | Appeal Answering Brief (No Transcript Due) |
| Greystar, Inc. | Appeal Answering Brief (No Transcript Due) |
| Kia America, Inc | Appeal Answering Brief (No Transcript Due) |
| Does | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**