1  AYNUR BAGHIRZADE
2  7514 Girard Avenue Ste 1
   # 1208
3  La Jolla, CA 92037
   Phone: 619-776-4882
4  Email: contact@aynurlawyers.com

5  *AYNUR BAGHIRZADE, IN PRO SE*

6
7
8              **UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| AYNUR BAGHIRZADE, | Case No.: 3:24-CV-01077-RSH-MMP |
| Plaintiff, | **DECLARATION OF AYNUR BAGHIRZADE IN SUPPORT OF HER MOTION TO MEAND OR ALTER COURT'S JUDGMENT AND ORDER ISSUED ON APRIL 14, 2025 (DOCK# 193 AND 192)** |
| v. | |
| ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | |
| Defendants. | |
| | Presiding Judge: Hon. Robert Huie |
| | Magistrate Judge : Hon. Michelle M. Petit |

1

Declaration of Aynur Baghirzade                Case No.: 3:24-CV-01077-RSH-MMP

I, Aynur Baghirzade, declare as follows:

1. I am a Plaintiff in the underlined case. I submit this Declaration in support of my Motion to amend or alter court's judgment and order which merged with the final judgment issued on April 14, 2025 (Dock# 193 and 192). I have personal knowledge of the facts set forth herein except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

2. On April 10, 2025, I filed my TAC in full conformity with the court order without adding any new claims or parties. I only corrected the name of one of the defendants previously added as a Doe defendant to bring it in conformity with public records.

3. On April 11, 2025, court issued amended summons by adding to it two different defendants - Hairenik Association and ARF Eastern USA, Inc. contrary to what was indicated in my TAC. In my TAC there was only one defendant - ARF Eastern USA, Inc.

4. On April 12, 2025, I filed a motion requesting the court to withdraw summons as no new parties or claims were added and because the name Hairneik Association was an old name of the defendant which was changed by the Plaintiff to ARF Eastern USA, Inc.

5. On April 14, 2025, court struck my TAC without any reason and dismissed the action.

6. On April 21, 2025, I sent an email to counsels on the record asking them to have a conference regarding my intent to file a motion to amend or alter the judgment. Counsels responded that I can go forward with filing a motion as they don't see any resolution possible.

2

Declaration of Aynur Baghirzade                    Case No.: 3:24-CV-01077-RSH-MMP

I declare under penalty of perjury and under the Laws of the United States of America that foregoing is true and correct. Executed by me on May 2, in San Diego, California.

By: *Aynur Baghirzade*
*Aynur Baghirzade, a declarant*

Declaration of Aynur Baghirzade                Case No.: 3:24-CV-01077-RSH-MMP