AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208, La Jolla, CA, 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND OR ALTER COURT'S JUDGMENT AND ORDER ISSUED ON APRIL 14, 2025 (DOCK # 193 AND 192) PURSUANT TO RULE 59 (E) OF F.R.C.P.**<br><br>Date: June 6, 2025<br>Courtroom: 3 B<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In support of her Motion to amend or alter Court's judgment and order which merged with the final judgment issued on April 14, 2025 (Dock # 193 and 192) Plaintiff Aynur Baghirzade respectfully asks this court to take judicial notice of the following documents/ facts:

1. Information from the public records taken from the website of the Secretary of Commonwealth of Massachusetts that Hairenik Association was an old name of ARF Eastern USA, Inc. and that the exact name of the corporation is ARF Eastern USA, Inc., enclosed here as an Exhibit C. - available also at : https://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSummary.aspx?sysvalue=_dIuMr7IU1tGVNfg4hRFKUWze_D3eVujTWAh4ShKtdA-

DATED: May 2, 2025

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*

2