# EXHIBIT A

Case 3:24-cv-01077-RSH-MMP    Document 98-4    Filed 05/02/25    PageID.4716    Page 2 of 7

5/1/25, 2:58 PM                         Law Office of Aynur Baghirzade Mail - Re: Correcting the filing for the case Aynur Baghirzade v. Armenian National Committee of Americ…



Aynur Baghirzade <contact@aynurlawyers.com>

---

# Re: Correcting the filing for the case Aynur Baghirzade v. Armenian National Committee of America - 3:24-cv-01077-RSH-MMP Baghirzade v. Armenian National Committee of America, et al

1 message

---

**Joseph Diaz** <Joseph_Diaz@casd.uscourts.gov>   Tue, Oct 8, 2024 at 3:37 PM
To: Aynur Baghirzade <contact@aynurlawyers.com>
Cc: Joseph Diaz <Joseph_Diaz@casd.uscourts.gov>, Elizabeth Sotelo <Elizabeth_Sotelo@casd.uscourts.gov>

   **3:24-cv-01077-RSH-MMP**
   **Baghirzade v. Armenian National Committee of America, et al**

   Good Day:

   Thank you for using our ecfhelp E-Mail address and calling this matter to our attention. Clerk's Office staff cannot make any changes to the official court docket.

   ==The rules of this Court contain no provision for the filing of a "Notice of Errata". While you are not prohibited from doing so, please be aware that this docket entry will not result in a change to any other docket entry.== If you believe a document has been filed in error, you may file a "Notice of Withdrawal of Document" for the docket entry in question and then re-file the document(s) correctly.

   Additional Note: Clerk's Office staff cannot strike a document from the record without a court order. The Clerk's Office staff cannot strike a document from the record without a court order. The notice of withdrawal will put a docket notation that it was withdrawn, but it is still public. You would need to e-file a motion to strike the docket entry in full and send a proposed order to Chambers.

   You would need to e-file a motion to strike the docket entry in full and send a proposed order to Chambers.

   As a courtesy, your E-Mail has been sent to the appropriate Clerk s Office staff member / department.

   Please send an email to the ecfhelp@casd.uscourts.gov email address or contact me directly if you require additional information or assistance regarding NextGen CM/ECF Release 1.7.1 (Revision 1.7.1.1).

   Regards,
   Joe

   cc: Case Administrator (RSH)

   ==========================================
   J. Diaz, CM/ECF Coordinator
   U. S. District Court, Southern District of California
   619.557.5601 (Office)
   joseph_diaz@casd.uscourts.gov
   ecfhelp@casd.uscourts.gov
   Visit our CM/ECF home page: https://www.casd.uscourts.gov/cmecf.aspx
   ==========================================
   Attorney Admissions
   U.S. District Court, Southern District of California

# EXHIBIT B

**Honorable Robert S. Huie**
**United States District Judge**
**Civil Pretrial and Trial Procedures**

**For questions regarding filing and/or docketing, contact:**

• **the Clerk's Office at (619) 557-5600,**
• **the CM/ECF Helpline at (866) 233-7983, and/or**
• **the CASD CM/ECF Helpdesk at ecfhelp@casd.uscourts.gov.**

**For criminal matters, contact Loraine Odierno (Courtroom Deputy) at (619) 695-5870.**

**For civil matters, contact Judge Huie's law clerks in chambers at (619) 557-5405.**

**For transcript requests, contact Tricia Rosate (Court Reporter) at tricia_rosate@casd.uscourts.gov.**

Unless otherwise ordered by the Court, counsel and pro se litigants are expected to follow the Federal Rules of Civil Procedure, the Civil Local Rules for the Southern District of California (the "Civil Local Rules"), the Electronic Case Filing Administrative Policies and Procedures Manual (the "ECF Manual"), and any other applicable rules. The Civil Local Rules and the ECF Manual are available on this District's website at https://www.casd.uscourts.gov/rules/localrules.aspx. Failure to comply with the applicable Orders and rules, including the ECF Manual, may result in the Court striking non-compliant documents from the record pursuant to ECF Manual Section 2(a) and/or imposing sanctions pursuant to Civil Local Rule 83.1.

**I.     Communications with Chambers**

**A. Letters, faxes, or emails.** Letters, faxes, and emails to chambers are prohibited, unless specifically requested by the Court. If letters, faxes, or emails are requested, copies of the same shall be simultaneously delivered to all counsel. Copies of correspondence between counsel must not be sent to the Court unless requested.

**B. Telephone Calls.** *Parties seeking a motion date for a noticed motion should refer to Section III below*. In light of the Court's procedure for setting motion dates, telephone calls to Chambers are rarely necessary. Such calls may only be made by counsel with knowledge of the case. Calls from secretaries, legal assistants, paralegals, or parties represented by counsel are prohibited. Counsel should not call Chambers with procedural questions or to inquire whether any action has been taken with regard to a previously-submitted filing. The Court does not provide time estimates for its written rulings. Court personnel are prohibited from giving legal advice or discussing the merits of a case. When calling chambers, be prepared to identify your matter by case name and case number so your call can be directed to the appropriate law clerk. If your call is not answered, you may leave a voicemail, including your name, contact information, case number, and a detailed message.

**C. Courtesy Copies.** Unless otherwise ordered by the Court, for any document which exceeds 20 pages in length (including attachments and exhibits), the filing party must deliver within 24 hours after filing a file-stamped courtesy copy to the Clerk's Office to be placed in Judge Huie's box. If a filing has more than three exhibits, the exhibits must be tabbed and listed in a table of exhibits.

## II.     Discovery

Counsel must contact the magistrate judge's chambers directly for all matters pertaining to discovery. Any objection to a discovery ruling of the magistrate judge must be filed as a motion pursuant to Civil Local Rule 7.1.

## III.    Noticed Motions

**A. Conference of Counsel Prior to Filing Noticed Motions.** Any party contemplating the filing of any noticed motion before this Court must first contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution. The conference must take place at least *seven (7) days* prior to the filing of the motion. If the parties are unable to reach a resolution that eliminates the need to file the anticipated motion, counsel for the moving party must include in the motion papers a statement to the following effect: "This motion is made following the conference of counsel that took place on [date]."

The only exceptions to this meet-and-confer requirement are: (1) in cases where the plaintiff is appearing pro se and is not an attorney; (2) for applications for temporary restraining orders or preliminary injunctions; and (3) motions and cross-motions for summary judgment. *Ex parte* applications, which have separate requirements below, and joint motions are exempt from this rule as they are not noticed motions.

**B. Motion Dates.** Parties filing a noticed motion must set the hearing date to be *thirty-five (35) days* from the motion's filing date.[1] Parties should not contact chambers for a motion hearing date.[2] Opposition and reply briefs are due based on the noticed date. The hearing date on a motion does not indicate a date when appearances are necessary; rather, it sets the briefing schedule for the motion pursuant to the applicable local rules. Consequently, the filing party should not specify a hearing time on its motion, and must include the following language in the caption of the motion: PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. If the Court decides to hear oral argument, the Court will issue an order setting the date and time for oral argument.

**C. Proposed Orders.** Any proposed orders must be submitted simultaneously with all motions. In accordance with Section 2(h) of the ECF Manual, proposed orders must not contain the name and law firm information of the filing party, and must not contain the word "proposed" in the caption. Counsel must email proposed orders in Word format to

---

[1]     For example, if the motion is filed on June 2, 2022, the motion date should be July 7, 2022.
[2]     This rule supersedes the requirement of Civil Local Rule 7.1(b) that a motion date must be obtained from chambers.

# EXHIBIT C

**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

## Business Entity Summary

**ID Number: 042057659**    Request certificate    New search

**Summary for:** ARF EASTERN USA, INC.

| | |
|---|---|
| **The exact name of the Nonprofit Corporation:** ARF EASTERN USA, INC. | |
| **The name was changed from:** HAIRENIK ASSOCIATION **on** 01-01-2012 | |
| **Entity type:** Nonprofit Corporation | |
| **Identification Number:** 042057659 | **Old ID Number:** 000011952 |
| **Date of Organization in Massachusetts:** 04-07-1923 | **Date of Revival:** 02-21-1990 |
| **Date of Involuntary Revocation:** 11-17-1986 | **Last date certain:** |
| **Current Fiscal Month/Day:** / | **Previous Fiscal Month/Day:** 01/01 |

**The location of the Principal Office in Massachusetts:**

Address:    80 BIGELOW AVENUE

City or town, State, Zip code, Country:    WATERTOWN,  MA  02472  USA

**The name and address of the Resident Agent:**

Name:    ARMEN KHACHATOURIAN

Address:    9 OLD SHADE RD

City or town, State, Zip code, Country:    LEXINGTON,  MA  02421  USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | ANI TCHAGHLASIAN | 233 MILLER ROAD MAHWAH, NJ 07430 USA<br>233 MILLER ROAD MAHWAH, NJ 07430 USA | None |
| TREASURER | STEVE MESROBIAN | 1 BUCKLEY DRIVE FOXBORO, MA 02035 USA<br>1 BUCKLEY DRIVE FOXBORO, MA 02035 USA | None |
| CLERK | SOSY BOUROUJIAN | 3175 12 ST N, APT 460 ARLINGTON, VA 22201 USA<br>3175 12 ST N, APT 460 ARLINGTON, VA 22201 USA | None |
| DIRECTOR | HOVIG CHARCHAFLIAN | 49 ASHMORE ROAD WORCESTER, MA 01602 USA<br>49 ASHMORE ROAD WORCESTER, MA 01602 USA | None |
| DIRECTOR | DZOVINAR HAMAKORZIAN | 6115 ANNE DRIVE W. BLOOMFIELD, MI 48322 USA<br>6115 ANNE DRIVE W. BLOOMFIELD, MI 48322 USA | None |
| DIRECTOR | ARA NAZARIAN | 15 FRAMAR RD WELLESLEY, MA 02481 USA<br>15 FRAMAR RD WELLESLEY, MA 02481 USA | None |
| DIRECTOR | GARABED TASHIAN | 10 SUGAR HILL COURT CRANSTON, RI 02921 USA<br>10 SUGAR HILL COURT CRANSTON, RI 02921 USA | NONE |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment

View filings

**Comments or notes associated with this business entity:**

**Exh. C2**