AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1 # 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>              Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>              Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENTS FILED BY PLAINTIFF ON MAY 2, 2025 (DOCK# 198)**<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

**TO ALL PARTIES, THEIR COUNSELS OF RECORD AND COURT:**

NOTICE is hereby given that documents filed by the Plaintiff on May 2, 2025 (Docket # 198) are withdrawn.

DATED: May 7, 2025.

                                                  By: *Aynur Baghirzade*
                                                      Aynur Baghirzade, Plaintiff