AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1
# 1208, La Jolla, CA, 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>                    Plaintiff,<br><br>v.<br><br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al., | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND OR ALTER COURT'S JUDGMENT AND ORDER ENTERED ON APRIL 14, 2025 (DOCK # 193 AND 192) PURSUANT TO RULE 59 (E) OF F.R.C.P.; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Presiding Judge: Hon. Robert Huie<br>Magistrate Judge : Hon. Michelle M. Petit |

NOTICE OF MOTION TO AMEND OR ALTER COURT'S JUDGMENT AND ORDER ENTERED ON APRIL 14, 2025 (DOCK # 193 AND 192)  PURSUANT TO RULE 59 (E) OF F.R.C.P.

1        Case No.: 3:24-CV-01077-RSH-MMP

**TO COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 59 (E), Plaintiff Aynur Baghirzade hereby moves the Court to vacate its judgment and order merged with the final judgment, both issued on April 14, 2025 (ECF No. 193 and 192). This motion is set for June 11, 2025, for purposes of calculating reply and opposition deadlines; however, per Chambers rules, no oral argument will be held on the Motion unless separately ordered by the Court. This motion is made on the grounds that court made an error of law and fact in issuing its judgement which resulted in manifest injustice to Plaintiff, as discussed in the attached Memorandum of Points and Authorities.

DATED: May 2, 2025

Respectfully submitted,

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Plaintiff*
*Email: contact@aynurlawyers.com*