# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-CV-01077-RSH-MMP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/21/2024

Date of judgment or order you are appealing: 04/14/2025

Docket entry number of judgment or order you are appealing: 193, 192, 176

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Aynur Baghirzade

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ● Yes   ○ No

If yes, what is the prior appeal case number? 25-2809; 25-2807

Your mailing address (if pro se):

7514 Girard Avenue Ste 1, # 1208, La Jolla, CA, 92037

City: La Jolla   State: CA   Zip Code: 92037

Prisoner Inmate or A Number (if applicable):

Signature: *Aynur Baghirzade*   Date: 05/09/2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Representation Statement

**Appellant :** Aynur Baghirzade

**Address:** 7514 Girard Avenue Ste 1 # 1208 La Jolla, CA 92037

**Telephone number:** 619-776-4882

**Email:** contact@aynurlawyers.com

### APPELLEES:

1. **Judge Robert Huie**

2. **United States District Court for the Southern District of California**

**Address and contact information:**

221 West Broadway San Diego, CA 92101, Courtroom 3 B, 3rd fl

**Telephone:** (619) 557-5405

Email: **loraine_odierno@casd.uscourts.gov**

3. **Greystar California, Inc., a Delaware Stock Corporation**

**Counsels:**   Katharine J. Burlington; Jessica R. K. Dorman;

**Address and contact information**:

Wilson Elser Moskowitz Edelman and Dicker
401 West A Street
Suite 1900
San Diego, CA 92101
760-877-1377

katharine.burlington@wilsonelser.com; jessica.dorman@wilsonelser.com

4. Armenian National Committee of America, a Non - Profit Corporation.

5. Aram Hamparian, an individual

6. Armenian National Committee of America Western Region, a California Nonprofit Public Benefit Corporation

**Counsels:** Sofia N. Carrasco; Dick A Semerdjian; Chad M. Thurston

**Address and contact information:**

Schwartz Semerdjian Cauley Schena Bush LLP
101 West Broadway Suite 810
San Diego, CA 92101
619-236-8821
sofia@sscelaw.com; chad@sscelaw.com; das@sscelaw.com

7. Orange County Bar Association, a California Nonprofit Mutual Benefit Corporation

8. Trudy Levindofske, an individual

9. Teresa Vuki, an individual

**Counsels**: Michael A. Sall; Suzanne Burke Spencer

**Address and contact information:**

Sall Spencer Callas & Krueger
32351 Coast Highway
Laguna Beach, CA 92651
949-499-2942
msall@sallspencer.com

10. Los Angeles County Bar Association, a California Nonprofit Mutual Benefit Corporation

11. Seth Chavez, an individual

12. Coco Su, an individual

**Counsels:** Leah Plaskin Lorenz

Rosing, Pott & Strohbehn
501 West Broadway
Suite A380
San Diego, CA 92101
619-990-5566
llorenz@rosinglaw.com

13.   Kia America, Inc., a California Stock Corporation.

**Counsels:** Marcelo Lee

**Address and Contact Information:**

SJL Law, P.C.
841 Apollo Street
Suite 300
El Segundo, CA 90630
424-290-0723
424-290-0721 (fax)
marcelo@sjllegal.com

14.   Google LLC., a Delaware Limited Liability Company

15.   Alphabet, Inc., a Delaware Stock Corporation

**Counsels:** Nicholas Evan Hakun; Natalie Jordana Morgan

**Address and Contact Information:**

Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Fifth Floor
Washington, DC 20006
803-580-0160
nhakun@wsgr.com

16.   Yelp, Inc., a Delaware Stock Corporation.

17.   Jeremy Stoppelman, an individual.

**Counsels:**   Adrianos Matthew Facchetti

**Address and Contact Information:**

Law Offices of Adrianos Facchetti
301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
626-793-8607
626-793-7293 (fax)
adrianos@facchettilaw.com

18.     Attorney Search Network, a California Stock Corporation

19.     Jake Baloian, an individual.

Counsels: Jeffrey W. Cowan

Address and Contact Information:

The Cowan Law Firm
9301 Wilshire Boulevard
Suite 609
Beverly Hills, CA 90210-6190
310-394-1420
310-394-1430 (fax)
jeffrey@cowan-law.com


20.     LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation

21.      ESTRELLA SANCHEZ, an individual

**Address and Contact Information:**

300 E 2nd St, Suite 1410, Reno, NV, 89501, USA