| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 13 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AYNUR BAGHIRZADE,

    Plaintiff - Appellant,

 v.

ARMENIAN NATIONAL COMMITTEE OF AMERICA; et al.,

    Defendants - Appellees.

No. 25-2809

D.C. No. 3:24-cv-01077-RSH-MMP
Southern District of California, San Diego

ORDER

    The motion (Docket Entry No. 7, 8) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

    All other pending motions are denied as moot.

    This case is dismissed.

    This order serves as the mandate of the court.

                        FOR THE COURT:

                         MOLLY C. DWYER
                         CLERK OF COURT