AYNUR BAGHIRZADE
7514 Girard Avenue Ste 1 # 1208
La Jolla, CA 92037
Phone: 619-776-4882
Email: contact@aynurlawyers.com

*AYNUR BAGHIRZADE, IN PRO SE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYNUR BAGHIRZADE,<br><br>               Plaintiff,<br><br>    v.<br>ARMENIAN NATIONAL COMMITTEE OF AMERICA, et al.,<br><br>              Defendants. | Case No.: 3:24-CV-01077-RSH-MMP<br><br>**AMENDED NOTICE OF APPEAL** |

1  The Amended Notice is hereby given that the appellant - Aynur Baghirzade
2  hereby appeals to the United States Court of Appeals for the Ninth Circuit the
3  order of the United States District Court for the Southern District of California
4  issued on June 5, 2025 (Dock# 206) denying Plaintiff's motion to amend or alter
5  under Rule 59 (e) of F.R.C.P. This is the amended notice of appeal filed to the
6  initial notice of appeal dated May 9, 2025 (Dock # 201) and to the pending appeal
7  case No. 25-3107 in the United States Court of Appeals for the Ninth Circuit.   The
8  fee for the appeal was paid in full by the appellant upon filing the initial notice of
9  appeal.

DATED: June 19, 2025.

By: */s/ Aynur Baghirzade*
*Aynur Baghirzade, Appellant*
*Email: contact@aynurlawyers.com*

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Representation Statement

**Appellant:** Aynur Baghirzade

**Address:** 7514 Girard Avenue Ste 1 # 1208 La Jolla, CA 92037

**Telephone number:** 619-776-4882

**Email:** contact@aynurlawyers.com

## APPELLEES:

1.  Judge Robert Huie

2.  United States District Court for the Southern District of California

**Address and contact information:**

221 West Broadway San Diego, CA 92101, Courtroom 3 B, 3rd fl

Telephone: (619) 557-5405

Email: loraine_odierno@casd.uscourts.gov

3.  Greystar California, Inc., a Delaware Stock Corporation

**Counsels:** Katharine J. Burlington; Jessica R. K. Dorman;

**Address and contact information**:

Wilson Elser Moskowitz Edelman and Dicker
401 West A Street
Suite 1900
San Diego, CA 92101
760-877-1377

katharine.burlington@wilsonelser.com; jessica.dorman@wilsonelser.com

4. Armenian National Committee of America, a Non - Profit Corporation.

5. Aram Hamparian, an individual

6. Armenian National Committee of America Western Region, a California Nonprofit Public Benefit Corporation

**Counsels:** Sofia N. Carrasco; Dick A Semerdjian; Chad M. Thurston

**Address and contact information:**

Schwartz Semerdjian Cauley Schena Bush LLP
101 West Broadway Suite 810
San Diego, CA 92101
619-236-8821
sofia@sscelaw.com;chad@sscelaw.com; das@sscelaw.com

7. Orange County Bar Association, a California Nonprofit Mutual Benefit Corporation

8. Trudy Levindofske, an individual

9. Teresa Vuki, an individual

**Counsels**: Michael A. Sall; Suzanne Burke Spencer

**Address and contact information:**

Sall Spencer Callas & Krueger
32351 Coast Highway
Laguna Beach, CA 92651
949-499-2942
msall@sallspencer.com

10. Los Angeles County Bar Association, a California Nonprofit Mutual Benefit Corporation

11. Seth Chavez, an individual

12. Coco Su, an individual

**Counsels:** Leah Plaskin Lorenz

Rosing, Pott & Strohbehn
501 West Broadway
Suite A380
San Diego, CA 92101
619-990-5566
llorenz@rosinglaw.com

13.  Kia America, Inc., a California Stock Corporation.

**Counsels:** Marcelo Lee

**Address and Contact Information:**

SJL Law, P.C.
841 Apollo Street
Suite 300
El Segundo, CA 90630
424-290-0723
424-290-0721 (fax)
marcelo@sjllegal.com

14.  Google LLC., a Delaware Limited Liability Company

15.  Alphabet, Inc., a Delaware Stock Corporation

**Counsels:** Nicholas Evan Hakun; Natalie Jordana Morgan

**Address and Contact Information:**

Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Fifth Floor
Washington, DC 20006
803-580-0160
nhakun@wsgr.com

16.  Yelp, Inc., a Delaware Stock Corporation.

17.  Jeremy Stoppelman, an individual.

**Counsels:**   Adrianos Matthew Facchetti

**Address and Contact Information:**

Law Offices of Adrianos Facchetti
301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
626-793-8607
626-793-7293 (fax)
adrianos@facchettilaw.com

18.     Attorney Search Network, a California Stock Corporation

19.     Jake Baloian, an individual.

Counsels: Jeffrey W. Cowan

Address and Contact Information:

The Cowan Law Firm
9301 Wilshire Boulevard
Suite 609
Beverly Hills, CA 90210-6190
310-394-1420
310-394-1430 (fax)
jeffrey@cowan-law.com


20.     LEGALMATCH CALIFORNIA, a Nevada Domestic Corporation

21.      ESTRELLA SANCHEZ, an individual

**Address and Contact Information:**

300 E 2nd St, Suite 1410, Reno, NV, 89501, USA